AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| GRACE SMITH and RUSSELL RAWLINGS, on behalf of themselves and all others similarly situated, and CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS, a California nonprofit corporation <br> *Plaintiff(s)* <br> v. <br> MARY WATANABE, in her capacity as Director of the California Department of Managed Health Care; CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE; KAISER FOUNDATION HEALTH PLAN, INC., and KAISER FOUNDATION HEALTH PLAN NORTHERN CALIFORNIA REGION, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  3:21-cv-07872-WHO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  the above-named Defendants, Mary Watanabe, in her capacity as Director of the California Department of Managed Health Care and California Department of Managed Health Care, 980 9th Street, Suite 500 Sacramento, CA 95814-2725

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ernest Galvan, Michael S. Nunez, ROSEN BIEN GALVAN & GRUNFELD, LLP
101 Mission Street, Sixth Floor, San Francisco, California 94105-1738

Claudia Center, Silvia Yee, Carly A. Myers, DISABILITY RIGHTS EDUCATION AND DEFENSE FUND
3075 Adeline Street, Suite 210, Berkeley, California, 94703

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/28/2021

*Signature of Clerk or Deputy Clerk*

[3807739.1]