1  Michael Nunez, 280535
   (415) 433-6830
2  Rosen Bien & Galvan
3  101 Mission St., 6th Floor
   San Francisco, CA 94105
4  Representing: Plaintiff

File No. 1723-1

United States District Court, Northern District of California

Northern District of California - District - Oakland

| | |
|---|---|
| Grace Smith, et al.<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>Mary Watanabe, et al.<br><br>Defendant/Respondent | Case No. 4:21cv07872HSG<br><br>Proof of Service of:<br><br>Summons, Civil Case Cover Sheet, Complaint, Notice of Electronic Filing, Order Setting Initial Case Management Conference and Alternative Dispute Resolution (ADR) Deadlines, Civil Pretrial and Trial Standing Order, Standing Order for Civil Cases - Judge Gilliam, Standing Order for All Judges of the Northern District of California, Consenting to the Jurisdiction of Magistrate Judge, Electronic Case Filing (ECF) Registration Information, Notice of Assignment of Case<br><br>Service on:<br><br>Mary Watanabe, in her capacity as Director of the California Department of Managed Health Care |

PROOF OF SERVICE

OL#17148370

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Michael Nunez, 280535<br>Rosen Bien & Galvan<br>101 Mission St., 6th Floor<br>San Francisco, CA 94105 | (415) 433-6830 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>1723-1 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF:

Grace Smith, et al.

DEFENDANT:

Mary Watanabe, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>4:21cv07872HSG |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Civil Case Cover Sheet, Complaint, Notice of Electronic Filing, Order Setting Initial Case Management Conference and Alternative Dispute Resolution (ADR) Deadlines, Civil Pretrial and Trial Standing Order, Standing Order for Civil Cases - Judge Gilliam, Standing Order for All Judges of the Northern District of California, Consenting to the Jurisdiction of Magistrate Judge, Electronic Case Filing (ECF) Registration Information, Notice of Assignment of Case

2. Party Served: Mary Watanabe, in her capacity as Director of the California Department of Managed Health Care

3. Person Served: Person Authorized to Accept Service of Process

   a. Left with: Matthew DOE(W/M/40yrs/6'1/240#) - Office Assistant - Person In Charge Of Office

4. Date & Time of Delivery: 11/01/2021    4:40PM

5. Address, City and State: 980 9th St, Suite 500
   Sacramento, CA 95814

6. Manner of Service: By leaving the copies with or in the presence of Matthew DOE(W/M/40yrs/6'1/240#) - Office Assistant , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 118.25

Registered California process server.
County: Sacramento
Registration No.: 2012-37
Brandon Lee Ortiz
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 11/02/2021 at Petaluma, California.

Signature: _____

Brandon Lee Ortiz

OL#: 17148370

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Michael Nunez, 280535<br>Rosen Bien & Galvan<br>101 Mission St.<br>San Francisco, CA 94105 | (415) 433-6830 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>1723-1 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
1301 Clay St. #400 South
Oakland, CA 94612-5212

**PLAINTIFF:**
Grace Smith, et al.

**DEFENDANT:**
Mary Watanabe, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>4:21cv07872HSG |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 11/02/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Civil Case Cover Sheet, Complaint, Notice of Electronic Filing, Order Setting Initial Case Management Conference and Alternative Dispute Resolution (ADR) Deadlines, Civil Pretrial and Trial Standing Order, Standing Order for Civil Cases - Judge Gilliam, Standing Order for All Judges of the Northern District of California, Consenting to the Jurisdiction of Magistrate Judge, Electronic Case Filing (ECF) Registration Information, Notice of Assignment of Case

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Mary Watanabe, in her capacity as Director of the California Department of Managed Health Care

980 9th St, Suite 500
Sacramento, CA 95814

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 118.25

Melissa Berry
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 11/02/2021 at Petaluma, California.



Melissa Berry

OL#:   17148370