1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   MOE KESHAVARZI, Cal. Bar No. 223759
3  A. ALEXANDER KULJIS, Cal. Bar No. 299951
   333 South Hope Street, 43rd Floor
4  Los Angeles, California 90071-1422
   Telephone:    213.620.1780
5  Facsimile:    213.620.1398
   E mail        mkeshavarzi@sheppardmullin.com
6                akuljis@sheppardmullin.com

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
8     Including Professional Corporations
   JOHN T. BROOKS, Cal. Bar No. 167793
9  501 West Broadway, 19th Floor
   San Diego, California 92101-3598
10 Telephone:    619.338.6500
   Facsimile:    619.234.3815
11 Email:        jbrooks@sheppardmullin.com

12 Attorneys for Defendants
   KAISER FOUNDATION HEALTH PLAN and
13 KAISER FOUNDATION HEALTH PLAN
   NORTHERN CALIFORNIA REGION

14

15                   UNITED STATES DISTRICT COURT

16       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17 GRACE SMITH and RUSSELL RAWLINGS,      Case No. 4:21-cv-07872-HSG
   on behalf of themselves and all others
18 similarly situated, and CALIFORNIA     **STIPULATION FOR EXTENSION OF**
   FOUNDATION FOR INDEPENDENT            **TIME TO FILE RESPONSE TO FIRST**
19 LIVING CENTERS, a California nonprofit **AMENDED COMPLAINT**
   corporation,
20                                        The Hon. Haywood S. Gilliam, Jr.

21               Plaintiffs,

22

23          v.

   MARY WATANABE, in her capacity as
24 Director of the California Department of
   Managed Health Care; CALIFORNIA
25 DEPARTMENT OF MANAGED HEALTH
   CARE; KAISER FOUNDATION HEALTH
26 PLAN, INC., and KAISER FOUNDATION
   HEALTH PLAN NORTHERN CALIFORNIA
27 REGION,

28               Defendants.

**JOINT STIPULATION**

Plaintiffs Grace Smith, Russell Rawlings, and the California Foundation For Independent Living Centers ("Plaintiffs"), Defendants Mary Watanabe and the California Department of Managed Health Care, and Defendants Kaiser Foundation Hospitals and Kaiser Foundation Health Plan, Inc. (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1.     WHEREAS, Plaintiffs filed the operative Class Action Complaint on October 7, 2021;

2.     WHEREAS, no response has been filed to the Class Action Complaint;

3.     WHEREAS, Plaintiffs filed a First Amended Class Action Complaint on November 19, 2021; and

4.     WHEREAS, Defendants have requested, and Plaintiffs have agreed, that Defendants' deadline to respond to the First Amended Complaint will be extended to January 21, 2022.

THEREFORE, it is hereby stipulated between the parties, through their respective counsel of record, that Defendants' deadline to respond to the First Amended Complaint will be Friday, January 21, 2022.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 | Dated: November 29, 2021

2

3

4 | By | /s/ Moe Keshavarzi

5 | MOE KESHAVARZI

JOHN T. BROOKS

6 | A. ALEXANDER KULJIS

7 | Attorneys for Defendants
Kaiser Foundation Health Plan and Kaiser Foundation

8 | Health Plan Northern California Region

9 | Dated:  November 29, 2021

10

11

12 | By | /s/ Carolyn Tsai

13 | CAROLYN TSAI

14 | Attorney for Mary Watanabe and California
Department of Managed Health Care

15 | Dated: November 29, 2021

16

17

18 | By | /s/Claudia Center

19 | CLAUDIA CENTER

SILVIA YEE

20 | CARLY A. MYERS

21 | ERNEST GALVAN

MICHAEL S. NUNEZ

22 | Attorneys for Plaintiffs

23

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Moe Keshavarzi, attest that concurrence in the filing of this document has been obtained.

Dated: November 29, 2021

/s/ Moe Keshavarzi
_____
MOE KESHAVARZI

[3821816.1] SMRH:4876-2075-6740.1

Case No. 4:21-cv-07872-HSG
STIPULATION TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED
COMPLAINT