1  ROB BONTA
   Attorney General of California
2  JENNIFER G. PERKELL
   Supervising Deputy Attorney General
3  HADARA R. STANTON
   Deputy Attorney General
4  State Bar No. 227040
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3528
6   Fax:  (415) 703-5480
    E-mail:  Hadara.Stanton@doj.ca.gov
7  *Attorneys for Defendants California
   Department of Managed Health Care &
8  DMHC Director Watanabe*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRACE SMITH and RUSSELL RAWLINGS, on behalf of themselves and all others similarly situated, and CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS, a California nonprofit corporation,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**MARY WATANABE, in her capacity as Director of the California Department of Managed Health Care; CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE; and KAISER FOUNDATION HEALTH PLAN, INC.,**<br><br>Defendants. | 4:21-cv-07872-HSG<br><br>**STIPULATED REQUEST FOR ORDER TO EXTEND TIME FOR INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [PROPOSED] ORDER**<br><br>Judge:   The Honorable Haywood S. Gilliam, Jr.<br><br>Action Filed:  October 7, 2021 |

1

Stipulated Request for Order to Extend Time for Initial Case Management Conference & Associated Deadlines; [Proposed] Order  (4:21-cv-07872-HSG)

# JOINT STIPULATION

Plaintiffs Grace Smith, Russell Rawlings, and the California Foundation For Independent Living Centers ("Plaintiffs"), Defendants Mary Watanabe and the California Department of Managed Health Care, and Defendant Kaiser Foundation Health Plan, Inc. (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. WHEREAS, Plaintiffs filed the Class Action Complaint on October 7, 2021;

2. WHEREAS, the initial Case Management Conference was set for January 11, 2021;

3. WHEREAS, Plaintiffs filed a First Amended Class Action Complaint on November 19, 2021;

4. WHEREAS, Defendants requested, and Plaintiffs agreed, that Defendants' deadline to respond to the First Amended Complaint will be extended to January 21, 2022;

5. WHEREAS, on November 29, 2021, the Parties filed a Stipulation For Extension of Time to File Response to First Amended Complaint (Dkt. 18);

6. WHEREAS, the Parties require additional time to satisfy their obligations to meet and confer pursuant to Fed. R. Civ. P. 26(f);

7. THEREFORE, pursuant to Local Rules 6-1(b), 6-2, 7-12, and 16-2(d), it is hereby stipulated between the Parties, through their respective counsel of record, that the initial Case Management Conference currently set for January 11, 2022 be continued to Tuesday, February 22, 2022 at 2:00 p.m. with all associated deadlines moved accordingly.

//
//
//
//
//
//

2

Stipulated Request for Order to Extend Time for Initial Case Management Conference & Associated Deadlines; [Proposed] Order  (4:21-cv-07872-HSG)

| | | |
|---|---|---|
| 1 | Dated: December 17, 2021 | /s/ *Hadara R. Stanton* |
| 2 | | HADARA R. STANTON<br>Deputy Attorney General |
| | | JENNIFER G. PERKELL |
| 3 | | Supervising Deputy Attorney General<br>*Attorneys for Defendants California* |
| 4 | | *Department of Managed Health Care &*<br>*DMHC Director Watanabe* |
| 5 | | |
| 6 | Dated: December 17, 2021 | /s/ *Moe Keshavarzi* |
| | | MOE KESHAVARZI |
| 7 | | JOHN BROOKS<br>A. ALEXANDER KULJIS |
| 8 | | *Attorneys for Defendant Kaiser Foundation*<br>*Health Plan, Inc.* |
| 9 | | |
| 10 | | |
| 11 | Dated: December 17, 2021 | /s/ *Michael S. Nunez*<br>CLAUDIA CENTER |
| | | SILVIA YEE |
| 12 | | CARLY A. MYERS<br>ERNEST GALVAN |
| 13 | | MICHAEL S. NUNEZ<br>*Attorneys for Plaintiffs* |

3

Stipulated Request for Order to Extend Time for Initial Case Management Conference & Associated Deadlines;
[Proposed] Order  (4:21-cv-07872-HSG)

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Hadara R. Stanton, attest that each of the other signatories have concurred in the filing of this Stipulated Request for Order to Extend Time for Initial Case Management Conference and Associated Deadlines.

*/s/ Hadara R. Stanton*

HADARA R. STANTON
Deputy Attorney General

SF2021402009
43008950

4

Stipulated Request for Order to Extend Time for Initial Case Management Conference & Associated Deadlines; [Proposed] Order (4:21-cv-07872-HSG)

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing, the Court hereby orders that the Initial Case Management Conference shall be continued to February 22, 2022, and all associated deadlines moved accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: _____

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge

5

Stipulated Request for Order to Extend Time for Initial Case Management Conference & Associated Deadlines; [Proposed] Order  (4:21-cv-07872-HSG)