IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRACE SMITH and RUSSELL RAWLINGS, on behalf of themselves and all others similarly situated, and CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS, a California nonprofit corporation,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**MARY WATANABE, in her capacity as Director of the California Department of Managed Health Care; CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE; and KAISER FOUNDATION HEALTH PLAN, INC.,**<br><br>Defendants. | Case No. 4:21-cv-07872-HSG<br><br>**ORDER (as modified)** |

1   Upon stipulation of the parties, and good cause appearing, the Court hereby orders that
2   the Initial Case Management Conference shall be continued to February 22, 2022 at 2:00 p.m.,
3   and all associated deadlines moved accordingly.

    PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____12/20/2021_____     _____
                                The Honorable Haywood S. Gilliam, Jr.