1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   MOE KESHAVARZI, Cal. Bar No. 223759
3  A. ALEXANDER KULJIS, Cal. Bar No. 299951
   333 South Hope Street, 43rd Floor
4  Los Angeles, California 90071-1422
   Telephone:   213.620.1780
5  Facsimile:   213.620.1398
   E mail      mkeshavarzi@sheppardmullin.com
6               akuljis@sheppardmullin.com

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
8     Including Professional Corporations
   JOHN T. BROOKS, Cal. Bar No. 167793
9  501 West Broadway, 19th Floor
   San Diego, California 92101-3598
10 Telephone:   619.338.6500
   Facsimile:   619.234.3815
11 Email:      jbrooks@sheppardmullin.com

12 Attorneys for Defendant
   KAISER FOUNDATION HEALTH PLAN, INC.
13

14                UNITED STATES DISTRICT COURT

15        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

16 GRACE SMITH and RUSSELL              Case No. 4:21-cv-07872-HSG
   RAWLINGS, on behalf of themselves and
17 all others similarly situated, and    **DEFENDANT KAISER FOUNDATION**
   CALIFORNIA FOUNDATION FOR            **HEALTH PLAN, INC.'S NOTICE OF**
18 INDEPENDENT LIVING CENTERS, a        **MOTION AND MOTION TO**
   California nonprofit corporation,     **COMPEL INDIVIDUAL**
19                                       **ARBITRATION AND STAY**
              Plaintiffs,                **PROCEEDINGS**
20
          v.                             Date:       April 28, 2022
21                                       Time:       2:00 p.m.
   MARY WATANABE, in her capacity as     Room:       2
22 Director of the California Department of   Judge:   Hon. Haywood S. Gilliam, Jr.
   Managed Health Care; CALIFORNIA
23 DEPARTMENT OF MANAGED
   HEALTH CARE; and KAISER
24 FOUNDATION HEALTH PLAN, INC.,

25            Defendants.

26

27

28

**NOTICE OF MOTION AND MOTION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 28, 2022, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 2, 4th floor, of the United States District Court for the Northern District of California, Oakland Courthouse, located at 1301 Clay Street, Oakland, CA 94612, Defendant Kaiser Foundation Health Plan, Inc. (Kaiser") will and hereby does move to compel individual arbitration of Plaintiffs Grace Smith's and Russell Rawlings' claims and stay this action.

Kaiser brings this Motion on the grounds that Ms. Smith and Mr. Rawlings should be compelled to abide by their membership agreements to individually arbitrate their clams against Kaiser. During enrollment, both Ms. Smith and Mr. Rawlings singed valid arbitration provisions, which also incorporate the binding arbitration provisions contained in their evidence of coverage documents for their respective plans. Further, the arbitration provisions encompass their claims here, which challenge Kaiser's coverage for wheelchairs. Kaiser respectfully requests that the Court compel arbitration on an individual basis because the arbitration provisions do not provide for arbitration on a class-wide basis.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities filed with this Notice, the Declaration of Deborah Espinal, the Declaration of Alexander Kuljis, the exhibits attached to the declarations, all pleadings, papers and other documentary materials in the Court's file for this action, those matters of which this Court may or must take judicial notice, and such other matters as this Court may consider.

1    Dated:  February 4, 2022

2

3

4                                    By        /s/ A. Alexander Kuljis

5                                              MOE KESHAVARZI
                                              JOHN T. BROOKS
6                                              A. ALEXANDER KULJIS

7                                              Attorneys for Defendant
                                     KAISER FOUNDATION HEALTH PLAN, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT KAISER'S NOTICE OF MOTION AND MOTION TO COMPEL
ARBITRATION AND STAY PROCEEDINGS