1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2      Including Professional Corporations
   MOE KESHAVARZI, Cal. Bar No. 223759
3  A. ALEXANDER KULJIS, Cal. Bar No. 299951
   333 South Hope Street, 43rd Floor
4  Los Angeles, California 90071-1422
   Telephone:   213.620.1780
5  Facsimile:   213.620.1398
   E mail       mkeshavarzi@sheppardmullin.com
6                akuljis@sheppardmullin.com

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
8      Including Professional Corporations
   JOHN T. BROOKS, Cal. Bar No. 167793
9  501 West Broadway, 19th Floor
   San Diego, California 92101-3598
10 Telephone:   619.338.6500
   Facsimile:   619.234.3815
11 Email:       jbrooks@sheppardmullin.com

12 Attorneys for Defendant
   KAISER FOUNDATION HEALTH PLAN, INC.

13

14              UNITED STATES DISTRICT COURT

15       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

16 GRACE SMITH and RUSSELL         Case No. 4:21-cv-07872-HSG
   RAWLINGS, on behalf of themselves and
17 all others similarly situated, and        **DECLARATION OF DEBORAH
   CALIFORNIA FOUNDATION FOR               ESPINAL IN SUPPORT OF KAISER
18 INDEPENDENT LIVING CENTERS, a           FOUNDATION HEALTH PLAN,
   California nonprofit corporation,        INC.'S MOTION TO COMPEL
19                                          ARBITRATION AND MOTION TO
              Plaintiffs,                   DISMISS**
20
       v.
21                                          Date:      April 28, 2022
   MARY WATANABE, in her capacity as        Time:      2:00 p.m.
22 Director of the California Department of  Room:      2
   Managed Health Care; CALIFORNIA          Judge:     Hon. Haywood S. Gilliam, Jr.
23 DEPARTMENT OF MANAGED
   HEALTH CARE; and KAISER
24 FOUNDATION HEALTH PLAN, INC.,

25            Defendants.

26

27

28

### DECLARATION OF DEBORAH ESPINAL

I, Deborah Espinal, declare as follows:

1.      I am the Executive Director of Health Plan Policy at Defendant Kaiser Foundation Health Plan, Inc. ("Kaiser").  Unless stated upon information and belief, I have personal knowledge of the facts set forth herein, which are known to me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2.      I have been Executive Director of Health Plan Policy since February, 2002. As Kaiser's Executive Director of Health Plan Policy, I am responsible for policy development and implementation in the legislative, regulatory and benefit areas and have primary oversight responsibility for Kaiser's health plan license.  Based on my experience as an employee of Kaiser, and particularly as the Executive Director of Health Plan Policy, I am familiar with Kaiser's membership enrollment process, agreements, other files and records relating to Kaiser's health plans, and how such records are prepared and maintained as business records of Kaiser.

3.      Kaiser is a non-profit organization that works with employers, employees and individual members to offer healthcare coverage.  Premiums from Kaiser's plans provide funding and infrastructure for Kaiser hospitals and medical centers throughout California, Oregon, Washington and Hawaii, and outpatient facilities in Colorado, Maryland, Virginia, Georgia and Washington D.C.  Kaiser's provision of healthcare plans, coverage, and services to its members involves and affects interstate commerce.

4.      Plaintiff Grace Elizabeth Smith is enrolled in a Kaiser Permanente Small Group Gold HMO A plan, which she obtained through her employer, a company called Through the Looking Glass.  In 2017, Ms. Smith completed an employee enrollment form to obtain coverage with Kaiser.  A true and correct copy of Ms. Smith's enrollment application is attached as **Exhibit A**.

5.      Kaiser accepted Ms. Smith's enrollment application and provided coverage to Ms. Smith under the terms of her plans' Evidence of Coverage ("EOC").  A true and

correct copy of Ms. Smith's EOC for her Kaiser Permanente Small Group Gold HMO A plan for 2021 is attached as **Exhibit B**.

6.      Plaintiff Russel Rawlings is enrolled in a Kaiser Permanente Small Group Platinum HMO A plan, which he obtained through his employer, California Foundation for Independent Living Centers.  In 2020, Mr. Rawlings completed an employee enrollment application to obtain coverage from Kaiser through a private small group health coverage exchange called CaliforniaChoice.  A true and correct copy of Mr. Rawlings' enrollment application is attached as **Exhibit C**.

7.      Several months later, Mr. Rawlings submitted a change request form providing an address change.  A true and correct copy of Mr. Rawlings' change request form is attached as **Exhibit D**. [1]

8.      Kaiser accepted Mr. Rawlings' enrollment application and provided coverage to Mr. Rawlings under the terms of his plans' EOC.  A true and correct copy of Mr. Rawlings' EOC for his Kaiser Permanente Small Group Platinum HMO A plan for 2021 is attached as **Exhibit E**.

9.      Once a member is enrolled in a Kaiser plan, the member is provided access to their EOC.  Member EOCs are updated on an annual basis.

10.      Every Kaiser EOC, for the years covered by this case, includes a binding arbitration provision.

11.      Per Ms. Smith's and Mr. Rawlings' EOCs, Kaiser members can receive coverage for emergency care from non-Kaiser plan providers anywhere in the world.

---

[1] The social security numbers and dates of birth in Exhibits A, C & D have been redacted in compliance with Fed. R. Civ. Proc. 5.2.

DECLARATION OF DEBORAH ESPINAL ISO KAISER'S MOTION TO COMPEL
ARBITRATION AND MOTION TO DISMISS

1      I declare under the penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.

3

4      Executed on this 4th day of February 4, 2022, at Oakland, California.

5

6                  *Deborah Espinal*

7                Deborah Espinal

DECLARATION OF DEBORAH ESPINAL ISO KAISER'S MOTION TO COMPEL
ARBITRATION AND MOTION TO DISMISS

# Exhibit A

**718772**

**0 0 0 0 0 2**

**KAISER PERMANENTE.**

Small Business
**EMPLOYEE ENROLLMENT**

See instructions on page 1 before completing this form. Make a copy for your records.

## 1 TO BE COMPLETED BY EMPLOYER   ☑ New group account   ☐ Existing account   ✓

| Company name* | Customer ID (if assigned) | Effective date* (can only start the first of the month) |
|---|---|---|
| Through the Looking Glass | | |

| Plan selection* Gold 500/35 | Employee classification (if applicable) |
|---|---|

Effective date: 12 / 01 / 2017

| Employee last name   Smith | Employee first name   Gra Grace | MI |
|---|---|---|

**Enrollment reason** (Please check 1)   ☑ New group account   ☐ Open enrollment   ☐ Other:

If you have an **existing** account, please fax this form to **858-614-3345** (SCAL), **858-614-3344** (NCAL), or email **csc-sd-sba@kp.org.**

## 2 TO BE COMPLETED BY EMPLOYEE

Have you ever been a member of, or received care from, Kaiser Permanente in California?   ☑ Yes ☐ No

| If so, under what medical record number (if known)   6882849 | Social Security number* | Former/Maiden name |
|---|---|---|

| Last name*   Smith | First name*   Grace E | MI   E | Preferred language (optional)   English |
|---|---|---|---|

| Home address*   555 Perce St | | Apt. #   622 |
|---|---|---|

| City*   Albany | State*   CA | ZIP*   94706 | County   Alameda |
|---|---|---|---|

| Date of birth (mm/dd/yyyy)* | Gender*   ☐ M ☑ F | Day phone   510 517-7259 | Evening phone   Same |
|---|---|---|---|

| Mailing address (if different from home)   Same | | Apt. # |
|---|---|---|

| City | State | ZIP | County |
|---|---|---|---|

If you decline coverage for yourself or an eligible dependent, you can only enroll or change your coverage during an annual open enrollment period established by your employer, or during a special enrollment period if you have experienced a triggering event. You must request coverage within 60 days of a triggering event. Special enrollment triggering events include:

- Loss of health care (minimal essential) coverage, resulting from any of the following: loss of employer-sponsored coverage because you and/or your dependent no longer meet the eligibility requirements, or your employer no longer offers coverage or stops contributing premium payments; loss of eligibility for COBRA coverage (for a reason other than termination for cause or nonpayment of premium); your and/or your dependent's individual, Medi-Cal, Medicare, or other governmental coverage ends; or for any reason other than failure to pay premiums on a timely basis or situations allowing for a rescission (fraud or intentional misrepresentation of material fact); or loss of health care coverage including, but not limited to, loss of that coverage due to the circumstances described in Section 54.9801-6(a)(3)(i) to (iii), inclusive, of Title 26 of the Code of Federal Regulations and the circumstances described in Section 1163 of Title 29 of the United States Code;

- Gaining or becoming a dependent due to marriage, domestic partnership, birth, adoption, placement for adoption, or assumption of a parent-child relationship;

- A valid state or federal court orders that you or your dependent be covered;

- Permanent relocation, such as moving to a new location and having a different choice of health plans, or being released from incarceration;

- The prior health coverage issuer substantially violated a material provision of the health coverage contract;

- A network provider's participation in your and/or your dependent's health plan ended when you and/or your dependent(s) were under active care for one of the following conditions: an acute condition (an acute condition is a medical condition that involves a sudden onset of symptoms due to an illness, injury, or other medical problem that requires prompt medical attention and that has a limited duration); a serious chronic condition (a serious chronic condition is a medical condition due to a disease, illness, or other medical problem or medical disorder that is serious in nature and that persists without full cure or worsens over an extended period of time or requires ongoing treatment to maintain remission or prevent deterioration); pregnancy; terminal illness (a terminal illness is an incurable or irreversible condition that has a high probability of causing death within one year or less); care of a newborn child between birth and age 36 months; or performance of a surgery or other procedure that has been recommended and documented by the provider to occur within 180 days of the contract's termination date or within 180 days of the effective date of coverage for a newly covered insured;

- A member of the reserve forces of the United States military returning from active duty or a member of the California National Guard returning from active duty service under Title 32 of the United States Code;

- An individual demonstrates to the Department of Managed Health Care or Department of Insurance, as applicable, with respect to health benefit plans offered outside the Exchange that the individual did not enroll in a health benefit plan during the immediately preceding enrollment period available because the individual was misinformed that he or she was covered under minimum essential coverage.

*Required field for enrollments.*

Small Business
60624408 January 2018

Page 2 of 3

000002

718772

 **KAISER PERMANENTE.**

Small Business
## EMPLOYEE ENROLLMENT

## 3 FAMILY INFORMATION (Please list only those family members to be enrolled.)

| ☐ Spouse  ☐ Domestic partner | Date of birth (mm/dd/yyyy)* | Gender*  ☐ M  ☐ F | Social Security number |
|---|---|---|---|
| Name (Last, First, MI)* | | Medical record number (if known) | |
| ☐ Dependent* | Date of birth (mm/dd/yyyy)* | Gender*  ☐ M  ☐ F | Social Security number |
| Name (Last, First, MI) | | Medical record number (if known) | |
| ☐ Dependent | Date of birth (mm/dd/yyyy) | Gender  ☐ M  ☐ F | Social Security number |
| Name (Last, First, MI) | | Medical record number (if known) | |
| ☐ Dependent | Date of birth (mm/dd/yyyy) | Gender  ☐ M  ☐ F | Social Security number |
| Name (Last, First, MI) | | Medical record number (if known) | |
| ☐ Dependent | Date of birth (mm/dd/yyyy) | Gender  ☐ M  ☐ F | Social Security number |
| Name (Last, First, MI) | | Medical record number (if known) | |
| ☐ Dependent | Date of birth (mm/dd/yyyy) | Gender  ☐ M  ☐ F | Social Security number |
| Name (Last, First, MI) | | Medical record number (if known) | |

Do any of your dependents listed above live at another address?  ☐ Yes  ☐ No   If Yes, complete the following:

| Name (Last, First, MI) | Address |
|---|---|
| Name (Last, First, MI) | Address |

## 4 SIGNATURE

**KAISER FOUNDATION HEALTH PLAN, INC., ARBITRATION AGREEMENT†**

I understand that (except for Small Claims Court cases, claims subject to a Medicare appeals procedure or the ERISA claims procedure regulation, and any other claims that cannot be subject to binding arbitration under governing law) any dispute between myself, my heirs, relatives, or other associated parties on the one hand and Kaiser Foundation Health Plan, Inc. (KFHP), any contracted health care providers, administrators, or other associated parties on the other hand, for alleged violation of any duty arising out of or related to membership in KFHP, including any claim for medical or hospital malpractice (a claim that medical services were unnecessary or unauthorized or were improperly, negligently, or incompetently rendered), for premises liability, or relating to the coverage for, or delivery of, services or items, irrespective of legal theory, must be decided by binding arbitration under California law and not by lawsuit or resort to court process, except as applicable law provides for judicial review of arbitration proceedings. I agree to give up our right to a jury trial and accept the use of binding arbitration. I understand that the full arbitration provision is contained in the *Evidence of Coverage.*

| Employee name (please print)*  Grace E Smith | Title (please print)  Clinical Supervisor |
|---|---|
| Employee signature*  X  Grace E Smith | Date  11/6/17 |

*Required field for enrollments.

†Disputes arising from fully insured Kaiser Permanente Insurance Company (KPIC) coverage are not subject to binding arbitration: 1) Preferred Provider Organization (PPO) plans and 2) KPIC Dental plans.

Small Business
60624408 January 2018

# Exhibit B



**Kaiser Foundation Health Plan, Inc.**
**Northern California Region**

*A nonprofit corporation*

# EOC #5 - Kaiser Permanente for Small Business Combined Evidence of Coverage and Disclosure Form for
## THROUGH THE LOOKING GLASS

Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Group ID: 718772   *EOC* Number: 5

***December 1, 2020, through November 30, 2021***

Member Service Contact Center
24 hours a day, seven days a week (except closed holidays)
**1-800-464-4000** (TTY users call **711**)
**kp.org**

# Language Assistance Services

**English**: Language assistance is available at no cost to you, 24 hours a day, 7 days a week. You can request interpreter services, materials translated into your language, or in alternative formats. Just call us at **1-800-464-4000**, 24 hours a day, 7 days a week (closed holidays). TTY users call **711**.

**Arabic**: خدمات الترجمة الفورية متوفرة لك مجانًا على مدار الساعة كافة أيام الأسبوع. بإمكانك طلب خدمة الترجمة الفورية أو ترجمة وثائق للغتك أو لصيغ أخرى. ما عليك سوى الاتصال بنا على الرقم 4000-464-800-1 على مدار الساعة كافة أيام الأسبوع (مغلق أيام العطلات). لمستخدمي خدمة الهاتف النصي يرجي الاتصال على الرقم (711).

**Armenian:** Չեզ կարող է անվճար օգնություն տրամադրվել լեզվի հարցում՝ օրը 24 ժամ, շաբաթը 7 օր: Դուք կարող եք պահանջել բանավոր թարգմանչի ծառայություններ, Չեր լեզվով թարգմանված կամ այլընտրանքային ձևաչափով պատրաստված նյութեր: Պարզապես զանգահարեք մեզ` 1-800-464-4000 հեռախոսահամարով՝ օրը 24 ժամ՝ շաբաթը 7 օր (տոն օրերին փակ է): TTY-ից օգտվողները պետք է զանգահարեն 711:

**Chinese:** 您每週7天，每天24小時均可獲得免費語言協助。您可以申請口譯服務、要求將資料翻譯成您所用語言或轉換為其他格式。我們每週7天，每天24小時均歡迎您打電話**1-800-757-7585** 前來聯絡（節假日休息）。聽障及語障專線 (TTY) 使用者請撥**711**。

**Farsi:** خدمات زبانی در 24 ساعت شبانروز و 7 روز هفته بدون اخذ هزینه در اختیار شما است. شما می توانید برای خدمات مترجم شفاهی، ترجمه جزوات به زبان شما و یا به صورتهای دیگر درخواست کنید. کافیست در 24 ساعت شبانروز و 7 روز هفته (به استثنای روزهای تعطیل) با ما به شماره 4000-464-800-1 تماس بگیرید. کاربران TTY با شماره 711 تماس بگیرند.

**Hindi:** बिना किसी लागत के दुभाषिया सेवाएँ, दिन के 24 घंटे, सप्ताह के सातों दिन उपलब्ध हैं। आप एक दुभाषिये की सेवाओं के लिए, बिना किसी लागत के सामग्रियों को अपनी भाषा में अनुवाद करवाने के लिए, या वैकल्पिक प्रारूपों के लिए अनुरोध कर सकते हैं। बस केवल हमें **1-800-464-4000** पर, दिन के 24 घंटे, सप्ताह के सातों दिन (छुट्टियों वाले दिन बंद रहता है) कॉल करें। TTY उपयोगकर्ता 711 पर कॉल करें।

**Hmong:** Muajkwc pab txhais lus pub dawb rau koj, 24 teev ib hnub twg, 7 hnub ib lim tiam twg. Koj thov tau cov kev pab txhais lus, muab cov ntaub ntawv txhais ua koj hom lus, los yog ua lwm hom. Tsuas hu rau **1-800-464-4000**, 24 teev ib hnub twg, 7 hnub ib lim tiam twg (cov hnub caiv kaw). Cov neeg siv TTY hu **711**.

**Japanese:** 当院では、言語支援を無料で、年中無休、終日ご利用いただけます。通訳サービス、日本語に翻訳された資料、あるいは資料を別の書式でも依頼できます。お気軽に **1-800-464-4000** までお電話ください（祭日を除き年中無休）。TTYユーザーは**711**にお電話ください。

**Khmer:** ជំនួយភាសា គឺមានឥតគិតថ្លៃដល់អ្នកឡើយ 24 ម៉ោងមួយថ្ងៃ 7 ថ្ងៃមួយអាទិត្យ។ អ្នកអាចស្នើសុំសេវាអ្នកបកប្រែ សំភារៈដែលបានបកប្រែទៅជាភាសាខ្មែរ ឬទៅដៃផ្សេងៗទៀត។ គ្រាន់តែទូរស័ព្ទមកយើង តាមលេខ 1-800-464-4000 បាន 24 ម៉ោងមួយថ្ងៃ 7 ថ្ងៃមួយអាទិត្យ (បិទថ្ងៃបុណ្យ)។ អ្នកប្រើ TTY ហៅលេខ 711។

**Korean:** 요일 및 시간에 관계없이 언어 지원 서비스를 무료로 이용하실 수 있습니다. 귀하는 통역 서비스, 귀하의 언어로 번역된 자료 또는 대체 형식의 자료를 요청하실 수 있습니다. 요일 및 시간에 관계없이 **1-800-464-4000**번으로 전화하십시오 (공휴일 휴무). TTY 사용자 번호 **711**.

**Laotian:** ການຊ່ວຍເຫຼືອດ້ານພາສານໃຫ້ໂດຍບໍ່ເສັຍຄ່າເວກ່ານ, ຕະຫຼອດ 24 ຊົ່ວໂມງ, 7 ວັນຕໍ່ອາທິດ. ທ່ານສາມາດຮ້ອງຂໍຮັບ ບໍລິການນາຍພາສາ, ໃຫ້ແປເອກະສານເປັນພາສາຂອງທ່ານ, ຫຼືໃນຮູບແບບອື່ນ. ພຽງແຕ່ໂທຣະຫາພວກເຮົາທີ່ **1-800-464-4000**, ຕະຫຼອດ 24 ຊົ່ວໂມງ, 7 ວັນຕໍ່ອາທິດ (ປິດວັນພັກລາດຖານ). ຜູ້ໃຊ້ສາຍ TTY ໂທຣ **711**.

**Navajo:** Saad bee áká'a'ayeed náhóló̜' t'áá jiik'é, naadiin doo bibąą' dį̜į' ahéé'iikeed tsosts'id yiską̜ąjį damoo ná'ádleehjį. Atah halne'é áká'adoolwołígíí jókí, t'áadoo le'é t'áá hóhazaadjį hadilyąą'go, éí doodaii' nááná lá al'ą̜ą ádaat'ehígíí bee hádadilyaa'go. Kojį hodiilnih **1-800-464-4000**, naadiin doo bibąą' dį̜į' ahéé'iikeed tsosts'id yiską̜ąjį damoo ná'ádleehjį (Dahodiyin biniiyé e'e'aahgo éí da'deelkaal). TTY chodeeyoolínígíí kojį hodiilnih **711**.

**Punjabi:** ਬਿਨਾਂ ਕਿਸੀ ਲਾਗਤ ਦੇ, ਦਿਨ ਦੇ 24 ਘੰਟੇ, ਹਫ਼ਤੇ ਦੇ 7 ਦਿਨ, ਦੁਭਾਸ਼ੀਆ ਸੇਵਾਵਾਂ ਤੁਹਾਡੇ ਲਈ ਉਪਲਬਧ ਹੈ। ਤੁਸੀ ਇੱਕ ਦੁਭਾਸ਼ੀਏ ਦੀ ਮਦਦ ਲਈ, ਸਮੱਗਰੀਆਂ ਨੂੰ ਆਪਣੀ ਭਾਸ਼ਾ ਵਿੱਚ ਅਨੁਵਾਦ ਕਰਵਾਉਣ ਲਈ, ਜਾਂ ਕਿਸੀ ਵੱਖ ਫ਼ਾਰਮੈਟ ਵਿੱਚ ਪ੍ਰਾਪਤ ਕਰਨ ਲਈ ਬੇਨਤੀ ਕਰ ਸਕਦੇ ਹੋ। ਬਸ ਸਰਿਫ਼ ਸਾਨੂੰ **1-800-464-4000** ਤੇ, ਦਿਨ ਦੇ 24 ਘੰਟੇ, ਹਫ਼ਤੇ ਦੇ 7 ਦਿਨ (ਛੁੱਟੀਆਂ ਵਾਲੇ ਦਿਨ ਬੰਦ ਰਹਿੰਦਾ ਹੈ) ਫ਼ੋਨ ਕਰੋ। TTY ਦਾ ਉਪਯੋਗ ਕਰਨ ਵਾਲੇ **711** 'ਤੇ ਫ਼ੋਨ ਕਰਨ।

**Russian:** Мы бесплатно обеспечиваем Вас услугами перевода 24 часа в сутки, 7 дней в неделю. Вы можете воспользоваться помощью устного переводчика, запросить перевод материалов на свой язык или запросить их в одном из альтернативных форматов. Просто позвоните нам по телефону **1-800-464-4000**, который доступен 24 часа в сутки, 7 дней в неделю (кроме праздничных дней). Пользователи линии TTY могут звонить по номеру **711**.

**Spanish:** Contamos con asistencia de idiomas sin costo alguno para usted 24 horas al día, 7 días a la semana. Puede solicitar los servicios de un intérprete, que los materiales se traduzcan a su idioma o en formatos alternativos. Solo llame al **1-800-788-0616**, 24 horas al día, 7 días a la semana (cerrado los días festivos). Los usuarios de TTY, deben llamar al **711**.

**Tagalog:** May magagamit na tulong sa wika nang wala kang babayaran, 24 na oras bawat araw, 7 araw bawat linggo.  Maaari kang humingi ng mga serbisyo ng tagasalin sa wika, mga babasahin na isinalin sa iyong wika o sa mga alternatibong format. Tawagan lamang kami sa **1-800-464-4000**, 24 na oras bawat araw, 7 araw bawat linggo (sarado sa mga pista opisyal). Ang mga gumagamit ng TTY ay maaaring tumawag sa **711**.

**Thai:** เรามีบริการล่ามฟรีสำหรับคุณตลอด 24 ชั่วโมงทุกวันตลอดชั่วโมงทำการของเรา คุณสามารถขอให้ล่ามช่วยตอบคำถามของคุณที่เกี่ยวกับความคุ้มครองการดูแลสุขภาพของเรา และคุณยังสามารถขอให้มีการแปลเอกสารเป็นภาษาที่คุณใช้ได้โดยไม่มีการคิดค่าบริการ เพียงโทรหาเราที่หมายเลข **1-800-464-4000** ตลอด 24 ชั่วโมงทุกวัน (ปิดให้บริการในวันหยุดราชการ) ผู้ใช้ TTY โปรดโทรไปที่ **711**.

**Vietnamese:** Dịch vụ thông dịch được cung cấp miễn phí cho quý vị 24 giờ mỗi ngày, 7 ngày trong tuần. Quý vị có thể yêu cầu dịch vụ thông dịch, tài liệu phiên dịch ra ngôn ngữ của quý vị hoặc tài liệu bằng nhiều hình thức khác. Quý vị chỉ cần gọi cho chúng tôi tại số **1-800-464-4000**, 24 giờ mỗi ngày, 7 ngày trong tuần (trừ các ngày lễ). Người dùng TTY xin gọi **711**.

---

. coaccum NGF ACA

**Nondiscrimination Notice**

Kaiser Permanente does not discriminate on the basis of age, race, ethnicity, color, national origin, cultural background, ancestry, religion, sex, gender identity, gender expression, sexual orientation, marital status, physical or mental disability, source of payment, genetic information, citizenship, primary language, or immigration status.

Language assistance services are available from our Member Services Contact Center 24 hours a day, seven days a week (except closed holidays). Interpreter services, including sign language, are available at no cost to you during all hours of operation. Auxiliary aids and services for individuals with disabilities are available at no cost to you during all hours of operation. We can also provide you, your family, and friends with any special assistance needed to access our facilities and services. You may request materials translated in your language, and may also request these materials in large text or in other formats to accommodate your needs at no cost to you. For more information, call **1-800-464-4000** (TTY users call **711**).

A grievance is any expression of dissatisfaction expressed by you or your authorized representative through the grievance process. For example, if you believe that we have discriminated against you, you can file a grievance. Please refer to your *Evidence of Coverage or Certificate of Insurance* or speak with a Member Services representative for the dispute-resolution options that apply to you. This is especially important if you are a Medicare, Medi-Cal, MRMIP, Medi-Cal Access, FEHBP, or CalPERS member because you have different dispute-resolution options available.

You may submit a grievance in the following ways:

- By completing a Complaint or Benefit Claim/Request form at a Member Services office located at a Plan Facility (please refer to *Your Guidebook* or the facility directory on our website at **kp.org** for addresses)

- By mailing your written grievance to a Member Services office at a Plan Facility (please refer to *Your Guidebook* or the facility directory on our website at **kp.org** for addresses)

- By calling our Member Service Contact Center toll free at **1-800-464-4000** (TTY users call **711**)

- By completing the grievance form on our website at **kp.org**

Please call our Member Service Contact Center if you need help submitting a grievance.

The Kaiser Permanente Civil Rights Coordinator will be notified of all grievances related to discrimination on the basis of race, color, national origin, sex, age, or disability. You may also contact the Kaiser Permanente Civil Rights Coordinator directly at One Kaiser Plaza, 12th Floor, Suite 1223, Oakland, CA 94612.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights electronically through the Office for Civil Rights Complaint Portal, available at *ocrportal.hhs.gov/ocr/portal/lobby.jsf* or by mail or phone at: U.S. Department of Health and Human Services, 200 Independence Avenue SW., Room 509F, HHH Building, Washington, DC 20201, 1-800-368-1019, 1-800-537-7697 (TDD). Complaint forms are available at *hhs.gov/ocr/office/file/index.html.*

## Aviso de no discriminación

Kaiser Permanente no discrimina a ninguna persona por su edad, raza, etnia, color, país de origen, antecedentes culturales, ascendencia, religión, sexo, identidad de género, expresión de género, orientación sexual, estado civil, discapacidad física o mental, fuente de pago, información genética, ciudadanía, lengua materna o estado migratorio.

La Central de Llamadas de Servicio a los Miembros brinda servicios de asistencia con el idioma las 24 horas del día, los siete días de la semana (excepto los días festivos). Se ofrecen servicios de interpretación sin costo alguno para usted durante el horario de atención, incluido el lenguaje de señas. Se ofrecen aparatos y servicios auxiliares para personas con discapacidades sin costo alguno durante el horario de atención. También podemos ofrecerle a usted, a sus familiares y amigos cualquier ayuda especial que necesiten para acceder a nuestros centros de atención y servicios. Puede solicitar los materiales traducidos a su idioma, y también los puede solicitar con letra grande o en otros formatos que se adapten a sus necesidades sin costo para usted. Para obtener más información, llame al **1-800-788-0616** (los usuarios de la línea TTY deben llamar al **711**).

Una queja es una expresión de inconformidad que manifiesta usted o su representante autorizado a través del proceso de quejas. Por ejemplo, si usted cree que ha sufrido discriminación de nuestra parte, puede presentar una queja. Consulte su *Evidencia de Cobertura (Evidence of Coverage)* o *Certificado de Seguro (Certificate of Insurance)*, o comuníquese con un representante de Servicio a los Miembros para conocer las opciones de resolución de disputas que le corresponden. Esto tiene especial importancia si es miembro de Medicare, Medi-Cal, el Programa de Seguro Médico para Riesgos Mayores (Major Risk Medical Insurance Program MRMIP), Medi-Cal Access, el Programa de Beneficios Médicos para los Empleados Federales (Federal Employees Health Benefits Program, FEHBP) o CalPERS, ya que dispone de otras opciones para resolver disputas.

Puede presentar una queja de las siguientes maneras:

- Completando un formulario de queja o de reclamación/solicitud de beneficios en una oficina de Servicio a los Miembros ubicada en un centro del plan (consulte las direcciones en *Su Guía* o en el directorio de centros de atención en nuestro sitio web en **kp.org/espanol**)

- Enviando por correo su queja por escrito a una oficina de Servicio a los Miembros en un centro del plan (consulte las direcciones en *Su Guía* o en el directorio de centros de atención en nuestro sitio web en **kp.org/espanol**)

- Llamando a la línea telefónica gratuita de la Central de Llamadas de Servicio a los Miembros al **1-800-788-0616** (los usuarios de la línea TTY deben llamar al **711**)

- Completando el formulario de queja en nuestro sitio web en **kp.org/espanol**

Llame a nuestra Central de Llamadas de Servicio a los Miembros si necesita ayuda para presentar una queja.

Se le informará al coordinador de derechos civiles de Kaiser Permanente (Civil Rights Coordinator) de todas las quejas relacionadas con la discriminación por motivos de raza, color, país de origen, género, edad o discapacidad. También puede comunicarse directamente con el coordinador de derechos civiles de Kaiser Permanente en One Kaiser Plaza, 12th Floor, Suite 1223, Oakland, CA 94612.

También puede presentar una queja formal de derechos civiles de forma electrónica ante la Oficina de Derechos Civiles (Office for Civil Rights) en el Departamento de Salud y Servicios Humanos de los Estados Unidos (U.S. Department of Health and Human Services) mediante el portal de quejas formales de la Oficina de Derechos Civiles (Office for Civil Rights Complaint Portal), en *ocrportal.hhs.gov/ocr/portal/lobby.jsf (en inglés)* o por correo postal o por teléfono a: U.S. Department of Health and Human Services, 200 Independence Avenue SW, Room 509F, HHH Building, Washington, D.C. 20201, 1-800-368-1019, 1-800-537-7697 (línea TDD). Los formularios de queja formal están disponibles en *hhs.gov/ocr/office/file/index.html (en inglés).*

## 無歧視公告

Kaiser Permanente禁止以年齡、人種、族裔、膚色、原國籍、文化背景、血統、宗教、性別、性別認同、性別表達、性取向、婚姻狀況、生理或心理殘障、付款來源、遺傳資訊、公民身份、主要語言或移民身份為由而歧視任何人。

會員服務聯絡中心每週七天每天24小時提供語言協助服務（節假日除外）。本機構在全部營業時間內免費為您提供口譯，包括手語服務，以及殘障人士輔助器材和服務。我們還可為您和您的親友提供使用本機構設施與服務所需要的任何特別協助。您還可免費索取翻譯成您的語言的資料，以及符合您需求的大號字體或其他格式的版本。若需更多資訊，請致電 **1-800-757-7585**（TTY專線使用者請撥**711**）。

申訴指任何您或您的授權代表透過申訴程序來表達不滿的做法。例如，如果您認為自己受到歧視，即可提出申訴。若需瞭解適用於自己的爭議解決選項，請參閱《承保範圍說明書》*(Evidence of Coverage)* 或《保險證明書》*(Certificate of Insurance)*，或咨詢會員服務代表。如果您是Medicare、Medi-Cal、高風險醫療保險計劃 (Major Risk Medical Insurance Program, MRMIP)、Medi-Cal Access、聯邦僱員健康保險計劃 (Federal Employees Health Benefits Program, FEHBP) 或CalPERS會員，採取上述行動尤其重要，因為您可能有不同的爭議解決選項。

您可透過以下方式提出申訴：

- 在健康保險計劃服務設施的會員服務處填寫《投訴或福利索賠/申請表》（地址見《健康服 務指南》(Your Guidebook) 或我們網站**kp.org**上的服務設施名錄）
- 將書面申訴信郵寄到健康保險計劃服務設施的會員服務處（地址見《健康服務指南》或我們網站**kp.org**上的服務設施名錄）
- 致電我們的會員服務聯絡中心，免費電話號碼是**1-800-757-7585**（TTY專線請撥**711**）
- 在我們的網站上填寫申訴表，網址是**kp.org**

如果您在提交申訴時需要協助，請致電我們的會員服務聯絡中心。

涉及人種、膚色、原國籍、性別、年齡或殘障歧視的一切申訴都將通知Kaiser Permanente的民權事務協調員。您也可與Kaiser Permanente的民權事務協調員直接聯絡，地址：One Kaiser Plaza, 12th Floor, Suite 1223, Oakland, CA 94612。

您還可以電子方式透過民權辦公室的投訴入口網站向美國健康與公共服務部民權辦公室提出民權投訴，網址是*ocrportal.hhs.gov/ocr/portal/lobby.jsf*或者按照如下資訊採用郵寄或電話方式聯絡：U.S. Department of Health and Human Services, 200 Independence Avenue SW, Room 509F, HHH Building, Washington, D.C. 20201, 1-800-368-1019, 1-800-537-7697（TDD）。投訴表可從網站*hhs.gov/ocr/office/file/index.html*下載。

## TABLE OF CONTENTS FOR EOC #5

Cost Share Summary ....................................................................................................................1
    Accumulation Period ..............................................................................................................1
    Deductible(s) and Out-of-Pocket Maximum(s) .....................................................................1
    Cost Share Summary Tables by Benefit .................................................................................1
Introduction .................................................................................................................................17
    About Kaiser Permanente .....................................................................................................17
    Pediatric Dental Coverage ....................................................................................................17
    Term of this EOC ..................................................................................................................18
Definitions ....................................................................................................................................18
Premiums, Eligibility, and Enrollment ...................................................................................23
    Premiums ...............................................................................................................................23
    Who Is Eligible ......................................................................................................................23
    When You Can Enroll and When Coverage Begins .............................................................26
How to Obtain Services ..............................................................................................................28
    Routine Care ..........................................................................................................................28
    Urgent Care ...........................................................................................................................28
    Not Sure What Kind of Care You Need? ..............................................................................28
    Your Personal Plan Physician ...............................................................................................29
    Getting a Referral ..................................................................................................................29
    Second Opinions ...................................................................................................................32
    Contracts with Plan Providers ..............................................................................................32
    Receiving Care Outside of Your Home Region ....................................................................33
    Your ID Card .........................................................................................................................33
    Timely Access to Care ..........................................................................................................33
    Getting Assistance ................................................................................................................34
Plan Facilities .............................................................................................................................34
Emergency Services and Urgent Care ......................................................................................35
    Emergency Services ..............................................................................................................35
    Urgent Care ...........................................................................................................................35
    Payment and Reimbursement ...............................................................................................36
Benefits ........................................................................................................................................36
    Your Cost Share ....................................................................................................................37
    Administered Drugs and Products .........................................................................................40
    Ambulance Services ..............................................................................................................41
    Bariatric Surgery ...................................................................................................................41
    Behavioral Health Treatment for Pervasive Developmental Disorder or Autism ................42
    Dental and Orthodontic Services ..........................................................................................43
    Dialysis Care .........................................................................................................................44
    Durable Medical Equipment ("DME") for Home Use .........................................................44
    Emergency and Urgent Care Visits ......................................................................................46
    Family Planning Services ......................................................................................................46
    Fertility Services ...................................................................................................................46
    Health Education ...................................................................................................................47
    Hearing Services ...................................................................................................................47
    Home Health Care .................................................................................................................47
    Hospice Care .........................................................................................................................48
    Hospital Inpatient Care .........................................................................................................49
    Injury to Teeth ......................................................................................................................49

Mental Health Services ........................................................................................................49
Office Visits ........................................................................................................................50
Ostomy and Urological Supplies .........................................................................................50
Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services ...............51
Outpatient Prescription Drugs, Supplies, and Supplements ................................................51
Outpatient Surgery and Outpatient Procedures ..................................................................54
Preventive Services .............................................................................................................54
Prosthetic and Orthotic Devices .........................................................................................55
Reconstructive Surgery .......................................................................................................56
Rehabilitative and Habilitative Services ..............................................................................56
Services in Connection with a Clinical Trial .......................................................................57
Skilled Nursing Facility Care ..............................................................................................58
Substance Use Disorder Treatment .....................................................................................58
Telehealth Visits .................................................................................................................59
Transplant Services .............................................................................................................59
Vision Services for Adult Members ....................................................................................59
Vision Services for Pediatric Members ...............................................................................60
Exclusions, Limitations, Coordination of Benefits, and Reductions ......................................61
Exclusions ..........................................................................................................................61
Limitations .........................................................................................................................64
Coordination of Benefits ....................................................................................................64
Reductions ..........................................................................................................................64
Post-Service Claims and Appeals ..........................................................................................66
Who May File .....................................................................................................................67
Supporting Documents ........................................................................................................67
Initial Claims ......................................................................................................................67
Appeals ...............................................................................................................................68
External Review ..................................................................................................................69
Additional Review ..............................................................................................................69
Dispute Resolution ...............................................................................................................69
Grievances ..........................................................................................................................70
Independent Review Organization for Non-Formulary Prescription Drug Requests ...........72
Department of Managed Health Care Complaints ...............................................................73
Independent Medical Review ("IMR") ................................................................................73
Office of Civil Rights Complaints .......................................................................................74
Additional Review ..............................................................................................................74
Binding Arbitration .............................................................................................................74
Termination of Membership ..................................................................................................76
Termination Due to Loss of Eligibility ...............................................................................77
Termination of Agreement ..................................................................................................77
Termination for Cause .........................................................................................................77
Termination of a Product or all Products .............................................................................77
Payments after Termination .................................................................................................77
State Review of Membership Termination ...........................................................................77
Continuation of Membership .................................................................................................77
Continuation of Group Coverage ........................................................................................78
Continuation of Coverage under an Individual Plan ............................................................81
Miscellaneous Provisions ......................................................................................................82
Administration of Agreement ..............................................................................................82
Advance Directives .............................................................................................................82
Amendment of Agreement ...................................................................................................82

Applications and Statements ...................................................................................................................82
Assignment ............................................................................................................................................82
Attorney and Advocate Fees and Expenses ..........................................................................................82
Claims Review Authority .......................................................................................................................82
EOC Binding on Members .....................................................................................................................82
ERISA Notices .......................................................................................................................................82
Governing Law .......................................................................................................................................83
Group and Members Not Our Agents .....................................................................................................83
No Waiver ..............................................................................................................................................83
Notices Regarding Your Coverage .........................................................................................................83
Overpayment Recovery ..........................................................................................................................83
Privacy Practices ....................................................................................................................................83
Public Policy Participation .....................................................................................................................84
Helpful Information ....................................................................................................................................84
How to Obtain this EOC in Other Formats .............................................................................................84
Provider Directory ..................................................................................................................................84
Online Tools and Resources ...................................................................................................................84
How to Reach Us.....................................................................................................................................84
Payment Responsibility ..........................................................................................................................85
Delta Dental EOC/DF ................................................................................................................................86

## Cost Share Summary

This "Cost Share Summary" is part of your Evidence of Coverage (*EOC*) and is meant to explain the amount you will pay for covered Services under this plan. It does not provide a full description of your benefits. For a full description of your benefits, including any limitations and exclusions, please read this entire *EOC* carefully.

## Accumulation Period

The Accumulation Period for this plan is January 1 through December 31.

## Deductible(s) and Out-of-Pocket Maximum(s)

For Services that apply to the Plan Out-of-Pocket Maximum, you will not pay any more Cost Share for the rest of the Accumulation Period once you have reached the amounts listed below.

For Services that are subject to the Plan Deductible or the Drug Deductible, you must pay Charges for covered Services you receive during the Accumulation Period until you reach the deductible amounts listed below. All payments you make toward your deductible(s) apply to the Plan Out-of-Pocket Maximum amounts listed below.

| Amounts Per Accumulation Period | Self-Only Coverage (a Family of one Member) | Family Coverage Each Member in a Family of two or more Members | Family Coverage Entire Family of two or more Members |
|---|---|---|---|
| Plan Deductible | $500 | $500 | $1,000 |
| Drug Deductible | None | None | None |
| Plan Out-of-Pocket Maximum ("OOPM") | $7,000 | $7,000 | $14,000 |

## Cost Share Summary Tables by Benefit

### How to read the Cost Share summary tables

Each table below explains the Cost Share for a category of benefits. Specific Services related to the benefit are described in the first column of each table. For a detailed description of coverage for a particular benefit, please refer to the same benefit heading in the "Benefits" section of this *EOC*.

- **Copayment / Coinsurance**. This column describes the Cost Share you will pay for Services after you have met your Plan Deductible or Drug Deductible, if applicable. (Please see the "Deductible(s) and Out-of-Pocket Maximum(s)" section above to determine if your plan includes deductibles.) If the Services are not covered in your plan, this column will read "Not covered." If we provide an Allowance that you can use toward the cost of the Services, this column will include the Allowance.

- **Subject to Deductible**. This column explains whether the Cost Share you pay for Services is subject to a Plan Deductible or Drug Deductible. If the Services are subject to a deductible, you will pay Charges for those Services until you have met your deductible. If the Services are subject to a deductible, there will be a "✓" or "●" in this column, depending on which deductible applies ("✓" for Plan Deductible, "●" for Drug Deductible). If the Services do not apply to a deductible, or if your plan does not include a deductible, this column will be blank. For a more detailed explanation of deductibles, please refer to "Plan Deductible" and "Drug Deductible" in the "Benefits" section of this *EOC*.

- **OOPM**. This column explains whether the Cost Share you pay for Services counts toward the Plan Out-of-Pocket Maximum ("OOPM") after you have met any applicable deductible. If the Services count toward the Plan OOPM, there will be a "✓" in this column. If the Services do not count toward the Plan OOPM, this column will be blank. For a more detailed explanation of the Plan OOPM, please refer to "Plan Out-of-Pocket Maximum" heading in the "Benefits" section of this *EOC*.

**Administered drugs and products**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Whole blood, red blood cells, plasma, and platelets | No charge | | ✓ |
| Allergy antigens (including administration) | $5 per visit | | ✓ |
| Cancer chemotherapy drugs and adjuncts | No charge | | ✓ |
| Drugs and products that are administered via intravenous therapy or injection that are not for cancer chemotherapy, including blood factor products and biological products ("biologics") derived from tissue, cells, or blood | No charge | | ✓ |
| All other administered drugs and products | No charge | | ✓ |
| Drugs and products administered to you during a home visit | No charge | | ✓ |

**Ambulance Services**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Emergency ambulance Services | $250 per trip | ✓ | ✓ |
| Nonemergency ambulance and psychiatric transport van Services | $250 per trip | ✓ | ✓ |

**Behavioral health treatment for pervasive development disorder or autism**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Covered Services | $30 per day | | ✓ |

**Dialysis care**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Equipment and supplies for home hemodialysis and home peritoneal dialysis | No charge | | ✓ |
| One routine outpatient visit per month with the multidisciplinary nephrology team for a consultation, evaluation, or treatment | No charge | | ✓ |

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC# 5*   Effective: 12/1/20–11/30/21
Date: December 22, 2020

21

Page 2

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Hemodialysis and peritoneal dialysis treatment at a Plan Facility | No charge | | ✔ |

**Durable Medical Equipment ("DME") for home use**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Blood glucose monitors for diabetes blood testing and their supplies | 20% Coinsurance | | ✔ |
| Insulin pumps and supplies to operate the pump | 20% Coinsurance | | ✔ |
| Other Base DME Items as described in this *EOC* | 20% Coinsurance | | ✔ |
| Supplemental DME items as described in this *EOC* | 20% Coinsurance up to a $2,000 benefit limit per Accumulation Period | ✔ | |
| Retail-grade breast pumps | No charge | | ✔ |
| Hospital-grade breast pumps | No charge | | ✔ |

**Emergency and Urgent Care visits**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Emergency Department visits | $250 per visit | ✔ | ✔ |
| Urgent Care visits | $30 per visit | | ✔ |

Note: If you are admitted to the hospital as an inpatient from the Emergency Department, the Emergency Department visits Cost Share above does not apply. Instead, the Services you received in the Emergency Department, including any observation stay, if applicable, will be considered part of your inpatient hospital stay. For the Cost Share for inpatient care, please refer to "Hospital inpatient care" in this "Cost Share Summary." The Emergency Department Cost Share does apply if you are admitted for observation but are not admitted as an inpatient.

**Family planning Services**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Family planning counseling | No charge | | ✔ |

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20–11/30/21
Date: December 22, 2020

22

Page 3

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Injectable contraceptives, internally implanted time-release contraceptives or intrauterine devices ("IUDs") and office visits related to their administration and management | No charge | | ✓ |
| Female sterilization procedures if performed in an ambulatory surgery center or in a hospital operating room | No charge | | ✓ |
| All other female sterilization procedures | No charge | | ✓ |
| Male sterilization procedures if performed in an ambulatory surgery center or in a hospital operating room | $600 per procedure | ✓ | ✓ |
| All other male sterilization procedures | $35 per visit | | ✓ |
| Termination of pregnancy | $35 per procedure | ✓ | ✓ |

**Fertility Services**

**Diagnosis and treatment of infertility**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Services for the diagnosis and treatment of infertility | Not covered | | |

**Artificial insemination**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Services for artificial insemination | Not covered | | |

**Assisted reproductive technology ("ART") Services**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Assisted reproductive technology ("ART") Services such as invitro fertilization ("IVF"), gamete intra-fallopian transfer ("GIFT"), or zygote intrafallopian transfer ("ZIFT") | Not covered | | |

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20–11/30/21
Date: December 22, 2020

23

Page 4

**Health education**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Covered health education programs, which may include programs provided online and counseling over the phone | No charge | | ✓ |
| Individual counseling during an office visit related to smoking cessation | No charge | | ✓ |
| Individual counseling during an office visit related to diabetes management | No charge | | ✓ |
| Other covered individual counseling when the office visit is solely for health education | No charge | | ✓ |
| Covered health education materials | No charge | | ✓ |

**Hearing Services**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Hearing exams with an audiologist to determine the need for hearing correction | $30 per visit | | ✓ |
| Physician Specialist Visits to diagnose and treat hearing problems | $35 per visit | | ✓ |
| Hearing aid(s), including, fitting, counseling, adjustment, cleaning, and inspection | Not covered | | |

**Home health care**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Home health care Services (100 visits per Accumulation Period) | No charge | | ✓ |

**Hospice care**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Hospice Services | No charge | | ✓ |

**Hospital inpatient care**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Inpatient hospital stays | $600 per day up to a maximum of $3,000 per admission | ✔ | ✔ |

**Injury to teeth**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Accidental injury to teeth | Not covered | | |

**Mental health Services**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Inpatient mental health hospital stays | $600 per day up to a maximum of $3,000 per admission | ✔ | ✔ |
| Individual mental health evaluation and treatment | $30 per visit | | ✔ |
| Group mental health treatment | $15 per visit | | ✔ |
| Partial hospitalization | No charge | ✔ | ✔ |
| Other intensive psychiatric treatment programs | No charge | ✔ | ✔ |
| Residential mental health treatment Services | No charge | ✔ | ✔ |

**Office visits**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Primary Care Visits and Non-Physician Specialist Visits that are not described elsewhere in this "Cost Share Summary" | $30 per visit | | ✔ |
| Physician Specialist Visits that are not described elsewhere in this "Cost Share Summary" | $35 per visit | | ✔ |

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC# 5*   Effective: 12/1/20–11/30/21
Date: December 22, 2020

25

Page 6

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Group appointments that are not described elsewhere in this "Cost Share Summary" | $15 per visit | | ✓ |
| Acupuncture Services | $30 per visit | | ✓ |
| House calls | No charge | | ✓ |

**Ostomy and urological supplies**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Ostomy and urological supplies as described in this *EOC* | No charge | | ✓ |

**Outpatient imaging, laboratory, and other diagnostic and treatment Services**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Complex imaging (other than preventive) such as CT scans, MRIs, and PET scans | $300 per procedure | ✓ | ✓ |
| Basic imaging Services, such as diagnostic and therapeutic X-rays, mammograms, and ultrasounds | $40 per encounter | | ✓ |
| Nuclear medicine | $40 per encounter | | ✓ |
| Routine retinal photography screenings | No charge | | ✓ |
| Routine laboratory tests to monitor the effectiveness of dialysis | No charge | | ✓ |
| All other laboratory tests (including tests for specific genetic disorders for which genetic counseling is available) | $20 per encounter | | ✓ |
| Diagnostic Services provided by Plan Providers who are not physicians (such as EKGs and EEGs) | $40 per encounter | | ✓ |
| Radiation therapy | No charge | | ✓ |
| Ultraviolet light treatments | No charge | | ✓ |

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20–11/30/21
Date: December 22, 2020

26

Page 7

**Outpatient prescription drugs, supplies, and supplements**

If the "Cost Share at a Plan Pharmacy" column in this section provides Cost Share for a 30-day supply and your Plan Physician prescribes more than this, you may be able to obtain more than a 30-day supply at one time up to the day supply limit for that drug. Applicable Cost Share will apply. For example, two 30-day copayments may be due when picking up a 60-day prescription, three copayments may be due when picking up a 100-day prescription at the pharmacy.

**Most items**

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| Items on the generic tier not described elsewhere in this "Cost Share Summary" | $15 for up to a 30-day supply | $30 for up to a 100-day supply | | ✔ |
| Items on the brand tier not described elsewhere in this "Cost Share Summary" | $50 for up to a 30-day supply | $100 for up to a 100-day supply | | ✔ |
| Items on the specialty tier not described elsewhere in this "Cost Share Summary" | 20% Coinsurance (not to exceed $250) for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✔ |

**Base drugs, supplies, and supplements**

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| Hematopoietic agents for dialysis | No charge for up to a 30-day supply | Not available | | ✔ |
| Elemental dietary enteral formula when used as a primary therapy for regional enteritis | No charge for up to a 30-day supply | Not available | | ✔ |
| All other items on the generic tier as described in this *EOC* | $15 for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✔ |
| All other items on the brand tier as described in this *EOC* | $50 for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✔ |
| All other items on the specialty tier as described in this *EOC* | 20% Coinsurance (not to exceed $250) for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✔ |

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20–11/30/21
Date: December 22, 2020

27

Page 8

**Anticancer drugs and certain critical adjuncts following a diagnosis of cancer**

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| Oral anticancer drugs on the generic tier | $15 for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✓ |
| Oral anticancer drugs on the brand tier | $50 for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✓ |
| Oral anticancer drugs on the specialty tier | 20% Coinsurance (not to exceed $200) for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✓ |
| Non-oral anticancer drugs on the generic tier | $15 for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✓ |
| Non-oral anticancer drugs on the brand tier | $50 for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✓ |
| Non-oral anticancer drugs on the specialty tier | 20% Coinsurance (not to exceed $250) for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✓ |

**Home infusion drugs**

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| Home infusion drugs | No charge for up to a 30-day supply | Not available | | ✓ |
| Supplies necessary for administration of home infusion drugs | No charge | No charge | | ✓ |

Home infusion drugs are self-administered intravenous drugs, fluids, additives, and nutrients that require specific types of parenteral-infusion, such as an intravenous or intraspinal-infusion.

**Diabetes supplies and amino acid–modified products**

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| Amino acid–modified products used to treat congenital errors of amino acid metabolism (such as phenylketonuria) | No charge for up to a 30-day supply | Not available | | ✔ |
| Ketone test strips and sugar or acetone test tablets or tapes for diabetes urine testing | No charge for up to a 30-day supply | Not available | | ✔ |
| Insulin-administration devices: pen delivery devices, disposable needles and syringes, and visual aids required to ensure proper dosage (except eyewear) | $15 for up to a 100-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✔ |

For drugs related to the treatment of diabetes (for example, insulin), and for continuous insulin delivery devices that use disposable items such as patches or pods, please refer to the "Most items" table above. For insulin pumps, please refer to the "Durable Medical Equipment ("DME") for home use" table above.

**Contraceptive drugs and devices**

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| The following hormonal contraceptive items for women on the generic tier when prescribed by a Plan Provider:<br>• Rings<br>• Patches<br>• Oral contraceptives | No charge for up to a 365-day supply | No charge for up to a 365-day supply<br>Rings are not available for mail order | | ✔ |
| The following contraceptive items for women on the generic tier when prescribed by a Plan Provider:<br>• Female condoms<br>• Spermicide<br>• Sponges | No charge for up to a 30-day supply | Not available | | ✔ |
| The following hormonal contraceptive items for women on the brand tier when prescribed by a Plan Provider:<br>• Rings<br>• Patches<br>• Oral contraceptives | No charge for up to a 365-day supply | No charge for up to a 365-day supply<br>Rings are not available for mail order | | ✔ |

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| The following contraceptive items for women on the brand tier when prescribed by a Plan Provider:<br>• Female condoms<br>• Spermicide<br>• Sponges | No charge for up to a 30-day supply | Not available | | ✓ |
| Emergency contraception | No charge | Not available | | ✓ |
| Diaphragms and cervical caps | No charge | Not available | | ✓ |

**Certain preventive items**

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| Items on our Preventive Services list on our website at **kp.org/prevention** when prescribed by a Plan Provider | No charge for up to a 30-day supply | Not available | | ✓ |

**Fertility and sexual dysfunction drugs**

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| Drugs on the generic tier prescribed to treat infertility or in connection with covered artificial insemination Services | Not covered | Not covered | | |
| Drugs on the brand and specialty tiers prescribed to treat infertility or in connection with covered artificial insemination Services | Not covered | Not covered | | |
| Drugs on the generic tier prescribed in connection with covered assisted reproductive technology ("ART") Services | Not covered | Not covered | | |
| Drugs on the brand and specialty tiers prescribed in connection with covered assisted reproductive technology ("ART") Services | Not covered | Not covered | | |

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC# 5*   Effective: 12/1/20–11/30/21
Date: December 22, 2020

30

Page 11

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| Drugs on the generic tier prescribed for sexual dysfunction disorders | $15 for up to a 30-day supply | $30 for up to a 100-day supply | | ✓ |
| Drugs on the brand and specialty tiers prescribed for sexual dysfunction disorders | $50 for up to a 30-day supply | $100 for up to a 100-day supply | | ✓ |

**Outpatient surgery and outpatient procedures**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Outpatient surgery and outpatient procedures (including imaging and diagnostic Services) when provided in an ambulatory surgery center or in a hospital operating room, or any setting where a licensed staff member monitors your vital signs as you regain sensation after receiving drugs to reduce sensation or minimize discomfort | $600 per procedure | ✓ | ✓ |
| Any other outpatient surgery that does not require a licensed staff member to monitor your vital signs as described above | $35 per procedure | | ✓ |

**Preventive Services**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Routine physical exams, including well-woman and preventive exams for Members age 2 and older | No charge | | ✓ |
| Well-child preventive exams for Members through age 23 months | No charge | | ✓ |
| Normal series of regularly scheduled preventive prenatal care exams after confirmation of pregnancy | No charge | | ✓ |
| First postpartum follow-up consultation and exam | No charge | | ✓ |
| Immunizations (including the vaccine) administered to you in a Plan Medical Office | No charge | | ✓ |
| Tuberculosis skin tests | No charge | | ✓ |

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20–11/30/21
Date: December 22, 2020

31

Page 12

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Screening and counseling Services when provided during a routine physical exam or a well-child preventive exam, such as obesity counseling, routine vision and hearing screenings, alcohol and substance abuse screenings, health education, depression screening, and developmental screenings to diagnose and assess potential developmental delays | No charge | | ✓ |
| Screening colonoscopies | No charge | | ✓ |
| Screening flexible sigmoidoscopies | No charge | | ✓ |
| Routine imaging screenings such as mammograms | No charge | | ✓ |
| Bone density CT scans | No charge | | ✓ |
| Bone density DEXA scans | No charge | | ✓ |
| Routine laboratory tests and screenings, such as cancer screening tests, sexually transmitted infection ("STI") tests, cholesterol screening tests, and glucose tolerance tests | No charge | | ✓ |
| Other laboratory screening tests, such as fecal occult blood tests and hepatitis B screening tests | No charge | | ✓ |

**Prosthetic and orthotic devices**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Internally implanted prosthetic and orthotic devices as described in this *EOC* | No charge | ✓ | ✓ |
| External prosthetic and orthotic devices as described in this *EOC* | No charge | | ✓ |
| Supplemental prosthetic and orthotic devices as described in this *EOC* | No charge | | ✓ |

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20–11/30/21
Date: December 22, 2020

32

Page 13

**Rehabilitative and habilitative Services**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Individual outpatient physical, occupational, and speech therapy | $30 per visit | | ✓ |
| Group outpatient physical, occupational, and speech therapy | $15 per visit | | ✓ |
| Physical, occupational, and speech therapy provided in an organized, multidisciplinary rehabilitation day-treatment program | $30 per day | | ✓ |

**Skilled nursing facility care**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Skilled nursing facility Services up to 100 days per benefit period* | $300 per day up to a maximum of $1,500 per admission | ✓ | ✓ |

*A benefit period begins on the date you are admitted to a hospital or Skilled Nursing Facility at a skilled level of care. A benefit period ends on the date you have not been an inpatient in a hospital or Skilled Nursing Facility, receiving a skilled level of care, for 60 consecutive days. A new benefit period can begin only after any existing benefit period ends. A prior three-day stay in an acute care hospital is not required.

**Substance use disorder treatment**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Inpatient detoxification | $600 per day up to a maximum of $3,000 per admission | ✓ | ✓ |
| Individual substance use disorder evaluation and treatment | $30 per visit | | ✓ |
| Group substance use disorder treatment | $5 per visit | | ✓ |
| Intensive outpatient and day-treatment programs | $5 per day | | ✓ |
| Residential substance use disorder treatment | $100 per admission | ✓ | ✓ |

**Telehealth visits**

**Interactive video visits**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Primary Care Visits and Non-Physician Specialist Visits | No charge | | ✓ |
| Physician Specialist Visits | No charge | | ✓ |

**Scheduled telephone visits**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Primary Care Visits and Non-Physician Specialist Visits | No charge | | ✓ |
| Physician Specialist Visits | No charge | | ✓ |

**Vision Services for Adult Members**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Routine eye exams with a Plan Optometrist to determine the need for vision correction and to provide a prescription for eyeglass lenses | No charge | | ✓ |
| Physician Specialist Visits to diagnose and treat injuries or diseases of the eye | $35 per visit | | ✓ |
| Non-Physician Specialist Visits to diagnose and treat injuries or diseases of the eye | $30 per visit | | ✓ |
| Aniridia lenses: up to two Medically Necessary contact lenses per eye (including fitting and dispensing) in any 12-month period | No charge | | ✓ |
| Aphakia lenses: up to six Medically Necessary aphakic contact lenses per eye (including fitting and dispensing) in any 12-month period | No charge | | ✓ |
| Low vision devices (including fitting and dispensing) | Not covered | | |

**Vision Services for Pediatric Members**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Routine eye exams with a Plan Optometrist to determine the need for vision correction and to provide a prescription for eyeglass lenses | No charge | | ✔ |
| Physician Specialist Visits to diagnose and treat injuries or diseases of the eye | $35 per visit | | ✔ |
| Non-Physician Specialist Visits to diagnose and treat injuries or diseases of the eye | $30 per visit | | ✔ |
| Aniridia lenses: up to two Medically Necessary contact lenses per eye (including fitting and dispensing) in any 12-month period | No charge | | ✔ |
| Aphakia lenses: up to six Medically Necessary aphakic contact lenses per eye (including fitting and dispensing) in any 12-month period | No charge | | ✔ |
| Other contact lenses that will provide a significant improvement in vision that eyeglass lenses cannot provide: either one pair of contact lenses (including fitting and dispensing) or an initial supply of disposable contact lenses (including fitting and dispensing) in any 12-month period | No charge | | |
| One complete pair of eyeglasses in any 12-month period, or contact lenses as described in this *EOC*, in any 12-month period | No charge | | ✔ |
| One low vision device (including fitting and dispensing) per Accumulation Period | No charge | | ✔ |

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20–11/30/21
Date: December 22, 2020

35

Page 16

## Introduction

This *Combined Evidence of Coverage and Disclosure Form* (*"EOC"*) describes the health care coverage of "Kaiser Permanente for Small Business" provided under the *Group Agreement* (*"Agreement"*) between Kaiser Foundation Health Plan, Inc. ("Health Plan") and the entity with which Health Plan has entered into the *Agreement* (your "Group").

This *EOC* is part of the *Agreement* between Health Plan and your Group. The *Agreement* contains additional terms such as Premiums, when coverage can change, the effective date of coverage, and the effective date of termination. The *Agreement* must be consulted to determine the exact terms of coverage. A copy of the *Agreement* is available from your Group.

Once enrolled in other coverage made available through Health Plan, that other plan's evidence of coverage cannot be cancelled without cancelling coverage under this *EOC*, unless the change is made during open enrollment or a special enrollment period.

For benefits provided under any other program offered by your Group (for example, workers compensation benefits), refer to your Group's materials.

In this *EOC*, Health Plan is sometimes referred to as "we" or "us." Members are sometimes referred to as "you." Some capitalized terms have special meaning in this *EOC*; please see the "Definitions" section for terms you should know.

It is important to familiarize yourself with your coverage by reading this *EOC* completely, so that you can take full advantage of your Health Plan benefits. Also, if you have special health care needs, please carefully read the sections that apply to you.

### About Kaiser Permanente

**PLEASE READ THE FOLLOWING INFORMATION SO THAT YOU WILL KNOW FROM WHOM OR WHAT GROUP OF PROVIDERS YOU MAY GET HEALTH CARE.**

When you join Kaiser Permanente, you are enrolling in one of two Health Plan Regions in California (either our Northern California Region or Southern California Region), which we call your "Home Region." The coverage information in this *EOC* applies when you obtain care in your Home Region. When you visit the other California Region, you may receive care as described in "Receiving Care Outside of Your Home Region" in the "How to Obtain Services" section.

Kaiser Permanente provides Services directly to our Members through an integrated medical care program. Health Plan, Plan Hospitals, and the Medical Group work together to provide our Members with quality care. Our medical care program gives you access to all of the covered Services you may need, such as routine care with your own personal Plan Physician, hospital care, laboratory and pharmacy Services, Emergency Services, Urgent Care, and other benefits described in this *EOC*. Plus, our health education programs offer you great ways to protect and improve your health.

We provide covered Services to Members using Plan Providers located in our Service Area, which is described in the "Definitions" section. You must receive all covered care from Plan Providers inside our Service Area, except as described in the sections listed below for the following Services:

- Authorized referrals as described under "Getting a Referral" in the "How to Obtain Services" section

- Emergency ambulance Services as described under "Ambulance Services" in the "Benefits" section

- Emergency Services, Post-Stabilization Care, and Out-of-Area Urgent Care as described in the "Emergency Services and Urgent Care" section

- Hospice care as described under "Hospice Care" in the "Benefits" section

- Visiting Member Services as described under "Receiving Care Outside of Your Home Region" in the "How to Obtain Services" section

### Pediatric Dental Coverage

Except as described under "Dental and Orthodontic Services" in the "Benefits" section below, dental services are not covered under this *EOC*. Information in this *EOC*, such as how to get care, descriptions of services that are covered, and how to resolve issues related to your health care coverage, pertains only to Services covered under this *EOC*.

When you enroll in this Kaiser Permanente coverage, you are also automatically enrolling in a separate pediatric dental plan underwritten by Delta Dental of

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

36

Page 17

California, which will provide coverage of dental benefits for any children under age 19 that you enroll.

These dental benefits are described in the Delta Dental EOC/DF attached to this *EOC*. Please refer to this Delta Dental EOC/DF for information about your dental coverage, such as how to get care, and services that are covered.

### Renewal

Coverage of dental services benefits under the Delta Dental EOC/DF attached to this *EOC* will automatically renew upon the renewal of this *EOC*.

### Premiums

Premiums due under this *EOC* include the dental services underwritten by Delta Dental of California described in the attached Delta Dental EOC/DF.

### Dispute Resolution

Delta Dental is responsible for administering and resolving enrollee complaints, grievances and appeals that concern dental services covered by the Delta Dental EOC/DF. Please refer to the Delta Dental EOC/DF attached to this *EOC* for information regarding these complaints, grievances and appeals. Health Plan is responsible for administering and resolving any enrollee complaints, grievances and appeals that concern enrollment, premium collection and/or termination relating to this pediatric dental coverage.

### Termination

Coverage of dental services benefits under the Delta Dental EOC/DF attached to this *EOC* will automatically terminate upon the termination of this *EOC* (for example, if your coverage under this *EOC* terminates because you lose eligibility as a Dependent, your coverage under the Delta Dental EOC/DF will terminate at the same time). Delta Dental will not separately terminate its dental services coverage under the Delta Dental EOC/DF. If Delta Dental stops offering the pediatric dental plan described in the Delta Dental EOC/DF during the term of this *EOC*, we will make arrangements for the Services to be provided by another pediatric dental plan and notify you of the arrangements.

## Term of this *EOC*

This *EOC* is for the period December 1, 2020, through November 30, 2021, unless amended. Your Group can tell you whether this *EOC* is still in effect and give you a current one if this *EOC* has expired or been amended.

Information about renewal of pediatric dental coverage is described under "Pediatric Dental Coverage" in the "Introduction" section of this *EOC*.

## Definitions

Some terms have special meaning in this *EOC*. When we use a term with special meaning in only one section of this *EOC*, we define it in that section. The terms in this "Definitions" section have special meaning when capitalized and used in any section of this *EOC*.

**Accumulation Period:** A period of time no greater than 12 consecutive months for purposes of accumulating amounts toward any deductibles (if applicable), out-of-pocket maximums, and benefit limits. For example, the Accumulation Period may be a calendar year or contract year. The Accumulation Period for this *EOC* is from January 1 through December 31.

**Adult Member:** A Member who is age 19 or older and is not a Pediatric Member. For example, if you turn 19 on June 25, you will be an Adult Member starting July 1.

**Allowance:** A specified amount that you can use toward the purchase price of an item. If the price of the item(s) you select exceeds the Allowance, you will pay the amount in excess of the Allowance (and that payment will not apply toward any deductible or out-of-pocket maximum).

**Ancillary Coverage:** Optional benefits such as acupuncture, chiropractic, or dental coverage that may be available to Members enrolled under this *EOC*. If your plan includes Ancillary Coverage, this coverage will be described in an amendment to this *EOC* or a separate agreement from the issuer of the coverage. Note: Pediatric dental coverage is not considered to be optional Ancillary Coverage.

**Charges:** "Charges" means the following:

- For Services provided by the Medical Group or Kaiser Foundation Hospitals, the charges in Health Plan's schedule of Medical Group and Kaiser Foundation Hospitals charges for Services provided to Members

- For Services for which a provider (other than the Medical Group or Kaiser Foundation Hospitals) is compensated on a capitation basis, the charges in the schedule of charges that Kaiser Permanente negotiates with the capitated provider

- For items obtained at a pharmacy owned and operated by Kaiser Permanente, the amount the pharmacy would charge a Member for the item if a Member's benefit plan did not cover the item (this amount is an estimate of: the cost of acquiring, storing, and

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   EOC# 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

37

Page 18

dispensing drugs, the direct and indirect costs of providing Kaiser Permanente pharmacy Services to Members, and the pharmacy program's contribution to the net revenue requirements of Health Plan)

- For all other Services, the payments that Kaiser Permanente makes for the Services or, if Kaiser Permanente subtracts your Cost Share from its payment, the amount Kaiser Permanente would have paid if it did not subtract your Cost Share

**Coinsurance:** A percentage of Charges that you must pay when you receive a covered Service under this *EOC*.

**Copayment:** A specific dollar amount that you must pay when you receive a covered Service under this *EOC*. Note: The dollar amount of the Copayment can be $0 (no charge).

**Cost Share:** The amount you are required to pay for covered Services. For example, your Cost Share may be a Copayment or Coinsurance. If your coverage includes a Plan Deductible and you receive Services that are subject to the Plan Deductible, your Cost Share for those Services will be Charges until you reach the Plan Deductible. Similarly, if your coverage includes a Drug Deductible, and you receive Services that are subject to the Drug Deductible, your Cost Share for those Services will be Charges until you reach the Drug Deductible.

**Dependent:** A Member who meets the eligibility requirements as a Dependent (for Dependent eligibility requirements, see "Who Is Eligible" in the "Premiums, Eligibility, and Enrollment" section).

**Disclosure Form ("DF"):** A summary of coverage for prospective Members. For some products, the DF is combined with the evidence of coverage.

**Drug Deductible:** The amount you must pay under this *EOC* in the Accumulation Period for certain drugs, supplies, and supplements before we will cover those Services at the applicable Copayment or Coinsurance in that Accumulation Period. Please refer to the "Cost Share Summary" section to learn whether your coverage includes a Drug Deductible, the Services that are subject to the Drug Deductible, and the Drug Deductible amount.

**Emergency Medical Condition:** A medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) such that you reasonably believed that the absence of immediate medical attention would result in any of the following:

- Placing the person's health (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy
- Serious impairment to bodily functions
- Serious dysfunction of any bodily organ or part

A mental health condition is an Emergency Medical Condition when it meets the requirements of the paragraph above, or when the condition manifests itself by acute symptoms of sufficient severity such that either of the following is true:

- The person is an immediate danger to himself or herself or to others
- The person is immediately unable to provide for, or use, food, shelter, or clothing, due to the mental disorder

**Emergency Services:** All of the following with respect to an Emergency Medical Condition:

- A medical screening exam that is within the capability of the emergency department of a hospital, including ancillary services (such as imaging and laboratory Services) routinely available to the emergency department to evaluate the Emergency Medical Condition
- Within the capabilities of the staff and facilities available at the hospital, Medically Necessary examination and treatment required to Stabilize the patient (once your condition is Stabilized, Services you receive are Post Stabilization Care and not Emergency Services)

***EOC:*** This *Combined Evidence of Coverage and Disclosure Form* document, including any amendments, which describes the health care coverage of "Kaiser Permanente for Small Business" under Health Plan's *Agreement* with your Group.

**Family:** A Subscriber and all of his or her Dependents.

**Group:** The entity with which Health Plan has entered into an *Agreement* that includes this *EOC*.

**Health Plan:** Kaiser Foundation Health Plan, Inc., a California nonprofit corporation. Health Plan is a health care service plan licensed to offer health care coverage by the Department of Managed Health Care. This *EOC* sometimes refers to Health Plan as "we" or "us."

**Home Region:** The Region where you enrolled (either the Northern California Region or the Southern California Region).

**Kaiser Permanente:** Kaiser Foundation Hospitals (a California nonprofit corporation), Health Plan, and the Medical Group.

**Medical Group:** The Permanente Medical Group, Inc., a for-profit professional corporation.

**Medically Necessary:** A Service is Medically Necessary if it is medically appropriate and required to prevent, diagnose, or treat your condition or clinical symptoms in accord with generally accepted professional standards of

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC#* 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

38

Page 19

practice that are consistent with a standard of care in the medical community.

**Medicare:** The federal health insurance program for people 65 years of age or older, some people under age 65 with certain disabilities, and people with end-stage renal disease (generally those with permanent kidney failure who need dialysis or a kidney transplant).

**Member:** A person who is eligible and enrolled under this *EOC*, and for whom we have received applicable Premiums. This *EOC* sometimes refers to a Member as "you."

**Non-Physician Specialist Visits:** Consultations, evaluations, and treatment by non-physician specialists (such as nurse practitioners, physician assistants, optometrists, podiatrists, and audiologists). For Services described under "Dental and Orthodontic Services" in the "Benefits" section, non-physician specialists include dentists and orthodontists.

**Non–Plan Hospital:** A hospital other than a Plan Hospital.

**Non–Plan Physician:** A physician other than a Plan Physician.

**Non–Plan Provider:** A provider other than a Plan Provider.

**Non–Plan Psychiatrist:** A psychiatrist who is not a Plan Physician.

**Out-of-Area Urgent Care:** Medically Necessary Services to prevent serious deterioration of your (or your unborn child's) health resulting from an unforeseen illness, unforeseen injury, or unforeseen complication of an existing condition (including pregnancy) if all of the following are true:

- You are temporarily outside our Service Area

- A reasonable person would have believed that your (or your unborn child's) health would seriously deteriorate if you delayed treatment until you returned to our Service Area

**Pediatric Member:** A Member from birth through the end of the month of his or her 19th birthday. For example, if you turn 19 on June 25, you will be an Adult Member starting July 1 and your last minute as a Pediatric Member will be 11:59 p.m. on June 30.

**Physician Specialist Visits:** Consultations, evaluations, and treatment by physician specialists, including personal Plan Physicians who are not Primary Care Physicians.

**Plan Deductible:** The amount you must pay under this *EOC* in the Accumulation Period for certain Services before we will cover those Services at the applicable Copayment or Coinsurance in that Accumulation Period.

Please refer to the "Cost Share Summary" section to learn whether your coverage includes a Plan Deductible, the Services that are subject to the Plan Deductible, and the Plan Deductible amount.

**Plan Facility:** Any facility listed in the Provider Directory on our website at **kp.org/facilities**. Plan Facilities include Plan Hospitals, Plan Medical Offices, and other facilities that we designate in the directory. The directory is updated periodically. The availability of Plan Facilities may change. If you have questions, please call our Member Service Contact Center.

**Plan Hospital:** Any hospital listed in the Provider Directory on our website at **kp.org/facilities**. In the directory, some Plan Hospitals are listed as Kaiser Permanente Medical Centers. The directory is updated periodically. The availability of Plan Hospitals may change. If you have questions, please call our Member Service Contact Center.

**Plan Medical Office:** Any medical office listed in the Provider Directory on our website at **kp.org/facilities**. In the directory, Kaiser Permanente Medical Centers may include Plan Medical Offices. The directory is updated periodically. The availability of Plan Medical Offices may change. If you have questions, please call our Member Service Contact Center.

**Plan Optical Sales Office:** An optical sales office owned and operated by Kaiser Permanente or another optical sales office that we designate. Refer to the Provider Directory on our website at **kp.org/facilities** for locations of Plan Optical Sales Offices. In the directory, Plan Optical Sales Offices may be called "Vision Essentials." The directory is updated periodically. The availability of Plan Optical Sales Offices may change. If you have questions, please call our Member Service Contact Center.

**Plan Optometrist:** An optometrist who is a Plan Provider.

**Plan Out-of-Pocket Maximum:** The total amount of Cost Share you must pay under this *EOC* in the Accumulation Period for certain covered Services that you receive in the same Accumulation Period. Please refer to the "Cost Share Summary" section to find your Plan Out-of-Pocket Maximum amount and to learn which Services apply to the Plan Out-of-Pocket Maximum.

**Plan Pharmacy:** A pharmacy owned and operated by Kaiser Permanente or another pharmacy that we designate. Refer to the Provider Directory on our website at **kp.org/facilities** for locations of Plan Pharmacies. The directory is updated periodically. The availability of Plan Pharmacies may change. If you have questions, please call our Member Service Contact Center.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

39

Page 20

**Plan Physician:** Any licensed physician who is an employee of the Medical Group, or any licensed physician who contracts to provide Services to Members (but not including physicians who contract only to provide referral Services).

**Plan Provider:** A Plan Hospital, a Plan Physician, the Medical Group, a Plan Pharmacy, or any other health care provider that Health Plan designates as a Plan Provider.

**Plan Skilled Nursing Facility:** A Skilled Nursing Facility approved by Health Plan.

**Post-Stabilization Care:** Medically Necessary Services related to your Emergency Medical Condition that you receive in a hospital (including the Emergency Department) after your treating physician determines that this condition is Stabilized.

**Premiums:** The periodic amounts that your Group is responsible for paying for your membership under this *EOC,* except that you are responsible for paying Premiums if you have Cal-COBRA coverage. "Full Premiums" means 100 percent of Premiums for all of the coverage issued to each enrolled Member, as set forth in the "Premiums" section of Health Plan's *Agreement* with your Group.

**Preventive Services:** Covered Services that prevent or detect illness and do one or more of the following:

- Protect against disease and disability or further progression of a disease

- Detect disease in its earliest stages before noticeable symptoms develop

**Primary Care Physicians:** Generalists in internal medicine, pediatrics, and family practice, and specialists in obstetrics/gynecology whom the Medical Group designates as Primary Care Physicians. Refer to the Provider Directory on our website at **kp.org** for a list of physicians that are available as Primary Care Physicians. The directory is updated periodically. The availability of Primary Care Physicians may change. If you have questions, please call our Member Service Contact Center.

**Primary Care Visits:** Evaluations and treatment provided by Primary Care Physicians and primary care Plan Providers who are not physicians (such as nurse practitioners).

**Provider Directory:** A directory of Plan Physicians and Plan Facilities in your Home Region. This directory is available on our website at **kp.org/facilities**. To obtain a printed copy, call our Member Service Contact Center. The directory is updated periodically. The availability of Plan Physicians and Plan Facilities may change. If you

have questions, please call our Member Service Contact Center.

**Region:** A Kaiser Foundation Health Plan organization or allied plan that conducts a direct-service health care program. Regions may change on January 1 of each year and are currently the District of Columbia and parts of Northern California, Southern California, Colorado, Georgia, Hawaii, Idaho, Maryland, Oregon, Virginia, and Washington. For the current list of Region locations, please visit our website at **kp.org** or call our Member Service Contact Center.

**Serious Emotional Disturbance of a Child Under Age 18:** A condition identified as a "mental disorder" in the most recent edition of the *Diagnostic and Statistical Manual of Mental Disorders*, other than a primary substance use disorder or developmental disorder, that results in behavior inappropriate to the child's age according to expected developmental norms, if the child also meets at least one of the following three criteria:

- As a result of the mental disorder, (1) the child has substantial impairment in at least two of the following areas: self-care, school functioning, family relationships, or ability to function in the community; and (2) either (a) the child is at risk of removal from the home or has already been removed from the home, or (b) the mental disorder and impairments have been present for more than six months or are likely to continue for more than one year without treatment

- The child displays psychotic features, or risk of suicide or violence due to a mental disorder

- The child meets special education eligibility requirements under Section 5600.3(a)(2)(C) of the Welfare and Institutions Code

**Service Area:** The ZIP codes below for each county are in our Service Area:

- All ZIP codes in Alameda County are inside our Service Area: 94501-02, 94505, 94514, 94536-46, 94550-52, 94555, 94557, 94560, 94566, 94568, 94577-80, 94586-88, 94601-15, 94617-21, 94622-24, 94649, 94659-62, 94666, 94701-10, 94712, 94720, 95377, 95391

- The following ZIP codes in Amador County are inside our Service Area: 95640, 95669

- All ZIP codes in Contra Costa County are inside our Service Area: 94505-07, 94509, 94511, 94513-14, 94516-31, 94547-49, 94551, 94553, 94556, 94561, 94563-65, 94569-70, 94572, 94575, 94582-83, 94595-98, 94706-08, 94801-08, 94820, 94850

- The following ZIP codes in El Dorado County are inside our Service Area: 95613-14, 95619, 95623,

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC #* 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

40

Page 21

95633-35, 95651, 95664, 95667, 95672, 95682, 95762

- The following ZIP codes in Fresno County are inside our Service Area: 93242, 93602, 93606-07, 93609, 93611-13, 93616, 93618-19, 93624-27, 93630-31, 93646, 93648-52, 93654, 93656-57, 93660, 93662, 93667-68, 93675, 93701-12, 93714-18, 93720-30, 93737, 93740-41, 93744-45, 93747, 93750, 93755, 93760-61, 93764-65, 93771-79, 93786, 93790-94, 93844, 93888

- The following ZIP codes in Kings County are inside our Service Area: 93230, 93232, 93242, 93631, 93656

- The following ZIP codes in Madera County are inside our Service Area: 93601-02, 93604, 93614, 93623, 93626, 93636-39, 93643-45, 93653, 93669, 93720

- All ZIP codes in Marin County are inside our Service Area: 94901, 94903-04, 94912-15, 94920, 94924-25, 94929-30, 94933, 94937-42, 94945-50, 94956-57, 94960, 94963-66, 94970-71, 94973-74, 94976-79

- The following ZIP codes in Mariposa County are inside our Service Area: 93601, 93623, 93653

- All ZIP codes in Napa County are inside our Service Area: 94503, 94508, 94515, 94558-59, 94562, 94567, 94573-74, 94576, 94581, 94599, 95476

- The following ZIP codes in Placer County are inside our Service Area: 95602-04, 95610, 95626, 95648, 95650, 95658, 95661, 95663, 95668, 95677-78, 95681, 95703, 95722, 95736, 95746-47, 95765

- All ZIP codes in Sacramento County are inside our Service Area: 94203-09, 94211, 94229-30, 94232, 94234-37, 94239-40, 94244, 94247-50, 94252, 94254, 94256-59, 94261-63, 94267-69, 94271, 94273-74, 94277-80, 94282-85, 94287-91, 94293-98, 94571, 95608-11, 95615, 95621, 95624, 95626, 95628, 95630, 95632, 95638-39, 95641, 95652, 95655, 95660, 95662, 95670-71, 95673, 95678, 95680, 95683, 95690, 95693, 95741-42, 95757-59, 95763, 95811-38, 95840-43, 95851-53, 95860, 95864-67, 95894, 95899

- All ZIP codes in San Francisco County are inside our Service Area: 94102-05, 94107-12, 94114-27, 94129-34, 94137, 94139-47, 94151, 94158-61, 94163-64, 94172, 94177, 94188

- All ZIP codes in San Joaquin County are inside our Service Area: 94514, 95201-15, 95219-20, 95227, 95230-31, 95234, 95236-37, 95240-42, 95253, 95258, 95267, 95269, 95296-97, 95304, 95320, 95330, 95336-37, 95361, 95366, 95376-78, 95385, 95391, 95632, 95686, 95690

- All ZIP codes in San Mateo County are inside our Service Area: 94002, 94005, 94010-11, 94014-21,

94025-28, 94030, 94037-38, 94044, 94060-66, 94070, 94074, 94080, 94083, 94128, 94303, 94401-04, 94497

- The following ZIP codes in Santa Clara County are inside our Service Area: 94022-24, 94035, 94039-43, 94085-89, 94301-06, 94309, 94550, 95002, 95008-09, 95011, 95013-15, 95020-21, 95026, 95030-33, 95035-38, 95042, 95044, 95046, 95050-56, 95070-71, 95076, 95101, 95103, 95106, 95108-13, 95115-36, 95138-41, 95148, 95150-61, 95164, 95170, 95172-73, 95190-94, 95196

- All ZIP codes in Santa Cruz County are inside our Service Area: 95001, 95003, 95005-7, 95010, 95017-19, 95033, 95041, 95060-67, 95073, 95076-77

- All ZIP codes in Solano County are inside our Service Area: 94503, 94510, 94512, 94533-35, 94571, 94585, 94589-92, 95616, 95618, 95620, 95625, 95687-88, 95690, 95694, 95696

- The following ZIP codes in Sonoma County are inside our Service Area: 94515, 94922-23, 94926-28, 94931, 94951-55, 94972, 94975, 94999, 95401-07, 95409, 95416, 95419, 95421, 95425, 95430-31, 95433, 95436, 95439, 95441-42, 95444, 95446, 95448, 95450, 95452, 95462, 95465, 95471-73, 95476, 95486-87, 95492

- All ZIP codes in Stanislaus County are inside our Service Area: 95230, 95304, 95307, 95313, 95316, 95319, 95322-23, 95326, 95328-29, 95350-58, 95360-61, 95363, 95367-68, 95380-82, 95385-87, 95397

- The following ZIP codes in Sutter County are inside our Service Area: 95626, 95645, 95659, 95668, 95674, 95676, 95692, 95836-37

- The following ZIP codes in Tulare County are inside our Service Area: 93618, 93631, 93646, 93654, 93666, 93673

- The following ZIP codes in Yolo County are inside our Service Area: 95605, 95607, 95612, 95615-18, 95645, 95691, 95694-95, 95697-98, 95776, 95798-99

- The following ZIP codes in Yuba County are inside our Service Area: 95692, 95903, 95961

For each ZIP code listed for a county, our Service Area includes only the part of that ZIP code that is in that county. When a ZIP code spans more than one county, the part of that ZIP code that is in another county is not inside our Service Area unless that other county is listed above and that ZIP code is also listed for that other county.

If you have a question about whether a ZIP code is in our Service Area, please call our Member Service Contact Center.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

41

Page 22

Note: We may expand our Service Area at any time by giving written notice to your Group. ZIP codes are subject to change by the U.S. Postal Service.

**Services:** Health care services or items ("health care" includes both physical health care and mental health care), behavioral health treatment covered under "Behavioral Health Treatment for Pervasive Developmental Disorder or Autism" in the "Benefits" section, and services to treat Serious Emotional Disturbance of a Child Under Age 18 or Severe Mental Illness.

**Severe Mental Illness:** The following mental disorders: schizophrenia, schizoaffective disorder, bipolar disorder (manic-depressive illness), major depressive disorders, panic disorder, obsessive-compulsive disorder, pervasive developmental disorder or autism, anorexia nervosa, or bulimia nervosa.

**Skilled Nursing Facility:** A facility that provides inpatient skilled nursing care, rehabilitation services, or other related health services and is licensed by the state of California. The facility's primary business must be the provision of 24-hour-a-day licensed skilled nursing care. The term "Skilled Nursing Facility" does not include convalescent nursing homes, rest facilities, or facilities for the aged, if those facilities furnish primarily custodial care, including training in routines of daily living. A "Skilled Nursing Facility" may also be a unit or section within another facility (for example, a hospital) as long as it continues to meet this definition.

**Spouse:** The person to whom the Subscriber is legally married under applicable law. For the purposes of this *EOC*, the term "Spouse" includes the Subscriber's domestic partner. "Domestic partners" are two people who are registered and legally recognized as domestic partners by California (if your Group allows enrollment of domestic partners not legally recognized as domestic partners by California, "Spouse" also includes the Subscriber's domestic partner who meets your Group's eligibility requirements for domestic partners).

**Stabilize:** To provide the medical treatment of the Emergency Medical Condition that is necessary to assure, within reasonable medical probability, that no material deterioration of the condition is likely to result from or occur during the transfer of the person from the facility. With respect to a pregnant woman who is having contractions, when there is inadequate time to safely transfer her to another hospital before delivery (or the transfer may pose a threat to the health or safety of the woman or unborn child), "Stabilize" means to deliver (including the placenta).

**Subscriber:** A Member who is eligible for membership on his or her own behalf and not by virtue of Dependent status and who meets the eligibility requirements as a

Subscriber (for Subscriber eligibility requirements, see "Who Is Eligible" in the "Premiums, Eligibility, and Enrollment" section).

**Telehealth Visits:** Interactive video visits and scheduled telephone visits between you and your provider.

**Urgent Care:** Medically Necessary Services for a condition that requires prompt medical attention but is not an Emergency Medical Condition.

## Premiums, Eligibility, and Enrollment

## Premiums

Your Group is responsible for paying Full Premiums, except that you are responsible for paying Full Premiums as described in the "Continuation of Membership" section if you have Cal-COBRA coverage under this *EOC*. If you are responsible for any contribution to the Premiums that your Group pays, your Group will tell you the amount, when Premiums are effective, and how to pay your Group (through payroll deduction, for example).

## Who Is Eligible

To enroll and to continue enrollment, you must meet all of the eligibility requirements described in this "Who Is Eligible" section, including Covered California eligibility requirements, your Group's eligibility requirements and our Service Area eligibility requirements.

### Covered California for Small Business ("CCSB") eligibility requirements

If your coverage is through CCSB, you must meet eligibility requirements established by CCSB. Information regarding eligibility requirements and how to appeal eligibility determinations can be found in the "Kaiser Permanente group service agreement" on Covered California's website at **CoveredCA.com/forsmallbusiness/**. Questions about CCSB eligibility requirements should be directed to CCSB. If your coverage is through CCSB, the *EOC* cover will say that the plan is for Covered California for Small Business.

### Group eligibility requirements

You must meet your Group's eligibility requirements, such as the minimum number of hours that employees must work. Your Group is required to inform Subscribers of its eligibility requirements.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

42

Page 23

## Service Area eligibility requirements

The "Definitions" section describes our Service Area and how it may change.

Subscribers must live or work inside our Service Area at the time they enroll. If after enrollment the Subscriber no longer lives or works inside our Service Area, the Subscriber can continue membership unless (1) he or she lives inside or moves to the service area of another Region and does not work inside our Service Area, or (2) your Group does not allow continued enrollment of Subscribers who do not live or work inside our Service Area.

Dependent children of the Subscriber or of the Subscriber's Spouse may live anywhere inside or outside our Service Area. Other Dependents may live anywhere, except that they are not eligible to enroll or to continue enrollment if they live in or move to the service area of another Region.

If you are not eligible to continue enrollment because you live in or move to the service area of another Region, please contact your Group to learn about your Group health care options:

- **Regions outside California**. You may be able to enroll in the service area of another Region if there is an agreement between your Group and that Region, but the plan, including coverage, premiums, and eligibility requirements, might not be the same as under this *EOC*

- **Southern California Region's service area**. Your Group may have an arrangement with us that permits membership in the Southern California Region, but the plan, including coverage, premiums, and eligibility requirements, might not be the same as under this *EOC*. All terms and conditions in your application for enrollment in the Northern California Region, including the Arbitration Agreement, will continue to apply if the Subscriber does not submit a new enrollment form

For more information about the service areas of the other Regions, please call our Member Service Contact Center.

## Eligibility as a Subscriber

You may be eligible to enroll and continue enrollment as a Subscriber if you are:

- An employee of your Group

- A proprietor or partner of your Group

- Otherwise entitled to coverage under a trust agreement or employment contract (unless the Internal Revenue Service considers you self-employed)

## Newborn coverage

If you are already enrolled under this *EOC* and have a baby, your newborn will automatically be covered for 31 days from the date of birth. If you do not enroll the newborn within 60 days, he or she is covered for only 31 days (including the date of birth).

## Eligibility as a Dependent

**Enrolling a Dependent.** Dependent eligibility is subject to your Group's eligibility requirements, which are not described in this *EOC*. You can obtain your Group's eligibility requirements directly from your Group. If you are a Subscriber under this *EOC* and if your Group allows enrollment of Dependents, Health Plan allows the following persons to enroll as your Dependents under this *EOC*:

- Your Spouse

- Your or your Spouse's Dependent children, who meet the requirements described under "Age limit of Dependent children," if they are any of the following:

    ♦ sons, daughters, or stepchildren

    ♦ adopted children

    ♦ children placed with you for adoption

    ♦ children for whom you or your Spouse is the court-appointed guardian (or was when the child reached age 18)

- Children whose parent is a Dependent under your family coverage (including adopted children and children placed with your Dependent for adoption) if they meet all of the following requirements:

    ♦ they are not married and do not have a domestic partner (for the purposes of this requirement only, "domestic partner" means someone who is registered and legally recognized as a domestic partner by California)

    ♦ they meet the requirements described under "Age limit of Dependent children"

    ♦ they receive all of their support and maintenance from you or your Spouse

    ♦ they permanently reside with you or your Spouse

- Children placed with the Subscriber or Spouse for foster care who enroll during a special enrollment period triggered by the placement of that child in foster care

**Age limit of Dependent children.** Children must be under age 26 to enroll as a Dependent under your plan.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

43

Page 24

Dependent children are eligible to remain on the plan through the end of the month in which they reach the age limit.

Dependent children of the Subscriber or Spouse (including adopted children and children placed with you for adoption) who reach the age limit may continue coverage under this *EOC* if all of the following conditions are met:

- They meet all requirements to be a Dependent except for the age limit

- Your Group permits enrollment of Dependents

- They are incapable of self-sustaining employment because of a physically- or mentally-disabling injury, illness, or condition that occurred before they reached the age limit for Dependents

- They receive 50 percent or more of their support and maintenance from you or your Spouse

- You give us proof of their incapacity and dependency within 60 days after we request it (see "Disabled Dependent certification" below in this "Eligibility as a Dependent" section)

**Disabled Dependent certification.** One of the requirements for a Dependent to be eligible to continue coverage as a disabled Dependent is that the Subscriber must provide us documentation of the dependent's incapacity and dependency as follows:

- If the child is a Member, we will send the Subscriber a notice of the Dependent's membership termination due to loss of eligibility at least 90 days before the date coverage will end due to reaching the age limit. The Dependent's membership will terminate as described in our notice unless the Subscriber provides us documentation of the Dependent's incapacity and dependency within 60 days of receipt of our notice and we determine that the Dependent is eligible as a disabled dependent. If the Subscriber provides us this documentation in the specified time period and we do not make a determination about eligibility before the termination date, coverage will continue until we make a determination. If we determine that the Dependent does not meet the eligibility requirements as a disabled dependent, we will notify the Subscriber that the Dependent is not eligible and let the Subscriber know the membership termination date. If we determine that the Dependent is eligible as a disabled dependent, there will be no lapse in coverage. Also, starting two years after the date that the Dependent reached the age limit, the Subscriber must provide us documentation of the Dependent's incapacity and dependency annually within 60 days after we request it so that we can determine if the

Dependent continues to be eligible as a disabled dependent

- If the child is not a Member because you are changing coverage, you must give us proof, within 60 days after we request it, of the child's incapacity and dependency as well as proof of the child's coverage under your prior coverage. In the future, you must provide proof of the child's continued incapacity and dependency within 60 days after you receive our request, but not more frequently than annually

**If the Subscriber is enrolled under a Kaiser Permanente Medicare plan.** The dependent eligibility rules described in the "Eligibility as a Dependent" section also apply if you are a subscriber under a Kaiser Permanente Medicare plan offered by your Group (please ask your Group about your membership options). All of your dependents who are enrolled under this or any other non-Medicare evidence of coverage offered by your Group must be enrolled under the same non-Medicare evidence of coverage. A "non-Medicare" evidence of coverage is one that does not require members to have Medicare.

### Persons barred from enrolling

You cannot enroll if you have had your entitlement to receive Services through Health Plan terminated for cause.

### Members with Medicare and retirees

This *EOC* is not intended for retirees and most Medicare beneficiaries. If, during the term of this *EOC*, you are (or become) eligible for Medicare or you retire, the following will apply:

- If you are the Subscriber and you retire, membership under this *EOC* will be terminated and you may be eligible to continue membership as described in the "Continuation of Membership" section

- If federal law requires that your Group's health care coverage be primary and Medicare coverage be secondary, your coverage under this *EOC* will be the same as it would be if you had not become eligible for Medicare. However, you may also be eligible to enroll in Kaiser Permanente Senior Advantage through your Group if you have Medicare Part B

- If none of the above applies to you and you are eligible for Medicare please ask your Group about your membership options

**When Medicare is secondary.** Medicare is the primary coverage except when federal law requires that your Group's health care coverage be primary and Medicare coverage be secondary. Members who have Medicare when Medicare is secondary by law are subject to the

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

**44**

Page 25

same Premiums and receive the same benefits as Members who are under age 65 and do not have Medicare. In addition, any such Member for whom Medicare is secondary by law and who meets the eligibility requirements for the Kaiser Permanente Senior Advantage plan applicable when Medicare is secondary may also enroll in that plan if it is available. These Members receive the benefits and coverage described in this *EOC* and the Kaiser Permanente Senior Advantage evidence of coverage applicable when Medicare is secondary.

### Medicare late enrollment penalties

If you become eligible for Medicare Part B and do not enroll, Medicare may require you to pay a late enrollment penalty if you later enroll in Medicare Part B. However, if you delay enrollment in Part B because you or your spouse are still working and have coverage through an employer group health plan, you may not have to pay the penalty. Also, if you are (or become) eligible for Medicare and go without creditable prescription drug coverage (drug coverage that is at least as good as the standard Medicare Part D prescription drug coverage) for a continuous period of 63 days or more, you may have to pay a late enrollment penalty if you later sign up for Medicare prescription drug coverage. If you are (or become) eligible for Medicare, your Group is responsible for informing you about whether your drug coverage under this *EOC* is creditable prescription drug coverage at the times required by the Centers for Medicare & Medicaid Services and upon your request.

## When You Can Enroll and When Coverage Begins

Your Group is required to inform you when you are eligible to enroll and what your effective date of coverage is. If you are eligible to enroll as described under "Who Is Eligible" in this "Premiums, Eligibility, and Enrollment" section, enrollment is permitted as described below and membership begins at the beginning (12:00 a.m.) of the effective date of coverage indicated below, except that your Group may have additional requirements, which allow enrollment in other situations.

If you are eligible to be a Dependent under this *EOC* but the subscriber in your family is enrolled under a Kaiser Permanente Senior Advantage evidence of coverage offered by your Group, the rules for enrollment of Dependents in this "When You Can Enroll and When Coverage Begins" section apply, not the rules for enrollment of dependents in the subscriber's evidence of coverage.

### New employees

When your Group informs you that you are eligible to enroll as a Subscriber, you may enroll yourself and any eligible Dependents by submitting a Health Plan–approved enrollment application to your Group within 31 days.

**Effective date of coverage.** The effective date of coverage for new employees and their eligible family Dependents is determined by your Group in accord with waiting period requirements in state and federal law. Your Group is required to inform the Subscriber of the date your membership becomes effective. For example, if the hire date of an otherwise-eligible employee is January 19, the waiting period begins on January 19 and the effective date of coverage cannot be any later than April 19. Note: Because the effective date of your Group's coverage is always on the first day of the month, in this example the effective date cannot be any later than April 1.

### Open enrollment

You may enroll as a Subscriber (along with any eligible Dependents), and existing Subscribers may add eligible Dependents, by submitting a Health Plan–approved enrollment application to your Group during your Group's open enrollment period. Your Group will let you know when the open enrollment period begins and ends and the effective date of coverage.

### Special enrollment

If you do not enroll when you are first eligible and later want to enroll, you can enroll only during open enrollment unless one of the following is true:

- You become eligible because you experience a qualifying event (sometimes called a "triggering event") as described in this "Special enrollment" section

- You did not enroll in any coverage offered by your Group when you were first eligible and your Group does not give us a written statement that verifies you signed a document that explained restrictions about enrolling in the future. The effective date of an enrollment resulting from this provision is no later than the first day of the month following the date your Group receives a Health Plan–approved enrollment or change of enrollment application from the Subscriber

**Special enrollment due to new Dependents.** You may enroll as a Subscriber (along with eligible Dependents), and existing Subscribers may add eligible Dependents, within 60 days after marriage, establishment of domestic partnership, birth, adoption, placement for adoption, or

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC#* 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

45

Page 26

placement for foster care by submitting to your Group a Health Plan–approved enrollment application.

The effective date of an enrollment resulting from marriage or establishment of domestic partnership is no later than the first day of the month following the date your Group receives an enrollment application from the Subscriber. Enrollments due to birth, adoption, placement for adoption, or placement for foster care are effective on the date of birth, date of adoption, or the date you or your Spouse have newly assumed a legal right to control health care.

**Special enrollment due to loss of other coverage.** You may enroll as a Subscriber (along with any eligible Dependents), and existing Subscribers may add eligible Dependents, if all of the following are true:

- The Subscriber or at least one of the Dependents had other coverage when he or she previously declined all coverage through your Group

- The loss of the other coverage is due to one of the following:

  ♦ exhaustion of COBRA coverage

  ♦ termination of employer contributions for non-COBRA coverage

  ♦ loss of eligibility for non-COBRA coverage, but not termination for cause or termination from an individual (nongroup) plan for nonpayment. For example, this loss of eligibility may be due to legal separation or divorce, moving out of the plan's service area, reaching the age limit for dependent children, or the subscriber's death, termination of employment, or reduction in hours of employment

  ♦ loss of eligibility (but not termination for cause) for coverage through Covered California, Medicaid coverage (known as Medi-Cal in California), Children's Health Insurance Program coverage, or Medi-Cal Access Program coverage

  ♦ reaching a lifetime maximum on all benefits

Note: If you are enrolling yourself as a Subscriber along with at least one eligible Dependent, only one of you must meet the requirements stated above.

To request enrollment, the Subscriber must submit a Health Plan–approved enrollment or change of enrollment application to your Group within 60 days after loss of other coverage. The effective date of an enrollment resulting from loss of other coverage is no later than the first day of the month following the date your Group receives an enrollment or change of enrollment application from the Subscriber.

**Special enrollment due to court or administrative order.** Within 60 days after the date of a court or administrative order requiring a Subscriber to provide health care coverage for a Spouse or child who meets the eligibility requirements as a Dependent, the Subscriber may add the Spouse or child as a Dependent by submitting to your Group a Health Plan–approved enrollment or change of enrollment application.

The effective date of coverage resulting from a court or administrative order is the first of the month following the date we receive the enrollment request, unless your Group specifies a different effective date (if your Group specifies a different effective date, the effective date cannot be earlier than the date of the order).

**Special enrollment due to eligibility for premium assistance.** You may enroll as a Subscriber (along with eligible Dependents), and existing Subscribers may add eligible Dependents, if you or a dependent become eligible for premium assistance through the Medi-Cal program. Premium assistance is when the Medi-Cal program pays all or part of premiums for employer group coverage for a Medi-Cal beneficiary. To request enrollment in your Group's health care coverage, the Subscriber must submit a Health Plan–approved enrollment or change of enrollment application to your Group within 60 days after you or a dependent become eligible for premium assistance. Please contact the California Department of Health Care Services to find out if premium assistance is available and the eligibility requirements.

**Special enrollment due to reemployment after military service.** If you terminated your health care coverage because you were called to active duty in the military service, you may be able to reenroll in your Group's health plan if required by state or federal law. Please ask your Group for more information.

**Other special enrollment events.** You may enroll as a Subscriber (along with any eligible Dependents) if you or your Dependents were not previously enrolled, and existing Subscribers may add eligible Dependents not previously enrolled, if any of the following are true:

- You lose minimum essential coverage (for a reason other than nonpayment of Premiums, termination for cause, or rescission of coverage):

  ♦ you lose your group health plan coverage (for example, you lose eligibility as a subscriber because you lose your job or your hours are reduced, you lose eligibility as a dependent due to legal separation, divorce, or reaching the age limit for dependent children, or you exhaust COBRA or Cal-COBRA coverage)

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC#* 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

46

Page 27

- ♦ you lose eligibility for individual plan coverage, Medicare, Medi-Cal, or other government-sponsored health care program coverage
- You become eligible for membership as a result of a permanent move
- You were recently released from incarceration
- You are an American Indian or Native Alaskan and Covered California determines that you are eligible for a monthly special enrollment period
- Covered California determines that you are entitled to a special enrollment period (for example, Covered California determines that you didn't apply for coverage during the prior open enrollment because you were misinformed that you had minimum essential coverage)
- You were under active care for certain conditions with a provider whose participation in your health plan ended (examples of conditions include: an acute condition, a serious chronic condition, pregnancy, terminal illness, care of newborn, or authorized nonelective surgeries)

To request special enrollment, you must submit an application within 30 days after loss of other coverage. You may be required to provide documentation that you have experienced a qualifying event. If you are requesting enrollment in a plan offered through Covered California, submit your application to Covered California. If you are not requesting enrollment in a plan offered through Covered California, you must submit a Health Plan-approved enrollment application to your Group. Membership becomes effective either on the first day of the next month (for applications that are received by the fifteenth day of a month) or on the first day of the month following the next month (for applications that are received after the fifteenth day of a month).

Note: If you are enrolling as a Subscriber along with at least one eligible Dependent, only one of you must meet one of the requirements stated above.

## How to Obtain Services

As a Member, you are selecting our medical care program to provide your health care. You must receive all covered care from Plan Providers inside our Service Area, except as described in the sections listed below for the following Services:

- Authorized referrals as described under "Getting a Referral" in this "How to Obtain Services" section

- Emergency ambulance Services as described under "Ambulance Services" in the "Benefits" section
- Emergency Services, Post-Stabilization Care, and Out-of-Area Urgent Care as described in the "Emergency Services and Urgent Care" section
- Hospice care as described under "Hospice Care" in the "Benefits" section
- Visiting Member Services as described under "Receiving Care Outside of Your Home Region" in this "How to Obtain Services" section

Our medical care program gives you access to all of the covered Services you may need, such as routine care with your own personal Plan Physician, hospital care, laboratory and pharmacy Services, Emergency Services, Urgent Care, and other benefits described in this *EOC*.

## Routine Care

If you need the following Services, you should schedule an appointment:

- Preventive Services
- Periodic follow-up care (regularly scheduled follow-up care, such as visits to monitor a chronic condition)
- Other care that is not Urgent Care

To request a non-urgent appointment, you can call your local Plan Facility or request the appointment online. For appointment phone numbers, please refer to our Provider Directory or call our Member Service Contact Center. To request an appointment online, go to our website at **kp.org**.

## Urgent Care

An Urgent Care need is one that requires prompt medical attention but is not an Emergency Medical Condition. If you think you may need Urgent Care, call the appropriate appointment or advice phone number at a Plan Facility. For phone numbers, please refer to our Provider Directory or call our Member Service Contact Center.

For information about Out-of-Area Urgent Care, please refer to "Urgent Care" in the "Emergency Services and Urgent Care" section.

## Not Sure What Kind of Care You Need?

Sometimes it's difficult to know what kind of care you need, so we have licensed health care professionals

available to assist you by phone 24 hours a day, seven days a week. Here are some of the ways they can help you:

- They can answer questions about a health concern, and instruct you on self-care at home if appropriate

- They can advise you about whether you should get medical care, and how and where to get care (for example, if you are not sure whether your condition is an Emergency Medical Condition, they can help you decide whether you need Emergency Services or Urgent Care, and how and where to get that care)

- They can tell you what to do if you need care and a Plan Medical Office is closed or you are outside our Service Area

You can reach one of these licensed health care professionals by calling the appointment or advice phone number (for phone numbers, refer to our Provider Directory or call our Member Service Contact Center). When you call, a trained support person may ask you questions to help determine how to direct your call.

## Your Personal Plan Physician

Personal Plan Physicians provide primary care and play an important role in coordinating care, including hospital stays and referrals to specialists.

We encourage you to choose a personal Plan Physician. You may choose any available personal Plan Physician. Parents may choose a pediatrician as the personal Plan Physician for their child. Most personal Plan Physicians are Primary Care Physicians (generalists in internal medicine, pediatrics, or family practice, or specialists in obstetrics/gynecology whom the Medical Group designates as Primary Care Physicians). Some specialists who are not designated as Primary Care Physicians but who also provide primary care may be available as personal Plan Physicians. For example, some specialists in internal medicine and obstetrics/gynecology who are not designated as Primary Care Physicians may be available as personal Plan Physicians. However, if you choose a specialist who is not designated as a Primary Care Physician as your personal Plan Physician, the Cost Share for a Physician Specialist Visit will apply to all visits with the specialist except for routine preventive visits listed under "Preventive Services" in the "Benefits" section.

To learn how to select or change to a different personal Plan Physician, visit our website at **kp.org** or call our Member Service Contact Center. Refer to our Provider Directory for a list of physicians that are available as Primary Care Physicians. The directory is updated

periodically. The availability of Primary Care Physicians may change. If you have questions, please call our Member Service Contact Center. You can change your personal Plan Physician at any time for any reason.

## Getting a Referral

### Referrals to Plan Providers

A Plan Physician must refer you before you can receive care from specialists, such as specialists in surgery, orthopedics, cardiology, oncology, dermatology, and physical, occupational, and speech therapies. Also, a Plan Physician must refer you before you can get care from Qualified Autism Service Providers covered under "Behavioral Health Treatment for Pervasive Developmental Disorder or Autism" in the "Benefits" section. However, you do not need a referral or prior authorization to receive most care from any of the following Plan Providers:

- Your personal Plan Physician

- Generalists in internal medicine, pediatrics, and family practice

- Specialists in optometry, mental health Services, substance use disorder treatment, and obstetrics/gynecology

A Plan Physician must refer you before you can get care from a specialist in urology except that you do not need a referral to receive Services related to sexual or reproductive health, such as a vasectomy.

Although a referral or prior authorization is not required to receive most care from these providers, a referral may be required in the following situations:

- The provider may have to get prior authorization for certain Services in accord with "Medical Group authorization procedure for certain referrals" in this "Getting a Referral" section

- The provider may have to refer you to a specialist who has a clinical background related to your illness or condition

### Standing referrals

If a Plan Physician refers you to a specialist, the referral will be for a specific treatment plan. Your treatment plan may include a standing referral if ongoing care from the specialist is prescribed. For example, if you have a life-threatening, degenerative, or disabling condition, you can get a standing referral to a specialist if ongoing care from the specialist is required.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

48

Page 29

## Medical Group authorization procedure for certain referrals

The following are examples of Services that require prior authorization by the Medical Group for the Services to be covered ("prior authorization" means that the Medical Group must approve the Services in advance):

- Durable medical equipment
- Ostomy and urological supplies
- Services not available from Plan Providers
- Transplants

Utilization Management ("UM") is a process that determines whether a Service recommended by your treating provider is Medically Necessary for you. Prior authorization is a UM process that determines whether the requested services are Medically Necessary before care is provided. If it is Medically Necessary, then you will receive authorization to obtain that care in a clinically appropriate place consistent with the terms of your health coverage. Decisions regarding requests for authorization will be made only by licensed physicians or other appropriately licensed medical professionals.

For the complete list of Services that require prior authorization, and the criteria that are used to make authorization decisions, please visit our website at **kp.org/UM** or call our Member Service Contact Center to request a printed copy.

Please refer to "Post-Stabilization Care" under "Emergency Services" in the "Emergency Services and Urgent Care" section for authorization requirements that apply to Post-Stabilization Care from Non–Plan Providers.

**Additional information about prior authorization for durable medical equipment and ostomy and urological supplies.** The prior authorization process for durable medical equipment and ostomy and urological supplies includes the use of formulary guidelines. These guidelines were developed by a multidisciplinary clinical and operational work group with review and input from Plan Physicians and medical professionals with clinical expertise. The formulary guidelines are periodically updated to keep pace with changes in medical technology and clinical practice.

If your Plan Physician prescribes one of these items, he or she will submit a written referral in accord with the UM process described in this "Medical Group authorization procedure for certain referrals" section. If the formulary guidelines do not specify that the prescribed item is appropriate for your medical condition, the referral will be submitted to the Medical

Group's designee Plan Physician, who will make an authorization decision as described under "Medical Group's decision time frames" in this "Medical Group authorization procedure for certain referrals" section.

**Medical Group's decision time frames.** The applicable Medical Group designee will make the authorization decision within the time frame appropriate for your condition, but no later than five business days after receiving all of the information (including additional examination and test results) reasonably necessary to make the decision, except that decisions about urgent Services will be made no later than 72 hours after receipt of the information reasonably necessary to make the decision. If the Medical Group needs more time to make the decision because it doesn't have information reasonably necessary to make the decision, or because it has requested consultation by a particular specialist, you and your treating physician will be informed about the additional information, testing, or specialist that is needed, and the date that the Medical Group expects to make a decision.

Your treating physician will be informed of the decision within 24 hours after the decision is made. If the Services are authorized, your physician will be informed of the scope of the authorized Services. If the Medical Group does not authorize all of the Services, Health Plan will send you a written decision and explanation within two business days after the decision is made. Any written criteria that the Medical Group uses to make the decision to authorize, modify, delay, or deny the request for authorization will be made available to you upon request.

If the Medical Group does not authorize all of the Services requested and you want to appeal the decision, you can file a grievance as described under "Grievances" in the "Dispute Resolution" section.

For these referral Services, you pay the Cost Share required for Services provided by a Plan Provider as described in this *EOC*.

## Travel and lodging for certain referrals

The following are examples of when we will arrange or provide reimbursement for certain travel and lodging expenses in accord with our Travel and Lodging Program Description:

- If Medical Group refers you to a provider that is more than 50 miles from where you live for certain specialty Services such as bariatric surgery, complex thoracic surgery, transplant nephrectomy, or inpatient chemotherapy for leukemia and lymphoma

- If Medical Group refers you to a provider that is outside our Service Area for certain specialty Services such as a transplant or transgender surgery

For the complete list of specialty Services for which we will arrange or provide reimbursement for travel and lodging expenses, the amount of reimbursement, limitations and exclusions, and how to request reimbursement, please refer to the Travel and Lodging Program Description. The Travel and Lodging Program Description is available online at **kp.org/specialty-care/travel-reimbursements** or by calling our Member Service Contact Center.

## Completion of Services from Non–Plan Providers

**New Member.** If you are currently receiving Services from a Non–Plan Provider in one of the cases listed below under "Eligibility" and your prior plan's coverage of the provider's Services has ended or will end when your coverage with us becomes effective, you may be eligible for limited coverage of that Non–Plan Provider's Services.

**Terminated provider.** If you are currently receiving covered Services in one of the cases listed below under "Eligibility" from a Plan Hospital or a Plan Physician (or certain other providers) when our contract with the provider ends (for reasons other than medical disciplinary cause or criminal activity), you may be eligible for limited coverage of that terminated provider's Services.

**Eligibility.** The cases that are subject to this completion of Services provision are:

- Acute conditions, which are medical conditions that involve a sudden onset of symptoms due to an illness, injury, or other medical problem that requires prompt medical attention and has a limited duration. We may cover these Services until the acute condition ends

- Serious chronic conditions until the earlier of (1) 12 months from your effective date of coverage if you are a new Member, (2) 12 months from the termination date of the terminated provider, or (3) the first day after a course of treatment is complete when it would be safe to transfer your care to a Plan Provider, as determined by Kaiser Permanente after consultation with the Member and Non–Plan Provider and consistent with good professional practice. Serious chronic conditions are illnesses or other medical conditions that are serious, if one of the following is true about the condition:

  - it persists without full cure

- it worsens over an extended period of time

- it requires ongoing treatment to maintain remission or prevent deterioration

- Pregnancy and immediate postpartum care. We may cover these Services for the duration of the pregnancy and immediate postpartum care

- Mental health conditions in pregnant Members that occur, or can impact the Member, during pregnancy or during the postpartum period including, but not limited to, postpartum depression. We may cover completion of these Services for up to 12 months from the mental health diagnosis or from the end of pregnancy, whichever occurs later

- Terminal illnesses, which are incurable or irreversible illnesses that have a high probability of causing death within a year or less. We may cover completion of these Services for the duration of the illness

- Children under age 3. We may cover completion of these Services until the earlier of (1) 12 months from the child's effective date of coverage if the child is a new Member, (2) 12 months from the termination date of the terminated provider, or (3) the child's third birthday

- Surgery or another procedure that is documented as part of a course of treatment and has been recommended and documented by the provider to occur within 180 days of your effective date of coverage if you are a new Member or within 180 days of the termination date of the terminated provider

To qualify for this completion of Services coverage, all of the following requirements must be met:

- Your Health Plan coverage is in effect on the date you receive the Services

- For new Members, your prior plan's coverage of the provider's Services has ended or will end when your coverage with us becomes effective

- You are receiving Services in one of the cases listed above from a Non–Plan Provider on your effective date of coverage if you are a new Member, or from the terminated Plan Provider on the provider's termination date

- For new Members, when you enrolled in Health Plan, you did not have the option to continue with your previous health plan or to choose another plan (including an out-of-network option) that would cover the Services of your current Non–Plan Provider

- The provider agrees to our standard contractual terms and conditions, such as conditions pertaining to payment and to providing Services inside our Service Area (the requirement that the provider agree to

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

50

Page 31

providing Services inside our Service Area doesn't apply if you were receiving covered Services from the provider outside the Service Area when the provider's contract terminated)

- The Services to be provided to you would be covered Services under this *EOC* if provided by a Plan Provider

- You request completion of Services within 30 days (or as soon as reasonably possible) from your effective date of coverage if you are a new Member or from the termination date of the Plan Provider

For completion of Services, you pay the Cost Share required for Services provided by a Plan Provider as described in this *EOC*.

**More information.** For more information about this provision, or to request the Services or a copy of our "Completion of Covered Services" policy, please call our Member Service Contact Center.

## Second Opinions

If you want a second opinion, you can ask Member Services to help you arrange one with a Plan Physician who is an appropriately qualified medical professional for your condition. If there isn't a Plan Physician who is an appropriately qualified medical professional for your condition, Member Services will help you arrange a consultation with a Non–Plan Physician for a second opinion. For purposes of this "Second Opinions" provision, an "appropriately qualified medical professional" is a physician who is acting within his or her scope of practice and who possesses a clinical background, including training and expertise, related to the illness or condition associated with the request for a second medical opinion.

Here are some examples of when a second opinion may be provided or authorized:

- Your Plan Physician has recommended a procedure and you are unsure about whether the procedure is reasonable or necessary

- You question a diagnosis or plan of care for a condition that threatens substantial impairment or loss of life, limb, or bodily functions

- The clinical indications are not clear or are complex and confusing

- A diagnosis is in doubt due to conflicting test results

- The Plan Physician is unable to diagnose the condition

- The treatment plan in progress is not improving your medical condition within an appropriate period of time, given the diagnosis and plan of care

- You have concerns about the diagnosis or plan of care

An authorization or denial of your request for a second opinion will be provided in an expeditious manner, as appropriate for your condition. If your request for a second opinion is denied, you will be notified in writing of the reasons for the denial and of your right to file a grievance as described under "Grievances" in the "Dispute Resolution" section.

For these referral Services, you pay the Cost Share required for Services provided by a Plan Provider as described in this *EOC*.

## Contracts with Plan Providers

### How Plan Providers are paid

Health Plan and Plan Providers are independent contractors. Plan Providers are paid in a number of ways, such as salary, capitation, per diem rates, case rates, fee for service, and incentive payments. To learn more about how Plan Physicians are paid to provide or arrange medical and hospital care for Members, please visit our website at **kp.org** or call our Member Service Contact Center.

### Financial liability

Our contracts with Plan Providers provide that you are not liable for any amounts we owe. However, you may have to pay the full price of noncovered Services you obtain from Plan Providers or Non–Plan Providers.

When you are referred to a Plan Provider for covered Services, you pay the Cost Share required for Services from that provider as described in this *EOC*.

### Termination of a Plan Provider's contract

If our contract with any Plan Provider terminates while you are under the care of that provider, we will retain financial responsibility for the covered Services you receive from that provider until we make arrangements for the Services to be provided by another Plan Provider and notify you of the arrangements. You may be eligible to receive Services from a terminated provider; please refer to "Completion of Services from Non–Plan Providers" under "Getting a Referral" in this "How to Obtain Services" section.

**Provider groups and hospitals.** If you are assigned to a provider group or hospital whose contract with us terminates, or if you live within 15 miles of a hospital

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

51

Page 32

whose contract with us terminates, we will give you written notice at least 60 days before the termination (or as soon as reasonably possible).

## Receiving Care Outside of Your Home Region

If you have questions about your coverage when you are away from home, call the Away from Home Travel line at **1-951-268-3900** 24 hours a day, seven days a week (except closed holidays). For example, call this number for the following concerns:

- What you should do to prepare for your trip
- What Services are covered when you are outside our Service Area
- How to get care in another Region
- How to request reimbursement if you paid for covered Services outside our Service Area

You can also get information on our website at **kp.org/travel**.

### Receiving care in the Service Area of another Region

If you are visiting in the service area of another Region, you may receive Visiting Member Services from designated providers in that Region. "Visiting Member Services" are Services that are covered under your Home Region plan that you receive in another Region, subject to exclusions, limitations, prior authorization or approval requirements, and reductions described in this *EOC* or the Visiting Member Brochure, which is available online at **kp.org**. Certain Services are not covered as Visiting Member Services. For more information about receiving Visiting Member Services in another Region, including provider and facility locations, or to obtain a copy of the Visiting Member Brochure, please call our Away from Home Travel Line at **1-951-268-3900** 24 hours a day, seven days a week (except closed holidays). Information is also available online at **kp.org/travel**.

For Visiting Member Services, you pay the Cost Share required for Services provided by a Plan Provider inside our Service Area as described in this *EOC*.

### Receiving care outside of any Region

If you are traveling outside of a Kaiser Permanente Region, we cover Emergency Services and Urgent Care as described in the "Emergency Services and Urgent Care" section.

## Your ID Card

Each Member's Kaiser Permanente ID card has a medical record number on it, which you will need when you call for advice, make an appointment, or go to a provider for covered care. When you get care, please bring your ID card and a photo ID. Your medical record number is used to identify your medical records and membership information. Your medical record number should never change. Please call our Member Service Contact Center if we ever inadvertently issue you more than one medical record number or if you need to replace your ID card.

Your ID card is for identification only. To receive covered Services, you must be a current Member. Anyone who is not a Member will be billed as a non-Member for any Services he or she receives. If you let someone else use your ID card, we may keep your ID card and terminate your membership as described under "Termination for Cause" in the "Termination of Membership" section.

## Timely Access to Care

### Standards for appointment availability

The California Department of Managed Health Care ("DMHC") developed the following standards for appointment availability. This information can help you know what to expect when you request an appointment.

- Urgent Care: within 48 hours
- Nonurgent Primary Care Visit or Non-Physician Specialist Visit: within 10 business days
- Physician Specialist Visit: within 15 business days

If you prefer to wait for a later appointment that will better fit your schedule or to see the Plan Provider of your choice, we will respect your preference. In some cases, your wait may be longer than the time listed if a licensed health care professional decides that a later appointment won't have a negative effect on your health.

The standards for appointment availability do not apply to Preventive Services. Your Plan Provider may recommend a specific schedule for Preventive Services, depending on your needs. The standards also do not apply to periodic follow-up care for ongoing conditions or standing referrals to specialists.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC# 5*   Effective: 12/1/20-11/30/21
Date: December 22, 2020

52

Page 33

### Timely access to telephone assistance

DMHC developed the following standards for answering telephone questions:

- For telephone advice about whether you need to get care and where to get care: within 30 minutes, 24 hours a day, 7 days a week

- For general questions: within 10 minutes during normal business hours

### Interpreter services

If you need interpreter services when you call us or when you get covered Services, please let us know. Interpreter services, including sign language, are available during all business hours at no cost to you. For more information on the interpreter services we offer, please call our Member Service Contact Center.

## Getting Assistance

We want you to be satisfied with the health care you receive from Kaiser Permanente. If you have any questions or concerns, please discuss them with your personal Plan Physician or with other Plan Providers who are treating you. They are committed to your satisfaction and want to help you with your questions.

### Member Services

Member Services representatives can answer any questions you have about your benefits, available Services, and the facilities where you can receive care. For example, they can explain the following:

- Your Health Plan benefits

- How to make your first medical appointment

- What to do if you move

- How to replace your Kaiser Permanente ID card

You can reach Member Services in the following ways:

| | |
|---|---|
| **Call** | **1-800-464-4000 (**English and more than 150 languages using interpreter services**) 1-800-788-0616 (**Spanish**) 1-800-757-7585 (**Chinese dialects**) TTY users call 711** |
| | 24 hours a day, seven days a week (except closed holidays) |
| **Visit** | Member Services Department at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center) |
| **Write** | Member Services Department at a Plan Facility (for addresses, refer to our Provider |

Directory or call our Member Service Contact Center)

| | |
|---|---|
| **Website** | **kp.org** |

### Cost Share estimates

For information about estimates, see "Getting an estimate of your Cost Share" under "Your Cost Share" in the "Benefits" section.

## Plan Facilities

Plan Medical Offices and Plan Hospitals are listed in the Provider Directory for your Home Region. The directory describes the types of covered Services that are available from each Plan Facility, because some facilities provide only specific types of covered Services. This directory is available on our website at **kp.org/facilities**. To obtain a printed copy, call our Member Service Contact Center. The directory is updated periodically. The availability of Plan Facilities may change. If you have questions, please call our Member Service Contact Center.

At most of our Plan Facilities, you can usually receive all of the covered Services you need, including specialty care, pharmacy, and lab work. You are not restricted to a particular Plan Facility, and we encourage you to use the facility that will be most convenient for you:

- All Plan Hospitals provide inpatient Services and are open 24 hours a day, seven days a week

- Emergency Services are available from Plan Hospital Emergency Departments (for Emergency Department locations, refer to our Provider Directory or call our Member Service Contact Center)

- Same–day Urgent Care appointments are available at many locations (for Urgent Care locations, refer to our Provider Directory or call our Member Service Contact Center)

- Many Plan Medical Offices have evening and weekend appointments

- Many Plan Facilities have a Member Services Department (for locations, refer to our Provider Directory or call our Member Service Contact Center)

Note: State law requires evidence of coverage documents to include the following notice:

**Some hospitals and other providers do not provide one or more of the following services that may be covered under your plan contract and that you or your family member might need: family planning;**

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC#* 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

53

Page 34

**contraceptive services, including emergency contraception; sterilization, including tubal ligation at the time of labor and delivery; infertility treatments; or abortion. You should obtain more information before you enroll. Call your prospective doctor, medical group, independent practice association, or clinic, or call the Kaiser Permanente Member Service Contact Center, to ensure that you can obtain the health care services that you need.**

Please be aware that if a Service is covered but not available at a particular Plan Facility, we will make it available to you at another facility.

## Emergency Services and Urgent Care

### Emergency Services

If you have an Emergency Medical Condition, call 911 (where available) or go to the nearest hospital Emergency Department. You do not need prior authorization for Emergency Services. When you have an Emergency Medical Condition, we cover Emergency Services you receive from Plan Providers or Non–Plan Providers anywhere in the world.

Emergency Services are available from Plan Hospital Emergency Departments 24 hours a day, seven days a week.

#### Post-Stabilization Care

Post-Stabilization Care is Medically Necessary Services related to your Emergency Medical Condition that you receive in a hospital (including the Emergency Department) after your treating physician determines that this condition is Stabilized. Post-Stabilization Care also includes durable medical equipment covered under this *EOC*, if it is Medically Necessary after discharge from a hospital, and related to the same Emergency Medical Condition. For more information about durable medical equipment covered under this *EOC*, see "Durable Medical Equipment ("DME") for Home Use" in the "Benefits" section. We cover Post-Stabilization Care from a Non–Plan Provider only if we provide prior authorization for the care or if otherwise required by applicable law ("prior authorization" means that we must approve the Services in advance).

To request prior authorization, the Non–Plan Provider must call **1-800-225-8883** or the notification phone number on your Kaiser Permanente ID card *before* you receive the care. We will discuss your condition with the Non–Plan Provider. If we determine that you require Post-Stabilization Care and that this care is part of your covered benefits, we will authorize your care from the Non–Plan Provider or arrange to have a Plan Provider (or other designated provider) provide the care. If we decide to have a Plan Hospital, Plan Skilled Nursing Facility, or designated Non–Plan Provider provide your care, we may authorize special transportation services that are medically required to get you to the provider. This may include transportation that is otherwise not covered.

Be sure to ask the Non–Plan Provider to tell you what care (including any transportation) we have authorized because we will not cover Post-Stabilization Care or related transportation provided by Non–Plan Providers that has not been authorized. If you receive care from a Non–Plan Provider that we have not authorized, you may have to pay the full cost of that care. If you are admitted to a Non–Plan Hospital, please notify us as soon as possible by calling **1-800-225-8883** or the notification phone number on your ID card.

#### Your Cost Share

Your Cost Share for covered Emergency Services and Post-Stabilization Care is described in the "Cost Share Summary" section of this *EOC*. Your Cost Share is the same whether you receive the Services from a Plan Provider or a Non–Plan Provider. For example:

- If you receive Emergency Services in the Emergency Department of a Non–Plan Hospital, you pay the Cost Share for an Emergency Department visit as described in the "Cost Share Summary" under "Emergency and Urgent Care visits"

- If we gave prior authorization for inpatient Post-Stabilization Care in a Non–Plan Hospital, you pay the Cost Share for hospital inpatient care as described in the "Cost Share Summary" under "Hospital inpatient care"

- If we gave prior authorization for durable medical equipment after discharge from a Non–Plan Hospital, you pay the Cost Share for durable medical equipment as described in the "Cost Share Summary" under "Durable Medical Equipment ("DME") for home use"

### Urgent Care

#### Inside the Service Area

An Urgent Care need is one that requires prompt medical attention but is not an Emergency Medical Condition. If

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

54

Page 35

you think you may need Urgent Care, call the appropriate appointment or advice phone number at a Plan Facility. For appointment and advice phone numbers, refer to our Provider Directory or call our Member Service Contact Center.

### Out-of-Area Urgent Care

If you need Urgent Care due to an unforeseen illness, unforeseen injury, or unforeseen complication of an existing condition (including pregnancy), we cover Medically Necessary Services to prevent serious deterioration of your (or your unborn child's) health from a Non–Plan Provider if all of the following are true:

- You receive the Services from Non–Plan Providers while you are temporarily outside our Service Area

- A reasonable person would have believed that your (or your unborn child's) health would seriously deteriorate if you delayed treatment until you returned to our Service Area

You do not need prior authorization for Out-of-Area Urgent Care. We cover Out-of-Area Urgent Care you receive from Non–Plan Providers if the Services would have been covered under this *EOC* if you had received them from Plan Providers.

To obtain follow-up care from a Plan Provider, call the appointment or advice phone number at a Plan Facility. For phone numbers, refer to our Provider Directory or call our Member Service Contact Center. We do not cover follow-up care from Non–Plan Providers after you no longer need Urgent Care, except for durable medical equipment covered under this *EOC*. For more information about durable medical equipment covered under this *EOC*, see "Durable Medical Equipment ("DME") for Home Use" in the "Benefits" section. If you require durable medical equipment related to your Urgent Care after receiving Out-of-Area Urgent Care, your provider must obtain prior authorization as described under "Getting a Referral" in the "How to Obtain Services" section.

### Your Cost Share

Your Cost Share for covered Urgent Care is the Cost Share required for Services provided by Plan Providers as described in the "Cost Share Summary" section of this *EOC*. For example:

- If you receive an Urgent Care evaluation as part of covered Out-of-Area Urgent Care from a Non–Plan Provider, you pay the Cost Share for Urgent Care consultations, evaluations, and treatment as described in the "Cost Share Summary" under "Emergency and Urgent Care visits"

- If the Out-of-Area Urgent Care you receive includes an X-ray, you pay the Cost Share for an X-ray as described in the "Cost Share Summary" under "Outpatient imaging, laboratory, and other diagnostic and treatment Services," in addition to the Cost Share for the Urgent Care evaluation

- If we gave prior authorization for durable medical equipment provided as part of Out-of-Area Urgent Care, you pay the Cost Share for durable medical equipment as described in the "Cost Share Summary" under "Durable Medical Equipment ("DME") for home use"

Note: If you receive Urgent Care in an Emergency Department, you pay the Cost Share for an Emergency Department visit as described in the "Cost Share Summary" under "Emergency and Urgent Care visits."

## Payment and Reimbursement

If you receive Emergency Services, Post-Stabilization Care, or Out-of-Area Urgent Care from a Non–Plan Provider as described in this "Emergency Services and Urgent Care" section, or emergency ambulance Services described under "Ambulance Services" in the "Benefits" section, you are not responsible for any amounts beyond your Cost Share for covered Emergency Services. However, if the provider does not agree to bill us, you may have to pay for the Services and file a claim for reimbursement. Also, you may be required to pay and file a claim for any Services prescribed by a Non–Plan Provider as part of covered Emergency Services, Post-Stabilization Care, and Out-of-Area Urgent Care even if you receive the Services from a Plan Provider, such as a Plan Pharmacy.

For information on how to file a claim, please see the "Post-Service Claims and Appeals" section.

## Benefits

This section describes the Services that are covered under this *EOC*.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC#* 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

55

Page 36

Services are covered under this *EOC* as specifically described in this *EOC*. Services that are not specifically described in this *EOC* are not covered, except as required by state or federal law. Services are subject to exclusions and limitations described in the "Exclusions, Limitations, Coordination of Benefits, and Reductions" section. Except as otherwise described in this *EOC*, all of the following conditions must be satisfied:

- You are a Member on the date that you receive the Services

- The Services are Medically Necessary

- The Services are one of the following:

  ◆ Preventive Services

  ◆ health care items and services for diagnosis, assessment, or treatment

  ◆ health education covered under "Health Education" in this "Benefits" section

  ◆ other health care items and services

  ◆ other services to treat Serious Emotional Disturbance of a Child Under Age 18 or Severe Mental Illness

- The Services are provided, prescribed, authorized, or directed by a Plan Physician, except for:

  ◆ drugs prescribed by dentists, as described under "Outpatient Prescription Drugs, Supplies, and Supplements" below

  ◆ emergency ambulance Services, as described under "Ambulance Services" below

  ◆ Emergency Services, Post-Stabilization Care, and Out-of-Area Urgent Care, as described in the "Emergency Services and Urgent Care" section

  ◆ eyeglasses and contact lenses prescribed by Non–Plan Providers, as described under "Vision Services for Adult Members" and "Vision Services for Pediatric Members" below

  ◆ Visiting Member Services, as described under "Receiving Care Outside of Your Home Region" in the "How to Obtain Services" section

- You receive the Services from Plan Providers inside our Service Area, except for:

  ◆ authorized referrals, as described under "Getting a Referral" in the "How to Obtain Services" section

  ◆ emergency ambulance Services, as described under "Ambulance Services" below

  ◆ Emergency Services, Post-Stabilization Care, and Out-of-Area Urgent Care, as described in the "Emergency Services and Urgent Care" section

  ◆ hospice care, as described under "Hospice Care" below

  ◆ Visiting Member Services, as described under "Receiving Care Outside of Your Home Region" in the "How to Obtain Services" section

- The Medical Group has given prior authorization for the Services, if required, as described under "Medical Group authorization procedure for certain referrals" in the "How to Obtain Services" section

Please also refer to:

- The "Emergency Services and Urgent Care" section for information about how to obtain covered Emergency Services, Post-Stabilization Care, and Out-of-Area Urgent Care

- Our Provider Directory for the types of covered Services that are available from each Plan Facility, because some facilities provide only specific types of covered Services

## Your Cost Share

Your Cost Share is the amount you are required to pay for covered Services. For example, your Cost Share may be a Copayment or Coinsurance.

If your coverage includes a Plan Deductible and you receive Services that are subject to the Plan Deductible, your Cost Share for those Services will be Charges until you reach the Plan Deductible. Similarly, if your coverage includes a Drug Deductible, and you receive Services that are subject to the Drug Deductible, your Cost Share for those Services will be Charges until you reach the Drug Deductible.

Please refer to the "Cost Share Summary" section of this *EOC* for the amount you will pay for Services.

### General rules, examples, and exceptions

Your Cost Share for covered Services will be the Cost Share in effect on the date you receive the Services, except as follows:

- If you are receiving covered inpatient hospital or Skilled Nursing Facility Services on the effective date of this *EOC*, you pay the Cost Share in effect on your admission date until you are discharged if the Services were covered under your prior Health Plan evidence of coverage and there has been no break in coverage. However, if the Services were not covered under your prior Health Plan evidence of coverage, or if there has been a break in coverage, you pay the Cost Share in effect on the date you receive the Services

- For items ordered in advance, you pay the Cost Share in effect on the order date (although we will not cover

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

56

Page 37

the item unless you still have coverage for it on the date you receive it) and you may be required to pay the Cost Share when the item is ordered. For outpatient prescription drugs, the order date is the date that the pharmacy processes the order after receiving all of the information they need to fill the prescription

**Cost Share for Services received by newborn children of a Member.** During the 31 days of automatic coverage for newborn children described under "Newborn coverage" under "Who Is Eligible" in the "Premiums, Eligibility, and Enrollment" section, the parent or guardian of the newborn must pay the Cost Share indicated in the "Cost Share Summary" section of this *EOC* for any Services that the newborn receives, whether or not the newborn is enrolled. When the "Cost Share Summary" indicates the Services are subject to the Plan Deductible, the Cost Share for those Services will be Charges if the newborn has not met the Plan Deductible.

**Payment toward your Cost Share (and when you may be billed).** In most cases, your provider will ask you to make a payment toward your Cost Share at the time you receive Services. If you receive more than one type of Services (such as a routine physical maintenance exam and laboratory tests), you may be required to pay separate Cost Share for each of those Services. Keep in mind that your payment toward your Cost Share may cover only a portion of your total Cost Share for the Services you receive, and you will be billed for any additional amounts that are due. The following are examples of when you may be asked to pay (or you may be billed for) Cost Share amounts in addition to the amount you pay at check-in:

- You receive non-preventive Services during a preventive visit. For example, you go in for a routine physical maintenance exam, and at check-in you pay your Cost Share for the preventive exam (your Cost Share may be "no charge"). However, during your preventive exam your provider finds a problem with your health and orders non-preventive Services to diagnose your problem (such as laboratory tests). You may be asked to pay (or you will be billed for) your Cost Share for these additional non-preventive diagnostic Services

- You receive diagnostic Services during a treatment visit. For example, you go in for treatment of an existing health condition, and at check-in you pay your Cost Share for a treatment visit. However, during the visit your provider finds a new problem with your health and performs or orders diagnostic Services (such as laboratory tests). You may be asked to pay (or you will be billed for) your Cost Share for these additional diagnostic Services

- You receive treatment Services during a diagnostic visit. For example, you go in for a diagnostic exam, and at check-in you pay your Cost Share for a diagnostic exam. However, during the diagnostic exam your provider confirms a problem with your health and performs treatment Services (such as an outpatient procedure). You may be asked to pay (or you will be billed for) your Cost Share for these additional treatment Services

- You receive Services from a second provider during your visit. For example, you go in for a diagnostic exam, and at check-in you pay your Cost Share for a diagnostic exam. However, during the diagnostic exam your provider requests a consultation with a specialist. You may be asked to pay (or you will be billed for) your Cost Share for the consultation with the specialist

In some cases, your provider will not ask you to make a payment at the time you receive Services, and you will be billed for your Cost Share (for example, some Laboratory Departments are not able to collect Cost Share, or your Plan Provider is not able to collect Cost Share, if any, for Telehealth Visits you receive at home).

When we send you a bill, it will list Charges for the Services you received, payments and credits applied to your account, and any amounts you still owe. Your current bill may not always reflect your most recent Charges and payments. Any Charges and payments that are not on the current bill will appear on a future bill. Sometimes, you may see a payment but not the related Charges for Services. That could be because your payment was recorded before the Charges for the Services were processed. If so, the Charges will appear on a future bill. Also, you may receive more than one bill for a single outpatient visit or inpatient stay. For example, you may receive a bill for physician services and a separate bill for hospital services. If you don't see all the Charges for Services on one bill, they will appear on a future bill. If we determine that you overpaid and are due a refund, then we will send a refund to you within 4 weeks after we make that determination. If you have questions about a bill, please call the phone number on the bill.

In some cases, a Non–Plan Provider may be involved in the provision of covered Services at a Plan Facility or a contracted facility where we have authorized you to receive care. You are not responsible for any amounts beyond your Cost Share for the covered Services you receive at Plan Facilities or at contracted facilities where we have authorized you to receive care. However, if the provider does not agree to bill us, you may have to pay for the Services and file a claim for reimbursement. For

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC#* 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

57

Page 38

information on how to file a claim, please see the "Post-Service Claims and Appeals" section.

**Primary Care Visits, Non-Physician Specialist Visits, and Physician Specialist Visits.** The Cost Share for a Primary Care Visit applies to evaluations and treatment provided by generalists in internal medicine, pediatrics, or family practice, and by specialists in obstetrics/gynecology whom the Medical Group designates as Primary Care Physicians. Some physician specialists provide primary care in addition to specialty care but are not designated as Primary Care Physicians. If you receive Services from one of these specialists, the Cost Share for a Physician Specialist Visit will apply to all consultations, evaluations, and treatment provided by the specialist except for routine preventive counseling and exams listed under "Preventive Services" in this "Benefits" section. For example, if your personal Plan Physician is a specialist in internal medicine or obstetrics/gynecology who is not a Primary Care Physician, you will pay the Cost Share for a Physician Specialist Visit for all consultations, evaluations, and treatment by the specialist except routine preventive counseling and exams listed under "Preventive Services" in this "Benefits" section. The Non-Physician Specialist Visit Cost Share applies to consultations, evaluations, and treatment provided by non-physician specialists (such as nurse practitioners, physician assistants, optometrists, podiatrists, and audiologists).

**Noncovered Services.** If you receive Services that are not covered under this *EOC*, you may have to pay the full price of those Services. Payments you make for noncovered Services do not apply to any deductible or out-of-pocket maximum.

**Benefit limits.** Some benefits may include a limit on the number of visits, days, or dollar amount that will be covered under your plan during a specified time period. If a benefit includes a limit, this will be indicated in the "Cost Share Summary" section of this *EOC*. The time period associated with a benefit limit may not be the same as the term of this *EOC*. We will count all Services you receive during the benefit limit period toward the benefit limit, including Services you received under a prior Health Plan *EOC* (as long as you have continuous coverage with Health Plan). Note: this rule does not apply when you first enroll in individual plan coverage or a new employer group's plan, when you move from group to individual plan coverage (or vice versa), or to Services you received under a Kaiser Permanente Senior Advantage evidence of coverage. If you are enrolled in the Kaiser Permanente POS Plan, refer to your KPIC *Certificate of Insurance* and *Schedule of Coverage* for benefit limits that apply to your separate indemnity

coverage provided by the Kaiser Permanente Insurance Company ("KPIC").

## Getting an estimate of your Cost Share

If you have questions about the Cost Share for specific Services that you expect to receive or that your provider orders during a visit or procedure, please visit our website at **kp.org/memberestimates** to use our cost estimate tool or call our Member Service Contact Center.

*   If you have a Plan Deductible and would like an estimate for Services that are subject to the Plan Deductible, please call **1-800-390-3507** (TTY users call **711**) Monday through Friday 7 a.m. to 7 p.m. Refer to the "Cost Share Summary" section of this *EOC* to find out if you have a Plan Deductible

*   For all other Cost Share estimates, please call **1-800-464-4000** (TTY users call **711**) 24 hours a day, seven days a week (except closed holidays)

Cost Share estimates are based on your benefits and the Services you expect to receive. They are a prediction of cost and not a guarantee of the final cost of Services. Your final cost may be higher or lower than the estimate since not everything about your care can be known in advance.

## Explanation of benefits

After you receive Services, we will send you an explanation of benefits statement. The explanation of benefits is not a bill. It shows your total accumulation toward the Plan Deductible and Plan Out-of-Pocket Maximum. You can also view a copy of your explanation of benefits on **kp.org** or you may request a copy by calling our Member Service Contact Center at **1-800-390-3507** (TTY users call **711**) Monday through Friday 7 a.m. to 7 p.m.

## Drug Deductible

This *EOC* does not include a Drug Deductible.

## Plan Deductible

In any Accumulation Period, you must pay Charges for Services subject to the Plan Deductible until you reach one of the Plan Deductible amounts listed in the "Cost Share Summary" section of this *EOC*.

If you are a Member in a Family of two or more Members, you reach the Plan Deductible either when you reach the amount for any one Member, or when your entire Family reaches the Family amount. For example, suppose you have reached the deductible amount for any one Member. For Services subject to the Plan Deductible, you will not pay Charges during the remainder of the Accumulation Period, but every other

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

58

Page 39

Member in your Family must continue to pay Charges during the remainder of the Accumulation Period until either he or she reaches the deductible amount for any one Member, or the entire Family reaches the Family amount.

After you reach the Plan Deductible and for the remainder of the Accumulation Period, you pay the applicable Copayment or Coinsurance subject to the limits described under "Plan Out-of-Pocket Maximum" in this "Benefits" section.

**Services that are subject to the Plan Deductible.** The Cost Share that you must pay for covered Services is described in the "Cost Share Summary" section of this *EOC*. When the "Cost Share Summary" indicates the Services are subject to the Plan Deductible, your Cost Share for those Services will be Charges until you reach the Plan Deductible. Note: When the Cost Share for the Services is "no charge" and the "Cost Share Summary" indicates the Services are subject to the Plan Deductible, your Cost Share for those Services will be Charges until you reach the Plan Deductible. Also, if you pay a Plan Deductible amount for a Service that has a limit, such as a visit limit, the Services count toward reaching the limit.

The only payments that count toward the Plan Deductible are those you make for covered Services that are subject to this Plan Deductible under this *EOC*.

**Keeping track of the Plan Deductible.** When you pay an amount toward your Plan Deductible, we will give you a receipt that shows how much you paid. To see how close you are to reaching your Plan Deductible, use our online Out-of-Pocket Summary tool at **kp.org/outofpocket**, refer to your summary or explanation of benefits, or call our Member Service Contact Center.

## Copayments and Coinsurance

The Copayment or Coinsurance you must pay for each covered Service, after you meet any applicable deductible, is described in this *EOC*.

Note: If Charges for Services are less than the Copayment described in this *EOC*, you will pay the lesser amount, subject to any applicable deductible or out-of-pocket maximum.

## Plan Out-of-Pocket Maximum

There is a limit to the total amount of Cost Share you must pay under this *EOC* in the Accumulation Period for covered Services that you receive in the same Accumulation Period. The Services that apply to the Plan Out-of-Pocket Maximum are described under the

"Payments that count toward the Plan Out-of-Pocket Maximum" section below. Please refer to the "Cost Share Summary" section of this *EOC* for your applicable Plan Out-of-Pocket Maximum amounts.

If you are a Member in a Family of two or more Members, you reach the Plan Out-of-Pocket Maximum either when you reach the maximum for any one Member, or when your Family reaches the Family maximum. For example, suppose you have reached the Plan Out-of-Pocket Maximum for any one Member. For Services subject to the Plan Out-of-Pocket Maximum, you will not pay any more Cost Share during the remainder of the Accumulation Period, but every other Member in your Family must continue to pay Cost Share during the remainder of the Accumulation Period until either he or she reaches the maximum for any one Member or your Family reaches the Family maximum.

**Payments that count toward the Plan Out-of-Pocket Maximum.** Any payments you make toward the Plan Deductible or Drug Deductible, if applicable, apply toward the maximum.

Most Copayments and Coinsurance you pay for covered Services apply to the maximum, however some may not. To find out whether a Copayment or Coinsurance for a covered Service will apply to the maximum please refer to the "Cost Share Summary" section of this *EOC*.

If your plan includes pediatric dental Services described in a Pediatric Dental Services Amendment to this *EOC*, those Services will apply toward the maximum. If your plan has a Pediatric Dental Services Amendment, it will be attached to this *EOC*, and it will be listed in the *EOC's* Table of Contents.

**Keeping track of the Plan Out-of-Pocket Maximum.** When you receive Services, we will give you a receipt that shows how much you paid. To see how close you are to reaching your Plan Out-of-Pocket Maximum, use our online Out-of-Pocket Summary tool at **kp.org/outofpocket** or call our Member Service Contact Center.

## Administered Drugs and Products

Administered drugs and products are medications and products that require administration or observation by medical personnel, such as:

- Whole blood, red blood cells, plasma, and platelets
- Allergy antigens (including administration)
- Cancer chemotherapy drugs and adjuncts

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC# 5*   Effective: 12/1/20-11/30/21
Date: December 22, 2020

59

Page 40

- Drugs and products that are administered via intravenous therapy or injection that are not for cancer chemotherapy, including blood factor products and biological products ("biologics") derived from tissue, cells, or blood

- Other administered drugs and products

We cover these items when prescribed by a Plan Provider, in accord with our drug formulary guidelines, and they are administered to you in a Plan Facility or during home visits.

Certain administered drugs are Preventive Services. Please refer to "Family Planning Services" for information about administered contraceptives and refer to "Preventive Services" for information on immunizations.

## Ambulance Services

### Emergency
We cover Services of a licensed ambulance anywhere in the world without prior authorization (including transportation through the 911 emergency response system where available) in the following situations:

- You reasonably believed that the medical condition was an Emergency Medical Condition which required ambulance Services

- Your treating physician determines that you must be transported to another facility because your Emergency Medical Condition is not Stabilized and the care you need is not available at the treating facility

If you receive emergency ambulance Services that are not ordered by a Plan Provider, you are not responsible for any amounts beyond your Cost Share for covered emergency ambulance Services. However, if the provider does not agree to bill us, you may have to pay for the Services and file a claim for reimbursement. For information on how to file a claim, please see the "Post-Service Claims and Appeals" section.

### Nonemergency
Inside our Service Area, we cover nonemergency ambulance and psychiatric transport van Services if a Plan Physician determines that your condition requires the use of Services that only a licensed ambulance (or psychiatric transport van) can provide and that the use of other means of transportation would endanger your health. These Services are covered only when the vehicle transports you to or from covered Services.

### Ambulance Services exclusion(s)

- Transportation by car, taxi, bus, gurney van, wheelchair van, and any other type of transportation (other than a licensed ambulance or psychiatric transport van), even if it is the only way to travel to a Plan Provider

## Bariatric Surgery

We cover hospital inpatient care related to bariatric surgical procedures (including room and board, imaging, laboratory, other diagnostic and treatment Services, and Plan Physician Services) when performed to treat obesity by modification of the gastrointestinal tract to reduce nutrient intake and absorption, if all of the following requirements are met:

- You complete the Medical Group–approved pre-surgical educational preparatory program regarding lifestyle changes necessary for long term bariatric surgery success

- A Plan Physician who is a specialist in bariatric care determines that the surgery is Medically Necessary

For covered Services related to bariatric surgical procedures that you receive, you will pay the Cost Share you would pay if the Services were not related to a bariatric surgical procedure. For example, see "Hospital inpatient care" in the "Cost Share Summary" section of this *EOC* for the Cost Share that applies for hospital inpatient care.

### For the following Services related to "Bariatric Surgery," refer to these sections

- Outpatient prescription drugs (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Outpatient administered drugs (refer to "Administered Drugs and Products")

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

60

Page 41

## Behavioral Health Treatment for Pervasive Developmental Disorder or Autism

The following terms have special meaning when capitalized and used in this "Behavioral Health Treatment for Pervasive Developmental Disorder or Autism" section:

- "Qualified Autism Service Provider" means a provider who has the experience and competence to design, supervise, provide, or administer treatment for pervasive developmental disorder or autism and is either of the following:
  - ♦ a person who is certified by a national entity (such as the Behavior Analyst Certification Board) with a certification that is accredited by the National Commission for Certifying Agencies
  - ♦ a person licensed in California as a physician, physical therapist, occupational therapist, psychologist, marriage and family therapist, educational psychologist, clinical social worker, professional clinical counselor, speech-language pathologist, or audiologist
- "Qualified Autism Service Professional" means an individual who meets all of the following criteria:
  - ♦ provides behavioral health treatment, which may include clinical case management and case supervision under the direction and supervision of a qualified autism service provider
  - ♦ is supervised by a Qualified Autism Service Provider
  - ♦ provides treatment pursuant to a treatment plan developed and approved by the Qualified Autism Service Provider
  - ♦ is a behavioral health treatment provider who meets the education and experience qualifications described in Section 54342 of Title 17 of the California Code of Regulations for an Associate Behavior Analyst, Behavior Analyst, Behavior Management Assistant, Behavior Management Consultant, or Behavior Management Program
  - ♦ has training and experience in providing Services for pervasive developmental disorder or autism pursuant to Division 4.5 (commencing with Section 4500) of the Welfare and Institutions Code or Title 14 (commencing with Section 95000) of the Government Code
  - ♦ is employed by the Qualified Autism Service Provider or an entity or group that employs Qualified Autism Service Providers responsible for the autism treatment plan

- "Qualified Autism Service Paraprofessional" means an unlicensed and uncertified individual who meets all of the following criteria:
  - ♦ is supervised by a Qualified Autism Service Provider or Qualified Autism Service Professional at a level of clinical supervision that meets professionally recognized standards of practice
  - ♦ provides treatment and implements Services pursuant to a treatment plan developed and approved by the Qualified Autism Service Provider
  - ♦ meets the education and training qualifications described in Section 54342 of Title 17 of the California Code of Regulations
  - ♦ has adequate education, training, and experience, as certified by a Qualified Autism Service Provider or an entity or group that employs Qualified Autism Service Providers
  - ♦ is employed by the Qualified Autism Service Provider or an entity or group that employs Qualified Autism Service Providers responsible for the autism treatment plan

We cover behavioral health treatment for pervasive developmental disorder or autism (including applied behavior analysis and evidence-based behavior intervention programs) that develops or restores, to the maximum extent practicable, the functioning of a person with pervasive developmental disorder or autism and that meets all of the following criteria:

- The Services are provided inside our Service Area
- The treatment is prescribed by a Plan Physician, or is developed by a Plan Provider who is a psychologist
- The treatment is provided under a treatment plan prescribed by a Plan Provider who is a Qualified Autism Service Provider
- The treatment is administered by a Plan Provider who is one of the following:
  - ♦ a Qualified Autism Service Provider
  - ♦ a Qualified Autism Service Professional supervised by the Qualified Autism Service Provider
  - ♦ a Qualified Autism Service Paraprofessional supervised by a Qualified Autism Service Provider or Qualified Autism Service Professional
- The treatment plan has measurable goals over a specific timeline that is developed and approved by the Qualified Autism Service Provider for the Member being treated

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   EOC# 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

61

Page 42

- The treatment plan is reviewed no less than once every six months by the Qualified Autism Service Provider and modified whenever appropriate

- The treatment plan requires the Qualified Autism Service Provider to do all of the following:

  ♦ describe the Member's behavioral health impairments to be treated

  ♦ design an intervention plan that includes the service type, number of hours, and parent participation needed to achieve the plan's goal and objectives, and the frequency at which the Member's progress is evaluated and reported

  ♦ provide intervention plans that utilize evidence-based practices, with demonstrated clinical efficacy in treating pervasive developmental disorder or autism

  ♦ discontinue intensive behavioral intervention Services when the treatment goals and objectives are achieved or no longer appropriate

- The treatment plan is not used for either of the following:

  ♦ for purposes of providing (or for the reimbursement of) respite care, day care, or educational services

  ♦ to reimburse a parent for participating in the treatment program

**For the following Services related to "Behavioral Health Treatment for Pervasive Developmental Disorder or Autism," refer to these sections**

- Behavioral health treatment for pervasive developmental disorder or autism provided during a covered stay in a Plan Hospital or Skilled Nursing Facility (refer to "Hospital Inpatient Care" and "Skilled Nursing Facility Care")

- Outpatient drugs, supplies, and supplements (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Outpatient laboratory (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")

- Outpatient physical, occupational, and speech therapy visits (refer to "Rehabilitative and Habilitative Services")

- Services to diagnose pervasive developmental disorder or autism and Services to develop and revise the treatment plan (refer to "Mental Health Services")

# Dental and Orthodontic Services

We do not cover most dental and orthodontic Services under this *EOC*, but we do cover some dental and orthodontic Services as described in this "Dental and Orthodontic Services" section.

For covered dental and orthodontic procedures that you may receive, you will pay the Cost Share you would pay if the Services were not related to dental and orthodontic Services. For example, see "Hospital inpatient care" in the "Cost Share Summary" section of this *EOC* for the Cost Share that applies for hospital inpatient care.

## Dental Services for radiation treatment

We cover dental evaluation, X-rays, fluoride treatment, and extractions necessary to prepare your jaw for radiation therapy of cancer in your head or neck if a Plan Physician provides the Services or if the Medical Group authorizes a referral to a dentist (as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section).

## Dental anesthesia

For dental procedures at a Plan Facility, we provide general anesthesia and the facility's Services associated with the anesthesia if all of the following are true:

- You are under age 7, or you are developmentally disabled, or your health is compromised

- Your clinical status or underlying medical condition requires that the dental procedure be provided in a hospital or outpatient surgery center

- The dental procedure would not ordinarily require general anesthesia

We do not cover any other Services related to the dental procedure, such as the dentist's Services.

## Dental and orthodontic Services for cleft palate

We cover dental extractions, dental procedures necessary to prepare the mouth for an extraction, and orthodontic Services, if they meet all of the following requirements:

- The Services are an integral part of a reconstructive surgery for cleft palate that we are covering under "Reconstructive Surgery" in this "Benefits" section ("cleft palate" includes cleft palate, cleft lip, or other craniofacial anomalies associated with cleft palate)

- A Plan Provider provides the Services or the Medical Group authorizes a referral to a Non–Plan Provider who is a dentist or orthodontist (as described in "Medical Group authorization procedure for certain

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC#* 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

**62**

Page 43

referrals" under "Getting a Referral" in the "How to Obtain Services" section)

**For the following Services related to "Dental and Orthodontic Services," refer to these sections**

- Accidental injury to teeth (refer to "Injury to Teeth")

- Office visits not described in the "Dental and Orthodontic Services" section (refer to "Office Visits")

- Outpatient imaging, laboratory, and other diagnostic and treatment Services (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")

- Outpatient administered drugs (refer to "Administered Drugs and Products"), except that we cover outpatient administered drugs under "Dental anesthesia" in this "Dental and Orthodontic Services" section

- Outpatient prescription drugs (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Telehealth Visits (refer to "Telehealth Visits")

## Dialysis Care

We cover acute and chronic dialysis Services if all of the following requirements are met:

- The Services are provided inside our Service Area

- You satisfy all medical criteria developed by the Medical Group and by the facility providing the dialysis

- A Plan Physician provides a written referral for care at the facility

After you receive appropriate training at a dialysis facility we designate, we also cover equipment and medical supplies required for home hemodialysis and home peritoneal dialysis inside our Service Area. Coverage is limited to the standard item of equipment or supplies that adequately meets your medical needs. We decide whether to rent or purchase the equipment and supplies, and we select the vendor. You must return the equipment and any unused supplies to us or pay us the fair market price of the equipment and any unused supply when we are no longer covering them.

**For the following Services related to "Dialysis Care," refer to these sections**

- Durable medical equipment for home use (refer to "Durable Medical Equipment ("DME") for Home Use")

- Hospital inpatient care (refer to "Hospital Inpatient Care")

- Office visits not described in the "Dialysis Care" section (refer to "Office Visits")

- Outpatient laboratory (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")

- Outpatient prescription drugs (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Outpatient administered drugs (refer to "Administered Drugs and Products")

- Telehealth Visits (refer to "Telehealth Visits")

**Dialysis care exclusion(s)**

- Comfort, convenience, or luxury equipment, supplies and features

- Nonmedical items, such as generators or accessories to make home dialysis equipment portable for travel

## Durable Medical Equipment ("DME") for Home Use

**DME coverage rules**

DME for home use is an item that meets the following criteria:

- The item is intended for repeated use

- The item is primarily and customarily used to serve a medical purpose

- The item is generally useful only to an individual with an illness or injury

- The item is appropriate for use in the home

For a DME item to be covered, all of the following requirements must be met:

- Your *EOC* includes coverage for the requested DME item

- A Plan Physician has prescribed the DME item for your medical condition

- The item has been approved for you through the Plan's prior authorization process, as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section

- The Services are provided inside our Service Area

Coverage is limited to the standard item of equipment that adequately meets your medical needs. We decide whether to rent or purchase the equipment, and we select the vendor. You must return the equipment to us or pay us the fair market price of the equipment when we are no longer covering it.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC# 5*   Effective: 12/1/20-11/30/21
Date: December 22, 2020

63

Page 44

### Base DME Items

We cover Base DME Items (including repair or replacement of covered equipment) if all of the requirements described under "DME coverage rules" in this "Durable Medical Equipment ("DME") for Home Use" section are met. "Base DME Items" means the following items:

- Blood glucose monitors for diabetes blood testing and their supplies (such as blood glucose monitor test strips, lancets, and lancet devices)

- Bone stimulator

- Canes (standard curved handle or quad) and replacement supplies

- Cervical traction (over door)

- Crutches (standard or forearm) and replacement supplies

- Dry pressure pad for a mattress

- Infusion pumps (such as insulin pumps) and supplies to operate the pump

- IV pole

- Nebulizer and supplies

- Peak flow meters

- Phototherapy blankets for treatment of jaundice in newborns

### Supplemental DME items

Subject to the benefit limit described under "DME benefit limit" in this "Durable Medical Equipment ("DME") for Home Use" section, we cover DME that is not described under "Base DME Items" or "Breastfeeding supplies," including repair and replacement of covered equipment, if all of the requirements described under "DME coverage rules" in this "Durable Medical Equipment ("DME") for Home Use" section are met.

### Breastfeeding supplies

We cover one retail-grade breast pump per pregnancy and the necessary supplies to operate it, such as one set of bottles. We will decide whether to rent or purchase the item and we choose the vendor. We cover this pump for convenience purposes. The pump is not subject to prior authorization requirements.

If you or your baby has a medical condition that requires the use of a breast pump, we cover a hospital-grade breast pump and the necessary supplies to operate it, in accord with the coverage rules described under "DME coverage rules" in this "Durable Medical Equipment ("DME") for Home Use" section.

### DME benefit limit

For DME covered under the "Supplemental DME items" section (including repair and replacement of covered equipment), there is a benefit limit per Member per Accumulation Period. Please refer to the "Cost Share Summary" section of this *EOC* for your benefit limit amount. We will calculate accumulation toward the benefit limit by adding up the Charges for the durable medical equipment you received in the Accumulation Period that are subject to the limit (including any of these items we covered under any other Health Plan evidence of coverage offered by your Group, whether or not the other evidence of coverage had a benefit limit), and subtracting any Cost Share you paid for those items. If you reach the benefit limit, we will not cover any more durable medical equipment in that Accumulation Period if they are subject to the benefit limit.

The following items are not subject to this benefit limit:

- Items listed under "Base DME Items" as described in this "Durable Medical Equipment ("DME") for Home Use" section

- Breast pumps and supplies as described in "Breastfeeding Supplies" in this "Durable Medical Equipment ("DME") for Home Use" section

### Outside our Service Area

We do not cover most DME for home use outside our Service Area. However, if you live outside our Service Area, we cover the following DME (subject to the Cost Share and all other coverage requirements that apply to DME for home use inside our Service Area) when the item is dispensed at a Plan Facility:

- Blood glucose monitors for diabetes blood testing and their supplies (such as blood glucose monitor test strips, lancets, and lancet devices) from a Plan Pharmacy

- Canes (standard curved handle)

- Crutches (standard)

- Insulin pumps and supplies to operate the pump, after completion of training and education on the use of the pump

- Nebulizers and their supplies for the treatment of pediatric asthma

- Peak flow meters from a Plan Pharmacy

### For the following Services related to "Durable Medical Equipment ("DME") for Home Use," refer to these sections

- Dialysis equipment and supplies required for home hemodialysis and home peritoneal dialysis (refer to "Dialysis Care")

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

64

Page 45

- Diabetes urine testing supplies and insulin-administration devices other than insulin pumps (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Durable medical equipment related to an Emergency Medical Condition or Urgent Care episode (refer to "Post-Stabilization Care" and "Out-of-Area Urgent Care")

- Durable medical equipment related to the terminal illness for Members who are receiving covered hospice care (refer to "Hospice Care")

- Insulin and any other drugs administered with an infusion pump (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

### DME for home use exclusion(s)

- Comfort, convenience, or luxury equipment or features except for retail-grade breast pumps as described under "Breastfeeding supplies" in this "Durable Medical Equipment ("DME") for Home Use" section

- Items not intended for maintaining normal activities of daily living, such as exercise equipment (including devices intended to provide additional support for recreational or sports activities)

- Hygiene equipment

- Nonmedical items, such as sauna baths or elevators

- Modifications to your home or car

- Devices for testing blood or other body substances (except diabetes blood glucose monitors and their supplies)

- Electronic monitors of the heart or lungs except infant apnea monitors

- Repair or replacement of equipment due to loss, theft, or misuse

## Emergency and Urgent Care Visits

We cover the following Emergency and Urgent Care visits:

- Emergency Department visits

- Urgent Care consultations, evaluations, and treatment

## Family Planning Services

We cover the following family planning Services:

- Family planning counseling

- Injectable contraceptives, internally implanted time-release contraceptives or intrauterine devices

("IUDs") and office visits related to their administration and management

- Female sterilization procedures

- Male sterilization procedures

- Termination of pregnancy

### For the following Services related to "Family Planning Services," refer to these sections

- Services to diagnose or treat infertility (refer to "Fertility Services")

- Outpatient administered drugs that are not contraceptives (refer to "Administered Drugs and Products")

- Outpatient laboratory and imaging services associated with family planning services (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")

- Outpatient contraceptive drugs and devices (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

### Family planning Services exclusion(s)

- Reversal of voluntary sterilization

## Fertility Services

"Fertility Services" means treatments and procedures to help you become pregnant.

### Diagnosis and treatment of infertility

For purposes of this "Diagnosis and treatment of infertility" section, "infertility" means not being able to get pregnant or carry a pregnancy to a live birth after a year or more of regular sexual relations without contraception or having a medical or other demonstrated condition that is recognized by a Plan Physician as a cause of infertility.

Services for the diagnosis and treatment of infertility are not covered under this *EOC*.

### Artificial insemination

Services for artificial insemination are not covered under this *EOC*.

### Assisted reproductive technology ("ART") Services

ART Services such as in vitro fertilization ("IVF"), gamete intra-fallopian transfer ("GIFT"), or zygote intrafallopian transfer ("ZIFT") are not covered under this *EOC*.

**For the following Services related to "Fertility Services," refer to these sections**

- Outpatient drugs, supplies, and supplements (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

**Fertility Services exclusion(s)**

- Services to diagnose or treat infertility
- Services for artificial insemination
- Services to reverse voluntary, surgically induced infertility
- Semen and eggs (and Services related to their procurement and storage)
- ART Services, such as ovum transplants, GIFT, IVF, and ZIFT

## Health Education

We cover a variety of health education counseling, programs, and materials that your personal Plan Physician or other Plan Providers provide during a visit covered under another part of this *EOC*.

We also cover a variety of health education counseling, programs, and materials to help you take an active role in protecting and improving your health, including programs for tobacco cessation, stress management, and chronic conditions (such as diabetes and asthma). Kaiser Permanente also offers health education counseling, programs, and materials that are not covered, and you may be required to pay a fee.

For more information about our health education counseling, programs, and materials, please contact a Health Education Department or our Member Service Contact Center or go to our website at **kp.org**.

## Hearing Services

We cover the following:

- Hearing exams with an audiologist to determine the need for hearing correction
- Physician Specialist Visits to diagnose and treat hearing problems

**Hearing aids**

Hearing aids and related Services are not covered under this *EOC*. For internally implanted devices, see "Prosthetic and Orthotic Devices" in this "Benefits" section.

**For the following Services related to "Hearing Services," refer to these sections**

- Routine hearing screenings when performed as part of a routine physical maintenance exam (refer to "Preventive Services")
- Services related to the ear or hearing other than those described in this section, such as outpatient care to treat an ear infection or outpatient prescription drugs, supplies, and supplements (refer to the applicable heading in this "Benefits" section)
- Cochlear implants and osseointegrated hearing devices (refer to "Prosthetic and Orthotic Devices")

**Hearing Services exclusion(s)**

- Hearing aids and tests to determine their efficacy, and hearing tests to determine an appropriate hearing aid

## Home Health Care

"Home health care" means Services provided in the home by nurses, medical social workers, home health aides, and physical, occupational, and speech therapists.

We cover home health care only if all of the following are true:

- You are substantially confined to your home (or a friend's or relative's home)
- Your condition requires the Services of a nurse, physical therapist, occupational therapist, or speech therapist (home health aide Services are not covered unless you are also getting covered home health care from a nurse, physical therapist, occupational therapist, or speech therapist that only a licensed provider can provide)
- A Plan Physician determines that it is feasible to maintain effective supervision and control of your care in your home and that the Services can be safely and effectively provided in your home
- The Services are provided inside our Service Area

We cover only part-time or intermittent home health care, as follows:

- Up to two hours per visit for visits by a nurse, medical social worker, or physical, occupational, or speech therapist, and up to four hours per visit for visits by a home health aide
- Up to three visits per day (counting all home health visits)
- Up to 100 visits per Accumulation Period (counting all home health visits)

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

66

Page 47

Note: If a visit by a nurse, medical social worker, or physical, occupational, or speech therapist lasts longer than two hours, then each additional increment of two hours counts as a separate visit. If a visit by a home health aide lasts longer than four hours, then each additional increment of four hours counts as a separate visit. For example, if a nurse comes to your home for three hours and then leaves, that counts as two visits. Also, each person providing Services counts toward these visit limits. For example, if a home health aide and a nurse are both at your home during the same two hours, that counts as two visits.

**For the following Services related to "Home Health Care," refer to these sections**

- Behavioral health treatment for pervasive developmental disorder or autism (refer to "Behavioral Health Treatment for Pervasive Developmental Disorder or Autism")

- Dialysis care (refer to "Dialysis Care")

- Durable medical equipment (refer to "Durable Medical Equipment ("DME") for Home Use")

- Ostomy and urological supplies (refer to "Ostomy and Urological Supplies")

- Outpatient drugs, supplies, and supplements (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Outpatient physical, occupational, and speech therapy visits (refer to "Rehabilitative and Habilitative Services")

- Prosthetic and orthotic devices (refer to "Prosthetic and Orthotic Devices")

**Home health care exclusion(s)**

- Care of a type that an unlicensed family member or other layperson could provide safely and effectively in the home setting after receiving appropriate training. This care is excluded even if we would cover the care if it were provided by a qualified medical professional in a hospital or a Skilled Nursing Facility

- Care in the home if the home is not a safe and effective treatment setting

## Hospice Care

Hospice care is a specialized form of interdisciplinary health care designed to provide palliative care and to alleviate the physical, emotional, and spiritual discomforts of a Member experiencing the last phases of life due to a terminal illness. It also provides support to the primary caregiver and the Member's family. A Member who chooses hospice care is choosing to receive palliative care for pain and other symptoms associated with the terminal illness, but not to receive care to try to cure the terminal illness. You may change your decision to receive hospice care benefits at any time.

We cover the hospice Services listed below only if all of the following requirements are met:

- A Plan Physician has diagnosed you with a terminal illness and determines that your life expectancy is 12 months or less

- The Services are provided inside our Service Area or inside California but within 15 miles or 30 minutes from our Service Area (including a friend's or relative's home even if you live there temporarily)

- The Services are provided by a licensed hospice agency that is a Plan Provider

- A Plan Physician determines that the Services are necessary for the palliation and management of your terminal illness and related conditions

If all of the above requirements are met, we cover the following hospice Services, if necessary for your hospice care:

- Plan Physician Services

- Skilled nursing care, including assessment, evaluation, and case management of nursing needs, treatment for pain and symptom control, provision of emotional support to you and your family, and instruction to caregivers

- Physical, occupational, and speech therapy for purposes of symptom control or to enable you to maintain activities of daily living

- Respiratory therapy

- Medical social services

- Home health aide and homemaker services

- Palliative drugs prescribed for pain control and symptom management of the terminal illness for up to a 100-day supply in accord with our drug formulary guidelines. You must obtain these drugs from a Plan Pharmacy. Certain drugs are limited to a maximum 30-day supply in any 30-day period (please call our Member Service Contact Center for the current list of these drugs)

- Durable medical equipment

- Respite care when necessary to relieve your caregivers. Respite care is occasional short-term inpatient care limited to no more than five consecutive days at a time

- Counseling and bereavement services

- Dietary counseling

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   EOC# 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

67

Page 48

We also cover the following hospice Services only during periods of crisis when they are Medically Necessary to achieve palliation or management of acute medical symptoms:

- Nursing care on a continuous basis for as much as 24 hours a day as necessary to maintain you at home

- Short-term inpatient care required at a level that cannot be provided at home

## Hospital Inpatient Care

We cover the following inpatient Services in a Plan Hospital, when the Services are generally and customarily provided by acute care general hospitals inside our Service Area:

- Room and board, including a private room if Medically Necessary

- Specialized care and critical care units

- General and special nursing care

- Operating and recovery rooms

- Services of Plan Physicians, including consultation and treatment by specialists

- Anesthesia

- Drugs prescribed in accord with our drug formulary guidelines (for discharge drugs prescribed when you are released from the hospital, please refer to "Outpatient Prescription Drugs, Supplies, and Supplements" in this "Benefits" section)

- Radioactive materials used for therapeutic purposes

- Durable medical equipment and medical supplies

- Imaging, laboratory, and other diagnostic and treatment Services, including MRI, CT, and PET scans

- Whole blood, red blood cells, plasma, platelets, and their administration

- Obstetrical care and delivery (including cesarean section). Note: If you are discharged within 48 hours after delivery (or within 96 hours if delivery is by cesarean section), your Plan Physician may order a follow-up visit for you and your newborn to take place within 48 hours after discharge (for visits after you are released from the hospital, please refer to "Office Visits" in this "Benefits" section)

- Behavioral health treatment for pervasive developmental disorder or autism

- Respiratory therapy

- Physical, occupational, and speech therapy (including treatment in our organized, multidisciplinary rehabilitation program)

- Medical social services and discharge planning

**For Services related to "Hospital Inpatient Care," refer to these sections**

- Bariatric Surgery

- Dental and Orthodontic Services

- Dialysis Care

- Fertility Services

- Hospice Care

- Mental Health Services

- Prosthetic and Orthotic Devices

- Reconstructive Surgery

- Services in Connection with a Clinical Trial

- Skilled Nursing Facility Care

- Substance Use Disorder Treatment

- Transplant Services

## Injury to Teeth

Services for accidental injury to teeth are not covered under this *EOC*.

## Mental Health Services

We cover Services specified in this "Mental Health Services" section only when the Services are for the diagnosis or treatment of Mental Disorders. A "Mental Disorder" is a mental health condition identified as a "mental disorder" in the *Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision*, as amended in the most recently issued edition, *("DSM")* that results in clinically significant distress or impairment of mental, emotional, or behavioral functioning. We do not cover services for conditions that the *DSM* identifies as something other than a "mental disorder." For example, the *DSM* identifies relational problems as something other than a "mental disorder," so we do not cover services (such as couples counseling or family counseling) for relational problems.

"Mental Disorders" include the following conditions:

- Severe Mental Illness of a person of any age

- Serious Emotional Disturbance of a Child Under Age 18

In addition to the Services described in this Mental Health Services section, we also cover other Services that are Medically Necessary to treat Serious Emotional Disturbance of a Child Under Age 18 or Severe Mental

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC# 5*   Effective: 12/1/20-11/30/21
Date: December 22, 2020

68

Page 49

Illness, if the Medical Group authorizes a written referral (as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section).

## Outpatient mental health Services

We cover the following Services when provided by Plan Physicians or other Plan Providers who are licensed health care professionals acting within the scope of their license:

- Individual and group mental health evaluation and treatment

- Psychological testing when necessary to evaluate a Mental Disorder

- Outpatient Services for the purpose of monitoring drug therapy

**Intensive psychiatric treatment programs.** We cover the following intensive psychiatric treatment programs at a Plan Facility:

- Partial hospitalization

- Multidisciplinary treatment in an intensive outpatient program

- Psychiatric observation for an acute psychiatric crisis

## Residential treatment

Inside our Service Area, we cover the following Services when the Services are provided in a licensed residential treatment facility that provides 24-hour individualized mental health treatment, the Services are generally and customarily provided by a mental health residential treatment program in a licensed residential treatment facility, and the Services are above the level of custodial care:

- Individual and group mental health evaluation and treatment

- Medical services

- Medication monitoring

- Room and board

- Social services

- Drugs prescribed by a Plan Provider as part of your plan of care in the residential treatment facility in accord with our drug formulary guidelines if they are administered to you in the facility by medical personnel (for discharge drugs prescribed when you are released from the residential treatment facility, please refer to "Outpatient Prescription Drugs, Supplies, and Supplements" in this "Benefits" section)

- Discharge planning

### Inpatient psychiatric hospitalization

We cover inpatient psychiatric hospitalization in a Plan Hospital. Coverage includes room and board, drugs, and Services of Plan Physicians and other Plan Providers who are licensed health care professionals acting within the scope of their license.

## For the following Services related to "Mental Health Services," refer to these sections

- Outpatient drugs, supplies, and supplements (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Outpatient laboratory (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")

- Telehealth Visits (refer to "Telehealth Visits")

## Office Visits

We cover the following:

- Primary Care Visits and Non-Physician Specialist Visits

- Physician Specialist Visits

- Group appointments

- Acupuncture Services (typically provided only for the treatment of nausea or as part of a comprehensive pain management program for the treatment of chronic pain)

- House calls by a Plan Physician (or a Plan Provider who is a registered nurse) inside our Service Area when care can best be provided in your home as determined by a Plan Physician

## Ostomy and Urological Supplies

We cover ostomy and urological supplies if the following requirements are met:

- A Plan Physician has prescribed ostomy and urological supplies for your medical condition

- The item has been approved for you through the Plan's prior authorization process, as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section

- The Services are provided inside our Service Area

Coverage is limited to the standard item of equipment that adequately meets your medical needs. We decide whether to rent or purchase the equipment, and we select the vendor.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC# 5*   Effective: 12/1/20-11/30/21
Date: December 22, 2020

69

Page 50

**Ostomy and urological supplies exclusion(s)**

- Comfort, convenience, or luxury equipment or features

# Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services

We cover the following Services only when part of care covered under other headings in this "Benefits" section. The Services must be prescribed by a Plan Provider.

- Complex imaging (other than preventive) such as CT scans, MRIs, and PET scans
- Basic imaging Services, such as diagnostic and therapeutic X-rays, mammograms, and ultrasounds
- Nuclear medicine
- Routine retinal photography screenings
- Laboratory tests (including tests to monitor the effectiveness of dialysis and tests for specific genetic disorders for which genetic counseling is available)
- Diagnostic Services provided by Plan Providers who are not physicians (such as EKGs and EEGs)
- Radiation therapy
- Ultraviolet light treatments

**For the following Services related to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services," refer to these sections**

- Outpatient imaging and laboratory Services that are Preventive Services, such as routine mammograms, bone density scans, and laboratory screening tests (refer to "Preventive Services")
- Outpatient procedures that include imaging and diagnostic Services (refer to "Outpatient Surgery and Outpatient Procedures")
- Services related to diagnosis and treatment of infertility, artificial insemination, or assisted reproductive technology ("ART") Services (refer to "Fertility Services")

# Outpatient Prescription Drugs, Supplies, and Supplements

We cover outpatient drugs, supplies, and supplements specified in this "Outpatient Prescription Drugs, Supplies, and Supplements" section, in accord with our drug formulary guidelines, subject to any applicable exclusions or limitations under this *EOC*. We cover

items described in this section when prescribed as follows:

- Items prescribed by Plan Providers, within the scope of their licensure and practice
- Items prescribed by the following Non–Plan Providers:
  - ◆ Dentists if the drug is for dental care
  - ◆ Non–Plan Physicians if the Medical Group authorizes a written referral to the Non–Plan Physician (in accord with "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section) and the drug, supply, or supplement is covered as part of that referral
  - ◆ Non–Plan Physicians if the prescription was obtained as part of covered Emergency Services, Post-Stabilization Care, or Out-of-Area Urgent Care described in the "Emergency Services and Urgent Care" section (if you fill the prescription at a Plan Pharmacy, you may have to pay Charges for the item and file a claim for reimbursement as described under "Payment and Reimbursement" in the "Emergency Services and Urgent Care" section)

**How to obtain covered items**

You must obtain covered items at a Plan Pharmacy or through our mail-order service unless you obtain the item as part of covered Emergency Services, Post-Stabilization Care, or Out-of-Area Urgent Care described in the "Emergency Services and Urgent Care" section.

For the locations of Plan Pharmacies, refer to our Provider Directory or call our Member Service Contact Center.

**Refills.** You may be able to order refills at a Plan Pharmacy, through our mail-order service, or through our website at **kp.org/rxrefill**. A Plan Pharmacy can give you more information about obtaining refills, including the options available to you for obtaining refills. For example, a few Plan Pharmacies don't dispense refills and not all drugs can be mailed through our mail-order service. Please check with a Plan Pharmacy if you have a question about whether your prescription can be mailed or obtained at a Plan Pharmacy. Items available through our mail-order service are subject to change at any time without notice.

**Day supply limit**

The prescribing physician or dentist determines how much of a drug, supply, or supplement to prescribe. For purposes of day supply coverage limits, Plan Physicians determine the amount of an item that constitutes a

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC# 5*   Effective: 12/1/20-11/30/21
Date: December 22, 2020

70

Page 51

Medically Necessary 30- or 100-day supply (or 365-day supply if the item is a hormonal contraceptive) for you. Upon payment of the Cost Share specified in the "Outpatient prescription drugs, supplies, and supplements" section of the "Cost Share Summary," you will receive the supply prescribed up to the day supply limit also specified in this section. The maximum you may receive at one time of a covered item, other than a hormonal contraceptive, is either one 30-day supply in a 30-day period or one 100-day supply in a 100-day period. If you wish to receive more than the covered day supply limit, then you must pay Charges for any prescribed quantities that exceed the day supply limit.

If your plan includes coverage for hormonal contraceptives, the maximum you may receive at one time of contraceptive drugs is a 365-day supply. Refer to the "Cost Share Summary" section of this *EOC* to find out if your plan includes coverage for hormonal contraceptives.

If your plan includes coverage for sexual dysfunction drugs, the maximum you may receive at one time of episodic drugs prescribed for the treatment of sexual dysfunction disorders is 8 doses in any 30-day period or up to 27 doses in any 100-day period. Refer to the "Cost Share Summary" section of this *EOC* to find out if your plan includes coverage for sexual dysfunction drugs.

The pharmacy may reduce the day supply dispensed at the Cost Share specified in the "Outpatient prescription drugs, supplies, and supplements" section of the "Cost Share Summary" to a 30-day supply in any 30-day period if the pharmacy determines that the item is in limited supply in the market or for specific drugs (your Plan Pharmacy can tell you if a drug you take is one of these drugs).

### About the drug formulary

The drug formulary includes a list of drugs that our Pharmacy and Therapeutics Committee has approved for our Members. Our Pharmacy and Therapeutics Committee, which is primarily composed of Plan Physicians, selects drugs for the drug formulary based on a number of factors, including safety and effectiveness as determined from a review of medical literature. The Pharmacy and Therapeutics Committee meets at least quarterly to consider additions and deletions based on new information or drugs that become available. To find out which drugs are on the formulary for your plan, please visit our website at **kp.org/formulary**. If you would like to request a copy of the drug formulary for your plan, please call our Member Service Contact Center. Note: The presence of a drug on the drug formulary does not necessarily mean that it will be prescribed for a particular medical condition.

**Formulary exception process.** Drug formulary guidelines allow you to obtain a non-formulary prescription drug (those not listed on our drug formulary for your condition) if it would otherwise be covered by your plan, as described above, and it is Medically Necessary. If you disagree with a Health Plan determination that a non-formulary prescription drug is not covered, you may file a grievance as described in the "Dispute Resolution" section.

**Continuity drugs.** If this *EOC* is amended to exclude a drug that we have been covering and providing to you under this *EOC*, we will continue to provide the drug if a prescription is required by law and a Plan Physician continues to prescribe the drug for the same condition and for a use approved by the Federal Food and Drug Administration.

### About drug tiers

Drugs on the drug formulary are categorized into one of three tiers, as described in the table below. Your Cost Share for covered items may vary based on the tier. Please refer to "Outpatient prescription drugs, supplies, and supplements" in the "Cost Share Summary" section of this *EOC* for Cost Share for items covered under this section.

| Drug Tier | Description |
|---|---|
| Generic drugs (Tier 1) | Generic drugs, supplies and supplements, and some low-cost brand-name drugs, supplies, and supplements |
| Brand drugs (Tier 2)* | Most brand-name drugs, supplies, and supplements |
| Specialty drugs (Tier 4) | Specialty drugs (see "About specialty drugs") |

*Note: This plan does not have a tier for non-formulary drugs ("Tier 3"). You will pay the same Cost Share for non-formulary drugs as you would for formulary drugs, when approved through the formulary exception process described above (the generic drugs, brand drugs, or specialty drugs Cost Share will apply, as applicable).

**About specialty drugs.** Specialty drugs (Tier 4) are high-cost drugs that are on our specialty drug list. To obtain a list of specialty drugs that are on our formulary, or to find out if a non-formulary drug is on the specialty drugs tier, please call our Member Service Contact Center. If your Plan Physician prescribes more than a 30-day supply for an outpatient drug, you may be able to

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC# 5*   Effective: 12/1/20-11/30/21
Date: December 22, 2020

71

Page 52

obtain more than a 30-day supply at one time, up to the day supply limit for that drug. However, most specialty drugs are limited to a 30-day supply in any 30-day period. Your Plan Pharmacy can tell you if a drug you take is one of these drugs.

## General rules about coverage and your Cost Share

We cover the following outpatient drugs, supplies, and supplements as described in this "Outpatient Prescription Drugs, Supplies, and Supplements" section:

- Drugs for which a prescription is required by law. We also cover certain drugs that do not require a prescription by law if they are listed on our drug formulary

- Disposable needles and syringes needed for injecting covered drugs and supplements

- Inhaler spacers needed to inhale covered drugs

Note:

- If Charges for the drug, supply, or supplement are less than the Copayment, you will pay the lesser amount, subject to any applicable deductible or out-of-pocket maximum

- Items can change tier at any time, in accord with formulary guidelines, which may impact your Cost Share (for example, if a brand-name drug is added to the specialty drug list, you will pay the Cost Share that applies to drugs on the specialty drugs tier (Tier 4), not the Cost Share for drugs on the brand drugs tier (Tier 2))

**Schedule II drugs.** You or the prescribing provider can request that the pharmacy dispense less than the prescribed amount of a covered oral, solid dosage form of a Schedule II drug (your Plan Pharmacy can tell you if a drug you take is one of these drugs). Your Cost Share will be prorated based on the amount of the drug that is dispensed. If the pharmacy does not prorate your Cost Share, we will send you a refund for the difference.

**Mail-order service.** Prescription refills can be mailed within 7 to 10 days at no extra cost for standard U.S. postage. The appropriate Cost Share (according to your drug coverage) will apply and must be charged to a valid credit card.

You may request mail-order service in the following ways:

- To order online, visit **kp.org/rxrefill** (you can register for a secure account at **kp.org/registernow**) or use the KP app from your smartphone or other mobile device

- Call the pharmacy phone number highlighted on your prescription label and select the mail delivery option

- On your next visit to a Kaiser Permanente pharmacy, ask our staff how you can have your prescriptions mailed to you

Note: Not all drugs can be mailed; restrictions and limitations apply.

**Base drugs, supplies, and supplements.** Cost Share for the following items may be different than other drugs, supplies, and supplements. Refer to "Base drugs, supplies, and supplements" in the "Cost Share Summary" section of this *EOC*:

- Certain drugs for the treatment of life-threatening ventricular arrhythmia

- Drugs for the treatment of tuberculosis

- Elemental dietary enteral formula when used as a primary therapy for regional enteritis

- Hematopoietic agents for dialysis

- Hematopoietic agents for the treatment of anemia in chronic renal insufficiency

- Human growth hormone for long-term treatment of pediatric patients with growth failure from lack of adequate endogenous growth hormone secretion

- Immunosuppressants and ganciclovir and ganciclovir prodrugs for the treatment of cytomegalovirus when prescribed in connection with a transplant

- Phosphate binders for dialysis patients for the treatment of hyperphosphatemia in end stage renal disease

## For the following Services related to "Outpatient Prescription Drugs, Supplies, and Supplements," refer to these sections

- Administered contraceptives (refer to "Family Planning Services")

- Diabetes blood-testing equipment and their supplies, and insulin pumps and their supplies (refer to "Durable Medical Equipment ("DME") for Home Use")

- Drugs covered during a covered stay in a Plan Hospital or Skilled Nursing Facility (refer to "Hospital Inpatient Care" and "Skilled Nursing Facility Care")

- Drugs prescribed for pain control and symptom management of the terminal illness for Members who are receiving covered hospice care (refer to "Hospice Care")

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

72

Page 53

- Durable medical equipment used to administer drugs (refer to "Durable Medical Equipment ("DME") for Home Use")

- Outpatient administered drugs that are not contraceptives (refer to "Administered Drugs and Products")

**Outpatient prescription drugs, supplies, and supplements exclusion(s)**

- Any requested packaging (such as dose packaging) other than the dispensing pharmacy's standard packaging

- Compounded products unless the drug is listed on our drug formulary or one of the ingredients requires a prescription by law

- Drugs prescribed to shorten the duration of the common cold

- (Effective January 1, 2021) Prescription drugs for which there is an over-the-counter equivalent (the same active ingredient, strength, and dosage form as the prescription drug). This exclusion does not apply to:

  ◆ insulin

  ◆ over-the-counter drugs covered under "Preventive Services" in this "Benefits" section (this includes tobacco cessation drugs and contraceptive drugs)

  ◆ an entire class of prescription drugs when one drug within that class becomes available over-the-counter

- All drugs, supplies, and supplements for diagnosis and treatment of infertility or related to artificial insemination

- All drugs, supplies, and supplements related to assisted reproductive technology ("ART") Services

## Outpatient Surgery and Outpatient Procedures

We cover the following outpatient care Services:

- Outpatient surgery

- Outpatient procedures (including imaging and diagnostic Services) when provided in an outpatient or ambulatory surgery center or in a hospital operating room, or in any setting where a licensed staff member monitors your vital signs as you regain sensation after receiving drugs to reduce sensation or to minimize discomfort

**For the following Services related to "Outpatient Surgery and Outpatient Procedures," refer to these sections**

- Outpatient procedures (including imaging and diagnostic Services) that do not require a licensed staff member to monitor your vital signs (refer to the section that would otherwise apply for the procedure; for example, for radiology procedures that do not require a licensed staff member to monitor your vital signs, refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")

## Preventive Services

We cover a variety of Preventive Services, including but not limited to the following:

- Services recommended by the United States Preventive Services Task Force with rating of "A" or "B." The complete list of these services can be found at **uspreventiveservicestaskforce.org**

- Immunizations listed on the Recommended Childhood Immunization Schedule/United States, jointly adopted by the American Academy of Pediatrics, the Advisory Committee on Immunization Practices, and the American Academy of Family Physicians

- Preventive services for women recommended by the Health Resources and Services Administration and incorporated into the Affordable Care Act. The complete list of these services can be found at **www.hrsa.gov/womens-guidelines**

The list of Preventive Services recommended by the above organizations is subject to change. These Preventive Services are subject to all coverage requirements described in this "Benefits" section and all provisions in the "Exclusions, Limitations, Coordination of Benefits, and Reductions" section. You may obtain a list of Preventive Services we cover on our website at **kp.org/prevention**. If you have questions about Preventive Services, please call our Member Service Contact Center.

Note: If you receive any other covered Services that are not Preventive Services during or subsequent to a visit that includes Preventive Services on the list, you will pay the applicable Cost Share for those other Services. For example, if laboratory tests or imaging Services ordered during a preventive office visit are not Preventive Services, you will pay the applicable Cost Share for those Services.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC# 5*   Effective: 12/1/20-11/30/21
Date: December 22, 2020

73

Page 54

**For the following Services related to "Preventive Services," refer to these sections**

- Breast pumps and breastfeeding supplies (refer to "Breastfeeding supplies" under "Durable Medical Equipment ("DME") for Home Use")

- Health education programs (refer to "Health Education")

- Outpatient drugs, supplies, and supplements that are Preventive Services (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Women's family planning counseling, consultations, and sterilization Services (refer to "Family Planning Services")

## Prosthetic and Orthotic Devices

**Prosthetic and orthotic devices coverage rules**
We cover the prosthetic and orthotic devices specified in this "Prosthetic and Orthotic Devices" section if all of the following requirements are met:

- The device is in general use, intended for repeated use, and primarily and customarily used for medical purposes

- The device is the standard device that adequately meets your medical needs

- You receive the device from the provider or vendor that we select

- The item has been approved for you through the Plan's prior authorization process, as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section

- The Services are provided inside our Service Area

Coverage includes fitting and adjustment of these devices, their repair or replacement, and Services to determine whether you need a prosthetic or orthotic device. If we cover a replacement device, then you pay the Cost Share that you would pay for obtaining that device.

### Base prosthetic and orthotic devices
If all of the requirements described under "Prosthetic and orthotic coverage rules" in this "Prosthetics and Orthotic Devices" section are met, we cover the items described in this "Base prosthetic and orthotic devices" section.

**Internally implanted devices.** We cover prosthetic and orthotic devices such as pacemakers, intraocular lenses, cochlear implants, osseointegrated hearing devices, and hip joints, if they are implanted during a surgery that we

are covering under another section of this "Benefits" section.

**External devices.** We cover the following external prosthetic and orthotic devices:

- Prosthetic devices and installation accessories to restore a method of speaking following the removal of all or part of the larynx (this coverage does not include electronic voice-producing machines, which are not prosthetic devices)

- After a Medically Necessary mastectomy:

  ♦ prostheses, including custom-made prostheses when Medically Necessary

  ♦ up to three brassieres required to hold a prosthesis in any 12-month period

- Podiatric devices (including footwear) to prevent or treat diabetes-related complications when prescribed by a Plan Physician or by a Plan Provider who is a podiatrist

- Compression burn garments and lymphedema wraps and garments

- Enteral formula for Members who require tube feeding in accord with Medicare guidelines

- Enteral pump and supplies

- Tracheostomy tube and supplies

- Prostheses to replace all or part of an external facial body part that has been removed or impaired as a result of disease, injury, or congenital defect

### Supplemental prosthetic and orthotic devices
If all of the requirements described under "Prosthetic and orthotic coverage rules" in this "Prosthetics and Orthotic Devices" section are met, we cover the following items:

- Prosthetic devices required to replace all or part of an organ or extremity, but only if they also replace the function of the organ or extremity

- Rigid and semi-rigid orthotic devices required to support or correct a defective body part

- Covered special footwear when custom made for foot disfigurement due to disease, injury, or developmental disability

### For the following Services related to "Prosthetic and Orthotic Devices," refer to these sections

- Eyeglasses and contact lenses, including contact lenses to treat aniridia or aphakia (refer to "Vision Services for Adult Members" and "Vision Services for Pediatric Members")

- Hearing aids other than internally implanted devices described in this section (refer to "Hearing Services")

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

74

Page 55

- Injectable implants (refer to "Administered Drugs and Products")

**Prosthetic and orthotic devices exclusion(s)**

- Multifocal intraocular lenses and intraocular lenses to correct astigmatism

- Nonrigid supplies, such as elastic stockings and wigs, except as otherwise described above in this "Prosthetic and Orthotic Devices" section

- Comfort, convenience, or luxury equipment or features

- Repair or replacement of device due to loss, theft, or misuse

- Shoes, shoe inserts, arch supports, or any other footwear, even if custom-made, except footwear described above in this "Prosthetic and Orthotic Devices" section for diabetes-related complications and foot disfigurement

- Prosthetic and orthotic devices not intended for maintaining normal activities of daily living (including devices intended to provide additional support for recreational or sports activities)

## Reconstructive Surgery

We cover the following reconstructive surgery Services:

- Reconstructive surgery to correct or repair abnormal structures of the body caused by congenital defects, developmental abnormalities, trauma, infection, tumors, or disease, if a Plan Physician determines that it is necessary to improve function, or create a normal appearance, to the extent possible

- Following Medically Necessary removal of all or part of a breast, we cover reconstruction of the breast, surgery and reconstruction of the other breast to produce a symmetrical appearance, and treatment of physical complications, including lymphedemas

For covered Services related to reconstructive surgery that you receive, you will pay the Cost Share you would pay if the Services were not related to reconstructive surgery. For example, see "Hospital inpatient care" in the "Cost Share Summary" section of this *EOC* for the Cost Share that applies for hospital inpatient care, and see "Outpatient surgery and outpatient procedures" in the "Cost Share Summary" for the Cost Share that applies for outpatient surgery.

**For the following Services related to "Reconstructive Surgery," refer to these sections**

- Dental and orthodontic Services that are an integral part of reconstructive surgery for cleft palate (refer to "Dental and Orthodontic Services")

- Office visits not described in the "Reconstructive Surgery" section (refer to "Office Visits")

- Outpatient imaging and laboratory (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")

- Outpatient prescription drugs (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Outpatient administered drugs (refer to "Administered Drugs and Products")

- Prosthetics and orthotics (refer to "Prosthetic and Orthotic Devices")

- Telehealth Visits (refer to "Telehealth Visits")

**Reconstructive surgery exclusion(s)**

- Surgery that, in the judgment of a Plan Physician specializing in reconstructive surgery, offers only a minimal improvement in appearance

## Rehabilitative and Habilitative Services

We cover the Services described in this "Rehabilitative and Habilitative Services" section if all of the following requirements are met:

- The Services are to address a health condition

- The Services are to help you keep, learn, or improve skills and functioning for daily living

- You receive the Services at a Plan Facility unless a Plan Physician determines that it is Medically Necessary for you to receive the Services in another location

We cover the following Services:

- Individual outpatient physical, occupational, and speech therapy

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC# 5*   Effective: 12/1/20-11/30/21
Date: December 22, 2020

75

Page 56

- Group outpatient physical, occupational, and speech therapy
- Physical, occupational, and speech therapy provided in an organized, multidisciplinary rehabilitation day-treatment program

**For the following Services related to "Rehabilitative and Habilitative Services," refer to these sections**

- Behavioral health treatment for pervasive developmental disorder or autism (refer to "Behavioral Health Treatment for Pervasive Developmental Disorder or Autism")
- Home health care (refer to "Home Health Care")
- Durable medical equipment (refer to "Durable Medical Equipment ("DME") for Home Use")
- Ostomy and urological supplies (refer to "Ostomy and Urological Supplies")
- Prosthetic and orthotic devices (refer to "Prosthetic and Orthotic Devices")
- Physical, occupational, and speech therapy provided during a covered stay in a Plan Hospital or Skilled Nursing Facility (refer to "Hospital Inpatient Care" and "Skilled Nursing Facility Care")

**Rehabilitative and habilitative Services exclusion(s)**

- Items and services that are not health care items and services (for example, respite care, day care, recreational care, residential treatment, social services, custodial care, or education services of any kind, including vocational training)

## Services in Connection with a Clinical Trial

We cover Services you receive in connection with a clinical trial if all of the following requirements are met:

- We would have covered the Services if they were not related to a clinical trial
- You are eligible to participate in the clinical trial according to the trial protocol with respect to treatment of cancer or other life-threatening condition (a condition from which the likelihood of death is probable unless the course of the condition is interrupted), as determined in one of the following ways:
  - ◆ a Plan Provider makes this determination
  - ◆ you provide us with medical and scientific information establishing this determination

- If any Plan Providers participate in the clinical trial and will accept you as a participant in the clinical trial, you must participate in the clinical trial through a Plan Provider unless the clinical trial is outside the state where you live
- The clinical trial is an Approved Clinical Trial

"Approved Clinical Trial" means a phase I, phase II, phase III, or phase IV clinical trial related to the prevention, detection, or treatment of cancer or other life-threatening condition, and that meets one of the following requirements:

- The study or investigation is conducted under an investigational new drug application reviewed by the U.S. Food and Drug Administration
- The study or investigation is a drug trial that is exempt from having an investigational new drug application
- The study or investigation is approved or funded by at least one of the following:
  - ◆ the National Institutes of Health
  - ◆ the Centers for Disease Control and Prevention
  - ◆ the Agency for Health Care Research and Quality
  - ◆ the Centers for Medicare & Medicaid Services
  - ◆ a cooperative group or center of any of the above entities or of the Department of Defense or the Department of Veterans Affairs
  - ◆ a qualified non-governmental research entity identified in the guidelines issued by the National Institutes of Health for center support grants
  - ◆ the Department of Veterans Affairs or the Department of Defense or the Department of Energy, but only if the study or investigation has been reviewed and approved though a system of peer review that the U.S. Secretary of Health and Human Services determines meets all of the following requirements: (1) It is comparable to the National Institutes of Health system of peer review of studies and investigations and (2) it assures unbiased review of the highest scientific standards by qualified people who have no interest in the outcome of the review

For covered Services related to a clinical trial, you will pay the Cost Share you would pay if the Services were not related to a clinical trial. For example, see "Hospital inpatient care" in the "Cost Share Summary" section of this *EOC* for the Cost Share that applies for hospital inpatient care.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

76

Page 57

**Services in connection with a clinical trial exclusion(s)**

- The investigational Service
- Services that are provided solely to satisfy data collection and analysis needs and are not used in your clinical management

## Skilled Nursing Facility Care

Inside our Service Area, we cover skilled inpatient Services in a Plan Skilled Nursing Facility. The skilled inpatient Services must be customarily provided by a Skilled Nursing Facility, and above the level of custodial or intermediate care.

We cover the following Services:

- Physician and nursing Services
- Room and board
- Drugs prescribed by a Plan Physician as part of your plan of care in the Plan Skilled Nursing Facility in accord with our drug formulary guidelines if they are administered to you in the Plan Skilled Nursing Facility by medical personnel
- Durable medical equipment in accord with our prior authorization procedure if Skilled Nursing Facilities ordinarily furnish the equipment (refer to "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section)
- Imaging and laboratory Services that Skilled Nursing Facilities ordinarily provide
- Medical social services
- Whole blood, red blood cells, plasma, platelets, and their administration
- Medical supplies
- Behavioral health treatment for pervasive developmental disorder or autism
- Physical, occupational, and speech therapy
- Respiratory therapy

**For the following Services related to "Skilled Nursing Facility Care," refer to these sections**

- Outpatient imaging, laboratory, and other diagnostic and treatment Services (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")
- Outpatient physical, occupational, and speech therapy (refer to "Rehabilitative and Habilitative Services")

## Substance Use Disorder Treatment

We cover Services specified in this "Substance Use Disorder Treatment" section only when the Services are for the diagnosis or treatment of Substance Use Disorders. A "Substance Use Disorder" is a condition identified as a "substance use disorder" in the most recently issued edition of the *Diagnostic and Statistical Manual of Mental Disorders ("DSM")*.

**Outpatient substance use disorder treatment**

We cover the following Services for treatment of substance use disorders:

- Day-treatment programs
- Individual and group substance use disorder counseling
- Intensive outpatient programs
- Medical treatment for withdrawal symptoms

**Residential treatment**

Inside our Service Area, we cover the following Services when the Services are provided in a licensed residential treatment facility that provides 24-hour individualized substance use disorder treatment, the Services are generally and customarily provided by a substance use disorder residential treatment program in a licensed residential treatment facility, and the Services are above the level of custodial care:

- Individual and group substance use disorder counseling
- Medical services
- Medication monitoring
- Room and board
- Social services
- Drugs prescribed by a Plan Provider as part of your plan of care in the residential treatment facility in accord with our drug formulary guidelines if they are administered to you in the facility by medical personnel (for discharge drugs prescribed when you are released from the residential treatment facility, please refer to "Outpatient Prescription Drugs, Supplies, and Supplements" in this "Benefits" section)
- Discharge planning

**Inpatient detoxification**

We cover hospitalization in a Plan Hospital only for medical management of withdrawal symptoms, including room and board, Plan Physician Services, drugs, dependency recovery Services, education, and counseling.

**For the following Services related to "Substance Use Disorder Treatment," refer to these sections**

- Outpatient laboratory (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")

- Outpatient self-administered drugs (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Telehealth Visits (refer to "Telehealth Visits")

## Telehealth Visits

Telehealth Visits are intended to make it more convenient for you to receive covered Services, when a Plan Provider determines it is medically appropriate for your medical condition. You may receive covered Services via Telehealth Visits, when available and if the Services would have been covered under this *EOC* if provided in person. You are not required to use Telehealth Visits.

We cover the following types of Telehealth Visits with Primary Care Physicians, Non-Physician Specialists, and Physician Specialists:

- Interactive video visits

- Scheduled telephone visits

## Transplant Services

We cover transplants of organs, tissue, or bone marrow if the Medical Group provides a written referral for care to a transplant facility as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section.

After the referral to a transplant facility, the following applies:

- If either the Medical Group or the referral facility determines that you do not satisfy its respective criteria for a transplant, we will only cover Services you receive before that determination is made

- Health Plan, Plan Hospitals, the Medical Group, and Plan Physicians are not responsible for finding, furnishing, or ensuring the availability of an organ, tissue, or bone marrow donor

- In accord with our guidelines for Services for living transplant donors, we provide certain donation-related Services for a donor, or an individual identified by the Medical Group as a potential donor, whether or not the donor is a Member. These Services must be

directly related to a covered transplant for you, which may include certain Services for harvesting the organ, tissue, or bone marrow and for treatment of complications. Please call our Member Service Contact Center for questions about donor Services

For covered transplant Services that you receive, you will pay the Cost Share you would pay if the Services were not related to a transplant. For example, see "Hospital inpatient care" in the "Cost Share Summary" section of this *EOC* for the Cost Share that applies for hospital inpatient care. We provide or pay for donation-related Services for actual or potential donors (whether or not they are Members) in accord with our guidelines for donor Services at **no charge** (not subject to the Plan Deductible).

**For the following Services related to "Transplant Services," refer to these sections**

- Outpatient imaging and laboratory (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")

- Outpatient prescription drugs (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Outpatient administered drugs (refer to "Administered Drugs and Products")

## Vision Services for Adult Members

We cover the following for Adult Members:

- Routine eye exams with a Plan Optometrist to determine the need for vision correction (including dilation Services when Medically Necessary) and to provide a prescription for eyeglass lenses

- Physician Specialist Visits to diagnose and treat injuries or diseases of the eye

- Non-Physician Specialist Visits to diagnose and treat injuries or diseases of the eye

### Optical Services

We cover the Services described in this "Optical Services" section at Plan Medical Offices or Plan Optical Sales Offices.

We do not cover eyeglasses or contact lenses under this *EOC* (except for special contact lenses described in this "Vision Services for Adult Members" section).

**Special contact lenses.** We cover the following:

- For aniridia (missing iris), we cover up to two Medically Necessary contact lenses per eye (including fitting and dispensing) in any 12-month

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

78

Page 59

period when prescribed by a Plan Physician or Plan Optometrist

- For aphakia (absence of the crystalline lens of the eye), we cover up to six Medically Necessary aphakic contact lenses per eye (including fitting and dispensing) in any 12-month period when prescribed by a Plan Physician or Plan Optometrist

### Low vision devices

Low vision devices (including fitting and dispensing) are not covered under this *EOC*.

### For the following Services related to "Vision Services for Adult Members," refer to these sections

- Routine vision screenings when performed as part of a routine physical exam (refer to "Preventive Services")
- Services related to the eye or vision other than Services covered under this "Vision Services for Adult Members" section, such as outpatient surgery and outpatient prescription drugs, supplies, and supplements (refer to the applicable heading in this "Benefits" section)

### Vision Services for Adult Members exclusion(s)

- Contact lenses, including fitting and dispensing, except as described under this "Vision Services for Adult Members" section
- Eyeglass lenses and frames
- Eye exams for the purpose of obtaining or maintaining contact lenses
- Industrial frames or safety eyeglasses, when required as a condition of employment
- Low vision devices

## Vision Services for Pediatric Members

We cover the following for Pediatric Members:

- Routine eye exams with a Plan Optometrist to determine the need for vision correction (including dilation Services when Medically Necessary) and to provide a prescription for eyeglass lenses
- Physician Specialist Visits to diagnose and treat injuries or diseases of the eye
- Non-Physician Specialist Visits to diagnose and treat injuries or diseases of the eye

### Optical Services

We cover the Services described in this "Optical Services" section at Plan Medical Offices or Plan Optical Sales Offices.

**Special contact lenses.** We cover the following:

- For aniridia (missing iris), we cover up to two Medically Necessary contact lenses per eye (including fitting and dispensing) in any 12-month period when prescribed by a Plan Physician or Plan Optometrist
- For aphakia (absence of the crystalline lens of the eye), we cover up to six Medically Necessary aphakic contact lenses per eye (including fitting and dispensing) in any 12-month period when prescribed by a Plan Physician or Plan Optometrist
- For other contact lenses that will provide a significant improvement in your vision that eyeglass lenses cannot provide, we cover either one pair of contact lenses (including fitting and dispensing) or an initial supply of disposable contact lenses (including fitting and dispensing) in any 12-month period

**Eyeglasses and contact lenses.** If you prefer to wear eyeglasses rather than contact lenses, we cover one complete pair of eyeglasses (frame and Regular Eyeglass Lenses) from our designated value frame collection every 12 months when prescribed by a physician or optometrist and a Plan Provider puts the lenses into an eyeglass frame. We cover a clear balance lens when only one eye needs correction. We cover tinted lenses when Medically Necessary to treat macular degeneration or retinitis pigmentosa.

"Regular Eyeglass Lenses" are lenses that meet all of the following requirements:

- They are clear glass, plastic, or polycarbonate lenses
- At least one of the two lenses has refractive value
- They are standard single vision, lined multifocal, or lenticular

**Eyeglass warranty.** Eyeglasses purchased at a Plan Optical Sales Office may include a replacement warranty for up to one year from the original date of dispensing. Please ask your Plan Optical Sales Office for warranty information.

**Other contact lenses.** If you prefer to wear contact lenses rather than eyeglasses, we cover the following (including fitting and dispensing) when prescribed by a physician or optometrist and obtained at a Plan Medical Office or Plan Optical Sales Office:

- Standard contact lenses: one pair of lenses in any 12-month period; or

- Disposable contact lenses: one 6-month supply for each eye in any 12-month period

### Low vision devices

If a low-vision device will provide a significant improvement in your vision not obtainable with eyeglasses or contact lenses (or with a combination of eyeglasses and contact lenses), we cover one device (including fitting and dispensing) per Accumulation Period.

### For the following Services related to "Vision Services for Pediatric Members," refer to these sections

- Routine vision screenings when performed as part of a routine physical exam (refer to "Preventive Services")

- Services related to the eye or vision other than Services covered under this "Vision Services for Pediatric Members" section, such as outpatient surgery and outpatient prescription drugs, supplies, and supplements (refer to the applicable heading in this "Benefits" section)

### Vision Services for Pediatric Members exclusion(s)

- Antireflective coating

- Except for Regular Eyeglass Lenses described in this "Vision Services for Pediatric Members" section, all other lenses such as progressive and High-Index lenses

- Eyeglass or contact lens adornment, such as engraving, faceting, or jeweling

- Industrial frames or safety eyeglasses, when required as a condition of employment

- Items that do not require a prescription by law (other than eyeglass frames), such as eyeglass holders, eyeglass cases, and repair kits

- Lenses and sunglasses without refractive value, except as described in this "Vision Services for Pediatric Members" section

- Photochromic or polarized lenses

- Replacement of broken or damaged contact lenses, eyeglass lenses, and frames, except as described in

warranty information provided to you at the time of purchase

- Replacement of broken or damaged low vision devices

- Replacement of lost or stolen eyewear

## Exclusions, Limitations, Coordination of Benefits, and Reductions

### Exclusions

The items and services listed in this "Exclusions" section are excluded from coverage. These exclusions apply to all Services that would otherwise be covered under this *EOC* regardless of whether the services are within the scope of a provider's license or certificate. These exclusions or limitations do not apply to Services that are Medically Necessary to treat Serious Emotional Disturbance of a Child Under Age 18 or Severe Mental Illness.

### Certain exams and Services

Physical exams and other Services (1) required for obtaining or maintaining employment or participation in employee programs, (2) required for insurance or licensing, or (3) on court order or required for parole or probation. This exclusion does not apply if a Plan Physician determines that the Services are Medically Necessary.

### Chiropractic Services

Chiropractic Services and the Services of a chiropractor, unless you have coverage for supplemental chiropractic Services as described in an amendment to this *EOC*.

### Cosmetic Services

Services that are intended primarily to change or maintain your appearance (including Cosmetic Surgery, which is defined as surgery that is performed to alter or reshape normal structures of the body in order to improve appearance), except that this exclusion does not apply to any of the following:

- Services covered under "Reconstructive Surgery" in the "Benefits" section

- The following devices covered under "Prosthetic and Orthotic Devices" in the "Benefits" section: testicular implants implanted as part of a covered reconstructive surgery, breast prostheses needed after a mastectomy, and prostheses to replace all or part of an external facial body part

## Custodial care

Assistance with activities of daily living (for example: walking, getting in and out of bed, bathing, dressing, feeding, toileting, and taking medicine).

This exclusion does not apply to assistance with activities of daily living that is provided as part of covered hospice, Skilled Nursing Facility, or inpatient hospital care.

## Dental and orthodontic Services

Dental and orthodontic Services such as X-rays, appliances, implants, Services provided by dentists or orthodontists, dental Services following accidental injury to teeth, and dental Services resulting from medical treatment such as surgery on the jawbone and radiation treatment.

This exclusion does not apply to the following Services:

- Services covered under "Dental and Orthodontic Services" in the "Benefits" section

- Service described under "Injury to Teeth" in the "Benefits" section

- Pediatric dental Services described in a Pediatric Dental Services Amendment to this *EOC*, if any. If your plan has a Pediatric Dental Services Amendment, it will be attached to this *EOC*, and it will be listed in the *EOC's* Table of Contents

## Disposable supplies

Disposable supplies for home use, such as bandages, gauze, tape, antiseptics, dressings, Ace-type bandages, and diapers, underpads, and other incontinence supplies.

This exclusion does not apply to disposable supplies covered under "Durable Medical Equipment ("DME") for Home Use," "Home Health Care," "Hospice Care," "Ostomy and Urological Supplies," and "Outpatient Prescription Drugs, Supplies, and Supplements" in the "Benefits" section.

## Experimental or investigational Services

A Service is experimental or investigational if we, in consultation with the Medical Group, determine that one of the following is true:

- Generally accepted medical standards do not recognize it as safe and effective for treating the condition in question (even if it has been authorized by law for use in testing or other studies on human patients)

- It requires government approval that has not been obtained when the Service is to be provided

This exclusion does not apply to any of the following:

- Experimental or investigational Services when an investigational application has been filed with the federal Food and Drug Administration ("FDA") and the manufacturer or other source makes the Services available to you or Kaiser Permanente through an FDA-authorized procedure, except that we do not cover Services that are customarily provided by research sponsors free of charge to enrollees in a clinical trial or other investigational treatment protocol

- Services covered under "Services in Connection with a Clinical Trial" in the "Benefits" section

Please refer to the "Dispute Resolution" section for information about Independent Medical Review related to denied requests for experimental or investigational Services.

## Hair loss or growth treatment

Items and services for the promotion, prevention, or other treatment of hair loss or hair growth.

## Intermediate care

Care in a licensed intermediate care facility. This exclusion does not apply to Services covered under "Durable Medical Equipment ("DME") for Home Use," "Home Health Care," and "Hospice Care" in the "Benefits" section.

## Items and services that are not health care items and services

For example, we do not cover:

- Teaching manners and etiquette

- Teaching and support services to develop planning skills such as daily activity planning and project or task planning

- Items and services for the purpose of increasing academic knowledge or skills

- Teaching and support services to increase intelligence

- Academic coaching or tutoring for skills such as grammar, math, and time management

- Teaching you how to read, whether or not you have dyslexia

- Educational testing

- Teaching art, dance, horse riding, music, play or swimming, except that this exclusion for "teaching play" does not apply to Services that are part of a behavioral health therapy treatment plan and covered under "Behavioral Health Treatment for Pervasive

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

81

Page 62

Developmental Disorder or Autism" in the "Benefits" section

- Teaching skills for employment or vocational purposes
- Vocational training or teaching vocational skills
- Professional growth courses
- Training for a specific job or employment counseling
- Aquatic therapy and other water therapy, except that this exclusion for aquatic therapy and other water therapy does not apply to therapy Services that are part of a physical therapy treatment plan and covered under "Home Health Care," "Hospice Services," "Hospital Inpatient Care," "Rehabilitative and Habilitative Services," or "Skilled Nursing Facility Care" in the "Benefits" section

### Items and services to correct refractive defects of the eye

Items and services (such as eye surgery or contact lenses to reshape the eye) for the purpose of correcting refractive defects of the eye such as myopia, hyperopia, or astigmatism.

### Massage therapy

Massage therapy, except that this exclusion does not apply to therapy Services that are part of a physical therapy treatment plan and covered under "Home Health Care," "Hospice Services," "Hospital Inpatient Care," "Rehabilitative and Habilitative Services," or "Skilled Nursing Facility Care" in the "Benefits" section.

### Oral nutrition

Outpatient oral nutrition, such as dietary supplements, herbal supplements, weight loss aids, formulas, and food.

This exclusion does not apply to any of the following:

- Amino acid–modified products and elemental dietary enteral formula covered under "Outpatient Prescription Drugs, Supplies, and Supplements" in the "Benefits" section
- Enteral formula covered under "Prosthetic and Orthotic Devices" in the "Benefits" section

### Residential care

Care in a facility where you stay overnight, except that this exclusion does not apply when the overnight stay is part of covered care in a hospital, a Skilled Nursing Facility, inpatient respite care covered in the "Hospice Care" section, or residential treatment program Services covered in the "Substance Use Disorder Treatment" and "Mental Health Services" sections.

### Routine foot care items and services

Routine foot care items and services that are not Medically Necessary.

### Services not approved by the federal Food and Drug Administration

Drugs, supplements, tests, vaccines, devices, radioactive materials, and any other Services that by law require federal Food and Drug Administration ("FDA") approval in order to be sold in the U.S. but are not approved by the FDA. This exclusion applies to Services provided anywhere, even outside the U.S.

This exclusion does not apply to any of the following:

- Services covered under the "Emergency Services and Urgent Care" section that you receive outside the U.S.
- Experimental or investigational Services when an investigational application has been filed with the FDA and the manufacturer or other source makes the Services available to you or Kaiser Permanente through an FDA-authorized procedure, except that we do not cover Services that are customarily provided by research sponsors free of charge to enrollees in a clinical trial or other investigational treatment protocol
- Services covered under "Services in Connection with a Clinical Trial" in the "Benefits" section

Please refer to the "Dispute Resolution" section for information about Independent Medical Review related to denied requests for experimental or investigational Services.

### Services performed by unlicensed people

Services that are performed safely and effectively by people who do not require licenses or certificates by the state to provide health care services and where the Member's condition does not require that the services be provided by a licensed health care provider.

This exclusion does not apply to Services covered under "Behavioral Health Treatment for Pervasive Developmental Disorder or Autism" in the "Benefits" section.

### Services related to a noncovered Service

When a Service is not covered, all Services related to the noncovered Service are excluded, except for Services we would otherwise cover to treat complications of the noncovered Service. For example, if you have a noncovered cosmetic surgery, we would not cover Services you receive in preparation for the surgery or for follow-up care. If you later suffer a life-threatening complication such as a serious infection, this exclusion

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   EOC# 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

82

Page 63

would not apply and we would cover any Services that we would otherwise cover to treat that complication.

## Surrogacy

Services for anyone in connection with a Surrogacy Arrangement, except for otherwise-covered Services provided to a Member who is a surrogate. A "Surrogacy Arrangement" is one in which a woman (the surrogate) agrees to become pregnant and to surrender the baby (or babies) to another person or persons who intend to raise the child (or children), whether or not the woman receives payment for being a surrogate. Please refer to "Surrogacy arrangements" under "Reductions" in this "Exclusions, Limitations, Coordination of Benefits, and Reductions" section for information about your obligations to us in connection with a Surrogacy Arrangement, including your obligations to reimburse us for any Services we cover and to provide information about anyone who may be financially responsible for Services the baby (or babies) receive.

## Travel and lodging expenses

Travel and lodging expenses, except as described in our Travel and Lodging Program Description. The Travel and Lodging Program Description is available online at **kp.org/specialty-care/travel-reimbursements** or by calling our Member Service Contact Center.

## Limitations

We will make a good faith effort to provide or arrange for covered Services within the remaining availability of facilities or personnel in the event of unusual circumstances that delay or render impractical the provision of Services under this *EOC*, such as a major disaster, epidemic, war, riot, civil insurrection, disability of a large share of personnel at a Plan Facility, complete or partial destruction of facilities, and labor dispute. Under these circumstances, if you have an Emergency Medical Condition, call 911 or go to the nearest hospital as described under "Emergency Services" in the "Emergency Services and Urgent Care" section, and we will provide coverage and reimbursement as described in that section.

## Coordination of Benefits

The Services covered under this *EOC* are subject to coordination of benefits rules.

## Coverage other than Medicare coverage

If you have medical or dental coverage under another plan that is subject to coordination of benefits, we will coordinate benefits with the other coverage under the

coordination of benefits rules of the California Department of Managed Health Care. Those rules are incorporated into this *EOC*.

If both the other coverage and we cover the same Service, the other coverage and we will see that up to 100 percent of your covered medical expenses are paid for that Service. The coordination of benefits rules determine which coverage pays first, or is "primary," and which coverage pays second, or is "secondary." The secondary coverage may reduce its payment to take into account payment by the primary coverage. You must give us any information we request to help us coordinate benefits.

If your coverage under this *EOC* is secondary, we may be able to establish a Benefit Reserve Account for you. You may draw on the Benefit Reserve Account during a calendar year to pay for your out-of-pocket expenses for Services that are partially covered by either your other coverage or us during that calendar year. If you are entitled to a Benefit Reserve Account, we will provide you with detailed information about this account.

If you have any questions about coordination of benefits, please call our Member Service Contact Center.

## Medicare coverage

If you have Medicare coverage, we will coordinate benefits with the Medicare coverage under Medicare rules. Medicare rules determine which coverage pays first, or is "primary," and which coverage pays second, or is "secondary." You must give us any information we request to help us coordinate benefits. Please call our Member Service Contact Center to find out which Medicare rules apply to your situation, and how payment will be handled.

## Reductions

### Employer responsibility

For any Services that the law requires an employer to provide, we will not pay the employer, and when we cover any such Services we may recover the value of the Services from the employer.

### Government agency responsibility

For any Services that the law requires be provided only by or received only from a government agency, we will not pay the government agency, and when we cover any such Services we may recover the value of the Services from the government agency.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

83

Page 64

## Injuries or illnesses alleged to be caused by third parties

If you obtain a judgment or settlement from or on behalf of a third party who allegedly caused an injury or illness for which you received covered Services, you must reimburse us to the maximum extent allowed under California Civil Code Section 3040. Note: This "Injuries or illnesses alleged to be caused by third parties" section does not affect your obligation to pay your Cost Share for these Services.

To the extent permitted or required by law, we have the option of becoming subrogated to all claims, causes of action, and other rights you may have against a third party or an insurer, government program, or other source of coverage for monetary damages, compensation, or indemnification on account of the injury or illness allegedly caused by the third party. We will be so subrogated as of the time we mail or deliver a written notice of our exercise of this option to you or your attorney.

To secure our rights, we will have a lien on the proceeds of any judgment or settlement you or we obtain against a third party. The proceeds of any judgment or settlement that you or we obtain shall first be applied to satisfy our lien, regardless of whether the total amount of the proceeds is less than the actual losses and damages you incurred.

Within 30 days after submitting or filing a claim or legal action against a third party, you must send written notice of the claim or legal action to:

> Equian
> Kaiser Permanente - Northern California Region
> Subrogation Mailbox
> P.O. Box 36380
> Louisville, KY 40233
> Fax: 1-502-214-1137

In order for us to determine the existence of any rights we may have and to satisfy those rights, you must complete and send us all consents, releases, authorizations, assignments, and other documents, including lien forms directing your attorney, the third party, and the third party's liability insurer to pay us directly. You may not agree to waive, release, or reduce our rights under this provision without our prior, written consent.

If your estate, parent, guardian, or conservator asserts a claim against a third party based on your injury or illness, your estate, parent, guardian, or conservator and any settlement or judgment recovered by the estate, parent, guardian, or conservator shall be subject to our

liens and other rights to the same extent as if you had asserted the claim against the third party. We may assign our rights to enforce our liens and other rights.

If you have Medicare, Medicare law may apply with respect to Services covered by Medicare.

Some providers have contracted with Kaiser Permanente to provide certain Services to Members at rates that are typically less than the fees that the providers ordinarily charge to the general public ("General Fees"). However, these contracts may allow the providers to recover all or a portion of the difference between the fees paid by Kaiser Permanente and their General Fees by means of a lien claim under California Civil Code Sections 3045.1–3045.6 against a judgment or settlement that you receive from or on behalf of a third party. For Services the provider furnished, our recovery and the provider's recovery together will not exceed the provider's General Fees.

## Surrogacy arrangements

If you enter into a Surrogacy Arrangement and you or any other payee are entitled to receive payments or other compensation under the Surrogacy Arrangement, you must reimburse us for covered Services you receive related to conception, pregnancy, delivery, or postpartum care in connection with that arrangement ("Surrogacy Health Services") to the maximum extent allowed under California Civil Code Section 3040. A "Surrogacy Arrangement" is one in which a woman agrees to become pregnant and to surrender the baby (or babies) to another person or persons who intend to raise the child (or children), whether or not the woman receives payment for being a surrogate. Note: This "Surrogacy arrangements" section does not affect your obligation to pay your Cost Share for these Services. After you surrender a baby to the legal parents, you are not obligated to reimburse us for any Services that the baby receives (the legal parents are financially responsible for any Services that the baby receives).

By accepting Surrogacy Health Services, you automatically assign to us your right to receive payments that are payable to you or any other payee under the Surrogacy Arrangement, regardless of whether those payments are characterized as being for medical expenses. To secure our rights, we will also have a lien on those payments and on any escrow account, trust, or any other account that holds those payments. Those payments (and amounts in any escrow account, trust, or other account that holds those payments) shall first be applied to satisfy our lien. The assignment and our lien will not exceed the total amount of your obligation to us under the preceding paragraph.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   EOC# 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

84

Page 65

Within 30 days after entering into a Surrogacy Arrangement, you must send written notice of the arrangement, including all of the following information:

- Names, addresses, and phone numbers of the other parties to the arrangement

- Names, addresses, and phone numbers of any escrow agent or trustee

- Names, addresses, and phone numbers of the intended parents and any other parties who are financially responsible for Services the baby (or babies) receive, including names, addresses, and phone numbers for any health insurance that will cover Services that the baby (or babies) receive

- A signed copy of any contracts and other documents explaining the arrangement

- Any other information we request in order to satisfy our rights

You must send this information to:

Equian
Kaiser Permanente - Northern California Region
Surrogacy Mailbox
P.O. Box 36380
Louisville, KY 40233
Fax: 1-502-214-1137

You must complete and send us all consents, releases, authorizations, lien forms, and other documents that are reasonably necessary for us to determine the existence of any rights we may have under this "Surrogacy arrangements" section and to satisfy those rights. You may not agree to waive, release, or reduce our rights under this "Surrogacy arrangements" section without our prior, written consent.

If your estate, parent, guardian, or conservator asserts a claim against a third party based on the surrogacy arrangement, your estate, parent, guardian, or conservator and any settlement or judgment recovered by the estate, parent, guardian, or conservator shall be subject to our liens and other rights to the same extent as if you had asserted the claim against the third party. We may assign our rights to enforce our liens and other rights.

If you have questions about your obligations under this provision, please contact our Member Service Contact Center.

### U.S. Department of Veterans Affairs

For any Services for conditions arising from military service that the law requires the Department of Veterans Affairs to provide, we will not pay the Department of Veterans Affairs, and when we cover any such Services we may recover the value of the Services from the Department of Veterans Affairs.

### Workers' compensation or employer's liability benefits

You may be eligible for payments or other benefits, including amounts received as a settlement (collectively referred to as "Financial Benefit"), under workers' compensation or employer's liability law. We will provide covered Services even if it is unclear whether you are entitled to a Financial Benefit, but we may recover the value of any covered Services from the following sources:

- From any source providing a Financial Benefit or from whom a Financial Benefit is due

- From you, to the extent that a Financial Benefit is provided or payable or would have been required to be provided or payable if you had diligently sought to establish your rights to the Financial Benefit under any workers' compensation or employer's liability law

## Post-Service Claims and Appeals

This "Post-Service Claims and Appeals" section explains how to file a claim for payment or reimbursement for Services that you have already received. Please use the procedures in this section in the following situations:

- You have received Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, or emergency ambulance Services from a Non–Plan Provider and you want us to pay for the Services

- You have received Services from a Non–Plan Provider that we did not authorize (other than Emergency Services, Out-of-Area Urgent Care, Post-Stabilization Care, or emergency Ambulance Services) and you want us to pay for the Services

- You want to appeal a denial of an initial claim for payment

Please follow the procedures under "Grievances" in the "Dispute Resolution" section in the following situations:

- You want us to cover Services that you have not yet received

- You want us to continue to cover an ongoing course of covered treatment

- You want to appeal a written denial of a request for Services that require prior authorization (as described under "Medical Group authorization procedure for certain referrals")

## Who May File

The following people may file claims:

- You may file for yourself
- You can ask a friend, relative, attorney, or any other individual to file a claim for you by appointing him or her in writing as your authorized representative
- A parent may file for his or her child under age 18, except that the child must appoint the parent as authorized representative if the child has the legal right to control release of information that is relevant to the claim
- A court-appointed guardian may file for his or her ward, except that the ward must appoint the court-appointed guardian as authorized representative if the ward has the legal right to control release of information that is relevant to the claim
- A court-appointed conservator may file for his or her conservatee
- An agent under a currently effective health care proxy, to the extent provided under state law, may file for his or her principal

Authorized representatives must be appointed in writing using either our authorization form or some other form of written notification. The authorization form is available from the Member Services Department at a Plan Facility, on our website at **kp.org,** or by calling our Member Service Contact Center. Your written authorization must accompany the claim. You must pay the cost of anyone you hire to represent or help you.

## Supporting Documents

You can request payment or reimbursement orally or in writing. Your request for payment or reimbursement, and any related documents that you give us, constitute your claim.

### Claim forms for Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, and emergency ambulance Services

To file a claim in writing for Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, and emergency ambulance Services, please use our claim form. You can obtain a claim form in the following ways:

- By visiting our website at **kp.org**
- In person from any Member Services office at a Plan Facility and from Plan Providers (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

- By calling our Member Service Contact Center at **1-800-464-4000** (TTY users call **711**)

### Claims forms for all other Services

To file a claim in writing for all other Services, you may use our Complaint or Benefit Claim/Request form. You can obtain this form in the following ways:

- By visiting our website at **kp.org**
- In person from any Member Services office at a Plan Facility and from Plan Providers (for addresses, refer to our Provider Directory or call our Member Service Contact Center)
- By calling our Member Service Contact Center at **1-800-464-4000** (TTY users call **711**)

### Other supporting information

When you file a claim, please include any information that clarifies or supports your position. For example, if you have paid for Services, please include any bills and receipts that support your claim. To request that we pay a Non–Plan Provider for Services, include any bills from the Non–Plan Provider. If the Non–Plan Provider states that they will file the claim, you are still responsible for making sure that we receive everything we need to process the request for payment. When appropriate, we will request medical records from Plan Providers on your behalf. If you tell us that you have consulted with a Non–Plan Provider and are unable to provide copies of relevant medical records, we will contact the provider to request a copy of your relevant medical records. We will ask you to provide us a written authorization so that we can request your records.

If you want to review the information that we have collected regarding your claim, you may request, and we will provide without charge, copies of all relevant documents, records, and other information. You also have the right to request any diagnosis and treatment codes and their meanings that are the subject of your claim. To make a request, you should follow the steps in the written notice sent to you about your claim.

## Initial Claims

To request that we pay a provider (or reimburse you) for Services that you have already received, you must file a claim. If you have any questions about the claims process, please call our Member Service Contact Center.

### Submitting a claim for Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, and emergency ambulance Services

If you have received Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, or

emergency ambulance Services from a Non–Plan Provider, then as soon as possible after you received the Services, you must file your claim by mailing a completed claim form and supporting information to the following address:

> Kaiser Permanente
> Claims Administration - NCAL
> P.O. Box 12923
> Oakland, CA 94604-2923

Please call our Member Service Contact Center if you need help filing your claim.

## Submitting a claim for all other Services

If you have received Services from a Non–Plan Provider that we did not authorize (other than Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, or emergency ambulance Services), then as soon as possible after you receive the Services, you must file your claim in one of the following ways:

- By delivering your claim to a Member Services office at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

- By mailing your claim to a Member Services office at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

- By calling our Member Service Contact Center at **1-800-464-4000** (TTY users call **711**)

- By visiting our website at **kp.org**

Please call our Member Service Contact Center if you need help filing your claim.

## After we receive your claim

We will send you an acknowledgment letter within five days after we receive your claim.

After we review your claim, we will respond as follows:

- If we have all the information we need we will send you a written decision within 30 days after we receive your claim. We may extend the time for making a decision for an additional 15 days if circumstances beyond our control delay our decision, if we notify you within 30 days after we receive your claim

- If we need more information, we will ask you for the information before the end of the initial 30-day decision period. We will send our written decision no later than 15 days after the date we receive the additional information. If we do not receive the necessary information within the timeframe specified in our letter, we will make our decision based on the

information we have within 15 days after the end of that timeframe

If we pay any part of your claim, we will subtract applicable Cost Share from any payment we make to you or the Non–Plan Provider. You are not responsible for any amounts beyond your Cost Share for covered Emergency Services. If we deny your claim (if we do not agree to pay for all the Services you requested other than the applicable Cost Share), our letter will explain why we denied your claim and how you can appeal.

If you later receive any bills from the Non–Plan Provider for covered Services (other than bills for your Cost Share), please call our Member Service Contact Center for assistance.

## Appeals

### Claims for Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, or emergency ambulance Services from a Non–Plan Provider

If we did not decide fully in your favor and you want to appeal our decision, you may submit your appeal in one of the following ways:

- By mailing your appeal to the Claims Department at the following address:
  Kaiser Foundation Health Plan, Inc.
  Special Services Unit
  P.O. Box 23280
  Oakland, CA 94623

- By calling our Member Service Contact Center at **1-800-464-4000** (TTY users call **711**)

- By visiting our website at **kp.org**

### Claims for Services from a Non–Plan Provider that we did not authorize (other than Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, or emergency ambulance Services)

If we did not decide fully in your favor and you want to appeal our decision, you may submit your appeal in one of the following ways:

- By visiting our website at **kp.org**

- By mailing your appeal to the Member Services Department at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

- In person from any Member Services office at a Plan Facility and from Plan Providers (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC#* 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

87

Page 68

- By calling our Member Service Contact Center at **1-800-464-4000** (TTY users call **711**)

When you file an appeal, please include any information that clarifies or supports your position. If you want to review the information that we have collected regarding your claim, you may request, and we will provide without charge, copies of all relevant documents, records, and other information. To make a request, you should contact or Member Service Contact Center.

**Additional information regarding a claim for Services from a Non–Plan Provider that we did not authorize (other than Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, or emergency ambulance Services)**
If we initially denied your request, you must file your appeal within 180 days after the date you received our denial letter. You may send us information including comments, documents, and medical records that you believe support your claim. If we asked for additional information and you did not provide it before we made our initial decision about your claim, then you may still send us the additional information so that we may include it as part of our review of your appeal. Please send all additional information to the address or fax mentioned in your denial letter.

Also, you may give testimony in writing or by phone. Please send your written testimony to the address mentioned in our acknowledgment letter, sent to you within five days after we receive your appeal. To arrange to give testimony by phone, you should call the phone number mentioned in our acknowledgment letter.

We will add the information that you provide through testimony or other means to your appeal file and we will review it without regard to whether this information was filed or considered in our initial decision regarding your request for Services. You have the right to request any diagnosis and treatment codes and their meanings that are the subject of your claim.

We will share any additional information that we collect in the course of our review and we will send it to you. If we believe that your request should not be granted, before we issue our final decision letter, we will also share with you any new or additional reasons for that decision. We will send you a letter explaining the additional information and/or reasons. Our letters about additional information and new or additional rationales will tell you how you can respond to the information provided if you choose to do so. If you do not respond before we must issue our final decision letter, that

decision will be based on the information in your appeal file.

We will send you a resolution letter within 30 days after we receive your appeal. If we do not decide in your favor, our letter will explain why and describe your further appeal rights.

## External Review

You must exhaust our internal claims and appeals procedures before you may request external review unless we have failed to comply with the claims and appeals procedures described in this "Post-Service Claims and Appeals" section. For information about external review process, see "Independent Medical Review ("IMR")" in the "Dispute Resolution" section.

## Additional Review

You may have certain additional rights if you remain dissatisfied after you have exhausted our internal claims and appeals procedure, and if applicable, external review:

- If your Group's benefit plan is subject to the Employee Retirement Income Security Act ("ERISA"), you may file a civil action under section 502(a) of ERISA. To understand these rights, you should check with your Group or contact the Employee Benefits Security Administration (part of the U.S. Department of Labor) at **1-866-444-EBSA (1-866-444-3272)**
- If your Group's benefit plan is not subject to ERISA (for example, most state or local government plans and church plans), you may have a right to request review in state court

## Dispute Resolution

We are committed to providing you with quality care and with a timely response to your concerns. You can discuss your concerns with our Member Services representatives at most Plan Facilities, or you can call our Member Service Contact Center.

Information about dispute resolution related to pediatric dental coverage is described under "Pediatric Dental Coverage" in the "Introduction" section of this *EOC*.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

88

Page 69

## Grievances

This "Grievances" section describes our grievance procedure. A grievance is any expression of dissatisfaction expressed by you or your authorized representative through the grievance process. If you want to make a claim for payment or reimbursement for Services that you have already received from a Non–Plan Provider, please follow the procedure in the "Post-Service Claims and Appeals" section.

Here are some examples of reasons you might file a grievance:

- You are not satisfied with the quality of care you received

- You received a written denial of Services that require prior authorization from the Medical Group and you want us to cover the Services

- You received a written denial for a second opinion or we did not respond to your request for a second opinion in an expeditious manner, as appropriate for your condition

- Your treating physician has said that Services are not Medically Necessary and you want us to cover the Services

- You were told that Services are not covered and you believe that the Services should be covered

- You want us to continue to cover an ongoing course of covered treatment

- You are dissatisfied with how long it took to get Services, including getting an appointment, in the waiting room, or in the exam room

- You want to report unsatisfactory behavior by providers or staff, or dissatisfaction with the condition of a facility

- You believe you have faced discrimination from providers, staff, or Health Plan

- We terminated your membership and you disagree with that termination

### Who may file

The following people may file a grievance:

- You may file for yourself

- You can ask a friend, relative, attorney, or any other individual to file a grievance for you by appointing him or her in writing as your authorized representative

- A parent may file for his or her child under age 18, except that the child must appoint the parent as authorized representative if the child has the legal

right to control release of information that is relevant to the grievance

- A court-appointed guardian may file for his or her ward, except that the ward must appoint the court-appointed guardian as authorized representative if the ward has the legal right to control release of information that is relevant to the grievance

- A court-appointed conservator may file for his or her conservatee

- An agent under a currently effective health care proxy, to the extent provided under state law, may file for his or her principal

- Your physician may act as your authorized representative with your verbal consent to request an urgent grievance as described under "Urgent procedure" in this "Grievances" section

Authorized representatives must be appointed in writing using either our authorization form or some other form of written notification. The authorization form is available from the Member Services Department at a Plan Facility, on our website at **kp.org**, or by calling our Member Service Contact Center. Your written authorization must accompany the grievance. You must pay the cost of anyone you hire to represent or help you.

### How to file

You can file a grievance orally or in writing. Your grievance must explain your issue, such as the reasons why you believe a decision was in error or why you are dissatisfied with the Services you received.

To file a grievance online, use the grievance form on our website at **kp.org**.

To file a grievance in writing, please use our Complaint or Benefit Claim/Request form. You can obtain the form in the following ways:

- By visiting our website at **kp.org**

- In person from any Member Services office at a Plan Facility and from Plan Providers (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

- By calling our Member Service Contact Center toll free at **1-800-464-4000** (TTY users call **711**)

You must file your grievance within 180 days following the incident or action that is subject to your dissatisfaction. You may send us information including comments, documents, and medical records that you believe support your grievance.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

89

Page 70

**Standard procedure.** You must file your grievance in one of the following ways:

- By completing a Complaint or Benefit Claim/Request form at a Member Services office at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

- By mailing your grievance to a Member Services office at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

- By calling our Member Service Contact Center toll free at **1-800-464-4000** (TTY users call **711**)

- By completing the grievance form on our website at **kp.org**

Please call our Member Service Contact Center if you need help filing a grievance.

If your grievance involves a request to obtain a non-formulary prescription drug, we will notify you of our decision within 72 hours. If we do not decide in your favor, our letter will explain why and describe your further appeal rights. For information on how to request a review by an independent review organization, see "Independent Review Organization for Non-Formulary Prescription Drug Requests" in this "Dispute Resolution" section.

For all other grievances, we will send you an acknowledgment letter within five days after we receive your grievance. We will send you a resolution letter within 30 days after we receive your grievance. If you are requesting Services, and we do not decide in your favor, our letter will explain why and describe your further appeal rights.

If you want to review the information that we have collected regarding your grievance, you may request, and we will provide without charge, copies of all relevant documents, records, and other information. To make a request, you should contact our Member Service Contact Center.

**Urgent procedure.** If you want us to consider your grievance on an urgent basis, please tell us that when you file your grievance.

You must file your urgent grievance in one of the following ways:

- By calling our Expedited Review Unit toll free at **1-888-987-7247** (TTY users call **711**)

- By mailing a written request to:
  Kaiser Foundation Health Plan, Inc.
  Expedited Review Unit
  P.O. Box 23170
  Oakland, CA 94623-0170

- By faxing a written request to our Expedited Review Unit toll free at **1-888-987-2252**

- By visiting a Member Services office at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

- By completing the grievance form on our website at **kp.org**

We will decide whether your grievance is urgent or non-urgent unless your attending health care provider tells us your grievance is urgent. If we determine that your grievance is not urgent, we will use the procedure described under "Standard procedure" in this "Grievances" section. Generally, a grievance is urgent only if one of the following is true:

- Using the standard procedure could seriously jeopardize your life, health, or ability to regain maximum function

- Using the standard procedure would, in the opinion of a physician with knowledge of your medical condition, subject you to severe pain that cannot be adequately managed without extending your course of covered treatment

- A physician with knowledge of your medical condition determines that your grievance is urgent

If your grievance involves a request to obtain a non-formulary prescription drug and we respond to your request on an urgent basis, we will notify you of our decision within 24 hours of your request. If we do not decide in your favor, our letter will explain why and describe your further appeal rights. For information on how to request a review by an independent review organization, see "Independent Review Organization for Non- Formulary Prescription Drug Requests" in this "Dispute Resolution" section.

For all other grievances that we respond to on an urgent basis, we will give you oral notice of our decision as soon as your clinical condition requires, but not later than 72 hours after we received your grievance. We will send you a written confirmation of our decision within 3 days after we received your grievance.

If we do not decide in your favor, our letter will explain why and describe your further appeal rights.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC#* 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

90

Page 71

Note: If you have an issue that involves an imminent and serious threat to your health (such as severe pain or potential loss of life, limb, or major bodily function), you can contact the California Department of Managed Health Care at any time at **1-888-466-2219** (TDD **1-877-688-9891**) without first filing a grievance with us.

If you want to review the information that we have collected regarding your grievance, you may request, and we will provide without charge, copies of all relevant documents, records, and other information. To make a request, you should contact our Member Service Contact Center.

**Additional information regarding pre-service requests for Medically Necessary Services.** You may give testimony in writing or by phone. Please send your written testimony to the address mentioned in our acknowledgment letter. To arrange to give testimony by phone, you should call the phone number mentioned in our acknowledgment letter.

We will add the information that you provide through testimony or other means to your grievance file and we will consider it in our decision regarding your pre-service request for Medically Necessary Services.

We will share any additional information that we collect in the course of our review and we will send it to you. If we believe that your request should not be granted, before we issue our decision letter, we will also share with you any new or additional reasons for that decision. We will send you a letter explaining the additional information and/or reasons. Our letters about additional information and new or additional rationales will tell you how you can respond to the information provided if you choose to do so. If your grievance is urgent, the information will be provided to you orally and followed in writing. If you do not respond before we must issue our final decision letter, that decision will be based on the information in your grievance file.

**Additional information regarding appeals of written denials for Services that require prior authorization.** You must file your appeal within 180 days after the date you received our denial letter.

You have the right to request any diagnosis and treatment codes and their meanings that are the subject of your appeal.

Also, you may give testimony in writing or by phone. Please send your written testimony to the address mentioned in our acknowledgment letter. To arrange to

give testimony by phone, you should call the phone number mentioned in our acknowledgment letter.

We will add the information that you provide through testimony or other means to your appeal file and we will consider it in our decision regarding your appeal.

We will share any additional information that we collect in the course of our review and we will send it to you. If we believe that your request should not be granted, before we issue our decision letter, we will also share with you any new or additional reasons for that decision. We will send you a letter explaining the additional information and/or reasons. Our letters about additional information and new or additional rationales will tell you how you can respond to the information provided if you choose to do so. If your appeal is urgent, the information will be provided to you orally and followed in writing. If you do not respond before we must issue our final decision letter, that decision will be based on the information in your appeal file.

## **Independent Review Organization for Non-Formulary Prescription Drug Requests**

If you filed a grievance to obtain a non-formulary prescription drug and we did not decide in your favor, you may submit a request for a review of your grievance by an independent review organization ("IRO"). You must submit your request for IRO review within 180 days of the receipt of our decision letter.

You must file your request for IRO review in one of the following ways:

- By calling our Expedited Review Unit toll free at **1-888-987-7247** (TTY users call **711**)

- By mailing a written request to:
  Kaiser Foundation Health Plan, Inc.
  Expedited Review Unit
  P.O. Box 23170
  Oakland, CA 94623-0170

- By faxing a written request to our Expedited Review Unit toll free at **1-888-987-2252**

- By visiting a Member Services office at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

- By completing the grievance form on our website at **kp.org**

For urgent IRO reviews, we will forward to you the independent reviewer's decision within 24 hours. For non-urgent requests, we will forward the independent

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC# 5*   Effective: 12/1/20-11/30/21
Date: December 22, 2020

91

Page 72

reviewer's decision to you within 72 hours. If the independent reviewer does not decide in your favor, you may submit a complaint to the Department of Managed Health Care, as described under "Department of Managed Health Care Complaints" in this "Dispute Resolution" section. You may also submit a request for an Independent Medical Review as described under "Independent Medical Review" in this "Dispute Resolution" section.

## **Department of Managed Health Care Complaints**

The California Department of Managed Health Care is responsible for regulating health care service plans. If you have a grievance against your health plan, you should first telephone your health plan toll free at **1-800-464-4000** (TTY users call **711**) and use your health plan's grievance process before contacting the department. Utilizing this grievance procedure does not prohibit any potential legal rights or remedies that may be available to you. If you need help with a grievance involving an emergency, a grievance that has not been satisfactorily resolved by your health plan, or a grievance that has remained unresolved for more than 30 days, you may call the department for assistance. You may also be eligible for an Independent Medical Review (IMR). If you are eligible for IMR, the IMR process will provide an impartial review of medical decisions made by a health plan related to the medical necessity of a proposed service or treatment, coverage decisions for treatments that are experimental or investigational in nature and payment disputes for emergency or urgent medical services. The department also has a toll-free telephone number (**1-888-466-2219**) and a TDD line (**1-877-688-9891**) for the hearing and speech impaired. The department's Internet website **www.dmhc.ca.gov** has complaint forms, IMR application forms and instructions online.

## **Independent Medical Review ("IMR")**

Except as described in this "Independent Medical Review ("IMR")" section, you must exhaust our internal grievance procedure before you may request independent medical review unless we have failed to comply with the grievance procedure described under "Grievances" in this "Dispute Resolution" section. If you qualify, you or your authorized representative may have your issue reviewed through the IMR process managed by the California Department of Managed Health Care ("DMHC"). The DMHC determines which cases qualify for IMR. This review is at no cost to you. If you decide

not to request an IMR, you may give up the right to pursue some legal actions against us.

You may qualify for IMR if all of the following are true:

- One of these situations applies to you:
  - ♦ you have a recommendation from a provider requesting Medically Necessary Services
  - ♦ you have received Emergency Services, emergency ambulance Services, or Urgent Care from a provider who determined the Services to be Medically Necessary
  - ♦ you have been seen by a Plan Provider for the diagnosis or treatment of your medical condition
- Your request for payment or Services has been denied, modified, or delayed based in whole or in part on a decision that the Services are not Medically Necessary
- You have filed a grievance and we have denied it or we haven't made a decision about your grievance within 30 days (or three days for urgent grievances). The DMHC may waive the requirement that you first file a grievance with us in extraordinary and compelling cases, such as severe pain or potential loss of life, limb, or major bodily function. If we have denied your grievance, you must submit your request for an IMR within six months of the date of our written denial. However, the DMHC may accept your request after six months if they determine that circumstances prevented timely submission

You may also qualify for IMR if the Service you requested has been denied on the basis that it is experimental or investigational as described under "Experimental or investigational denials."

If the DMHC determines that your case is eligible for IMR, it will ask us to send your case to the DMHC's IMR organization. The DMHC will promptly notify you of its decision after it receives the IMR organization's determination. If the decision is in your favor, we will contact you to arrange for the Service or payment.

### Experimental or investigational denials

If we deny a Service because it is experimental or investigational, we will send you our written explanation within three days after we received your request. We will explain why we denied the Service and provide additional dispute resolution options. Also, we will provide information about your right to request Independent Medical Review if we had the following information when we made our decision:

- Your treating physician provided us a written statement that you have a life-threatening or seriously

debilitating condition and that standard therapies have not been effective in improving your condition, or that standard therapies would not be appropriate, or that there is no more beneficial standard therapy we cover than the therapy being requested. "Life-threatening" means diseases or conditions where the likelihood of death is high unless the course of the disease is interrupted, or diseases or conditions with potentially fatal outcomes where the end point of clinical intervention is survival. "Seriously debilitating" means diseases or conditions that cause major irreversible morbidity

- If your treating physician is a Plan Physician, he or she recommended a treatment, drug, device, procedure, or other therapy and certified that the requested therapy is likely to be more beneficial to you than any available standard therapies and included a statement of the evidence relied upon by the Plan Physician in certifying his or her recommendation

- You (or your Non–Plan Physician who is a licensed, and either a board-certified or board-eligible, physician qualified in the area of practice appropriate to treat your condition) requested a therapy that, based on two documents from the medical and scientific evidence, as defined in California Health and Safety Code Section 1370.4(d), is likely to be more beneficial for you than any available standard therapy. The physician's certification included a statement of the evidence relied upon by the physician in certifying his or her recommendation. We do not cover the Services of the Non–Plan Provider

Note: You can request IMR for experimental or investigational denials at any time without first filing a grievance with us.

## Office of Civil Rights Complaints

If you believe that you have been discriminated against by a Plan Provider or by us because of your race, color, national origin, disability, age, sex (including sex stereotyping and gender identity), or religion, you may file a complaint with the Office of Civil Rights in the United States Department of Health and Human Services ("OCR").

You may file your complaint with the OCR within 180 days of when you believe the act of discrimination occurred. However, the OCR may accept your request after six months if they determine that circumstances prevented timely submission. For more information on

the OCR and how to file a complaint with the OCR, go to **hhs.gov/civil-rights**.

## Additional Review

You may have certain additional rights if you remain dissatisfied after you have exhausted our internal claims and appeals procedure, and if applicable, external review:

- If your Group's benefit plan is subject to the Employee Retirement Income Security Act ("ERISA"), you may file a civil action under section 502(a) of ERISA. To understand these rights, you should check with your Group or contact the Employee Benefits Security Administration (part of the U.S. Department of Labor) at **1-866-444-EBSA (1-866-444-3272)**

- If your Group's benefit plan is not subject to ERISA (for example, most state or local government plans and church plans), you may have a right to request review in state court

## Binding Arbitration

For all claims subject to this "Binding Arbitration" section, both Claimants and Respondents give up the right to a jury or court trial and accept the use of binding arbitration. Insofar as this "Binding Arbitration" section applies to claims asserted by Kaiser Permanente Parties, it shall apply retroactively to all unresolved claims that accrued before the effective date of this *EOC*. Such retroactive application shall be binding only on the Kaiser Permanente Parties.

### Scope of arbitration

Any dispute shall be submitted to binding arbitration if all of the following requirements are met:

- The claim arises from or is related to an alleged violation of any duty incident to or arising out of or relating to this *EOC* or a Member Party's relationship to Kaiser Foundation Health Plan, Inc. ("Health Plan"), including any claim for medical or hospital malpractice (a claim that medical services or items were unnecessary or unauthorized or were improperly, negligently, or incompetently rendered), for premises liability, or relating to the coverage for, or delivery of, services or items, irrespective of the legal theories upon which the claim is asserted

- The claim is asserted by one or more Member Parties against one or more Kaiser Permanente Parties or by one or more Kaiser Permanente Parties against one or more Member Parties

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

93

Page 74

- Governing law does not prevent the use of binding arbitration to resolve the claim

Members enrolled under this *EOC* thus give up their right to a court or jury trial, and instead accept the use of binding arbitration except that the following types of claims are not subject to binding arbitration:

- Claims within the jurisdiction of the Small Claims Court
- Claims subject to a Medicare appeal procedure as applicable to Kaiser Permanente Senior Advantage Members
- Claims that cannot be subject to binding arbitration under governing law

As referred to in this "Binding Arbitration" section, "Member Parties" include:

- A Member
- A Member's heir, relative, or personal representative
- Any person claiming that a duty to him or her arises from a Member's relationship to one or more Kaiser Permanente Parties

"Kaiser Permanente Parties" include:

- Kaiser Foundation Health Plan, Inc.
- Kaiser Foundation Hospitals
- KP Cal, LLC
- The Permanente Medical Group, Inc.
- Southern California Permanente Medical Group
- The Permanente Federation, LLC
- The Permanente Company, LLC
- Any Southern California Permanente Medical Group or The Permanente Medical Group physician
- Any individual or organization whose contract with any of the organizations identified above requires arbitration of claims brought by one or more Member Parties
- Any employee or agent of any of the foregoing

"Claimant" refers to a Member Party or a Kaiser Permanente Party who asserts a claim as described above. "Respondent" refers to a Member Party or a Kaiser Permanente Party against whom a claim is asserted.

### Rules of Procedure

Arbitrations shall be conducted according to the *Rules for Kaiser Permanente Member Arbitrations Overseen by the Office of the Independent Administrator* ("Rules

of Procedure") developed by the Office of the Independent Administrator in consultation with Kaiser Permanente and the Arbitration Oversight Board. Copies of the Rules of Procedure may be obtained from our Member Service Contact Center.

### Initiating arbitration

Claimants shall initiate arbitration by serving a Demand for Arbitration. The Demand for Arbitration shall include the basis of the claim against the Respondents; the amount of damages the Claimants seek in the arbitration; the names, addresses, and telephone numbers of the Claimants and their attorney, if any; and the names of all Respondents. Claimants shall include in the Demand for Arbitration all claims against Respondents that are based on the same incident, transaction, or related circumstances.

### Serving Demand for Arbitration

Health Plan, Kaiser Foundation Hospitals, KP Cal, LLC, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, The Permanente Federation, LLC, and The Permanente Company, LLC, shall be served with a Demand for Arbitration by mailing the Demand for Arbitration addressed to that Respondent in care of:

> Kaiser Foundation Health Plan, Inc.
> Legal Department
> 1950 Franklin St., 17th Floor
> Oakland, CA 94612

Service on that Respondent shall be deemed completed when received. All other Respondents, including individuals, must be served as required by the California Code of Civil Procedure for a civil action.

### Filing fee

The Claimants shall pay a single, nonrefundable filing fee of $150 per arbitration payable to "Arbitration Account" regardless of the number of claims asserted in the Demand for Arbitration or the number of Claimants or Respondents named in the Demand for Arbitration.

Any Claimant who claims extreme hardship may request that the Office of the Independent Administrator waive the filing fee and the neutral arbitrator's fees and expenses. A Claimant who seeks such waivers shall complete the Fee Waiver Form and submit it to the Office of the Independent Administrator and simultaneously serve it upon the Respondents. The Fee Waiver Form sets forth the criteria for waiving fees and is available by calling our Member Service Contact Center.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

94

Page 75

## Number of arbitrators

The number of arbitrators may affect the Claimants' responsibility for paying the neutral arbitrator's fees and expenses (see the Rules of Procedure).

If the Demand for Arbitration seeks total damages of $200,000 or less, the dispute shall be heard and determined by one neutral arbitrator, unless the parties otherwise agree in writing after a dispute has arisen and a request for binding arbitration has been submitted that the arbitration shall be heard by two party arbitrators and one neutral arbitrator. The neutral arbitrator shall not have authority to award monetary damages that are greater than $200,000.

If the Demand for Arbitration seeks total damages of more than $200,000, the dispute shall be heard and determined by one neutral arbitrator and two party arbitrators, one jointly appointed by all Claimants and one jointly appointed by all Respondents. Parties who are entitled to select a party arbitrator may agree to waive this right. If all parties agree, these arbitrations will be heard by a single neutral arbitrator.

## Payment of arbitrators' fees and expenses

Health Plan will pay the fees and expenses of the neutral arbitrator under certain conditions as set forth in the Rules of Procedure. In all other arbitrations, the fees and expenses of the neutral arbitrator shall be paid one-half by the Claimants and one-half by the Respondents.

If the parties select party arbitrators, Claimants shall be responsible for paying the fees and expenses of their party arbitrator and Respondents shall be responsible for paying the fees and expenses of their party arbitrator.

## Costs

Except for the aforementioned fees and expenses of the neutral arbitrator, and except as otherwise mandated by laws that apply to arbitrations under this "Binding Arbitration" section, each party shall bear the party's own attorneys' fees, witness fees, and other expenses incurred in prosecuting or defending against a claim regardless of the nature of the claim or outcome of the arbitration.

## General provisions

A claim shall be waived and forever barred if (1) on the date the Demand for Arbitration of the claim is served, the claim, if asserted in a civil action, would be barred as to the Respondent served by the applicable statute of limitations, (2) Claimants fail to pursue the arbitration claim in accord with the Rules of Procedure with reasonable diligence, or (3) the arbitration hearing is not commenced within five years after the earlier of (a) the

date the Demand for Arbitration was served in accord with the procedures prescribed herein, or (b) the date of filing of a civil action based upon the same incident, transaction, or related circumstances involved in the claim. A claim may be dismissed on other grounds by the neutral arbitrator based on a showing of a good cause. If a party fails to attend the arbitration hearing after being given due notice thereof, the neutral arbitrator may proceed to determine the controversy in the party's absence.

The California Medical Injury Compensation Reform Act of 1975 (including any amendments thereto), including sections establishing the right to introduce evidence of any insurance or disability benefit payment to the patient, the limitation on recovery for non-economic losses, and the right to have an award for future damages conformed to periodic payments, shall apply to any claims for professional negligence or any other claims as permitted or required by law.

Arbitrations shall be governed by this "Binding Arbitration" section, Section 2 of the Federal Arbitration Act, and the California Code of Civil Procedure provisions relating to arbitration that are in effect at the time the statute is applied, together with the Rules of Procedure, to the extent not inconsistent with this "Binding Arbitration" section. In accord with the rule that applies under Sections 3 and 4 of the Federal Arbitration Act, the right to arbitration under this "Binding Arbitration" section shall not be denied, stayed, or otherwise impeded because a dispute between a Member Party and a Kaiser Permanente Party involves both arbitrable and nonarbitrable claims or because one or more parties to the arbitration is also a party to a pending court action with a third party that arises out of the same or related transactions and presents a possibility of conflicting rulings or findings.

# Termination of Membership

Your Group is required to inform the Subscriber of the date your membership terminates. Your membership termination date is the first day you are not covered (for example, if your termination date is January 1, 2021, your last minute of coverage was at 11:59 p.m. on December 31, 2020). When a Subscriber's membership ends, the memberships of any Dependents end at the same time. You will be billed as a non-Member for any Services you receive after your membership terminates. Health Plan and Plan Providers have no further liability or responsibility under this *EOC* after your membership terminates, except as provided under "Payments after

Termination" in this "Termination of Membership" section.

Information about termination of pediatric dental coverage is described under "Pediatric Dental Coverage" in the "Introduction" section of this *EOC*.

## Termination Due to Loss of Eligibility

If you no longer meet the eligibility requirements described under "Who Is Eligible" in the "Premiums, Eligibility, and Enrollment" section, your Group will notify you of the date that your membership will end. Your membership termination date is the first day you are not covered. For example, if your termination date is January 1, 2021, your last minute of coverage was at 11:59 p.m. on December 31, 2020.

## Termination of *Agreement*

If your Group's *Agreement* with us terminates for any reason, your membership ends on the same date. Your Group is required to notify Subscribers in writing if its *Agreement* with us terminates.

## Termination for Cause

If you intentionally commit fraud in connection with membership, Health Plan, or a Plan Provider, we may terminate your membership by sending written notice to the Subscriber; termination will be effective 30 days from the date we send the notice. Some examples of fraud include:

- Misrepresenting eligibility information about you or a Dependent

- Presenting an invalid prescription or physician order

- Misusing a Kaiser Permanente ID card (or letting someone else use it)

- Giving us incorrect or incomplete material information. For example, you have entered into a Surrogacy Arrangement and you fail to send us the information we require under "Surrogacy arrangements" under "Reductions" in the "Exclusions, Limitations, Coordination of Benefits, and Reductions" section

- Failing to notify us of changes in family status or Medicare coverage that may affect your eligibility or benefits

If we terminate your membership for cause, you will not be allowed to enroll in Health Plan in the future. We may

also report criminal fraud and other illegal acts to the authorities for prosecution.

## Termination of a Product or all Products

We may terminate a particular product or all products offered in the group market as permitted or required by law. If we discontinue offering a particular product in the group market, we will terminate just the particular product by sending you written notice at least 90 days before the product terminates. If we discontinue offering all products in the group market, we may terminate your Group's *Agreement* by sending you written notice at least 180 days before the *Agreement* terminates.

## Payments after Termination

If we terminate your membership for cause or for nonpayment, we will:

- Refund any amounts we owe your Group for Premiums paid after the termination date

- Pay you any amounts we have determined that we owe you for claims during your membership in accord with the "Emergency Services and Urgent Care" and "Dispute Resolution" sections

We will deduct any amounts you owe Health Plan or Plan Providers from any payment we make to you.

## State Review of Membership Termination

If you believe that we have terminated your membership because of your ill health or your need for care, you may request a review of the termination by the California Department of Managed Health Care (please see "Department of Managed Health Care Complaints" in the "Dispute Resolution" section).

## Continuation of Membership

If your membership under this *EOC* ends, you may be eligible to continue Health Plan membership without a break in coverage. You may be able to continue Group coverage under this *EOC* as described under "Continuation of Group Coverage." Also, you may be able to continue membership under an individual plan as described under "Continuation of Coverage under an Individual Plan." If at any time you become entitled to continuation of Group coverage, please examine your coverage options carefully before declining this

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

96

Page 77

coverage. Individual plan premiums and coverage will be different from the premiums and coverage under your Group plan.

Continuation of Group coverage under this *EOC* also includes continuation of coverage under the attached Delta Dental EOC/DF.

## Continuation of Group Coverage

### COBRA

You may be able to continue your coverage under this *EOC* for a limited time after you would otherwise lose eligibility, if required by the federal Consolidated Omnibus Budget Reconciliation Act ("COBRA"). COBRA applies to most employees (and most of their covered family Dependents) of most employers with 20 or more employees.

If your Group is subject to COBRA and you are eligible for COBRA coverage, in order to enroll you must submit a COBRA election form to your Group within the COBRA election period. Please ask your Group for details about COBRA coverage, such as how to elect coverage, how much you must pay for coverage, when coverage and Premiums may change, and where to send your Premium payments.

If you enroll in COBRA and exhaust the time limit for COBRA coverage, you may be able to continue Group coverage under state law as described under "Cal-COBRA" in this "Continuation of Group Coverage" section.

### Cal-COBRA

If you are eligible for coverage under the California Continuation Benefits Replacement Act ("Cal-COBRA"), you can continue coverage as described in this "Cal-COBRA" section if you apply for coverage in compliance with Cal-COBRA law and pay applicable Premiums.

**Eligibility and effective date of coverage for Cal-COBRA after COBRA.** If your group is subject to COBRA and your COBRA coverage ends, you may be able to continue Group coverage effective the date your COBRA coverage ends if all of the following are true:

- Your effective date of COBRA coverage was on or after January 1, 2003

- You have exhausted the time limit for COBRA coverage and that time limit was 18 or 29 months

- You do not have Medicare

You must request an enrollment application by calling our Member Service Contact Center within 60 days of the date of when your COBRA coverage ends.

**Eligibility and effective date of coverage for Cal-COBRA when your coverage is through a small employer.** If your group is not subject to COBRA, you may be able to continue uninterrupted Group coverage under this *EOC* if all of the following are true:

- Your employer meets the definition of "small employer" in Section 1357.500 or 1357.600 of the California Health and Safety Code

- Your employer employed between 2 to 19 eligible employees on at least 50 percent of its working days during the last calendar year

- You do not have Medicare Part A

- You experience one of the following qualifying events:

  ♦ your coverage is through a Subscriber who dies, divorces, legally separates, or gets Medicare

  ♦ you no longer qualify as a Dependent, under the terms of the "Who Is Eligible" section of this *EOC*

  ♦ you are a Subscriber, or your coverage is through a Subscriber, whose employment terminates (other than for gross misconduct) or whose hours of employment are reduced

You must request an enrollment application by calling our Member Service Contact Center within 60 days of the date of a qualifying event described above.

**Cal-COBRA enrollment and Premiums.** Within 10 days of your request for an enrollment application, we will send you our application, which will include Premium and billing information. You must return your completed application within 63 days of the date of our termination letter or of your membership termination date (whichever date is later).

If we approve your enrollment application, we will send you billing information within 30 days after we receive your application. You must pay Full Premiums within 45 days after the date we issue the bill. The first Premium payment will include coverage from your Cal-COBRA effective date through our current billing cycle. You must send us the Premium payment by the due date on the bill to be enrolled in Cal-COBRA.

After that first payment, your Premium payment for the upcoming coverage month is due on first day of that month. The Premiums will not exceed 110 percent of the applicable Premiums charged to a similarly situated individual under the Group benefit plan except that

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

97

Page 78

Premiums for disabled individuals after 18 months of COBRA coverage will not exceed 150 percent instead of 110 percent. Returned checks or insufficient funds on electronic payments will be subject to a $25 fee.

If you have selected Ancillary Coverage provided under any other program, the Premium for that Ancillary Coverage will be billed together with required Premiums for coverage under this *EOC*. Full Premiums will then also include Premium for Ancillary Coverage. This means if you do not pay the Full Premiums owed by the due date, we may terminate your membership under this *EOC* and any Ancillary Coverage, as described in the "Termination for nonpayment of Cal-COBRA Premiums" section.

**Changes to Cal-COBRA coverage and Premiums.** Your Cal-COBRA coverage is the same as for any similarly situated individual under your Group's *Agreement*, and your Cal-COBRA coverage and Premiums will change at the same time that coverage or Premiums change in your Group's *Agreement*. Your Group's coverage and Premiums will change on the renewal date of its *Agreement* (December 1), and may also change at other times if your Group's *Agreement* is amended. Your monthly invoice will reflect the current Premiums that are due for Cal-COBRA coverage, including any changes. For example, if your Group makes a change that affects Premiums retroactively, the amount we bill you will be adjusted to reflect the retroactive adjustment in Premiums. Your Group can tell you whether this *EOC* is still in effect and give you a current one if this *EOC* has expired or been amended. You can also request one from our Member Service Contact Center.

**Cal-COBRA open enrollment or termination of another health plan.** If you previously elected Cal-COBRA coverage through another health plan available through your Group, you may be eligible to enroll in Kaiser Permanente during your Group's annual open enrollment period, or if your Group terminates its agreement with the health plan you are enrolled in. You will be entitled to Cal-COBRA coverage only for the remainder, if any, of the coverage period prescribed by Cal-COBRA. Please ask your Group for information about health plans available to you either at open enrollment or if your Group terminates a health plan's agreement.

In order for you to switch from another health plan and continue your Cal-COBRA coverage with us, we must receive your enrollment application during your Group's open enrollment period, or within 63 days of receiving the Group's termination notice described under "Group responsibilities." To request an application, please call

our Member Service Contact Center. We will send you our enrollment application and you must return your completed application before open enrollment ends or within 63 days of receiving the termination notice described under "Group responsibilities." If we approve your enrollment application, we will send you billing information within 30 days after we receive your application. You must pay the bill within 45 days after the date we issue the bill. You must send us the Premium payment by the due date on the bill to be enrolled in Cal-COBRA.

**How you may terminate your Cal-COBRA coverage.** You may terminate your Cal-COBRA coverage by sending written notice, signed by the Subscriber, to the address below. Your membership will terminate at 11:59 p.m. on the last day of the month in which we receive your notice. Also, you must include with your notice all amounts payable related to your Cal-COBRA coverage, including Premiums, for the period prior to your termination date.

> Kaiser Foundation Health Plan, Inc.
> California Service Center
> P.O. Box 23127
> San Diego, CA 92193-3127

**Termination for nonpayment of Cal-COBRA Premiums.** If you do not pay Full Premiums by the due date, we may terminate your membership as described in this "Termination for nonpayment of Cal-COBRA Premiums" section. If you intend to terminate your membership, be sure to notify us as described under "How you may terminate your Cal-COBRA coverage" in this "Cal-COBRA" section, as you will be responsible for any Premiums billed to you unless you let us know before the first of the coverage month that you want us to terminate your coverage.

Your Premium payment for the upcoming coverage month is due on the first day of that month. If we do not receive full Premium payment on or before the first day of the coverage month, we will send a notice of nonreceipt of payment (a "Late Notice") to the Subscriber's address of record. This Late Notice will include the following information:

- A statement that we have not received full Premium payment and that we will terminate the memberships of everyone in your Family for nonpayment if we do not receive the required Premiums within 30 days after the date of the Late Notice

- The amount of Premiums that are due

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC# 5*   Effective: 12/1/20-11/30/21
Date: December 22, 2020

98

Page 79

- The specific date and time when the memberships of everyone in your Family will end if we do not receive the Premiums

If we terminate your Cal-COBRA coverage because we did not receive Full Premiums when due, your membership will end at 11:59 p.m. on the 30th day after the date of the Late Notice. Your coverage will continue during this 30-day grace period, but upon termination you will be responsible for paying all past due Premiums, including the Premiums for this grace period.

We will mail a Termination Notice to the Subscriber's address of record if we do not receive full Premium payment within 30 days after the date of the Late Notice. The Termination Notice will include the following information:

- A statement that we have terminated the memberships of everyone in your Family for nonpayment of Premiums

- The specific date and time when the memberships of everyone in your Family ended

- The amount of Premiums that are due

- Information explaining whether or not you can reinstate your memberships

- Your appeal rights

If we terminate your membership, you are still responsible for paying all amounts due.

**Reinstatement of your membership after termination for nonpayment of Cal-COBRA Premiums.** If we terminate your membership for nonpayment of Premiums, we will permit reinstatement of your membership three times during any 12-month period if we receive the amounts owed within 15 days of the date of the Termination Notice. We will not reinstate your membership if you do not obtain reinstatement of your terminated membership within the required 15 days, or if we terminate your membership for nonpayment of Premiums more than three times in a 12-month period.

**Termination of Cal-COBRA coverage.** Cal-COBRA coverage continues only upon payment of applicable monthly Premiums to us at the time we specify, and terminates on the earliest of:

- The date your Group's *Agreement* with us terminates (you may still be eligible for Cal-COBRA through another Group health plan)

- The date you get Medicare

- The date your coverage begins under any other group health plan that does not contain any exclusion or

limitation with respect to any pre-existing condition you may have (or that does contain such an exclusion or limitation, but it has been satisfied)

- The date you become covered, or could have become covered, under COBRA

- Either the date that is 36 months after the date of your original Cal-COBRA qualifying event or the date that is 36 months after the date of your original COBRA effective date (under this or any other plan) if you were enrolled in COBRA before Cal-COBRA

- The date your membership is terminated for nonpayment of Premiums as described under "Termination for nonpayment of Cal-COBRA Premiums" in this "Continuation of Membership" section

Note: If the Social Security Administration determined that you were disabled at any time during the first 60 days of COBRA coverage, you must notify your Group within 60 days of receiving the determination from Social Security. Also, if Social Security issues a final determination that you are no longer disabled in the 35th or 36th month of Group continuation coverage, your Cal-COBRA coverage will end the later of: (1) expiration of 36 months after your original COBRA effective date, or (2) the first day of the first month following 31 days after Social Security issued its final determination. You must notify us within 30 days after you receive Social Security's final determination that you are no longer disabled.

**Group responsibilities.** Your Group is required to give Health Plan written notice within 30 days after a Subscriber is no longer eligible for coverage due to termination of employment or reduction of hours. If your Group prefers that we not offer Cal-COBRA coverage because your Group terminated a Subscriber's employment for gross misconduct, your Group must send written notice within five days after the Subscriber's employment terminates to:

Kaiser Foundation Health Plan
California Service Center
P.O. Box 23059
San Diego, CA 92193-3059

Your Group is required to notify us in writing within 30 days if your Group becomes subject to COBRA under federal law.

If your Group's agreement with a health plan is terminated, your Group is required to provide written notice at least 30 days before the termination date to the persons whose Cal-COBRA coverage is terminating.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   EOC# 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

99

Page 80

This notice must inform Cal-COBRA beneficiaries that they can continue Cal-COBRA coverage by enrolling in any health benefit plan offered by your Group. It must also include information about benefits, premiums, payment instructions, and enrollment forms (including instructions on how to continue Cal-COBRA coverage under the new health plan). Your Group is required to send this information to the person's last known address, as provided by the prior health plan. Health Plan is not obligated to provide this information to qualified beneficiaries if your Group fails to provide the notice. These persons will be entitled to Cal-COBRA coverage only for the remainder, if any, of the coverage period prescribed by Cal-COBRA.

**USERRA**

If you are called to active duty in the uniformed services, you may be able to continue your coverage under this *EOC* for a limited time after you would otherwise lose eligibility, if required by the federal Uniformed Services Employment and Reemployment Rights Act ("USERRA"). You must submit a USERRA election form to your Group within 60 days after your call to active duty. Please contact your Group to find out how to elect USERRA coverage and how much you must pay your Group.

**Coverage for a Disabling Condition**

If you became Totally Disabled while you were a Member under your Group's *Agreement* with us and while the Subscriber was employed by your Group, and your Group's *Agreement* with us terminates and is not renewed, we will cover Services for your totally disabling condition until the earliest of the following events occurs:

- 12 months have elapsed since your Group's *Agreement* with us terminated

- You are no longer Totally Disabled

- Your Group's *Agreement* with us is replaced by another group health plan without limitation as to the disabling condition

Your coverage will be subject to the terms of this *EOC,* including Cost Share, but we will not cover Services for any condition other than your totally disabling condition.

For Subscribers and adult Dependents, "Totally Disabled" means that, in the judgment of a Medical Group physician, an illness or injury is expected to result in death or has lasted or is expected to last for a continuous period of at least 12 months, and makes the person unable to engage in any employment or occupation, even with training, education, and experience.

For Dependent children, "Totally Disabled" means that, in the judgment of a Medical Group physician, an illness or injury is expected to result in death or has lasted or is expected to last for a continuous period of at least 12 months and the illness or injury makes the child unable to substantially engage in any of the normal activities of children in good health of like age.

To request continuation of coverage for your disabling condition, you must call our Member Service Contact Center within 30 days after your Group's *Agreement* with us terminates.

## Continuation of Coverage under an Individual Plan

If you want to remain a Health Plan member when your Group coverage ends, you might be able to enroll in one of our Kaiser Permanente for Individuals and Families plans. The premiums and coverage under our individual plan coverage are different from those under this *EOC*.

If you want your individual plan coverage to be effective when your Group coverage ends, you must submit your application within the special enrollment period for enrolling in an individual plan due to loss of other coverage. Otherwise, you will have to wait until the next annual open enrollment period.

To request an application to enroll directly with us, please go to **kp.org** or call our Member Service Contact Center. For information about plans that are available through Covered California, see "Covered California" below.

**Covered California**

U.S. citizens or legal residents of the U.S. can buy health care coverage from Covered California. This is California's health insurance marketplace ("the Exchange"). You may apply for help to pay for premiums and copayments but only if you buy coverage through Covered California. This financial assistance may be available if you meet certain income guidelines. To learn more about coverage that is available through Covered California, visit **CoveredCA.com** or call Covered California at **1-800-300-1506** (TTY users call **711**).

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC#* 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

100

Page 81

## Miscellaneous Provisions

## Administration of *Agreement*

We may adopt reasonable policies, procedures, and interpretations to promote orderly and efficient administration of your Group's *Agreement,* including this *EOC*.

## Advance Directives

The California Health Care Decision Law offers several ways for you to control the kind of health care you will receive if you become very ill or unconscious, including the following:

- A *Power of Attorney for Health Care* lets you name someone to make health care decisions for you when you cannot speak for yourself. It also lets you write down your own views on life support and other treatments
- *Individual health care instructions* let you express your wishes about receiving life support and other treatment. You can express these wishes to your doctor and have them documented in your medical chart, or you can put them in writing and have that included in your medical chart

To learn more about advance directives, including how to obtain forms and instructions, contact the Member Services Department at a Plan Facility. For more information about advance directives, refer to our website at **kp.org** or call our Member Service Contact Center.

## Amendment of *Agreement*

Your Group's *Agreement* with us will change periodically. If these changes affect this *EOC*, your Group is required to inform you in accord with applicable law and your Group's *Agreement*.

## Applications and Statements

You must complete any applications, forms, or statements that we request in our normal course of business or as specified in this *EOC*.

## Assignment

You may not assign this *EOC* or any of the rights, interests, claims for money due, benefits, or obligations hereunder without our prior written consent.

## Attorney and Advocate Fees and Expenses

In any dispute between a Member and Health Plan, the Medical Group, or Kaiser Foundation Hospitals, each party will bear its own fees and expenses, including attorneys' fees, advocates' fees, and other expenses.

## Claims Review Authority

We are responsible for determining whether you are entitled to benefits under this *EOC* and we have the discretionary authority to review and evaluate claims that arise under this *EOC*. We conduct this evaluation independently by interpreting the provisions of this *EOC*. We may use medical experts to help us review claims. If coverage under this *EOC* is subject to the Employee Retirement Income Security Act ("ERISA") claims procedure regulation (29 CFR 2560.503-1), then we are a "named claims fiduciary" to review claims under this *EOC*.

## *EOC* Binding on Members

By electing coverage or accepting benefits under this *EOC*, all Members legally capable of contracting, and the legal representatives of all Members incapable of contracting, agree to all provisions of this *EOC*.

## ERISA Notices

This "ERISA Notices" section applies only if your Group's health benefit plan is subject to the Employee Retirement Income Security Act ("ERISA"). We provide these notices to assist ERISA-covered groups in complying with ERISA. Coverage for Services described in these notices is subject to all provisions of this *EOC*.

### Newborns' and Mother's Health Protection Act
Group health plans and health insurance issuers generally may not, under Federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case, plans and issuers may not, under Federal law, require that a provider obtain authorization from the plan or the insurance issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours).

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

101

Page 82

## Women's Health and Cancer Rights Act

If you have had or are going to have a mastectomy, you may be entitled to certain benefits under the Women's Health and Cancer Rights Act. For individuals receiving mastectomy-related benefits, coverage will be provided in a manner determined in consultation with the attending physician and the patient, for all stages of reconstruction of the breast on which the mastectomy was performed, surgery and reconstruction of the other breast to produce a symmetrical appearance, prostheses, and treatment of physical complications of the mastectomy, including lymphedemas. These benefits will be provided subject to the same Cost Share applicable to other medical and surgical benefits provided under this plan.

## Governing Law

Except as preempted by federal law, this *EOC* will be governed in accord with California law and any provision that is required to be in this *EOC* by state or federal law shall bind Members and Health Plan whether or not set forth in this *EOC*.

## Group and Members Not Our Agents

Neither your Group nor any Member is the agent or representative of Health Plan.

## No Waiver

Our failure to enforce any provision of this *EOC* will not constitute a waiver of that or any other provision, or impair our right thereafter to require your strict performance of any provision.

## Notices Regarding Your Coverage

Our notices to you will be sent to the most recent address we have for the Subscriber. The Subscriber is responsible for notifying us of any change in address. Subscribers who move should call our Member Service Contact Center as soon as possible to give us their new address. If a Member does not reside with the Subscriber, or needs to have confidential information sent to an address other than the Subscriber's address, he or she should contact our Member Service Contact Center to discuss alternate delivery options.

Note: When we tell your Group about changes to this *EOC* or provide your Group other information that affects you, your Group is required to notify the Subscriber within 30 days (or five days if we terminate your Group's *Agreement*) after receiving the information from us.

## Overpayment Recovery

We may recover any overpayment we make for Services from anyone who receives such an overpayment or from any person or organization obligated to pay for the Services.

## Privacy Practices

Kaiser Permanente will protect the privacy of your protected health information. We also require contracting providers to protect your protected health information. Your protected health information is individually-identifiable information (oral, written, or electronic) about your health, health care services you receive, or payment for your health care. You may generally see and receive copies of your protected health information, correct or update your protected health information, and ask us for an accounting of certain disclosures of your protected health information. You can request delivery of confidential communication to a location other than your usual address or by a means of delivery other than the usual means.

We may use or disclose your protected health information for treatment, health research, payment, and health care operations purposes, such as measuring the quality of Services. We are sometimes required by law to give protected health information to others, such as government agencies or in judicial actions. In addition, protected health information is shared with your Group only with your authorization or as otherwise permitted by law.

We will not use or disclose your protected health information for any other purpose without your (or your representative's) written authorization, except as described in our *Notice of Privacy Practices* (see below). Giving us authorization is at your discretion.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC# 5*   Effective: 12/1/20-11/30/21
Date: December 22, 2020

102

Page 83

This is only a brief summary of some of our key privacy practices. OUR *NOTICE OF PRIVACY PRACTICES*, WHICH PROVIDES ADDITIONAL INFORMATION ABOUT OUR PRIVACY PRACTICES AND YOUR RIGHTS REGARDING YOUR PROTECTED HEALTH INFORMATION, IS AVAILABLE AND WILL BE FURNISHED TO YOU UPON REQUEST. To request a copy, please call our Member Service Contact Center. You can also find the notice at a Plan Facility or on our website at **kp.org**.

## Public Policy Participation

The Kaiser Foundation Health Plan, Inc., Board of Directors establishes public policy for Health Plan. A list of the Board of Directors is available on our website at **kp.org** or from our Member Service Contact Center. If you would like to provide input about Health Plan public policy for consideration by the Board, please send written comments to:

> Kaiser Foundation Health Plan, Inc.
> Office of Board and Corporate Governance Services
> One Kaiser Plaza, 19th Floor
> Oakland, CA 94612

## Helpful Information

## How to Obtain this *EOC* in Other Formats

You can request a copy of this *EOC* in an alternate format (Braille, audio, electronic text file, or large print) by calling our Member Service Contact Center.

## Provider Directory

Please refer to the Provider Directory for your Home Region for the following information:

- A list of Plan Physicians
- The location of Plan Facilities and the types of covered Services that are available from each facility
- Hours of operation
- Appointments and advice phone numbers

This directory is available on our website at **kp.org**. To obtain a printed copy, call our Member Service Contact

Center. The directory is updated periodically. The availability of Plan Physicians and Plan Facilities may change. If you have questions, please call our Member Service Contact Center.

## Online Tools and Resources

Here are some tools and resources available on our website at **kp.org**:

- How to use our Services and make appointments
- Tools you can use to email your doctor's office, view test results, refill prescriptions, and schedule routine appointments
- Health education resources
- Preventive care guidelines
- Member rights and responsibilities

You can also access tools and resources using the KP app on your smartphone or other mobile device.

## How to Reach Us

### Appointments
If you need to make an appointment, please call us or visit our website:

**Call**     The appointment phone number at a Plan Facility (for phone numbers, refer to our Provider Directory or call our Member Service Contact Center)

**Website**  **kp.org** for routine (non-urgent) appointments with your personal Plan Physician or another Primary Care Physician

### Not sure what kind of care you need?
If you need advice on whether to get medical care, or how and when to get care, we have licensed health care professionals available to assist you by phone 24 hours a day, 7 days a week:

**Call**     The appointment or advice phone number at a Plan Facility (for phone numbers, refer to our Provider Directory or call our Member Service Contact Center)

### Member Services
If you have questions or concerns about your coverage, how to obtain Services, or the facilities where you can receive care, you can reach us in the following ways:

**Call**     **1-800-464-4000** (English and more than 150 languages using interpreter services)
             **1-800-788-0616** (Spanish)

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

103

Page 84

**1-800-757-7585** (Chinese dialects)
TTY users call **711**

24 hours a day, seven days a week (except closed holidays)

**Visit**    Member Services Department at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

**Write**    Member Services Department at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

**Website    kp.org**

### Estimates, bills, and statements

For the following concerns, please call us at the number below:

- If you have questions about a bill
- To find out how much you have paid toward your Plan Deductible (if applicable) or Plan Out-of-Pocket Maximum
- To get an estimate of Charges for Services that are subject to the Plan Deductible (if applicable)

**Call**    **1-800-390-3507** (TTY users call **711**)

Monday through Friday 7 a.m. to 7 p.m.

**Website    kp.org/memberestimates**

### Away from home travel line

If you have questions about your coverage when you are away from home:

**Call**    **1-951-268-3900**

24 hours a day, seven days a week (except closed holidays)

**Website    kp.org/travel**

### Authorization for Post-Stabilization Care

To request prior authorization for Post-Stabilization Care as described under "Emergency Services" in the "Emergency Services and Urgent Care" section:

**Call**    **1-800-225-8883** or the notification phone number on your Kaiser Permanente ID card (TTY users call **711**)

24 hours a day, seven days a week

### Help with claim forms for Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, and emergency ambulance Services

If you need a claim form to request payment or reimbursement for Services described in the "Emergency Services and Urgent Care" section or under "Ambulance Services" in the "Benefits" section, or if you need help completing the form, you can reach us by calling or by visiting our website.

**Call**    **1-800-464-4000** (TTY users call **711**)

24 hours a day, seven days a week (except closed holidays)

**Website    kp.org**

### Submitting claims for Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, and emergency ambulance Services

If you need to submit a completed claim form for Services described in the "Emergency Services and Urgent Care" section or under "Ambulance Services" in the "Benefits" section, or if you need to submit other information that we request about your claim, send it to our Claims Department:

**Write**    Kaiser Permanente
Claims Administration - NCAL
P.O. Box 12923
Oakland, CA 94604-2923

### Text telephone access ("TTY")

If you use a text telephone device ("TTY," also known as "TDD") to communicate by phone, you can use the California Relay Service by calling **711**.

### Interpreter services

If you need interpreter services when you call us or when you get covered Services, please let us know. Interpreter services, including sign language, are available during all business hours at no cost to you. For more information on the interpreter services we offer, please call our Member Service Contact Center.

## Payment Responsibility

This "Payment Responsibility" section briefly explains who is responsible for payments related to the health care coverage described in this *EOC*. Payment responsibility is more fully described in other sections of the *EOC* as described below:

- Your Group is responsible for paying Premiums, except that you are responsible for paying Premiums if you have COBRA or Cal-COBRA (refer to "Premiums" in the "Premiums, Eligibility, and

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC# 5*   Effective: 12/1/20-11/30/21
Date: December 22, 2020

104

Page 85

Enrollment" section and "COBRA" and "Cal-COBRA" under "Continuation of Group Coverage" in the "Continuation of Membership" section)

- Your Group may require you to contribute to Premiums (your Group will tell you the amount and how to pay)

- You are responsible for paying your Cost Share for covered Services (refer to the "Cost Share Summary" section)

- If you receive Emergency Services, Post-Stabilization Care, or Out-of-Area Urgent Care from a Non–Plan Provider, or if you receive emergency ambulance Services, you must pay the provider and file a claim for reimbursement unless the provider agrees to bill us (refer to "Payment and Reimbursement" in the "Emergency Services and Urgent Care" section)

- If you receive Services from Non–Plan Providers that we did not authorize (other than Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, or emergency ambulance Services) and you want us to pay for them, you must submit a grievance (refer to "Grievances" in the "Dispute Resolution" section)

- If you have coverage with another plan or with Medicare, we will coordinate benefits with the other coverage (refer to "Coordination of Benefits" in the "Exclusions, Limitations, Coordination of Benefits, and Reductions" section)

- In some situations, you or a third party may be responsible for reimbursing us for covered Services (refer to "Reductions" in the "Exclusions, Limitations, Coordination of Benefits, and Reductions" section)

- You must pay the full price for noncovered Services

## Delta Dental EOC/DF

For information about pediatric dental coverage, please refer to the Delta Dental EOC/DF attached to this *EOC*.

Group ID: 718772   Kaiser Permanente for Small Business Kaiser Permanente Gold 80 HMO 500/30 + Child Dental Alt
Contract: 1   Version: 8   *EOC* # 5   Effective: 12/1/20-11/30/21
Date: December 22, 2020

105

Page 86

# DeltaCare® USA

# DeltaCare USA
# Children's Dental HMO

### This is a pediatric-only dental benefit

*Combined Evidence of Coverage and Disclosure Form* ("EOC")

*Provided by:*

Delta Dental of California
560 Mission Street, Suite 1300
San Francisco, CA 94105

*Administered by:*

Delta Dental Insurance Company
P. O. Box 1803
Alpharetta, GA 30023
800-589-4618
deltadentalins.com

NOTICE: THIS EOC CONSTITUTES ONLY A SUMMARY OF YOUR GROUP DENTAL PROGRAM. AS REQUIRED BY THE CALIFORNIA HEALTH AND SAFETY CODE, THIS IS TO ADVISE YOU THAT THE CONTRACT MUST BE CONSULTED TO DETERMINE THE EXACT TERMS AND CONDITIONS OF COVERAGE. THIS INFORMATION IS NOT A GUARANTEE OF COVERED BENEFITS, SERVICES OR PAYMENTS.

A STATEMENT DESCRIBING DELTA DENTAL'S POLICIES AND PROCEDURES FOR PRESERVING THE CONFIDENTIALITY OF MEDICAL RECORDS IS AVAILABLE AND WILL BE FURNISHED TO YOU UPON REQUEST.

# TABLE OF CONTENTS

INTRODUCTION ............................................................................................................... 1

DEFINITIONS .................................................................................................................... 2

ELIGIBILITY AND ENROLLMENT............................................................................ 4

OVERVIEW OF DENTAL BENEFITS...................................................................... 4

HOW TO USE THE DELTACARE USA PLAN/CHOICE OF CONTRACT DENTIST ................................. 6

ENROLLEE COMPLAINT PROCEDURE................................................................ 9

GENERAL PROVISIONS .............................................................................................. 11

ATTACHMENTS:

  SCHEDULE A – DESCRIPTION OF BENEFITS AND COPAYMENTS FOR PEDIATRIC ENROLLEES

  SCHEDULE B – LIMITATIONS AND EXCLUSIONS OF BENEFITS FOR PEDIATRIC ENROLLEES

  SCHEDULE C – INFORMATION CONCERNING BENEFITS UNDER THE DELTACARE USA PLAN

# INTRODUCTION

We are pleased to welcome you to the DeltaCare USA Plan ("Plan"). The Contractholder (see "Definitions" section) has selected Delta Dental of California ("Delta Dental") to meet your dental insurance needs. This Plan is underwritten by Delta Dental and administered by Delta Dental Insurance Company.

IMPORTANT NOTE: This Plan is being offered in conjunction with a medical plan underwritten by Kaiser Foundation Health Plan, Inc. ("Kaiser" or "MPI"). A description of your medical plan benefits is attached to this EOC. If you have questions regarding your medical plan coverage, please contact Kaiser at 800-464-4000 (TTY users call 711).

Our goal is to provide you with the highest quality dental care and to help you maintain good dental health. We encourage you not to wait until you have a problem to see the Dentist but to see one on a regular basis.

Eligibility for coverage under this Plan is determined by Kaiser. Delta Dental provides dental Benefits as defined in the following section of this EOC:

- ▪ ***Eligibility Requirements for Pediatric Benefits*** ("Essential Health Benefits")


## Using This EOC

This EOC, including Attachments, discloses the terms and conditions of your coverage and is designed to help you make the most of your dental plan. It will help you understand how this Plan works and how to obtain dental care.

Please read this EOC completely and carefully. Keep in mind that "you" and "your" mean the individuals who are covered. "We," "us" and "our" always refer to Delta Dental or the Administrator. In addition, please read the "Definitions*"* section as it will explain any words with special or technical meanings. Persons with Special Health Care Needs should read the section entitled "Special Health Care Needs."

This EOC is *not* a Summary Plan Description that meets the requirements of the Employee Retirement Income Security Act of 1974 ("ERISA").

## Identification Number

The Enrollee should provide their identification ("ID") number to their assigned Contract Dentist whenever dental services are received. ID cards are not required but may be obtained by visiting Delta Dental's website at deltadentalins.com.

Contract - The Benefit explanations contained in this EOC are subject to all provisions of the Contract on file with the Contractholder and do not modify the terms and conditions of the Contract in any way. A copy of the Contract will be furnished to you upon request. Any direct conflict between the Contract and this EOC will be resolved according to the terms which are most favorable to you.

Contact Us - For more information, please visit Delta Dental's website at deltadentalins.com or call Delta Dental's Customer Care at 800-589-4618. If you prefer to write with your question(s), please mail your inquiry to the following address:

DeltaCare USA Customer Care
P.O. Box 1803
Alpharetta, GA 30023

*Michael G. Hankinson*

Michael G. Hankinson, Esq.
Executive Vice President, Chief Legal Officer

# DEFINITIONS

The following are definitions of words that have special or technical meanings under this EOC.

**Accumulation Period:** a period of time of at least 12 consecutive months for purposes of accumulating amounts toward your Out-of-Pocket Maximum. Your Accumulation Period may be a calendar year, a contract year or some other period determined by the Contractholder. Your Accumulation Period is specified in your MPI *Evidence of Coverage.*

**Administrator:** Delta Dental Insurance Company or other entity designated by Delta Dental, operating as an Administrator in the state of California. Certain functions described throughout this EOC may be performed by the Administrator as designated by Delta Dental. The mailing address for the Administrator is: P.O. Box 1803, Alpharetta, GA 30023. The Administrator will answer calls directed to 800-589-4618.

**Authorization:** the process by which Delta Dental determines if a procedure or treatment is a referable Benefit under this Plan.

**Benefits**: covered pediatric dental services provided under the terms of the Contract and as described in this EOC.

**Contract:** the agreement between Delta Dental and the Contractholder, including any Attachments, pursuant to which Delta Dental has issued this EOC.

**Contract Dentist:** a DeltaCare USA Dentist who provides services in general dentistry and who has agreed to provide Benefits to Enrollees under this Plan.

**Contract Orthodontist:** a DeltaCare USA Dentist who specializes in orthodontics and who has agreed to provide Benefits to Enrollees under this Plan which covers medically necessary orthodontics.

**Contract Specialist:** a DeltaCare USA Dentist who provides Specialist Services and who has agreed to provide Benefits to Enrollees under this Plan.

**Contract Term:** the period during which the Contract is in effect.

**Contractholder:** an employer that has contracted for Benefits to Enrollees under this Plan.

**Copayment:** the amount listed in the Schedules attached to this EOC charged to an Enrollee by a Contract Dentist, Contract Orthodontist or Contract Specialist for Benefits provided to Enrollees under this Plan. Copayments must be paid at the time treatment is received.

**Delta Dental Service Area:** all geographic areas in the state of California in which Delta Dental is licensed as a specialized health care service plan.

**Dentist:** a duly licensed Dentist legally entitled to practice dentistry at the time and in the state or jurisdiction in which services are performed.

**Department of Managed Health Care:** a department of the California Health and Human Services Agency which has charge of regulating specialized health care service plans. Also referred to as the "Department" or "DMHC."

**Effective Date:** the original date the Packaged Offering starts. This date is given in the MPI *Evidence of Coverage.*

**Eligible Pediatric Individual:** a person who is eligible to enroll for pediatric dental Benefits as described in this EOC and the MPI *Evidence of Coverage.* Eligible Pediatric Individuals are children from birth through the end of the contract year in which the child turns 19 who meet the eligibility requirements in the MPI *Evidence of Coverage.*

**Emergency Dental Condition:** dental symptoms and/or pain that are so severe that a reasonable person would believe that, without immediate attention by a Dentist, it could reasonably be expected to result in any of the following:

- placing the patient's health in serious jeopardy,

- serious impairment to bodily functions,

- serious dysfunction of any bodily organ or part, or

- death

**Emergency Dental Service:** a dental screening, examination and evaluation by a Dentist or, to the extent permitted by applicable law, by other appropriate licensed persons under the supervision of a Dentist, to determine if an Emergency Dental Condition exists and, if it does, the care, treatment and surgery, if within the scope of that person's license, necessary to relieve or eliminate the Emergency Dental Condition, within the capability of the facility.

**Employee:** an individual employed by the Contractholder who has opted to enroll Eligible Pediatric Individuals as described in this EOC and the MPI *Evidence of Coverage.*

**Enrollee:** an Eligible Pediatric Individual ("Pediatric Enrollee") enrolled to receive Benefits under this Plan.

**Enrollee Effective Date:** the date the MPI reports coverage will begin for each Enrollee under this Plan.

**Essential Health Benefits ("Pediatric Benefits"):** for the purposes of this EOC, Essential Health Benefits are certain pediatric oral services that are required to be included under the Affordable Care Act. The services considered to be Essential Health Benefits are determined by state and federal agencies and are available for Eligible Pediatric Individuals.

**Medical Plan Issuer ("MPI"):** entity providing the medical plan that is issued and delivered to the Contractholder with this Plan as a Packaged Offering. For purposes of this EOC, the MPI is Kaiser Foundation Health Plan, Inc.

**Open Enrollment Period:** the period of the year that the MPI has established when Employees may change coverage selections for the next Contract Term.

**Optional:** any alternative procedure presented by the Contract Dentist that satisfies the same dental need as a covered procedure but is chosen by the Enrollee and is subject to the limitations and exclusions described in the Schedules attached to this EOC.

**Out-of-Network:** treatment by a Dentist who has not signed an agreement with Delta Dental to provide Benefits to Enrollees under the terms of the Contract.

**Out-of-Pocket Maximum:** the maximum amount that a Pediatric Enrollee must satisfy for Benefits during the Accumulation Period. Refer to *Schedule A* attached to this EOC for details.

**Packaged Offering:** the combination of a separate medical plan provided by the MPI and this Plan provided by Delta Dental.

**Pediatric Benefits:** See definition of **Essential Health Benefits** above.

**Procedure Code:** the Current Dental Terminology® ("CDT") number assigned to a Single Procedure by the American Dental Association.

**Single Procedure:** a dental procedure that is assigned a separate Procedure Code.

**Special Health Care Need:** a physical or mental impairment, limitation or condition that substantially interferes with an Enrollee's ability to obtain Benefits. Examples of such a Special Health Care Need are: 1) the Enrollee's inability to obtain access to their Contract Dentist facility because of a physical disability, and 2) the Enrollee's inability to comply with their Contract Dentist's instructions during examination or treatment because of physical disability or mental incapacity.

**Specialist Services:** services performed by a Contract Dentist who specializes in the practice of oral surgery, endodontics, periodontics, orthodontics (if medically necessary) or pediatric dentistry. Specialist Services must be authorized by Delta Dental.

**Spouse:** a person related to or a domestic partner of the Employee:

- as defined and as may be required to be treated as a Spouse by the laws of the state where the Contract is issued and delivered; or

- as defined and as may be required to be treated as a Spouse by the laws of the state where the Employee resides; or

- as may be recognized by the Contractholder.

**Treatment in Progress:** any Single Procedure as defined by the CDT Code that has been started while the Enrollee was eligible to receive Benefits and for which multiple appointments are necessary to complete the Single Procedure(s), whether or not the Enrollee continues to be eligible for Benefits under

this Plan. Examples include: 1) teeth that have been prepared for crowns, 2) root canals where a working length has been established, 3) full or partial dentures for which an impression has been taken and 4) orthodontics when bands have been placed and tooth movement has begun.

**Urgent Dental Services:** medically necessary services for a condition that requires prompt dental attention but is not an Emergency Dental Condition.

**We, Us and Our:** Delta Dental or the Administrator, as appropriate.

## ELIGIBILITY AND ENROLLMENT

The MPI is responsible for establishing eligibility and reporting enrollment to us. The MPI is also responsible for administering any required continuation under the Uniformed Services Employment and Reemployment Rights Act of 1994 ("USERRA"), the Family & Medical Leave Act of 1993, the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA") and continuation of coverage under the California Continuation Benefits Replacement Act of 1997 ("Cal-COBRA"). We process enrollment as reported by the MPI.

This EOC includes Pediatric Benefits.

### Eligibility Requirement for Pediatric Benefits

Enrollees eligible for Pediatric Benefits are:

- an Employee; and/or
- an Employee's Spouse and dependent children who meet the eligibility requirements as described in the MPI *Evidence of Coverage.*

### Enrollment

You may be required to contribute towards the cost of coverage for Pediatric Enrollees. The MPI is responsible for establishing an Enrollee's Effective Date for enrollment.

Enrollees in the medical plan provided by the MPI are required to enroll under this Plan. Enrollment under this Plan for coverage begins on the date enrollment under the medical plan begins and terminates on the date that enrollment under the medical plan terminates.

### Termination of Coverage

An Enrollee's coverage will be terminated by Delta Dental:

- on the date reported by the MPI;
- if MPI terminates this Packaged Offering; or
- if the Enrollee is no longer eligible through the MPI.

Please refer to your MPI *Evidence of Coverage* for further information regarding renewal and termination of this Plan.

We will not pay for services received after the Enrollee's coverage ends. However, for Treatment in Progress, we will continue to provide Benefits, less any applicable Copayment(s).

An Enrollee and/or Contractholder who believes that coverage has been, or will be, improperly cancelled, rescinded or not renewed may request a review by the Director of the DMHC in accordance with Section 1365(b) of the California Health and Safety Code.

## OVERVIEW OF DENTAL BENEFITS

This section provides information that will give you a better understanding of how this Plan works and how to make it work best for you.

### What is the DeltaCare USA Plan?

The DeltaCare USA Plan provides Pediatric Benefits through a convenient network of Contract Dentists in the state of California. These Contract Dentists are screened to ensure that our standards of quality, access and safety are maintained. The DeltaCare USA network is comprised of established dental professionals. When you visit your assigned Contract Dentist, you pay only the applicable Copayment(s)

for Benefits. There are no deductibles, lifetime maximums or claim forms.

## Benefits, Limitations and Exclusions

This Plan provides the Benefits described in the Schedules that are a part of this EOC. Except for Emergency Dental Services, Urgent Dental Services, and authorized Specialist Services, Benefits are only available in the state of California. Covered dental services are performed as deemed appropriate by your assigned Contract Dentist.

## Copayments and Other Charges

You are required to pay any Copayments listed in the Schedules attached to this EOC. Copayments are paid directly to the Dentist who provides treatment. Charges for broken appointments (unless notice is received by the Contract Dentist at least 24 hours in advance or an Emergency Dental Condition prevented such notice) and charges for visits after normal visiting hours are listed in the Schedules attached to this EOC.

In the event that we fail to pay a Contract Dentist, you will not be liable to that Dentist for any sums owed by us. By statute, the DeltaCare USA dentist contract contains a provision prohibiting a Contract Dentist from charging an Enrollee for any sums owed by Delta Dental. Except for the provisions in the "Emergency Dental Services" section, if you have not obtained prior Authorization for treatment from an Out-of-Network Dentist and we fail to pay that Out-of-Network Dentist, you may be liable to that Dentist for the cost of services. For further clarification, see the "Emergency Dental Services," "Urgent Dental Services" and "Specialist Services" provisions in this EOC.

## Non-Covered Services

IMPORTANT: If you opt to receive dental services that are not covered services under this Plan, a Contract Dentist may charge you their usual and customary rate for those services. Prior to providing a patient with dental services that are not a covered Benefit, the Dentist should provide to the patient a treatment plan that includes each anticipated service to be provided and the estimated cost of each service. If you would like more information about your dental coverage options, you may call Delta Dental's Customer Care at 800-589-4618. To fully understand your coverage, you may wish to carefully review this EOC.

## Coordination of Benefits

We coordinate the Benefits under this EOC with your benefits under any other group or pre-paid plan or insurance policy designed to fully integrate with other plans. If this plan is the "primary" plan, we will not reduce Benefits, but if this plan is the "secondary" plan, we determine Benefits after those of the primary plan and will pay the lesser of the amount that we would pay in the absence of any other dental benefit coverage or the Enrollee's total out-of-pocket cost under the primary plan for Benefits covered under this EOC.

## How do we determine which Plan is the "primary" plan?

(1) The plan covering the Enrollee as an employee is primary over a plan covering the Enrollee as a dependent.

(2) The plan covering the Enrollee as an employee is primary over a plan covering the insured person as a dependent. However, if the insured person is also a Medicare beneficiary, and as a result of the rule established by Title XVIII of the Social Security Act and implementing regulations, Medicare is secondary to the plan covering the insured person as a dependent; and primary to the plan covering the insured person as other than a dependent (e.g. a retired employee), then the benefits of the plan covering the insured person as a dependent are determined before those of the plan covering that insured person as other than a dependent.

(3) Except as stated in paragraph (4), when this plan and another plan cover the same child as a dependent of different persons, called parents:

    a) the benefits of the plan of the parent whose birthday falls earlier in a year are determined before those of the plan of the parent whose birthday falls later in that year; but

    b) if both parents have the same birthday, the benefits of the plan covering one parent longer are determined before those of the plan covering the other parent for a shorter period of time.

c) However, if the other plan does not have the birthday rule described above, but instead has a rule based on the gender of the parent, and if, as a result, the plans do not agree on the order of benefits, the rule in the other plan determines the order of benefits.

(4) In the case of a dependent child of legally separated or divorced parents, the plan covering the Enrollee as a dependent of the parent with legal custody or as a dependent of the custodial parent's Spouse (i.e. step- parent) will be primary over the plan covering the Enrollee as a dependent of the parent without legal custody. If there is a court decree establishing financial responsibility for the health care expenses with respect to the child, the benefits of a plan covering the child as a dependent of the parent with such financial responsibility will be determined before the benefits of any other policy covering the child as a dependent child.

(5) If the specific terms of a court decree state that the parents will share joint custody without stating that one of the parents is responsible for the health care expenses of the child, the plans covering the child will follow the order of benefit determination rules outlined in paragraph (3).

(6) The benefits of a plan covering an insured person as an employee who is neither laid-off nor retired are determined before those of a plan covering that insured person as a laid-off or retired employee. The same would hold true if an insured person is a dependent of a person covered as a retiree or an employee. If the other plan does not have this rule, and if, as a result, the plans do not agree on the order of benefits, this rule (6) is ignored.

(7) If an insured person whose coverage is provided under a right of continuation pursuant to federal or state law also is covered under another plan, the following will be the order of benefit determination

a) First, the benefits of a plan covering the insured person as an employee (or as that insured person's dependent).

b) Second, the benefits under the continuation coverage.

c) If the other plan does not have the rule described above, and if, as a result, the plans do not agree on the order of benefits, this rule (7) is ignored.

(8) If none of the above rules determines the order of benefits, the benefits of the plan covering an employee longer are determined before those of the plan covering that insured person for the shorter term.

(9) When determination cannot be made in accordance with the above for Pediatric Benefits, the benefits of a plan that is a medical plan covering dental as a benefit shall be primary to a dental only plan.

## HOW TO USE THE DELTACARE USA PLAN/CHOICE OF CONTRACT DENTIST

**PLEASE READ THE FOLLOWING INFORMATION SO THAT YOU WILL KNOW HOW TO OBTAIN DENTAL SERVICES. YOU MUST OBTAIN DENTAL BENEFITS FROM (OR BE REFERRED FOR SPECIALIST SERVICES BY) YOUR ASSIGNED CONTRACT DENTIST.**

Delta Dental will provide Enrollees with Contract Dentists at convenient locations during the term of the Contract. Upon enrollment, Delta Dental will assign the Enrollee to a Contract Dentist facility. The Employee may request changes to their assigned Contract Dentist facility by contacting our Customer Care at 800-589-4618. A list of Contract Dentists is available to all Enrollees at deltadentalins.com. The change must be requested prior to the 15th of the month to become effective on the first day of the following month.

We will provide you written notice of assignment to another Contract Dentist facility near the Enrollee's home if: 1) a requested facility is closed to further enrollment; 2) a chosen Contract Dentist facility withdraws from this Plan or 3) an assigned facility requests, for good cause, that the Enrollee be re-assigned to another Contract Dentist facility.

All Treatment in Progress must be completed before you change to another Contract Dentist facility.

Examples include: 1) teeth that have been prepared for crowns, 2) root canals where a working length has been established, 3) full or partial dentures for which an impression has been taken and 4) orthodontics when bands have been placed and tooth movement has begun.

All covered services must be performed at the Enrollee's assigned Contract Dentist facility. With the

exception of Emergency Dental Services, Urgent Dental Services, and authorized Specialist Services, this Plan does not pay for services performed or directed by Out-of-Network Dentists. All authorized Specialist Services claims will be paid by Delta Dental, less any applicable Copayment(s). A Contract Dentist may provide services either personally, or through associated Dentists, or the other technicians or hygienists who may lawfully perform the services. If an Enrollee is assigned to a dental school clinic for Specialist Services, those services may be provided by a Dentist, a dental student, a clinician or a dental instructor.

If your assigned Contract Dentist facility terminates participation in this Plan, that Contract Dentist facility will complete all Treatment in Progress, as described above. If, for any reason, your Contract Dentist is unable to complete treatment, Delta Dental will make reasonable and appropriate provisions for the completion of such treatment by another Contract Dentist.

Delta Dental will give you reasonable advance written notice if you will be materially or adversely affected by the termination, breach of contract, or inability of a Contract Dentist to perform services.

## Continuity of Care

If you are a current Enrollee, you may have the right to obtain completion of care under the Contract with your terminated Contract Dentist for certain specified dental conditions. If you are a new Enrollee, you may have the right to completion of care under the Contract with your Out-of-Network Dentist for certain specified dental conditions. You must make a specific request for this completion of care Benefit. To make a request, contact Delta Dental's Customer Care at 800-589-4618. You may also contact us to request a copy of Delta Dental's *Continuity of Care Policy*. Delta Dental is not required to continue care with the Dentist if you are not eligible under the Contract or if Delta Dental cannot reach agreement with the Out-of-Network Dentist or the terminated Contract Dentist on the terms regarding Enrollee care in accordance with California law.

## Emergency Dental Services

Emergency Dental Services are used for palliative relief, controlling of dental pain, and/or stabilizing the Enrollee's condition. The Enrollee's assigned Contract Dentist's facility maintains a 24 hour emergency dental services system, 7 days a week. If an Enrollee is experiencing an Emergency Dental Condition, the Enrollee can call 911 (where available) or obtain Emergency Dental Services from any Dentist without a referral.

After Emergency Dental Services are provided, further non-emergency treatment is usually needed. Non-emergency treatment must be obtained at the Enrollee's assigned Contract Dentist facility.

The Enrollee is responsible for any Copayment(s) for Emergency Dental Services received. Non-covered procedures will be the Enrollee's financial responsibility and will not be paid by this Plan.

## Urgent Dental Services

Inside the Delta Dental Service Area

An Urgent Dental Service requires prompt dental attention but is not an Emergency Dental Condition. If an Enrollee thinks that they may need Urgent Dental Services, the Enrollee can call their assigned Contract Dentist.

Outside the Delta Dental Service Area

If an Enrollee needs Urgent Dental Services due to an unforeseen dental condition or injury, this Plan covers medically necessary dental services when prompt attention is required from an Out-of-Network Dentist, if all of the following are true:

- The Enrollee receives Urgent Dental Services from an Out-of-Network Dentist while temporarily outside the Delta Dental Service Area.

- A reasonable person would have believed that the Enrollee's health would seriously deteriorate if they delayed treatment until they returned to the Delta Dental Service Area.

Enrollees do not need prior Authorization from Delta Dental to receive Urgent Dental Services outside the Delta Dental Service Area. Any Urgent Dental Services an Enrollee receives from Out-of-Network Dentists outside the Delta Dental Service Area are covered by this Plan if the Benefits would have been covered if the Enrollee had received them from Contract Dentists.

Delta Dental does not cover follow-up care from Out-of-Network Dentists after the Enrollee no longer

needs Urgent Dental Services. To obtain follow-up care from a Dentist, the Enrollee can call their assigned Contract Dentist. The Enrollee is responsible for any Copayment(s) for Urgent Dental Services received.

## Timely Access to Care

Contract Dentists, Contract Orthodontists and Contract Specialists have agreed waiting times to Enrollees for appointments for care which will never be greater than the following timeframes:

- for emergency care, 24 hours a day, 7 day days a week;

- for any urgent care, 72 hours for appointments consistent with the Enrollee's individual needs;

- for any non-urgent care, 36 business days; and

- for any preventive services, 40 business days.

During non-business hours, the Enrollee will have access to their Contract Dentist's answering machine, answering service, cell phone or pager for guidance on what to do and whom to contact if the Enrollee is calling due to an Emergency Dental Condition.

If the Enrollee calls Delta Dental's Customer Care, a representative will answer their call within 10 minutes during normal business hours.

Should the Enrollee need interpretation services when scheduling an appointment with any of our Contract Dentists, Contract Orthodontists or Contract Specialists' facilities, the Enrollee may call Delta Dental's Customer Care at 800-589-4618 for assistance.

## Language Interpretation

Delta Dental provides interpretive services in any modern language, free of charge, and at all points of contact for limited English proficient Enrollees on request or when needed. Should an Enrollee need language interpretation services with a DeltaCare USA Dentist, they may call Delta Dental's Customer Care at 800-589-4618 for assistance.

## Specialist Services

Specialist Services for oral surgery, endodontics, periodontics, or pediatric dentistry must be: 1) referred by your assigned Contract Dentist, and 2) authorized by Delta Dental. You pay the specified Copayment(s). (Refer to the Schedules attached to this EOC.)

If the services of a Contract Orthodontist are needed, please refer to the Schedules attached to this EOC to determine Benefits available to you under this Plan.

If you require Specialist Services and a Contract Specialist or Contract Orthodontist is not within 35 miles of your home address to provide these services, your assigned Contract Dentist must receive Authorization from Delta Dental to refer you to an Out-of-Network specialist to provide these Specialist Services. Specialist Services performed by an Out-of-Network specialist that are not authorized by Delta Dental will not be covered.

## Claims for Reimbursement

Claims for covered Emergency Dental Services or Specialist Services authorized by Delta Dental should be sent to Delta Dental within 90 days of the end of treatment. Valid claims received after the 90-day period will be reviewed if you can show that it was not reasonably possible to submit the claim within that time. All claims must be received within one (1) year of the treatment date. The address for claims submission is: Delta Dental Claims Department, P.O. Box 1810, Alpharetta, GA 30023.

## Dentist Compensation

A Contract Dentist is compensated by Delta Dental through monthly capitation (an amount based on the number of Enrollees assigned to the Contract Dentist) and by Enrollees through required Copayments for treatment received. A Contract Specialist is compensated by Delta Dental through an agreed-upon amount for each covered procedure, less the applicable Copayment(s) paid by the Enrollee. In no event does Delta Dental pay a Contract Dentist or a Contract Specialist any incentive as an inducement to deny, reduce, limit or delay any appropriate treatment.

You may obtain further information concerning Dentist compensation by calling Delta Dental at the toll-free telephone number shown in this EOC.

## Processing Policies

The dental care guidelines for this Plan explain to Contract Dentists what services are covered under the dental Contract. Contract Dentists will use their professional judgment to determine which services are appropriate for the Enrollee. Services performed by the Contract Dentist that fall under the scope of Benefits of this Plan are provided subject to any Copayment(s). If a Contract Dentist believes that an Enrollee should seek treatment from a specialist, the Contract Dentist will contact Delta Dental to determine if the proposed treatment is a covered service and if it requires treatment by a Contract Specialist. An Enrollee may contact Delta Dental's Customer Care at 800-589-4618 for information about this Plan's dental care guidelines.

## Second Opinion

You may request a second opinion if you disagree with or question the diagnosis and/or treatment plan determination made by your Contract Dentist. Delta Dental may also request that you obtain a second opinion to verify the necessity and appropriateness of dental treatment or the application of Benefits.

Second opinions will be rendered by a licensed Dentist in a timely manner, appropriate to the nature of your condition. Requests involving an Emergency Dental Condition will be expedited (Authorization approved or denied within 72 hours of receipt of the request, whenever possible). For assistance or additional information regarding the procedures and timeframes for second opinion Authorizations, contact Delta Dental's Customer Care at 800-589-4618 or write to Delta Dental.

Second opinions will be provided at another Contract Dentist facility, unless otherwise authorized by Delta Dental. Delta Dental will authorize a second opinion by an Out-of-Network Dentist if an appropriately qualified Contract Dentist is not available. Delta Dental will only pay for a second opinion which Delta Dental has approved or authorized. You will be sent written notification should Delta Dental decide not to authorize a second opinion.  If you disagree with this determination, you may file a grievance with Delta Dental or with the Department. Refer to the "Enrollee Complaint Procedure" section in this EOC for more information.

## Special Health Care Needs

If you believe you have a Special Health Care Need, you should contact Delta Dental's Customer Care at 800-589-4618. We will confirm whether such a Special Health Care Need exists and what arrangements can be made to assist you in obtaining such Benefits.

Delta Dental will not be responsible for the failure of any Contract Dentist to comply with any law or regulation concerning structural office requirements that apply to a Dentist treating  persons with Special Health Care Needs.

## Facility Accessibility

Many facilities provide Delta Dental with information about special features of their offices, including accessibility information for patients with mobility impairments. To obtain information regarding facility accessibility, contact Delta Dental's Customer Care at 800-589-4618.

# ENROLLEE COMPLAINT PROCEDURE

## Complaints regarding dental services:

Delta Dental, or the Administrator, will notify the Enrollee if any dental services or claims are denied, in whole or in part, stating the specific reason(s) for the denial. If you have a complaint regarding the denial of dental services or claims, the policies, procedures or operations of Delta Dental or the Administrator or the quality of dental services performed by your Contract Dentist, you may call Delta Dental's Customer Care at 800-589-4618 or the complaint may be addressed in writing to:

Delta Dental of California
Quality Management Department
P.O. Box 6050
Artesia, CA 90702

Written communication must include: 1) the patient's name, 2) the Pediatric Enrollee's address, telephone number and ID number 3) the Contractholder's name and 4) the Contract Dentist's name and facility location.

"Grievance" means a written or oral expression of dissatisfaction regarding the plan and/or provider, including quality of care concerns, and shall include a complaint, dispute, request for reconsideration or appeal made by Enrollee or the Enrollee's representative. Where this Plan is unable to distinguish between a grievance and an inquiry, it will be considered a grievance.

"Complaint" is the same as "grievance."

"Complainant" is the same as "grievant" and means the person who filed the grievance including the Enrollee, a representative designated by the Enrollee or other individual with authority to act on behalf of the Enrollee.

Within five (5) calendar days of the receipt of any complaint, a quality management coordinator will forward to you a written acknowledgment of the complaint, which will include the date of receipt and contact information. Certain complaints may require that you be referred to a Dentist for clinical evaluation of the dental services provided. We will forward to you a determination, in writing, within 30 calendar days of receipt of a complaint. If the complaint involves an Emergency Dental Condition, Delta Dental will provide the Enrollee written notification regarding the disposition or pending status of the grievance within three (3) days.

Delta Dental's grievance system ensures all plan enrollees have access to and can fully participate in its grievance process by providing assistance for those with limited English proficiency or with visual or other communicative impairments. Such assistance includes, but is not limited to, translations of grievance procedures, forms and plan responses to grievances as well as access to interpreters, telephone relay systems and other devices that aid disabled individuals to communicate. If you are in need of these services and/or have questions about Delta Dental's grievance process, please contact our Customer Care at **800-589-4618** and/or visit our website at **deltadentalins.com** to obtain a grievance form.

Delta Dental's grievance system allows enrollees to file grievances for at least 180 calendar days following any incident or action that is the subject of the enrollee's dissatisfaction.

Enrollees may file a complaint with the DMHC after completing Delta Dental's grievance process or if they have been involved in Delta Dental's grievance process for more than 30 days. Enrollees may seek assistance or file a grievance immediately with the DMHC in cases involving an imminent and serious threat to their health including, but not limited to, severe pain, potential loss of life, limb or major bodily function. In such case, Delta Dental will provide the Enrollee with written statement on the disposition or pending status of the grievance no later than three (3) calendar days from the date of receipt of the grievance.

## Complaints Involving an Adverse Benefit Determination

If the review of a denial is based in whole or in part on a lack of medical necessity, experimental treatment, or a clinical judgment in applying the terms of this Policy, Delta Dental shall consult with a Dentist who has appropriate training and experience. If any consulting Dentist is involved in the review, the identity of such consulting Dentist will be available upon request. If an Enrollee believes that the decision was denied on the grounds that it was not medically necessary, the Enrollee may contact the DMHC to determine if the decision is eligible for an independent medical review. Enrollees will not be discriminated against in any way by Delta Dental for filing a grievance.

### *California law requires that Delta Dental provide you with the following information:*

The CA Department of Managed Health Care is responsible for regulating health care service plans. If you have a grievance against your health plan, you should first telephone your health plan at **800-589-4618** and use your health plan's grievance process before contacting the department. Utilizing this grievance procedure does not prohibit any potential legal rights or remedies that may be available to you. If you need help with a grievance involving an emergency, a grievance that has not been satisfactorily resolved by your health plan, or a grievance that has remained unresolved for more than 30 days, you may call the department for assistance. You may also be eligible for an Independent Medical Review (IMR). If you are eligible for IMR, the IMR process will provide an impartial review of medical decisions made by a health plan related to the medical necessity of a proposed service or treatment, coverage decisions for treatments that are experimental or investigational in nature and payment disputes for emergency or urgent medical services. The department also has a toll-free telephone number (1-888-HMO-2219) and a TDD line (1-877-688-9891) for the hearing and speech impaired. The department's Internet Web site **http://www.hmohelp.ca.gov** has complaint forms, IMR application

forms and instructions online.

As the MPI of this Plan, Kaiser is responsible for administering and resolving any Enrollee complaints, grievances and appeals that concern enrollment, premium collection and/or termination relating to this Plan. Please see the MPI *Evidence of Coverage* for details.

If the Contractholder is subject to ERISA, you may contact the U.S. Department of Labor, Employee Benefits Security Administration ("EBSA") for further review of the claim or if you have questions about the rights under ERISA. You may also bring a civil action under section 502(a) of ERISA. The address of the U.S. Department of Labor is:

U.S. Department of Labor
Employee Benefits Security Administration
200 Constitution Avenue, N.W.
Washington, D.C. 20210

## GENERAL PROVISIONS

### Public Policy Participation by Enrollees

Delta Dental's Board of Directors includes Enrollees who participate in establishing Delta Dental's public policy regarding Enrollees through periodic review of Delta Dental's Quality Assessment Program reports and communications from Enrollees. Enrollees may submit any suggestions regarding Delta Dental's public policy in writing to:

Delta Dental of California
Customer Care
P.O. Box 997330
Sacramento, CA 95899-7330

### Severability

If any part of the Contract, this EOC, Attachments or an amendment to any of these documents is found by a court or other authority to be illegal, void or not enforceable, all other portions of these documents will remain in full force and effect.

### Misstatements on Application; Effect

In the absence of fraud or intentional misrepresentation of material fact in applying for or procuring coverage under the Contract and/or this EOC, all statements made by you will be deemed representations and not warranties. No such statement will be used in defense to a claim, unless it is contained in a written application.

### Legal Actions

No action, at law or in equity, will be brought to recover on the Contract prior to expiration of 60 days after proof of loss has been filed in accordance with requirements of the Contract and/or this EOC, nor will an action be brought at all unless brought within three (3) years from expiration of the time within which proof of loss is required.

### Conformity with Applicable Laws

All legal questions about the Contract and/or this EOC will be governed by the state of California where the Contract was entered into and is to be performed. Any part of the Contract and/or this EOC that conflicts with the laws of California, specifically Chapter 2.2 of Division 2 of the California Health & Safety Code and Chapter 1 of Division 1, of Title 28 of the California Code of Regulations, or federal law is hereby amended to conform to the minimum requirements of such laws. Any provision required to be in the Contract by either of the above shall bind Delta Dental whether or not provided in the Contract.

### Third Party Administrator ("TPA")

Delta Dental may use the services of a TPA, duly registered under applicable state law, to provide services under the Contract. Any TPA providing such services or receiving such information shall enter into a separate Business Associate Agreement with Delta Dental providing that the TPA shall meet HIPAA and HITECH requirements for the preservation of protected health information of Enrollees.

## Organ and Tissue Donation

Donating organ and tissue provides many societal benefits. Organ and tissue donation allows recipients of transplants to go on to lead fuller and more meaningful lives. Currently, the need for organ transplants far exceeds availability. If you are interested in organ donation, please speak to your physician. Organ donation begins at the hospital when a person is pronounced brain dead and identified as a potential organ donor. An organ procurement organization will become involved to coordinate the activities.

## Non-Discrimination

Delta Dental complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability or sex.  Delta Dental does not exclude people or treat them differently because of race, color, national origin, age, disability or sex.

Delta Dental:

- Provides free aids and services to people with disabilities to communicate effectively with us, such as:
  - Qualified sign language interpreters
  - Written information in other formats (large print, audio, accessible electronic formats, other formats)

- Provides free language services to people whose primary language is not English, such as:
  - Qualified interpreters
  - Information written in other languages

- If you need these services, contact Delta Dental's Customer Care at 800-589-4618.

If you believe that Delta Dental has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability or sex, you can file a grievance electronically online, over the phone with a Delta Dental Customer Care representative or by mail.

Delta Dental
P.O. Box 997330
Sacramento, CA 95899-7330
Telephone: 1-800-589-4618
Website: deltadentalins.com

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, DC 20201
1-800-368-1019
1-800-537-7697 (TDD)

Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.

**2020 Dental Standard Benefit Plan Design**

| Summary of Benefits and Coverage | | Children's Dental Plan |
|---|---|---|
| | | Copay Plan |
| Member Cost Share amounts describe the Enrollee's out of pocket costs. Children's Dental Plan and Family Dental Plan designs apply to Individual Marketplace and Covered California for Small Business. | | Pediatric Dental EHB |
| | | Up to Age 19 |
| Actuarial Value | | 84.8% |
| | | In-Network |
| Individual Deductible | | None |
| Family Deductible (Two or more children) | | Not Applicable |
| Individual Out of Pocket Maximum | | $350 |
| Family Out of Pocket Maximum (Two or More Children) | | $700 |
| Office Copay | | $0 |
| Waiting Period (Waivered Condition provision, as defined in the California Health & Safety Code 1357.50 (a)(3)(J)(4)and the California Insurance Code 10198.6(d)) | | None |
| Annual Benefit Limit (the maximum amount the dental plan will pay in the benefit year) | | None |
| Procedure Category | Service Type | Member Cost Share |
| Diagnostic & Preventive | Oral Exam | No charge |
| | Preventive - Cleaning | No charge |
| | Preventive - X-ray | No charge |
| | Sealants per Tooth | No charge |
| | Topical Fluoride Application | No charge |
| | Space Maintainers - Fixed | No charge |
| Basic Services | Restorative Procedures | See Benefits shown in *Schedule A* for 2020 Dental Copay Schedule |
| | Periodontal Maintenance Services | |
| Major Services | Periodontics (other than maintenance) | See Benefits shown in Schedule A for 2020 Dental Copay Schedule |
| | Endodontics | |
| | Crowns and Casts | |
| | Prosthodontics | |
| | Oral Surgery | |
| Orthodontia | Medically Necessary Orthodontia | $350 |

**SCHEDULE A**
**Description of Benefits and Copayments for Pediatric Enrollees (Under Age 19)**
**DeltaCare® USA**
**Children's Dental HMO**
**For Small Businesses**

The Benefits shown below are performed as needed and deemed appropriate by the attending Contract Dentist subject to the limitations and exclusions of the Plan.   Please refer to Schedule B  for further clarification of Benefits. Enrollees should discuss all treatment options with their Contract Dentist prior to services being rendered.

Text that appears in italics below is specifically intended to clarify the delivery of Benefits under this Plan and is not to be interpreted as Current Dental Terminology ("CDT"), CDT-2019 Procedure Codes, descriptors or nomenclature which is under copyright by the American Dental Association® ("ADA").  The ADA may periodically change CDT codes or definitions.  Such updated codes, descriptors and nomenclature may be used to describe these covered procedures in compliance with federal legislation.

Out-of-Pocket Maximum ("OOPM") for Pediatric Enrollees (Under Age 19):

Pediatric Enrollee.................................  $350.00 each Contract Year

Multiple Pediatric Enrollees............  $700.00 each Contract Year

OOPM applies only to Essential Health Benefits ("EHB") for Pediatric Enrollee(s). OOPM means the maximum amount of money that a Pediatric Enrollee must pay for Pediatric Benefits under this Plan during a Contract Year. Payment for Premiums and payment for services that are Optional, that are upgraded treatments (such as precious or semi-precious metals and material upgrades) or that are not covered under the Contract will not count toward the OOPM, and payment for such services will continue to apply even after the OOPM is met.

If more than one Pediatric Enrollee is covered on the Contract, the financial obligation for Pediatric Benefits is not more than the OOPM for multiple Pediatric Enrollees. After a Pediatric Enrollee meets their OOPM, they will have no further payment for the remainder of the Contract Year for Pediatric Benefits. Once the amount paid by all Pediatric Enrollee(s) equals the OOPM for multiple Pediatric Enrollees, no further payment will be required by any of the Pediatric Enrollee(s) for the remainder of the Contract Year for Pediatric Benefits.

Delta Dental recommends that the Pediatric Enrollee or other party responsible keep a record of payment for Pediatric Benefits. If you have any questions regarding your OOPM, please contact Delta Dental's Customer Care at **800-589-4618**.

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|------------------------|---------------------------------------------------|
| D0100–D0999 I. DIAGNOSTIC | | | |
| D0999 | Unspecified diagnostic procedure, by report | No charge | *Includes office visit, per visit (in addition to other services); In addition, shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the patient has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment.* |
| D0120 | Periodic oral evaluation - established patient | No charge | *1 per 6 months per Contract Dentist* |
| D0140 | Limited oral evaluation - problem focused | No charge | *1 per Enrollee per Contract Dentist* |
| D0145 | Oral evaluation for a patient under three years of age and counseling with primary | No charge | *1 per 6 months per Contract Dentist, included with D0120, D0150* |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| | caregiver | | |
| D0150 | Comprehensive oral evaluation - new or established patient | No charge | *Initial evaluation, 1 per Contract Dentist* |
| D0160 | Detailed and extensive oral evaluation - problem focused, by report | No charge | *1 per Enrollee per Contract Dentist* |
| D0170 | Re-evaluation - limited, problem focused (established patient; not post-operative visit) | No charge | *6 per 3 months, not to exceed 12 per 12 months* |
| D0171 | Re-evaluation - post-operative office visit | No charge | |
| D0180 | Comprehensive periodontal evaluation - new or established patient | No charge | *Included with D0150* |
| D0210 | Intraoral - complete series of radiographic images | No charge | *1 series per 36 months per Contract Dentist* |
| D0220 | Intraoral - periapical first radiographic image | No charge | *20 images (D0220, D0230) per 12 months per Contract Dentist* |
| D0230 | Intraoral - periapical each additional radiographic image | No charge | *20 images (D0220, D0230) per 12 months per Contract Dentist* |
| D0240 | Intraoral - occlusal radiographic image | No charge | *2 per 6 months per Contract Dentist* |
| D0250 | Extra-oral - 2D projection radiographic image created using a stationary radiation source, and detector | No charge | *1 per date of service* |
| D0251 | Extra-oral posterior dental radiographic image | No charge | *4 per date of service* |
| D0270 | Bitewing - single radiographic image | No charge | *1 of (D0270, D0273) per date of service* |
| D0272 | Bitewings - two radiographic images | No charge | *1 of (D0272, D0273) per 6 months per Contract Dentist* |
| D0273 | Bitewings - three radiographic images | No charge | *1 of (D0270, D0273) per date of service; 1 of (D0272, D0273) per 6 months per Contract Dentist* |
| D0274 | Bitewings - four radiographic images | No charge | *1 of (D0274, D0277) per 6 months per Contract Dentist* |
| D0277 | Vertical bitewings - 7 to 8 radiographic images | No charge | *1 of (D0274, D0277) per 6 months per Contract Dentist* |
| D0310 | Sialography | No charge | |
| D0320 | Temporomandibular joint arthrogram, including injection | No charge | *Limited to trauma or pathology; 3 per date of service* |
| D0322 | Tomographic survey | No charge | *2 per 12 months per Contract Dentist* |
| D0330 | Panoramic radiographic image | No charge | *1 per 36 months per Contract Dentist* |
| D0340 | 2D cephalometric radiographic image - acquisition, measurement and analysis | No charge | *2 per 12 months per Contract Dentist* |
| D0350 | 2D oral/facial photographic image obtained intra-orally or extra-orally | No charge | *For the diagnosis and treatment of the specific clinical condition not apparent on radiographs; 4 per date of service* |
| D0351 | 3D photographic image | No charge | *1 per date of service* |
| D0460 | Pulp vitality tests | No charge | |
| D0470 | Diagnostic casts | No charge | *For the evaluation of orthodontic Benefits only; 1 per Contract Dentist unless special circumstances are documented (such as trauma or pathology which has affected the course of orthodontic treatment).* |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| D0502 | Other oral pathology procedures, by report | No charge | *Performed by an oral pathologist* |
| D0601 | Caries risk assessment and documentation, with a finding of low risk | No charge | *1 of (D0601, D0602, D0603) per 36 months per Contract Dentist or dental office* |
| D0602 | Caries risk assessment and documentation, with a finding of moderate risk | No charge | *1 of (D0601, D0602, D0603) per 36 months per Contract Dentist or dental office* |
| D0603 | Caries risk assessment and documentation, with a finding of high risk | No charge | *1 of (D0601, D0602, D0603) per 36 months per Contract Dentist or dental office* |
| D1000-D1999 II. PREVENTIVE | | | |
| D1110 | Prophylaxis - adult | No charge | *Cleaning; 1 of (D1110, D1120, D4346) per 6 months* |
| D1120 | Prophylaxis - child | No charge | *Cleaning; 1 of (D1110, D1120, D4346) per 6 months* |
| D1206 | Topical application of fluoride varnish | No charge | *1 of (D1206, D1208) per 6 months* |
| D1208 | Topical application of fluoride - excluding varnish | No charge | *1 of (D1206, D1208) per 6 months* |
| D1310 | Nutritional counseling for control of dental disease | No charge | |
| D1320 | Tobacco counseling for the control and prevention of oral disease | No charge | |
| D1330 | Oral hygiene instructions | No charge | |
| D1351 | Sealant - per tooth | No charge | *1 per tooth per 36 months per Contract Dentist; limited to permanent first and second molars without restorations or decay and third permanent molars that occupy the second molar position* |
| D1352 | Preventive resin restoration in a moderate to high caries risk patient - permanent tooth | No charge | *1 per tooth per 36 months per Contract Dentist; limited to permanent first and second molars without restorations or decay and third permanent molars that occupy the second molar position* |
| D1353 | Sealant repair - per tooth | No charge | *The original Dentist or dental office is responsible for any repair or replacement during the 36-month period.* |
| D1354 | Interim caries arresting medicament application - per tooth | No charge | *1 per tooth per 6 months when Enrollee has a caries risk assessment and documentation, with a finding of "high risk"* |
| D1510 | Space maintainer - fixed - unilateral | No charge | *1 per quadrant; posterior teeth* |
| D1516 | Space maintainer - fixed - bilateral, maxillary | No charge | *1 per arch; posterior teeth* |
| D1517 | Space maintainer - fixed - bilateral, mandibular | No charge | *1 per arch; posterior teeth* |
| D1520 | Space maintainer - removable - unilateral | No charge | *1 per quadrant; posterior teeth* |
| D1526 | Space maintainer - removable - bilateral, maxillary | No charge | *1 per arch, through age 17; posterior teeth* |
| D1527 | Space maintainer - removable - bilateral, mandibular | No charge | *1 per arch, through age 17; posterior teeth* |
| D1550 | Re-cement or re-bond space maintainer | No charge | *1 per Contract Dentist, per quadrant or arch, through age 17* |
| D1555 | Removal of fixed space maintainer | No charge | *Included in case by Contract Dentist or dental office who placed appliance* |
| D1575 | Distal shoe space maintainer - fixed - unilateral | No charge | *1 per quadrant, age 8 and under; posterior teeth* |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|---|---|---|---|
| D2000-D2999 III. RESTORATIVE | | | |
| *- Includes polishing, all adhesives and bonding agents, indirect pulp capping, bases, liners and acid etch procedures.* | | | |
| *- Replacement of crowns, inlays and onlays requires the existing restoration to be 5+ years (60+ months) old.* | | | |
| D2140 | Amalgam - one surface, primary or permanent | $25 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2150 | Amalgam - two surfaces, primary or permanent | $30 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2160 | Amalgam - three surfaces, primary or permanent | $40 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2161 | Amalgam - four or more surfaces, primary or permanent | $45 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2330 | Resin-based composite - one surface, anterior | $30 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2331 | Resin-based composite - two surfaces, anterior | $45 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2332 | Resin-based composite - three surfaces, anterior | $55 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2335 | Resin-based composite - four or more surfaces or involving incisal angle (anterior) | $60 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2390 | Resin-based composite crown, anterior | $50 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2391 | Resin-based composite - one surface, posterior | $30 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2392 | Resin-based composite - two surfaces, posterior | $40 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2393 | Resin-based composite - three surfaces, posterior | $50 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2394 | Resin-based composite - four or more surfaces, posterior | $70 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2710 | Crown - resin-based composite (indirect) | $140 | *1 per 60 months, permanent teeth; age 13 through 18* |
| D2712 | Crown - 3/4 resin-based composite (indirect) | $190 | *1 per 60 months, permanent teeth; age 13 through 18* |
| D2721 | Crown - resin with predominantly base metal | $300 | *1 per 60 months, permanent teeth; age 13 through 18* |
| D2740 | Crown - porcelain/ceramic | $300 | *1 per 60 months, permanent teeth; age 13 through 18* |
| D2751 | Crown - porcelain fused to predominantly base metal | $300 | *1 per 60 months, permanent teeth; age 13 through 18* |
| D2781 | Crown - 3/4 cast predominantly base metal | $300 | *1 per 60 months, permanent teeth; age 13 through 18* |
| D2783 | Crown - 3/4 porcelain/ceramic | $310 | *1 per 60 months, permanent teeth; age 13 through 18* |
| D2791 | Crown - full cast predominantly | $300 | *1 per 60 months, permanent teeth; age 13 through 18* |

OPGScAhi-CA-dc-20

5

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|------------------------|---------------------------------------------------|
| | base metal | | |
| D2910 | Re-cement or re-bond inlay, onlay, veneer or partial coverage restoration | $25 | *1 per 12 months per Contract Dentist* |
| D2915 | Re-cement or re-bond indirectly fabricated or prefabricated post and core | $25 | |
| D2920 | Re-cement or re-bond crown | $25 | *Recementation during the 12 months after initial placement is included; no additional charge to the Enrollee or plan is permitted. The listed fee applies for service provided by a Contract Dentist other than the original treating Contract Dentist/dental office.* |
| D2921 | Reattachment of tooth fragment, incisal edge or cusp | $45 | *1 per 12 months* |
| D2929 | Prefabricated porcelain/ceramic crown - primary tooth | $95 | *1 per 12 months* |
| D2930 | Prefabricated stainless steel crown - primary tooth | $65 | *1 per 12 months* |
| D2931 | Prefabricated stainless steel crown - permanent tooth | $75 | *1 per 36 months* |
| D2932 | Prefabricated resin crown | $75 | *1 per 12 months for primary teeth; 1 per 36 months for permanent teeth* |
| D2933 | Prefabricated stainless steel crown with resin window | $80 | *1 per 12 months for primary teeth; 1 per 36 months for permanent teeth* |
| D2940 | Protective restoration | $25 | *1 per 6 months per Contract Dentist* |
| D2941 | Interim therapeutic restoration – primary dentition | $30 | *1 per tooth per 6 months, per Contract Dentist* |
| D2949 | Restorative foundation for an indirect restoration | $45 | |
| D2950 | Core buildup, including any pins when required | $20 | |
| D2951 | Pin retention - per tooth, in addition to restoration | $25 | *1 per tooth regardless of the number of pins placed; permanent teeth* |
| D2952 | Post and core in addition to crown, indirectly fabricated | $100 | *Base metal post; 1 per tooth; a Benefit only in conjunction with covered crowns on root canal treated permanent teeth* |
| D2953 | Each additional indirectly fabricated post - same tooth | $30 | *Performed in conjunction with D2952* |
| D2954 | Prefabricated post and core in addition to crown | $90 | *1 per tooth; a Benefit only in conjunction with covered crowns on root canal treated permanent teeth* |
| D2955 | Post removal | $60 | *Included in case fee by Contract Dentist or dental office who performed endodontic and restorative procedures. The listed fee applies for service provided by a Contract Dentist other than the original treating Contract Dentist/dental office.* |
| D2957 | Each additional prefabricated post - same tooth | $35 | *Performed in conjunction with D2954* |
| D2971 | Additional procedures to construct new crown under existing partial denture framework | $35 | *Included in the fee for laboratory processed crowns. The listed fee applies for service provided by a Contract Dentist other than the original treating Dentist/dental office.* |
| D2980 | Crown repair necessitated by restorative material failure | $50 | *Repair during the 12 months following initial placement or previous repair is included, no additional charge to the Enrollee or plan is permitted by the original treating* |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|-----------------------------------------------------|
| | | | *Contract Dentist/dental office.* |
| D2999 | Unspecified restorative procedure, by report | $40 | *Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the patient has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment.* |
| D3000-D3999 IV. ENDODONTICS | | | |
| D3110 | Pulp cap - direct (excluding final restoration) | $20 | |
| D3120 | Pulp cap - indirect (excluding final restoration) | $25 | |
| D3220 | Therapeutic pulpotomy (excluding final restoration) - removal of pulp coronal to the dentinocemental junction and application of medicament | $40 | *1 per primary tooth* |
| D3221 | Pulpal debridement, primary and permanent teeth | $40 | *1 per tooth* |
| D3222 | Partial pulpotomy for apexogenesis - permanent tooth with incomplete root development | $60 | *1 per permanent tooth* |
| D3230 | Pulpal therapy (resorbable filling) - anterior, primary tooth (excluding final restoration) | $55 | *1 per tooth* |
| D3240 | Pulpal therapy (resorbable filling) - posterior, primary tooth (excluding final restoration) | $55 | *1 per tooth* |
| D3310 | Endodontic therapy, anterior tooth (excluding final restoration) | $195 | *Root canal* |
| D3320 | Endodontic therapy, premolar tooth (excluding final restoration) | $235 | *Root canal* |
| D3330 | Endodontic therapy, molar tooth (excluding final restoration) | $300 | *Root canal* |
| D3331 | Treatment of root canal obstruction; non-surgical access | $50 | |
| D3333 | Internal root repair of perforation defects | $80 | |
| D3346 | Retreatment of previous root canal therapy - anterior | $240 | *Retreatment during the 12 months following initial treatment is included at no charge to the Enrollee or plan. The listed fee applies for service provided by a Contract Dentist other than the original treating Contract Dentist/dental office.* |
| D3347 | Retreatment of previous root canal therapy - premolar | $295 | *Retreatment during the 12 months following initial treatment is included at no charge to the Enrollee or plan. The listed fee applies for service provided by a Contract Dentist other than the original treating Contract Dentist/dental office.* |
| D3348 | Retreatment of previous root canal therapy - molar | $365 | *Retreatment during the 12 months following initial treatment is included at no charge to the Enrollee or* |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| | | | *plan. The listed fee applies for service provided by a Contract Dentist other than the original treating Contract Dentist/dental office.* |
| D3351 | Apexification/ recalcification - initial visit (apical closure/calcific repair of perforations, root resorption, etc.) | $85 | *1 per permanent tooth* |
| D3352 | Apexification/ recalcification - interim medication replacement | $45 | *1 per permanent tooth* |
| D3410 | Apicoectomy - anterior | $240 | *1 per 24 months by the same Contract Dentist or dental office; permanent teeth only* |
| D3421 | Apicoectomy - premolar (first root) | $250 | *1 per 24 months by the same Contract Dentist or dental office; permanent teeth only* |
| D3425 | Apicoectomy - molar (first root) | $275 | *1 per 24 months by the same Contract Dentist or dental office; permanent teeth only* |
| D3426 | Apicoectomy (each additional root) | $110 | *1 per 24 months by the same Contract Dentist or dental office; permanent teeth only; a benefit for 3rd molar if it occupies the 1st or 2nd molar position or is an abutment for an existing fixed partial denture or removable partial denture with cast clasps or rests.* |
| D3427 | Periradicular surgery without apicoectomy | $160 | *1 per 24 months by the same Contract Dentist or dental office* |
| D3430 | Retrograde filling - per root | $90 | |
| D3910 | Surgical procedure for isolation of tooth with rubber dam | $30 | |
| D3999 | Unspecified endodontic procedure, by report | $100 | *Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the patient has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment.* |
| D4000-D4999 V. PERIODONTICS | | | |
| *- Includes pre-operative and post-operative evaluations and treatment under a local anesthetic.* | | | |
| D4210 | Gingivectomy or gingivoplasty - four or more contiguous teeth or tooth bounded spaces per quadrant | $150 | *1 per quadrant per 36 months, age 13+* |
| D4211 | Gingivectomy or gingivoplasty - one to three contiguous teeth or tooth bounded spaces per quadrant | $50 | *1 per quadrant per 36 months, age 13+* |
| D4249 | Clinical crown lengthening - hard tissue | $165 | |
| D4260 | Osseous surgery (including elevation of a full thickness flap and closure) - four or more contiguous teeth or tooth bounded spaces per quadrant | $265 | *1 per quadrant per 36 months, age 13+* |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|----------------------------------------------------|
| D4261 | Osseous surgery (including elevation of a full thickness flap and closure) - one to three contiguous teeth or tooth bounded spaces per quadrant | $140 | *1 per quadrant per 36 months, age 13+* |
| D4265 | Biologic materials to aid in soft and osseous tissue regeneration | $80 | |
| D4341 | Periodontal scaling and root planing - four or more teeth per quadrant | $55 | *1 per quadrant per 24 months; age 13+* |
| D4342 | Periodontal scaling and root planing - one to three teeth per quadrant | $30 | *1 per quadrant per 24 months; age 13+* |
| D4346 | Scaling in presence of generalized moderate or severe gingival inflammation - full mouth, after oral evaluation | $220 | *Cleaning; 1 of (D1110, D1120, D4346) per 6 months* |
| D4355 | Full mouth debridement to enable a comprehensive oral evaluation and diagnosis on a subsequent visit | $40 | *1 treatment per 12 consecutive months* |
| D4381 | Localized delivery of antimicrobial agents via a controlled release vehicle into diseased crevicular tissue, per tooth | $10 | |
| D4910 | Periodontal maintenance | $30 | *1 per 3 months; service must be within the 24 months following the last scaling and root planing* |
| D4920 | Unscheduled dressing change (by someone other than treating dentist or their staff) | $15 | *1 per Contract Dentist; age 13+* |
| D4999 | Unspecified periodontal procedure, by report | $350 | *Enrollees age 13+. Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the patient has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment.* |
| D5000-D5899 VI. PROSTHODONTICS (removable) | | | |
| *- For all listed dentures and partial dentures, Copayment includes after delivery adjustments and tissue conditioning, if needed, for the first six months after placement. The Enrollee must continue to be eligible, and the service must be provided at the Contract Dentist's facility where the denture was originally delivered.* | | | |
| *- Rebases, relines and tissue conditioning are limited to 1 per denture during any 12 consecutive months.* | | | |
| *- Replacement of a denture or a partial denture requires the existing denture to be 5+ years (60+ months) old.* | | | |
| D5110 | Complete denture - maxillary | $300 | *1 per 60 months* |
| D5120 | Complete denture - mandibular | $300 | *1 per 60 months* |
| D5130 | Immediate denture - maxillary | $300 | *1 per lifetime; subsequent complete dentures (D5110, D5120) are not a Benefit within 60 months.* |
| D5140 | Immediate denture - mandibular | $300 | *1 per lifetime; subsequent complete dentures (D5110, D5120) are not a Benefit within 60 months.* |
| D5211 | Maxillary partial denture - resin | $300 | *1 per 60 months* |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|---|---|---|---|
| | base (including retentive/clasping materials, rests, and teeth) | | |
| D5212 | Mandibular partial denture - resin base (including retentive/clasping materials, rests, and teeth) | $300 | *1 per 60 months* |
| D5213 | Maxillary partial denture - cast metal framework with resin denture bases (including any conventional clasps, rests and teeth) | $335 | *1 per 60 months* |
| D5214 | Mandibular partial denture - cast metal framework with resin denture bases (including any conventional clasps, rests and teeth) | $335 | *1 per 60 months* |
| D5221 | Immediate maxillary partial denture – resin base (including any conventional clasps, rests and teeth) | $275 | *1 per 60 months* |
| D5222 | Immediate mandibular partial denture – resin base (including any conventional clasps, rests and teeth) | $275 | *1 per 60 months* |
| D5223 | Immediate maxillary partial denture – cast metal framework with resin denture bases (including any conventional clasps, rests and teeth) | $330 | *1 per 60 months* |
| D5224 | Immediate mandibular partial denture – cast metal framework with resin denture bases (including any conventional clasps, rests and teeth) | $330 | *1 per 60 months* |
| D5410 | Adjust complete denture - maxillary | $20 | *1 per day of service per Contract Dentist; up to 2 per 12 months per Contract Dentist after the initial 6 months* |
| D5411 | Adjust complete denture - mandibular | $20 | *1 per day of service per Contract Dentist; up to 2 per 12 months per Contract Dentist after the initial 6 months* |
| D5421 | Adjust partial denture - maxillary | $20 | *1 per day of service per Contract Dentist; up to 2 per 12 months per Contract Dentist after the initial 6 months* |
| D5422 | Adjust partial denture - mandibular | $20 | *1 per day of service per Contract Dentist; up to 2 per 12 months per Contract Dentist after the initial 6 months* |
| D5511 | Repair broken complete denture base, mandibular | $40 | *1 per day of service per Contract Dentist; up to 2 per arch in 12 months per Contract Dentist after the initial 6 months* |
| D5512 | Repair broken complete denture base, maxillary | $40 | *1 per day of service per Contract Dentist; up to 2 per arch per 12 months per Contract Dentist after the initial 6 months* |
| D5520 | Replace missing or broken teeth - complete denture (each tooth) | $40 | *Up to 4 per arch per date of service after the initial 6 months; up to 2 per arch per 12 months per Contract Dentist* |
| D5611 | Repair resin partial denture base, mandibular | $40 | *1 per arch, per day of service per Contract Dentist; up to 2 per arch in 12 months per Contract Dentist after the initial 6 months* |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|------------------------|--------------------------------------------------|
| D5612 | Repair resin partial denture base, maxillary | $40 | *1 per arch, per day of service per Contract Dentist; up to 2 per arch per 12 months per Contract Dentist after the initial 6 months* |
| D5621 | Repair cast partial framework, mandibular | $40 | *1 per day of service per Contract Dentist; up to 2 per arch in 12 months per Contract Dentist after the initial 6 months* |
| D5622 | Repair cast partial framework, maxillary | $40 | *1 per arch, per day of service per Contract Dentist; up to 2 per arch per 12 months per Contract Dentist after the initial 6 months* |
| D5630 | Repair or replace broken retentive clasping materials - per tooth | $50 | *3 per date of service after the initial 6 months; 2 per arch per 12 months per Contract Dentist.* |
| D5640 | Replace broken teeth - per tooth | $35 | *4 per arch per date of service after the initial 6 months; 2 per arch per 12 months per Contract Dentist* |
| D5650 | Add tooth to existing partial denture | $35 | *Up to 3 per date of service per Contract Dentist; 1 per tooth after the initial 6 months* |
| D5660 | Add clasp to existing partial denture - per tooth | $60 | *3 per date of service after the initial 6 months; 2 per arch per 12 months per Contract Dentist* |
| D5730 | Reline complete maxillary denture (chairside) | $60 | *Included for the first 6 months after placement by the Contract Dentist or dental office where the appliance was originally delivered; 1 per 12 month period after the initial 6 months* |
| D5731 | Reline complete mandibular denture (chairside) | $60 | *1 per 12 month period after the initial 6 months* |
| D5740 | Reline maxillary partial denture (chairside) | $60 | *1 per 12 month period after the initial 6 months* |
| D5741 | Reline mandibular partial denture (chairside) | $60 | *1 per 12 month period after the initial 6 months* |
| D5750 | Reline complete maxillary denture (laboratory) | $90 | *1 per 12 month period after the initial 6 months* |
| D5751 | Reline complete mandibular denture (laboratory) | $90 | *1 per 12 month period after the initial 6 months* |
| D5760 | Reline maxillary partial denture (laboratory) | $80 | *1 per 12 month period after the initial 6 months* |
| D5761 | Reline mandibular partial denture (laboratory) | $80 | *1 per 12 month period after the initial 6 months* |
| D5850 | Tissue conditioning, maxillary | $30 | *2 per prosthesis per 36 months after the initial 6 months* |
| D5851 | Tissue conditioning, mandibular | $30 | *2 per prosthesis per 36 months after the initial 6 months* |
| D5862 | Precision attachment, by report | $90 | *Included in the fee for prosthetic and restorative procedures by the Contract Dentist or dental office where the service was originally delivered. The listed fee applies for service provided by a dentist other than the original treating Contract Dentist or dental office.* |
| D5863 | Overdenture – complete maxillary | $300 | *1 per 60 months* |
| D5864 | Overdenture – partial maxillary | $300 | *1 per 60 months* |
| D5865 | Overdenture – complete mandibular | $300 | *1 per 60 months* |
| D5866 | Overdenture – partial mandibular | $300 | *1 per 60 months* |
| D5899 | Unspecified removable prosthodontic procedure, by report | $350 | *Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the Enrollee has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific* |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| | | | *conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment.* |
| D5900-D5999 VII. MAXILLOFACIAL PROSTHETICS | | | |
| *- All maxillofacial prosthetic procedures require prior Authorization.* | | | |
| D5911 | Facial moulage (sectional) | $285 | |
| D5912 | Facial moulage (complete) | $350 | |
| D5913 | Nasal prosthesis | $350 | |
| D5914 | Auricular prosthesis | $350 | |
| D5915 | Orbital prosthesis | $350 | |
| D5916 | Ocular prosthesis | $350 | |
| D5919 | Facial prosthesis | $350 | |
| D5922 | Nasal septal prosthesis | $350 | |
| D5923 | Ocular prosthesis, interim | $350 | |
| D5924 | Cranial prosthesis | $350 | |
| D5925 | Facial augmentation implant prosthesis | $200 | |
| D5926 | Nasal prosthesis, replacement | $200 | |
| D5927 | Auricular prosthesis, replacement | $200 | |
| D5928 | Orbital prosthesis, replacement | $200 | |
| D5929 | Facial prosthesis, replacement | $200 | |
| D5931 | Obturator prosthesis, surgical | $350 | |
| D5932 | Obturator prosthesis, definitive | $350 | |
| D5933 | Obturator prosthesis, modification | $150 | *2 per 12 months* |
| D5934 | Mandibular resection prosthesis with guide flange | $350 | |
| D5935 | Mandibular resection prosthesis without guide flange | $350 | |
| D5936 | Obturator prosthesis, interim | $350 | |
| D5937 | Trismus appliance (not for TMD treatment) | $85 | |
| D5951 | Feeding aid | $135 | |
| D5952 | Speech aid prosthesis, pediatric | $350 | |
| D5953 | Speech aid prosthesis, adult | $350 | |
| D5954 | Palatal augmentation prosthesis | $135 | |
| D5955 | Palatal lift prosthesis, definitive | $350 | |
| D5958 | Palatal lift prosthesis, interim | $350 | |
| D5959 | Palatal lift prosthesis, modification | $145 | *2 per 12 months* |
| D5960 | Speech aid prosthesis, modification | $145 | *2 per 12 months* |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|----------------------------------------------------|
| D5982 | Surgical stent | $70 | |
| D5983 | Radiation carrier | $55 | |
| D5984 | Radiation shield | $85 | |
| D5985 | Radiation cone locator | $135 | |
| D5986 | Fluoride gel carrier | $35 | |
| D5987 | Commissure splint | $85 | |
| D5988 | Surgical splint | $95 | |
| D5991 | Vesiculobullous disease medicament carrier | $70 | |
| D5999 | Unspecified maxillofacial prosthesis, by report | $350 | *Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the Enrollee has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment.* |
| D6000-D6199 VIII. IMPLANT SERVICES | | | |
| *- A Benefit only under exceptional medical conditions. Prior Authorization is required. Refer also to Schedule B.* | | | |
| D6010 | Surgical placement of implant body: endosteal implant | $350 | *A Benefit only under exceptional medical conditions.* |
| D6011 | Second stage implant surgery | $350 | *A Benefit only under exceptional medical conditions.* |
| D6013 | Surgical placement of mini implant | $350 | *A Benefit only under exceptional medical conditions.* |
| D6040 | Surgical placement: eposteal implant | $350 | *A Benefit only under exceptional medical conditions.* |
| D6050 | Surgical placement: transosteal implant | $350 | *A Benefit only under exceptional medical conditions.* |
| D6052 | Semi-precision attachment abutment | $350 | *A Benefit only under exceptional medical conditions.* |
| D6055 | Connecting bar – implant supported or abutment supported | $350 | *A Benefit only under exceptional medical conditions.* |
| D6056 | Prefabricated abutment – includes modification and placement | $135 | *A Benefit only under exceptional medical conditions.* |
| D6057 | Custom fabricated abutment – includes placement | $180 | *A Benefit only under exceptional medical conditions.* |
| D6058 | Abutment supported porcelain/ceramic crown | $320 | *A Benefit only under exceptional medical conditions.* |
| D6059 | Abutment supported porcelain fused to metal crown (high noble metal) | $315 | *A Benefit only under exceptional medical conditions.* |
| D6060 | Abutment supported porcelain fused to metal crown (predominantly base metal) | $295 | *A Benefit only under exceptional medical conditions.* |
| D6061 | Abutment supported porcelain fused to metal crown (noble metal) | $300 | *A Benefit only under exceptional medical conditions.* |
| D6062 | Abutment supported cast metal crown (high noble metal) | $315 | *A Benefit only under exceptional medical conditions.* |
| D6063 | Abutment supported cast | $300 | *A Benefit only under exceptional medical conditions.* |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|----------------------------------------------------|
| | metal crown (predominantly base metal) | | |
| D6064 | Abutment supported cast metal crown (noble metal) | $315 | *A Benefit only under exceptional medical conditions.* |
| D6065 | Implant supported porcelain/ceramic crown | $340 | *A Benefit only under exceptional medical conditions.* |
| D6066 | Implant supported porcelain fused to metal crown (titanium, titanium alloy, high noble metal) | $335 | *A Benefit only under exceptional medical conditions.* |
| D6067 | Implant supported metal crown (titanium, titanium alloy, high noble metal) | $340 | *A Benefit only under exceptional medical conditions.* |
| D6068 | Abutment supported retainer for porcelain/ceramic FPD | $320 | *A Benefit only under exceptional medical conditions.* |
| D6069 | Abutment supported retainer for porcelain fused to metal FPD (high noble metal) | $315 | *A Benefit only under exceptional medical conditions.* |
| D6070 | Abutment supported retainer for porcelain fused to metal FPD (predominantly base metal) | $290 | *A Benefit only under exceptional medical conditions.* |
| D6071 | Abutment supported retainer for porcelain fused to metal FPD (noble metal) | $300 | *A Benefit only under exceptional medical conditions.* |
| D6072 | Abutment supported retainer for cast metal FPD (high noble metal) | $315 | *A Benefit only under exceptional medical conditions.* |
| D6073 | Abutment supported retainer for cast metal FPD (predominantly base metal) | $290 | *A Benefit only under exceptional medical conditions.* |
| D6074 | Abutment supported retainer for cast metal FPD (noble metal) | $320 | *A Benefit only under exceptional medical conditions.* |
| D6075 | Implant supported retainer for ceramic FPD | $335 | *A Benefit only under exceptional medical conditions.* |
| D6076 | Implant supported retainer for porcelain fused to metal FPD (titanium, titanium alloy, or high noble metal) | $330 | *A Benefit only under exceptional medical conditions.* |
| D6077 | Implant supported retainer for cast metal FPD (titanium, titanium alloy, or high noble metal) | $350 | *A Benefit only under exceptional medical conditions.* |
| D6080 | Implant maintenance procedures when prostheses are removed and reinserted, including cleansing of prostheses and abutments | $30 | *A Benefit only under exceptional medical conditions.* |
| D6081 | Scaling and debridement in the presence of inflammation or mucositis of a single implant, including cleaning of the implant surfaces, without flap entry and closure | $30 | *A Benefit only under exceptional medical conditions.* |
| D6085 | Provisional implant crown | $300 | *A Benefit only under exceptional medical conditions.* |
| D6090 | Repair implant supported prosthesis, by report | $65 | *A Benefit only under exceptional medical conditions.* |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|----------------------------------------------------|
| D6091 | Replacement of semi-precision or precision attachment (male or female component) of implant/abutment supported prosthesis, per attachment | $40 | *A Benefit only under exceptional medical conditions.* |
| D6092 | Re-cement or re-bond implant/abutment supported crown | $25 | *A Benefit only under exceptional medical conditions.* |
| D6093 | Re-cement or re-bond implant/abutment supported fixed partial denture | $35 | *A Benefit only under exceptional medical conditions.* |
| D6094 | Abutment supported crown - (titanium) | $295 | *A Benefit only under exceptional medical conditions.* |
| D6095 | Repair implant abutment, by report | $65 | *A Benefit only under exceptional medical conditions.* |
| D6096 | Remove broken implant retaining screw | $60 | *A Benefit only under exceptional medical conditions* |
| D6100 | Implant removal, by report | $110 | *A Benefit only under exceptional medical conditions.* |
| D6110 | Implant /abutment supported removable denture for edentulous arch – maxillary | $350 | *A Benefit only under exceptional medical conditions.* |
| D6111 | Implant /abutment supported removable denture for edentulous arch – mandibular | $350 | *A Benefit only under exceptional medical conditions.* |
| D6112 | Implant /abutment supported removable denture for partially edentulous arch – maxillary | $350 | *A Benefit only under exceptional medical conditions.* |
| D6113 | Implant /abutment supported removable denture for partially edentulous arch – mandibular | $350 | *A Benefit only under exceptional medical conditions.* |
| D6114 | Implant /abutment supported fixed denture for edentulous arch – maxillary | $350 | *A Benefit only under exceptional medical conditions.* |
| D6115 | Implant /abutment supported fixed denture for edentulous arch – mandibular | $350 | *A Benefit only under exceptional medical conditions.* |
| D6116 | Implant /abutment supported fixed denture for partially edentulous arch – maxillary | $350 | *A Benefit only under exceptional medical conditions.* |
| D6117 | Implant /abutment supported fixed denture for partially edentulous arch – mandibular | $350 | *A Benefit only under exceptional medical conditions.* |
| D6190 | Radiographic/surgical implant index, by report | $75 | *A Benefit only under exceptional medical conditions.* |
| D6194 | Abutment supported retainer crown for FPD (titanium) | $265 | *A Benefit only under exceptional medical conditions.* |
| D6199 | Unspecified implant procedure, by report | $350 | *Implant services are a Benefit only when exceptional medical conditions are documented and shall be reviewed for medical necessity. Written documentation shall describe the specific conditions addressed by the procedure, the rationale demonstrating the medical necessity, any pertinent history and the proposed treatment.* |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|----------------------------------------------------|
| D6200-D6999 IX. PROSTHODONTICS, fixed | | | |
| - Each retainer and each pontic constitutes a unit in a fixed partial denture (bridge). | | | |
| - Replacement of a crown, pontic, inlay, onlay or stress breaker requires the existing bridge to be 5+ years (60+ months) old. | | | |
| D6211 | Pontic - cast predominantly base metal | $300 | *1 per 60 months; age 13+* |
| D6241 | Pontic - porcelain fused to predominantly base metal | $300 | *1 per 60 months; age 13+* |
| D6245 | Pontic - porcelain/ceramic | $300 | *1 per 60 months; age 13+* |
| D6251 | Pontic - resin with predominantly base metal | $300 | *1 per 60 months; age 13+* |
| D6721 | Retainer crown - resin with predominantly base metal | $300 | *1 per 60 months; age 13+* |
| D6740 | Retainer crown - porcelain/ceramic | $300 | *1 per 60 months; age 13+* |
| D6751 | Retainer crown - porcelain fused to predominantly base metal | $300 | *1 per 60 months; age 13+* |
| D6781 | Retainer crown - 3/4 cast predominantly base metal | $300 | *1 per 60 months; age 13+* |
| D6783 | Retainer crown - 3/4 porcelain/ceramic | $300 | *1 per 60 months; age 13+* |
| D6791 | Retainer crown - full cast predominantly base metal | $300 | *1 per 60 months; age 13+* |
| D6930 | Re-cement or re-bond fixed partial denture | $40 | *Recementation during the 12 months after initial placement is included; no additional charge to the Enrollee or plan is permitted. The listed fee applies for service provided by a Contract Dentist other than the original treating Contract Dentist/dental office.* |
| D6980 | Fixed partial denture repair necessitated by restorative material failure | $95 | |
| D6999 | Unspecified fixed prosthodontic procedure, by report | $350 | *Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the patient has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment. Not a Benefit within 12 months of initial placement of a fixed partial denture by the same Contract Dentist/office.* |
| D7000-D7999 X. ORAL AND MAXILLOFACIAL SURGERY | | | |
| - Prior Authorization required for procedures performed by a Contract Specialist. Medical necessity must be demonstrated for procedures D7340 - D7997. Refer also to Schedule B. | | | |
| - Includes pre-operative and post-operative evaluations and treatment under a local anesthetic. Post-operative services include exams, suture removal and treatment of complications. | | | |
| D7111 | Extraction, coronal remnants - primary tooth | $40 | |
| D7140 | Extraction, erupted tooth or exposed root (elevation and/or forceps removal) | $65 | |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|----------------------------------------------------|
| D7210 | Extraction, erupted tooth requiring removal of bone and/or sectioning of tooth, and including elevation of mucoperiosteal flap if indicated | $120 | |
| D7220 | Removal of impacted tooth - soft tissue | $95 | |
| D7230 | Removal of impacted tooth - partially bony | $145 | |
| D7240 | Removal of impacted tooth - completely bony | $160 | |
| D7241 | Removal of impacted tooth - completely bony, with unusual surgical complications | $175 | |
| D7250 | Removal of residual tooth roots (cutting procedure) | $80 | |
| D7260 | Oroantral fistula closure | $280 | |
| D7261 | Primary closure of a sinus perforation | $285 | |
| D7270 | Tooth reimplantation and/or stabilization of accidentally evulsed or displaced tooth | $185 | *1 per arch regardless of number of teeth involved; permanent anterior teeth* |
| D7280 | Exposure of an unerupted tooth | $220 | |
| D7283 | Placement of device to facilitate eruption of impacted tooth | $85 | *For active orthodontic treatment only* |
| D7285 | Incisional biopsy of oral tissue -hard (bone, tooth) | $180 | *1 per arch per date of service; regardless of number of areas involved* |
| D7286 | Incisional biopsy of oral tissue -soft | $110 | *3 per date of service* |
| D7290 | Surgical repositioning of teeth | $185 | *1 per arch, for permanent teeth only; applies to active orthodontic treatment* |
| D7291 | Transseptal fiberotomy/supra crestal fiberotomy, by report | $80 | *1 per arch; applies to active orthodontic treatment* |
| D7310 | Alveoloplasty in conjunction with extractions - four or more teeth or tooth spaces, per quadrant | $85 | |
| D7311 | Alveoloplasty in conjunction with extractions - one to three teeth or tooth spaces, per quadrant | $50 | |
| D7320 | Alveoloplasty not in conjunction with extractions - four or more teeth or tooth spaces, per quadrant | $120 | |
| D7321 | Alveoloplasty not in conjunction with extractions - one to three teeth or tooth spaces, per quadrant | $65 | |
| D7340 | Vestibuloplasty - ridge extension (secondary epithelialization) | $350 | *1 per arch per 60 months* |
| D7350 | Vestibuloplasty - ridge extension (including soft tissue | $350 | *1 per arch* |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|------------------------|---------------------------------------------------|
| | grafts, muscle reattachment, revision of soft tissue attachment and management of hypertrophied and hyperplastic tissue) | | |
| D7410 | Excision of benign lesion up to 1.25 cm | $75 | |
| D7411 | Excision of benign lesion greater than 1.25 cm | $115 | |
| D7412 | Excision of benign lesion, complicated | $175 | |
| D7413 | Excision of malignant lesion up to 1.25 cm | $95 | |
| D7414 | Excision of malignant lesion greater than 1.25 cm | $120 | |
| D7415 | Excision of malignant lesion, complicated | $255 | |
| D7440 | Excision of malignant tumor - lesion diameter up to 1.25 cm | $105 | |
| D7441 | Excision of malignant tumor - lesion diameter greater than 1.25 cm | $185 | |
| D7450 | Removal of benign odontogenic cyst or tumor - lesion diameter up to 1.25 cm | $180 | |
| D7451 | Removal of benign odontogenic cyst or tumor - lesion diameter greater than 1.25 cm | $330 | |
| D7460 | Removal of benign nonodontogenic cyst or tumor - lesion diameter up to 1.25 cm | $155 | |
| D7461 | Removal of benign nonodontogenic cyst or tumor - lesion diameter greater than 1.25 cm | $250 | |
| D7465 | Destruction of lesion(s) by physical or chemical method, by report | $40 | |
| D7471 | Removal of lateral exostosis (maxilla or mandible) | $140 | *1 per quadrant* |
| D7472 | Removal of torus palatinus | $145 | *1 per lifetime* |
| D7473 | Removal of torus mandibularis | $140 | *1 per quadrant* |
| D7485 | Reduction of osseous tuberosity | $105 | *1 per quadrant* |
| D7490 | Radical resection of maxilla or mandible | $350 | |
| D7510 | Incision and drainage of abscess - intraoral soft tissue | $70 | *1 per quadrant per date of service* |
| D7511 | Incision and drainage of abscess - intraoral soft tissue - complicated (includes drainage of multiple fascial spaces) | $70 | *1 per quadrant per date of service* |
| D7520 | Incision and drainage of abscess - extraoral soft tissue | $70 | |
| D7521 | Incision and drainage of abscess - extraoral soft tissue | $80 | |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
|  | - complicated (includes drainage of multiple fascial spaces) |  |  |
| D7530 | Removal of foreign body from mucosa, skin, or subcutaneous alveolar tissue | $45 | *1 per date of service* |
| D7540 | Removal of reaction producing foreign bodies, musculoskeletal system | $75 | *1 per date of service* |
| D7550 | Partial ostectomy/sequestrectomy for removal of non-vital bone | $125 | *1 per quadrant per date of service* |
| D7560 | Maxillary sinusotomy for removal of tooth fragment or foreign body | $235 |  |
| D7610 | Maxilla - open reduction (teeth immobilized, if present) | $140 |  |
| D7620 | Maxilla - closed reduction (teeth immobilized, if present) | $250 |  |
| D7630 | Mandible - open reduction (teeth immobilized, if present) | $350 |  |
| D7640 | Mandible - closed reduction (teeth immobilized, if present) | $350 |  |
| D7650 | Malar and/or zygomatic arch - open reduction | $350 |  |
| D7660 | Malar and/or zygomatic arch - closed reduction | $350 |  |
| D7670 | Alveolus - closed reduction may include stabilization of teeth | $170 |  |
| D7671 | Alveolus - open reduction may include stabilization of teeth | $230 |  |
| D7680 | Facial bones - complicated reduction with fixation and multiple surgical approaches | $350 |  |
| D7710 | Maxilla - open reduction | $110 |  |
| D7720 | Maxilla - closed reduction | $180 |  |
| D7730 | Mandible - open reduction | $350 |  |
| D7740 | Mandible - closed reduction | $290 |  |
| D7750 | Malar and/or zygomatic arch - open reduction | $220 |  |
| D7760 | Malar and/or zygomatic arch - closed reduction | $350 |  |
| D7770 | Alveolus - open reduction stabilization of teeth | $135 |  |
| D7771 | Alveolus, closed reduction stabilization of teeth | $160 |  |
| D7780 | Facial bones - complicated reduction with fixation and multiple approaches | $350 |  |
| D7810 | Open reduction of dislocation | $350 |  |
| D7820 | Closed reduction of dislocation | $80 |  |
| D7830 | Manipulation under anesthesia | $85 |  |
| D7840 | Condylectomy | $350 |  |
| D7850 | Surgical discectomy, | $350 |  |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|---|---|---|---|
| | with/without implant | | |
| D7852 | Disc repair | $350 | |
| D7854 | Synovectomy | $350 | |
| D7856 | Myotomy | $350 | |
| D7858 | Joint reconstruction | $350 | |
| D7860 | Arthrotomy | $350 | |
| D7865 | Arthroplasty | $350 | |
| D7870 | Arthrocentesis | $90 | |
| D7871 | Non-arthroscopic lysis and lavage | $150 | |
| D7872 | Arthroscopy - diagnosis, with or without biopsy | $350 | |
| D7873 | Arthroscopy: lavage and lysis of adhesions | $350 | |
| D7874 | Arthroscopy: disc repositioning and stabilization | $350 | |
| D7875 | Arthroscopy: synovectomy | $350 | |
| D7876 | Arthroscopy: discectomy | $350 | |
| D7877 | Arthroscopy: debridement | $350 | |
| D7880 | Occlusal orthotic device, by report | $120 | |
| D7881 | Occlusal orthotic device adjustment | $30 | *1 per date of service per Contract Dentist; 2 per 12 months per Contract Dentist* |
| D7899 | Unspecified TMD therapy, by report | $350 | |
| D7910 | Suture of recent small wounds up to 5 cm | $35 | |
| D7911 | Complicated suture - up to 5 cm | $55 | |
| D7912 | Complicated suture - greater than 5 cm | $130 | |
| D7920 | Skin graft (identify defect covered, location and type of graft) | $120 | |
| D7940 | Osteoplasty - for orthognathic deformities | $160 | |
| D7941 | Osteotomy - mandibular rami | $350 | |
| D7943 | Osteotomy - mandibular rami with bone graft; includes obtaining the graft | $350 | |
| D7944 | Osteotomy - segmented or subapical | $275 | |
| D7945 | Osteotomy - body of mandible | $350 | |
| D7946 | Lefort I (maxilla - total) | $350 | |
| D7947 | Lefort I (maxilla - segmented) | $350 | |
| D7948 | Lefort II or lefort III (osteoplasty of facial bones for midface hypoplasia or retrusion) - without bone graft | $350 | |
| D7949 | Lefort II or lefort III - with bone graft | $350 | |
| D7950 | Osseous, osteoperiosteal, or cartilage graft of the mandible or maxilla - autogenous or | $190 | |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|-----------------------------------------------------|
|  | nonautogenous, by report |  |  |
| D7951 | Sinus augmentation with bone or bone substitutes via a lateral open approach | $290 |  |
| D7952 | Sinus augmentation via a vertical approach | $175 |  |
| D7955 | Repair of maxillofacial soft and/or hard tissue defect | $200 |  |
| D7960 | Frenulectomy - also known as frenectomy or frenotomy - separate procedure not incidental to another procedure | $120 | *1 per arch per date of service; a Benefit only when the permanent incisors and cuspids have erupted* |
| D7963 | Frenuloplasty | $120 | *1 per arch per date of service; a Benefit only when the permanent incisors and cuspids have erupted* |
| D7970 | Excision of hyperplastic tissue - per arch | $175 | *1 per arch per date of service* |
| D7971 | Excision of pericoronal gingiva | $80 |  |
| D7972 | Surgical reduction of fibrous tuberosity | $100 | *1 per quadrant per date of service* |
| D7979 | Non - surgical sialolithotomy | $155 |  |
| D7980 | Surgical sialolithotomy | $155 |  |
| D7981 | Excision of salivary gland, by report | $120 |  |
| D7982 | Sialodochoplasty | $215 |  |
| D7983 | Closure of salivary fistula | $140 |  |
| D7990 | Emergency tracheotomy | $350 |  |
| D7991 | Coronoidectomy | $345 |  |
| D7995 | Synthetic graft - mandible or facial bones, by report | $150 |  |
| D7997 | Appliance removal (not by dentist who placed appliance), includes removal of archbar | $60 | *Removal of appliances related to surgical procedures only; 1 per arch per date of service; the listed fee applies for service provided by a Contract Dentist other than the original treating Contract Dentist/dental office.* |
| D7999 | Unspecified oral surgery procedure, by report | $350 | *Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the patient has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment.* |

**D8000-D8999 XI. ORTHODONTICS - Medically Necessary for Pediatric Enrollees ONLY**

*- Orthodontic Services must meet medical necessity as determined by a Contract Dentist. Orthodontic treatment is a Benefit only when medically necessary as evidenced by a severe handicapping malocclusion and when a prior Authorization is obtained. Severe handicapping malocclusion is not a cosmetic condition. Teeth must be severely misaligned causing functional problems that compromise oral and/or general health.*

*- Pediatric Enrollee must continue to be eligible, Benefits for medically necessary orthodontics will be provided in periodic payments to the Contract Dentist.*

*- Comprehensive orthodontic treatment procedure (D8080) includes all appliances, adjustments, insertion, removal and post treatment stabilization (retention). The Enrollee must continue to be eligible during active treatment. No additional charge to the Enrollee is permitted from the original treating Contract Orthodontist or dental office who received the comprehensive case fee. A separate fee applies for services provided by a Contract Orthodontist other than the original treating Contract Orthodontist or dental office.*

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|------|-------------|------------------------|---------------------------------------------------|
| | *- Copayment for medically necessary orthodontics applies to course of treatment, not individual benefit years within a multi-year course of treatment. This Copayment applies to the course of treatment as long as the Pediatric Enrollee remains enrolled in this Plan.* | | |
| | *- Refer to Schedule B for additional information on medically necessary orthodontics.* | | |
| D8080 | Comprehensive orthodontic treatment of the adolescent dentition | $350 | *1 per Enrollee per phase of treatment; included in comprehensive case fee* |
| D8210 | Removable appliance therapy | | *1 per lifetime; age 6 through 12; included in comprehensive case fee* |
| D8220 | Fixed appliance therapy | | *1 per lifetime; age 6 through 12; included in comprehensive case fee* |
| D8660 | Pre-orthodontic treatment examination to monitor growth and development | | *1 per 3 months when performed by the same Contract Dentist or dental office; up to 6 visits per lifetime; included in comprehensive case fee* |
| D8670 | Periodic orthodontic treatment visit | | *Included in comprehensive case fee* |
| D8680 | Orthodontic retention (removal of appliances, construction and placement of retainer(s)) | | *1 per arch for each authorized phase of orthodontic treatment; included in comprehensive case fee* |
| D8681 | Removable orthodontic retainer adjustment | | *Included in comprehensive case fee* |
| D8691 | Repair of orthodontic appliance | | *1 per appliance; included in comprehensive case fee* |
| D8692 | Replacement of lost or broken retainer | | *1 per arch; within 24 months following the date of service for orthodontic retention (D8680); included in comprehensive case fee* |
| D8693 | Re-cement or re-bond fixed retainer | | *1 per Contract Dentist; included in comprehensive case fee* |
| D8694 | Repair of fixed retainers, includes reattachment | | *1 per Contract Dentist; included in comprehensive case fee. The listed fee applies for services provided by an orthodontist other than the original treating orthodontist or dental office.* |
| D8999 | Unspecified orthodontic procedure, by report | | *Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the patient has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment. Included in comprehensive case fee.* |
| D9000-D9999 XII. ADJUNCTIVE GENERAL SERVICES | | | |
| D9110 | Palliative (emergency) treatment of dental pain - minor procedure | $30 | *1 per date of service per Contract Dentist; regardless of the number of teeth and/or areas treated* |
| D9120 | Fixed partial denture sectioning | $95 | |
| D9210 | Local anesthesia not in conjunction with operative or surgical procedures | $10 | *1 per date of service per Contract Dentist; for use to perform a differential diagnosis or as a therapeutic injection to eliminate or control a disease or abnormal state* |
| D9211 | Regional block anesthesia | $20 | |
| D9212 | Trigeminal division block anesthesia | $60 | |
| D9215 | Local anesthesia in conjunction with operative or surgical procedures | $15 | |

| Code | Description | Pediatric Enrollee Pays | Clarification/ Limitations for Pediatric Enrollees |
|---|---|---|---|
| D9222 | Deep sedation/general anesthesia - first 15 minutes | $45 | *Covered only when given by a Contract Dentist for covered oral surgery; 4 of (D9222, D9223) per date of service* |
| D9223 | Deep sedation/general anesthesia - each subsequent 15 minute increment | $45 | *Covered only when given by a Contract Dentist for covered oral surgery; 4 of (D9222, D9223) per date of service* |
| D9230 | Inhalation of nitrous oxide/analgesia, anxiolysis | $15 | *(Where available)* |
| D9239 | Intravenous moderate (conscious) sedation/analgesia - first 15 minutes | $60 | *Covered only when given by a Contract Dentist for covered oral surgery; 4 of (D9239, D9243) per date of service* |
| D9243 | Intravenous moderate (conscious) sedation/analgesia - each subsequent 15 minute increment | $60 | *Covered only when given by a Contract Dentist for covered oral surgery; 4 of (D9239, D9243) per date of service* |
| D9248 | Non-intravenous conscious sedation | $65 | *Where available; 1 per date of service per Contract Dentist* |
| D9310 | Consultation - diagnostic service provided by dentist or physician other than requesting dentist or physician | $50 | |
| D9311 | Consultation with a medical health care professional | No charge | |
| D9410 | House/extended care facility call | $50 | *1 per Enrollee per date of service* |
| D9420 | Hospital or ambulatory surgical center call | $135 | |
| D9430 | Office visit for observation (during regularly scheduled hours) - no other services performed | $20 | *1 per date of service per Contract Dentist* |
| D9440 | Office visit - after regularly scheduled hours | $45 | *1 per date of service per Contract Dentist* |
| D9610 | Therapeutic parenteral drug, single administration | $30 | *4 of (D9610, D9612) injections per date of service* |
| D9612 | Therapeutic parenteral drugs, two or more administrations, different medications | $40 | *4 of (D9610, D9612) injections per date of service* |
| D9910 | Application of desensitizing medicament | $20 | *1 per 12 months per Contract Dentist; permanent teeth* |
| D9930 | Treatment of complications (post-surgical) - unusual circumstances, by report | $35 | *1 per date of service per Contract Dentist within 30 days of an extraction* |
| D9950 | Occlusion analysis - mounted case | $120 | *Prior Authorization is required; 1 per 12 months for diagnosed TMJ dysfunction; permanent teeth; age 13+* |
| D9951 | Occlusal adjustment - limited | $45 | *1 per 12 months for quadrant per Contract Dentist; age 13+* |
| D9952 | Occlusal adjustment - complete | $210 | *1 per 12 months following occlusion analysis - mounted case (D9950) for diagnosed TMJ dysfunction; permanent teeth; age 13+* |
| D9999 | Unspecified adjunctive procedure, by report | No charge | *Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the patient has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment.* |

Endnotes:

Base metal is the Benefit. If noble or high noble metal (precious) is used for a crown, bridge, indirectly fabricated post and core, inlay or onlay, the Enrollee will be charged the additional laboratory cost of the noble or high noble metal. If covered, an additional laboratory charge also applies to a titanium crown.

If services for a listed procedure are performed by the assigned Contract Dentist, the Enrollee pays the specified Copayment(s).  Listed procedures which require a Dentist to provide Specialist Services, and are referred by the assigned Contract Dentist, must be authorized by Delta Dental. The Enrollee pays the Copayment(s) specified for such services.

Optional or upgraded procedure(s) are defined as any alternative procedure(s) presented by the Contract Dentist and formally agreed upon by financial consent that satisfies the same dental need as a covered procedure. Enrollee may elect an Optional or upgraded procedure, subject to the limitations and exclusions of this Plan. The applicable charge to the Enrollee is the difference between the Contract Dentist's regularly charged fee (or contracted fee, when applicable) for the Optional or upgraded procedure and the covered procedure, plus any applicable Copayment(s) for the covered procedure.

Additional Endnotes to Covered California's 2020 Dental Standard Benefit Plan Designs

Pediatric Dental EHB Notes (only applicable to the pediatric portion of the Children's Dental Plan or Family Dental Plan)

1.  In a plan with two or more children, cost sharing payments made by each individual child for in-network services contribute to the family in-network deductible, if applicable, as well as the family out-of-pocket maximum.

2.  In a plan with two or more children, cost sharing payments made by each individual child for out-of-network covered services contribute to the family out-of-network deductible, if applicable, and do not accumulate to the family out-of-pocket maximum.

3.  Administration of these plan designs must comply with requirements of the pediatric dental EHB benchmark plan, including coverage of services in circumstances of medical necessity as defined in the Early Periodic Screening, Diagnosis and Treatment ("EPSDT") benefit.

**SCHEDULE B**
**Limitations and Exclusions of Benefits for Pediatric Enrollees**
**DeltaCare® USA**
**Children's Dental HMO**
**For Small Businesses**

**Limitations of Benefits for Pediatric Enrollees**

1. The frequency of certain Benefits is limited. All frequency limitations are listed in *Schedule A, Description of Benefits and Copayments.* Additional requests, beyond the stated frequency limitations, for prophylaxis, fluoride and scaling procedures (D1110, D1120, D1206, D1208 and D4346) shall be considered for prior Authorization when documented medical necessity is justified due to a physical limitation and/or an oral condition that prevents daily oral hygiene.

2. A filling [D2140-D2161, D2330-D2335, D2391-D2394] is a Benefit for the removal of decay, for minor repairs of tooth structure or to replace a lost filling.

3. A crown [covered codes only between D2710-D2791] is a Benefit when there is insufficient tooth structure to support a filling or to replace an existing crown that is non-functional or non-restorable and meets the five+ year (60+ months) limitation.

4. The replacement of an existing crown [covered codes only between D2710-D2791], fixed partial denture (bridge) [covered codes only between D6211-D6245, D6251, D6721-D6791], or a removable full or partial denture [covered codes only between D5211-D5214, D5221-D5224] is covered when:

   a. The existing restoration/bridge/denture is no longer functional and cannot be made functional by repair or adjustment, and

   b. Either of the following:
      - The existing non-functional restoration/bridge/denture was placed five or more years (60+ months) prior to its replacement, or
      - If an existing partial denture is less than five years old (60 months), but must be replaced by a new partial denture due to the loss of a natural tooth, which cannot be replaced by adding another tooth to the existing partial denture.

5. Coverage for the placement of a fixed partial denture (bridge) [covered codes only between D6211-D6245, D6251, D6721-D6791] or removable partial denture [covered codes only between D5211-D5214, D5221-D5224]:

   a. Fixed partial denture (bridge):
      - A fixed partial denture is a Benefit only when medical conditions or employment preclude the use of a removable partial denture.
      - The sole tooth to be replaced in the arch is an anterior tooth, and the abutment teeth are not periodontally involved, or
      - The new bridge would replace an existing, non-functional bridge utilizing identical abutments and pontics, or
      - Each abutment tooth to be crowned meets Limitation #3.

   b. Removable partial denture:
      - Cast metal (D5213, D5214, D5223, D5224), one or more teeth are missing in an arch.
      - Resin based (D5211, D5212, D5221, D5222), one or more teeth are missing in an arch and abutment teeth have extensive periodontal disease.

6. Excision of the frenum [D7960] is a Benefit only when it results in limited mobility of the tongue, it causes a large diastema between teeth or it interferes with a prosthetic appliance.

7. A new removable partial [covered codes only between D5211-D5214, D5221-D5224] or complete [D5110-D5140] or covered immediate denture [D5130, D5140] includes after delivery adjustments and tissue

conditioning at no additional cost for the first six months after placement if the Enrollee continues to be eligible and the service is provided at the Contract Dentist's facility where the denture was originally delivered.

8.   Immediate dentures [D5130, D5140, D5221–D5224] are covered when one or more of the following conditions are present:

   a.   Extensive or rampant caries are exhibited in the radiographs, or

   b.   Severe periodontal involvement indicated, or

   c.   Numerous teeth are missing resulting in diminished chewing ability adversely affecting the Enrollee's health.

9.   Maxillofacial prosthetic services [covered codes only between D5911-D5999] for the anatomic and functional reconstruction of those regions of the maxilla and mandible and associated structures that are missing or defective because of surgical intervention, trauma (other than simple or compound fractures), pathology, developmental or congenital malformations.

10.   All maxillofacial prosthetic procedures [covered codes only between D5911-D5999] require prior authorization for medically necessary procedures.

11.   Implant services [covered codes only between D6010-D6199] are a Benefit only under exceptional medical conditions. Exceptional medical conditions include, but are not limited to:

   a.   Cancer of the oral cavity requiring ablative surgery and/or radiation leading to destruction of alveolar bone, where the remaining osseous structures are unable to support conventional dental prosthesis.

   b.   Severe atrophy of the mandible and/or maxilla that cannot be corrected with vestibular extension procedures [D7340, D7350] or osseous augmentation procedures [D7950], and the Enrollee is unable to function with conventional prosthesis.

   c.   Skeletal deformities that preclude the use of conventional prosthesis (such as arthrogryposis, ectodermal dysplasia, partial anaodontia and cleidocranial dysplasia).

12.   Temporomandibular joint dysfunction ("TMJ") procedure codes [covered codes only between D7810-D7880] are limited to differential diagnosis and symptomatic care and require prior Authorization.

13.   Certain listed procedures performed by a Contract Specialist may be considered to be primary under the Enrollee's medical coverage. Dental Benefits will be coordinated accordingly.

14.   Deep sedation/general anesthesia [D9222, D9223] or intravenous conscious sedation/analgesia [D9239, D9243] for covered procedures requires documentation to justify the medical necessity based on a mental or physical limitation or contraindication to a local anesthesia agent.

**Exclusions of Benefits for Pediatric Enrollees**

   1.   Any procedure that is not specifically listed under *Schedule A, Description of Benefits and Copayments.*

   2.   All related fees for admission, use, or stays in a hospital, out-patient surgery center, extended care facility, or other similar care facility.

   3.   Lost or theft of full or partial dentures [covered codes only between D5110, D5120, D5130, D5140, D5211, D5212, D5213, D5214, D5221, D5222, D5223, D5224], space maintainers [D1510–D1575], crowns [D2390, D2710–D2791], fixed partial dentures (bridges) [covered codes only between D6211-D6245, D6251, D6721-D6791] or other appliances.

4.   Dental expenses incurred in connection with any dental procedures started after termination of eligibility for coverage.

5.   Dental expenses incurred in connection with any dental procedure before the Enrollee's eligibility in this Plan. Examples include: teeth prepared for crowns, partials and dentures, root canals in progress.

6.   Congenital malformations (e.g. congenitally missing teeth, supernumerary teeth, enamel and dentinal dysplasias, etc.) unless included in *Schedule A*.

7.   Dispensing of drugs not normally supplied in a dental facility unless included in *Schedule A*.

8.   Any procedure that in the professional opinion of the Contract Dentist, Contract Specialist, or dental plan consultant:

   a.   has poor prognosis for a successful result and reasonable longevity based on the condition of the tooth or teeth and/or surrounding structures, or

   b.   is inconsistent with generally accepted standards for dentistry.

9.   Dental services received from any dental facility other than the assigned Contract  Dentist including the services of a dental specialist, unless expressly authorized or as cited under the "Emergency Dental Services" and "Urgent Dental Services" sections of the EOC. To obtain written Authorization, the Enrollee should call Delta Dental's Customer Care at 800-589-4618.

10.   Consultations [D9310, D9311] or other diagnostic services [covered codes only between D0120–D0999], for non-covered Benefits.

11.   Single tooth implants [covered codes only between D6000–D6199].

12.   Restorations [covered codes only between D2330-D2335, D2391-D2394, D2710-D2791, D6211-D6245, D6251, D6721-D6791] placed solely due to cosmetics, abrasions, attrition, erosion, restoring or altering vertical dimension, congenital or developmental malformation of teeth.

13.   Preventive [covered codes only between D1110-D1575], endodontic [covered codes only between D3110-D3999] or restorative [covered codes only between D2140-D2999] procedures are not a Benefit for teeth to be retained for overdentures.

14.   Partial dentures [covered codes only between D5211-5214, D5221-D5224] are not a Benefit to replace missing 3rd molars, unless the 3rd molar occupies the 1st or 2nd molar position or is an abutment for a partial denture with cast clasps or rests.

15.   Appliances or restorations necessary to increase vertical dimension, replace or stabilize tooth structure loss by attrition, realignment of teeth [covered codes only between D8000-D8999], periodontal splinting [D4320-D4321], gnathologic recordings, equilibration [D9952] or treatment of disturbances of the TMJ [covered codes only between D0310-D0322, D7810-D7899], unless included in *Schedule A*.

16.   An initial treatment plan which involves the removal and reestablishment of the occlusal contacts of 10 or more teeth with crowns, onlays, fixed partial dentures (bridges), or any combination of these, [covered codes only between D2710-D2791, D6211-D6245, D6721-D6791] is considered to be full mouth reconstruction under this Plan. Crowns, onlays and fixed partial dentures associated with such a treatment plan are not covered Benefits. This exclusion does not eliminate the Benefit for other covered services.

17.    Porcelain denture teeth, precision abutments for removable partials [D5862] or fixed partial dentures (overlays, implants, and appliances associated therewith) [D6940, D6950] and personalization and characterization of complete and partial dentures.

18.    Extraction of teeth [D7111, D7140, D7210, D7220-D7240], when teeth are asymptomatic/ non-pathologic (no signs or symptoms of pathology or infection), including but not limited to the removal of third molars.

19.    TMJ dysfunction treatment modalities that involve prosthodontia [D5110-D5224, D6211-D6245, D6251, D6721-D6791], orthodontia [covered codes only between D8000–D8999], and full or partial occlusal rehabilitation or TMJ dysfunction procedures [covered codes only between D0310-D0322, D7810-D7899] solely for the treatment of bruxism.

20.    Vestibuloplasty/ridge extension procedures [D7340, D7350] performed on the same date of service as extractions [D7111-D7250] on the same arch.

21.    Deep sedation/general anesthesia [D9222, D9223] for covered procedures on the same date of service as analgesia, anxiolysis, inhalation of nitrous oxide or for intravenous conscious sedation/analgesia [D9239, D9243].

22.    Intravenous conscious sedation/analgesia [D9239, D9243] for covered procedures on the same date of service as analgesia, anxiolysis, inhalation of nitrous oxide or for deep sedation/general anesthesia [D9222, D9223].

23.    Inhalation of nitrous oxide [D9230] when administered with other covered sedation procedures.

24.    Cosmetic dental care [exclude covered codes in this list if done for purely cosmetic reasons: D2330-D2394, D2710–D2751, D2940, D6211-D6245, D6251, D6721-D6791, D8000-D8999].

25.    Orthodontic treatment [covered codes only between D8000–D8999] must be provided by a licensed dentist. Self-administered orthodontics are not covered.

26.    The removal of fixed orthodontic appliances [D8680] for reasons other than completion of treatment is not a covered benefit.

**Medically Necessary Orthodontics for Pediatric Enrollees**

1.    Coverage for comprehensive orthodontic treatment [D8080] requires acceptable documentation of a handicapping malocclusion as evidence by a minimum score of 26 points on the Handicapping Labio-Lingual Deviation ("HLD") Index California Modification Score Sheet Form and pre-treatment diagnostic casts [D0470]. Comprehensive orthodontic treatment [D8080]:

    a.   is limited to Enrollees who are between 13 through 18 years of age with a permanent dentition without a cleft palate or craniofacial anomaly; but

    b.   may start at birth for patients with a cleft palate or craniofacial anomaly.

2.    Removable appliance therapy [D8210] or fixed appliance therapy [D8220] is limited to Enrollee between 6 to 12 years of age, once in a lifetime, to treat thumb sucking and/or tongue thrust.

3.    The Benefit for a pre-orthodontic treatment examination [D8660] includes needed oral/facial photographic images [D0350, D0351]. Neither the Enrollee nor the plan may be charged for D0350 or D0351 in conjunction with a pre-orthodontic treatment examination.

4. The number of covered periodic orthodontic treatment [D8670] visits and length of covered active orthodontics is limited to a maximum of up to:

    a. Handicapping malocclusion - Eight (8) quarterly visits;

    b. Cleft palate or craniofacial anomaly - Six (6) quarterly visits for treatment of primary dentition;

    c. Cleft palate or craniofacial anomaly - Eight (8) quarterly visits for treatment of mixed dentition; or

    d. Cleft palate or craniofacial anomaly - Ten (10) quarterly visits for treatment of permanent dentition.

    e. Facial growth management – Four (4) quarterly visits for treatment of primary dentition;

    f. Facial growth management – Five (5) quarterly visits for treatment of mixed dentition;

    g. Facial growth management - Eight (8) quarterly visits for treatment permanent dentition.

5. Orthodontic retention [D8680] is a separate Benefit after the completion of covered comprehensive orthodontic treatment [D8080] which:

    a. Includes removal of appliances and the construction and place of retainer(s) [D8680]; and

    b. Is limited to Enrollees under age 19 and to one per arch after the completion of each phase of active treatment for retention of permanent dentition unless treatment was for a cleft palate or a craniofacial anomaly.

An adjustment of an orthodontic retainer is included in the fee for the retainer for the first six months after delivery.

6. Copayment is payable to the Contract Orthodontist who initiates banding in a course of prior authorized orthodontic treatment [covered codes only between D8000–D8999]. If, after banding has been initiated, the Enrollee changes to another Contract Orthodontist to continue orthodontic treatment, the Enrollee:

    a. will not be entitled to a refund of any amounts previously paid, and

    b. will be responsible for all payments, up to and including the full Copayment, that are required by the new Contract Orthodontist for completion of the orthodontic treatment.

7. Should an Enrollee's coverage be canceled or terminated for any reason, and at the time of cancellation or termination be receiving any orthodontic treatment [covered codes only between D8000–D8999], the Enrollee will be solely responsible for payment for treatment provided after cancellation or termination, except:

If an Enrollee is receiving ongoing orthodontic treatment at the time of termination, Delta Dental will continue to provide orthodontic Benefits for:

    a. For 60 days if the Enrollee is making monthly payments to the Contract Orthodontist; or

    b. Until the later of 60 days after the date coverage terminates or the end of the quarter in progress, if the Enrollee is making quarterly payments to the Contract Orthodontist.

At the end of 60 days (or at the end of the Quarter), the Enrollee's obligation shall be based on the Contract Orthodontist's usual fee at the beginning of treatment. The Contract Orthodontist will prorate the amount over the number of months to completion of the treatment. The Enrollee will make payments based on an arrangement with the Contract Orthodontist.

**SCHEDULE C**
**Information Concerning Benefits Under The DeltaCare USA Plan**

THIS MATRIX IS INTENDED TO BE USED TO COMPARE COVERAGE BENEFITS AND IS A SUMMARY ONLY. THE EOC SHOULD BE CONSULTED FOR A DETAILED DESCRIPTION OF PLAN BENEFITS AND LIMITATIONS.

| | |
|---|---|
| (A) Deductibles | None |
| (B) Lifetime Maximums | None |
| (C) Out-of-Pocket Maximum | Individual            $350.00<br>Multiple Child     $700.00 |
| (D) Professional Services | An Enrollee may be required to pay a Copayment amount for each procedure as shown in *Schedule A, Description of Benefits and Copayments for Pediatric Enrollees*, subject to the limitations and exclusions of this plan.<br><br>Copayments range by category of service.<br>Examples are as follows:<br><table><tr><td>Diagnostic Services</td><td colspan="3">No Charge</td></tr><tr><td>Preventive Services</td><td colspan="3">No Charge</td></tr><tr><td>Restorative Services</td><td>$ 20.00</td><td>-</td><td>$ 310.00</td></tr><tr><td>Endodontic Services</td><td>$ 20.00</td><td>-</td><td>$ 365.00</td></tr><tr><td>Periodontic Services</td><td>$ 10.00</td><td>-</td><td>$ 350.00</td></tr><tr><td>Prosthodontic Services,<br>   Removable</td><td>$ 20.00</td><td>-</td><td>$ 350.00</td></tr><tr><td>Maxillofacial Prosthetics</td><td>$ 35.00</td><td>-</td><td>$ 350.00</td></tr><tr><td>Implant Services<br>   (medically necessary only)</td><td>$ 25.00</td><td>-</td><td>$ 350.00</td></tr><tr><td>Prosthodontic Services, Fixed</td><td>$ 40.00</td><td>-</td><td>$ 300.00</td></tr><tr><td>Oral and Maxillofacial Surgery</td><td>$ 30.00</td><td>-</td><td>$ 350.00</td></tr><tr><td>Orthodontic Services<br>   (medically necessary only)</td><td>$ 350.00</td><td>-</td><td>$ 350.00</td></tr><tr><td>Adjunctive General Services</td><td>No Charge</td><td>-</td><td>$210.00</td></tr></table><br>NOTE: Limitations apply to the frequency with which some services may be obtained.  For example: cleanings are limited to one in a 6-month period; Replacement of a crown is limited to once every 5+ years (60+ months) for Pediatric Enrollees. |
| (E) Outpatient Services | Not Covered |
| (F) Hospitalization Services | Not Covered |
| (G) Emergency Dental Coverage | Benefits for Emergency Dental Services by an Out-of-Network Dentist are limited to necessary care to stabilize the Enrollee's condition and/or provide palliative relief. |
| (H) Ambulance Services | Not Covered |
| (I) Prescription Drug Services | Not Covered |
| (J) Durable Medical Equipment | Not Covered |
| (K) Mental Health Services | Not Covered |
| (L) Chemical Dependency<br>     Services | Not Covered |
| (M) Home Health Services | Not Covered |
| (N) Other | Not Covered |

Each individual procedure within each category listed above, and that is covered under the pan, has a specific Copayment that is shown in Schedule A, Description of Benefits and Copayments for Pediatric Enrollees in the EOC.

OPGScC-CA-dc-20

DeltaCare® USA

deltadentalins.com

## HIPAA Notice of Privacy Practices

**CONFIDENTIALITY OF YOUR HEALTH INFORMATION**

THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY. Our privacy practices reflect applicable federal law as well as state law. The privacy laws of a particular state or other federal laws might impose a stricter privacy standard. If these stricter laws apply and are not superseded by federal preemption rules under the Employee Retirement Income Security Act of 1974, the Plans will comply with the stricter law.

We are required by law to maintain the privacy and security of your Protected Health Information (PHI). Protected Health Information (PHI) is information that is maintained or transmitted by Delta Dental, which may identify you and that relates to your past, present, or future physical or mental health condition and related health care services.

Some examples of PHI include your name, address, telephone and/or fax number, electronic mail address, social security number or other identification number, date of birth, date of treatment, treatment records, x-rays, enrollment and claims records. We receive, use and disclose your PHI to administer your benefit plan as permitted or required by law.

We must follow the federal and state privacy requirements described that apply to our administration of your benefits and provide you with a copy of this notice. We reserve the right to change our privacy practices when needed and we promptly post the updated notice within 60 days on our website.

**PERMITTED USES AND DISCLOSURES OF YOUR PHI**

**Uses and disclosures of your PHI for treatment, payment or health care operations**
Your explicit authorization is not required to disclose information for purposes of health care treatment, payment of claims, billing of premiums, and other health care operations. Examples of this include processing your claims, collecting enrollment information and premiums, reviewing the quality of health care you receive, providing customer service, resolving your grievances, and sharing payment information with other insurers, determine your eligibility for services, billing you or your plan sponsor.

If your benefit plan is sponsored by your employer or another party, we may provide PHI to your employer or plan sponsor to administer your benefits. As permitted by law, we may disclose PHI to third-party affiliates that perform services on our behalf to administer your benefits. Any third-party affiliates performing services on our behalf has signed a contract agreeing to protect the confidentiality of your PHI and has implemented privacy policies and procedures that comply with applicable federal and state law.

**Permitted uses and disclosures without an authorization**

We are permitted to disclose your PHI upon your request, or to your authorized personal representative (with certain exceptions), when required by the U. S. Secretary of Health and Human Services to investigate or determine our compliance with the law, and when otherwise required by law. We may disclose your PHI without your prior authorization in response to the following:

- Court order;
- Order of a board, commission, or administrative agency for purposes of adjudication pursuant to its lawful authority;
- Subpoena in a civil action;
- Investigative subpoena of a government board, commission, or agency;
- Subpoena in an arbitration;
- Law enforcement search warrant; or
- Coroner's request during investigations.

Some other examples include: to notify or assist in notifying a family member, another person, or a personal representative of your condition; to assist in disaster relief efforts; to report victims of abuse, neglect or domestic violence to appropriate authorities; for organ donation purposes; to avert a serious threat to health or safety; for specialized government functions such as military and veterans activities; for workers' compensation purposes; and, with certain restrictions, we are permitted to use and/or disclose your PHI for underwriting, provided it does not contain genetic information. Information can also be de-identified or summarized so it cannot be traced to you and, in selected instances, for research purposes with the proper oversight.

**Disclosures made with your authorization**

We will not use or disclose your PHI without your prior written authorization unless permitted by law. If you grant an authorization, you can later revoke that authorization, in writing, to stop the future use and disclosure.

**YOUR RIGHTS REGARDING PHI**

**You have the right to request an inspection of and obtain a copy of your PHI.**

You may access your PHI by providing a written request. Your request must include (1) your name, address, telephone number and identification number, and (2) the PHI you are requesting. We will provide a copy or a summary of your health and claims records, usually within 30 days of your request. We may charge a fee for the costs of copying, mailing, or other supplies associated with your request. We will only maintain PHI that we obtain or utilize in providing your health care benefits. We may not maintain some PHI, such as treatment records or x-rays after we have completed our review of that information. You may need to contact your health care provider to obtain PHI that we do not possess.

You may not inspect or copy PHI compiled in reasonable anticipation of, or use in, a civil, criminal, or administrative action or proceeding, or PHI that is otherwise not subject to disclosure under federal or state law. In some circumstances, you may have a right to have this decision reviewed.

**You have the right to request a restriction of your PHI.**
You have the right to ask that we limit how we use and disclose your PHI; however, you may not restrict our legal or permitted uses and disclosures of PHI. While we will consider your request, we are not legally required to accept those requests that we cannot reasonably implement or comply with during an emergency.

**You have the right to correct or update your PHI.**
You may request to make an amendment of PHI we maintain about you. In certain cases, we may deny your request for an amendment. If we deny your request for amendment, you have the right to file a statement of disagreement with us and we may prepare a rebuttal to your statement and will provide you with a copy of any such rebuttal within 60 days. If your PHI was sent to us by another, we may refer you to that person to amend your PHI. For example, we may refer you to your provider to amend your treatment chart or to your employer, if applicable, to amend your enrollment information.

**You have rights related to the use and disclosure of your PHI for marketing.**
We will obtain your authorization for the use or disclosure of PHI for marketing when required by law. You have the right to withdraw your authorization at any time. We do not use your PHI for fundraising purposes.

**You have the right to request or receive confidential communications from us by alternative means or at a different address.**
You have the right to request that we communicate with you in a certain way or at a certain location. For example, you can ask that we only contact you at work or by mail. We will not ask you the reason for your request. We will accommodate all reasonable requests. Your request must specify how or where you wish to be contacted.

**You have the right to receive an accounting of certain disclosures we have made, if any, of your PHI.**
You have a right to an accounting of disclosures with some restrictions. This right does not apply to disclosures for purposes of treatment, payment, or health care operations or for information we disclosed after we received a valid authorization from you. Additionally, we do not need to account for disclosures made to you, to family members or friends involved in your care, or for notification purposes. We do not need to account for disclosures made for national security reasons, certain law enforcement purposes or disclosures made as part of a limited data set. We'll provide one accounting a year for free but will charge a reasonable, cost-based fee if you ask for another accounting within 12 months.

**You have the right to a paper copy of this notice.**
A copy of this notice is posted on our website. You may also request that a copy be sent to you.

**You have the right to be notified following a breach of unsecured protected health information.**

We will notify you in writing, at the address on file, if we discover we compromised the privacy of your PHI.

**You have the right to choose someone to act for you.**
If you have given someone medical power of attorney or if someone is your legal guardian, that person can exercise your rights and make choices about your health information. We will make sure the person has this authority and can act for you before we take any action.

**COMPLAINTS**
You may file a complaint with us and/or with the U. S. Secretary of Health and Human Services if you believe we have violated your privacy rights. We will not retaliate against you for filing a complaint.

**CONTACTS**
You may contact us by calling 800-589-4618, or you may write to the address listed below for further information about the complaint process or any of the information contained in this notice.

DeltaCare USA
PO Box 1870
Alpharetta, GA 30023

This notice is effective on and after March 1, 2019.

DeltaCare USA is underwritten in these states by these entities: AL — Alpha Dental of Alabama, Inc.; AZ — Alpha Dental of Arizona, Inc.; CA — Delta Dental of California; AR, CO, IA, MA, ME, MI, MN, NC, ND, NE, NH, OK, OR, RI, SC, SD, VA, VT, WA, WI, WY — Dentegra Insurance Company; AK, CT, DC, DE, FL, GA, KS, LA, MS, MT, TN, WV — Delta Dental Insurance Company; HI, ID, IL, IN, KY, MD, MO, NJ, OH, TX — Alpha Dental Programs, Inc.; NV — Alpha Dental of Nevada, Inc.; UT — Alpha Dental of Utah, Inc.; NM — Alpha Dental of New Mexico, Inc.; NY — Delta Dental of New York, Inc.; PA — Delta Dental of Pennsylvania. Delta Dental Insurance Company acts as the DeltaCare USA administrator in all these states. These companies are financially responsible for their own products.

Can you read this document? If not, we can have somebody help you read it. You may also be able to get this document written in your language. For free help, please call 800-589-4618     (TTY: 711).

¿Puede leer este documento? Si no, podemos encontrar a alguien que lo ayude a leerlo. También puede obtener este documento escrito en su idioma. Para obtener ayuda gratuita, llame al     800-589-4618     (servicio de retransmisión TTY deben llamar al 711). (Spanish)

您能自行閱讀本文件嗎？如果不能，我們可請人幫助您閱讀。您還可以請人以您的語言撰寫本文件。如需免費幫助，請致電 800-589-4618  (TTY: 711)。(Chinese)

Nababasa mo ba ang dokumentong ito? Kung hindi, may tao kaming makakatulong sa iyong basahin ito. Maaari mo ring makuha ang dokumentong ito nang nakasulat sa iyong wika. Para sa libreng tulong, pakitawagan ang     800-589-4618 (TTY: 711). (Tagalog)

Bạn có đọc được tài liệu này không? Nếu không, chúng tôi sẽ cử một ai đó giúp bạn đọc. Bạn cũng có thể nhận được tài liệu này viết bằng ngôn ngữ của bạn. Để nhận được trợ giúp miễn phí, vui lòng gọi     800-589-4618     (TTY: 711). (Vietnamese)

이 문서를 읽으실 수 있습니까? 읽으실 수 없으면 다른 사람이 대신 읽어드릴 수 있습니다. 한국어로 번역된 문서를 받으실 수도 있습니다. 무료로 도움을 받기를 원하시면   800-589-4618   (TTY: 711) 번으로 연락하십시오.  (Korean)

Ձուք կարող եք կարդալ այս փաստաթուղթը: Եթե ոչ, մենք որևէ մեկին կգտնենք, ով կօգնի ձեզ կարդալ: Ձուք կարող եք նաև այս փաստաթուղթը ստանալ գրված ձեր լեզվով: Անվճար օգնության համար խնդրում ենք զանգահարել     800-589-4618 (TTY 711): (Armenian)

آیا می توانید این متن را بخوانید؟ در صورتی که نمی توانید، ما قادریم کسی را بیابیم تا در خواندن این متن به شما کمک کند. همچنین ممکن است بتوانید این متن را به زبان خود دریافت کنید. برای کمک رایگان با این شماره تماس بگیرید:   800-589-4618 (TTY: 711). (Persian Farsi)

هل تستطيع قراءة هذا المستند؟ إذا كنت لا تستطيع، يمكننا أن نوفر لك من يساعدك في قراءتها. ربما يمكنك أيضًا الحصول على هذا المستند مكتوبًا بلغتك للمساعدة المجانية اتصل بـ   800-589-4618 (TTY: 711). (Arabic)

Вы можете прочитать этот документ? Если нет, мы можем предоставить вам кого-нибудь, кто поможет вам прочитать его. Вы также можете получить этот документ на своем языке. Для получения бесплатной помощи, просьба звонить по номеру 800-589-4618     (телетайп: 711). (Russian)

क्या आप इस दस्तावेज़ को पढ़ सकते हैं? यदि नहीं, तो हम इसे पढ़ने में आपकी सहायता करने हेतु किसी की व्यवस्था कर सकते हैं। आप इस दस्तावेज़ को अपनी भाषा में लिखा हुआ भी प्राप्त कर सकते हैं। निशुल्क सहायता के लिए, कृपया यहाँ कॉल करें 800-589-4618     (TTY: 711)। (Hindi)

この文書をお読みになれますか？お読みになれない場合には音読ボランティアを手配させていただきます。この文書をご希望の言語に訳したものをお送りできる場合もあります。無料のサポートについては、 800-589-4618   (TTY: 711) までお問い合わせください。(Japanese)

ਕੀ ਤੁਸੀਂ ਇਸ ਦਸਤਾਵੇਜ਼ ਨੂੰ ਪੜ੍ਹ ਸਕਦੇ ਹੋ? ਜੇਕਰ ਨਹੀਂ, ਤਾਂ ਅਸੀਂ ਇਸ ਨੂੰ ਪੜ੍ਹਨ ਵਿੱਚ ਤੁਹਾਡੀ ਮਦਦ ਕਰਨ ਲਈ ਕਿਸੇ ਵਿਅਕਤੀ ਨੂੰ ਲਿਆ ਸਕਦੇ ਹਾਂ। ਤੁਹਾਨੂੰ ਇਹ ਦਸਤਾਵੇਜ਼ ਆਪਣੀ ਭਾਸ਼ਾ ਵਿੱਚ ਲਿਖਿਆ ਹੋਇਆ ਵੀ ਪ੍ਰਾਪਤ ਹੋ ਸਕਦਾ ਹੈ। ਮੁਫਤ ਵਿੱਚ ਮਦਦ ਲਈ, ਕਿਰਪਾ ਕਰਕੇ     800-589-4618   (TTY: 711) ਨੂੰ ਕਾਲ ਕਰੋ। (Punjabi)

Koj nyeem puas tau daim ntawv no? Yog koj nyeem tsis tau, peb muaj neeg pab nyeem rau koj. Tsis tas li ntawd xwb, tej zaum kuj muab daim ntawv no sau ua koj hom lus tau thiab. Yog yuav thov kev pab dawb, thov hu rau     800-589-4618 (TTY: 711). (Hmong)

តើលោកអ្នកអាចអានឯកសារនេះបានទេ? បើសិនមិនអាចទេ យើងអាចឱ្យនរណាម្នាក់ជួយអានឯកសារ។ លោកអ្នកក៏អាចទទួលបាន ឯកសារនេះជាលាយលក្ខណ៍អក្សរជាភាសារបស់លោកអ្នក ផងដែរ។ សម្រាប់ជំនួយឥតគិតថ្លៃ សូមទូរស័ព្ទទៅ 800-589-4618     (TTY: 711)។ (Cambodian)

คุณสามารถอ่านเอกสารนี้ได้หรือไม่? หากไม่ได้ เราสามารถหาคนมาช่วยคุณอ่านได้ นอกจากนี้ คุณยังสามารถรับเอกสารนี้ที่เขียนในภาษา ของคุณได้อีกด้วย รับความช่วยเหลือฟรีได้โดยโทรไปที่     800-589-4618     (TTY: 711) (Thai)

DeltaCare® USA

deltadentalins.com

## Non-Discrimination Disclosure

**Discrimination is Against the Law**

We comply with applicable federal civil rights laws and do not discriminate on the basis of race, color, national origin, age, disability, or sex, including sex stereotypes and gender identity. We do not exclude people or treat them differently because of their race, color, national origin, age, disability, or sex.

Coverage for medically necessary health services are available on the same terms for all individuals, regardless of sex assigned at birth, gender identity, or recorded gender. We will not deny or limit coverage to any health service based on the fact that an individual's sex assigned at birth, gender identity, or recorded gender is different from the one to which such health service is ordinarily available. We will not deny or limit coverage for a specific health service related to gender transition if such denial or limitation results in discriminating against a transgender individual.

If you believe that we have failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance electronically online, over the phone with a customer service representative, or by mail.

DeltaCare USA
PO Box 1870
Alpharetta, GA 30023
800-589-4618
deltadentalins.com

You can also file a civil rights complaint with the U.S. Department of Health and Human Services Office for Civil Rights electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at: U.S. Department of Health and Human Services, 200 Independence Avenue SW, Room 509F, HHH Building, Washington DC 20201, 1-800-368-1019, 800-537-7697 (TDD). Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.

We provide free aids and services to people with disabilities to communicate effectively with us, such as:
- qualified sign language interpreters
- written information in other formats (large print, audio, accessible electronic formats, other formats)

We also provide free language services to people whose primary language is not English, such as:

- qualified interpreters
- information written in other languages

If you need these services, contact our Customer Service department.

DeltaCare USA is underwritten in these states by these entities: AL — Alpha Dental of Alabama, Inc.; AZ — Alpha Dental of Arizona, Inc.; CA — Delta Dental of California; AR, CO, IA, MA, ME, MI, MN, NC, ND, NE, NH, OK, OR, RI, SC, SD, VA, VT, WA, WI, WY — Dentegra Insurance Company; AK, CT, DC, DE, FL, GA, KS, LA, MS, MT, TN, WV — Delta Dental Insurance Company; HI, ID, IL, IN, KY, MD, MO, NJ, OH, TX — Alpha Dental Programs, Inc.; NV — Alpha Dental of Nevada, Inc.; UT — Alpha Dental of Utah, Inc.; NM — Alpha Dental of New Mexico, Inc.; NY — Delta Dental of New York, Inc.; PA — Delta Dental of Pennsylvania. Delta Dental Insurance Company acts as the DeltaCare USA administrator in all these states. These companies are financially responsible for their own products.

DeltaCare® USA

<span style="float:right">deltadentalins.com</span>

# ENROLLEE NOTICES

Federal and state laws require enrollees to be notified on a periodic basis about enrollee rights and privacy practices.  Below is a summary of the notices that are available under the legal or privacy section of our webpage. To access the most current version and the full text of each notice, please visit our website at deltadentalins.com.

**Federal Notices:**
- **HIPAA Notice of Privacy Practices (NPP):** Federal regulations require insurance plans to share information about the company's privacy practices. This is called a "Notice of Privacy Practices (NPP)" and should be read when an individual first becomes an enrollee and reviewed at least every three years thereafter.

- **Gramm-Leach-Bliley (GLB):** Financial institutions and insurance companies must describe how demographic and financial information is collected and shared. California requires a state specific notice called the California Financial Privacy Notice, which is described below under the State Notices section.

- **Notice of Non-Discrimination:** We comply with applicable federal civil rights laws and do not discriminate on the basis of race, color, national origin, age, disability, or sex, including sex stereotypes and gender identity.  If you believe we have failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance electronically online, over the phone with a customer service representative, or by mail.

- **Language Assistance Notice and Survey:** Delta Dental provides phone interpretation to callers who do not speak English. In California, Delta Dental will also provide, on request, a translated copy of certain vital documents in either Spanish or Chinese. In Maryland and Washington DC, enrollees may receive grievance materials in Spanish or Chinese.

**State Notices:**
- **CA Financial Privacy Notice:** This notice to Californians describes our demographic and financial information collection and sharing practices. It is similar to the Gramm-Leach-Bliley (GLB) notice described above.

- **CA Grievance Process:** This notice describes our procedure for processing and resolving enrollee grievances and gives the address and phone number to make a complaint. Californians are encouraged to read this notice when they first enroll and annually thereafter.
- **CA Timely Access to Care:** California law requires heath plans to provide timely access to care.  This law sets limits on how long enrollees have to wait to get appointments and telephone assistance.

- **CA Tissue and Organ Donations:** This notice informs subscribers of the societal benefits of organ donation and the methods they can use to become organ and/or tissue donors. California regulations require every health plan to provide this information upon enrollment and annually thereafter.

For questions concerning the notices, please contact us at 800-589-4618**.** You may also write to us at:

DeltaCare USA
PO Box 1870
Alpharetta, GA 30023

DeltaCare USA is underwritten in these states by these entities: AL — Alpha Dental of Alabama, Inc.; AZ — Alpha Dental of Arizona, Inc.; CA — Delta Dental of California; AR, CO, IA, MA, ME, MI, MN, NC, ND, NE, NH, OK, OR, RI, SC, SD, VA, VT, WA, WI, WY — Dentegra Insurance Company; AK, CT, DC, DE, FL, GA, KS, LA, MS, MT, TN, WV — Delta Dental Insurance Company; HI, ID, IL, IN, KY, MD, MO, NJ, OH, TX — Alpha Dental Programs, Inc.; NV — Alpha Dental of Nevada, Inc.; UT — Alpha Dental of Utah, Inc.; NM — Alpha Dental of New Mexico, Inc.; NY — Delta Dental of New York, Inc.; PA — Delta Dental of Pennsylvania. Delta Dental Insurance Company acts as the DeltaCare USA administrator in all these states. These companies are financially responsible for their own products.

# Exhibit C



**California*Choice*®**
Your Health. Your Choice.®

721 South Parker, Suite 200, Orange, CA 92868
(800) 558-8003 • www.calchoice.com

# Medical / Dental / Life / Vision
# Enrollment Application

**COMPLETE WAIVER SECTION ON PAGE 4 IF YOU OR ANY OF YOUR DEPENDENTS ARE NOT ENROLLING.**
**COMPLETE AN EMPLOYEE CHANGE REQUEST FORM IF YOU ARE AN EXISTING MEMBER AND NEED TO MAKE CHANGES.**
**FOR PRIMARY CARE PHYSICIAN CHANGE ONLY, PLEASE CONTACT YOUR HEALTH PLAN DIRECTLY.**

**Select one** ☐ New Business  ☑ New Hire  ☐ New Renewal  ☐ New COBRA  ☐ Qualifying/Triggering Event

## A   Personal Information

**Company Name**
CALIFORNIA FOUNDTION FOR INDEPENDENT LIVING CENTERS

**Group #**
2 9 4 9 3

**Employee Job Title**
C O M M U N I T Y   O R G A N I Z E R

**Full-Time Employment Date (MM/DD/YYYY)**
0 4 / 0 1 / 2 0 2 0
(exclude any orientation periods, if applicable)

**Gender** ☑ M ☐ F   **Status** ☐ Married  ☑ Single  ☐ Domestic Partner

**Employee Last Name**
R A W L I N G S

**Employee Social Security #**
[redacted]

**Employee First Name**
R U S S E L L

**M.I.**
P

**Date of Birth (MM/DD/YYYY)**
[redacted] / [redacted] / [redacted]

**Home Phone # (XXX) XXX-XXXX**
9 1 6 - 7 4 2 - 0 7 2 2

**E-mail Address**
RPRAWLINGS@GMAIL.COM

**Physical Address (Do not use P.O. Box)**
3543 1ST AVE.

**Apt. #**
21

**City**
SACRAMENTO

**State** C A   **ZIP Code** 9 5 8 1 7   **County** SACRAMENTO

**Mailing Address (if different from above)**

**Apt. #**

**City**

**State**   **ZIP Code**   **County**

## B   Enrollment Information   Complete this section ONLY if you are electing medical, dental and/or vision for yourself and dependents.

|  | Employee | Spouse/Domestic Partner | Child 1 | Child 2 | Child 3 |
|---|---|---|---|---|---|
| Enrolling For? | ☐ Life only<br>☑ Medical<br>☐ Dental<br>☐ Vision | ☐ Medical<br>☐ Dental<br>☐ Vision | ☐ Medical<br>☐ Dental<br>☐ Vision | ☐ Medical<br>☐ Dental<br>☐ Vision | ☐ Medical<br>☐ Dental<br>☐ Vision |
| Last Name |  |  |  |  |  |
| First Name |  |  |  |  |  |
| Relationship to Employee |  | ☐ Spouse ☐ Domestic Partner | | | |
| Social Security # |  | Social Security # required! | Social Security # required! | Social Security # required! | Social Security # required! |
| Gender |  | ☐ Male ☐ Female | ☐ Male ☐ Female | ☐ Male ☐ Female | ☐ Male ☐ Female |
| Date of Birth |  | MM/DD/YYYY | MM/DD/YYYY | MM/DD/YYYY | MM/DD/YYYY |
| Disabled?<br>(Complete only if over age 26) |  |  | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

➡ To enroll more dependents, complete sections A & B on an additional application.

**COBRA Applicants**
Please check COBRA type
☐ COBRA
☐ Cal-COBRA

**Indicate Qualifying/Triggering Event**
☐ Termination of employment ☐ Child no longer eligible ☐ Medicare entitlement
☐ Reduction of hours ☐ Divorce/legal separation ☐ Death of employee

**Date of Qualifying/Triggering Event (MM/DD/YYYY)**
/ /

**PLEASE SIGN AND DATE APPLICABLE SECTIONS INSIDE APPLICATION**

56507




(1 of 5)

CC 0310 6/2019 Eff. 9/1/2019

Print Employee Name RAWLINGS, RUSSELL                    Group # 29493

## C  Medical Benefit - IMPORTANT: Please select ONE benefit plan from the metal tier(s) shown on your Enrollment Worksheet.

| HEALTH PLAN | BRONZE | SILVER | | GOLD | | PLATINUM | |
|---|---|---|---|---|---|---|---|
| **ANTHEM BLUE CROSS** | ☐ EPO A | ☐ HMO A<br>☐ HMO B<br>☐ EPO A<br>☐ EPO B* | ☐ PPO A<br>☐ PPO B | ☐ HMO A<br>☐ HMO B | ☐ PPO A<br>☐ PPO B<br>☐ PPO C<br>☐ PPO D | ☐ HMO A | |
| **HEALTH NET** | ☐ HSP A | ☐ HMO A<br>☐ HMO B | ☐ HSP A | ☐ HMO A<br>☐ HMO B<br>☐ HMO C | ☐ HMO D<br>☐ HMO E | ☐ HMO C<br>☐ HMO D<br>☐ HMO E | |
| **KAISER PERMANENTE** | ☐ HMO A<br>☐ HMO C* | ☐ HMO A<br>☐ HMO B | ☐ HMO C<br>☐ HMO D* | ☐ HMO A<br>☐ HMO B | | ■ HMO A<br>☐ HMO B | |
| **OSCAR** | ☐ EPO A*<br>☐ EPO B | ☐ EPO A*<br>☐ EPO B | ☐ EPO C | ☐ EPO A<br>☐ EPO B | ☐ EPO C<br>☐ EPO D | ☐ EPO A<br>☐ EPO B | |
| **SHARP** | ☐ HMO A<br>☐ HMO B* | ☐ HMO A<br>☐ HMO B | ☐ HMO C | ☐ HMO A<br>☐ HMO B | ☐ HMO D | ☐ HMO A<br>☐ HMO B | ☐ HMO C |
| **SUTTER HEALTH PLUS** | ☐ HMO A<br>☐ HMO B* | ☐ HMO B<br>☐ HMO C* | | ☐ HMO A<br>☐ HMO B | | ☐ HMO A<br>☐ HMO B | |
| **UNITEDHEALTHCARE** | ☐ HMO B* | ☐ HMO A<br>☐ HMO B | ☐ HMO C<br>☐ HMO D | ☐ HMO A<br>☐ HMO B | ☐ HMO C<br>☐ HMO D | ☐ HMO A<br>☐ HMO B | ☐ HMO C |
| **WESTERN HEALTH ADVANTAGE** | ☐ HMO B<br>☐ HMO C* | ☐ HMO A<br>☐ HMO B | ☐ HMO C* | ☐ HMO A<br>☐ HMO B | ☐ HMO C<br>☐ HMO D* | ☐ HMO A<br>☐ HMO B | |

*HSA Qualified High Deductible Plan

| | Employee | | Spouse/Domestic Partner | | Child 1 | | Child 2 | | Child 3 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Primary Care Physician** | | | | | | | | | | |
| Current Patient? | ☐ Yes | ☐ No | ☐ Yes | ☐ No | ☐ Yes | ☐ No | ☐ Yes | ☐ No | ☐ Yes | ☐ No |
| Provider ID# | | | | | | | | | | |
| Provider City | | | | | | | | | | |

■ Check here if you would like your Health Plan to assign you a Primary Care Physician.

** A Primary Care Physician (PCP) is not required for Kaiser Permanente, EPO and PPO benefit plans. If a PCP is not contracted with your selected Health Plan prior to enrolling or if a PCP is not listed, one will automatically be assigned to you.

## D  Optional Benefits - Ask your health plan administrator if any of the optional benefits below are being offered by your employer.

Sections A, B & E of this application must be completed for all Optional Benefits.

### Life Insurance

| Beneficiary Name(s) | | | | Relationship to You<br>(i.e. spouse, friend, child) | ***Percentage | ***Type of<br>Beneficiary |
|---|---|---|---|---|---|---|
| **Last Name** | **First Name** | **M.I.** | **Date of Birth** | | | |
| | | | MM/DD/YYYY | | | ☐ Primary<br>☐ Secondary |
| | | | MM/DD/YYYY | | | ☐ Primary<br>☐ Secondary |
| | | | MM/DD/YYYY | | | ☐ Primary<br>☐ Secondary |

*** If you are listing more than one primary beneficiary or more than one secondary beneficiary, please enter the percentage of the insurance proceeds that each individual should receive. The percentage of insurance proceeds must equal 100% for each type of beneficiary (primary or secondary). No secondary beneficiaries will be entitled to any part of the insurance proceeds if any primary beneficiary is living at the time of death of the insured.

### Dental Coverage

☐ Prepaid 1000 †          ☐ Voluntary Prepaid 1000 †          ☐ PPO 3000          ☐ PPO 4000          ☐ Check if dentist chosen is current provider
☐ Prepaid 3000 †          ☐ Voluntary Prepaid 3000 †          ☐ PPO 3500          ☐ PPO 5000          ☐ Check if you would like a dentist assigned

† Plan 1000/3000 requires selection of a family dentist. **Dentist Name / Office** (If left blank or dentist is unavailable, one will be assigned)   ID#
Upon receipt of dental ID cards, you may elect other dentists for dependents.

### Vision Coverage – IMPORTANT: Please select ONE benefit plan below

☐ Voluntary EyeMed (provided by Ameritas)*          ☐ Voluntary VSP (provided by Ameritas)*          ☐ Vision One Discount Plan (No Charge)
*Employee is responsible for 100% of this cost if selected for coverage

### Premium Only Plan (P.O.P.)

☐ I want my portion of eligible insurance premiums paid on a pre-tax basis

56507



**Print Employee Name** RAWLINGS , RUSSELL                    **Group #** 29493

---

**E** **Your Legal Acknowledgement and**

**Mandatory Binding Arbitration Agreement** (Read, sign and date where indicated)

**By submitting this signed application, I agree and understand** that the health plan I have chosen through the California*Choice*® program shall automatically have a lien on any payment of monies from any source, for services rendered in conjunction with an injury caused by the acts or omissions of a third party.

**I agree** for myself and my dependents to be bound by the benefits, copays, deductibles, exclusions, limitations and other terms of the health plan's small group contract.

**I authorize** my physician, healthcare provider, hospital, clinic or other medically related facility to furnish my, and my dependent's, protected health information, including medical records, to the health plan I have chosen through the California*Choice* program or its authorized agents for the purpose of review, investigation, or evaluation of an application or claim, and for quality assurance and utilization review. I authorize California*Choice* and the health plan I have chosen, and their agents, designees or representatives, to disclose to a hospital, health plan, insurer or healthcare provider any protected health information if such disclosure is necessary to allow the performance of any of those activities. This authorization shall become effective immediately and shall remain in effect for up to 30 months from the date the authorization was signed. I understand that I, or a person authorized to act on my behalf, is entitled to receive a copy of this authorization form.

**I have read and understand** the information provided to me pertaining to the Premium Only Plans and the tax consequences.

**I declare under the penalty of perjury under the laws of the state of California that the following statements are true, correct and pertain to the employer named on this application, myself and my dependents named on this application.**

• I am either actively, permanently working for the employer and considered eligible by my employer because I work either 20+ or 30+ hours per week, or I am an eligible COBRA/Cal-COBRA participant.

• I am not a temporary, seasonal, per diem, 1099 or substitute employee or insured by or eligible to be insured by the employer's union policy.

• My children's dates of birth are accurate. My children are born to me or my spouse/domestic partner, or legally adopted, or a nontemporary legal ward, and/or have an established parent-child relationship with me or my spouse/domestic partner. **I understand** that I am required to notify California*Choice* when an established parent-child relationship ceases to exist.

**I understand** that the preceding statements are subject to audit at any time and **agree** to provide California*Choice* with any and all information necessary to prove the above statements.

All statements and answers I have given are true and complete. I **understand** it is a crime to knowingly perform an act or practice constituting fraud or make an intentional misrepresentation of material fact to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits. I understand all benefits are subject to conditions stated in the Group Contract and coverage documents. If my plan is rescinded or canceled, I will receive from my insurer a notice at least 30 days prior to the effective date of the rescission explaining the reasons for the intended rescission and my right to appeal that decision to the Commissioner of Insurance pursuant to subdivision (b) of Section 10273.4 of the California Insurance Code. Notwithstanding subdivision (a) of Section 10273.4 or any other provision of the law, I understand that after 24 months following the issuance of my health plan or insurance policy, my insurer may not rescind my health plan or insurance policy for any reason, and shall not cancel my health plan or insurance policy, limit any provisions of the health plan or policy, or raise premiums due to any omissions, misrepresentations, or inaccuracies in the application for, whether willful or not.

**I understand** that any persons, business or health plan that suffers a loss because of false-declarations contained in this statement may take legal action against me to recover their losses.

• The representations made are the basis upon which coverage may be issued.

• The coverage may be cancelled or the employer's contract rescinded because of the performance of an act or practice constituting fraud or making of an intentional misrepresentation of a material fact to an insurance company for the purposes of defrauding the company.

• I have READ, UNDERSTAND and ATTEST that I myself and my dependents have met all of the eligibility requirements.

California law prohibits an HIV test from being required or used by health care service plans as a condition of obtaining coverage.

## MANDATORY BINDING ARBITRATION

**I understand that, if I select a Health Plan that uses mandatory binding arbitration to resolve disputes, I am agreeing to arbitrate claims that relate to my or a dependent's membership in the Health Plan (except for Small Claims Court cases and claims that cannot be subject to binding arbitration under governing law). I understand that any dispute between myself, my heirs, relatives, or other associated parties on the one hand and the Health Plan, any contracted health care providers, administrators, or other associated parties on the other hand for alleged violation of any duty arising out of or related to membership in the Health Plan, including any claim for medical or hospital malpractice (a claim that medical services were unnecessary or unauthorized or were improperly, negligently, or incompetently rendered), for premises liability, or relating to the coverage for, or delivery of, services or items, irrespective of legal theory, must be decided by binding arbitration under California law and not by lawsuit or resort to court process, except as applicable law provides for judicial review of arbitration proceedings. I agree to give up our right to a jury trial and accept the use of binding arbitration. I understand that the full arbitration provision is in the Health Plan's coverage document, which is available for my review.**

Employee SIGN HERE FOR MEDICAL, DENTAL, LIFE OR VISION COVERAGE   Print Name

RUSSELL RAWLINGS

Today's Date (MM/DD/YYYY)

0 4 / 2 9 / 2 0 2 0

My signature acknowledges that I have read Section E, the applicable mandatory binding arbitration of the plan I selected in Section C and my decision to enroll in the medical, dental, life or vision coverage that I selected in Sections C and D.



(3 of 5)                    163                    CC 0310B 6/2019 Eff. 9/1/2019

56507



# MEDICAL / DENTAL WAIVER

## IMPORTANT!

Complete this page only if you DO NOT WANT MEDICAL OR DENTAL COVERAGE for yourself and/or your eligible dependents. If offered by your employer, the life coverage benefit cannot be waived and you are required to complete an Enrollment Application. Chiropractic coverage cannot be waived when enrolling for medical coverage.

### A  Personal Information

**Company Name**
CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS

**Company Phone # (XXX) XXX-XXXX**

**Employee Last Name**

**Employee Social Security #**

**Employee First Name**

**Group #**
2 9 4 9 3

### B  Type of Waiver

I have been offered coverage by my employer, but at this time I wish to DECLINE coverage as follows

1) **Medical for**    ☐ Myself and Dependents   ☐ Spouse   ☐ Domestic Partner   ☐ Child(ren)

2) **Dental for**    ☐ Myself and Dependents   ☐ Spouse   ☐ Domestic Partner   ☐ Child(ren)

### C  Reason

Required only if employee waiving coverage - not required if waiving coverage for dependents only

1) **Reason waiving Medical**     **Carrier Name**                                      **Group #**
   ☐ Other Group Coverage
   ☐ Medicare
   ☐ Medi-cal
   ☐ Individual Policy
   ☐ Other Reason                                                                   (explanation required)

2) **Reason waiving Dental**     **Carrier Name**                                      **Group #**
   ☐ Other Group Coverage
   ☐ Medicare
   ☐ Medi-cal
   ☐ Individual Policy
   ☐ Other Reason                                                                   (explanation required)

### D  Signature

☒ I understand that by failing to elect coverage now, *CHOICE* Administrators® Insurance Services, Inc. will require me to wait to enroll until my employer group's next open enrollment period, unless I experience a qualifying/triggering event that would allow me to enroll for coverage prior to open enrollment.

☒ I understand that by failing to elect DENTAL coverage now, *CHOICE* Administrators Insurance Services, Inc. can also impose a 6 month pre-existing condition exclusion, both of which would begin at the time of my later decision to elect DENTAL coverage.

☒ I also understand that if my employer is offering life coverage, I CANNOT WAIVE LIFE COVERAGE.

*This waiver provision will not apply if: 1) Court orders coverage of a spouse or child and the request for enrollment occurs within 60 days of the court order; or 2) Employee meets ALL of the following: A) Was covered under another employer-sponsored health plan at the time of initial eligibility; B) Has added a new dependent as a result of marriage, domestic partnership, birth, adoption, or placement for adoption or has assumed a parent-child relationship and if enrollment is requested within 60 days after the marriage, domestic partnership, birth, adoption or placement for adoption or has assumed a parent-child relationship OR employee or eligible dependents loses minimum health care coverage, for any reason other than due to failure to pay premiums, fraud, or intentional misrepresentation of material fact; C) Requests enrollment within 60 days of loss of coverage.*

**Employee SIGN HERE TO WAIVE COVERAGE**          **Print Name**                          **Today's Date (MM/DD/YYYY)**

➡

56507



**California*Choice*®**
*Your Health. Your Choice.*®

721 South Parker, Suite 200, Orange, CA 92868
(800) 558-8003 • www.calchoice.com

# Family Coverage
# Eligibility Requirements

| Who can be covered? | Effective dates | Requirements that <u>MUST</u> be met |
|---|---|---|
| **New Spouse/ New Stepchild** | If all required documentation is received before the 16th day of the month of marriage, premiums are charged for the full month and coverage begins on the date of marriage.<br><br>If all required documentation is received on or after the 16th day of the month of marriage, coverage begins on the 1st of the month <u>following</u> the date of receipt. | ■ New spouse must be legally married to the employee<br>■ New stepchild must also meet the dependent children requirements listed below |
| **Birth/Adoption/ Legal Guardianship/ Eligible Dependent Child** | If birth/date of placement occurred before the 16th of the month, coverage begins on the first day of the month of the date of birth/placement.<br><br>If birth/date of placement occurred on the 16th or after, child is automatically covered at no cost under Subscriber between date of birth/placement and the first of the <u>following</u> month. Coverage for the dependent begins on the first of the month following the birth/date of placement. | MEDICAL, CHIRO, VISION and **SMILESAVER** DENTAL Dependent eligibility:<br>■ Born to, a stepchild or legal ward of, adopted by, or have an established parent-child relationship with the eligible employee, employee spouse or domestic partner<br>■ Under age 26 (unless disabled, disability diagnosed prior to age 26)<br><br>**AMERITAS** DENTAL Dependent eligibility:<br>■ Born to, a stepchild or legal ward of, adopted by, or have an established parent-child relationship with the eligible employee, employee spouse or domestic partner<br>■ Financially dependent upon the employee per IRS guidelines<br>■ Unmarried or not involved in a domestic partnership<br>■ Under age 26 (unless disabled, disability diagnosed prior to age 26)<br><br>**Disabled Dependents:** Dependents who are incapable of self-support because of continuous mental or physical disability that existed before the age limit are eligible for coverage until the incapacity ends. Documentation of disability will be requested.  Once the child reaches the age limit for coverage, verification of eligibility will occur annually at the child's birthday.<br><br>**Dependents must meet <u>all</u> requirements listed in order to be eligible for enrollment** |
| **Domestic Partner/ Child of Domestic Partner** | <u>During Initial Enrollment or Group's Annual Renewal:</u><br>Coverage begins on group's effective date.<br><br><u>Involuntary Loss of Other Coverage:</u><br>Domestic Partner can be added outside of Renewal only if he/she loses other coverage involuntarily. Coverage is effective the first of following month.<br><br><u>Mid-Year Addition:</u> Mid-year additions of a domestic partner will require a state-stamped copy of the Certificate of Registration of Domestic Partnership from a state or local government agency authorized to perform such registrations within 60 days of issue or a signed affidavit for opposite sex and over age 62 domestic partnerships. If all required documentation is received before the 16th day of the month in which the domestic partnership is established, premiums are charged for the full month and coverage begins on the date of the event. If all required documentation is received on or after the 16th day of the month in which the domestic partnership was established, coverage begins on the 1st of the month <u>following</u> the date of receipt. | <u>For a Domestic Partner to qualify, Employee and Domestic Partner must:</u><br>■ Neither is married under either statutory, common law or part of another domestic partnership<br>■ Both are 18 years of age or older; or, if under 18, have a valid court order allowing partnership<br>■ Share an intimate and committed relationship<br>■ Agree to be jointly responsible for each other's basic living expenses incurred during the domestic relationship<br>■ Both be mentally competent<br>■ Not related by blood to a degree of closeness that would prohibit marriage in this state<br>■ Agree to notify California*Choice*® immediately upon termination of domestic partnership<br><br><u>Children of Domestic Partner must also meet the dependent children requirements listed above</u><br><br>Members who are in a same sex partnership, or the opposite sex and are over the age of 62, are required to submit a state-stamped Certificate of Registration of Domestic Partnership from a state or local government agency authorized to perform such registrations within 60 days of issue; all others must submit a signed Affidavit of Domestic Partnership.<br><br>**Employee and Domestic Partner must meet all requirements listed in order to be eligible for enrollment** |

56507

# Exhibit D

 **CaliforniaChoice**®
*Your Health. Your Choice.*®

721 South Parker, Suite 200, Orange, CA 92868
(800) 558-8003 • www.calchoice.com

# Change Request Form

☐ **Check here if changes are to be effective at Renewal**
*Complete steps A through E as applicable*

- Do not use this form to change your physician or dentist
- Fax completed form to (714) 558-8000 or
- E-mail to: memberprocessing@calchoice.com

## A  Complete Employee Information

**Employee Last Name**

| R | A | W | L | I | N | G | S | | | | | | | | | | | |

**Employee Social Security #**

**Employee First Name**

| R | U | S | S | E | L | L | | | | | | | | | | | | |

**M.I.** P

**Group #** | 2 | 9 | 4 | 9 | 3 |

Check here if new address: ☐ Residential Address  ☑ Mailing  *(Address changes will be effective the 1st day of the month following the receipt of the request)*

**Physical Address (Do not use P.O. Box)**  3144 2ND AVE

**Apt. #**

**City** SACRAMENTO

**State** C A  **ZIP Code** 9 5 8 1 7  **County** SACRAMENTO

**Phone # (XXX) XXX-XXXX** | 9 | 1 | 6 | − | 7 | 4 | 2 | − | 0 | 7 | 2 | 2 |

**Company Name**  CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS

☐ Name Change/Correction

**New First Name**

**New Last Name**

**New M. I.**

## B  Only Complete to Cancel Coverage or Add Dependents

**Cancellations** of coverage will take effect on the **last day** of the month **after receipt** of your request by CaliforniaChoice®.  Cancellations at Renewal will take effect on the group's Renewal date.
**Additions (qualifying/triggering event)**: Please refer to administrative handbook for effective date guidelines based on qualifying/triggering event.
**Additions (at renewal)**: Coverage will be effective on the group's renewal date.
This form must be received by CaliforniaChoice **no later than 60 days** after the event takes place if outside renewal.

**IF APPLICABLE:**  Date of marriage*/divorce if adding/cancelling spouse   MM/DD/YYYY   If child custody*, enter date of adoption   MM/DD/YYYY   Reason for Cancellation

*Attach copy of marriage license and/or certificate as applicable*   *Attach copy of legal documentation*

| | Employee | Spouse/Domestic Partner | Child 1 | Child 2 | Child 3 |
|---|---|---|---|---|---|
| | Cancel | Add Cancel | Add Cancel | Add Cancel | Add Cancel |
| Coverage Type | Medical ☐  Dental ☐  Voluntary Vision ☐ | Medical ☐ ☐  Dental ☐ ☐  Voluntary Vision ☐ ☐ | Medical ☐ ☐  Dental ☐ ☐  Voluntary Vision ☐ ☐ | Medical ☐ ☐  Dental ☐ ☐  Voluntary Vision ☐ ☐ | Medical ☐ ☐  Dental ☐ ☐  Voluntary Vision ☐ ☐ |
| Last Name | | | | | |
| First Name | | | | | |
| Social Security # | | Social Security # required! | Social Security # required! | Social Security # required! | Social Security # required! |
| Gender | | ☐ Male  ☐ Female | ☐ Male  ☐ Female | ☐ Male  ☐ Female | ☐ Male  ☐ Female |
| Date of Birth | | MM/DD/YYYY | MM/DD/YYYY | MM/DD/YYYY | MM/DD/YYYY |
| Disabled? *(Complete only if over age 26)* | | | ☐ Yes  ☐ No | ☐ Yes  ☐ No | ☐ Yes  ☐ No |
| | ➡ To enroll more dependents, complete sections A & B on an additional Change Request Form. | | | | |

**IF ADDING DEPENDENT(S):** By signing this document **I declare under the penalty of perjury** under the laws of the state of California that the following statements are true and correct regarding the **enrolling dependents**, as applicable:

My spouse and I are legally married as recognized by the state of California.

My children's dates of birth are accurate. My children are born to me or my spouse/domestic partner, or legally adopted, or a non-temporary legal ward, and/or have an established parent-child relationship with me or my spouse/domestic partner.
**I understand** that I may be asked for legal proof of the above at any time.

*(continued on next page)*

## PLEASE READ & SIGN THE BACK OF THIS FORM

40641

467

CC 0500 3/2020 Eff. 7/1/2020
License # 0B42994 ©CaliforniaChoice Benefit Administrators, Inc.




**Print Employee Name** RUSSELL RAWLINGS     **Group #** 29493

**IF ADDING DEPENDENT(S) (continued)**

All statements and answers I have given are true and complete. **I understand** it is a crime to knowingly perform an act or practice constituting fraud or make an intentional misrepresentation of material fact to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits. I understand all benefits are subject to conditions stated in the Group Contract and coverage documents.

If my plan is rescinded or canceled, I will receive from my insurer a notice at least 30 days prior to the effective date of the rescission explaining the reasons for the intended rescission and my right to appeal that decision to the Commissioner of Insurance pursuant to subdivision (b) of Section 10273.4 of the California Insurance code. Notwithstanding subdivision (a) of Section 10273.4 or any other provision of the law, I understand that after 24 months following the issuance of my health plan or insurance policy, my insurer may not rescind my health plan or insurance policy for any reason, and shall not cancel my health plan or insurance policy, limit any provisions of the health plan or policy, or raise premiums due to any omissions, misrepresentations, or inaccuracies in the application for, whether willful or not.

**I understand** that any persons, business, or health plan that suffers a loss because of false declarations contained in this statement may have cause to bring civil action against me to recover their losses.

The representations made are the basis upon which coverage may be issued. The coverage may be cancelled or the employer's contract rescinded because of the performance of an act or practice constituting fraud or making of an intentional misrepresentation of a material fact to an insurance company for the purposes of defrauding the company.

I have READ, UNDERSTAND and ATTEST that I myself and my dependents have met all of the eligibility requirements.

**IMPORTANT: Regarding Steps C and D, plan changes are only allowed at Renewal. However, employees who acquire a new dependent (i.e. newborn, new spouse etc.) are able to change their coverage outside of the Renewal Period.**

## C  Only Complete to Add/Change your benefit plan

(CHECK ONE) ☐ ADD   ☐ CHANGE    **IMPORTANT: Please select ONE benefit plan from the metal tier(s) shown on your Enrollment Worksheet.**

| HEALTH PLAN | BRONZE | SILVER | | GOLD | | | PLATINUM | |
|---|---|---|---|---|---|---|---|---|
| **ANTHEM BLUE CROSS** | ☐ PPO A*<br>☐ PPO B*<br>☐ EPO A | ☐ HMO A<br>☐ HMO B<br>☐ EPO A<br>☐ EPO B* | ☐ PPO A<br>☐ PPO B<br>☐ PPO C | ☐ HMO A<br>☐ HMO B | ☐ PPO A<br>☐ PPO B<br>☐ PPO C<br>☐ PPO D | ☐ PPO E | ☐ HMO A | |
| **HEALTH NET** | ☐ HMO A | ☐ HMO A<br>☐ HMO C | | ☐ HMO A<br>☐ HMO B<br>☐ HMO C | ☐ HMO D<br>☐ HMO E<br>☐ HMO F | | ☐ HMO C<br>☐ HMO D<br>☐ HMO E | |
| **KAISER PERMANENTE** | ☐ HMO A<br>☐ HMO C* | ☐ HMO A<br>☐ HMO B | ☐ HMO C<br>☐ HMO D* | ☐ HMO A<br>☐ HMO B | | | ☐ HMO A<br>☐ HMO B | |
| **OSCAR** | ☐ EPO A*<br>☐ EPO B | ☐ EPO A*<br>☐ EPO B | ☐ EPO C | ☐ EPO A<br>☐ EPO B | ☐ EPO C<br>☐ EPO D | | ☐ EPO A<br>☐ EPO B | |
| **SHARP** | ☐ HMO A<br>☐ HMO B* | ☐ HMO A<br>☐ HMO B | ☐ HMO C | ☐ HMO A<br>☐ HMO B | ☐ HMO D | | ☐ HMO A<br>☐ HMO B | ☐ HMO C |
| **SUTTER HEALTH PLUS** | ☐ HMO A<br>☐ HMO B* | ☐ HMO B<br>☐ HMO C* | | ☐ HMO A<br>☐ HMO B | | | ☐ HMO A<br>☐ HMO B | |
| **UNITEDHEALTHCARE** | ☐ HMO A<br>☐ HMO B* | ☐ HMO A<br>☐ HMO B | ☐ HMO C<br>☐ HMO D | ☐ HMO A<br>☐ HMO B | ☐ HMO C | | ☐ HMO A<br>☐ HMO B | ☐ HMO C |
| **WESTERN HEALTH ADVANTAGE** | ☐ HMO B<br>☐ HMO C* | ☐ HMO A<br>☐ HMO B | ☐ HMO C* | ☐ HMO A<br>☐ HMO B | ☐ HMO C<br>☐ HMO D* | | ☐ HMO A<br>☐ HMO B | |

*HSA Qualified High Deductible Plan

| | Employee | Spouse/Domestic Partner | Child 1 | Child 2 | Child 3 |
|---|---|---|---|---|---|
| Last Name | | | | | |
| First Name | | | | | |
| Primary Care Physician** | | | | | |
| Current Patient? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Provider ID# | | | | | |
| Provider City | | | | | |

☐ Check here if you would like your Health Plan to assign you a Primary Care Physician.

** If changing Health Plan, please select a Primary Care Physician (PCP). A PCP is not required for Kaiser Permanente, EPO and PPO benefit plans. If a PCP is not contracted with your selected Health Plan prior to enrolling or if a PCP is not listed, one will automatically be assigned to you. If remaining with the same Health Plan, but changing your benefit plan, please contact the Health Plan directly to confirm your PCP. For PCP changes only, please contact your Health Plan directly.

**(continued on next page)**

40641

CC 0500A 3/2020 Eff. 7/1/2020
License # 0B42994 168 CaliforniaChoice Benefit Administrators, Inc.

Print Employee Name RUSSELL RAWLINGS                    Group # 29493

## D   Only Complete to Add/Change Optional Benefits

### Dental Benefit Design Change/Add

*(CHECK ONE)*  ☐ ADD   ☐ CHANGE

SmileSaver DHMO†
☐ 1000   ☐ 3000

Ameritas PPO
☐ 3000   ☐ 3500   ☐ 4000   ☐ 5000

† SmileSaver DHMO plans require selection of a family dentist. Upon receipt of dental ID cards, you may elect other dentists for dependents. ↓

**Dentist's Name** (If left blank or dentist unavailable, one will be assigned)

ID#

☐ Check if current dentist
☐ Check if you would like a dentist assigned

### Voluntary Vision Change/Add

*(CHECK ONE)*  ☐ ADD   ☐ CHANGE

☐ Voluntary EyeMed (provided by Ameritas)*
☐ Voluntary VSP (provided by Ameritas)*

☐ Vision One Discount Plan (No Charge)

*Employee is responsible for 100% of this cost if selected for coverage

### Life Insurance Beneficiary Change

Complete only if you wish to change the existing beneficiary on your life insurance. This change will take effect on the date it was signed.

I hereby revoke any previous designation of beneficiary and settlement provisions and make the following beneficiary designation with respect to any insurance payable at my death under the group plan (including any Group Life Insurance or Group Accidental Death and Dismemberment Insurance)

| Beneficiary Name(s) | | | | | | |
|---|---|---|---|---|---|---|
| **Last Name** | **First Name** | **M.I.** | **Date of Birth** | **Relationship to You** (i.e. spouse, friend, child) | ***Percentage** | ***Type of Beneficiary** |
| | | | MM/DD/YYYY | | | ☐ Primary  ☐ Secondary |
| | | | MM/DD/YYYY | | | ☐ Primary  ☐ Secondary |
| | | | MM/DD/YYYY | | | ☐ Primary  ☐ Secondary |

* If you are listing more than one primary beneficiary or more than one secondary beneficiary, please enter the percentage of the insurance proceeds that each individual should receive. The percentage of insurance proceeds must equal 100% for each type of beneficiary (primary or secondary). No secondary beneficiaries will be entitled to any part of the insurance proceeds if any primary beneficiary is living at the time of death of the insured. To list more beneficiaries, please submit an additional page and complete Section D.

## E   Your Legal Acknowledgement and Mandatory Binding Arbitration Agreement   (Read, sign and date where indicated)

**By submitting this signed application, I agree and understand** that the health plan I have chosen through the CaliforniaChoice® program shall automatically have a lien on any payment of monies from any source, for services rendered in conjunction with an injury caused by the acts or omissions of a third party.

**I agree** for myself and my dependents to be bound by the benefits, copays, deductibles, exclusions, limitations and other terms of the health plan's small group contract.

**I authorize** my physician, healthcare provider, hospital, clinic or other medically related facility to furnish my, and my dependent's, protected health information, including medical records, to the health plan I have chosen through the CaliforniaChoice program or its authorized agents for the purpose of review, investigation, or evaluation of an application or claim, and for quality assurance and utilization review. I authorize CaliforniaChoice and the health plan I have chosen, and their agents, designees or representatives, to disclose to a hospital, health plan, insurer or healthcare provider any protected health information if such disclosure is necessary to allow the performance of any of those activities. This authorization shall become effective immediately and shall remain in effect for up to 30 months from the date the authorization was signed. I understand that I, or a person authorized to act on my behalf, is entitled to receive a copy of this authorization form.

**I have read and understand** the information provided to me pertaining to the Premium Only Plans and the tax consequences.

(continued on next page)

40641

Print Employee Name RUSSELL RAWLINGS                                Group # 29493

**E** **Your Legal Acknowledgement and Mandatory**
**Binding Arbitration Agreement (Continued)** (Read, sign and date where indicated)

I declare under the penalty of perjury under the laws of the state of California that the following statements are true, correct and pertain to the employer named on this application, myself and my dependents named on this application.

• I am either actively, permanently working for the employer and considered eligible by my employer because I work either 20+ or 30+ hours per week, or I am an eligible COBRA/Cal-COBRA participant.

• I am not a temporary, seasonal, per diem, 1099 or substitute employee or insured by or eligible to be insured by the employer's union policy.

• My children's dates of birth are accurate. My children are born to me or my spouse/domestic partner, or legally adopted, or a non-temporary legal ward, and/or have an established parent-child relationship with me or my spouse/domestic partner. **I understand** that I am required to notify CaliforniaChoice® when an established parent-child relationship ceases to exist.

**I understand** that the preceding statements are subject to audit at any time and **agree** to provide CaliforniaChoice with any and all information necessary to prove the above statements.

All statements and answers I have given are true and complete. **I understand** it is a crime to knowingly perform an act or practice constituting fraud or make an intentional misrepresentation of material fact to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits. I understand all benefits are subject to conditions stated in the Group Contract and coverage documents. If my plan is rescinded or canceled, I will receive from my insurer a notice at least 30 days prior to the effective date of the rescission explaining the reasons for the intended rescission and my right to appeal that decision to the Commissioner of Insurance pursuant to subdivision (b) of Section 10273.4 of the California Insurance Code. Notwithstanding subdivision (a) of Section 10273.4 or any other provision of the law, I understand that after 24 months following the issuance of my health plan or insurance policy, my insurer may not rescind my health plan or insurance policy for any reason, and shall not cancel my health plan or insurance policy, limit any provisions of the health plan or policy, or raise premiums due to any omissions, misrepresentations, or inaccuracies in the application for, whether willful or not.

**I understand** that any persons, business or health plan that suffers a loss because of false-declarations contained in this statement may take legal action against me to recover their losses.

• The representations made are the basis upon which coverage may be issued.

• The coverage may be cancelled or the employer's contract rescinded because of the performance of an act or practice constituting fraud or making of an intentional misrepresentation of a material fact to an insurance company for the purposes of defrauding the company.

• I have READ, UNDERSTAND and ATTEST that I myself and my dependents have met all of the eligibility requirements.

California law prohibits an HIV test from being required or used by health care service plans as a condition of obtaining coverage.

## MANDATORY BINDING ARBITRATION

**I understand** that, if I select a Health Plan that uses mandatory binding arbitration to resolve disputes, I am agreeing to arbitrate claims that relate to my or a dependent's membership in the Health Plan (except for Small Claims Court cases and claims that cannot be subject to binding arbitration under governing law). **I understand** that any dispute between myself, my heirs, relatives, or other associated parties on the one hand and the Health Plan, any contracted health care providers, administrators, or other associated parties on the other hand for alleged violation of any duty arising out of or related to membership in the Health Plan, including any claim for medical or hospital malpractice (a claim that medical services were unnecessary or unauthorized or were improperly, negligently, or incompetently rendered), for premises liability, or relating to the coverage for, or delivery of, services or items, irrespective of legal theory, must be decided by binding arbitration under California law and not by lawsuit or resort to court process, except as applicable law provides for judicial review of arbitration proceedings. **I agree** to give up our right to a jury trial and accept the use of binding arbitration. **I understand** that the full arbitration provision is in the Health Plan's coverage document, which is available for my review.

| Employee **SIGN HERE** | **Print Name** | Today's Date (MM/DD/YYYY) |
|---|---|---|
| → [signature] | RUSSELL P RAWLINGS | 0 8 / 1 2 / 2 0 2 0 |

My signature acknowledges that I have read Section E, the applicable mandatory binding arbitration of the plan I selected in Section C and my decision to enroll in the medical, dental, life or vision coverage that I selected in Sections C and D.

40641

CC 0500C 3/2020 Eff. 7/1/2020
License # 0B42994 CaliforniaChoice Benefit Administrators, Inc.

170



**CaliforniaChoice®**
Your Health. Your Choice.®

721 South Parker, Suite 200, Orange, CA 92868
(800) 558-8003 • www.calchoice.com

# Family Coverage
# Eligibility Requirements

| Who can be covered? | Effective dates | Requirements that __MUST__ be met |
|---|---|---|
| **New Spouse/ New Stepchild** | If all required documentation is received before the 16th day of the month of marriage, premiums are charged for the full month and coverage begins on the date of marriage.<br><br>If all required documentation is received on or after the 16th day of the month of marriage, coverage begins on the 1st of the month following the date of receipt. | ■ New spouse must be legally married to the employee<br>■ New stepchild must also meet the dependent children requirements listed below |
| **Birth/Adoption/ Legal Guardianship/ Eligible Dependent Child** | If birth/date of placement occurred before the 16th of the month, coverage begins on the first day of the month of the date of birth/placement.<br><br>If birth/date of placement occurred on the 16th or after, child is automatically covered at no cost under Subscriber between date of birth/placement and the first of the following month. Coverage for the dependent begins on the first of the month following the birth/date of placement. | MEDICAL, CHIRO, VISION and **SMILESAVER** DENTAL Dependent eligibility:<br>■ Born to, a stepchild or legal ward of, adopted by, or have an established parent-child relationship with the eligible employee, employee spouse or domestic partner<br>■ Under age 26 (unless disabled, disability diagnosed prior to age 26)<br><br>**AMERITAS** DENTAL Dependent eligibility:<br>■ Born to, a stepchild or legal ward of, adopted by, or have an established parent-child relationship with the eligible employee, employee spouse or domestic partner<br>■ Financially dependent upon the employee per IRS guidelines<br>■ Unmarried or not involved in a domestic partnership<br>■ Under age 26 (unless disabled, disability diagnosed prior to age 26)<br><br>__Disabled Dependents:__ Dependents who are incapable of self-support because of continuous mental or physical disability that existed before the age limit are eligible for coverage until the incapacity ends. Documentation of disability will be requested. Once the child reaches the age limit for coverage, verification of eligibility will occur annually at the child's birthday.<br><br>**Dependents must meet _all_ requirements listed in order to be eligible for enrollment** |
| **Domestic Partner/ Child of Domestic Partner** | During Initial Enrollment or Group's Annual Renewal:<br>Coverage begins on group's effective date.<br><br>Involuntary Loss of Other Coverage:<br>Domestic Partner can be added outside of Renewal only if he/she loses other coverage involuntarily. Coverage is effective the first of following month.<br><br>Mid-Year Addition: Mid-year additions of a domestic partner will require a state-stamped copy of the Declaration of Domestic Partnership from the California Secretary of State within 60 days of issuance. If domestic partners have filed a Declaration of Domestic Partnership and have not yet received a copy from the state, a signed Affidavit of Domestic Partnership will be accepted. Domestic Partners agree to provide a copy of the Declaration of Domestic Partnership within 60 days of issuance. If all required documentation is received before the 16th day of the month in which the domestic partnership was established, premiums are charged for the full month and coverage begins on the date of the event. If all required documentation is received on or after the 16th day of the month in which the domestic partnership was established, coverage begins on the 1st of the month following the date of receipt. | For a Domestic Partner to qualify, Employee and Domestic Partner must:<br><br>■ Both have filed a duly executed Declaration of Domestic Partnership with the Secretary of State and will provide copies to CaliforniaChoice® within 60 days of its issue.<br><br>■ Agree to notify CaliforniaChoice immediately upon termination of domestic partnership.<br><br>Children of Domestic Partner must also meet the dependent children requirements listed above<br><br>**Employee and Domestic Partner must meet all requirements listed in order to be eligible for enrollment** |

40641

171
CC 0500D 3/2020 Eff. 7/1/2020
License # 0B42994 CaliforniaChoice Benefit Administrators, Inc.



# Exhibit E



**Kaiser Foundation Health Plan, Inc.**
**Northern and Southern California Regions**

*A nonprofit corporation*

## Kaiser Permanente for Small Business
## Combined Evidence of Coverage and Disclosure Form for CaliforniaChoice

Kaiser Permanente Platinum HMO A
*EOC* Number: 1

*Contract Year 2021*

Member Service Contact Center
24 hours a day, seven days a week (except closed holidays)
**1-800-464-4000** (TTY users call **711**)
**kp.org**

# Language Assistance Services

**English**: Language assistance is available at no cost to you, 24 hours a day, 7 days a week. You can request interpreter services, materials translated into your language, or in alternative formats. Just call us at **1-800-464-4000**, 24 hours a day, 7 days a week (closed holidays). TTY users call **711**.

**Arabic**: خدمات الترجمة الفورية متوفرة لك مجانًا على مدار الساعة كافة أيام الأسبوع. بإمكانك طلب خدمة الترجمة الفورية أو ترجمة وثائق للغتك أو لصيغ أخرى. ما عليك سوى الاتصال بنا على الرقم 1-800-464-4000 على مدار الساعة كافة أيام الأسبوع (مغلق أيام العطلات). لمستخدمي خدمة الهاتف النصي يرجي الاتصال على الرقم (711).

**Armenian:** Ձեզ կարող է անվճար օգնություն տրամադրվել լեզվի հարցում՝ օրը 24 ժամ, շաբաթը 7 օր: Դուք կարող եք պահանջել բանավոր թարգմանչի ծառայություններ, Ձեր լեզվով թարգմանված կամ այլընտրանքային ձևաչափով պատրաստված նյութեր: Պարզապես զանգահարեք մեզ՝ **1-800-464-4000** հեռախոսահամարով՝ օրը 24 ժամ՝ շաբաթը 7 օր (տոն օրերին փակ է): TTY-ից օգտվողները պետք է զանգահարեն 711:

**Chinese:** 您每週7天，每天24小時均可獲得免費語言協助。您可以申請口譯服務、要求將資料翻譯成您所用語言或轉換為其他格式。我們每週7天，每天24小時均歡迎您打電話**1-800-757-7585** 前來聯絡（節假日休息）。聽障及語障專線 (TTY) 使用者請撥**711**。

**Farsi:** خدمات زبانی در 24 ساعت شبانروز و 7 روز هفته بدون اخذ هزینه در اختیار شما است. شما می توانید برای خدمات مترجم شفاهی، ترجمه جزوات به زبان شما و یا به صورتهای دیگر درخواست کنید. کافیست در 24 ساعت شبانروز و 7 روز هفته (به استثنای روزهای تعطیل) با ما به شماره 1-800-464-4000 تماس بگیرید. کاربران TTY با شماره 711 تماس بگیرند.

**Hindi:** बिना किसी लागत के दुभाषिया सेवाएँ, दिन के 24 घंटे, सप्ताह के सातों दिन उपलब्ध हैं। आप एक दुभाषिये की सेवाओं के लिए, बिना किसी लागत के सामग्रियों को अपनी भाषा में अनुवाद करवाने के लिए, या वैकल्पिक प्रारूपों के लिए अनुरोध कर सकते हैं। बस केवल हमें **1-800-464-4000** पर, दिन के 24 घंटे, सप्ताह के सातों दिन (छुट्टियों वाले दिन बंद रहता है) कॉल करें! TTY उपयोगकर्ता 711 पर कॉल करें।

**Hmong:** Muajkwc pab txhais lus pub dawb rau koj, 24 teev ib hnub twg, 7 hnub ib lim tiam twg. Koj thov tau cov kev pab txhais lus, muab cov ntaub ntawv txhais ua koj hom lus, los yog ua lwm hom. Tsuas hu rau **1-800-464-4000**, 24 teev ib hnub twg, 7 hnub ib lim tiam twg (cov hnub caiv kaw). Cov neeg siv TTY hu **711**.

**Japanese:** 当院では、言語支援を無料で、年中無休、終日ご利用いただけます。通訳サービス、日本語に翻訳された資料、あるいは資料を別の書式でも依頼できます。お気軽に **1-800-464-4000** までお電話ください （祭日を除き年中無休）。TTYユーザーは**711**にお電話ください。

**Khmer:** ជំនួយភាសា គឺមានឥតគិតថ្លៃដល់អ្នកឡើយ 24 ម៉ោងមួយថ្ងៃ 7 ថ្ងៃមួយអាទិត្យ។ អ្នកអាចស្នើសុំសេវាអ្នកបកប្រែ សំរាប់ដែលបានបកប្រែទៅជាភាសាខ្មែរ ឬឯកទ្រង់ផ្សេងទៀតៗ។ ត្រាន់តែទូរស័ព្ទមកយើង តាមលេខ 1-800-464-4000 បាន 24 ម៉ោងមួយថ្ងៃ 7 ថ្ងៃមួយអាទិត្យ (បិទថ្ងៃបុណ្យ)។ អ្នកប្រើ TTY ហៅលេខ 711។

**Korean:** 요일 및 시간에 관계없이 언어 지원 서비스를 무료로 이용하실 수 있습니다. 귀하는 통역 서비스, 귀하의 언어로 번역된 자료 또는 대체 형식의 자료를 요청할 수 있습니다. 요일 및 시간에 관계없이 **1-800-464-4000**번으로 전화하십시오 (공휴일 휴무). TTY 사용자 번호 **711**.

**Laotian:** ການຊ່ວຍເຫຼືອດ້ານພາສານີ້ໃຫ້ໂດຍບໍ່ເສັຍຄ່າເກ່ທ່ານ, ຕະຫຼອດ 24 ຊົ່ວໂມງ, 7 ວັນຕ່ອາທິດ. ທ່ານສາມາດຮ້ອງຂໍຮັບ ບໍລິການນາຍພາສາ, ໃຫ້ແປເອກະສານເປັນພາສາຂອງທ່ານ, ຫຼື ໃນຮູບແບບອື່ນ. ພຽງແຕ່ໂທຣຫາພວກເຮົາທີ່ **1-800-464-4000**, ຕະຫຼອດ 24 ຊົ່ວໂມງ, 7 ວັນຕ່ອາທິດ (ປິດວັນພັກຣາຊການ). ຜູ້ໃຊ້ສາຍ TTY ໂທຣ **711**.

**Navajo:** Saad bee áká'a'ayeed náhólǫ́ t'áá jiik'é, naadiin doo bibąą' ííí' ahéé'iikeed tsosts'id yiskáąjí damoo ná'ádleehjí. Atah halne'é áká'adoolwołígíí jókí, t'áadoo le'é t'áá hóhazaadjí hadilyaą'go, éí doodaii' nááná lá al'ąą ádaat'ehígíí bee hádadilyaa'go. Kojí hodiilnih **1-800-464-4000**, naadiin doo bibąą' ííí' ahéé'iikeed tsosts'id yiskáąjí damoo ná'ádleehjí (Dahodiyin biniiyé e'e'aahgo éí da'deelkaal). TTY chodeeyoolínígíí kojí hodiilnih **711**.

**Punjabi:** ਬਿਨਾਂ ਕਿਸੀ ਲਾਗਤ ਦੇ, ਦਿਨ ਦੇ 24 ਘੰਟੇ, ਹਫ਼ਤੇ ਦੇ 7 ਦਿਨ, ਦੁਭਾਸ਼ੀਆ ਸੇਵਾਵਾਂ ਤੁਹਾਡੇ ਲਈ ਉਪਲਬਧ ਹੈ। ਤੁਸੀਂ ਇੱਕ ਦੁਭਾਸ਼ੀਏ ਦੀ ਮਦਦ ਲਈ, ਸਮੱਗਰੀਆਂ ਨੂੰ ਆਪਣੀ ਭਾਸ਼ਾ ਵਿੱਚ ਅਨੁਵਾਦ ਕਰਵਾਉਣ ਲਈ, ਜਾਂ ਕਿਸੇ ਵੱਖ ਫਾਰਮੈਟ ਵਿੱਚ ਪ੍ਰਾਪਤ ਕਰਨ ਲਈ ਬੇਨਤੀ ਕਰ ਸਕਦੇ ਹੋ। ਬਸ ਸਿਰਫ਼ ਸਾਨੂੰ **1-800-464-4000** ਤੇ, ਦਿਨ ਦੇ 24 ਘੰਟੇ, ਹਫ਼ਤੇ ਦੇ 7 ਦਿਨ (ਛੁੱਟੀਆਂ ਵਾਲੇ ਦਿਨ ਬੰਦ ਰਹਿੰਦਾ ਹੈ) ਫੋਨ ਕਰੋ। TTY ਦਾ ਉਪਯੋਗ ਕਰਨ ਵਾਲੇ **711** 'ਤੇ ਫੋਨ ਕਰਨ।

**Russian:** Мы бесплатно обеспечиваем Вас услугами перевода 24 часа в сутки, 7 дней в неделю. Вы можете воспользоваться помощью устного переводчика, запросить перевод материалов на свой язык или запросить их в одном из альтернативных форматов. Просто позвоните нам по телефону **1-800-464-4000**, который доступен 24 часа в сутки, 7 дней в неделю (кроме праздничных дней). Пользователи линии TTY могут звонить по номеру **711**.

**Spanish:** Contamos con asistencia de idiomas sin costo alguno para usted 24 horas al día, 7 días a la semana. Puede solicitar los servicios de un intérprete, que los materiales se traduzcan a su idioma o en formatos alternativos. Solo llame al **1-800-788-0616**, 24 horas al día, 7 días a la semana (cerrado los días festivos). Los usuarios de TTY, deben llamar al **711**.

**Tagalog:** May magagamit na tulong sa wika nang wala kang babayaran, 24 na oras bawat araw, 7 araw bawat linggo.  Maaari kang humingi ng mga serbisyo ng tagasalin sa wika, mga babasahin na isinalin sa iyong wika o sa mga alternatibong format. Tawagan lamang kami sa **1-800-464-4000**, 24 na oras bawat araw, 7 araw bawat linggo (sarado sa mga pista opisyal). Ang mga gumagamit ng TTY ay maaaring tumawag sa **711**.

**Thai:** เรามีบริการล่ามฟรีสำหรับคุณตลอด 24 ชั่วโมงทุกวันตลอดชั่วโมงทำการรของเรา คุณสามารถขอให้ล่ามช่วยตอบคำถามของคุณที่เกี่ยวกับความคุ้มครองการดูแลสุขภาพของเรา และคุณยังสามารถขอให้มีการแปลเอกสารเป็นภาษาที่คุณใช้ได้โดยไม่มีการคิดค่าบริการ เพียงโทรหาเราที่หมายเลข **1-800-464-4000** ตลอด 24 ชั่วโมงทุกวัน (ปิดให้บริการในวันหยุดราชการ) ผู้ใช้ TTY โปรดโทรไปที่ **711**.

**Vietnamese:** Dịch vụ thông dịch được cung cấp miễn phí cho quý vị 24 giờ mỗi ngày, 7 ngày trong tuần. Quý vị có thể yêu cầu dịch vụ thông dịch, tài liệu phiên dịch ra ngôn ngữ của quý vị hoặc tài liệu bằng nhiều hình thức khác. Quý vị chỉ gọi cho chúng tôi tại số **1-800-464-4000**, 24 giờ mỗi ngày, 7 ngày trong tuần (trừ các ngày lễ). Người dùng TTY xin gọi **711**.

coaccum NGF ACA

## Nondiscrimination Notice

Kaiser Permanente does not discriminate on the basis of age, race, ethnicity, color, national origin, cultural background, ancestry, religion, sex, gender identity, gender expression, sexual orientation, marital status, physical or mental disability, source of payment, genetic information, citizenship, primary language, or immigration status.

Language assistance services are available from our Member Service Contact Center 24 hours a day, 7 days a week (except closed holidays). Interpreter services, including sign language, are available at no cost to you during all hours of operation. Auxiliary aids and services for individuals with disabilities are available at no cost to you during all hours of operation. We can also provide you, your family, and friends with any special assistance needed to access our facilities and services. You may request materials translated in your language at no cost to you. You may also request these materials in large text or in other formats to accommodate your needs at no cost to you. For more information, call **1-800-464-4000** (TTY **711**).

A grievance is any expression of dissatisfaction expressed by you or your authorized representative through the grievance process. For example, if you believe that we have discriminated against you, you can file a grievance. Please refer to your *Evidence of Coverage or Certificate of Insurance* or speak with a Member Services representative for the dispute-resolution options that apply to you.

You may submit a grievance in the following ways:

- **By phone:** Call member services at **1-800-464-4000** (TTY **711**) 24 hours a day, 7 days a week (except closed holidays).

- **By mail:** Call us at **1-800-464-4000** (TTY **711**) and ask to have a form sent to you.

- **In person:** Fill out a Complaint or Benefit Claim/Request form at a member services office located at a Plan Facility (go to your provider directory at **kp.org/facilities** for addresses)

- **Online:** Use the online form on our website at **kp.org**

Please call our Member Service Contact Center if you need help submitting a grievance.

The Kaiser Permanente Civil Rights Coordinator will be notified of all grievances related to discrimination on the basis of race, color, national origin, sex, age, or disability. You may also contact the Kaiser Permanente Civil Rights Coordinator directly at:

**Northern California**
Civil Rights/ADA Coordinator
1800 Harrison St.
16th Floor
Oakland, CA 94612

**Southern California**
Civil Rights/ADA CoordinatorSCAL
Compliance and Privacy
393 East Walnut St.,
Pasadena, CA 91188

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights electronically through the Office for Civil Rights Complaint Portal, available at *ocrportal.hhs.gov/ocr/portal/lobby.jsf* or by mail or phone at: U.S. Department of Health and Human Services, 200 Independence Ave. SW, Room 509F, HHH

Building, Washington, DC 20201, 1-800-368-1019, 1-800-537-7697 (TTY). Complaint forms are available at *hhs.gov/ocr/office/file/index.html*.

## Aviso de no discriminación

Kaiser Permanente no discrimina a ninguna persona por su edad, raza, etnia, color, país de origen, antecedentes culturales, ascendencia, religión, sexo, identidad de género, expresión de género, orientación sexual, estado civil, discapacidad física o mental, fuente de pago, información genética, ciudadanía, lengua materna o estado migratorio.

La Central de Llamadas de Servicio a los Miembros brinda servicios de asistencia con el idioma las 24 horas del día, los 7 días de la semana (excepto los días festivos). Se ofrecen servicios de interpretación sin costo alguno para usted durante el horario de atención, incluido el lenguaje de señas. Se ofrecen aparatos y servicios auxiliares para personas con discapacidades sin costo alguno durante el horario de atención. También podemos ofrecerle a usted, a sus familiares y amigos cualquier ayuda especial que necesiten para acceder a nuestros centros de atención y servicios. Puede solicitar los materiales traducidos a su idioma sin costo para usted. También los puede solicitar con letra grande o en otros formatos que se adapten a sus necesidades sin costo para usted. Para obtener más información, llame al **1-800-788-0616** (TTY **711**).

Una queja es una expresión de inconformidad que manifiesta usted o su representante autorizado a través del proceso de quejas. Por ejemplo, si usted cree que ha sufrido discriminación de nuestra parte, puede presentar una queja. Consulte su *Evidencia de Cobertura (Evidence of Coverage)* o *Certificado de Seguro (Certificate of Insurance)*, o comuníquese con un representante de Servicio a los Miembros para conocer las opciones de resolución de disputas que le correspondan.

Puede presentar una queja de las siguientes maneras:

- **Por teléfono:** Llame a servicio a los miembros al **1-800-788-0616** (TTY **711**) las 24 horas del día, los 7 días de la semana (excepto los días festivos).

- **Por correo postal:** Llámenos al **1-800-788-0616** (TTY **711**) y pida que se le envíe un formulario.

- **En persona:** Llene un formulario de Queja Formal o Reclamo/Solicitud de Beneficios en una oficina de servicio a los miembros ubicada en un Centro de Atención del Plan (consulte su directorio de proveedores en **kp.org/facilities** [haga clic en "Español"] para obtener las direcciones).

- **En línea:** Use el formulario en línea en nuestro sitio web en **kp.org/espanol**.

Llame a nuestra Central de Llamadas de Servicio a los Miembros si necesita ayuda para presentar una queja.

Se le informará al Coordinador de Derechos Civiles de Kaiser Permanente (Civil Rights Coordinator) de todas las quejas relacionadas con la discriminación por motivos de raza, color, país de origen, género, edad o discapacidad. También puede comunicarse directamente con el coordinador de derechos civiles de Kaiser Permanente en:

| | |
|---|---|
| **Northern California** | **Southern California** |
| Civil Rights/ADA Coordinator | Civil Rights/ADA Coordinator |
| 1800 Harrison St. | SCAL Compliance and Privacy |
| 16th Floor | 393 East Walnut St., |
| Oakland, CA 94612 | Pasadena, CA 91188 |

También puede presentar una queja formal de derechos civiles de forma electrónica ante la Oficina de Derechos Civiles (Office for Civil Rights) en el Departamento de Salud y Servicios Humanos de los Estados Unidos (U.S. Department of Health and Human Services) mediante el Portal de Quejas Formales de la Oficina de Derechos Civiles (Office for Civil Rights Complaint Portal), en *ocrportal.hhs.gov/ocr/portal/lobby.jsf* (en inglés) o por correo postal o por teléfono a: U.S. Department of Health and Human Services, 200 Independence Ave. SW, Room 509F, HHH Building, Washington, D.C. 20201, 1-800-368-1019, 1-800-537-7697 (TTY). Los formularios de queja formal están disponibles en *hhs.gov/ocr/office/file/index.html* (en inglés).

## 無歧視公告

Kaiser Permanente禁止以年齡、人種、族裔、膚色、原國籍、文化背景、血統、宗教、性別、性別認同、性別表達、性取向、婚姻狀況、生理或心理殘障、付款來源、遺傳資訊、公民身份、主要語言或移民身份為由而歧視任何人。

會員服務聯絡中心每週7天每天24小時提供語言協助服務（節假日除外）。本機構在全部營業時間內免費為您提供口譯服務，包括手語服務，以及殘障人士輔助器材和服務。我們還可為您和您的親友提供使用本機構設施與服務所需要的任何特別協助。您可免費索取翻譯成您的語言的資料。您還可免費索取符合您需求的大號字體或其他格式的版本。若需更多資訊，請致電**1-800-757-7585**（TTY **711**）。

申訴指任何您或您的授權代表透過申訴程序來表達不滿的做法。例如，如果您認為自己受到歧視，即可提出申訴。若需瞭解適用於自己的爭議解決選項，請參閱《承保範圍說明書》*(Evidence of Coverage)*或《保險證明書》*(Certificate of Insurance)*，或諮詢會員服務代表。

您可透過以下方式提出申訴：

- **透過電話**：請致電**1-800-757-7585**（TTY **711**）與會員服務部聯絡，服務時間為每週7天，每天24小時（節假日除外）。

- **透過郵件**：請致電**1-800-757-7585**（TTY **711**）與我們聯絡並請我們將表格寄給您。

- **親自遞交**：在計劃設施的會員服務辦事處填寫投訴或福利理索賠／申請表（請參閱**kp.org/facilities**上的保健業者名錄以查看地址）

- **線上**：使用我們網站上的線上表格，網址為**kp.org**

如果您在提交申訴時需要協助，請致電我們的會員服務聯絡中心。

涉及人種、膚色、原國籍、性別、年齡或殘障歧視的一切申訴都將通知Kaiser Permanente的民權事務協調員 (Civil Rights Coordinator)。您也可與Kaiser Permanente的民權事務協調員直接聯絡，地址：

| **Northern California** | **Southern California** |
|---|---|
| Civil Rights/ADA Coordinator | Civil Rights/ADA Coordinator |
| 1800 Harrison St. | SCAL Compliance and Privacy |
| 16th Floor | 393 East Walnut St., |
| Oakland, CA 94612 | Pasadena, CA 91188 |

您還可以電子方式透過民權辦公室的投訴入口網站 (Office for Civil Rights Complaint Portal)向美國衛生與民眾服務部 (U.S. Department of Health and Human Services) 民權辦公室 (Office for Civil Rights) 提出民權投訴，網址是*ocrportal.hhs.gov/ocr/portal/lobby.jsf*或者按照如下資訊採用郵寄或電話方式聯絡：U.S. Department of Health and Human Services, 200 Independence Ave. SW, Room 509F, HHH Building, Washington, DC 20201, 1-800-368-1019, 1-800-537-7697 (TTY)。投訴表可從網站*hhs.gov/ocr/office/file/index.html*下載。

## Thông Báo Không Kỳ Thị

Kaiser Permanente không phân biệt đối xử dựa trên tuổi tác, chủng tộc, sắc tộc, màu da, nguyên quán, hoàn cảnh văn hóa, tổ tiên, tôn giáo, giới tính, nhận dạng giới tính, cách thể hiện giới tính, khuynh hướng tình dục, gia cảnh, khuyết tật về thể chất hoặc tinh thần, nguồn tiền thanh toán, thông tin di truyền, quốc tịch, ngôn ngữ chính, hay tình trạng di trú.

Các dịch vụ trợ giúp ngôn ngữ hiện có từ Trung Tâm Liên Lạc ban Dịch Vụ Hội Viên của chúng tôi 24 giờ trong ngày, 7 ngày trong tuần (ngoại trừ ngày lễ). Dịch vụ thông dịch, kể cả ngôn ngữ ký hiệu, được cung cấp miễn phí cho quý vị trong giờ làm việc. Các phương tiện trợ giúp và dịch vụ bổ sung cho những người khuyết tật được cung cấp miễn phí cho quý vị trong giờ làm việc. Chúng tôi cũng có thể cung cấp cho quý vị, gia đình và bạn bè quý vị mọi hỗ trợ đặc biệt cần thiết để sử dụng cơ sở và dịch vụ của chúng tôi. Quý vị có thể yêu cầu miễn phí tài liệu được dịch ra ngôn ngữ của quý vị. Quý vị cũng có thể yêu cầu miễn phí các tài liệu này dưới dạng chữ lớn hoặc dưới các dạng khác để đáp ứng nhu cầu của quý vị. Để biết thêm thông tin, gọi **1-800-464-4000** (TTY **711**).

Một phàn nàn là bất cứ thể hiện bất mãn nào được quý vị hay vị đại diện được ủy quyền của quý vị trình bày qua thủ tục phàn nàn. Ví dụ, nếu quý vị tin rằng chúng tôi đã kỳ phân biệt đối xử với vị, quý vị có thể đệ đơn phàn nàn. Vui lòng tham khảo Chứng *Từ Bảo Hiểm (Evidence of Insurance)* hay *Chứng Nhận Bảo Hiểm (Certificate of Insurance)*, hoặc nói chuyện với một nhân viên ban Dịch Vụ Hội Viên để biết các lựa chọn giải quyết tranh chấp có thể áp dụng cho quý vị.

Quý vị có thể nộp đơn phàn nàn bằng các hình thức sau đây:

- **Qua điện thoại**: Gọi cho ban dịch vụ hội viên theo số **1-800-464-4000** (TTY **711**) 24 giờ trong ngày, 7 ngày trong tuần (ngoại trừ đóng cửa ngày lễ).

- **Qua bưu điện:** Gọi cho chúng tôi theo số **1-800-464-4000** (TTY **711**) và yêu cầu được gửi một mẫu đơn.

- **Trực tiếp:** Điền một mẫu đơn Than Phiền hay Yêu Cầu Quyền Lợi/Yêu Cầu tại một văn phòng ban dịch vụ hội viên tại một Cơ Sở Thuộc Chương Trình (xem danh mục nhà cung cấp của quý vị tại **kp.org/facilities** để biết địa chỉ)

- **Trực tuyến:** Sử dụng mẫu đơn trực tuyến trên trang mạng của chúng tôi tại **kp.org**

Xin gọi Trung Tâm Liên Lạc ban Dịch Vụ Hội Viên của chúng tôi nếu quý vị cần trợ giúp nộp đơn phàn nàn.

Điều Phối Viên Dân Quyền (Civil Rights Coordinator) Kaiser Permanente sẽ được thông báo về tất cả phàn nàn liên quan tới việc kỳ thị trên cơ sở chủng tộc, màu da, nguyên quán, giới tính, tuổi tác, hay tình trạng khuyết tật. Quý vị cũng có thể liên lạc trực tiếp với Điều Phối Viên Dân Quyền Kaiser Permanente tại:

**Northern California**
Civil Rights/ADA Coordinator
1800 Harrison St.
16th Floor
Oakland, CA 94612

**Southern California**
Civil Rights/ADA Coordinator
SCAL Compliance and Privacy
393 East Walnut St.,
Pasadena, CA 91188

Quý vị cũng có thể đệ đơn than phiền về dân quyền với Bộ Y Tế và Nhân Sinh Hoa Kỳ (U.S. Department of Health and Human Services), Phòng Dân Quyền (Office of Civil Rights) bằng đường điện tử thông qua Cổng Thông Tin Phòng Phụ Trách Khiếu Nại về Dân Quyền (Office for Civil Rights Complaint Portal), hiện có tại *ocrportal.hhs.gov/ocr/portal/lobby.jsf*, hay bằng đường bưu điện hoặc điện thoại tại: U.S. Department of Health and Human Services, 200 Independence Ave. SW, Room 509F, HHH Building, Washington, D.C. 20201, 1-800-368-1019, 1-800-537-7697 (TTY). Mẫu đơn than phiền hiện có tại *hhs.gov/ocr/office/file/index.html*.

## TABLE OF CONTENTS

Cost Share Summary .................................................................................................................................... 1
    Accumulation Period ............................................................................................................................ 1
    Deductible(s) and Out-of-Pocket Maximum(s) .................................................................................... 1
    Cost Share Summary Tables by Benefit ............................................................................................... 1
Introduction ............................................................................................................................................... 19
    About Kaiser Permanente ................................................................................................................... 19
    Pediatric Dental Coverage .................................................................................................................. 19
    Term of this *EOC* ............................................................................................................................... 20
Definitions ................................................................................................................................................. 20
Premiums, Eligibility, and Enrollment ..................................................................................................... 26
    Premiums ............................................................................................................................................. 26
    Who Is Eligible ................................................................................................................................... 26
    How to Enroll and When Coverage Begins ........................................................................................ 29
How to Obtain Services ............................................................................................................................. 31
    Routine Care ....................................................................................................................................... 32
    Urgent Care ......................................................................................................................................... 32
    Not Sure What Kind of Care You Need? ........................................................................................... 32
    Your Personal Plan Physician ............................................................................................................. 32
    Getting a Referral ............................................................................................................................... 32
    Second Opinions ................................................................................................................................. 35
    Contracts with Plan Providers ............................................................................................................ 36
    Receiving Care Outside of Your Home Region .................................................................................. 36
    Your ID Card ....................................................................................................................................... 36
    Timely Access to Care ........................................................................................................................ 37
    Getting Assistance .............................................................................................................................. 37
Plan Facilities ............................................................................................................................................ 37
Emergency Services and Urgent Care ....................................................................................................... 38
    Emergency Services ............................................................................................................................ 38
    Urgent Care ......................................................................................................................................... 39
    Payment and Reimbursement ............................................................................................................. 40
Benefits ...................................................................................................................................................... 40
    Your Cost Share .................................................................................................................................. 41
    Administered Drugs and Products ...................................................................................................... 43
    Ambulance Services ........................................................................................................................... 44
    Bariatric Surgery ................................................................................................................................ 44
    Behavioral Health Treatment for Pervasive Developmental Disorder or Autism .............................. 44
    Dental and Orthodontic Services ........................................................................................................ 46
    Dialysis Care ....................................................................................................................................... 46
    Durable Medical Equipment ("DME") for Home Use ....................................................................... 47
    Emergency and Urgent Care Visits .................................................................................................... 49
    Family Planning Services ................................................................................................................... 49
    Fertility Services ................................................................................................................................. 49
    Health Education ................................................................................................................................. 50
    Hearing Services ................................................................................................................................. 50
    Home Health Care .............................................................................................................................. 50
    Hospice Care ....................................................................................................................................... 51
    Hospital Inpatient Care ....................................................................................................................... 51
    Injury to Teeth .................................................................................................................................... 52

Mental Health Services ..................................................................................................................... 52
Office Visits ....................................................................................................................................... 53
Ostomy and Urological Supplies ....................................................................................................... 53
Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services ............................ 54
Outpatient Prescription Drugs, Supplies, and Supplements ............................................................. 54
Outpatient Surgery and Outpatient Procedures ................................................................................. 57
Preventive Services ............................................................................................................................ 57
Prosthetic and Orthotic Devices ........................................................................................................ 58
Reconstructive Surgery ...................................................................................................................... 59
Rehabilitative and Habilitative Services ............................................................................................ 59
Services in Connection with a Clinical Trial ..................................................................................... 60
Skilled Nursing Facility Care ............................................................................................................ 61
Substance Use Disorder Treatment .................................................................................................... 61
Telehealth Visits ................................................................................................................................ 62
Transplant Services ............................................................................................................................ 62
Vision Services for Adult Members ................................................................................................... 62
Vision Services for Pediatric Members .............................................................................................. 63
Exclusions, Limitations, Coordination of Benefits, and Reductions ................................................... 65
Exclusions .......................................................................................................................................... 65
Limitations ......................................................................................................................................... 67
Coordination of Benefits .................................................................................................................... 67
Reductions .......................................................................................................................................... 68
Post-Service Claims and Appeals ......................................................................................................... 70
Who May File ..................................................................................................................................... 70
Supporting Documents ....................................................................................................................... 71
Initial Claims ...................................................................................................................................... 71
Appeals ............................................................................................................................................... 72
External Review .................................................................................................................................. 73
Additional Review .............................................................................................................................. 73
Dispute Resolution ................................................................................................................................ 73
Grievances .......................................................................................................................................... 73
Independent Review Organization for Non-Formulary Prescription Drug Requests ........................ 76
Department of Managed Health Care Complaints .............................................................................. 77
Independent Medical Review ("IMR") .............................................................................................. 77
Office of Civil Rights Complaints ..................................................................................................... 78
Additional Review .............................................................................................................................. 78
Binding Arbitration ............................................................................................................................ 78
Termination of Membership .................................................................................................................. 80
Termination Due to Loss of Eligibility .............................................................................................. 81
Termination of *Agreement* .............................................................................................................. 81
Termination for Cause ........................................................................................................................ 81
Termination of a Product or all Products ........................................................................................... 81
Payments after Termination ............................................................................................................... 81
State Review of Membership Termination ......................................................................................... 81
Continuation of Membership ................................................................................................................ 81
Continuation of Group Coverage ....................................................................................................... 82
Continuation of Coverage under an Individual Plan .......................................................................... 85
Miscellaneous Provisions ...................................................................................................................... 85
Administration of *Agreement* ......................................................................................................... 85
Advance Directives ............................................................................................................................ 86
Amendment of *Agreement* .............................................................................................................. 86

Applications and Statements ..................................................................................................... 86
Assignment .............................................................................................................................. 86
Attorney and Advocate Fees and Expenses ............................................................................. 86
Claims Review Authority .......................................................................................................... 86
*EOC* Binding on Members ...................................................................................................... 86
ERISA Notices ......................................................................................................................... 86
Governing Law ......................................................................................................................... 87
Group and Members Not Our Agents ........................................................................................ 87
No Waiver ................................................................................................................................ 87
Notices Regarding Your Coverage ........................................................................................... 87
Overpayment Recovery ............................................................................................................ 87
Privacy Practices ..................................................................................................................... 87
Public Policy Participation ........................................................................................................ 88
Helpful Information ................................................................................................................... 88
How to Obtain this *EOC* in Other Formats ............................................................................. 88
Provider Directory .................................................................................................................... 88
Online Tools and Resources ..................................................................................................... 88
How to Reach Us ...................................................................................................................... 88
Payment Responsibility ............................................................................................................ 89
Combined Chiropractic and Acupuncture Services Amendment of the Kaiser Foundation Health Plan, Inc. Evidence
of Coverage for CaliforniaChoice ............................................................................................. 91
Health Plan Benefits and Coverage Matrix ............................................................................... 95
Introduction ............................................................................................................................. 96
Definitions ............................................................................................................................... 96
ASH Participating Providers ..................................................................................................... 97
How to Obtain Services ............................................................................................................ 97
Covered Services ..................................................................................................................... 98
Office Visits ............................................................................................................................. 98
Laboratory Tests and X-rays .................................................................................................... 99
Chiropractic Supports and Appliances ...................................................................................... 99
Second Opinions ...................................................................................................................... 99
Emergency and Urgent Services Covered Under this Amendment ............................................ 99
Exclusions ............................................................................................................................... 100
Customer Service .................................................................................................................... 100
Grievances .............................................................................................................................. 100
CALIFORNIACHOICE SUPPLEMENT TO EVIDENCE OF COVERAGE .................................. 101
Delta Dental EOC/DF ............................................................................................................... 109

## Cost Share Summary

This "Cost Share Summary" is part of your Evidence of Coverage (*EOC*) and is meant to explain the amount you will pay for covered Services under this plan. It does not provide a full description of your benefits. For a full description of your benefits, including any limitations and exclusions, please read this entire *EOC*, including any amendments, carefully.

## Accumulation Period

The Accumulation Period for this plan is January 1 through December 31.

## Deductible(s) and Out-of-Pocket Maximum(s)

For Services that apply to the Plan Out-of-Pocket Maximum, you will not pay any more Cost Share for the rest of the Accumulation Period once you have reached the amounts listed below.

| Amounts Per Accumulation Period | Self-Only Coverage (a Family of one Member) | Family Coverage Each Member in a Family of two or more Members | Family Coverage Entire Family of two or more Members |
|---|---|---|---|
| Plan Deductible | None | None | None |
| Drug Deductible | None | None | None |
| Plan Out-of-Pocket Maximum ("OOPM") | $3,000 | $3,000 | $6,000 |

## Cost Share Summary Tables by Benefit

### How to read the Cost Share summary tables

Each table below explains the Cost Share for a category of benefits. Specific Services related to the benefit are described in the first column of each table. For a detailed description of coverage for a particular benefit, please refer to the same benefit heading in the "Benefits" section of this *EOC*.

- **Copayment / Coinsurance**. This column describes the Cost Share you will pay for Services after you have met your Plan Deductible or Drug Deductible, if applicable. (Please see the "Deductible(s) and Out-of-Pocket Maximum(s)" section above to determine if your plan includes deductibles.) If the Services are not covered in your plan, this column will read "Not covered." If we provide an Allowance that you can use toward the cost of the Services, this column will include the Allowance.

- **Subject to Deductible**. This column explains whether the Cost Share you pay for Services is subject to a Plan Deductible or Drug Deductible. If the Services are subject to a deductible, you will pay Charges for those Services until you have met your deductible. If the Services are subject to a deductible, there will be a "✔" or "●" in this column, depending on which deductible applies ("✔" for Plan Deductible, "●" for Drug Deductible). If the Services do not apply to a deductible, or if your plan does not include a deductible, this column will be blank. For a more detailed explanation of deductibles, please refer to "Plan Deductible" and "Drug Deductible" in the "Benefits" section of this *EOC*.

- **OOPM**. This column explains whether the Cost Share you pay for Services counts toward the Plan Out-of-Pocket Maximum ("OOPM") after you have met any applicable deductible. If the Services count toward the Plan OOPM, there will be a "✔" in this column. If the Services do not count toward the Plan OOPM, this column will be blank. For a more detailed explanation of the Plan OOPM, please refer to "Plan Out-of-Pocket Maximum" heading in the "Benefits" section of this *EOC*.

**Administered drugs and products**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Whole blood, red blood cells, plasma, and platelets | No charge | | ✓ |
| Allergy antigens (including administration) | $5 per visit | | ✓ |
| Cancer chemotherapy drugs and adjuncts | No charge | | ✓ |
| Drugs and products that are administered via intravenous therapy or injection that are not for cancer chemotherapy, including blood factor products and biological products ("biologics") derived from tissue, cells, or blood | No charge | | ✓ |
| All other administered drugs and products | No charge | | ✓ |
| Drugs and products administered to you during a home visit | No charge | | ✓ |

**Ambulance Services**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Emergency ambulance Services | $150 per trip | | ✓ |
| Nonemergency ambulance and psychiatric transport van Services | $150 per trip | | ✓ |

**Behavioral health treatment for pervasive development disorder or autism**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Covered Services | $10 per day | | ✓ |

**Dialysis care**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Equipment and supplies for home hemodialysis and home peritoneal dialysis | No charge | | ✓ |
| One routine outpatient visit per month with the multidisciplinary nephrology team for a consultation, evaluation, or treatment | No charge | | ✓ |

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Hemodialysis and peritoneal dialysis treatment at a Plan Facility | No charge | | ✓ |

## Durable Medical Equipment ("DME") for home use

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Blood glucose monitors for diabetes blood testing and their supplies | 10% Coinsurance | | ✓ |
| Peak flow meters | 10% Coinsurance | | ✓ |
| Insulin pumps and supplies to operate the pump | 10% Coinsurance | | ✓ |
| Other Base DME Items as described in this *EOC* | 10% Coinsurance | | ✓ |
| Supplemental DME items as described in this *EOC* | 10% Coinsurance up to a $2,000 benefit limit per Accumulation Period | | |
| Retail-grade breast pumps | No charge | | ✓ |
| Hospital-grade breast pumps | No charge | | ✓ |

## Emergency and Urgent Care visits

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Emergency Department visits | $200 per visit | | ✓ |
| Urgent Care visits | $10 per visit | | ✓ |

Note: If you are admitted to the hospital as an inpatient from the Emergency Department, the Emergency Department visits Cost Share above does not apply. Instead, the Services you received in the Emergency Department, including any observation stay, if applicable, will be considered part of your inpatient hospital stay. For the Cost Share for inpatient care, please refer to "Hospital inpatient care" in this "Cost Share Summary." The Emergency Department Cost Share does apply if you are admitted for observation but are not admitted as an inpatient.

**Family planning Services**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Family planning counseling | No charge | | ✓ |
| Injectable contraceptives, internally implanted time-release contraceptives or intrauterine devices ("IUDs") and office visits related to their administration and management | No charge | | ✓ |
| Female sterilization procedures if performed in an ambulatory surgery center or in a hospital operating room | No charge | | ✓ |
| All other female sterilization procedures | No charge | | ✓ |
| Male sterilization procedures if performed in an ambulatory surgery center or in a hospital operating room | $300 per procedure | | ✓ |
| All other male sterilization procedures | $20 per visit | | ✓ |
| Termination of pregnancy | $20 per procedure | | ✓ |

**Fertility Services**

*Diagnosis and treatment of infertility*

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Services for the diagnosis and treatment of infertility | Not covered | | |

*Artificial insemination*

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Services for artificial insemination | Not covered | | |

*Assisted reproductive technology ("ART") Services*

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Assisted reproductive technology ("ART") Services such as invitro fertilization ("IVF"), gamete intra-fallopian transfer ("GIFT"), or zygote intrafallopian transfer ("ZIFT") | Not covered | | |

**Health education**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Covered health education programs, which may include programs provided online and counseling over the phone | No charge | | ✓ |
| Individual counseling during an office visit related to smoking cessation | No charge | | ✓ |
| Individual counseling during an office visit related to diabetes management | No charge | | ✓ |
| Other covered individual counseling when the office visit is solely for health education | No charge | | ✓ |
| Covered health education materials | No charge | | ✓ |

**Hearing Services**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Hearing exams with an audiologist to determine the need for hearing correction | $10 per visit | | ✓ |
| Physician Specialist Visits to diagnose and treat hearing problems | $20 per visit | | ✓ |
| Hearing aid(s), including, fitting, counseling, adjustment, cleaning, and inspection | Not covered | | |

**Home health care**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Home health care Services (100 visits per Accumulation Period) | No charge | | ✓ |

**Hospice care**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Hospice Services | No charge | | ✓ |

**Hospital inpatient care**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Inpatient hospital stays | $500 per admission | | ✓ |

**Injury to teeth**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Accidental injury to teeth | Not covered | | |

**Mental health Services**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Inpatient mental health hospital stays | $500 per admission | | ✓ |
| Individual mental health evaluation and treatment | $10 per visit | | ✓ |
| Group mental health treatment | $5 per visit | | ✓ |
| Partial hospitalization | No charge | | ✓ |
| Other intensive psychiatric treatment programs | No charge | | ✓ |
| Residential mental health treatment Services | No charge | | ✓ |

**Office visits**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Primary Care Visits and Non-Physician Specialist Visits that are not described elsewhere in this "Cost Share Summary" | $10 per visit | | ✓ |
| Physician Specialist Visits that are not described elsewhere in this "Cost Share Summary" | $20 per visit | | ✓ |
| Group appointments that are not described elsewhere in this "Cost Share Summary" | $5 per visit | | ✓ |

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Acupuncture Services | $10 per visit | | ✓ |
| House calls | No charge | | ✓ |

**Ostomy and urological supplies**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Ostomy and urological supplies as described in this *EOC* | No charge | | ✓ |

**Outpatient imaging, laboratory, and other diagnostic and treatment Services**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Complex imaging (other than preventive) such as CT scans, MRIs, and PET scans | $150 per procedure | | ✓ |
| Basic imaging Services, such as diagnostic and therapeutic X-rays, mammograms, and ultrasounds | $40 per encounter | | ✓ |
| Nuclear medicine | $40 per encounter | | ✓ |
| Routine retinal photography screenings | No charge | | ✓ |
| Routine laboratory tests to monitor the effectiveness of dialysis | No charge | | ✓ |
| All other laboratory tests (including tests for specific genetic disorders for which genetic counseling is available) | $20 per encounter | | ✓ |
| Diagnostic Services provided by Plan Providers who are not physicians (such as EKGs and EEGs) | $40 per encounter | | ✓ |
| Radiation therapy | No charge | | ✓ |
| Ultraviolet light treatments | No charge | | ✓ |

**Outpatient prescription drugs, supplies, and supplements**

If the "Cost Share at a Plan Pharmacy" column in this section provides Cost Share for a 30-day supply and your Plan Physician prescribes more than this, you may be able to obtain more than a 30-day supply at one time up to the day supply

limit for that drug. Applicable Cost Share will apply. For example, two 30-day copayments may be due when picking up a 60-day prescription, three copayments may be due when picking up a 100-day prescription at the pharmacy.

**Most items**

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| Items on the generic tier not described elsewhere in this "Cost Share Summary" | $5 for up to a 30-day supply | $10 for up to a 100-day supply | | ✓ |
| Items on the brand tier not described elsewhere in this "Cost Share Summary" | $15 for up to a 30-day supply | $30 for up to a 100-day supply | | ✓ |
| Items on the specialty tier not described elsewhere in this "Cost Share Summary" | 10% Coinsurance (not to exceed $250) for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✓ |

**Base drugs, supplies, and supplements**

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| Hematopoietic agents for dialysis | No charge for up to a 30-day supply | Not available | | ✓ |
| Elemental dietary enteral formula when used as a primary therapy for regional enteritis | No charge for up to a 30-day supply | Not available | | ✓ |
| All other items on the generic tier as described in this *EOC* | $5 for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✓ |
| All other items on the brand tier as described in this *EOC* | $15 for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✓ |
| All other items on the specialty tier as described in this *EOC* | 10% Coinsurance (not to exceed $250) for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✓ |

*Anticancer drugs and certain critical adjuncts following a diagnosis of cancer*

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| Oral anticancer drugs on the generic tier | $5 for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✓ |
| Oral anticancer drugs on the brand tier | $15 for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✓ |
| Oral anticancer drugs on the specialty tier | 10% Coinsurance (not to exceed $200) for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✓ |
| Non-oral anticancer drugs on the generic tier | $5 for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✓ |
| Non-oral anticancer drugs on the brand tier | $15 for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✓ |
| Non-oral anticancer drugs on the specialty tier | 10% Coinsurance (not to exceed $250) for up to a 30-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✓ |

*Home infusion drugs*

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| Home infusion drugs | No charge for up to a 30-day supply | Not available | | ✓ |
| Supplies necessary for administration of home infusion drugs | No charge | No charge | | ✓ |

Home infusion drugs are self-administered intravenous drugs, fluids, additives, and nutrients that require specific types of parenteral-infusion, such as an intravenous or intraspinal-infusion.

*Diabetes supplies and amino acid–modified products*

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| Amino acid–modified products used to treat congenital errors of amino acid metabolism (such as phenylketonuria) | No charge for up to a 30-day supply | Not available | | ✔ |
| Ketone test strips and sugar or acetone test tablets or tapes for diabetes urine testing | No charge for up to a 30-day supply | Not available | | ✔ |
| Insulin-administration devices: pen delivery devices, disposable needles and syringes, and visual aids required to ensure proper dosage (except eyewear) | $5 for up to a 100-day supply | Availability for mail order varies by item. Talk to your local pharmacy | | ✔ |

For drugs related to the treatment of diabetes (for example, insulin), and for continuous insulin delivery devices that use disposable items such as patches or pods, please refer to the "Most items" table above. For insulin pumps, please refer to the "Durable Medical Equipment ("DME") for home use" table above.

*Contraceptive drugs and devices*

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| The following hormonal contraceptive items for women on the generic tier when prescribed by a Plan Provider:<br>• Rings<br>• Patches<br>• Oral contraceptives | No charge for up to a 365-day supply | No charge for up to a 365-day supply Rings are not available for mail order | | ✔ |
| The following contraceptive items for women on the generic tier when prescribed by a Plan Provider:<br>• Female condoms<br>• Spermicide<br>• Sponges | No charge for up to a 30-day supply | Not available | | ✔ |
| The following hormonal contraceptive items for women on the brand tier when prescribed by a Plan Provider:<br>• Rings<br>• Patches<br>• Oral contraceptives | No charge for up to a 365-day supply | No charge for up to a 365-day supply Rings are not available for mail order | | ✔ |

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| The following contraceptive items for women on the brand tier when prescribed by a Plan Provider:<br>• Female condoms<br>• Spermicide<br>• Sponges | No charge for up to a 30-day supply | Not available | | ✓ |
| Emergency contraception | No charge | Not available | | ✓ |
| Diaphragms and cervical caps | No charge | Not available | | ✓ |

*Certain preventive items*

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| Items on our Preventive Services list on our website at **kp.org/prevention** when prescribed by a Plan Provider | No charge for up to a 30-day supply | Not available | | ✓ |

*Fertility and sexual dysfunction drugs*

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| Drugs on the generic tier prescribed to treat infertility or in connection with covered artificial insemination Services | Not covered | Not covered | | |
| Drugs on the brand and specialty tiers prescribed to treat infertility or in connection with covered artificial insemination Services | Not covered | Not covered | | |
| Drugs on the generic tier prescribed in connection with covered assisted reproductive technology ("ART") Services | Not covered | Not covered | | |
| Drugs on the brand and specialty tiers prescribed in connection with covered assisted reproductive technology ("ART") Services | Not covered | Not covered | | |

| Description | Cost Share at a Plan Pharmacy | Cost Share by Mail | Subject to Deductible | OOPM |
|---|---|---|---|---|
| Drugs on the generic tier prescribed for sexual dysfunction disorders | $5 for up to a 30-day supply | $10 for up to a 100-day supply | | ✓ |
| Drugs on the brand and specialty tiers prescribed for sexual dysfunction disorders | $15 for up to a 30-day supply | $30 for up to a 100-day supply | | ✓ |

**Outpatient surgery and outpatient procedures**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Outpatient surgery and outpatient procedures (including imaging and diagnostic Services) when provided in an ambulatory surgery center or in a hospital operating room, or any setting where a licensed staff member monitors your vital signs as you regain sensation after receiving drugs to reduce sensation or minimize discomfort | $300 per procedure | | ✓ |
| Any other outpatient surgery that does not require a licensed staff member to monitor your vital signs as described above | $20 per procedure | | ✓ |

**Preventive Services**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Routine physical exams, including well-woman and preventive exams for Members age 2 and older | No charge | | ✓ |
| Well-child preventive exams for Members through age 23 months | No charge | | ✓ |
| Normal series of regularly scheduled preventive prenatal care exams after confirmation of pregnancy | No charge | | ✓ |
| First postpartum follow-up consultation and exam | No charge | | ✓ |
| Immunizations (including the vaccine) administered to you in a Plan Medical Office | No charge | | ✓ |
| Tuberculosis skin tests | No charge | | ✓ |

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Screening and counseling Services when provided during a routine physical exam or a well-child preventive exam, such as obesity counseling, routine vision and hearing screenings, alcohol and substance abuse screenings, health education, depression screening, and developmental screenings to diagnose and assess potential developmental delays | No charge | | ✓ |
| Screening colonoscopies | No charge | | ✓ |
| Screening flexible sigmoidoscopies | No charge | | ✓ |
| Routine imaging screenings such as mammograms | No charge | | ✓ |
| Bone density CT scans | No charge | | ✓ |
| Bone density DEXA scans | No charge | | ✓ |
| Routine laboratory tests and screenings, such as cancer screening tests, sexually transmitted infection ("STI") tests, cholesterol screening tests, and glucose tolerance tests | No charge | | ✓ |
| Other laboratory screening tests, such as fecal occult blood tests and hepatitis B screening tests | No charge | | ✓ |

**Prosthetic and orthotic devices**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Internally implanted prosthetic and orthotic devices as described in this *EOC* | No charge | | ✓ |
| External prosthetic and orthotic devices as described in this *EOC* | No charge | | ✓ |
| Supplemental prosthetic and orthotic devices as described in this *EOC* | No charge | | ✓ |

**Rehabilitative and habilitative Services**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Individual outpatient physical, occupational, and speech therapy | $10 per visit | | ✓ |
| Group outpatient physical, occupational, and speech therapy | $5 per visit | | ✓ |
| Physical, occupational, and speech therapy provided in an organized, multidisciplinary rehabilitation day-treatment program | $10 per day | | ✓ |

**Skilled nursing facility care**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Skilled nursing facility Services up to 100 days per benefit period* | $250 per admission | | ✓ |

*A benefit period begins on the date you are admitted to a hospital or Skilled Nursing Facility at a skilled level of care. A benefit period ends on the date you have not been an inpatient in a hospital or Skilled Nursing Facility, receiving a skilled level of care, for 60 consecutive days. A new benefit period can begin only after any existing benefit period ends. A prior three-day stay in an acute care hospital is not required.

**Substance use disorder treatment**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Inpatient detoxification | $500 per admission | | ✓ |
| Individual substance use disorder evaluation and treatment | $10 per visit | | ✓ |
| Group substance use disorder treatment | $5 per visit | | ✓ |
| Intensive outpatient and day-treatment programs | $5 per day | | ✓ |
| Residential substance use disorder treatment | $100 per admission | | ✓ |

**Telehealth visits**

*Interactive video visits*

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Primary Care Visits and Non-Physician Specialist Visits | No charge | | ✓ |

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Physician Specialist Visits | No charge | | ✓ |

***Scheduled telephone visits***

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Primary Care Visits and Non-Physician Specialist Visits | No charge | | ✓ |
| Physician Specialist Visits | No charge | | ✓ |

## Vision Services for Adult Members

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Routine eye exams with a Plan Optometrist to determine the need for vision correction and to provide a prescription for eyeglass lenses | No charge | | ✓ |
| Physician Specialist Visits to diagnose and treat injuries or diseases of the eye | $20 per visit | | ✓ |
| Non-Physician Specialist Visits to diagnose and treat injuries or diseases of the eye | $10 per visit | | ✓ |
| Aniridia lenses: up to two Medically Necessary contact lenses per eye (including fitting and dispensing) in any 12-month period | No charge | | ✓ |
| Aphakia lenses: up to six Medically Necessary aphakic contact lenses per eye (including fitting and dispensing) in any 12-month period | No charge | | ✓ |
| Other contact lenses that will provide a significant improvement in vision that eyeglass lenses cannot provide: either one pair of contact lenses (including fitting and dispensing) or an initial supply of disposable contact lenses (including fitting and dispensing) in any 24-month period | No charge | | |
| Eyeglasses and contact lenses as described in this *EOC* | A $175 Allowance every 24 months | | |

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Replacement lenses if there has been a change in prescription of at least .50 diopter in one or both eyes within 12 months of the initial point of sale of an eyeglass lens or contact lens that we provided an Allowance toward (or otherwise covered) | $30 Allowance for a single vision eyeglass lens or contact lens, $45 Allowance for a multifocal or lenticular eyeglass lens | | |
| Low vision devices (including fitting and dispensing) | Not covered | | |

**Vision Services for Pediatric Members**

| Description of Services | Copayment / Coinsurance | Subject to Deductible | OOPM |
|---|---|---|---|
| Routine eye exams with a Plan Optometrist to determine the need for vision correction and to provide a prescription for eyeglass lenses | No charge | | ✓ |
| Physician Specialist Visits to diagnose and treat injuries or diseases of the eye | $20 per visit | | ✓ |
| Non-Physician Specialist Visits to diagnose and treat injuries or diseases of the eye | $10 per visit | | ✓ |
| Aniridia lenses: up to two Medically Necessary contact lenses per eye (including fitting and dispensing) in any 12-month period | No charge | | ✓ |
| Aphakia lenses: up to six Medically Necessary aphakic contact lenses per eye (including fitting and dispensing) in any 12-month period | No charge | | ✓ |
| Other contact lenses that will provide a significant improvement in vision that eyeglass lenses cannot provide: either one pair of contact lenses (including fitting and dispensing) or an initial supply of disposable contact lenses (including fitting and dispensing) in any 24-month period | No charge | | |
| One complete pair of eyeglasses in any 12-month period, or contact lenses as described in this *EOC*, in any 12-month period | No charge | | ✓ |
| One low vision device (including fitting and dispensing) per Accumulation Period | No charge | | ✓ |

## Introduction

This *Combined Evidence of Coverage and Disclosure Form ("EOC")* and the "CaliforniaChoice Supplement to the *Evidence of Coverage*" together describe the health care coverage of "Kaiser Permanente for Small Business Platinum HMO A" offered by the "CaliforniaChoice Program" and provided under the *Group Agreement* (*Agreement*) between Kaiser Foundation Health Plan, Inc. ("Health Plan") and the entity with which Health Plan has entered into the *Agreement* (your "Group").

This *EOC* is part of the *Agreement* between Health Plan and your Group. The *Agreement* contains additional terms such as Premiums, when coverage can change, the effective date of coverage, and the effective date of termination. The *Agreement* must be consulted to determine the exact terms of coverage. A copy of the *Agreement* is available from your Group.

Once enrolled in other coverage made available through Health Plan, that other plan's evidence of coverage cannot be cancelled without cancelling coverage under this *EOC*, unless the change is made during open enrollment or a special enrollment period.

For benefits provided under any other program offered by your Group (for example, workers compensation benefits), refer to your Group's materials.

In this *EOC*, Health Plan is sometimes referred to as "we" or "us." Members are sometimes referred to as "you." Some capitalized terms have special meaning in this *EOC*; please see the "Definitions" section for terms you should know.

It is important to familiarize yourself with your coverage by reading this *EOC* completely, so that you can take full advantage of your Health Plan benefits. Also, if you have special health care needs, please carefully read the sections that apply to you.

### About Kaiser Permanente

**PLEASE READ THE FOLLOWING INFORMATION SO THAT YOU WILL KNOW FROM WHOM OR WHAT GROUP OF PROVIDERS YOU MAY GET HEALTH CARE.**

When you join Kaiser Permanente, you are enrolling in one of two Health Plan Regions in California (either our Northern California Region or Southern California Region), which we call your "Home Region." The Service Area of each Region is described in the "Definitions" section of this EOC. The coverage information in this *EOC* applies when you obtain care in your Home Region. When you visit the other California Region, you may receive care as described in "Receiving Care Outside of Your Home Region" in the "How to Obtain Services" section.

Kaiser Permanente provides Services directly to our Members through an integrated medical care program. Health Plan, Plan Hospitals, and the Medical Group work together to provide our Members with quality care. Our medical care program gives you access to all of the covered Services you may need, such as routine care with your own personal Plan Physician, hospital care, laboratory and pharmacy Services, Emergency Services, Urgent Care, and other benefits described in this *EOC*. Plus, our health education programs offer you great ways to protect and improve your health.

We provide covered Services to Members using Plan Providers located in your Home Region Service Area, which is described in the "Definitions" section. You must receive all covered care from Plan Providers inside your Home Region Service Area, except as described in the sections listed below for the following Services:

- Authorized referrals as described under "Getting a Referral" in the "How to Obtain Services" section

- Emergency ambulance Services as described under "Ambulance Services" in the "Benefits" section

- Emergency Services, Post-Stabilization Care, and Out-of-Area Urgent Care as described in the "Emergency Services and Urgent Care" section

- Hospice care as described under "Hospice Care" in the "Benefits" section

- Visiting Member Services as described under "Receiving Care Outside of Your Home Region" in the "How to Obtain Services" section

### Pediatric Dental Coverage

Except as described under "Dental and Orthodontic Services" in the "Benefits" section below, dental services are not covered under this *EOC*. Information in this *EOC*, such as how to get care, descriptions of services that are covered, and how to resolve issues related to your health care coverage, pertains only to Services covered under this *EOC*.

When you enroll in this Kaiser Permanente coverage, you are also automatically enrolling in a separate pediatric dental plan underwritten by Delta Dental of California, which will provide coverage of dental benefits for any children under age 19 that you enroll.

These dental benefits are described in the Delta Dental Combined Evidence of Coverage and Disclosure Form ("Delta Dental EOC/DF") attached to this *EOC*. Please refer to this Delta Dental EOC/DF for information about your dental coverage, such as how to get care, and services that are covered.

### Renewal

Coverage of dental services benefits under the Delta Dental EOC/DF attached to this *EOC* will automatically renew upon the renewal of this *EOC*.

### Premiums

Premiums due under this *EOC* include the dental services underwritten by Delta Dental of California described in the attached Delta Dental EOC/DF.

### Dispute Resolution

Delta Dental is responsible for administering and resolving enrollee complaints, grievances and appeals that concern dental services covered by the Delta Dental EOC/DF. Please refer to the Delta Dental EOC/DF attached to this *EOC* for information regarding these complaints, grievances and appeals. Health Plan is responsible for administering and resolving any enrollee complaints, grievances and appeals that concern enrollment, premium collection and/or termination relating to this pediatric dental coverage.

### Termination

Coverage of dental services benefits under the Delta Dental EOC/DF attached to this *EOC* will automatically terminate upon the termination of this *EOC* (for example, if your coverage under this *EOC* terminates because you lose eligibility as a Dependent, your coverage under the Delta Dental EOC/DF will terminate at the same time). Delta Dental will not separately terminate its dental services coverage under the Delta Dental EOC/DF. If Delta Dental stops offering the pediatric dental plan described in the Delta Dental EOC/DF during the term of this *EOC*, we will make arrangements for the Services to be provided by another pediatric dental plan and notify you of the arrangements.

### Term of this *EOC*

This *EOC* is for calendar year 2021, if your Group renews annually on January 1, unless amended. If your Group's renewal date is not January 1, this *EOC* is

applicable during that 12-month contract period beginning with your Group's renewal date in 2021. Your Group can tell you the term of this *EOC*. Your Group can tell you whether this *EOC* is still in effect and give you a current one if this *EOC* has expired or been amended.

Information about renewal of pediatric dental coverage is described under "Pediatric Dental Coverage" in the "Introduction" section of this *EOC*.

## Definitions

Some terms have special meaning in this *EOC*. When we use a term with special meaning in only one section of this *EOC*, we define it in that section. The terms in this "Definitions" section have special meaning when capitalized and used in any section of this *EOC*.

**Accumulation Period:** A period of time no greater than 12 consecutive months for purposes of accumulating amounts toward any deductibles (if applicable), out-of-pocket maximums, and benefit limits. For example, the Accumulation Period may be a calendar year or contract year. The Accumulation Period for this *EOC* is from January 1 through December 31.

**Adult Member:** A Member who is age 19 or older and is not a Pediatric Member. For example, if you turn 19 on June 25, you will be an Adult Member starting July 1.

**Allowance:** A specified amount that you can use toward the purchase price of an item. If the price of the item(s) you select exceeds the Allowance, you will pay the amount in excess of the Allowance (and that payment will not apply toward any deductible or out-of-pocket maximum).

**Ancillary Coverage:** Optional benefits such as acupuncture, chiropractic, or dental coverage that may be available to Members enrolled under this *EOC*. If your plan includes Ancillary Coverage, this coverage will be described in an amendment to this *EOC* or a separate agreement from the issuer of the coverage. Note: Pediatric dental coverage is not considered to be optional Ancillary Coverage.

**Charges:** "Charges" means the following:

- For Services provided by the Medical Group or Kaiser Foundation Hospitals, the charges in Health Plan's schedule of Medical Group and Kaiser Foundation Hospitals charges for Services provided to Members

- For Services for which a provider (other than the Medical Group or Kaiser Foundation Hospitals) is compensated on a capitation basis, the charges in the

schedule of charges that Kaiser Permanente negotiates with the capitated provider

- For items obtained at a pharmacy owned and operated by Kaiser Permanente, the amount the pharmacy would charge a Member for the item if a Member's benefit plan did not cover the item (this amount is an estimate of: the cost of acquiring, storing, and dispensing drugs, the direct and indirect costs of providing Kaiser Permanente pharmacy Services to Members, and the pharmacy program's contribution to the net revenue requirements of Health Plan)

- For all other Services, the payments that Kaiser Permanente makes for the Services or, if Kaiser Permanente subtracts your Cost Share from its payment, the amount Kaiser Permanente would have paid if it did not subtract your Cost Share

**Coinsurance:** A percentage of Charges that you must pay when you receive a covered Service under this *EOC*.

**Copayment:** A specific dollar amount that you must pay when you receive a covered Service under this *EOC*. Note: The dollar amount of the Copayment can be $0 (no charge).

**Cost Share:** The amount you are required to pay for covered Services. For example, your Cost Share may be a Copayment or Coinsurance. If your coverage includes a Plan Deductible and you receive Services that are subject to the Plan Deductible, your Cost Share for those Services will be Charges until you reach the Plan Deductible. Similarly, if your coverage includes a Drug Deductible, and you receive Services that are subject to the Drug Deductible, your Cost Share for those Services will be Charges until you reach the Drug Deductible.

**Dependent:** A Member who meets the eligibility requirements as a Dependent (for Dependent eligibility requirements, see "Who Is Eligible" in the "Premiums, Eligibility, and Enrollment" section).

**Disclosure Form ("DF"):** A summary of coverage for prospective Members. For some products, the DF is combined with the evidence of coverage.

**Drug Deductible:** The amount you must pay under this *EOC* in the Accumulation Period for certain drugs, supplies, and supplements before we will cover those Services at the applicable Copayment or Coinsurance in that Accumulation Period. Please refer to the "Cost Share Summary" section to learn whether your coverage includes a Drug Deductible, the Services that are subject to the Drug Deductible, and the Drug Deductible amount.

**Emergency Medical Condition:** A medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) such that you reasonably

believed that the absence of immediate medical attention would result in any of the following:

- Placing the person's health (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy

- Serious impairment to bodily functions

- Serious dysfunction of any bodily organ or part

A mental health condition is an Emergency Medical Condition when it meets the requirements of the paragraph above, or when the condition manifests itself by acute symptoms of sufficient severity such that either of the following is true:

- The person is an immediate danger to himself or herself or to others

- The person is immediately unable to provide for, or use, food, shelter, or clothing, due to the mental disorder

**Emergency Services:** All of the following with respect to an Emergency Medical Condition:

- A medical screening exam that is within the capability of the emergency department of a hospital, including ancillary services (such as imaging and laboratory Services) routinely available to the emergency department to evaluate the Emergency Medical Condition

- Within the capabilities of the staff and facilities available at the hospital, Medically Necessary examination and treatment required to Stabilize the patient (once your condition is Stabilized, Services you receive are Post Stabilization Care and not Emergency Services)

**EOC:** This *Combined Evidence of Coverage and Disclosure Form* document, including any amendments, which describes the health care coverage of "Kaiser Permanente for Small Business" under Health Plan's *Agreement* with your Group.

**Family:** A Subscriber and all of their Dependents.

**Group:** The entity with which Health Plan has entered into the *Agreement* that includes this *EOC*.

**Health Plan:** Kaiser Foundation Health Plan, Inc., a California nonprofit corporation. Health Plan is a health care service plan licensed to offer health care coverage by the Department of Managed Health Care. This *EOC* sometimes refers to Health Plan as "we" or "us."

**Home Region:** The Region where you enrolled (either the Northern California Region or the Southern California Region).

**Kaiser Permanente:** Kaiser Foundation Hospitals (a California nonprofit corporation), Health Plan, and the Medical Group.

**Medical Group:** For Northern California Region Members, The Permanente Medical Group, Inc., a for-profit professional corporation, and for Southern California Region Members, the Southern California Permanente Medical Group, a for-profit professional partnership.

**Medically Necessary:** A Service is Medically Necessary if it is medically appropriate and required to prevent, diagnose, or treat your condition or clinical symptoms in accord with generally accepted professional standards of practice that are consistent with a standard of care in the medical community.

**Medicare:** The federal health insurance program for people 65 years of age or older, some people under age 65 with certain disabilities, and people with end-stage renal disease (generally those with permanent kidney failure who need dialysis or a kidney transplant).

**Member:** A person who is eligible and enrolled under this *EOC*, and for whom we have received applicable Premiums. This *EOC* sometimes refers to a Member as "you."

**Non-Physician Specialist Visits:** Consultations, evaluations, and treatment by non-physician specialists (such as nurse practitioners, physician assistants, optometrists, podiatrists, and audiologists). For Services described under "Dental and Orthodontic Services" in the "Benefits" section, non-physician specialists include dentists and orthodontists.

**Non–Plan Hospital:** A hospital other than a Plan Hospital.

**Non–Plan Physician:** A physician other than a Plan Physician.

**Non–Plan Provider:** A provider other than a Plan Provider.

**Non–Plan Psychiatrist:** A psychiatrist who is not a Plan Physician.

**Out-of-Area Urgent Care:** Medically Necessary Services to prevent serious deterioration of your (or your unborn child's) health resulting from an unforeseen illness, unforeseen injury, or unforeseen complication of an existing condition (including pregnancy) if all of the following are true:

- You are temporarily outside your Home Region Service Area

- A reasonable person would have believed that your (or your unborn child's) health would seriously

deteriorate if you delayed treatment until you returned to your Home Region Service Area

**Pediatric Member:** A Member from birth through the end of the month of their 19th birthday. For example, if you turn 19 on June 25, you will be an Adult Member starting July 1 and your last minute as a Pediatric Member will be 11:59 p.m. on June 30.

**Physician Specialist Visits:** Consultations, evaluations, and treatment by physician specialists, including personal Plan Physicians who are not Primary Care Physicians.

**Plan Deductible:** The amount you must pay under this *EOC* in the Accumulation Period for certain Services before we will cover those Services at the applicable Copayment or Coinsurance in that Accumulation Period. Please refer to the "Cost Share Summary" section to learn whether your coverage includes a Plan Deductible, the Services that are subject to the Plan Deductible, and the Plan Deductible amount.

**Plan Facility:** Any facility listed in the Provider Directory on our website at **kp.org/facilities**. Plan Facilities include Plan Hospitals, Plan Medical Offices, and other facilities that we designate in the directory. The directory is updated periodically. The availability of Plan Facilities may change. If you have questions, please call our Member Service Contact Center.

**Plan Hospital:** Any hospital listed in the Provider Directory on our website at **kp.org/facilities**. In the directory, some Plan Hospitals are listed as Kaiser Permanente Medical Centers. The directory is updated periodically. The availability of Plan Hospitals may change. If you have questions, please call our Member Service Contact Center.

**Plan Medical Office:** Any medical office listed in the Provider Directory on our website at **kp.org/facilities**. In the directory, Kaiser Permanente Medical Centers may include Plan Medical Offices. The directory is updated periodically. The availability of Plan Medical Offices may change. If you have questions, please call our Member Service Contact Center.

**Plan Optical Sales Office:** An optical sales office owned and operated by Kaiser Permanente or another optical sales office that we designate. Refer to the Provider Directory on our website at **kp.org/facilities** for locations of Plan Optical Sales Offices. In the directory, Plan Optical Sales Offices may be called "Vision Essentials." The directory is updated periodically. The availability of Plan Optical Sales Offices may change. If you have questions, please call our Member Service Contact Center.

**Plan Optometrist:** An optometrist who is a Plan Provider.

**Plan Out-of-Pocket Maximum:** The total amount of Cost Share you must pay under this *EOC* in the Accumulation Period for certain covered Services that you receive in the same Accumulation Period. Please refer to the "Cost Share Summary" section to find your Plan Out-of-Pocket Maximum amount and to learn which Services apply to the Plan Out-of-Pocket Maximum.

**Plan Pharmacy:** A pharmacy owned and operated by Kaiser Permanente or another pharmacy that we designate. Refer to the Provider Directory on our website at **kp.org/facilities** for locations of Plan Pharmacies. The directory is updated periodically. The availability of Plan Pharmacies may change. If you have questions, please call our Member Service Contact Center.

**Plan Physician:** Any licensed physician who is a partner or employee of the Medical Group, or any licensed physician who contracts to provide Services to Members (but not including physicians who contract only to provide referral Services).

**Plan Provider:** A Plan Hospital, a Plan Physician, the Medical Group, a Plan Pharmacy, or any other health care provider that Health Plan designates as a Plan Provider.

**Plan Skilled Nursing Facility:** A Skilled Nursing Facility approved by Health Plan.

**Post-Stabilization Care:** Medically Necessary Services related to your Emergency Medical Condition that you receive in a hospital (including the Emergency Department) after your treating physician determines that this condition is Stabilized.

**Premiums:** The periodic amounts that your Group is responsible for paying for your membership under this *EOC,* except that you are responsible for paying Premiums if you have Cal-COBRA coverage. "Full Premiums" means 100 percent of Premiums for all of the coverage issued to each enrolled Member, as set forth in the "Premiums" section of Health Plan's *Agreement* with your Group.

**Preventive Services:** Covered Services that prevent or detect illness and do one or more of the following:

- Protect against disease and disability or further progression of a disease

- Detect disease in its earliest stages before noticeable symptoms develop

**Primary Care Physicians:** Generalists in internal medicine, pediatrics, and family practice, and specialists in obstetrics/gynecology whom the Medical Group designates as Primary Care Physicians. Refer to the Provider Directory on our website at **kp.org** for a list of physicians that are available as Primary Care Physicians.

The directory is updated periodically. The availability of Primary Care Physicians may change. If you have questions, please call our Member Service Contact Center.

**Primary Care Visits:** Evaluations and treatment provided by Primary Care Physicians and primary care Plan Providers who are not physicians (such as nurse practitioners).

**Provider Directory:** A directory of Plan Physicians and Plan Facilities in your Home Region. This directory is available on our website at **kp.org/facilities**. To obtain a printed copy, call our Member Service Contact Center. The directory is updated periodically. The availability of Plan Physicians and Plan Facilities may change. If you have questions, please call our Member Service Contact Center.

**Region:** A Kaiser Foundation Health Plan organization or allied plan that conducts a direct-service health care program. Regions may change on January 1 of each year and are currently the District of Columbia and parts of Northern California, Southern California, Colorado, Georgia, Hawaii, Idaho, Maryland, Oregon, Virginia, and Washington. For the current list of Region locations, please visit our website at **kp.org** or call our Member Service Contact Center.

**Serious Emotional Disturbance of a Child Under Age 18:** A condition identified as a "mental disorder" in the most recent edition of the *Diagnostic and Statistical Manual of Mental Disorders*, other than a primary substance use disorder or developmental disorder, that results in behavior inappropriate to the child's age according to expected developmental norms, if the child also meets at least one of the following three criteria:

- As a result of the mental disorder, (1) the child has substantial impairment in at least two of the following areas: self-care, school functioning, family relationships, or ability to function in the community; and (2) either (a) the child is at risk of removal from the home or has already been removed from the home, or (b) the mental disorder and impairments have been present for more than six months or are likely to continue for more than one year without treatment

- The child displays psychotic features, or risk of suicide or violence due to a mental disorder

- The child meets special education eligibility requirements under Section 5600.3(a)(2)(C) of the Welfare and Institutions Code

**Service Area:** Health Plan has two Regions in California. As a Member, you are enrolled in one of the two Regions (either our Northern California Region or Southern California Region), called your Home Region.

This *EOC* describes the coverage for both California Regions.

*Northern California Region Service Area*

The ZIP codes below for each county are in our Northern California Service Area:

- All ZIP codes in Alameda County are inside our Northern California Service Area: 94501-02, 94505, 94514, 94536-46, 94550-52, 94555, 94557, 94560, 94566, 94568, 94577-80, 94586-88, 94601-15, 94617-21, 94622-24, 94649, 94659-62, 94666, 94701-10, 94712, 94720, 95377, 95391

- The following ZIP codes in Amador County are inside our Northern California Service Area: 95640, 95669

- All ZIP codes in Contra Costa County are inside our Northern California Service Area: 94505-07, 94509, 94511, 94513-14, 94516-31, 94547-49, 94551, 94553, 94556, 94561, 94563-65, 94569-70, 94572, 94575, 94582-83, 94595-98, 94706-08, 94801-08, 94820, 94850

- The following ZIP codes in El Dorado County are inside our Northern California Service Area: 95613-14, 95619, 95623, 95633-35, 95651, 95664, 95667, 95672, 95682, 95762

- The following ZIP codes in Fresno County are inside our Northern California Service Area: 93242, 93602, 93606-07, 93609, 93611-13, 93616, 93618-19, 93624-27, 93630-31, 93646, 93648-52, 93654, 93656-57, 93660, 93662, 93667-68, 93675, 93701-12, 93714-18, 93720-30, 93737, 93740-41, 93744-45, 93747, 93750, 93755, 93760-61, 93764-65, 93771-79, 93786, 93790-94, 93844, 93888

- The following ZIP codes in Kings County are inside our Northern California Service Area: 93230, 93232, 93242, 93631, 93656

- The following ZIP codes in Madera County are inside our Northern California Service Area: 93601-02, 93604, 93614, 93623, 93626, 93636-39, 93643-45, 93653, 93669, 93720

- All ZIP codes in Marin County are inside our Northern California Service Area: 94901, 94903-04, 94912-15, 94920, 94924-25, 94929-30, 94933, 94937-42, 94945-50, 94956-57, 94960, 94963-66, 94970-71, 94973-74, 94976-79

- The following ZIP codes in Mariposa County are inside our Northern California Service Area: 93601, 93623, 93653

- All ZIP codes in Napa County are inside our Northern California Service Area: 94503, 94508, 94515,

94558-59, 94562, 94567, 94573-74, 94576, 94581, 94599, 95476

- The following ZIP codes in Placer County are inside our Northern California Service Area: 95602-04, 95610, 95626, 95648, 95650, 95658, 95661, 95663, 95668, 95677-78, 95681, 95703, 95722, 95736, 95746-47, 95765

- All ZIP codes in Sacramento County are inside our Northern California Service Area: 94203-09, 94211, 94229-30, 94232, 94234-37, 94239-40, 94244, 94247-50, 94252, 94254, 94256-59, 94261-63, 94267-69, 94271, 94273-74, 94277-80, 94282-85, 94287-91, 94293-98, 94571, 95608-11, 95615, 95621, 95624, 95626, 95628, 95630, 95632, 95638-39, 95641, 95652, 95655, 95660, 95662, 95670-71, 95673, 95678, 95680, 95683, 95690, 95693, 95741-42, 95757-59, 95763, 95811-38, 95840-43, 95851-53, 95860, 95864-67, 95894, 95899

- All ZIP codes in San Francisco County are inside our Northern California Service Area: 94102-05, 94107-12, 94114-34, 94137, 94139-47, 94151, 94158-61, 94163-64, 94172, 94177, 94188

- All ZIP codes in San Joaquin County are inside our Northern California Service Area: 94514, 95201-15, 95219-20, 95227, 95230-31, 95234, 95236-37, 95240-42, 95253, 95258, 95267, 95269, 95296-97, 95304, 95320, 95330, 95336-37, 95361, 95366, 95376-78, 95385, 95391, 95632, 95686, 95690

- All ZIP codes in San Mateo County are inside our Northern California Service Area: 94002, 94005, 94010-11, 94014-21, 94025-28, 94030, 94037-38, 94044, 94060-66, 94070, 94074, 94080, 94083, 94128, 94303, 94401-04, 94497

- The following ZIP codes in Santa Clara County are inside our Northern California Service Area: 94022-24, 94035, 94039-43, 94085-89, 94301-06, 94309, 94550, 95002, 95008-09, 95011, 95013-15, 95020-21, 95026, 95030-33, 95035-38, 95042, 95044, 95046, 95050-56, 95070-71, 95076, 95101, 95103, 95106, 95108-13, 95115-36, 95138-41, 95148, 95150-61, 95164, 95170, 95172-73, 95190-94, 95196

- All ZIP codes in Santa Cruz County are inside our Northern California Service Area: 95001, 95003, 95005-7, 95010, 95017-19, 95033, 95041, 95060-67, 95073, 95076-77

- All ZIP codes in Solano County are inside our Northern California Service Area: 94503, 94510, 94512, 94533-35, 94571, 94585, 94589-92, 95616, 95618, 95620, 95625, 95687-88, 95690, 95694, 95696

- The following ZIP codes in Sonoma County are inside our Northern California Service Area: 94515,

94922-23, 94926-28, 94931, 94951-55, 94972,
94975, 94999, 95401-07, 95409, 95416, 95419,
95421, 95425, 95430-31, 95433, 95436, 95439,
95441-42, 95444, 95446, 95448, 95450, 95452,
95462, 95465, 95471-73, 95476, 95486-87, 95492

- All ZIP codes in Stanislaus County are inside our
  Northern California Service Area: 95230, 95304,
  95307, 95313, 95316, 95319, 95322-23, 95326,
  95328-29, 95350-58, 95360-61, 95363, 95367-68,
  95380-82, 95385-87, 95397

- The following ZIP codes in Sutter County are inside
  our Northern California Service Area: 95626, 95645,
  95659, 95668, 95674, 95676, 95692, 95836-37

- The following ZIP codes in Tulare County are inside
  our Northern California Service Area: 93618, 93631,
  93646, 93654, 93666, 93673

- The following ZIP codes in Yolo County are inside
  our Northern California Service Area: 95605, 95607,
  95612, 95615-18, 95645, 95691, 95694-95, 95697-
  98, 95776, 95798-99

- The following ZIP codes in Yuba County are inside
  our Northern California Service Area: 95692, 95903,
  95961

*Southern California Region Service Area*

The ZIP codes below for each county are in our Southern
California Service Area:

- The following ZIP codes in Imperial County are
  inside our Southern California Service Area: 92274-
  75

- The following ZIP codes in Kern County are inside
  our Southern California Service Area: 93203, 93205-
  06, 93215-16, 93220, 93222, 93224-26, 93238,
  93240-41, 93243, 93249-52, 93263, 93268, 93276,
  93280, 93285, 93287, 93301-09, 93311-14, 93380,
  93383-90, 93501-02, 93504-05, 93518-19, 93531,
  93536, 93560-61, 93581

- The following ZIP codes in Los Angeles County are
  inside our Southern California Service Area:
  90001-84, 90086-91, 90093-96, 90099, 90134,
  90189, 90201-02, 90209-13, 90220-24, 90230-33,
  90239-42, 90245, 90247-51, 90254-55, 90260-67,
  90270, 90272, 90274-75, 90277-78, 90280, 90290-
  96, 90301-12, 90401-11, 90501-10, 90601-10, 90623,
  90630-31, 90637-40, 90650-52, 90660-62, 90670-71,
  90701-03, 90706-07, 90710-17, 90723, 90731-34,
  90744-49, 90755, 90801-10, 90813-15, 90822,
  90831-35, 90840, 90842, 90844, 90846-48, 90853,
  90895, 90899, 91001, 91003, 91006-12, 91016-17,
  91020-21, 91023-25, 91030-31, 91040-43, 91046,
  91066, 91077, 91101-10, 91114-18, 91121, 91123-
  26, 91129, 91182, 91184-85, 91188-89, 91199,

91201-10, 91214, 91221-22, 91224-26, 91301-11,
91313, 91316, 91321-22, 91324-31, 91333-35,
91337, 91340-46, 91350-57, 91361-62, 91364-65,
91367, 91371-72, 91376, 91380-87, 91390, 91392-
96, 91401-13, 91416, 91423, 91426, 91436, 91470,
91482, 91495-96, 91499, 91501-08, 91510, 91521-
23, 91526, 91601-12, 91614-18, 91702, 91706,
91711, 91714-16, 91722-24, 91731-35, 91740-41,
91744-50, 91754-56, 91759, 91765-73, 91775-76,
91778, 91780, 91788-93, 91801-04, 91896, 91899,
93243, 93510, 93532, 93534-36, 93539, 93543-44,
93550-53, 93560, 93563, 93584, 93586, 93590-91,
93599

- All ZIP codes in Orange County are inside our
  Southern California Service Area: 90620-24, 90630-
  33, 90638, 90680, 90720-21, 90740, 90742-43,
  92602-07, 92609-10, 92612, 92614-20, 92623-30,
  92637, 92646-63, 92672-79, 92683-85, 92688,
  92690-94, 92697-98, 92701-08, 92711-12, 92728,
  92735, 92780-82, 92799, 92801-09, 92811-12,
  92814-17, 92821-23, 92825, 92831-38, 92840-46,
  92850, 92856-57, 92859, 92861-71, 92885-87, 92899

- The following ZIP codes in Riverside County are
  inside our Southern California Service Area: 91752,
  92028, 92201-03, 92210-11, 92220, 92223, 92230,
  92234-36, 92240-41, 92247-48, 92253-55, 92258,
  92260-64, 92270, 92274, 92276, 92282, 92320,
  92324, 92373, 92399, 92501-09, 92513-14, 92516-
  19, 92521-22, 92530-32, 92543-46, 92548, 92551-57,
  92562-64, 92567, 92570-72, 92581-87, 92589-93,
  92595-96, 92599, 92860, 92877-83

- The following ZIP codes in San Bernardino County
  are inside our Southern California Service Area:
  91701, 91708-10, 91729-30, 91737, 91739, 91743,
  91758-59, 91761-64, 91766, 91784-86, 91792,
  92252, 92256, 92268, 92277-78, 92284-86, 92305,
  92307-08, 92313-18, 92321-22, 92324-25, 92329,
  92331, 92333-37, 92339-41, 92344-46, 92350,
  92352, 92354, 92357-59, 92369, 92371-78, 92382,
  92385-86, 92391-95, 92397, 92399, 92401-08,
  92410-11, 92413, 92415, 92418, 92423, 92427,
  92880

- The following ZIP codes in San Diego County are
  inside our Southern California Service Area: 91901-
  03, 91908-17, 91921, 91931-33, 91935, 91941-46,
  91950-51, 91962-63, 91976-80, 91987, 92003,
  92007-11, 92013-14, 92018-30, 92033, 92037-40,
  92046, 92049, 92051-52, 92054-61, 92064-65,
  92067-69, 92071-72, 92074-75, 92078-79, 92081-86,
  92088, 92091-93, 92096, 92101-24, 92126-32,
  92134-40, 92142-43, 92145, 92147, 92149-50,
  92152-55, 92158-61, 92163, 92165-79, 92182,
  92186-87, 92191-93, 92195-99

- The following ZIP codes in Tulare County are inside our Southern California Service Area: 93238, 93261

- The following ZIP codes in Ventura County are inside our Southern California Service Area: 90265, 91304, 91307, 91311, 91319-20, 91358-62, 91377, 93001-07, 93009-12, 93015-16, 93020-22, 93030-36, 93040-44, 93060-66, 93094, 93099, 93252

For each ZIP code listed for a county, your Home Region Service Area includes only the part of that ZIP code that is in that county. When a ZIP code spans more than one county, the part of that ZIP code that is in another county is not inside your Home Region Service Area unless that other county is listed above and that ZIP code is also listed for that other county.

If you have a question about whether a ZIP code is in your Home Region Service Area, please call our Member Service Contact Center.

Note: We may expand your Home Region Service Area at any time by giving written notice to your Group. ZIP codes are subject to change by the U.S. Postal Service.

**Services:** Health care services or items ("health care" includes both physical health care and mental health care), behavioral health treatment covered under "Behavioral Health Treatment for Pervasive Developmental Disorder or Autism" in the "Benefits" section, and services to treat Serious Emotional Disturbance of a Child Under Age 18 or Severe Mental Illness.

**Severe Mental Illness:** The following mental disorders: schizophrenia, schizoaffective disorder, bipolar disorder (manic-depressive illness), major depressive disorders, panic disorder, obsessive-compulsive disorder, pervasive developmental disorder or autism, anorexia nervosa, or bulimia nervosa.

**Skilled Nursing Facility:** A facility that provides inpatient skilled nursing care, rehabilitation services, or other related health services and is licensed by the state of California. The facility's primary business must be the provision of 24-hour-a-day licensed skilled nursing care. The term "Skilled Nursing Facility" does not include convalescent nursing homes, rest facilities, or facilities for the aged, if those facilities furnish primarily custodial care, including training in routines of daily living. A "Skilled Nursing Facility" may also be a unit or section within another facility (for example, a hospital) as long as it continues to meet this definition.

**Spouse:** The person to whom the Subscriber is legally married under applicable law. For the purposes of this *EOC*, the term "Spouse" includes the Subscriber's domestic partner. "Domestic partners" are two people who are registered and legally recognized as domestic partners by California (if your Group allows enrollment of domestic partners not legally recognized as domestic partners by California, "Spouse" also includes the Subscriber's domestic partner who meets your Group's eligibility requirements for domestic partners).

**Stabilize:** To provide the medical treatment of the Emergency Medical Condition that is necessary to assure, within reasonable medical probability, that no material deterioration of the condition is likely to result from or occur during the transfer of the person from the facility. With respect to a pregnant woman who is having contractions, when there is inadequate time to safely transfer her to another hospital before delivery (or the transfer may pose a threat to the health or safety of the woman or unborn child), "Stabilize" means to deliver (including the placenta).

**Subscriber:** A Member who is eligible for membership on their own behalf and not by virtue of Dependent status and who meets the eligibility requirements as a Subscriber (for Subscriber eligibility requirements, see "Who Is Eligible" in the "Premiums, Eligibility, and Enrollment" section).

**Telehealth Visits:** Interactive video visits and scheduled telephone visits between you and your provider.

**Urgent Care:** Medically Necessary Services for a condition that requires prompt medical attention but is not an Emergency Medical Condition.

## Premiums, Eligibility, and Enrollment

### Premiums

Your Group is responsible for paying Full Premiums, except that you are responsible for paying Full Premiums as described in the "Continuation of Membership" section if you have Cal-COBRA coverage under this *EOC*. If you are responsible for any contribution to the Premiums that your Group pays, your Group will tell you the amount, when Premiums are effective, and how to pay your Group (through payroll deduction, for example).

### Who Is Eligible

To enroll and to continue enrollment, you must meet all of the eligibility requirements described in this "Who Is Eligible" section, including Covered California eligibility requirements, your Group's eligibility requirements and our Service Area eligibility requirements.

### CaliforniaChoice eligibility requirements

If your coverage is through CaliforniaChoice, you must meet eligibility requirements established by CaliforniaChoice. Information regarding eligibility requirements and how to appeal eligibility determinations can be found in the "Kaiser Permanente group service agreement" on CaliforniaChoice's website at www.Calchoice.com. Questions about CaliforniaChoice eligibility requirements should be directed to CaliforniaChoice. If your coverage is through CaliforniaChoice, the *EOC* cover will say that the plan is for CaliforniaChoice.

### Group eligibility requirements

You must meet your Group's eligibility requirements, such as the minimum number of hours that employees must work. Your Group is required to inform Subscribers of its eligibility requirements.

### Service Area eligibility requirements

When you join Kaiser Permanente, you are enrolling in one of two Health Plan Regions in California (either our Northern California Region or Southern California Region), which we call your "Home Region." The Service Area of each Region is described in the "Definitions" section.

Subscribers must live or work inside your Home Region Service Area at the time they enroll. If after enrollment the Subscriber no longer lives or works inside your Home Region Service Area, the Subscriber can continue membership unless (1) they live inside or move to the service area of another Region and do not work inside your Home Region Service Area, or (2) your Group does not allow continued enrollment of Subscribers who do not live or work inside your Home Region Service Area.

Dependent children of the Subscriber or of the Subscriber's Spouse may live anywhere inside or outside your Home Region Service Area. Other Dependents may live anywhere, except that they are not eligible to enroll or to continue enrollment if they live in or move to the service area of another Region.

If you are not eligible to continue enrollment because you live in or move to the service area of another Region, please contact your Group to learn about your Group health care options:

- **Regions outside California**. You may be able to enroll in the service area of another Region if there is an agreement between your Group and that Region, but the plan, including coverage, premiums, and eligibility requirements, might not be the same as under this *EOC*

- **The other California Region's Service Area.** If the Subscriber moves from your Home Region to the other California Region, your Group may permit you to enroll in that Region. If your Group permits enrollment and the Subscriber does not submit a new enrollment form, all terms and conditions in your application for enrollment in your Home Region, including the Arbitration Agreement, will continue to apply

For more information about the service areas of the other Regions, please call our Member Service Contact Center.

### Eligibility as a Subscriber

You may be eligible to enroll and continue enrollment as a Subscriber if you are:

- An employee of your Group

- A proprietor or partner of your Group

- Otherwise entitled to coverage under a trust agreement or employment contract (unless the Internal Revenue Service considers you self-employed)

### Eligibility as a Dependent

*Enrolling a Dependent*

Dependent eligibility is subject to your Group's eligibility requirements, which are not described in this *EOC*. You can obtain your Group's eligibility requirements directly from your Group. If you are a Subscriber under this *EOC* and if your Group allows enrollment of Dependents, Health Plan allows the following persons to enroll as your Dependents under this *EOC*:

- Your Spouse

- Your or your Spouse's Dependent children, who meet the requirements described under "Age limit of Dependent children," if they are any of the following:

  ♦ sons, daughters, or stepchildren

  ♦ adopted children

  ♦ children placed with you for adoption

  ♦ children for whom you or your Spouse is the court-appointed guardian (or was when the child reached age 18)

- Children whose parent is a Dependent under your family coverage (including adopted children and children placed with your Dependent for adoption) if they meet all of the following requirements:

  ♦ they are not married and do not have a domestic partner (for the purposes of this requirement only, "domestic partner" means someone who is

registered and legally recognized as a domestic partner by California)

- ♦ they meet the requirements described under "Age limit of Dependent children"

- ♦ they receive all of their support and maintenance from you or your Spouse

- ♦ they permanently reside with you or your Spouse

- Children placed with the Subscriber or Spouse for foster care who enroll during a special enrollment period triggered by the placement of that child in foster care

### If you have a baby

If you have a baby while enrolled under this *EOC*, the baby is not automatically enrolled in this plan. The Subscriber must request enrollment of the baby as described under "Special enrollment" in the "How to Enroll and When Coverage Begins" section below. If the Subscriber does not request enrollment within this special enrollment period, the baby will only be covered under this plan for 31 days (including the date of birth), or until the date the baby is enrolled in other coverage, whichever happens first.

### Age limit of Dependent children

Children must be under age 26 as of the effective date to enroll as a Dependent under your plan.

Dependent children are eligible to remain on the plan through the end of the month in which they reach the age limit.

Dependent children of the Subscriber or Spouse (including adopted children and children placed with you for adoption) who reach the age limit may continue coverage under this *EOC* if all of the following conditions are met:

- They meet all requirements to be a Dependent except for the age limit

- Your Group permits enrollment of Dependents

- They are incapable of self-sustaining employment because of a physically- or mentally-disabling injury, illness, or condition that occurred before they reached the age limit for Dependents

- They receive 50 percent or more of their support and maintenance from you or your Spouse

- You give us proof of their incapacity and dependency within 60 days after we request it (see "Disabled Dependent certification" below in this "Eligibility as a Dependent" section)

### Disabled Dependent certification

One of the requirements for a Dependent to be eligible to continue coverage as a disabled Dependent is that the Subscriber must provide us documentation of the dependent's incapacity and dependency as follows:

- If the child is a Member, we will send the Subscriber a notice of the Dependent's membership termination due to loss of eligibility at least 90 days before the date coverage will end due to reaching the age limit. The Dependent's membership will terminate as described in our notice unless the Subscriber provides us documentation of the Dependent's incapacity and dependency within 60 days of receipt of our notice and we determine that the Dependent is eligible as a disabled dependent. If the Subscriber provides us this documentation in the specified time period and we do not make a determination about eligibility before the termination date, coverage will continue until we make a determination. If we determine that the Dependent does not meet the eligibility requirements as a disabled dependent, we will notify the Subscriber that the Dependent is not eligible and let the Subscriber know the membership termination date. If we determine that the Dependent is eligible as a disabled dependent, there will be no lapse in coverage. Also, starting two years after the date that the Dependent reached the age limit, the Subscriber must provide us documentation of the Dependent's incapacity and dependency annually within 60 days after we request it so that we can determine if the Dependent continues to be eligible as a disabled dependent

- If the child is not a Member because you are changing coverage, you must give us proof, within 60 days after we request it, of the child's incapacity and dependency as well as proof of the child's coverage under your prior coverage. In the future, you must provide proof of the child's continued incapacity and dependency within 60 days after you receive our request, but not more frequently than annually

### If the Subscriber is enrolled under a Kaiser Permanente Medicare plan

The dependent eligibility rules described in the "Eligibility as a Dependent" section also apply if you are a subscriber under a Kaiser Permanente Medicare plan offered by your Group (please ask your Group about your membership options). All of your dependents who are enrolled under this or any other non-Medicare evidence of coverage offered by your Group must be enrolled under the same non-Medicare evidence of coverage. A "non-Medicare" evidence of coverage is one that does not require members to have Medicare.

**Persons barred from enrolling**

You cannot enroll if you have had your entitlement to receive Services through Health Plan terminated for cause.

**Members with Medicare and retirees**

This *EOC* is not intended for retirees and most Medicare beneficiaries. If, during the term of this *EOC*, you are (or become) eligible for Medicare or you retire, the following will apply:

- If you are the Subscriber and you retire, membership under this *EOC* will be terminated and you may be eligible to continue membership as described in the "Continuation of Membership" section

- If federal law requires that your Group's health care coverage be primary and Medicare coverage be secondary, your coverage under this *EOC* will be the same as it would be if you had not become eligible for Medicare. However, you may also be eligible to enroll in Kaiser Permanente Senior Advantage through your Group if you have Medicare Part B

- If none of the above applies to you and you are eligible for Medicare please ask your Group about your membership options.

*When Medicare is secondary*

Medicare is the primary coverage except when federal law requires that your Group's health care coverage be primary and Medicare coverage be secondary. Members who have Medicare when Medicare is secondary by law are subject to the same Premiums and receive the same benefits as Members who are under age 65 and do not have Medicare. In addition, any such Member for whom Medicare is secondary by law and who meets the eligibility requirements for the Kaiser Permanente Senior Advantage plan applicable when Medicare is secondary may also enroll in that plan if it is available. These Members receive the benefits and coverage described in this *EOC* and the Kaiser Permanente Senior Advantage evidence of coverage applicable when Medicare is secondary.

**Medicare late enrollment penalties**

If you become eligible for Medicare Part B and do not enroll, Medicare may require you to pay a late enrollment penalty if you later enroll in Medicare Part B. However, if you delay enrollment in Part B because you or your spouse are still working and have coverage through an employer group health plan, you may not have to pay the penalty. Also, if you are (or become) eligible for Medicare and go without creditable prescription drug coverage (drug coverage that is at least as good as the standard Medicare Part D prescription drug coverage) for a continuous period of 63 days or

more, you may have to pay a late enrollment penalty if you later sign up for Medicare prescription drug coverage. If you are (or become) eligible for Medicare, your Group is responsible for informing you about whether your drug coverage under this *EOC* is creditable prescription drug coverage at the times required by the Centers for Medicare & Medicaid Services and upon your request.

## How to Enroll and When Coverage Begins

Your Group is required to inform you when you are eligible to enroll and what your effective date of coverage is. If you are eligible to enroll as described under "Who Is Eligible" in this "Premiums, Eligibility, and Enrollment" section, enrollment is permitted as described below and membership begins at the beginning (12:00 a.m.) of the effective date of coverage indicated below, except that your Group may have additional requirements, which allow enrollment in other situations.

If you are eligible to be a Dependent under this *EOC* but the subscriber in your family is enrolled under a Kaiser Permanente Senior Advantage evidence of coverage offered by your Group, the rules for enrollment of Dependents in this "How to Enroll and When Coverage Begins" section apply, not the rules for enrollment of dependents in the subscriber's evidence of coverage.

**New employees**

When your Group informs you that you are eligible to enroll as a Subscriber, you may enroll yourself and any eligible Dependents by submitting a Health Plan–approved enrollment application to your Group within 31 days.

*Effective date of coverage*

The effective date of coverage for new employees and their eligible family Dependents is determined by your Group in accord with waiting period requirements in state and federal law. Your Group is required to inform the Subscriber of the date your membership becomes effective. For example, if the hire date of an otherwise-eligible employee is January 19, the waiting period begins on January 19 and the effective date of coverage cannot be any later than April 19. Note: Because the effective date of your Group's coverage is always on the first day of the month, in this example the effective date cannot be any later than April 1.

**Open enrollment**

You may enroll as a Subscriber (along with any eligible Dependents), and existing Subscribers may add eligible Dependents, by submitting a Health Plan–approved

enrollment application to your Group during your Group's open enrollment period. Your Group will let you know when the open enrollment period begins and ends and the effective date of coverage.

## Special enrollment

If you do not enroll when you are first eligible and later want to enroll, you can enroll only during open enrollment unless one of the following is true:

- You become eligible because you experience a qualifying event (sometimes called a "triggering event") as described in this "Special enrollment" section

- You did not enroll in any coverage offered by your Group when you were first eligible and your Group does not give us a written statement that verifies you signed a document that explained restrictions about enrolling in the future. The effective date of an enrollment resulting from this provision is no later than the first day of the month following the date your Group receives a Health Plan–approved enrollment or change of enrollment application from the Subscriber

### *Special enrollment due to new Dependents*

You may enroll as a Subscriber (along with eligible Dependents), and existing Subscribers may add eligible Dependents, within 60 days after marriage, establishment of domestic partnership, birth, adoption, placement for adoption, or placement for foster care by submitting to your Group a Health Plan–approved enrollment application.

The effective date of an enrollment resulting from marriage or establishment of domestic partnership is no later than the first day of the month following the date your Group receives an enrollment application from the Subscriber. Enrollments due to birth, adoption, placement for adoption, or placement for foster care are effective on the date of birth, date of adoption, or the date you or your Spouse have newly assumed a legal right to control health care.

### *Special enrollment due to loss of other coverage*

You may enroll as a Subscriber (along with any eligible Dependents), and existing Subscribers may add eligible Dependents, if all of the following are true:

- The Subscriber or at least one of the Dependents had other coverage when they previously declined all coverage through your Group

- The loss of the other coverage is due to one of the following:

    - exhaustion of COBRA coverage

    - termination of employer contributions for non-COBRA coverage

    - loss of eligibility for non-COBRA coverage, but not termination for cause or termination from an individual (nongroup) plan for nonpayment. For example, this loss of eligibility may be due to legal separation or divorce, moving out of the plan's service area, reaching the age limit for dependent children, or the subscriber's death, termination of employment, or reduction in hours of employment

    - loss of eligibility (but not termination for cause) for coverage through Covered California, Medicaid coverage (known as Medi-Cal in California), Children's Health Insurance Program coverage, or Medi-Cal Access Program coverage

    - reaching a lifetime maximum on all benefits

Note: If you are enrolling yourself as a Subscriber along with at least one eligible Dependent, only one of you must meet the requirements stated above.

To request enrollment, the Subscriber must submit a Health Plan–approved enrollment or change of enrollment application to your Group within 60 days after loss of other coverage. The effective date of an enrollment resulting from loss of other coverage is no later than the first day of the month following the date your Group receives an enrollment or change of enrollment application from the Subscriber.

### *Special enrollment due to court or administrative order*

Within 60 days after the date of a court or administrative order requiring a Subscriber to provide health care coverage for a Spouse or child who meets the eligibility requirements as a Dependent, the Subscriber may add the Spouse or child as a Dependent by submitting to your Group a Health Plan–approved enrollment or change of enrollment application.

The effective date of coverage resulting from a court or administrative order is the first of the month following the date we receive the enrollment request, unless your Group specifies a different effective date (if your Group specifies a different effective date, the effective date cannot be earlier than the date of the order).

### *Special enrollment due to eligibility for premium assistance*

You may enroll as a Subscriber (along with eligible Dependents), and existing Subscribers may add eligible Dependents, if you or a dependent become eligible for premium assistance through the Medi-Cal program. Premium assistance is when the Medi-Cal program pays all or part of premiums for employer group coverage for

a Medi-Cal beneficiary. To request enrollment in your Group's health care coverage, the Subscriber must submit a Health Plan–approved enrollment or change of enrollment application to your Group within 60 days after you or a dependent become eligible for premium assistance. Please contact the California Department of Health Care Services to find out if premium assistance is available and the eligibility requirements.

### Special enrollment due to reemployment after military service

If you terminated your health care coverage because you were called to active duty in the military service, you may be able to reenroll in your Group's health plan if required by state or federal law. Please ask your Group for more information.

### Other special enrollment events

You may enroll as a Subscriber (along with any eligible Dependents) if you or your Dependents were not previously enrolled, and existing Subscribers may add eligible Dependents not previously enrolled, if any of the following are true:

- You lose minimum essential coverage (for a reason other than nonpayment of Premiums, termination for cause, or rescission of coverage):
  - ◆ you lose your group health plan coverage (for example, you lose eligibility as a subscriber because you lose your job or your hours are reduced, you lose eligibility as a dependent due to legal separation, divorce, or reaching the age limit for dependent children, or you exhaust COBRA or Cal-COBRA coverage)
  - ◆ you lose eligibility for individual plan coverage, Medicare, Medi-Cal, or other government-sponsored health care program coverage
- You become eligible for membership as a result of a permanent move
- You were recently released from incarceration
- You are an American Indian or Native Alaskan and Covered California determines that you are eligible for a monthly special enrollment period
- Covered California determines that you are entitled to a special enrollment period (for example, Covered California determines that you didn't apply for coverage during the prior open enrollment because you were misinformed that you had minimum essential coverage)
- You were under active care for certain conditions with a provider whose participation in your health plan ended (examples of conditions include: an acute condition, a serious chronic condition, pregnancy,

terminal illness, care of newborn, or authorized nonelective surgeries)

To request special enrollment, you must submit an application within 30 days after loss of other coverage. You may be required to provide documentation that you have experienced a qualifying event. If you are requesting enrollment in a plan offered through Covered California, submit your application to Covered California. If you are not requesting enrollment in a plan offered through Covered California, you must submit a Health Plan-approved enrollment application to your Group. Membership becomes effective either on the first day of the next month (for applications that are received by the fifteenth day of a month) or on the first day of the month following the next month (for applications that are received after the fifteenth day of a month).

Note: If you are enrolling as a Subscriber along with at least one eligible Dependent, only one of you must meet one of the requirements stated above.

## How to Obtain Services

As a Member, you are selecting our medical care program to provide your health care. You must receive all covered care from Plan Providers inside your Home Region Service Area, except as described in the sections listed below for the following Services:

- Authorized referrals as described under "Getting a Referral" in this "How to Obtain Services" section
- Emergency ambulance Services as described under "Ambulance Services" in the "Benefits" section
- Emergency Services, Post-Stabilization Care, and Out-of-Area Urgent Care as described in the "Emergency Services and Urgent Care" section
- Hospice care as described under "Hospice Care" in the "Benefits" section
- Visiting Member Services as described under "Receiving Care Outside of Your Home Region" in this "How to Obtain Services" section

As a Member, you are enrolled in one of two Health Plan Regions in California (either our Northern California Region or Southern California Region), called your Home Region. The coverage information in this *EOC* applies when you obtain care in your Home Region.

Our medical care program gives you access to all of the covered Services you may need, such as routine care with your own personal Plan Physician, hospital care,

laboratory and pharmacy Services, Emergency Services, Urgent Care, and other benefits described in this *EOC*.

## Routine Care

If you need the following Services, you should schedule an appointment:

- Preventive Services
- Periodic follow-up care (regularly scheduled follow-up care, such as visits to monitor a chronic condition)
- Other care that is not Urgent Care

To request a non-urgent appointment, you can call your local Plan Facility or request the appointment online. For appointment phone numbers, please refer to our Provider Directory or call our Member Service Contact Center. To request an appointment online, go to our website at **kp.org**.

## Urgent Care

An Urgent Care need is one that requires prompt medical attention but is not an Emergency Medical Condition. If you think you may need Urgent Care, call the appropriate appointment or advice phone number at a Plan Facility. For phone numbers, please refer to our Provider Directory or call our Member Service Contact Center.

For information about Out-of-Area Urgent Care, please refer to "Urgent Care" in the "Emergency Services and Urgent Care" section.

## Not Sure What Kind of Care You Need?

Sometimes it's difficult to know what kind of care you need, so we have licensed health care professionals available to assist you by phone 24 hours a day, seven days a week. Here are some of the ways they can help you:

- They can answer questions about a health concern, and instruct you on self-care at home if appropriate
- They can advise you about whether you should get medical care, and how and where to get care (for example, if you are not sure whether your condition is an Emergency Medical Condition, they can help you decide whether you need Emergency Services or Urgent Care, and how and where to get that care)
- They can tell you what to do if you need care and a Plan Medical Office is closed or you are outside your Home Region Service Area

You can reach one of these licensed health care professionals by calling the appointment or advice phone number (for phone numbers, refer to our Provider Directory or call our Member Service Contact Center). When you call, a trained support person may ask you questions to help determine how to direct your call.

## Your Personal Plan Physician

Personal Plan Physicians provide primary care and play an important role in coordinating care, including hospital stays and referrals to specialists.

We encourage you to choose a personal Plan Physician. You may choose any available personal Plan Physician. Parents may choose a pediatrician as the personal Plan Physician for their child. Most personal Plan Physicians are Primary Care Physicians (generalists in internal medicine, pediatrics, or family practice, or specialists in obstetrics/gynecology whom the Medical Group designates as Primary Care Physicians). Some specialists who are not designated as Primary Care Physicians but who also provide primary care may be available as personal Plan Physicians. For example, some specialists in internal medicine and obstetrics/gynecology who are not designated as Primary Care Physicians may be available as personal Plan Physicians. However, if you choose a specialist who is not designated as a Primary Care Physician as your personal Plan Physician, the Cost Share for a Physician Specialist Visit will apply to all visits with the specialist except for routine preventive visits listed under "Preventive Services" in the "Benefits" section.

To learn how to select or change to a different personal Plan Physician, visit our website at **kp.org** or call our Member Service Contact Center. Refer to our Provider Directory for a list of physicians that are available as Primary Care Physicians. The directory is updated periodically. The availability of Primary Care Physicians may change. If you have questions, please call our Member Service Contact Center. You can change your personal Plan Physician at any time for any reason.

## Getting a Referral

### Referrals to Plan Providers

A Plan Physician must refer you before you can receive care from specialists, such as specialists in surgery, orthopedics, cardiology, oncology, dermatology, and physical, occupational, and speech therapies. Also, a Plan Physician must refer you before you can get care from Qualified Autism Service Providers covered under "Behavioral Health Treatment for Pervasive

Developmental Disorder or Autism" in the "Benefits" section. However, you do not need a referral or prior authorization to receive most care from any of the following Plan Providers:

- Your personal Plan Physician
- Generalists in internal medicine, pediatrics, and family practice
- Specialists in optometry, mental health Services, substance use disorder treatment, and obstetrics/gynecology

A Plan Physician must refer you before you can get care from a specialist in urology except that you do not need a referral to receive Services related to sexual or reproductive health, such as a vasectomy.

Although a referral or prior authorization is not required to receive most care from these providers, a referral may be required in the following situations:

- The provider may have to get prior authorization for certain Services in accord with "Medical Group authorization procedure for certain referrals" in this "Getting a Referral" section
- The provider may have to refer you to a specialist who has a clinical background related to your illness or condition

**Standing referrals**

If a Plan Physician refers you to a specialist, the referral will be for a specific treatment plan. Your treatment plan may include a standing referral if ongoing care from the specialist is prescribed. For example, if you have a life-threatening, degenerative, or disabling condition, you can get a standing referral to a specialist if ongoing care from the specialist is required.

**Medical Group authorization procedure for certain referrals**

The following are examples of Services that require prior authorization by the Medical Group for the Services to be covered ("prior authorization" means that the Medical Group must approve the Services in advance):

- Durable medical equipment
- Ostomy and urological supplies
- Services not available from Plan Providers
- Transplants

Utilization Management ("UM") is a process that determines whether a Service recommended by your treating provider is Medically Necessary for you. Prior authorization is a UM process that determines whether the requested services are Medically Necessary before

care is provided. If it is Medically Necessary, then you will receive authorization to obtain that care in a clinically appropriate place consistent with the terms of your health coverage. Decisions regarding requests for authorization will be made only by licensed physicians or other appropriately licensed medical professionals.

For the complete list of Services that require prior authorization, and the criteria that are used to make authorization decisions, please visit our website at **kp.org/UM** or call our Member Service Contact Center to request a printed copy.

Please refer to "Post-Stabilization Care" under "Emergency Services" in the "Emergency Services and Urgent Care" section for authorization requirements that apply to Post-Stabilization Care from Non–Plan Providers.

***Additional information about prior authorization for durable medical equipment and ostomy and urological supplies***

The prior authorization process for durable medical equipment and ostomy and urological supplies includes the use of formulary guidelines. These guidelines were developed by a multidisciplinary clinical and operational work group with review and input from Plan Physicians and medical professionals with clinical expertise. The formulary guidelines are periodically updated to keep pace with changes in medical technology and clinical practice.

If your Plan Physician prescribes one of these items, they will submit a written referral in accord with the UM process described in this "Medical Group authorization procedure for certain referrals" section. If the formulary guidelines do not specify that the prescribed item is appropriate for your medical condition, the referral will be submitted to the Medical Group's designee Plan Physician, who will make an authorization decision as described under "Medical Group's decision time frames" in this "Medical Group authorization procedure for certain referrals" section.

***Medical Group's decision time frames***

The applicable Medical Group designee will make the authorization decision within the time frame appropriate for your condition, but no later than five business days after receiving all of the information (including additional examination and test results) reasonably necessary to make the decision, except that decisions about urgent Services will be made no later than 72 hours after receipt of the information reasonably necessary to make the decision. If the Medical Group needs more time to make the decision because it doesn't

have information reasonably necessary to make the decision, or because it has requested consultation by a particular specialist, you and your treating physician will be informed about the additional information, testing, or specialist that is needed, and the date that the Medical Group expects to make a decision.

Your treating physician will be informed of the decision within 24 hours after the decision is made. If the Services are authorized, your physician will be informed of the scope of the authorized Services. If the Medical Group does not authorize all of the Services, Health Plan will send you a written decision and explanation within two business days after the decision is made. Any written criteria that the Medical Group uses to make the decision to authorize, modify, delay, or deny the request for authorization will be made available to you upon request.

If the Medical Group does not authorize all of the Services requested and you want to appeal the decision, you can file a grievance as described under "Grievances" in the "Dispute Resolution" section.

For these referral Services, you pay the Cost Share required for Services provided by a Plan Provider as described in this *EOC*.

## Travel and lodging for certain referrals

The following are examples of when we will arrange or provide reimbursement for certain travel and lodging expenses in accord with our Travel and Lodging Program Description:

- If Medical Group refers you to a provider that is more than 50 miles from where you live for certain specialty Services such as bariatric surgery, complex thoracic surgery, transplant nephrectomy, or inpatient chemotherapy for leukemia and lymphoma

- If Medical Group refers you to a provider that is outside your Home Region Service Area for certain specialty Services such as a transplant or transgender surgery

For the complete list of specialty Services for which we will arrange or provide reimbursement for travel and lodging expenses, the amount of reimbursement, limitations and exclusions, and how to request reimbursement, please refer to the Travel and Lodging Program Description. The Travel and Lodging Program Description is available online at **kp.org/specialty-care/travel-reimbursements** or by calling our Member Service Contact Center.

## Completion of Services from Non–Plan Providers

### New Member
If you are currently receiving Services from a Non–Plan Provider in one of the cases listed below under "Eligibility" and your prior plan's coverage of the provider's Services has ended or will end when your coverage with us becomes effective, you may be eligible for limited coverage of that Non–Plan Provider's Services.

### Terminated provider
If you are currently receiving covered Services in one of the cases listed below under "Eligibility" from a Plan Hospital or a Plan Physician (or certain other providers) when our contract with the provider ends (for reasons other than medical disciplinary cause or criminal activity), you may be eligible for limited coverage of that terminated provider's Services.

### Eligibility
The cases that are subject to this completion of Services provision are:

- Acute conditions, which are medical conditions that involve a sudden onset of symptoms due to an illness, injury, or other medical problem that requires prompt medical attention and has a limited duration. We may cover these Services until the acute condition ends

- Serious chronic conditions until the earlier of (1) 12 months from your effective date of coverage if you are a new Member, (2) 12 months from the termination date of the terminated provider, or (3) the first day after a course of treatment is complete when it would be safe to transfer your care to a Plan Provider, as determined by Kaiser Permanente after consultation with the Member and Non–Plan Provider and consistent with good professional practice. Serious chronic conditions are illnesses or other medical conditions that are serious, if one of the following is true about the condition:
  - ♦ it persists without full cure
  - ♦ it worsens over an extended period of time
  - ♦ it requires ongoing treatment to maintain remission or prevent deterioration

- Pregnancy and immediate postpartum care. We may cover these Services for the duration of the pregnancy and immediate postpartum care

- Mental health conditions in pregnant Members that occur, or can impact the Member, during pregnancy or during the postpartum period including, but not limited to, postpartum depression. We may cover completion of these Services for up to 12 months

from the mental health diagnosis or from the end of pregnancy, whichever occurs later

- Terminal illnesses, which are incurable or irreversible illnesses that have a high probability of causing death within a year or less. We may cover completion of these Services for the duration of the illness

- Children under age 3. We may cover completion of these Services until the earlier of (1) 12 months from the child's effective date of coverage if the child is a new Member, (2) 12 months from the termination date of the terminated provider, or (3) the child's third birthday

- Surgery or another procedure that is documented as part of a course of treatment and has been recommended and documented by the provider to occur within 180 days of your effective date of coverage if you are a new Member or within 180 days of the termination date of the terminated provider

To qualify for this completion of Services coverage, all of the following requirements must be met:

- Your Health Plan coverage is in effect on the date you receive the Services

- For new Members, your prior plan's coverage of the provider's Services has ended or will end when your coverage with us becomes effective

- You are receiving Services in one of the cases listed above from a Non–Plan Provider on your effective date of coverage if you are a new Member, or from the terminated Plan Provider on the provider's termination date

- For new Members, when you enrolled in Health Plan, you did not have the option to continue with your previous health plan or to choose another plan (including an out-of-network option) that would cover the Services of your current Non–Plan Provider

- The provider agrees to our standard contractual terms and conditions, such as conditions pertaining to payment and to providing Services inside your Home Region Service Area (the requirement that the provider agree to providing Services inside your Home Region Service Area doesn't apply if you were receiving covered Services from the provider outside the Service Area when the provider's contract terminated)

- The Services to be provided to you would be covered Services under this *EOC* if provided by a Plan Provider

- You request completion of Services within 30 days (or as soon as reasonably possible) from your effective date of coverage if you are a new Member or from the termination date of the Plan Provider

For completion of Services, you pay the Cost Share required for Services provided by a Plan Provider as described in this *EOC*.

***More information***
For more information about this provision, or to request the Services or a copy of our "Completion of Covered Services" policy, please call our Member Service Contact Center.

## Second Opinions

If you want a second opinion, you can ask Member Services to help you arrange one with a Plan Physician who is an appropriately qualified medical professional for your condition. If there isn't a Plan Physician who is an appropriately qualified medical professional for your condition, Member Services will help you arrange a consultation with a Non–Plan Physician for a second opinion. For purposes of this "Second Opinions" provision, an "appropriately qualified medical professional" is a physician who is acting within their scope of practice and who possesses a clinical background, including training and expertise, related to the illness or condition associated with the request for a second medical opinion.

Here are some examples of when a second opinion may be provided or authorized:

- Your Plan Physician has recommended a procedure and you are unsure about whether the procedure is reasonable or necessary

- You question a diagnosis or plan of care for a condition that threatens substantial impairment or loss of life, limb, or bodily functions

- The clinical indications are not clear or are complex and confusing

- A diagnosis is in doubt due to conflicting test results

- The Plan Physician is unable to diagnose the condition

- The treatment plan in progress is not improving your medical condition within an appropriate period of time, given the diagnosis and plan of care

- You have concerns about the diagnosis or plan of care

An authorization or denial of your request for a second opinion will be provided in an expeditious manner, as appropriate for your condition. If your request for a second opinion is denied, you will be notified in writing of the reasons for the denial and of your right to file a grievance as described under "Grievances" in the "Dispute Resolution" section.

For these referral Services, you pay the Cost Share required for Services provided by a Plan Provider as described in this *EOC*.

## Contracts with Plan Providers

### How Plan Providers are paid

Health Plan and Plan Providers are independent contractors. Plan Providers are paid in a number of ways, such as salary, capitation, per diem rates, case rates, fee for service, and incentive payments. To learn more about how Plan Physicians are paid to provide or arrange medical and hospital care for Members, please visit our website at **kp.org** or call our Member Service Contact Center.

### Financial liability

Our contracts with Plan Providers provide that you are not liable for any amounts we owe. However, you may have to pay the full price of noncovered Services you obtain from Plan Providers or Non–Plan Providers.

When you are referred to a Plan Provider for covered Services, you pay the Cost Share required for Services from that provider as described in this *EOC*.

### Termination of a Plan Provider's contract

If our contract with any Plan Provider terminates while you are under the care of that provider, we will retain financial responsibility for the covered Services you receive from that provider until we make arrangements for the Services to be provided by another Plan Provider and notify you of the arrangements. You may be eligible to receive Services from a terminated provider; please refer to "Completion of Services from Non–Plan Providers" under "Getting a Referral" in this "How to Obtain Services" section.

### *Provider groups and hospitals*

If you are assigned to a provider group or hospital whose contract with us terminates, or if you live within 15 miles of a hospital whose contract with us terminates, we will give you written notice at least 60 days before the termination (or as soon as reasonably possible).

## Receiving Care Outside of Your Home Region

If you have questions about your coverage when you are away from home, call the Away from Home Travel line at **1-951-268-3900** 24 hours a day, seven days a week (except closed holidays). For example, call this number for the following concerns:

- What you should do to prepare for your trip
- What Services are covered when you are outside our Service Area
- How to get care in another Region
- How to request reimbursement if you paid for covered Services outside our Service Area

You can also get information on our website at **kp.org/travel**.

### Receiving care in the Service Area of another Region

If you are visiting in the service area of another Region, you may receive Visiting Member Services from designated providers in that Region. "Visiting Member Services" are Services that are covered under your Home Region plan that you receive in another Region, subject to exclusions, limitations, prior authorization or approval requirements, and reductions described in this *EOC* or the Visiting Member Brochure, which is available online at **kp.org**. Certain Services are not covered as Visiting Member Services. For more information about receiving Visiting Member Services in another Region, including provider and facility locations, or to obtain a copy of the Visiting Member Brochure, please call our Away from Home Travel Line at **1-951-268-3900** 24 hours a day, seven days a week (except closed holidays). Information is also available online at **kp.org/travel**.

For Visiting Member Services, you pay the Cost Share required for Services provided by a Plan Provider inside your Home Region Service Area as described in this *EOC*.

### Receiving care outside of any Region

If you are traveling outside of a Kaiser Permanente Region, we cover Emergency Services and Urgent Care as described in the "Emergency Services and Urgent Care" section.

## Your ID Card

Each Member's Kaiser Permanente ID card has a medical record number on it, which you will need when you call for advice, make an appointment, or go to a provider for covered care. When you get care, please bring your ID card and a photo ID. Your medical record number is used to identify your medical records and membership information. Your medical record number should never change. Please call our Member Service Contact Center

if we ever inadvertently issue you more than one medical record number or if you need to replace your ID card.

Your ID card is for identification only. To receive covered Services, you must be a current Member. Anyone who is not a Member will be billed as a non-Member for any Services they receive. If you let someone else use your ID card, we may keep your ID card and terminate your membership as described under "Termination for Cause" in the "Termination of Membership" section.

## Timely Access to Care

### Standards for appointment availability

The California Department of Managed Health Care ("DMHC") developed the following standards for appointment availability. This information can help you know what to expect when you request an appointment.

- Urgent Care: within 48 hours
- Nonurgent Primary Care Visit or Non-Physician Specialist Visit: within 10 business days
- Physician Specialist Visit: within 15 business days

If you prefer to wait for a later appointment that will better fit your schedule or to see the Plan Provider of your choice, we will respect your preference. In some cases, your wait may be longer than the time listed if a licensed health care professional decides that a later appointment won't have a negative effect on your health.

The standards for appointment availability do not apply to Preventive Services. Your Plan Provider may recommend a specific schedule for Preventive Services, depending on your needs. The standards also do not apply to periodic follow-up care for ongoing conditions or standing referrals to specialists.

### Timely access to telephone assistance

DMHC developed the following standards for answering telephone questions:

- For telephone advice about whether you need to get care and where to get care: within 30 minutes, 24 hours a day, 7 days a week
- For general questions: within 10 minutes during normal business hours

### Interpreter services

If you need interpreter services when you call us or when you get covered Services, please let us know. Interpreter services, including sign language, are available during all business hours at no cost to you. For more information on the interpreter services we offer, please call our Member Service Contact Center.

## Getting Assistance

We want you to be satisfied with the health care you receive from Kaiser Permanente. If you have any questions or concerns, please discuss them with your personal Plan Physician or with other Plan Providers who are treating you. They are committed to your satisfaction and want to help you with your questions.

### Member Services

Member Services representatives can answer any questions you have about your benefits, available Services, and the facilities where you can receive care. For example, they can explain the following:

- Your Health Plan benefits
- How to make your first medical appointment
- What to do if you move
- How to replace your Kaiser Permanente ID card

You can reach Member Services in the following ways:

| | |
|---|---|
| **Call** | **1-800-464-4000** (English and more than 150 languages using interpreter services) **1-800-788-0616** (Spanish) **1-800-757-7585** (Chinese dialects) TTY users call **711** 24 hours a day, seven days a week (except closed holidays) |
| **Visit** | Member Services Department at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center) |
| **Write** | Member Services Department at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center) |
| **Website** | **kp.org** |

### Cost Share estimates

For information about estimates, see "Getting an estimate of your Cost Share" under "Your Cost Share" in the "Benefits" section.

## Plan Facilities

Plan Medical Offices and Plan Hospitals are listed in the Provider Directory for your Home Region. The directory

describes the types of covered Services that are available from each Plan Facility, because some facilities provide only specific types of covered Services. This directory is available on our website at **kp.org/facilities**. To obtain a printed copy, call our Member Service Contact Center. The directory is updated periodically. The availability of Plan Facilities may change. If you have questions, please call our Member Service Contact Center.

At most of our Plan Facilities, you can usually receive all of the covered Services you need, including specialty care, pharmacy, and lab work. You are not restricted to a particular Plan Facility, and we encourage you to use the facility that will be most convenient for you:

- All Plan Hospitals provide inpatient Services and are open 24 hours a day, seven days a week
- Emergency Services are available from Plan Hospital Emergency Departments (for Emergency Department locations, refer to our Provider Directory or call our Member Service Contact Center)
- Same–day Urgent Care appointments are available at many locations (for Urgent Care locations, refer to our Provider Directory or call our Member Service Contact Center)
- Many Plan Medical Offices have evening and weekend appointments
- Many Plan Facilities have a Member Services Department (for locations, refer to our Provider Directory or call our Member Service Contact Center)

Note: State law requires evidence of coverage documents to include the following notice:

**Some hospitals and other providers do not provide one or more of the following services that may be covered under your plan contract and that you or your family member might need: family planning; contraceptive services, including emergency contraception; sterilization, including tubal ligation at the time of labor and delivery; infertility treatments; or abortion. You should obtain more information before you enroll. Call your prospective doctor, medical group, independent practice association, or clinic, or call the Kaiser Permanente Member Service Contact Center, to ensure that you can obtain the health care services that you need.**

Please be aware that if a Service is covered but not available at a particular Plan Facility, we will make it available to you at another facility.

## Emergency Services and Urgent Care

### <u>Emergency Services</u>

If you have an Emergency Medical Condition, call 911 (where available) or go to the nearest hospital Emergency Department. You do not need prior authorization for Emergency Services. When you have an Emergency Medical Condition, we cover Emergency Services you receive from Plan Providers or Non–Plan Providers anywhere in the world.

Emergency Services are available from Plan Hospital Emergency Departments 24 hours a day, seven days a week.

#### Post-Stabilization Care

Post-Stabilization Care is Medically Necessary Services related to your Emergency Medical Condition that you receive in a hospital (including the Emergency Department) after your treating physician determines that this condition is Stabilized. Post-Stabilization Care also includes durable medical equipment covered under this *EOC*, if it is Medically Necessary after discharge from a hospital, and related to the same Emergency Medical Condition. For more information about durable medical equipment covered under this *EOC*, see "Durable Medical Equipment ("DME") for Home Use" in the "Benefits" section. We cover Post-Stabilization Care from a Non–Plan Provider only if we provide prior authorization for the care or if otherwise required by applicable law ("prior authorization" means that we must approve the Services in advance).

To request prior authorization, the Non–Plan Provider must call **1-800-225-8883** or the notification phone number on your Kaiser Permanente ID card *before* you receive the care. We will discuss your condition with the Non–Plan Provider. If we determine that you require Post-Stabilization Care and that this care is part of your covered benefits, we will authorize your care from the Non–Plan Provider or arrange to have a Plan Provider (or other designated provider) provide the care. If we decide to have a Plan Hospital, Plan Skilled Nursing Facility, or designated Non–Plan Provider provide your care, we may authorize special transportation services that are medically required to get you to the provider. This may include transportation that is otherwise not covered.

Be sure to ask the Non–Plan Provider to tell you what care (including any transportation) we have authorized because we will not cover Post-Stabilization Care or related transportation provided by Non–Plan Providers that has not been authorized. If you receive care from a Non–Plan Provider that we have not authorized, you may have to pay the full cost of that care. If you are admitted to a Non–Plan Hospital, please notify us as soon as possible by calling **1-800-225-8883** or the notification phone number on your ID card.

### Your Cost Share

Your Cost Share for covered Emergency Services and Post-Stabilization Care is described in the "Cost Share Summary" section of this *EOC*. Your Cost Share is the same whether you receive the Services from a Plan Provider or a Non–Plan Provider. For example:

- If you receive Emergency Services in the Emergency Department of a Non–Plan Hospital, you pay the Cost Share for an Emergency Department visit as described in the "Cost Share Summary" under "Emergency and Urgent Care visits"

- If we gave prior authorization for inpatient Post-Stabilization Care in a Non–Plan Hospital, you pay the Cost Share for hospital inpatient care as described in the "Cost Share Summary" under "Hospital inpatient care"

- If we gave prior authorization for durable medical equipment after discharge from a Non–Plan Hospital, you pay the Cost Share for durable medical equipment as described in the "Cost Share Summary" under "Durable Medical Equipment ("DME") for home use"

## Urgent Care

### Inside the Service Area

An Urgent Care need is one that requires prompt medical attention but is not an Emergency Medical Condition. If you think you may need Urgent Care, call the appropriate appointment or advice phone number at a Plan Facility. For appointment and advice phone numbers, refer to our Provider Directory or call our Member Service Contact Center.

### Out-of-Area Urgent Care

If you need Urgent Care due to an unforeseen illness, unforeseen injury, or unforeseen complication of an existing condition (including pregnancy), we cover Medically Necessary Services to prevent serious deterioration of your (or your unborn child's) health from a Non–Plan Provider if all of the following are true:

- You receive the Services from Non–Plan Providers while you are temporarily outside your Home Region Service Area

- A reasonable person would have believed that your (or your unborn child's) health would seriously deteriorate if you delayed treatment until you returned to your Home Region Service Area

You do not need prior authorization for Out-of-Area Urgent Care. We cover Out-of-Area Urgent Care you receive from Non–Plan Providers if the Services would have been covered under this *EOC* if you had received them from Plan Providers.

To obtain follow-up care from a Plan Provider, call the appointment or advice phone number at a Plan Facility. For phone numbers, refer to our Provider Directory or call our Member Service Contact Center. We do not cover follow-up care from Non–Plan Providers after you no longer need Urgent Care, except for durable medical equipment covered under this *EOC*. For more information about durable medical equipment covered under this *EOC*, see "Durable Medical Equipment ("DME") for Home Use" in the "Benefits" section. If you require durable medical equipment related to your Urgent Care after receiving Out-of-Area Urgent Care, your provider must obtain prior authorization as described under "Getting a Referral" in the "How to Obtain Services" section.

### Your Cost Share

Your Cost Share for covered Urgent Care is the Cost Share required for Services provided by Plan Providers as described in the "Cost Share Summary" section of this *EOC*. For example:

- If you receive an Urgent Care evaluation as part of covered Out-of-Area Urgent Care from a Non–Plan Provider, you pay the Cost Share for Urgent Care consultations, evaluations, and treatment as described in the "Cost Share Summary" under "Emergency and Urgent Care visits"

- If the Out-of-Area Urgent Care you receive includes an X-ray, you pay the Cost Share for an X-ray as described in the "Cost Share Summary" under "Outpatient imaging, laboratory, and other diagnostic and treatment Services," in addition to the Cost Share for the Urgent Care evaluation

- If we gave prior authorization for durable medical equipment provided as part of Out-of-Area Urgent Care, you pay the Cost Share for durable medical equipment as described in the "Cost Share Summary" under "Durable Medical Equipment ("DME") for home use"

Note: If you receive Urgent Care in an Emergency Department, you pay the Cost Share for an Emergency Department visit as described in the "Cost Share Summary" under "Emergency and Urgent Care visits."

## Payment and Reimbursement

If you receive Emergency Services, Post-Stabilization Care, or Out-of-Area Urgent Care from a Non–Plan Provider as described in this "Emergency Services and Urgent Care" section, or emergency ambulance Services described under "Ambulance Services" in the "Benefits" section, you are not responsible for any amounts beyond your Cost Share for covered Emergency Services. However, if the provider does not agree to bill us, you may have to pay for the Services and file a claim for reimbursement. Also, you may be required to pay and file a claim for any Services prescribed by a Non–Plan Provider as part of covered Emergency Services, Post-Stabilization Care, and Out-of-Area Urgent Care even if you receive the Services from a Plan Provider, such as a Plan Pharmacy.

For information on how to file a claim, please see the "Post-Service Claims and Appeals" section.

## Benefits

This section describes the Services that are covered under this *EOC*.

Services are covered under this *EOC* as specifically described in this *EOC*. Services that are not specifically described in this *EOC* are not covered, except as required by state or federal law. Services are subject to exclusions and limitations described in the "Exclusions, Limitations, Coordination of Benefits, and Reductions" section. Except as otherwise described in this *EOC*, all of the following conditions must be satisfied:

- You are a Member on the date that you receive the Services

- The Services are Medically Necessary

- The Services are one of the following:

  ♦ Preventive Services

  ♦ health care items and services for diagnosis, assessment, or treatment

  ♦ health education covered under "Health Education" in this "Benefits" section

  ♦ other health care items and services

  ♦ other services to treat Serious Emotional Disturbance of a Child Under Age 18 or Severe Mental Illness

- The Services are provided, prescribed, authorized, or directed by a Plan Physician, except for:

  ♦ drugs prescribed by dentists, as described under "Outpatient Prescription Drugs, Supplies, and Supplements" below

  ♦ emergency ambulance Services, as described under "Ambulance Services" below

  ♦ Emergency Services, Post-Stabilization Care, and Out-of-Area Urgent Care, as described in the "Emergency Services and Urgent Care" section

  ♦ eyeglasses and contact lenses prescribed by Non–Plan Providers, as described under "Vision Services for Adult Members" and "Vision Services for Pediatric Members" below

  ♦ Visiting Member Services, as described under "Receiving Care Outside of Your Home Region" in the "How to Obtain Services" section

- You receive the Services from Plan Providers inside your Home Region Service Area, except for:

  ♦ authorized referrals, as described under "Getting a Referral" in the "How to Obtain Services" section

  ♦ emergency ambulance Services, as described under "Ambulance Services" below

  ♦ Emergency Services, Post-Stabilization Care, and Out-of-Area Urgent Care, as described in the "Emergency Services and Urgent Care" section

  ♦ hospice care, as described under "Hospice Care" below

  ♦ Visiting Member Services, as described under "Receiving Care Outside of Your Home Region" in the "How to Obtain Services" section

- The Medical Group has given prior authorization for the Services, if required, as described under "Medical Group authorization procedure for certain referrals" in the "How to Obtain Services" section

Please also refer to:

- The "Emergency Services and Urgent Care" section for information about how to obtain covered Emergency Services, Post-Stabilization Care, and Out-of-Area Urgent Care

- Our Provider Directory for the types of covered Services that are available from each Plan Facility, because some facilities provide only specific types of covered Services

## Your Cost Share

Your Cost Share is the amount you are required to pay for covered Services. For example, your Cost Share may be a Copayment or Coinsurance.

If your coverage includes a Plan Deductible and you receive Services that are subject to the Plan Deductible, your Cost Share for those Services will be Charges until you reach the Plan Deductible. Similarly, if your coverage includes a Drug Deductible, and you receive Services that are subject to the Drug Deductible, your Cost Share for those Services will be Charges until you reach the Drug Deductible.

Please refer to the "Cost Share Summary" section of this *EOC* for the amount you will pay for Services.

### General rules, examples, and exceptions

Your Cost Share for covered Services will be the Cost Share in effect on the date you receive the Services, except as follows:

- If you are receiving covered inpatient hospital or Skilled Nursing Facility Services on the effective date of this *EOC*, you pay the Cost Share in effect on your admission date until you are discharged if the Services were covered under your prior Health Plan evidence of coverage and there has been no break in coverage. However, if the Services were not covered under your prior Health Plan evidence of coverage, or if there has been a break in coverage, you pay the Cost Share in effect on the date you receive the Services

- For items ordered in advance, you pay the Cost Share in effect on the order date (although we will not cover the item unless you still have coverage for it on the date you receive it) and you may be required to pay the Cost Share when the item is ordered. For outpatient prescription drugs, the order date is the date that the pharmacy processes the order after receiving all of the information they need to fill the prescription

### Cost Share for Services received by newborn children of a Member

During the 31 days of automatic coverage for newborn children described under "Newborn coverage" under "Who Is Eligible" in the "Premiums, Eligibility, and Enrollment" section, the parent or guardian of the newborn must pay the Cost Share indicated in the "Cost Share Summary" section of this *EOC* for any Services that the newborn receives, whether or not the newborn is enrolled. When the "Cost Share Summary" indicates the Services are subject to the Plan Deductible, the Cost

Share for those Services will be Charges if the newborn has not met the Plan Deductible.

### Payment toward your Cost Share (and when you may be billed)

In most cases, your provider will ask you to make a payment toward your Cost Share at the time you receive Services. If you receive more than one type of Services (such as a routine physical maintenance exam and laboratory tests), you may be required to pay separate Cost Share for each of those Services. Keep in mind that your payment toward your Cost Share may cover only a portion of your total Cost Share for the Services you receive, and you will be billed for any additional amounts that are due. The following are examples of when you may be asked to pay (or you may be billed for) Cost Share amounts in addition to the amount you pay at check-in:

- You receive non-preventive Services during a preventive visit. For example, you go in for a routine physical maintenance exam, and at check-in you pay your Cost Share for the preventive exam (your Cost Share may be "no charge"). However, during your preventive exam your provider finds a problem with your health and orders non-preventive Services to diagnose your problem (such as laboratory tests). You may be asked to pay (or you will be billed for) your Cost Share for these additional non-preventive diagnostic Services

- You receive diagnostic Services during a treatment visit. For example, you go in for treatment of an existing health condition, and at check-in you pay your Cost Share for a treatment visit. However, during the visit your provider finds a new problem with your health and performs or orders diagnostic Services (such as laboratory tests). You may be asked to pay (or you will be billed for) your Cost Share for these additional diagnostic Services

- You receive treatment Services during a diagnostic visit. For example, you go in for a diagnostic exam, and at check-in you pay your Cost Share for a diagnostic exam. However, during the diagnostic exam your provider confirms a problem with your health and performs treatment Services (such as an outpatient procedure). You may be asked to pay (or you will be billed for) your Cost Share for these additional treatment Services

- You receive Services from a second provider during your visit. For example, you go in for a diagnostic exam, and at check-in you pay your Cost Share for a diagnostic exam. However, during the diagnostic exam your provider requests a consultation with a specialist. You may be asked to pay (or you will be

billed for) your Cost Share for the consultation with the specialist

In some cases, your provider will not ask you to make a payment at the time you receive Services, and you will be billed for your Cost Share (for example, some Laboratory Departments are not able to collect Cost Share, or your Plan Provider is not able to collect Cost Share, if any, for Telehealth Visits you receive at home).

When we send you a bill, it will list Charges for the Services you received, payments and credits applied to your account, and any amounts you still owe. Your current bill may not always reflect your most recent Charges and payments. Any Charges and payments that are not on the current bill will appear on a future bill. Sometimes, you may see a payment but not the related Charges for Services. That could be because your payment was recorded before the Charges for the Services were processed. If so, the Charges will appear on a future bill. Also, you may receive more than one bill for a single outpatient visit or inpatient stay. For example, you may receive a bill for physician services and a separate bill for hospital services. If you don't see all the Charges for Services on one bill, they will appear on a future bill. If we determine that you overpaid and are due a refund, then we will send a refund to you within four weeks after we make that determination. If you have questions about a bill, please call the phone number on the bill.

In some cases, a Non–Plan Provider may be involved in the provision of covered Services at a Plan Facility or a contracted facility where we have authorized you to receive care. You are not responsible for any amounts beyond your Cost Share for the covered Services you receive at Plan Facilities or at contracted facilities where we have authorized you to receive care. However, if the provider does not agree to bill us, you may have to pay for the Services and file a claim for reimbursement. For information on how to file a claim, please see the "Post-Service Claims and Appeals" section.

### Primary Care Visits, Non-Physician Specialist Visits, and Physician Specialist Visits

The Cost Share for a Primary Care Visit applies to evaluations and treatment provided by generalists in internal medicine, pediatrics, or family practice, and by specialists in obstetrics/gynecology whom the Medical Group designates as Primary Care Physicians. Some physician specialists provide primary care in addition to specialty care but are not designated as Primary Care Physicians. If you receive Services from one of these specialists, the Cost Share for a Physician Specialist Visit will apply to all consultations, evaluations, and treatment provided by the specialist except for routine preventive

counseling and exams listed under "Preventive Services" in this "Benefits" section. For example, if your personal Plan Physician is a specialist in internal medicine or obstetrics/gynecology who is not a Primary Care Physician, you will pay the Cost Share for a Physician Specialist Visit for all consultations, evaluations, and treatment by the specialist except routine preventive counseling and exams listed under "Preventive Services" in this "Benefits" section. The Non-Physician Specialist Visit Cost Share applies to consultations, evaluations, and treatment provided by non-physician specialists (such as nurse practitioners, physician assistants, optometrists, podiatrists, and audiologists).

### Noncovered Services

If you receive Services that are not covered under this *EOC*, you may have to pay the full price of those Services. Payments you make for noncovered Services do not apply to any deductible or out-of-pocket maximum.

### Benefit limits

Some benefits may include a limit on the number of visits, days, or dollar amount that will be covered under your plan during a specified time period. If a benefit includes a limit, this will be indicated in the "Cost Share Summary" section of this *EOC*. The time period associated with a benefit limit may not be the same as the term of this *EOC*. We will count all Services you receive during the benefit limit period toward the benefit limit, including Services you received under a prior Health Plan *EOC* (as long as you have continuous coverage with Health Plan). Note: We will not count Services you received under a prior Health Plan *EOC* when you first enroll in individual plan coverage or a new employer group's plan, when you move from group to individual plan coverage (or vice versa), or when you received Services under a Kaiser Permanente Medicare Advantage evidence of coverage. If you are enrolled in the Kaiser Permanente POS Plan, refer to your KPIC *Certificate of Insurance* and *Schedule of Coverage* for benefit limits that apply to your separate indemnity coverage provided by the Kaiser Permanente Insurance Company ("KPIC").

## Getting an estimate of your Cost Share

If you have questions about the Cost Share for specific Services that you expect to receive or that your provider orders during a visit or procedure, please visit our website at **kp.org/memberestimates** to use our cost estimate tool or call our Member Service Contact Center.

- If you have a Plan Deductible and would like an estimate for Services that are subject to the Plan Deductible, please call **1-800-390-3507** (TTY users call **711**) Monday through Friday 7 a.m. to 7 p.m.

Refer to the "Cost Share Summary" section of this *EOC* to find out if you have a Plan Deductible

- For all other Cost Share estimates, please call **1-800-464-4000** (TTY users call **711**) 24 hours a day, seven days a week (except closed holidays)

Cost Share estimates are based on your benefits and the Services you expect to receive. They are a prediction of cost and not a guarantee of the final cost of Services. Your final cost may be higher or lower than the estimate since not everything about your care can be known in advance.

### Drug Deductible

This *EOC* does not include a Drug Deductible.

### Plan Deductible

This *EOC* does not include a Plan Deductible.

### Copayments and Coinsurance

The Copayment or Coinsurance you must pay for each covered Service, after you meet any applicable deductible, is described in this *EOC*.

Note: If Charges for Services are less than the Copayment described in this *EOC*, you will pay the lesser amount, subject to any applicable deductible or out-of-pocket maximum.

### Plan Out-of-Pocket Maximum

There is a limit to the total amount of Cost Share you must pay under this *EOC* in the Accumulation Period for covered Services that you receive in the same Accumulation Period. The Services that apply to the Plan Out-of-Pocket Maximum are described under the "Payments that count toward the Plan Out-of-Pocket Maximum" section below. Please refer to the "Cost Share Summary" section of this *EOC* for your applicable Plan Out-of-Pocket Maximum amounts.

If you are a Member in a Family of two or more Members, you reach the Plan Out-of-Pocket Maximum either when you reach the maximum for any one Member, or when your Family reaches the Family maximum. For example, suppose you have reached the Plan Out-of-Pocket Maximum for any one Member. For Services subject to the Plan Out-of-Pocket Maximum, you will not pay any more Cost Share during the remainder of the Accumulation Period, but every other Member in your Family must continue to pay Cost Share during the remainder of the Accumulation Period until either they reach the maximum for any one Member or your Family reaches the Family maximum.

### *Payments that count toward the Plan Out-of-Pocket Maximum*

Any payments you make toward the Plan Deductible or Drug Deductible, if applicable, apply toward the maximum.

Most Copayments and Coinsurance you pay for covered Services apply to the maximum, however some may not. To find out whether a Copayment or Coinsurance for a covered Service will apply to the maximum please refer to the "Cost Share Summary" section of this *EOC*.

If your plan includes pediatric dental Services described in a Pediatric Dental Services Amendment to this *EOC*, those Services will apply toward the maximum. If your plan has a Pediatric Dental Services Amendment, it will be attached to this *EOC*, and it will be listed in the *EOC's* Table of Contents.

### *Keeping track of the Plan Out-of-Pocket Maximum*

When you receive Services, we will give you a receipt that shows how much you paid. To see how close you are to reaching your Plan Out-of-Pocket Maximum, use our online Out-of-Pocket Summary tool at **kp.org/outofpocket** or call our Member Service Contact Center.

## Administered Drugs and Products

Administered drugs and products are medications and products that require administration or observation by medical personnel, such as:

- Whole blood, red blood cells, plasma, and platelets
- Allergy antigens (including administration)
- Cancer chemotherapy drugs and adjuncts
- Drugs and products that are administered via intravenous therapy or injection that are not for cancer chemotherapy, including blood factor products and biological products ("biologics") derived from tissue, cells, or blood
- Other administered drugs and products

We cover these items when prescribed by a Plan Provider, in accord with our drug formulary guidelines, and they are administered to you in a Plan Facility or during home visits.

Certain administered drugs are Preventive Services. Please refer to "Family Planning Services" for information about administered contraceptives and refer to "Preventive Services" for information on immunizations.

## Ambulance Services

### Emergency

We cover Services of a licensed ambulance anywhere in the world without prior authorization (including transportation through the 911 emergency response system where available) in the following situations:

- You reasonably believed that the medical condition was an Emergency Medical Condition which required ambulance Services

- Your treating physician determines that you must be transported to another facility because your Emergency Medical Condition is not Stabilized and the care you need is not available at the treating facility

If you receive emergency ambulance Services that are not ordered by a Plan Provider, you are not responsible for any amounts beyond your Cost Share for covered emergency ambulance Services. However, if the provider does not agree to bill us, you may have to pay for the Services and file a claim for reimbursement. For information on how to file a claim, please see the "Post-Service Claims and Appeals" section.

### Nonemergency

Inside your Home Region Service Area, we cover nonemergency ambulance and psychiatric transport van Services if a Plan Physician determines that your condition requires the use of Services that only a licensed ambulance (or psychiatric transport van) can provide and that the use of other means of transportation would endanger your health. These Services are covered only when the vehicle transports you to or from covered Services.

### Ambulance Services exclusion(s)

- Transportation by car, taxi, bus, gurney van, wheelchair van, and any other type of transportation (other than a licensed ambulance or psychiatric transport van), even if it is the only way to travel to a Plan Provider

## Bariatric Surgery

We cover hospital inpatient care related to bariatric surgical procedures (including room and board, imaging, laboratory, other diagnostic and treatment Services, and Plan Physician Services) when performed to treat obesity by modification of the gastrointestinal tract to reduce nutrient intake and absorption, if all of the following requirements are met:

- You complete the Medical Group–approved pre-surgical educational preparatory program regarding lifestyle changes necessary for long term bariatric surgery success

- A Plan Physician who is a specialist in bariatric care determines that the surgery is Medically Necessary

For covered Services related to bariatric surgical procedures that you receive, you will pay the Cost Share you would pay if the Services were not related to a bariatric surgical procedure. For example, see "Hospital inpatient care" in the "Cost Share Summary" section of this *EOC* for the Cost Share that applies for hospital inpatient care.

### For the following Services related to "Bariatric Surgery," refer to these sections

- Outpatient prescription drugs (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Outpatient administered drugs (refer to "Administered Drugs and Products")

## Behavioral Health Treatment for Pervasive Developmental Disorder or Autism

The following terms have special meaning when capitalized and used in this "Behavioral Health Treatment for Pervasive Developmental Disorder or Autism" section:

- "Qualified Autism Service Provider" means a provider who has the experience and competence to design, supervise, provide, or administer treatment for pervasive developmental disorder or autism and is either of the following:

  ♦ a person who is certified by a national entity (such as the Behavior Analyst Certification Board) with a certification that is accredited by the National Commission for Certifying Agencies

  ♦ a person licensed in California as a physician, physical therapist, occupational therapist, psychologist, marriage and family therapist, educational psychologist, clinical social worker, professional clinical counselor, speech-language pathologist, or audiologist

- "Qualified Autism Service Professional" means an individual who meets all of the following criteria:

  ♦ provides behavioral health treatment, which may include clinical case management and case supervision under the direction and supervision of a qualified autism service provider

- ♦ is supervised by a Qualified Autism Service Provider

- ♦ provides treatment pursuant to a treatment plan developed and approved by the Qualified Autism Service Provider

- ♦ is a behavioral health treatment provider who meets the education and experience qualifications described in Section 54342 of Title 17 of the California Code of Regulations for an Associate Behavior Analyst, Behavior Analyst, Behavior Management Assistant, Behavior Management Consultant, or Behavior Management Program

- ♦ has training and experience in providing Services for pervasive developmental disorder or autism pursuant to Division 4.5 (commencing with Section 4500) of the Welfare and Institutions Code or Title 14 (commencing with Section 95000) of the Government Code

- ♦ is employed by the Qualified Autism Service Provider or an entity or group that employs Qualified Autism Service Providers responsible for the autism treatment plan

- "Qualified Autism Service Paraprofessional" means an unlicensed and uncertified individual who meets all of the following criteria:

  - ♦ is supervised by a Qualified Autism Service Provider or Qualified Autism Service Professional at a level of clinical supervision that meets professionally recognized standards of practice

  - ♦ provides treatment and implements Services pursuant to a treatment plan developed and approved by the Qualified Autism Service Provider

  - ♦ meets the education and training qualifications described in Section 54342 of Title 17 of the California Code of Regulations

  - ♦ has adequate education, training, and experience, as certified by a Qualified Autism Service Provider or an entity or group that employs Qualified Autism Service Providers

  - ♦ is employed by the Qualified Autism Service Provider or an entity or group that employs Qualified Autism Service Providers responsible for the autism treatment plan

We cover behavioral health treatment for pervasive developmental disorder or autism (including applied behavior analysis and evidence-based behavior intervention programs) that develops or restores, to the maximum extent practicable, the functioning of a person with pervasive developmental disorder or autism and that meets all of the following criteria:

- The Services are provided inside your Home Region Service Area

- The treatment is prescribed by a Plan Physician, or is developed by a Plan Provider who is a psychologist

- The treatment is provided under a treatment plan prescribed by a Plan Provider who is a Qualified Autism Service Provider

- The treatment is administered by a Plan Provider who is one of the following:

  - ♦ a Qualified Autism Service Provider

  - ♦ a Qualified Autism Service Professional supervised by the Qualified Autism Service Provider

  - ♦ a Qualified Autism Service Paraprofessional supervised by a Qualified Autism Service Provider or Qualified Autism Service Professional

- The treatment plan has measurable goals over a specific timeline that is developed and approved by the Qualified Autism Service Provider for the Member being treated

- The treatment plan is reviewed no less than once every six months by the Qualified Autism Service Provider and modified whenever appropriate

- The treatment plan requires the Qualified Autism Service Provider to do all of the following:

  - ♦ describe the Member's behavioral health impairments to be treated

  - ♦ design an intervention plan that includes the service type, number of hours, and parent participation needed to achieve the plan's goal and objectives, and the frequency at which the Member's progress is evaluated and reported

  - ♦ provide intervention plans that utilize evidence-based practices, with demonstrated clinical efficacy in treating pervasive developmental disorder or autism

  - ♦ discontinue intensive behavioral intervention Services when the treatment goals and objectives are achieved or no longer appropriate

- The treatment plan is not used for either of the following:

  - ♦ for purposes of providing (or for the reimbursement of) respite care, day care, or educational services

  - ♦ to reimburse a parent for participating in the treatment program

**For the following Services related to "Behavioral Health Treatment for Pervasive Developmental Disorder or Autism," refer to these sections**

- Behavioral health treatment for pervasive developmental disorder or autism provided during a covered stay in a Plan Hospital or Skilled Nursing Facility (refer to "Hospital Inpatient Care" and "Skilled Nursing Facility Care")

- Outpatient drugs, supplies, and supplements (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Outpatient laboratory (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")

- Outpatient physical, occupational, and speech therapy visits (refer to "Rehabilitative and Habilitative Services")

- Services to diagnose pervasive developmental disorder or autism and Services to develop and revise the treatment plan (refer to "Mental Health Services")

## Dental and Orthodontic Services

We do not cover most dental and orthodontic Services under this *EOC*, but we do cover some dental and orthodontic Services as described in this "Dental and Orthodontic Services" section.

For covered dental and orthodontic procedures that you may receive, you will pay the Cost Share you would pay if the Services were not related to dental and orthodontic Services. For example, see "Hospital inpatient care" in the "Cost Share Summary" section of this *EOC* for the Cost Share that applies for hospital inpatient care.

### Dental Services for radiation treatment

We cover dental evaluation, X-rays, fluoride treatment, and extractions necessary to prepare your jaw for radiation therapy of cancer in your head or neck if a Plan Physician provides the Services or if the Medical Group authorizes a referral to a dentist (as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section).

### Dental anesthesia

For dental procedures at a Plan Facility, we provide general anesthesia and the facility's Services associated with the anesthesia if all of the following are true:

- You are under age 7, or you are developmentally disabled, or your health is compromised

- Your clinical status or underlying medical condition requires that the dental procedure be provided in a hospital or outpatient surgery center

- The dental procedure would not ordinarily require general anesthesia

We do not cover any other Services related to the dental procedure, such as the dentist's Services.

### Dental and orthodontic Services for cleft palate

We cover dental extractions, dental procedures necessary to prepare the mouth for an extraction, and orthodontic Services, if they meet all of the following requirements:

- The Services are an integral part of a reconstructive surgery for cleft palate that we are covering under "Reconstructive Surgery" in this "Benefits" section ("cleft palate" includes cleft palate, cleft lip, or other craniofacial anomalies associated with cleft palate)

- A Plan Provider provides the Services or the Medical Group authorizes a referral to a Non–Plan Provider who is a dentist or orthodontist (as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section)

### For the following Services related to "Dental and Orthodontic Services," refer to these sections

- Accidental injury to teeth (refer to "Injury to Teeth")

- Office visits not described in the "Dental and Orthodontic Services" section (refer to "Office Visits")

- Outpatient imaging, laboratory, and other diagnostic and treatment Services (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")

- Outpatient administered drugs (refer to "Administered Drugs and Products"), except that we cover outpatient administered drugs under "Dental anesthesia" in this "Dental and Orthodontic Services" section

- Outpatient prescription drugs (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Telehealth Visits (refer to "Telehealth Visits")

## Dialysis Care

We cover acute and chronic dialysis Services if all of the following requirements are met:

- The Services are provided inside your Home Region Service Area

- You satisfy all medical criteria developed by the Medical Group and by the facility providing the dialysis

- A Plan Physician provides a written referral for care at the facility

After you receive appropriate training at a dialysis facility we designate, we also cover equipment and medical supplies required for home hemodialysis and home peritoneal dialysis inside your Home Region Service Area. Coverage is limited to the standard item of equipment or supplies that adequately meets your medical needs. We decide whether to rent or purchase the equipment and supplies, and we select the vendor. You must return the equipment and any unused supplies to us or pay us the fair market price of the equipment and any unused supply when we are no longer covering them.

### For the following Services related to "Dialysis Care," refer to these sections

- Durable medical equipment for home use (refer to "Durable Medical Equipment ("DME") for Home Use")

- Hospital inpatient care (refer to "Hospital Inpatient Care")

- Office visits not described in the "Dialysis Care" section (refer to "Office Visits")

- Outpatient laboratory (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")

- Outpatient prescription drugs (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Outpatient administered drugs (refer to "Administered Drugs and Products")

- Telehealth Visits (refer to "Telehealth Visits")

### Dialysis care exclusion(s)

- Comfort, convenience, or luxury equipment, supplies and features

- Nonmedical items, such as generators or accessories to make home dialysis equipment portable for travel

# Durable Medical Equipment ("DME") for Home Use

### DME coverage rules

DME for home use is an item that meets the following criteria:

- The item is intended for repeated use

- The item is primarily and customarily used to serve a medical purpose

- The item is generally useful only to an individual with an illness or injury

- The item is appropriate for use in the home

For a DME item to be covered, all of the following requirements must be met:

- Your *EOC* includes coverage for the requested DME item

- A Plan Physician has prescribed the DME item for your medical condition

- The item has been approved for you through the Plan's prior authorization process, as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section

- The Services are provided inside your Home Region Service Area

Coverage is limited to the standard item of equipment that adequately meets your medical needs. We decide whether to rent or purchase the equipment, and we select the vendor. You must return the equipment to us or pay us the fair market price of the equipment when we are no longer covering it.

### Base DME Items

We cover Base DME Items (including repair or replacement of covered equipment) if all of the requirements described under "DME coverage rules" in this "Durable Medical Equipment ("DME") for Home Use" section are met. "Base DME Items" means the following items:

- Blood glucose monitors for diabetes blood testing and their supplies (such as blood glucose monitor test strips, lancets, and lancet devices)

- Bone stimulator

- Canes (standard curved handle or quad) and replacement supplies

- Cervical traction (over door)

- Crutches (standard or forearm) and replacement supplies

- Dry pressure pad for a mattress

- Infusion pumps (such as insulin pumps) and supplies to operate the pump

- IV pole

- Nebulizer and supplies

- Peak flow meters
- Phototherapy blankets for treatment of jaundice in newborns

### Supplemental DME items

Subject to the benefit limit described under "DME benefit limit" in this "Durable Medical Equipment ("DME") for Home Use" section, we cover DME that is not described under "Base DME Items" or "Breastfeeding supplies," including repair and replacement of covered equipment, if all of the requirements described under "DME coverage rules" in this "Durable Medical Equipment ("DME") for Home Use" section are met.

### Breastfeeding supplies

We cover one retail-grade breast pump per pregnancy and the necessary supplies to operate it, such as one set of bottles. We will decide whether to rent or purchase the item and we choose the vendor. We cover this pump for convenience purposes. The pump is not subject to prior authorization requirements.

If you or your baby has a medical condition that requires the use of a breast pump, we cover a hospital-grade breast pump and the necessary supplies to operate it, in accord with the coverage rules described under "DME coverage rules" in this "Durable Medical Equipment ("DME") for Home Use" section.

### DME benefit limit

For DME covered under the "Supplemental DME items" section (including repair and replacement of covered equipment), there is a benefit limit per Member per Accumulation Period. Please refer to the "Cost Share Summary" section of this *EOC* for your benefit limit amount. We will calculate accumulation toward the benefit limit by adding up the Charges for the durable medical equipment you received in the Accumulation Period that are subject to the limit (including any of these items we covered under any other Health Plan evidence of coverage offered by your Group, whether or not the other evidence of coverage had a benefit limit), and subtracting any Cost Share you paid for those items. If you reach the benefit limit, we will not cover any more durable medical equipment in that Accumulation Period if they are subject to the benefit limit.

The following items are not subject to this benefit limit:

- Items listed under "Base DME Items" as described in this "Durable Medical Equipment ("DME") for Home Use" section

- Breast pumps and supplies as described in "Breastfeeding Supplies" in this "Durable Medical Equipment ("DME") for Home Use" section

### Outside your Home Region Service Area

We do not cover most DME for home use outside your Home Region Service Area. However, if you live outside your Home Region Service Area, we cover the following DME (subject to the Cost Share and all other coverage requirements that apply to DME for home use inside your Home Region Service Area) when the item is dispensed at a Plan Facility:

- Blood glucose monitors for diabetes blood testing and their supplies (such as blood glucose monitor test strips, lancets, and lancet devices) from a Plan Pharmacy
- Canes (standard curved handle)
- Crutches (standard)
- Insulin pumps and supplies to operate the pump, after completion of training and education on the use of the pump
- Nebulizers and their supplies for the treatment of pediatric asthma
- Peak flow meters from a Plan Pharmacy

### For the following Services related to "Durable Medical Equipment ("DME") for Home Use," refer to these sections

- Dialysis equipment and supplies required for home hemodialysis and home peritoneal dialysis (refer to "Dialysis Care")
- Diabetes urine testing supplies and insulin-administration devices other than insulin pumps (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")
- Durable medical equipment related to an Emergency Medical Condition or Urgent Care episode (refer to "Post-Stabilization Care" and "Out-of-Area Urgent Care")
- Durable medical equipment related to the terminal illness for Members who are receiving covered hospice care (refer to "Hospice Care")
- Insulin and any other drugs administered with an infusion pump (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

### DME for home use exclusion(s)

- Comfort, convenience, or luxury equipment or features except for retail-grade breast pumps as described under "Breastfeeding supplies" in this

"Durable Medical Equipment ("DME") for Home Use" section

- Items not intended for maintaining normal activities of daily living, such as exercise equipment (including devices intended to provide additional support for recreational or sports activities)

- Hygiene equipment

- Nonmedical items, such as sauna baths or elevators

- Modifications to your home or car

- Devices for testing blood or other body substances (except diabetes blood glucose monitors and their supplies)

- Electronic monitors of the heart or lungs except infant apnea monitors

- Repair or replacement of equipment due to loss, theft, or misuse

## Emergency and Urgent Care Visits

We cover the following Emergency and Urgent Care visits:

- Emergency Department visits

- Urgent Care consultations, evaluations, and treatment

## Family Planning Services

We cover the following family planning Services:

- Family planning counseling

- Injectable contraceptives, internally implanted time-release contraceptives or intrauterine devices ("IUDs") and office visits related to their administration and management

- Female sterilization procedures

- Male sterilization procedures

- Termination of pregnancy

### For the following Services related to "Family Planning Services," refer to these sections

- Services to diagnose or treat infertility (refer to "Fertility Services")

- Outpatient administered drugs that are not contraceptives (refer to "Administered Drugs and Products")

- Outpatient laboratory and imaging services associated with family planning services (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")

- Outpatient contraceptive drugs and devices (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

### Family planning Services exclusion(s)

- Reversal of voluntary sterilization

## Fertility Services

"Fertility Services" means treatments and procedures to help you become pregnant.

### Diagnosis and treatment of infertility

For purposes of this "Diagnosis and treatment of infertility" section, "infertility" means not being able to get pregnant or carry a pregnancy to a live birth after a year or more of regular sexual relations without contraception or having a medical or other demonstrated condition that is recognized by a Plan Physician as a cause of infertility.

Services for the diagnosis and treatment of infertility are not covered under this *EOC*.

### Artificial insemination

Services for artificial insemination are not covered under this *EOC*.

### Assisted reproductive technology ("ART") Services

ART Services such as in vitro fertilization ("IVF"), gamete intra-fallopian transfer ("GIFT"), or zygote intrafallopian transfer ("ZIFT") are not covered under this *EOC*.

### For the following Services related to "Fertility Services," refer to these sections

- Outpatient drugs, supplies, and supplements (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

### Fertility Services exclusion(s)

- Services to diagnose or treat infertility

- Services for artificial insemination

- Services to reverse voluntary, surgically induced infertility

- Semen and eggs (and Services related to their procurement and storage)

- ART Services, such as ovum transplants, GIFT, IVF, and ZIFT

## Health Education

We cover a variety of health education counseling, programs, and materials that your personal Plan Physician or other Plan Providers provide during a visit covered under another part of this *EOC*.

We also cover a variety of health education counseling, programs, and materials to help you take an active role in protecting and improving your health, including programs for tobacco cessation, stress management, and chronic conditions (such as diabetes and asthma). Kaiser Permanente also offers health education counseling, programs, and materials that are not covered, and you may be required to pay a fee.

For more information about our health education counseling, programs, and materials, please contact a Health Education Department or our Member Service Contact Center or go to our website at **kp.org**.

## Hearing Services

We cover the following:

- Hearing exams with an audiologist to determine the need for hearing correction
- Physician Specialist Visits to diagnose and treat hearing problems

### Hearing aids

Hearing aids and related Services are not covered under this *EOC*. For internally implanted devices, see "Prosthetic and Orthotic Devices" in this "Benefits" section.

### For the following Services related to "Hearing Services," refer to these sections

- Routine hearing screenings when performed as part of a routine physical maintenance exam (refer to "Preventive Services")
- Services related to the ear or hearing other than those described in this section, such as outpatient care to treat an ear infection or outpatient prescription drugs, supplies, and supplements (refer to the applicable heading in this "Benefits" section)
- Cochlear implants and osseointegrated hearing devices (refer to "Prosthetic and Orthotic Devices")

### Hearing Services exclusion(s)

- Hearing aids and tests to determine their efficacy, and hearing tests to determine an appropriate hearing aid

## Home Health Care

"Home health care" means Services provided in the home by nurses, medical social workers, home health aides, and physical, occupational, and speech therapists.

We cover home health care only if all of the following are true:

- You are substantially confined to your home (or a friend's or relative's home)
- Your condition requires the Services of a nurse, physical therapist, occupational therapist, or speech therapist (home health aide Services are not covered unless you are also getting covered home health care from a nurse, physical therapist, occupational therapist, or speech therapist that only a licensed provider can provide)
- A Plan Physician determines that it is feasible to maintain effective supervision and control of your care in your home and that the Services can be safely and effectively provided in your home
- The Services are provided inside your Home Region Service Area

We cover only part-time or intermittent home health care, as follows:

- Up to two hours per visit for visits by a nurse, medical social worker, or physical, occupational, or speech therapist, and up to four hours per visit for visits by a home health aide
- Up to three visits per day (counting all home health visits)
- Up to 100 visits per Accumulation Period (counting all home health visits)

Note: If a visit by a nurse, medical social worker, or physical, occupational, or speech therapist lasts longer than two hours, then each additional increment of two hours counts as a separate visit. If a visit by a home health aide lasts longer than four hours, then each additional increment of four hours counts as a separate visit. For example, if a nurse comes to your home for three hours and then leaves, that counts as two visits. Also, each person providing Services counts toward these visit limits. For example, if a home health aide and a nurse are both at your home during the same two hours, that counts as two visits.

### For the following Services related to "Home Health Care," refer to these sections

- Behavioral health treatment for pervasive developmental disorder or autism (refer to

"Behavioral Health Treatment for Pervasive Developmental Disorder or Autism")

- Dialysis care (refer to "Dialysis Care")

- Durable medical equipment (refer to "Durable Medical Equipment ("DME") for Home Use")

- Ostomy and urological supplies (refer to "Ostomy and Urological Supplies")

- Outpatient drugs, supplies, and supplements (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Outpatient physical, occupational, and speech therapy visits (refer to "Rehabilitative and Habilitative Services")

- Prosthetic and orthotic devices (refer to "Prosthetic and Orthotic Devices")

**Home health care exclusion(s)**

- Care of a type that an unlicensed family member or other layperson could provide safely and effectively in the home setting after receiving appropriate training. This care is excluded even if we would cover the care if it were provided by a qualified medical professional in a hospital or a Skilled Nursing Facility

- Care in the home if the home is not a safe and effective treatment setting

## Hospice Care

Hospice care is a specialized form of interdisciplinary health care designed to provide palliative care and to alleviate the physical, emotional, and spiritual discomforts of a Member experiencing the last phases of life due to a terminal illness. It also provides support to the primary caregiver and the Member's family. A Member who chooses hospice care is choosing to receive palliative care for pain and other symptoms associated with the terminal illness, but not to receive care to try to cure the terminal illness. You may change your decision to receive hospice care benefits at any time.

We cover the hospice Services listed below only if all of the following requirements are met:

- A Plan Physician has diagnosed you with a terminal illness and determines that your life expectancy is 12 months or less

- The Services are provided inside your Home Region Service Area or inside California but within 15 miles or 30 minutes from your Home Region Service Area (including a friend's or relative's home even if you live there temporarily)

- The Services are provided by a licensed hospice agency that is a Plan Provider

- A Plan Physician determines that the Services are necessary for the palliation and management of your terminal illness and related conditions

If all of the above requirements are met, we cover the following hospice Services, if necessary for your hospice care:

- Plan Physician Services

- Skilled nursing care, including assessment, evaluation, and case management of nursing needs, treatment for pain and symptom control, provision of emotional support to you and your family, and instruction to caregivers

- Physical, occupational, and speech therapy for purposes of symptom control or to enable you to maintain activities of daily living

- Respiratory therapy

- Medical social services

- Home health aide and homemaker services

- Palliative drugs prescribed for pain control and symptom management of the terminal illness for up to a 100-day supply in accord with our drug formulary guidelines. You must obtain these drugs from a Plan Pharmacy. Certain drugs are limited to a maximum 30-day supply in any 30-day period (please call our Member Service Contact Center for the current list of these drugs)

- Durable medical equipment

- Respite care when necessary to relieve your caregivers. Respite care is occasional short-term inpatient care limited to no more than five consecutive days at a time

- Counseling and bereavement services

- Dietary counseling

We also cover the following hospice Services only during periods of crisis when they are Medically Necessary to achieve palliation or management of acute medical symptoms:

- Nursing care on a continuous basis for as much as 24 hours a day as necessary to maintain you at home

- Short-term inpatient care required at a level that cannot be provided at home

## Hospital Inpatient Care

We cover the following inpatient Services in a Plan Hospital, when the Services are generally and

customarily provided by acute care general hospitals inside your Home Region Service Area:

- Room and board, including a private room if Medically Necessary
- Specialized care and critical care units
- General and special nursing care
- Operating and recovery rooms
- Services of Plan Physicians, including consultation and treatment by specialists
- Anesthesia
- Drugs prescribed in accord with our drug formulary guidelines (for discharge drugs prescribed when you are released from the hospital, please refer to "Outpatient Prescription Drugs, Supplies, and Supplements" in this "Benefits" section)
- Radioactive materials used for therapeutic purposes
- Durable medical equipment and medical supplies
- Imaging, laboratory, and other diagnostic and treatment Services, including MRI, CT, and PET scans
- Whole blood, red blood cells, plasma, platelets, and their administration
- Obstetrical care and delivery (including cesarean section). Note: If you are discharged within 48 hours after delivery (or within 96 hours if delivery is by cesarean section), your Plan Physician may order a follow-up visit for you and your newborn to take place within 48 hours after discharge (for visits after you are released from the hospital, please refer to "Office Visits" in this "Benefits" section)
- Behavioral health treatment for pervasive developmental disorder or autism
- Respiratory therapy
- Physical, occupational, and speech therapy (including treatment in our organized, multidisciplinary rehabilitation program)
- Medical social services and discharge planning

**For Services related to "Hospital Inpatient Care," refer to these sections**

- Bariatric Surgery
- Dental and Orthodontic Services
- Dialysis Care
- Fertility Services
- Hospice Care
- Mental Health Services
- Prosthetic and Orthotic Devices

- Reconstructive Surgery
- Services in Connection with a Clinical Trial
- Skilled Nursing Facility Care
- Substance Use Disorder Treatment
- Transplant Services

## Injury to Teeth

Services for accidental injury to teeth are not covered under this *EOC*.

## Mental Health Services

We cover Services specified in this "Mental Health Services" section only when the Services are for the diagnosis or treatment of Mental Disorders. A "Mental Disorder" is a mental health condition identified as a "mental disorder" in the *Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision*, as amended in the most recently issued edition, *("DSM")* that results in clinically significant distress or impairment of mental, emotional, or behavioral functioning. We do not cover services for conditions that the *DSM* identifies as something other than a "mental disorder." For example, the *DSM* identifies relational problems as something other than a "mental disorder," so we do not cover services (such as couples counseling or family counseling) for relational problems.

"Mental Disorders" include the following conditions:

- Severe Mental Illness of a person of any age
- Serious Emotional Disturbance of a Child Under Age 18

In addition to the Services described in this Mental Health Services section, we also cover other Services that are Medically Necessary to treat Serious Emotional Disturbance of a Child Under Age 18 or Severe Mental Illness, if the Medical Group authorizes a written referral (as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section).

### Outpatient mental health Services

We cover the following Services when provided by Plan Physicians or other Plan Providers who are licensed health care professionals acting within the scope of their license:

- Individual and group mental health evaluation and treatment

- Psychological testing when necessary to evaluate a Mental Disorder
- Outpatient Services for the purpose of monitoring drug therapy

***Intensive psychiatric treatment programs***

We cover the following intensive psychiatric treatment programs at a Plan Facility:

- Partial hospitalization
- Multidisciplinary treatment in an intensive outpatient program
- Psychiatric observation for an acute psychiatric crisis

### Residential treatment

Inside your Home Region Service Area, we cover the following Services when the Services are provided in a licensed residential treatment facility that provides 24-hour individualized mental health treatment, the Services are generally and customarily provided by a mental health residential treatment program in a licensed residential treatment facility, and the Services are above the level of custodial care:

- Individual and group mental health evaluation and treatment
- Medical services
- Medication monitoring
- Room and board
- Social services
- Drugs prescribed by a Plan Provider as part of your plan of care in the residential treatment facility in accord with our drug formulary guidelines if they are administered to you in the facility by medical personnel (for discharge drugs prescribed when you are released from the residential treatment facility, please refer to "Outpatient Prescription Drugs, Supplies, and Supplements" in this "Benefits" section)
- Discharge planning

### Inpatient psychiatric hospitalization

We cover inpatient psychiatric hospitalization in a Plan Hospital. Coverage includes room and board, drugs, and Services of Plan Physicians and other Plan Providers who are licensed health care professionals acting within the scope of their license.

### For the following Services related to "Mental Health Services," refer to these sections

- Outpatient drugs, supplies, and supplements (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Outpatient laboratory (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")
- Telehealth Visits (refer to "Telehealth Visits")

## Office Visits

We cover the following:

- Primary Care Visits and Non-Physician Specialist Visits
- Physician Specialist Visits
- Group appointments
- Acupuncture Services (typically provided only for the treatment of nausea or as part of a comprehensive pain management program for the treatment of chronic pain)
- House calls by a Plan Physician (or a Plan Provider who is a registered nurse) inside our Service Area when care can best be provided in your home as determined by a Plan Physician

## Ostomy and Urological Supplies

We cover ostomy and urological supplies if the following requirements are met:

- A Plan Physician has prescribed ostomy and urological supplies for your medical condition
- The item has been approved for you through the Plan's prior authorization process, as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section
- The Services are provided inside your Home Region Service Area

Coverage is limited to the standard item of equipment that adequately meets your medical needs. We decide whether to rent or purchase the equipment, and we select the vendor.

### Ostomy and urological supplies exclusion(s)

- Comfort, convenience, or luxury equipment or features

## Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services

We cover the following Services only when part of care covered under other headings in this "Benefits" section. The Services must be prescribed by a Plan Provider.

- Complex imaging (other than preventive) such as CT scans, MRIs, and PET scans

- Basic imaging Services, such as diagnostic and therapeutic X-rays, mammograms, and ultrasounds

- Nuclear medicine

- Routine retinal photography screenings

- Laboratory tests (including tests to monitor the effectiveness of dialysis and tests for specific genetic disorders for which genetic counseling is available)

- Diagnostic Services provided by Plan Providers who are not physicians (such as EKGs and EEGs)

- Radiation therapy

- Ultraviolet light treatments

### For the following Services related to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services," refer to these sections

- Outpatient imaging and laboratory Services that are Preventive Services, such as routine mammograms, bone density scans, and laboratory screening tests (refer to "Preventive Services")

- Outpatient procedures that include imaging and diagnostic Services (refer to "Outpatient Surgery and Outpatient Procedures")

- Services related to diagnosis and treatment of infertility, artificial insemination, or assisted reproductive technology ("ART") Services (refer to "Fertility Services")

## Outpatient Prescription Drugs, Supplies, and Supplements

We cover outpatient drugs, supplies, and supplements specified in this "Outpatient Prescription Drugs, Supplies, and Supplements" section, in accord with our drug formulary guidelines, subject to any applicable exclusions or limitations under this *EOC*. We cover items described in this section when prescribed as follows:

- Items prescribed by Plan Providers, within the scope of their licensure and practice

- Items prescribed by the following Non–Plan Providers:

  - Dentists if the drug is for dental care

  - Non–Plan Physicians if the Medical Group authorizes a written referral to the Non–Plan Physician (in accord with "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section) and the drug, supply, or supplement is covered as part of that referral

  - Non–Plan Physicians if the prescription was obtained as part of covered Emergency Services, Post-Stabilization Care, or Out-of-Area Urgent Care described in the "Emergency Services and Urgent Care" section (if you fill the prescription at a Plan Pharmacy, you may have to pay Charges for the item and file a claim for reimbursement as described under "Payment and Reimbursement" in the "Emergency Services and Urgent Care" section)

### How to obtain covered items

You must obtain covered items at a Plan Pharmacy or through our mail-order service unless you obtain the item as part of covered Emergency Services, Post-Stabilization Care, or Out-of-Area Urgent Care described in the "Emergency Services and Urgent Care" section.

For the locations of Plan Pharmacies, refer to our Provider Directory or call our Member Service Contact Center.

### *Refills*

You may be able to order refills at a Plan Pharmacy, through our mail-order service, or through our website at **kp.org/rxrefill**. A Plan Pharmacy can give you more information about obtaining refills, including the options available to you for obtaining refills. For example, a few Plan Pharmacies don't dispense refills and not all drugs can be mailed through our mail-order service. Please check with a Plan Pharmacy if you have a question about whether your prescription can be mailed or obtained at a Plan Pharmacy. Items available through our mail-order service are subject to change at any time without notice.

### Day supply limit

The prescribing physician or dentist determines how much of a drug, supply, or supplement to prescribe. For purposes of day supply coverage limits, Plan Physicians determine the amount of an item that constitutes a Medically Necessary 30- or 100-day supply (or 365-day supply if the item is a hormonal contraceptive) for you. Upon payment of the Cost Share specified in the "Outpatient prescription drugs, supplies, and

supplements" section of the "Cost Share Summary," you will receive the supply prescribed up to the day supply limit also specified in this section. The maximum you may receive at one time of a covered item, other than a hormonal contraceptive, is either one 30-day supply in a 30-day period or one 100-day supply in a 100-day period. If you wish to receive more than the covered day supply limit, then you must pay Charges for any prescribed quantities that exceed the day supply limit.

If your plan includes coverage for hormonal contraceptives, the maximum you may receive at one time of contraceptive drugs is a 365-day supply. Refer to the "Cost Share Summary" section of this *EOC* to find out if your plan includes coverage for hormonal contraceptives.

If your plan includes coverage for sexual dysfunction drugs, the maximum you may receive at one time of episodic drugs prescribed for the treatment of sexual dysfunction disorders is eight doses in any 30-day period or up to 27 doses in any 100-day period. Refer to the "Cost Share Summary" section of this *EOC* to find out if your plan includes coverage for sexual dysfunction drugs.

The pharmacy may reduce the day supply dispensed at the Cost Share specified in the "Outpatient prescription drugs, supplies, and supplements" section of the "Cost Share Summary" to a 30-day supply in any 30-day period if the pharmacy determines that the item is in limited supply in the market or for specific drugs (your Plan Pharmacy can tell you if a drug you take is one of these drugs).

## About the drug formulary

The drug formulary includes a list of drugs that our Pharmacy and Therapeutics Committee has approved for our Members. Our Pharmacy and Therapeutics Committee, which is primarily composed of Plan Physicians and pharmacists, selects drugs for the drug formulary based on several factors, including safety and effectiveness as determined from a review of medical literature. The drug formulary is updated monthly based on new information or new drugs that become available. To find out which drugs are on the formulary for your plan, please visit our website at **kp.org/formulary**. If you would like to request a copy of the drug formulary for your plan, please call our Member Service Contact Center. Note: The presence of a drug on the drug formulary does not necessarily mean that the item will be prescribed for a particular medical condition.

### Formulary exception process

Drug formulary guidelines allow you to obtain a non-formulary prescription drug (those not listed on our drug formulary for your condition) if it would otherwise be covered by your plan, as described above, and it is Medically Necessary. If you disagree with a Health Plan determination that a non-formulary prescription drug is not covered, you may file a grievance as described in the "Dispute Resolution" section.

### Continuity drugs

If this *EOC* is amended to exclude a drug that we have been covering and providing to you under this *EOC*, we will continue to provide the drug if a prescription is required by law and a Plan Physician continues to prescribe the drug for the same condition and for a use approved by the Federal Food and Drug Administration.

## About drug tiers

Drugs on the drug formulary are categorized into one of three tiers, as described in the table below. Your Cost Share for covered items may vary based on the tier. Please refer to "Outpatient prescription drugs, supplies, and supplements" in the "Cost Share Summary" section of this *EOC* for Cost Share for items covered under this section.

| Drug Tier | Description |
|---|---|
| Generic drugs (Tier 1) | Generic drugs, supplies and supplements, and some low-cost brand-name drugs, supplies, and supplements |
| Brand drugs (Tier 2)* | Most brand-name drugs, supplies, and supplements |
| Specialty drugs (Tier 4) | Specialty drugs (see "About specialty drugs") |

*Note: This plan does not have a tier for non-formulary drugs ("Tier 3"). You will pay the same Cost Share for non-formulary drugs as you would for formulary drugs, when approved through the formulary exception process described above (the generic drugs, brand drugs, or specialty drugs Cost Share will apply, as applicable).

### About specialty drugs

Specialty drugs (Tier 4) are high-cost drugs that are on our specialty drug list. To obtain a list of specialty drugs that are on our formulary, or to find out if a non-formulary drug is on the specialty drugs tier, please call our Member Service Contact Center. If your Plan Physician prescribes more than a 30-day supply for an

outpatient drug, you may be able to obtain more than a 30-day supply at one time, up to the day supply limit for that drug. However, most specialty drugs are limited to a 30-day supply in any 30-day period. Your Plan Pharmacy can tell you if a drug you take is one of these drugs.

## General rules about coverage and your Cost Share

We cover the following outpatient drugs, supplies, and supplements as described in this "Outpatient Prescription Drugs, Supplies, and Supplements" section:

- Drugs for which a prescription is required by law. We also cover certain drugs that do not require a prescription by law if they are listed on our drug formulary

- Disposable needles and syringes needed for injecting covered drugs and supplements

- Inhaler spacers needed to inhale covered drugs

Note:

- If Charges for the drug, supply, or supplement are less than the Copayment, you will pay the lesser amount, subject to any applicable deductible or out-of-pocket maximum

- Items can change tier at any time, in accord with formulary guidelines, which may impact your Cost Share (for example, if a brand-name drug is added to the specialty drug list, you will pay the Cost Share that applies to drugs on the specialty drugs tier (Tier 4), not the Cost Share for drugs on the brand drugs tier (Tier 2))

### *Schedule II drugs*

You or the prescribing provider can request that the pharmacy dispense less than the prescribed amount of a covered oral, solid dosage form of a Schedule II drug (your Plan Pharmacy can tell you if a drug you take is one of these drugs). Your Cost Share will be prorated based on the amount of the drug that is dispensed. If the pharmacy does not prorate your Cost Share, we will send you a refund for the difference.

### *Mail-order service*

Prescription refills can be mailed within 7 to 10 days at no extra cost for standard U.S. postage. The appropriate Cost Share (according to your drug coverage) will apply and must be charged to a valid credit card.

You may request mail-order service in the following ways:

- To order online, visit **kp.org/rxrefill** (you can register for a secure account at **kp.org/registernow**) or use

the KP app from your smartphone or other mobile device

- Call the pharmacy phone number highlighted on your prescription label and select the mail delivery option

- On your next visit to a Kaiser Permanente pharmacy, ask our staff how you can have your prescriptions mailed to you

Note: Not all drugs can be mailed; restrictions and limitations apply.

### *Base drugs, supplies, and supplements*

Cost Share for the following items may be different than other drugs, supplies, and supplements. Refer to "Base drugs, supplies, and supplements" in the "Cost Share Summary" section of this *EOC*:

- Certain drugs for the treatment of life-threatening ventricular arrhythmia

- Drugs for the treatment of tuberculosis

- Elemental dietary enteral formula when used as a primary therapy for regional enteritis

- Hematopoietic agents for dialysis

- Hematopoietic agents for the treatment of anemia in chronic renal insufficiency

- Human growth hormone for long-term treatment of pediatric patients with growth failure from lack of adequate endogenous growth hormone secretion

- Immunosuppressants and ganciclovir and ganciclovir prodrugs for the treatment of cytomegalovirus when prescribed in connection with a transplant

- Phosphate binders for dialysis patients for the treatment of hyperphosphatemia in end stage renal disease

## For the following Services related to "Outpatient Prescription Drugs, Supplies, and Supplements," refer to these sections

- Administered contraceptives (refer to "Family Planning Services")

- Diabetes blood-testing equipment and their supplies, and insulin pumps and their supplies (refer to "Durable Medical Equipment ("DME") for Home Use")

- Drugs covered during a covered stay in a Plan Hospital or Skilled Nursing Facility (refer to "Hospital Inpatient Care" and "Skilled Nursing Facility Care")

- Drugs prescribed for pain control and symptom management of the terminal illness for Members who

are receiving covered hospice care (refer to "Hospice Care")

- Durable medical equipment used to administer drugs (refer to "Durable Medical Equipment ("DME") for Home Use")

- Outpatient administered drugs that are not contraceptives (refer to "Administered Drugs and Products")

**Outpatient prescription drugs, supplies, and supplements exclusion(s)**

- Any requested packaging (such as dose packaging) other than the dispensing pharmacy's standard packaging

- Compounded products unless the drug is listed on our drug formulary or one of the ingredients requires a prescription by law

- Drugs prescribed to shorten the duration of the common cold

- Prescription drugs for which there is an over-the-counter equivalent (the same active ingredient, strength, and dosage form as the prescription drug). This exclusion does not apply to:
  - insulin
  - over-the-counter drugs covered under "Preventive Services" in this "Benefits" section (this includes tobacco cessation drugs and contraceptive drugs)
  - an entire class of prescription drugs when one drug within that class becomes available over-the-counter

- All drugs, supplies, and supplements for diagnosis and treatment of infertility or related to artificial insemination

- All drugs, supplies, and supplements related to assisted reproductive technology ("ART") Services

## Outpatient Surgery and Outpatient Procedures

We cover the following outpatient care Services:

- Outpatient surgery

- Outpatient procedures (including imaging and diagnostic Services) when provided in an outpatient or ambulatory surgery center or in a hospital operating room, or in any setting where a licensed staff member monitors your vital signs as you regain sensation after receiving drugs to reduce sensation or to minimize discomfort

**For the following Services related to "Outpatient Surgery and Outpatient Procedures," refer to these sections**

- Outpatient procedures (including imaging and diagnostic Services) that do not require a licensed staff member to monitor your vital signs (refer to the section that would otherwise apply for the procedure; for example, for radiology procedures that do not require a licensed staff member to monitor your vital signs, refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")

## Preventive Services

We cover a variety of Preventive Services, as listed on our website at **kp.org/prevention**, including the following:

- Services recommended by the United States Preventive Services Task Force with rating of "A" or "B." The complete list of these services can be found at **uspreventiveservicestaskforce.org**

- Immunizations listed on the Recommended Childhood Immunization Schedule/United States, jointly adopted by the American Academy of Pediatrics, the Advisory Committee on Immunization Practices, and the American Academy of Family Physicians

- Preventive services for women recommended by the Health Resources and Services Administration and incorporated into the Affordable Care Act. The complete list of these services can be found at **www.hrsa.gov/womens-guidelines**

The list of Preventive Services recommended by the above organizations is subject to change. These Preventive Services are subject to all coverage requirements described in this "Benefits" section and all provisions in the "Exclusions, Limitations, Coordination of Benefits, and Reductions" section.

If you are enrolled in a grandfathered plan, certain preventive items listed on our website, such as over-the-counter drugs, may not be covered. Please refer to the "Certain preventive items" table in the "Cost Share Summary" section of this *EOC* for coverage information. If you have questions about Preventive Services, please call our Member Service Contact Center.

Note: If you receive any other covered Services that are not Preventive Services during or subsequent to a visit that includes Preventive Services on the list, you will pay the applicable Cost Share for those other Services. For example, if laboratory tests or imaging Services ordered

during a preventive office visit are not Preventive Services, you will pay the applicable Cost Share for those Services.

**For the following Services related to "Preventive Services," refer to these sections**

- Breast pumps and breastfeeding supplies (refer to "Breastfeeding supplies" under "Durable Medical Equipment ("DME") for Home Use")

- Health education programs (refer to "Health Education")

- Outpatient drugs, supplies, and supplements that are Preventive Services (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Women's family planning counseling, consultations, and sterilization Services (refer to "Family Planning Services")

## Prosthetic and Orthotic Devices

### Prosthetic and orthotic devices coverage rules

We cover the prosthetic and orthotic devices specified in this "Prosthetic and Orthotic Devices" section if all of the following requirements are met:

- The device is in general use, intended for repeated use, and primarily and customarily used for medical purposes

- The device is the standard device that adequately meets your medical needs

- You receive the device from the provider or vendor that we select

- The item has been approved for you through the Plan's prior authorization process, as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section

- The Services are provided inside your Home Region Service Area

Coverage includes fitting and adjustment of these devices, their repair or replacement, and Services to determine whether you need a prosthetic or orthotic device. If we cover a replacement device, then you pay the Cost Share that you would pay for obtaining that device.

### Base prosthetic and orthotic devices

If all of the requirements described under "Prosthetic and orthotic coverage rules" in this "Prosthetics and Orthotic Devices" section are met, we cover the items described in this "Base prosthetic and orthotic devices" section.

*Internally implanted devices*

We cover prosthetic and orthotic devices such as pacemakers, intraocular lenses, cochlear implants, osseointegrated hearing devices, and hip joints, if they are implanted during a surgery that we are covering under another section of this "Benefits" section.

*External devices*

We cover the following external prosthetic and orthotic devices:

- Prosthetic devices and installation accessories to restore a method of speaking following the removal of all or part of the larynx (this coverage does not include electronic voice-producing machines, which are not prosthetic devices)

- After Medically Necessary removal of all or part of a breast:
  - prostheses, including custom-made prostheses when Medically Necessary
  - up to three brassieres required to hold a prosthesis in any 12-month period

- Podiatric devices (including footwear) to prevent or treat diabetes-related complications when prescribed by a Plan Physician or by a Plan Provider who is a podiatrist

- Compression burn garments and lymphedema wraps and garments

- Enteral formula for Members who require tube feeding in accord with Medicare guidelines

- Enteral pump and supplies

- Tracheostomy tube and supplies

- Prostheses to replace all or part of an external facial body part that has been removed or impaired as a result of disease, injury, or congenital defect

### Supplemental prosthetic and orthotic devices

If all of the requirements described under "Prosthetic and orthotic coverage rules" in this "Prosthetics and Orthotic Devices" section are met, we cover the following items:

- Prosthetic devices required to replace all or part of an organ or extremity, but only if they also replace the function of the organ or extremity

- Rigid and semi-rigid orthotic devices required to support or correct a defective body part

- Covered special footwear when custom made for foot disfigurement due to disease, injury, or developmental disability

**For the following Services related to "Prosthetic and Orthotic Devices," refer to these sections**

- Eyeglasses and contact lenses, including contact lenses to treat aniridia or aphakia (refer to "Vision Services for Adult Members" and "Vision Services for Pediatric Members")

- Hearing aids other than internally implanted devices described in this section (refer to "Hearing Services")

- Injectable implants (refer to "Administered Drugs and Products")

**Prosthetic and orthotic devices exclusion(s)**

- Multifocal intraocular lenses and intraocular lenses to correct astigmatism

- Nonrigid supplies, such as elastic stockings and wigs, except as otherwise described above in this "Prosthetic and Orthotic Devices" section

- Comfort, convenience, or luxury equipment or features

- Repair or replacement of device due to loss, theft, or misuse

- Shoes, shoe inserts, arch supports, or any other footwear, even if custom-made, except footwear described above in this "Prosthetic and Orthotic Devices" section for diabetes-related complications and foot disfigurement

- Prosthetic and orthotic devices not intended for maintaining normal activities of daily living (including devices intended to provide additional support for recreational or sports activities)

## Reconstructive Surgery

We cover the following reconstructive surgery Services:

- Reconstructive surgery to correct or repair abnormal structures of the body caused by congenital defects, developmental abnormalities, trauma, infection, tumors, or disease, if a Plan Physician determines that it is necessary to improve function, or create a normal appearance, to the extent possible

- Following Medically Necessary removal of all or part of a breast, we cover reconstruction of the breast, surgery and reconstruction of the other breast to produce a symmetrical appearance, and treatment of physical complications, including lymphedemas

For covered Services related to reconstructive surgery that you receive, you will pay the Cost Share you would pay if the Services were not related to reconstructive surgery. For example, see "Hospital inpatient care" in the "Cost Share Summary" section of this *EOC* for the Cost

Share that applies for hospital inpatient care, and see "Outpatient surgery and outpatient procedures" in the "Cost Share Summary" for the Cost Share that applies for outpatient surgery.

**For the following Services related to "Reconstructive Surgery," refer to these sections**

- Dental and orthodontic Services that are an integral part of reconstructive surgery for cleft palate (refer to "Dental and Orthodontic Services")

- Office visits not described in the "Reconstructive Surgery" section (refer to "Office Visits")

- Outpatient imaging and laboratory (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")

- Outpatient prescription drugs (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")

- Outpatient administered drugs (refer to "Administered Drugs and Products")

- Prosthetics and orthotics (refer to "Prosthetic and Orthotic Devices")

- Telehealth Visits (refer to "Telehealth Visits")

**Reconstructive surgery exclusion(s)**

- Surgery that, in the judgment of a Plan Physician specializing in reconstructive surgery, offers only a minimal improvement in appearance

## Rehabilitative and Habilitative Services

We cover the Services described in this "Rehabilitative and Habilitative Services" section if all of the following requirements are met:

- The Services are to address a health condition

- The Services are to help you keep, learn, or improve skills and functioning for daily living

- You receive the Services at a Plan Facility unless a Plan Physician determines that it is Medically Necessary for you to receive the Services in another location

We cover the following Services:

- Individual outpatient physical, occupational, and speech therapy

- Group outpatient physical, occupational, and speech therapy

- Physical, occupational, and speech therapy provided in an organized, multidisciplinary rehabilitation day-treatment program

**For the following Services related to "Rehabilitative and Habilitative Services," refer to these sections**

- Behavioral health treatment for pervasive developmental disorder or autism (refer to "Behavioral Health Treatment for Pervasive Developmental Disorder or Autism")

- Home health care (refer to "Home Health Care")

- Durable medical equipment (refer to "Durable Medical Equipment ("DME") for Home Use")

- Ostomy and urological supplies (refer to "Ostomy and Urological Supplies")

- Prosthetic and orthotic devices (refer to "Prosthetic and Orthotic Devices")

- Physical, occupational, and speech therapy provided during a covered stay in a Plan Hospital or Skilled Nursing Facility (refer to "Hospital Inpatient Care" and "Skilled Nursing Facility Care")

**Rehabilitative and habilitative Services exclusion(s)**

- Items and services that are not health care items and services (for example, respite care, day care, recreational care, residential treatment, social services, custodial care, or education services of any kind, including vocational training)

## Services in Connection with a Clinical Trial

We cover Services you receive in connection with a clinical trial if all of the following requirements are met:

- We would have covered the Services if they were not related to a clinical trial

- You are eligible to participate in the clinical trial according to the trial protocol with respect to treatment of cancer or other life-threatening condition (a condition from which the likelihood of death is probable unless the course of the condition is interrupted), as determined in one of the following ways:
  - a Plan Provider makes this determination
  - you provide us with medical and scientific information establishing this determination

- If any Plan Providers participate in the clinical trial and will accept you as a participant in the clinical trial, you must participate in the clinical trial through a Plan Provider unless the clinical trial is outside the state where you live

- The clinical trial is an Approved Clinical Trial

"Approved Clinical Trial" means a phase I, phase II, phase III, or phase IV clinical trial related to the prevention, detection, or treatment of cancer or other life-threatening condition, and that meets one of the following requirements:

- The study or investigation is conducted under an investigational new drug application reviewed by the U.S. Food and Drug Administration

- The study or investigation is a drug trial that is exempt from having an investigational new drug application

- The study or investigation is approved or funded by at least one of the following:
  - the National Institutes of Health
  - the Centers for Disease Control and Prevention
  - the Agency for Health Care Research and Quality
  - the Centers for Medicare & Medicaid Services
  - a cooperative group or center of any of the above entities or of the Department of Defense or the Department of Veterans Affairs
  - a qualified non-governmental research entity identified in the guidelines issued by the National Institutes of Health for center support grants
  - the Department of Veterans Affairs or the Department of Defense or the Department of Energy, but only if the study or investigation has been reviewed and approved though a system of peer review that the U.S. Secretary of Health and Human Services determines meets all of the following requirements: (1) It is comparable to the National Institutes of Health system of peer review of studies and investigations and (2) it assures unbiased review of the highest scientific standards by qualified people who have no interest in the outcome of the review

For covered Services related to a clinical trial, you will pay the Cost Share you would pay if the Services were not related to a clinical trial. For example, see "Hospital inpatient care" in the "Cost Share Summary" section of this *EOC* for the Cost Share that applies for hospital inpatient care.

**Services in connection with a clinical trial exclusion(s)**

- The investigational Service

- Services that are provided solely to satisfy data collection and analysis needs and are not used in your clinical management

## Skilled Nursing Facility Care

Inside your Home Region Service Area, we cover skilled inpatient Services in a Plan Skilled Nursing Facility. The skilled inpatient Services must be customarily provided by a Skilled Nursing Facility, and above the level of custodial or intermediate care.

We cover the following Services:

- Physician and nursing Services
- Room and board
- Drugs prescribed by a Plan Physician as part of your plan of care in the Plan Skilled Nursing Facility in accord with our drug formulary guidelines if they are administered to you in the Plan Skilled Nursing Facility by medical personnel
- Durable medical equipment in accord with our prior authorization procedure if Skilled Nursing Facilities ordinarily furnish the equipment (refer to "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section)
- Imaging and laboratory Services that Skilled Nursing Facilities ordinarily provide
- Medical social services
- Whole blood, red blood cells, plasma, platelets, and their administration
- Medical supplies
- Behavioral health treatment for pervasive developmental disorder or autism
- Physical, occupational, and speech therapy
- Respiratory therapy

**For the following Services related to "Skilled Nursing Facility Care," refer to these sections**

- Outpatient imaging, laboratory, and other diagnostic and treatment Services (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")
- Outpatient physical, occupational, and speech therapy (refer to "Rehabilitative and Habilitative Services")

## Substance Use Disorder Treatment

We cover Services specified in this "Substance Use Disorder Treatment" section only when the Services are for the diagnosis or treatment of Substance Use Disorders. A "Substance Use Disorder" is a condition identified as a "substance use disorder" in the most recently issued edition of the *Diagnostic and Statistical Manual of Mental Disorders ("DSM")*.

### Outpatient substance use disorder treatment

We cover the following Services for treatment of substance use disorders:

- Day-treatment programs
- Individual and group substance use disorder counseling
- Intensive outpatient programs
- Medical treatment for withdrawal symptoms

### Residential treatment

Inside your Home Region Service Area, we cover the following Services when the Services are provided in a licensed residential treatment facility that provides 24-hour individualized substance use disorder treatment, the Services are generally and customarily provided by a substance use disorder residential treatment program in a licensed residential treatment facility, and the Services are above the level of custodial care:

- Individual and group substance use disorder counseling
- Medical services
- Medication monitoring
- Room and board
- Social services
- Drugs prescribed by a Plan Provider as part of your plan of care in the residential treatment facility in accord with our drug formulary guidelines if they are administered to you in the facility by medical personnel (for discharge drugs prescribed when you are released from the residential treatment facility, please refer to "Outpatient Prescription Drugs, Supplies, and Supplements" in this "Benefits" section)
- Discharge planning

### Inpatient detoxification

We cover hospitalization in a Plan Hospital only for medical management of withdrawal symptoms, including room and board, Plan Physician Services, drugs, dependency recovery Services, education, and counseling.

**For the following Services related to "Substance Use Disorder Treatment," refer to these sections**

- Outpatient laboratory (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")

- Outpatient self-administered drugs (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")
- Telehealth Visits (refer to "Telehealth Visits")

## Telehealth Visits

Telehealth Visits are intended to make it more convenient for you to receive covered Services, when a Plan Provider determines it is medically appropriate for your medical condition. You may receive covered Services via Telehealth Visits, when available and if the Services would have been covered under this *EOC* if provided in person. You are not required to use Telehealth Visits.

We cover the following types of Telehealth Visits with Primary Care Physicians, Non-Physician Specialists, and Physician Specialists:

- Interactive video visits
- Scheduled telephone visits

## Transplant Services

We cover transplants of organs, tissue, or bone marrow if the Medical Group provides a written referral for care to a transplant facility as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section.

After the referral to a transplant facility, the following applies:

- If either the Medical Group or the referral facility determines that you do not satisfy its respective criteria for a transplant, we will only cover Services you receive before that determination is made
- Health Plan, Plan Hospitals, the Medical Group, and Plan Physicians are not responsible for finding, furnishing, or ensuring the availability of an organ, tissue, or bone marrow donor
- In accord with our guidelines for Services for living transplant donors, we provide certain donation-related Services for a donor, or an individual identified by the Medical Group as a potential donor, whether or not the donor is a Member. These Services must be directly related to a covered transplant for you, which may include certain Services for harvesting the organ, tissue, or bone marrow and for treatment of complications. Please call our Member Service Contact Center for questions about donor Services

For covered transplant Services that you receive, you will pay the Cost Share you would pay if the Services were not related to a transplant. For example, see "Hospital inpatient care" in the "Cost Share Summary" section of this *EOC* for the Cost Share that applies for hospital inpatient care. We provide or pay for donation-related Services for actual or potential donors (whether or not they are Members) in accord with our guidelines for donor Services at **no charge**.

### For the following Services related to "Transplant Services," refer to these sections

- Outpatient imaging and laboratory (refer to "Outpatient Imaging, Laboratory, and Other Diagnostic and Treatment Services")
- Outpatient prescription drugs (refer to "Outpatient Prescription Drugs, Supplies, and Supplements")
- Outpatient administered drugs (refer to "Administered Drugs and Products")

## Vision Services for Adult Members

We cover the following for Adult Members:

- Routine eye exams with a Plan Optometrist to determine the need for vision correction (including dilation Services when Medically Necessary) and to provide a prescription for eyeglass lenses
- Physician Specialist Visits to diagnose and treat injuries or diseases of the eye
- Non-Physician Specialist Visits to diagnose and treat injuries or diseases of the eye

### Optical Services

We cover the Services described in this "Optical Services" section at Plan Medical Offices or Plan Optical Sales Offices.

The date we provide an Allowance toward (or otherwise cover) an item described in this "Optical Services" section is the date on which you order the item. For example, if we last provided an Allowance toward an item you ordered on May 1, 2019, and if we provide an Allowance not more than once every 24 months for that type of item, then we would not provide another Allowance toward that type of item until on or after May 1, 2021. You can use the Allowances under this "Optical Services" section only when you first order an item. If you use part but not all of an Allowance when you first order an item, you cannot use the rest of that Allowance later.

*Special contact lenses*

We cover the following:

- For aniridia (missing iris), we cover up to two Medically Necessary contact lenses per eye (including fitting and dispensing) in any 12-month period when prescribed by a Plan Physician or Plan Optometrist

- For aphakia (absence of the crystalline lens of the eye), we cover up to six Medically Necessary aphakic contact lenses per eye (including fitting and dispensing) in any 12-month period when prescribed by a Plan Physician or Plan Optometrist

- For other contact lenses that will provide a significant improvement in your vision that eyeglass lenses cannot provide, we cover either one pair of contact lenses (including fitting and dispensing) or an initial supply of disposable contact lenses (including fitting and dispensing) in any 24-month period

*Eyeglasses and contact lenses*

We provide a single Allowance toward the purchase price of any or all of the following not more than once every 24 months when a physician or optometrist prescribes an eyeglass lens (for eyeglass lenses and frames) or contact lens (for contact lenses). Please refer to "Vision Services for Adult Members" in the "Cost Share Summary" section of this *EOC* for your Allowance amount.

- Eyeglass lenses when a Plan Provider puts the lenses into a frame
  - we cover a clear balance lens when only one eye needs correction
  - we cover tinted lenses when Medically Necessary to treat macular degeneration or retinitis pigmentosa

- Eyeglass frames when a Plan Provider puts two lenses (at least one of which must have refractive value) into the frame

- Contact lenses, fitting, and dispensing

We will not provide the Allowance if we have provided an Allowance toward (or otherwise covered) eyeglass lenses or frames within the previous 24 months.

*Replacement lenses*

If you have a change in prescription of at least .50 diopter in one or both eyes within 12 months of the initial point of sale of an eyeglass lens or contact lens that we provided an Allowance toward (or otherwise covered) we will provide an Allowance toward the purchase price of a replacement item of the same type (eyeglass lens, or contact lens, fitting, and dispensing)

for the eye that had the .50 diopter change. Please refer to "Vision Services for Adult Members" in the "Cost Share Summary" section of this *EOC* for your Allowance amount.

**Low vision devices**

Low vision devices (including fitting and dispensing) are not covered under this *EOC*.

**For the following Services related to "Vision Services for Adult Members," refer to these sections**

- Routine vision screenings when performed as part of a routine physical exam (refer to "Preventive Services")

- Services related to the eye or vision other than Services covered under this "Vision Services for Adult Members" section, such as outpatient surgery and outpatient prescription drugs, supplies, and supplements (refer to the applicable heading in this "Benefits" section)

**Vision Services for Adult Members exclusion(s)**

- Eyeglass or contact lens adornment, such as engraving, faceting, or jeweling

- Industrial frames or safety eyeglasses, when required as a condition of employment

- Items that do not require a prescription by law (other than eyeglass frames), such as eyeglass holders, eyeglass cases, and repair kits

- Lenses and sunglasses without refractive value, except as described in this "Vision Services for Adult Members" section

- Low vision devices

- Replacement of lost, broken, or damaged contact lenses, eyeglass lenses, and frames

## Vision Services for Pediatric Members

We cover the following for Pediatric Members:

- Routine eye exams with a Plan Optometrist to determine the need for vision correction (including dilation Services when Medically Necessary) and to provide a prescription for eyeglass lenses

- Physician Specialist Visits to diagnose and treat injuries or diseases of the eye

- Non-Physician Specialist Visits to diagnose and treat injuries or diseases of the eye

## Optical Services

We cover the Services described in this "Optical Services" section at Plan Medical Offices or Plan Optical Sales Offices.

### Special contact lenses

We cover the following:

- For aniridia (missing iris), we cover up to two Medically Necessary contact lenses per eye (including fitting and dispensing) in any 12-month period when prescribed by a Plan Physician or Plan Optometrist

- For aphakia (absence of the crystalline lens of the eye), we cover up to six Medically Necessary aphakic contact lenses per eye (including fitting and dispensing) in any 12-month period when prescribed by a Plan Physician or Plan Optometrist

- For other contact lenses that will provide a significant improvement in your vision that eyeglass lenses cannot provide, we cover either one pair of contact lenses (including fitting and dispensing) or an initial supply of disposable contact lenses (including fitting and dispensing) in any 24-month period

### Eyeglasses and contact lenses

If you prefer to wear eyeglasses rather than contact lenses, we cover one complete pair of eyeglasses (frame and Regular Eyeglass Lenses) from our designated value frame collection every 12 months when prescribed by a physician or optometrist and a Plan Provider puts the lenses into an eyeglass frame. We cover a clear balance lens when only one eye needs correction. We cover tinted lenses when Medically Necessary to treat macular degeneration or retinitis pigmentosa.

"Regular Eyeglass Lenses" are lenses that meet all of the following requirements:

- They are clear glass, plastic, or polycarbonate lenses
- At least one of the two lenses has refractive value
- They are standard single vision, lined multifocal, or lenticular

### Eyeglass warranty

Eyeglasses purchased at a Plan Optical Sales Office may include a replacement warranty for up to one year from the original date of dispensing. Please ask your Plan Optical Sales Office for warranty information.

### Other contact lenses

If you prefer to wear contact lenses rather than eyeglasses, we cover the following (including fitting and dispensing) when prescribed by a physician or optometrist and obtained at a Plan Medical Office or Plan Optical Sales Office:

- Standard contact lenses: one pair of lenses in any 12-month period; or

- Disposable contact lenses: one six-month supply for each eye in any 12-month period

### Low vision devices

If a low-vision device will provide a significant improvement in your vision not obtainable with eyeglasses or contact lenses (or with a combination of eyeglasses and contact lenses), we cover one device (including fitting and dispensing) per Accumulation Period.

### For the following Services related to "Vision Services for Pediatric Members," refer to these sections

- Routine vision screenings when performed as part of a routine physical exam (refer to "Preventive Services")

- Services related to the eye or vision other than Services covered under this "Vision Services for Pediatric Members" section, such as outpatient surgery and outpatient prescription drugs, supplies, and supplements (refer to the applicable heading in this "Benefits" section)

### Vision Services for Pediatric Members exclusion(s)

- Antireflective coating

- Except for Regular Eyeglass Lenses described in this "Vision Services for Pediatric Members" section, all other lenses such as progressive and High-Index lenses

- Eyeglass or contact lens adornment, such as engraving, faceting, or jeweling

- Industrial frames or safety eyeglasses, when required as a condition of employment

- Items that do not require a prescription by law (other than eyeglass frames), such as eyeglass holders, eyeglass cases, and repair kits

- Lenses and sunglasses without refractive value, except as described in this "Vision Services for Pediatric Members" section

- Photochromic or polarized lenses

- Replacement of broken or damaged contact lenses, eyeglass lenses, and frames, except as described in warranty information provided to you at the time of purchase

- Replacement of broken or damaged low vision devices
- Replacement of lost or stolen eyewear

## Exclusions, Limitations, Coordination of Benefits, and Reductions

### Exclusions

The items and services listed in this "Exclusions" section are excluded from coverage. These exclusions apply to all Services that would otherwise be covered under this *EOC* regardless of whether the services are within the scope of a provider's license or certificate. These exclusions or limitations do not apply to Services that are Medically Necessary to treat Serious Emotional Disturbance of a Child Under Age 18 or Severe Mental Illness.

### Certain exams and Services

Physical exams and other Services (1) required for obtaining or maintaining employment or participation in employee programs, (2) required for insurance or licensing, or (3) on court order or required for parole or probation. This exclusion does not apply if a Plan Physician determines that the Services are Medically Necessary.

### Chiropractic Services

Chiropractic Services and the Services of a chiropractor, unless you have coverage for supplemental chiropractic Services as described in an amendment to this *EOC*.

### Cosmetic Services

Services that are intended primarily to change or maintain your appearance (including Cosmetic Surgery, which is defined as surgery that is performed to alter or reshape normal structures of the body in order to improve appearance), except that this exclusion does not apply to any of the following:

- Services covered under "Reconstructive Surgery" in the "Benefits" section
- The following devices covered under "Prosthetic and Orthotic Devices" in the "Benefits" section: testicular implants implanted as part of a covered reconstructive surgery, breast prostheses needed after a mastectomy, and prostheses to replace all or part of an external facial body part

### Custodial care

Assistance with activities of daily living (for example: walking, getting in and out of bed, bathing, dressing, feeding, toileting, and taking medicine).

This exclusion does not apply to assistance with activities of daily living that is provided as part of covered hospice, Skilled Nursing Facility, or inpatient hospital care.

### Dental and orthodontic Services

Dental and orthodontic Services such as X-rays, appliances, implants, Services provided by dentists or orthodontists, dental Services following accidental injury to teeth, and dental Services resulting from medical treatment such as surgery on the jawbone and radiation treatment.

This exclusion does not apply to the following Services:

- Services covered under "Dental and Orthodontic Services" in the "Benefits" section
- Service described under "Injury to Teeth" in the "Benefits" section
- Pediatric dental Services described in a Pediatric Dental Services Amendment to this *EOC*, if any. If your plan has a Pediatric Dental Services Amendment, it will be attached to this *EOC*, and it will be listed in the *EOC's* Table of Contents

### Disposable supplies

Disposable supplies for home use, such as bandages, gauze, tape, antiseptics, dressings, Ace-type bandages, and diapers, underpads, and other incontinence supplies.

This exclusion does not apply to disposable supplies covered under "Durable Medical Equipment ("DME") for Home Use," "Home Health Care," "Hospice Care," "Ostomy and Urological Supplies," and "Outpatient Prescription Drugs, Supplies, and Supplements" in the "Benefits" section.

### Experimental or investigational Services

A Service is experimental or investigational if we, in consultation with the Medical Group, determine that one of the following is true:

- Generally accepted medical standards do not recognize it as safe and effective for treating the condition in question (even if it has been authorized by law for use in testing or other studies on human patients)
- It requires government approval that has not been obtained when the Service is to be provided

This exclusion does not apply to any of the following:

- Experimental or investigational Services when an investigational application has been filed with the federal Food and Drug Administration ("FDA") and the manufacturer or other source makes the Services available to you or Kaiser Permanente through an FDA-authorized procedure, except that we do not cover Services that are customarily provided by research sponsors free of charge to enrollees in a clinical trial or other investigational treatment protocol

- Services covered under "Services in Connection with a Clinical Trial" in the "Benefits" section

Please refer to the "Dispute Resolution" section for information about Independent Medical Review related to denied requests for experimental or investigational Services.

### Hair loss or growth treatment

Items and services for the promotion, prevention, or other treatment of hair loss or hair growth.

### Intermediate care

Care in a licensed intermediate care facility. This exclusion does not apply to Services covered under "Durable Medical Equipment ("DME") for Home Use," "Home Health Care," and "Hospice Care" in the "Benefits" section.

### Items and services that are not health care items and services

For example, we do not cover:

- Teaching manners and etiquette

- Teaching and support services to develop planning skills such as daily activity planning and project or task planning

- Items and services for the purpose of increasing academic knowledge or skills

- Teaching and support services to increase intelligence

- Academic coaching or tutoring for skills such as grammar, math, and time management

- Teaching you how to read, whether or not you have dyslexia

- Educational testing

- Teaching art, dance, horse riding, music, play or swimming, except that this exclusion for "teaching play" does not apply to Services that are part of a behavioral health therapy treatment plan and covered under "Behavioral Health Treatment for Pervasive

Developmental Disorder or Autism" in the "Benefits" section

- Teaching skills for employment or vocational purposes

- Vocational training or teaching vocational skills

- Professional growth courses

- Training for a specific job or employment counseling

- Aquatic therapy and other water therapy, except that this exclusion for aquatic therapy and other water therapy does not apply to therapy Services that are part of a physical therapy treatment plan and covered under "Home Health Care," "Hospice Services," "Hospital Inpatient Care," "Rehabilitative and Habilitative Services," or "Skilled Nursing Facility Care" in the "Benefits" section

### Items and services to correct refractive defects of the eye

Items and services (such as eye surgery or contact lenses to reshape the eye) for the purpose of correcting refractive defects of the eye such as myopia, hyperopia, or astigmatism.

### Massage therapy

Massage therapy, except that this exclusion does not apply to therapy Services that are part of a physical therapy treatment plan and covered under "Home Health Care," "Hospice Services," "Hospital Inpatient Care," "Rehabilitative and Habilitative Services," or "Skilled Nursing Facility Care" in the "Benefits" section.

### Oral nutrition

Outpatient oral nutrition, such as dietary supplements, herbal supplements, weight loss aids, formulas, and food.

This exclusion does not apply to any of the following:

- Amino acid–modified products and elemental dietary enteral formula covered under "Outpatient Prescription Drugs, Supplies, and Supplements" in the "Benefits" section

- Enteral formula covered under "Prosthetic and Orthotic Devices" in the "Benefits" section

### Residential care

Care in a facility where you stay overnight, except that this exclusion does not apply when the overnight stay is part of covered care in a hospital, a Skilled Nursing Facility, inpatient respite care covered in the "Hospice Care" section, or residential treatment program Services covered in the "Substance Use Disorder Treatment" and "Mental Health Services" sections.

### Routine foot care items and services

Routine foot care items and services that are not Medically Necessary.

### Services not approved by the federal Food and Drug Administration

Drugs, supplements, tests, vaccines, devices, radioactive materials, and any other Services that by law require federal Food and Drug Administration ("FDA") approval in order to be sold in the U.S. but are not approved by the FDA. This exclusion applies to Services provided anywhere, even outside the U.S.

This exclusion does not apply to any of the following:

- Services covered under the "Emergency Services and Urgent Care" section that you receive outside the U.S.

- Experimental or investigational Services when an investigational application has been filed with the FDA and the manufacturer or other source makes the Services available to you or Kaiser Permanente through an FDA-authorized procedure, except that we do not cover Services that are customarily provided by research sponsors free of charge to enrollees in a clinical trial or other investigational treatment protocol

- Services covered under "Services in Connection with a Clinical Trial" in the "Benefits" section

Please refer to the "Dispute Resolution" section for information about Independent Medical Review related to denied requests for experimental or investigational Services.

### Services performed by unlicensed people

Services that are performed safely and effectively by people who do not require licenses or certificates by the state to provide health care services and where the Member's condition does not require that the services be provided by a licensed health care provider.

This exclusion does not apply to Services covered under "Behavioral Health Treatment for Pervasive Developmental Disorder or Autism" in the "Benefits" section.

### Services related to a noncovered Service

When a Service is not covered, all Services related to the noncovered Service are excluded, except for Services we would otherwise cover to treat complications of the noncovered Service. For example, if you have a noncovered cosmetic surgery, we would not cover Services you receive in preparation for the surgery or for follow-up care. If you later suffer a life-threatening complication such as a serious infection, this exclusion

would not apply and we would cover any Services that we would otherwise cover to treat that complication.

### Surrogacy

Services for anyone in connection with a Surrogacy Arrangement, except for otherwise-covered Services provided to a Member who is a surrogate. A "Surrogacy Arrangement" is one in which a woman (the surrogate) agrees to become pregnant and to surrender the baby (or babies) to another person or persons who intend to raise the child (or children), whether or not the woman receives payment for being a surrogate. Please refer to "Surrogacy arrangements" under "Reductions" in this "Exclusions, Limitations, Coordination of Benefits, and Reductions" section for information about your obligations to us in connection with a Surrogacy Arrangement, including your obligations to reimburse us for any Services we cover and to provide information about anyone who may be financially responsible for Services the baby (or babies) receive.

### Travel and lodging expenses

Travel and lodging expenses, except as described in our Travel and Lodging Program Description. The Travel and Lodging Program Description is available online at **kp.org/specialty-care/travel-reimbursements** or by calling our Member Service Contact Center.

## Limitations

We will make a good faith effort to provide or arrange for covered Services within the remaining availability of facilities or personnel in the event of unusual circumstances that delay or render impractical the provision of Services under this *EOC*, such as a major disaster, epidemic, war, riot, civil insurrection, disability of a large share of personnel at a Plan Facility, complete or partial destruction of facilities, and labor dispute. Under these circumstances, if you have an Emergency Medical Condition, call 911 or go to the nearest hospital as described under "Emergency Services" in the "Emergency Services and Urgent Care" section, and we will provide coverage and reimbursement as described in that section.

## Coordination of Benefits

The Services covered under this *EOC* are subject to coordination of benefits rules.

### Coverage other than Medicare coverage

If you have medical or dental coverage under another plan that is subject to coordination of benefits, we will coordinate benefits with the other coverage under the

coordination of benefits rules of the California Department of Managed Health Care. Those rules are incorporated into this *EOC*.

If both the other coverage and we cover the same Service, the other coverage and we will see that up to 100 percent of your covered medical expenses are paid for that Service. The coordination of benefits rules determine which coverage pays first, or is "primary," and which coverage pays second, or is "secondary." The secondary coverage may reduce its payment to take into account payment by the primary coverage. You must give us any information we request to help us coordinate benefits.

If your coverage under this *EOC* is secondary, we may be able to establish a Benefit Reserve Account for you. You may draw on the Benefit Reserve Account during a calendar year to pay for your out-of-pocket expenses for Services that are partially covered by either your other coverage or us during that calendar year. If you are entitled to a Benefit Reserve Account, we will provide you with detailed information about this account.

If you have any questions about coordination of benefits, please call our Member Service Contact Center.

### Medicare coverage

If you have Medicare coverage, we will coordinate benefits with the Medicare coverage under Medicare rules. Medicare rules determine which coverage pays first, or is "primary," and which coverage pays second, or is "secondary." You must give us any information we request to help us coordinate benefits. Please call our Member Service Contact Center to find out which Medicare rules apply to your situation, and how payment will be handled.

## Reductions

### Employer responsibility

For any Services that the law requires an employer to provide, we will not pay the employer, and when we cover any such Services we may recover the value of the Services from the employer.

### Government agency responsibility

For any Services that the law requires be provided only by or received only from a government agency, we will not pay the government agency, and when we cover any such Services we may recover the value of the Services from the government agency.

## Injuries or illnesses alleged to be caused by third parties

If you obtain a judgment or settlement from or on behalf of a third party who allegedly caused an injury or illness for which you received covered Services, you must reimburse us to the maximum extent allowed under California Civil Code Section 3040. Note: This "Injuries or illnesses alleged to be caused by third parties" section does not affect your obligation to pay your Cost Share for these Services.

To the extent permitted or required by law, we have the option of becoming subrogated to all claims, causes of action, and other rights you may have against a third party or an insurer, government program, or other source of coverage for monetary damages, compensation, or indemnification on account of the injury or illness allegedly caused by the third party. We will be so subrogated as of the time we mail or deliver a written notice of our exercise of this option to you or your attorney.

To secure our rights, we will have a lien on the proceeds of any judgment or settlement you or we obtain against a third party. The proceeds of any judgment or settlement that you or we obtain shall first be applied to satisfy our lien, regardless of whether the total amount of the proceeds is less than the actual losses and damages you incurred.

Within 30 days after submitting or filing a claim or legal action against a third party, you must send written notice of the claim or legal action to:

> *For Northern California Home Region Members:*
> Equian
> Kaiser Permanente - Northern California Region
> Subrogation Mailbox
> P.O. Box 36380
> Louisville, KY 40233
> Fax: 1-502-214-1137

> *For Southern California Home Region Members:*
> The Rawlings Group
> Subrogation Mailbox
> P.O. Box 2000
> LaGrange, KY 40031
> Fax: 1-502-753-7064

In order for us to determine the existence of any rights we may have and to satisfy those rights, you must complete and send us all consents, releases, authorizations, assignments, and other documents, including lien forms directing your attorney, the third party, and the third party's liability insurer to pay us directly. You may not agree to waive, release, or reduce

our rights under this provision without our prior, written consent.

If your estate, parent, guardian, or conservator asserts a claim against a third party based on your injury or illness, your estate, parent, guardian, or conservator and any settlement or judgment recovered by the estate, parent, guardian, or conservator shall be subject to our liens and other rights to the same extent as if you had asserted the claim against the third party. We may assign our rights to enforce our liens and other rights.

If you have Medicare, Medicare law may apply with respect to Services covered by Medicare.

Some providers have contracted with Kaiser Permanente to provide certain Services to Members at rates that are typically less than the fees that the providers ordinarily charge to the general public ("General Fees"). However, these contracts may allow the providers to recover all or a portion of the difference between the fees paid by Kaiser Permanente and their General Fees by means of a lien claim under California Civil Code Sections 3045.1–3045.6 against a judgment or settlement that you receive from or on behalf of a third party. For Services the provider furnished, our recovery and the provider's recovery together will not exceed the provider's General Fees.

## Surrogacy arrangements

If you enter into a Surrogacy Arrangement and you or any other payee are entitled to receive payments or other compensation under the Surrogacy Arrangement, you must reimburse us for covered Services you receive related to conception, pregnancy, delivery, or postpartum care in connection with that arrangement ("Surrogacy Health Services") to the maximum extent allowed under California Civil Code Section 3040. A "Surrogacy Arrangement" is one in which a woman agrees to become pregnant and to surrender the baby (or babies) to another person or persons who intend to raise the child (or children), whether or not the woman receives payment for being a surrogate. Note: This "Surrogacy arrangements" section does not affect your obligation to pay your Cost Share for these Services. After you surrender a baby to the legal parents, you are not obligated to reimburse us for any Services that the baby receives (the legal parents are financially responsible for any Services that the baby receives).

By accepting Surrogacy Health Services, you automatically assign to us your right to receive payments that are payable to you or any other payee under the Surrogacy Arrangement, regardless of whether those payments are characterized as being for medical

expenses. To secure our rights, we will also have a lien on those payments and on any escrow account, trust, or any other account that holds those payments. Those payments (and amounts in any escrow account, trust, or other account that holds those payments) shall first be applied to satisfy our lien. The assignment and our lien will not exceed the total amount of your obligation to us under the preceding paragraph.

Within 30 days after entering into a Surrogacy Arrangement, you must send written notice of the arrangement, including all of the following information:

- Names, addresses, and phone numbers of the other parties to the arrangement

- Names, addresses, and phone numbers of any escrow agent or trustee

- Names, addresses, and phone numbers of the intended parents and any other parties who are financially responsible for Services the baby (or babies) receive, including names, addresses, and phone numbers for any health insurance that will cover Services that the baby (or babies) receive

- A signed copy of any contracts and other documents explaining the arrangement

- Any other information we request in order to satisfy our rights

You must send this information to:

> *For Northern California Home Region Members:*
> Equian
> Kaiser Permanente - Northern California Region
> Surrogacy Mailbox
> P.O. Box 36380
> Louisville, KY 40233
> Fax: 1-502-214-1137

> *For Southern California Home Region Members:*
> The Rawlings Group
> Surrogacy Mailbox
> P.O. Box 2000
> LaGrange, KY 40031
> Fax: 1-502-753-7064

You must complete and send us all consents, releases, authorizations, lien forms, and other documents that are reasonably necessary for us to determine the existence of any rights we may have under this "Surrogacy arrangements" section and to satisfy those rights. You may not agree to waive, release, or reduce our rights under this "Surrogacy arrangements" section without our prior, written consent.

If your estate, parent, guardian, or conservator asserts a claim against a third party based on the surrogacy arrangement, your estate, parent, guardian, or conservator and any settlement or judgment recovered by the estate, parent, guardian, or conservator shall be subject to our liens and other rights to the same extent as if you had asserted the claim against the third party. We may assign our rights to enforce our liens and other rights.

If you have questions about your obligations under this provision, please contact our Member Service Contact Center.

### U.S. Department of Veterans Affairs

For any Services for conditions arising from military service that the law requires the Department of Veterans Affairs to provide, we will not pay the Department of Veterans Affairs, and when we cover any such Services we may recover the value of the Services from the Department of Veterans Affairs.

### Workers' compensation or employer's liability benefits

You may be eligible for payments or other benefits, including amounts received as a settlement (collectively referred to as "Financial Benefit"), under workers' compensation or employer's liability law. We will provide covered Services even if it is unclear whether you are entitled to a Financial Benefit, but we may recover the value of any covered Services from the following sources:

- From any source providing a Financial Benefit or from whom a Financial Benefit is due

- From you, to the extent that a Financial Benefit is provided or payable or would have been required to be provided or payable if you had diligently sought to establish your rights to the Financial Benefit under any workers' compensation or employer's liability law

## Post-Service Claims and Appeals

This "Post-Service Claims and Appeals" section explains how to file a claim for payment or reimbursement for Services that you have already received. Please use the procedures in this section in the following situations:

- You have received Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, or emergency ambulance Services from a Non–Plan Provider and you want us to pay for the Services

- You have received Services from a Non–Plan Provider that we did not authorize (other than

Emergency Services, Out-of-Area Urgent Care, Post-Stabilization Care, or emergency ambulance Services) and you want us to pay for the Services

- You want to appeal a denial of an initial claim for payment

Please follow the procedures under "Grievances" in the "Dispute Resolution" section in the following situations:

- You want us to cover Services that you have not yet received

- You want us to continue to cover an ongoing course of covered treatment

- You want to appeal a written denial of a request for Services that require prior authorization (as described under "Medical Group authorization procedure for certain referrals")

## Who May File

The following people may file claims:

- You may file for yourself

- You can ask a friend, relative, attorney, or any other individual to file a claim for you by appointing them in writing as your authorized representative

- A parent may file for their child under age 18, except that the child must appoint the parent as authorized representative if the child has the legal right to control release of information that is relevant to the claim

- A court-appointed guardian may file for their ward, except that the ward must appoint the court-appointed guardian as authorized representative if the ward has the legal right to control release of information that is relevant to the claim

- A court-appointed conservator may file for their conservatee

- An agent under a currently effective health care proxy, to the extent provided under state law, may file for their principal

Authorized representatives must be appointed in writing using either our authorization form or some other form of written notification. The authorization form is available from the Member Services Department at a Plan Facility, on our website at **kp.org,** or by calling our Member Service Contact Center. Your written authorization must accompany the claim. You must pay the cost of anyone you hire to represent or help you.

## Supporting Documents

You can request payment or reimbursement orally or in writing. Your request for payment or reimbursement, and any related documents that you give us, constitute your claim.

### Claim forms for Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, and emergency ambulance Services

To file a claim in writing for Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, and emergency ambulance Services, please use our claim form. You can obtain a claim form in the following ways:

- By visiting our website at **kp.org**
- In person from any Member Services office at a Plan Facility and from Plan Providers (for addresses, refer to our Provider Directory or call our Member Service Contact Center)
- By calling our Member Service Contact Center at **1-800-464-4000** (TTY users call **711**)

### Claims forms for all other Services

To file a claim in writing for all other Services, you may use our Complaint or Benefit Claim/Request form. You can obtain this form in the following ways:

- By visiting our website at **kp.org**
- In person from any Member Services office at a Plan Facility and from Plan Providers (for addresses, refer to our Provider Directory or call our Member Service Contact Center)
- By calling our Member Service Contact Center at **1-800-464-4000** (TTY users call **711**)

### Other supporting information

When you file a claim, please include any information that clarifies or supports your position. For example, if you have paid for Services, please include any bills and receipts that support your claim. To request that we pay a Non–Plan Provider for Services, include any bills from the Non–Plan Provider. If the Non–Plan Provider states that they will file the claim, you are still responsible for making sure that we receive everything we need to process the request for payment. When appropriate, we will request medical records from Plan Providers on your behalf. If you tell us that you have consulted with a Non–Plan Provider and are unable to provide copies of relevant medical records, we will contact the provider to request a copy of your relevant medical records. We will ask you to provide us a written authorization so that we can request your records.

If you want to review the information that we have collected regarding your claim, you may request, and we will provide without charge, copies of all relevant documents, records, and other information. You also have the right to request any diagnosis and treatment codes and their meanings that are the subject of your claim. To make a request, you should follow the steps in the written notice sent to you about your claim.

## Initial Claims

To request that we pay a provider (or reimburse you) for Services that you have already received, you must file a claim. If you have any questions about the claims process, please call our Member Service Contact Center.

### Submitting a claim for Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, and emergency ambulance Services

If you have received Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, or emergency ambulance Services from a Non–Plan Provider, then as soon as possible after you received the Services, you must file your claim by mailing a completed claim form and supporting information to the following address:

*For Northern California Home Region Members:*
> Kaiser Permanente
> Claims Administration - NCAL
> P.O. Box 12923
> Oakland, CA 94604-2923

*For Southern California Home Region Members:*
> Kaiser Permanente
> Claims Administration - SCAL
> P.O. Box 7004
> Downey, CA 90242-7004

Please call our Member Service Contact Center if you need help filing your claim.

### Submitting a claim for all other Services

If you have received Services from a Non–Plan Provider that we did not authorize (other than Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, or emergency ambulance Services), then as soon as possible after you receive the Services, you must file your claim in one of the following ways:

- By delivering your claim to a Member Services office at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

- By mailing your claim to a Member Services office at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center)
- By calling our Member Service Contact Center at **1-800-464-4000** (TTY users call **711**)
- By visiting our website at **kp.org**

Please call our Member Service Contact Center if you need help filing your claim.

**After we receive your claim**
We will send you an acknowledgment letter within five days after we receive your claim.

After we review your claim, we will respond as follows:

- If we have all the information we need we will send you a written decision within 30 days after we receive your claim. We may extend the time for making a decision for an additional 15 days if circumstances beyond our control delay our decision, if we notify you within 30 days after we receive your claim

- If we need more information, we will ask you for the information before the end of the initial 30-day decision period. We will send our written decision no later than 15 days after the date we receive the additional information. If we do not receive the necessary information within the timeframe specified in our letter, we will make our decision based on the information we have within 15 days after the end of that timeframe

If we pay any part of your claim, we will subtract applicable Cost Share from any payment we make to you or the Non–Plan Provider. You are not responsible for any amounts beyond your Cost Share for covered Emergency Services. If we deny your claim (if we do not agree to pay for all the Services you requested other than the applicable Cost Share), our letter will explain why we denied your claim and how you can appeal.

If you later receive any bills from the Non–Plan Provider for covered Services (other than bills for your Cost Share), please call our Member Service Contact Center for assistance.

## Appeals

**Claims for Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, or emergency ambulance Services from a Non–Plan Provider**
If we did not decide fully in your favor and you want to appeal our decision, you may submit your appeal in one of the following ways:

- By mailing your appeal to the Claims Department at the following address:
    Kaiser Foundation Health Plan, Inc.
    Special Services Unit
    P.O. Box 23280
    Oakland, CA 94623
- By calling our Member Service Contact Center at **1-800-464-4000** (TTY users call **711**)
- By visiting our website at **kp.org**

**Claims for Services from a Non–Plan Provider that we did not authorize (other than Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, or emergency ambulance Services)**
If we did not decide fully in your favor and you want to appeal our decision, you may submit your appeal in one of the following ways:

- By visiting our website at **kp.org**
- By mailing your appeal to the Member Services Department at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center)
- In person from any Member Services office at a Plan Facility and from Plan Providers (for addresses, refer to our Provider Directory or call our Member Service Contact Center)
- By calling our Member Service Contact Center at **1-800-464-4000** (TTY users call **711**)

When you file an appeal, please include any information that clarifies or supports your position. If you want to review the information that we have collected regarding your claim, you may request, and we will provide without charge, copies of all relevant documents, records, and other information. To make a request, you should contact our Member Service Contact Center.

**Additional information regarding a claim for Services from a Non–Plan Provider that we did not authorize (other than Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, or emergency ambulance Services)**
If we initially denied your request, you must file your appeal within 180 days after the date you received our

denial letter. You may send us information including comments, documents, and medical records that you believe support your claim. If we asked for additional information and you did not provide it before we made our initial decision about your claim, then you may still send us the additional information so that we may include it as part of our review of your appeal. Please send all additional information to the address or fax mentioned in your denial letter.

Also, you may give testimony in writing or by phone. Please send your written testimony to the address mentioned in our acknowledgment letter, sent to you within five days after we receive your appeal. To arrange to give testimony by phone, you should call the phone number mentioned in our acknowledgment letter.

We will add the information that you provide through testimony or other means to your appeal file and we will review it without regard to whether this information was filed or considered in our initial decision regarding your request for Services. You have the right to request any diagnosis and treatment codes and their meanings that are the subject of your claim.

We will share any additional information that we collect in the course of our review and we will send it to you. If we believe that your request should not be granted, before we issue our final decision letter, we will also share with you any new or additional reasons for that decision. We will send you a letter explaining the additional information and/or reasons. Our letters about additional information and new or additional rationales will tell you how you can respond to the information provided if you choose to do so. If you do not respond before we must issue our final decision letter, that decision will be based on the information in your appeal file.

We will send you a resolution letter within 30 days after we receive your appeal. If we do not decide in your favor, our letter will explain why and describe your further appeal rights.

## External Review

You must exhaust our internal claims and appeals procedures before you may request external review unless we have failed to comply with the claims and appeals procedures described in this "Post-Service Claims and Appeals" section. For information about external review process, see "Independent Medical Review ("IMR")" in the "Dispute Resolution" section.

## Additional Review

You may have certain additional rights if you remain dissatisfied after you have exhausted our internal claims and appeals procedure, and if applicable, external review:

- If your Group's benefit plan is subject to the Employee Retirement Income Security Act ("ERISA"), you may file a civil action under section 502(a) of ERISA. To understand these rights, you should check with your Group or contact the Employee Benefits Security Administration (part of the U.S. Department of Labor) at **1-866-444-EBSA** (**1-866-444-3272**)

- If your Group's benefit plan is not subject to ERISA (for example, most state or local government plans and church plans), you may have a right to request review in state court

## Dispute Resolution

We are committed to providing you with quality care and with a timely response to your concerns. You can discuss your concerns with our Member Services representatives at most Plan Facilities, or you can call our Member Service Contact Center.

Information about dispute resolution related to pediatric dental coverage is described under "Pediatric Dental Coverage" in the "Introduction" section of this *EOC*.

## Grievances

This "Grievances" section describes our grievance procedure. A grievance is any expression of dissatisfaction expressed by you or your authorized representative through the grievance process. If you want to make a claim for payment or reimbursement for Services that you have already received from a Non–Plan Provider, please follow the procedure in the "Post-Service Claims and Appeals" section.

Here are some examples of reasons you might file a grievance:

- You are not satisfied with the quality of care you received

- You received a written denial of Services that require prior authorization from the Medical Group and you want us to cover the Services

- You received a written denial for a second opinion or we did not respond to your request for a second

opinion in an expeditious manner, as appropriate for your condition

- Your treating physician has said that Services are not Medically Necessary and you want us to cover the Services

- You were told that Services are not covered and you believe that the Services should be covered

- You want us to continue to cover an ongoing course of covered treatment

- You are dissatisfied with how long it took to get Services, including getting an appointment, in the waiting room, or in the exam room

- You want to report unsatisfactory behavior by providers or staff, or dissatisfaction with the condition of a facility

- You believe you have faced discrimination from providers, staff, or Health Plan

- We terminated your membership and you disagree with that termination

## Who may file

The following people may file a grievance:

- You may file for yourself

- You can ask a friend, relative, attorney, or any other individual to file a grievance for you by appointing them in writing as your authorized representative

- A parent may file for their child under age 18, except that the child must appoint the parent as authorized representative if the child has the legal right to control release of information that is relevant to the grievance

- A court-appointed guardian may file for their ward, except that the ward must appoint the court-appointed guardian as authorized representative if the ward has the legal right to control release of information that is relevant to the grievance

- A court-appointed conservator may file for their conservatee

- An agent under a currently effective health care proxy, to the extent provided under state law, may file for their principal

- Your physician may act as your authorized representative with your verbal consent to request an urgent grievance as described under "Urgent procedure" in this "Grievances" section

Authorized representatives must be appointed in writing using either our authorization form or some other form of written notification. The authorization form is available from the Member Services Department at a Plan Facility, on our website at **kp.org**, or by calling our Member

Service Contact Center. Your written authorization must accompany the grievance. You must pay the cost of anyone you hire to represent or help you.

## How to file

You can file a grievance orally or in writing. Your grievance must explain your issue, such as the reasons why you believe a decision was in error or why you are dissatisfied with the Services you received.

To file a grievance online, use the grievance form on our website at **kp.org**.

To file a grievance in writing, please use our Complaint or Benefit Claim/Request form. You can obtain the form in the following ways:

- By visiting our website at **kp.org**

- In person from any Member Services office at a Plan Facility and from Plan Providers (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

- By calling our Member Service Contact Center toll free at **1-800-464-4000** (TTY users call **711**)

You must file your grievance within 180 days following the incident or action that is subject to your dissatisfaction. You may send us information including comments, documents, and medical records that you believe support your grievance.

### Standard procedure

You must file your grievance in one of the following ways:

- By completing a Complaint or Benefit Claim/Request form at a Member Services office at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

- By mailing your grievance to a Member Services office at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

- By calling our Member Service Contact Center toll free at **1-800-464-4000** (TTY users call **711**)

- By completing the grievance form on our website at **kp.org**

Please call our Member Service Contact Center if you need help filing a grievance.

If your grievance involves a request to obtain a non-formulary prescription drug, we will notify you of our decision within 72 hours. If we do not decide in your

favor, our letter will explain why and describe your further appeal rights. For information on how to request a review by an independent review organization, see "Independent Review Organization for Non-Formulary Prescription Drug Requests" in this "Dispute Resolution" section.

For all other grievances, we will send you an acknowledgment letter within five days after we receive your grievance. We will send you a resolution letter within 30 days after we receive your grievance. If you are requesting Services, and we do not decide in your favor, our letter will explain why and describe your further appeal rights.

If you want to review the information that we have collected regarding your grievance, you may request, and we will provide without charge, copies of all relevant documents, records, and other information. To make a request, you should contact our Member Service Contact Center.

### *Urgent procedure*

If you want us to consider your grievance on an urgent basis, please tell us that when you file your grievance. Note: Urgent is sometimes referred to as "exigent." If exigent circumstances exist, your grievance may be reviewed using the urgent procedure described in this section.

You must file your urgent grievance in one of the following ways:

- By calling our Expedited Review Unit toll free at **1-888-987-7247** (TTY users call **711**)

- By mailing a written request to:
  Kaiser Foundation Health Plan, Inc.
  Expedited Review Unit
  P.O. Box 23170
  Oakland, CA 94623-0170

- By faxing a written request to our Expedited Review Unit toll free at **1-888-987-2252**

- By visiting a Member Services office at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

- By completing the grievance form on our website at **kp.org**

We will decide whether your grievance is urgent or non-urgent unless your attending health care provider tells us your grievance is urgent. If we determine that your grievance is not urgent, we will use the procedure described under "Standard procedure" in this

"Grievances" section. Generally, a grievance is urgent only if one of the following is true:

- Using the standard procedure could seriously jeopardize your life, health, or ability to regain maximum function

- Using the standard procedure would, in the opinion of a physician with knowledge of your medical condition, subject you to severe pain that cannot be adequately managed without extending your course of covered treatment

- A physician with knowledge of your medical condition determines that your grievance is urgent

- You have received Emergency Services but have not been discharged from a facility and your request involves admissions, continued stay, or other health care Services

- You are undergoing a current course of treatment using a non-formulary prescription drug and your grievance involves a request to refill a non-formulary prescription drug

For most grievances that we respond to on an urgent basis, we will give you oral notice of our decision as soon as your clinical condition requires, but not later than 72 hours after we received your grievance. We will send you a written confirmation of our decision within three days after we received your grievance.

If your grievance involves a request to obtain a non-formulary prescription drug and we respond to your request on an urgent basis, we will notify you of our decision within 24 hours of your request. For information on how to request a review by an independent review organization, see "Independent Review Organization for Non- Formulary Prescription Drug Requests" in this "Dispute Resolution" section.

If we do not decide in your favor, our letter will explain why and describe your further appeal rights.

Note: If you have an issue that involves an imminent and serious threat to your health (such as severe pain or potential loss of life, limb, or major bodily function), you can contact the California Department of Managed Health Care at any time at **1-888-466-2219** (TDD **1-877-688-9891**) without first filing a grievance with us.

If you want to review the information that we have collected regarding your grievance, you may request, and we will provide without charge, copies of all relevant documents, records, and other information. To make a request, you should contact our Member Service Contact Center.

*Additional information regarding pre-service requests for Medically Necessary Services*

You may give testimony in writing or by phone. Please send your written testimony to the address mentioned in our acknowledgment letter. To arrange to give testimony by phone, you should call the phone number mentioned in our acknowledgment letter.

We will add the information that you provide through testimony or other means to your grievance file and we will consider it in our decision regarding your pre-service request for Medically Necessary Services.

We will share any additional information that we collect in the course of our review and we will send it to you. If we believe that your request should not be granted, before we issue our decision letter, we will also share with you any new or additional reasons for that decision. We will send you a letter explaining the additional information and/or reasons. Our letters about additional information and new or additional rationales will tell you how you can respond to the information provided if you choose to do so. If your grievance is urgent, the information will be provided to you orally and followed in writing. If you do not respond before we must issue our final decision letter, that decision will be based on the information in your grievance file.

*Additional information regarding appeals of written denials for Services that require prior authorization*

You must file your appeal within 180 days after the date you received our denial letter.

You have the right to request any diagnosis and treatment codes and their meanings that are the subject of your appeal.

Also, you may give testimony in writing or by phone. Please send your written testimony to the address mentioned in our acknowledgment letter. To arrange to give testimony by phone, you should call the phone number mentioned in our acknowledgment letter.

We will add the information that you provide through testimony or other means to your appeal file and we will consider it in our decision regarding your appeal.

We will share any additional information that we collect in the course of our review and we will send it to you. If we believe that your request should not be granted, before we issue our decision letter, we will also share with you any new or additional reasons for that decision. We will send you a letter explaining the additional information and/or reasons. Our letters about additional information and new or additional rationales will tell you

how you can respond to the information provided if you choose to do so. If your appeal is urgent, the information will be provided to you orally and followed in writing. If you do not respond before we must issue our final decision letter, that decision will be based on the information in your appeal file.

## Independent Review Organization for Non-Formulary Prescription Drug Requests

If you filed a grievance to obtain a non-formulary prescription drug and we did not decide in your favor, you may submit a request for a review of your grievance by an independent review organization ("IRO"). You must submit your request for IRO review within 180 days of the receipt of our decision letter.

You must file your request for IRO review in one of the following ways:

- By calling our Expedited Review Unit toll free at **1-888-987-7247** (TTY users call **711**)

- By mailing a written request to:
  Kaiser Foundation Health Plan, Inc.
  Expedited Review Unit
  P.O. Box 23170
  Oakland, CA 94623-0170

- By faxing a written request to our Expedited Review Unit toll free at **1-888-987-2252**

- By visiting a Member Services office at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center)

- By completing the grievance form on our website at **kp.org**

For urgent IRO reviews, we will forward to you the independent reviewer's decision within 24 hours. For non-urgent requests, we will forward the independent reviewer's decision to you within 72 hours. If the independent reviewer does not decide in your favor, you may submit a complaint to the Department of Managed Health Care, as described under "Department of Managed Health Care Complaints" in this "Dispute Resolution" section. You may also submit a request for an Independent Medical Review as described under "Independent Medical Review" in this "Dispute Resolution" section.

## Department of Managed Health Care Complaints

The California Department of Managed Health Care is responsible for regulating health care service plans. If you have a grievance against your health plan, you should first telephone your health plan toll free at **1-800-464-4000** (TTY users call **711**) and use your health plan's grievance process before contacting the department. Utilizing this grievance procedure does not prohibit any potential legal rights or remedies that may be available to you. If you need help with a grievance involving an emergency, a grievance that has not been satisfactorily resolved by your health plan, or a grievance that has remained unresolved for more than 30 days, you may call the department for assistance. You may also be eligible for an Independent Medical Review (IMR). If you are eligible for IMR, the IMR process will provide an impartial review of medical decisions made by a health plan related to the medical necessity of a proposed service or treatment, coverage decisions for treatments that are experimental or investigational in nature and payment disputes for emergency or urgent medical services. The department also has a toll-free telephone number (**1-888-466-2219**) and a TDD line (**1-877-688-9891**) for the hearing and speech impaired. The department's Internet website **www.dmhc.ca.gov** has complaint forms, IMR application forms and instructions online.

## Independent Medical Review ("IMR")

Except as described in this "Independent Medical Review ("IMR")" section, you must exhaust our internal grievance procedure before you may request independent medical review unless we have failed to comply with the grievance procedure described under "Grievances" in this "Dispute Resolution" section. If you qualify, you or your authorized representative may have your issue reviewed through the IMR process managed by the California Department of Managed Health Care ("DMHC"). The DMHC determines which cases qualify for IMR. This review is at no cost to you. If you decide not to request an IMR, you may give up the right to pursue some legal actions against us.

You may qualify for IMR if all of the following are true:

- One of these situations applies to you:
  - ♦ you have a recommendation from a provider requesting Medically Necessary Services
  - ♦ you have received Emergency Services, emergency ambulance Services, or Urgent Care

from a provider who determined the Services to be Medically Necessary

  - ♦ you have been seen by a Plan Provider for the diagnosis or treatment of your medical condition
- Your request for payment or Services has been denied, modified, or delayed based in whole or in part on a decision that the Services are not Medically Necessary
- You have filed a grievance and we have denied it or we haven't made a decision about your grievance within 30 days (or three days for urgent grievances). The DMHC may waive the requirement that you first file a grievance with us in extraordinary and compelling cases, such as severe pain or potential loss of life, limb, or major bodily function. If we have denied your grievance, you must submit your request for an IMR within six months of the date of our written denial. However, the DMHC may accept your request after six months if they determine that circumstances prevented timely submission

You may also qualify for IMR if the Service you requested has been denied on the basis that it is experimental or investigational as described under "Experimental or investigational denials."

If the DMHC determines that your case is eligible for IMR, it will ask us to send your case to the DMHC's IMR organization. The DMHC will promptly notify you of its decision after it receives the IMR organization's determination. If the decision is in your favor, we will contact you to arrange for the Service or payment.

### Experimental or investigational denials

If we deny a Service because it is experimental or investigational, we will send you our written explanation within three days after we received your request. We will explain why we denied the Service and provide additional dispute resolution options. Also, we will provide information about your right to request Independent Medical Review if we had the following information when we made our decision:

- Your treating physician provided us a written statement that you have a life-threatening or seriously debilitating condition and that standard therapies have not been effective in improving your condition, or that standard therapies would not be appropriate, or that there is no more beneficial standard therapy we cover than the therapy being requested. "Life-threatening" means diseases or conditions where the likelihood of death is high unless the course of the disease is interrupted, or diseases or conditions with potentially fatal outcomes where the end point of clinical intervention is survival. "Seriously

debilitating" means diseases or conditions that cause major irreversible morbidity

- If your treating physician is a Plan Physician, they recommended a treatment, drug, device, procedure, or other therapy and certified that the requested therapy is likely to be more beneficial to you than any available standard therapies and included a statement of the evidence relied upon by the Plan Physician in certifying their recommendation

- You (or your Non–Plan Physician who is a licensed, and either a board-certified or board-eligible, physician qualified in the area of practice appropriate to treat your condition) requested a therapy that, based on two documents from the medical and scientific evidence, as defined in California Health and Safety Code Section 1370.4(d), is likely to be more beneficial for you than any available standard therapy. The physician's certification included a statement of the evidence relied upon by the physician in certifying their recommendation. We do not cover the Services of the Non–Plan Provider

Note: You can request IMR for experimental or investigational denials at any time without first filing a grievance with us.

## Office of Civil Rights Complaints

If you believe that you have been discriminated against by a Plan Provider or by us because of your race, color, national origin, disability, age, sex (including sex stereotyping and gender identity), or religion, you may file a complaint with the Office of Civil Rights in the United States Department of Health and Human Services ("OCR").

You may file your complaint with the OCR within 180 days of when you believe the act of discrimination occurred. However, the OCR may accept your request after six months if they determine that circumstances prevented timely submission. For more information on the OCR and how to file a complaint with the OCR, go to **hhs.gov/civil-rights**.

## Additional Review

You may have certain additional rights if you remain dissatisfied after you have exhausted our internal claims and appeals procedure, and if applicable, external review:

- If your Group's benefit plan is subject to the Employee Retirement Income Security Act ("ERISA"), you may file a civil action under section

502(a) of ERISA. To understand these rights, you should check with your Group or contact the Employee Benefits Security Administration (part of the U.S. Department of Labor) at **1-866-444-EBSA (1-866-444-3272)**

- If your Group's benefit plan is not subject to ERISA (for example, most state or local government plans and church plans), you may have a right to request review in state court

## Binding Arbitration

For all claims subject to this "Binding Arbitration" section, both Claimants and Respondents give up the right to a jury or court trial and accept the use of binding arbitration. Insofar as this "Binding Arbitration" section applies to claims asserted by Kaiser Permanente Parties, it shall apply retroactively to all unresolved claims that accrued before the effective date of this *EOC*. Such retroactive application shall be binding only on the Kaiser Permanente Parties.

### Scope of arbitration

Any dispute shall be submitted to binding arbitration if all of the following requirements are met:

- The claim arises from or is related to an alleged violation of any duty incident to or arising out of or relating to this *EOC* or a Member Party's relationship to Kaiser Foundation Health Plan, Inc. ("Health Plan"), including any claim for medical or hospital malpractice (a claim that medical services or items were unnecessary or unauthorized or were improperly, negligently, or incompetently rendered), for premises liability, or relating to the coverage for, or delivery of, services or items, irrespective of the legal theories upon which the claim is asserted

- The claim is asserted by one or more Member Parties against one or more Kaiser Permanente Parties or by one or more Kaiser Permanente Parties against one or more Member Parties

- Governing law does not prevent the use of binding arbitration to resolve the claim

Members enrolled under this *EOC* thus give up their right to a court or jury trial, and instead accept the use of binding arbitration except that the following types of claims are not subject to binding arbitration:

- Claims within the jurisdiction of the Small Claims Court

- Claims subject to a Medicare appeal procedure as applicable to Kaiser Permanente Senior Advantage Members

- Claims that cannot be subject to binding arbitration under governing law

As referred to in this "Binding Arbitration" section, "Member Parties" include:

- A Member
- A Member's heir, relative, or personal representative
- Any person claiming that a duty to them arises from a Member's relationship to one or more Kaiser Permanente Parties

"Kaiser Permanente Parties" include:

- Kaiser Foundation Health Plan, Inc.
- Kaiser Foundation Hospitals
- KP Cal, LLC
- The Permanente Medical Group, Inc.
- Southern California Permanente Medical Group
- The Permanente Federation, LLC
- The Permanente Company, LLC
- Any Southern California Permanente Medical Group or The Permanente Medical Group physician
- Any individual or organization whose contract with any of the organizations identified above requires arbitration of claims brought by one or more Member Parties
- Any employee or agent of any of the foregoing

"Claimant" refers to a Member Party or a Kaiser Permanente Party who asserts a claim as described above. "Respondent" refers to a Member Party or a Kaiser Permanente Party against whom a claim is asserted.

### Rules of Procedure

Arbitrations shall be conducted according to the *Rules for Kaiser Permanente Member Arbitrations Overseen by the Office of the Independent Administrator* ("Rules of Procedure") developed by the Office of the Independent Administrator in consultation with Kaiser Permanente and the Arbitration Oversight Board. Copies of the Rules of Procedure may be obtained from our Member Service Contact Center.

### Initiating arbitration

Claimants shall initiate arbitration by serving a Demand for Arbitration. The Demand for Arbitration shall include the basis of the claim against the Respondents; the amount of damages the Claimants seek in the arbitration; the names, addresses, and phone numbers of the Claimants and their attorney, if any; and the names of all

Respondents. Claimants shall include in the Demand for Arbitration all claims against Respondents that are based on the same incident, transaction, or related circumstances.

### Serving Demand for Arbitration

Health Plan, Kaiser Foundation Hospitals, KP Cal, LLC, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, The Permanente Federation, LLC, and The Permanente Company, LLC, shall be served with a Demand for Arbitration by mailing the Demand for Arbitration addressed to that Respondent in care of:

> *For Northern California Home Region Members:*
> Kaiser Foundation Health Plan, Inc.
> Legal Department
> 1950 Franklin St., 17th Floor
> Oakland, CA 94612
>
> *For Southern California Home Region Members:*
> Kaiser Foundation Health Plan, Inc.
> Legal Department
> 393 E. Walnut St.
> Pasadena, CA 91188

Service on that Respondent shall be deemed completed when received. All other Respondents, including individuals, must be served as required by the California Code of Civil Procedure for a civil action.

### Filing fee

The Claimants shall pay a single, nonrefundable filing fee of $150 per arbitration payable to "Arbitration Account" regardless of the number of claims asserted in the Demand for Arbitration or the number of Claimants or Respondents named in the Demand for Arbitration.

Any Claimant who claims extreme hardship may request that the Office of the Independent Administrator waive the filing fee and the neutral arbitrator's fees and expenses. A Claimant who seeks such waivers shall complete the Fee Waiver Form and submit it to the Office of the Independent Administrator and simultaneously serve it upon the Respondents. The Fee Waiver Form sets forth the criteria for waiving fees and is available by calling our Member Service Contact Center.

### Number of arbitrators

The number of arbitrators may affect the Claimants' responsibility for paying the neutral arbitrator's fees and expenses (see the Rules of Procedure).

If the Demand for Arbitration seeks total damages of $200,000 or less, the dispute shall be heard and

determined by one neutral arbitrator, unless the parties otherwise agree in writing after a dispute has arisen and a request for binding arbitration has been submitted that the arbitration shall be heard by two party arbitrators and one neutral arbitrator. The neutral arbitrator shall not have authority to award monetary damages that are greater than $200,000.

If the Demand for Arbitration seeks total damages of more than $200,000, the dispute shall be heard and determined by one neutral arbitrator and two party arbitrators, one jointly appointed by all Claimants and one jointly appointed by all Respondents. Parties who are entitled to select a party arbitrator may agree to waive this right. If all parties agree, these arbitrations will be heard by a single neutral arbitrator.

### Payment of arbitrators' fees and expenses

Health Plan will pay the fees and expenses of the neutral arbitrator under certain conditions as set forth in the Rules of Procedure. In all other arbitrations, the fees and expenses of the neutral arbitrator shall be paid one-half by the Claimants and one-half by the Respondents.

If the parties select party arbitrators, Claimants shall be responsible for paying the fees and expenses of their party arbitrator and Respondents shall be responsible for paying the fees and expenses of their party arbitrator.

### Costs

Except for the aforementioned fees and expenses of the neutral arbitrator, and except as otherwise mandated by laws that apply to arbitrations under this "Binding Arbitration" section, each party shall bear the party's own attorneys' fees, witness fees, and other expenses incurred in prosecuting or defending against a claim regardless of the nature of the claim or outcome of the arbitration.

### General provisions

A claim shall be waived and forever barred if (1) on the date the Demand for Arbitration of the claim is served, the claim, if asserted in a civil action, would be barred as to the Respondent served by the applicable statute of limitations, (2) Claimants fail to pursue the arbitration claim in accord with the Rules of Procedure with reasonable diligence, or (3) the arbitration hearing is not commenced within five years after the earlier of (a) the date the Demand for Arbitration was served in accord with the procedures prescribed herein, or (b) the date of filing of a civil action based upon the same incident, transaction, or related circumstances involved in the claim. A claim may be dismissed on other grounds by the neutral arbitrator based on a showing of a good cause. If a party fails to attend the arbitration hearing after being given due notice thereof, the neutral arbitrator may

proceed to determine the controversy in the party's absence.

The California Medical Injury Compensation Reform Act of 1975 (including any amendments thereto), including sections establishing the right to introduce evidence of any insurance or disability benefit payment to the patient, the limitation on recovery for non-economic losses, and the right to have an award for future damages conformed to periodic payments, shall apply to any claims for professional negligence or any other claims as permitted or required by law.

Arbitrations shall be governed by this "Binding Arbitration" section, Section 2 of the Federal Arbitration Act, and the California Code of Civil Procedure provisions relating to arbitration that are in effect at the time the statute is applied, together with the Rules of Procedure, to the extent not inconsistent with this "Binding Arbitration" section. In accord with the rule that applies under Sections 3 and 4 of the Federal Arbitration Act, the right to arbitration under this "Binding Arbitration" section shall not be denied, stayed, or otherwise impeded because a dispute between a Member Party and a Kaiser Permanente Party involves both arbitrable and nonarbitrable claims or because one or more parties to the arbitration is also a party to a pending court action with a third party that arises out of the same or related transactions and presents a possibility of conflicting rulings or findings.

## Termination of Membership

Your Group is required to inform the Subscriber of the date your membership terminates. Your membership termination date is the first day you are not covered (for example, if your termination date is January 1, 2022, your last minute of coverage was at 11:59 p.m. on December 31, 2021). When a Subscriber's membership ends, the memberships of any Dependents end at the same time. You will be billed as a non-Member for any Services you receive after your membership terminates. Health Plan and Plan Providers have no further liability or responsibility under this *EOC* after your membership terminates, except as provided under "Payments after Termination" in this "Termination of Membership" section.

Information about termination of pediatric dental coverage is described under "Pediatric Dental Coverage" in the "Introduction" section of this *EOC*.

## Termination Due to Loss of Eligibility

If you no longer meet the eligibility requirements described under "Who Is Eligible" in the "Premiums, Eligibility, and Enrollment" section, your Group will notify you of the date that your membership will end. Your membership termination date is the first day you are not covered. For example, if your termination date is January 1, 2022, your last minute of coverage was at 11:59 p.m. on December 31, 2021.

## Termination of *Agreement*

If your Group's *Agreement* with us terminates for any reason, your membership ends on the same date. Your Group is required to notify Subscribers in writing if its *Agreement* with us terminates.

## Termination for Cause

If you intentionally commit fraud in connection with membership, Health Plan, or a Plan Provider, we may terminate your membership by sending written notice to the Subscriber; termination will be effective 30 days from the date we send the notice. Some examples of fraud include:

- Misrepresenting eligibility information about you or a Dependent

- Presenting an invalid prescription or physician order

- Misusing a Kaiser Permanente ID card (or letting someone else use it)

- Giving us incorrect or incomplete material information. For example, you have entered into a Surrogacy Arrangement and you fail to send us the information we require under "Surrogacy arrangements" under "Reductions" in the "Exclusions, Limitations, Coordination of Benefits, and Reductions" section

- Failing to notify us of changes in family status or Medicare coverage that may affect your eligibility or benefits

If we terminate your membership for cause, you will not be allowed to enroll in Health Plan in the future. We may also report criminal fraud and other illegal acts to the authorities for prosecution.

## Termination of a Product or all Products

We may terminate a particular product or all products offered in the group market as permitted or required by law. If we discontinue offering a particular product in the group market, we will terminate just the particular product by sending you written notice at least 90 days before the product terminates. If we discontinue offering all products in the group market, we may terminate your Group's *Agreement* by sending you written notice at least 180 days before the *Agreement* terminates.

## Payments after Termination

If we terminate your membership for cause or for nonpayment, we will:

- Refund any amounts we owe your Group for Premiums paid after the termination date

- Pay you any amounts we have determined that we owe you for claims during your membership in accord with the "Emergency Services and Urgent Care" and "Dispute Resolution" sections

We will deduct any amounts you owe Health Plan or Plan Providers from any payment we make to you.

## State Review of Membership Termination

If you believe that we have terminated your membership because of your ill health or your need for care, you may request a review of the termination by the California Department of Managed Health Care (please see "Department of Managed Health Care Complaints" in the "Dispute Resolution" section).

## Continuation of Membership

If your membership under this *EOC* ends, you may be eligible to continue Health Plan membership without a break in coverage. You may be able to continue Group coverage under this *EOC* as described under "Continuation of Group Coverage." Also, you may be able to continue membership under an individual plan as described under "Continuation of Coverage under an Individual Plan." If at any time you become entitled to continuation of Group coverage, please examine your coverage options carefully before declining this coverage. Individual plan premiums and coverage will be different from the premiums and coverage under your Group plan.

Continuation of Group coverage under this *EOC* also includes continuation of coverage under the attached Delta Dental EOC/DF.

## Continuation of Group Coverage

### COBRA

You may be able to continue your coverage under this *EOC* for a limited time after you would otherwise lose eligibility, if required by the federal Consolidated Omnibus Budget Reconciliation Act ("COBRA"). COBRA applies to most employees (and most of their covered family Dependents) of most employers with 20 or more employees.

If your Group is subject to COBRA and you are eligible for COBRA coverage, in order to enroll you must submit a COBRA election form to your Group within the COBRA election period. Please ask your Group for details about COBRA coverage, such as how to elect coverage, how much you must pay for coverage, when coverage and Premiums may change, and where to send your Premium payments.

If you enroll in COBRA and exhaust the time limit for COBRA coverage, you may be able to continue Group coverage under state law as described under "Cal-COBRA" in this "Continuation of Group Coverage" section.

### Cal-COBRA

If you are eligible for coverage under the California Continuation Benefits Replacement Act ("Cal-COBRA"), you can continue coverage as described in this "Cal-COBRA" section if you apply for coverage in compliance with Cal-COBRA law and pay applicable Premiums.

#### *Eligibility and effective date of coverage for Cal-COBRA after COBRA*

If your group is subject to COBRA and your COBRA coverage ends, you may be able to continue Group coverage effective the date your COBRA coverage ends if all of the following are true:

- Your effective date of COBRA coverage was on or after January 1, 2003

- You have exhausted the time limit for COBRA coverage and that time limit was 18 or 29 months

- You do not have Medicare

You must request an enrollment application by calling our Member Service Contact Center within 60 days of the date of when your COBRA coverage ends.

#### *Eligibility and effective date of coverage for Cal-COBRA when your coverage is through a small employer*

If your group is not subject to COBRA, you may be able to continue uninterrupted Group coverage under this *EOC* if all of the following are true:

- Your employer meets the definition of "small employer" in Section 1357.500 or 1357.600 of the California Health and Safety Code

- Your employer employed between 2 to 19 eligible employees on at least 50 percent of its working days during the last calendar year

- You do not have Medicare Part A

- You experience one of the following qualifying events:

  ♦ your coverage is through a Subscriber who dies, divorces, legally separates, or gets Medicare

  ♦ you no longer qualify as a Dependent, under the terms of the "Who Is Eligible" section of this *EOC*

  ♦ you are a Subscriber, or your coverage is through a Subscriber, whose employment terminates (other than for gross misconduct) or whose hours of employment are reduced

You must request an enrollment application by calling our Member Service Contact Center within 60 days of the date of a qualifying event described above.

#### *Cal-COBRA enrollment and Premiums*

Within 10 days of your request for an enrollment application, we will send you our application, which will include Premium and billing information. You must return your completed application within 63 days of the date of our termination letter or of your membership termination date (whichever date is later).

If we approve your enrollment application, we will send you billing information within 30 days after we receive your application. You must pay Full Premiums within 45 days after the date we issue the bill. The first Premium payment will include coverage from your Cal-COBRA effective date through our current billing cycle. You must send us the Premium payment by the due date on the bill to be enrolled in Cal-COBRA.

After that first payment, your Premium payment for the upcoming coverage month is due on first day of that month. The Premiums will not exceed 110 percent of the applicable Premiums charged to a similarly situated individual under the Group benefit plan except that Premiums for disabled individuals after 18 months of COBRA coverage will not exceed 150 percent instead of

110 percent. Returned checks or insufficient funds on electronic payments will be subject to a $25 fee.

If you have selected Ancillary Coverage provided under any other program, the Premium for that Ancillary Coverage will be billed together with required Premiums for coverage under this *EOC*. Full Premiums will then also include Premium for Ancillary Coverage. This means if you do not pay the Full Premiums owed by the due date, we may terminate your membership under this *EOC* and any Ancillary Coverage, as described in the "Termination for nonpayment of Cal-COBRA Premiums" section.

### Changes to Cal-COBRA coverage and Premiums

Your Cal-COBRA coverage is the same as for any similarly situated individual under your Group's *Agreement*, and your Cal-COBRA coverage and Premiums will change at the same time that coverage or Premiums change in your Group's *Agreement*. Your Group's coverage and Premiums will change on the renewal date of its *Agreement* (January 1), and may also change at other times if your Group's *Agreement* is amended. Your monthly invoice will reflect the current Premiums that are due for Cal-COBRA coverage, including any changes. For example, if your Group makes a change that affects Premiums retroactively, the amount we bill you will be adjusted to reflect the retroactive adjustment in Premiums. Your Group can tell you whether this *EOC* is still in effect and give you a current one if this *EOC* has expired or been amended. You can also request one from our Member Service Contact Center.

### Cal-COBRA open enrollment or termination of another health plan

If you previously elected Cal-COBRA coverage through another health plan available through your Group, you may be eligible to enroll in Kaiser Permanente during your Group's annual open enrollment period, or if your Group terminates its agreement with the health plan you are enrolled in. You will be entitled to Cal-COBRA coverage only for the remainder, if any, of the coverage period prescribed by Cal-COBRA. Please ask your Group for information about health plans available to you either at open enrollment or if your Group terminates a health plan's agreement.

In order for you to switch from another health plan and continue your Cal-COBRA coverage with us, we must receive your enrollment application during your Group's open enrollment period, or within 63 days of receiving the Group's termination notice described under "Group responsibilities." To request an application, please call our Member Service Contact Center. We will send you

our enrollment application and you must return your completed application before open enrollment ends or within 63 days of receiving the termination notice described under "Group responsibilities." If we approve your enrollment application, we will send you billing information within 30 days after we receive your application. You must pay the bill within 45 days after the date we issue the bill. You must send us the Premium payment by the due date on the bill to be enrolled in Cal-COBRA.

### How you may terminate your Cal-COBRA coverage

You may terminate your Cal-COBRA coverage by sending written notice, signed by the Subscriber, to the address below. Your membership will terminate at 11:59 p.m. on the last day of the month in which we receive your notice. Also, you must include with your notice all amounts payable related to your Cal-COBRA coverage, including Premiums, for the period prior to your termination date.

> Kaiser Foundation Health Plan, Inc.
> California Service Center
> P.O. Box 23127
> San Diego, CA 92193-3127

### Termination for nonpayment of Cal-COBRA Premiums

If you do not pay Full Premiums by the due date, we may terminate your membership as described in this "Termination for nonpayment of Cal-COBRA Premiums" section. If you intend to terminate your membership, be sure to notify us as described under "How you may terminate your Cal-COBRA coverage" in this "Cal-COBRA" section, as you will be responsible for any Premiums billed to you unless you let us know before the first of the coverage month that you want us to terminate your coverage.

Your Premium payment for the upcoming coverage month is due on the first day of that month. If we do not receive full Premium payment on or before the first day of the coverage month, we will send a notice of nonreceipt of payment (a "Late Notice") to the Subscriber's address of record. This Late Notice will include the following information:

- A statement that we have not received full Premium payment and that we will terminate the memberships of everyone in your Family for nonpayment if we do not receive the required Premiums within 30 days after the date of the Late Notice

- The amount of Premiums that are due

- The specific date and time when the memberships of everyone in your Family will end if we do not receive the Premiums

If we terminate your Cal-COBRA coverage because we did not receive Full Premiums when due, your membership will end at 11:59 p.m. on the 30th day after the date of the Late Notice. Your coverage will continue during this 30-day grace period, but upon termination you will be responsible for paying all past due Premiums, including the Premiums for this grace period.

We will mail a Termination Notice to the Subscriber's address of record if we do not receive full Premium payment within 30 days after the date of the Late Notice. The Termination Notice will include the following information:

- A statement that we have terminated the memberships of everyone in your Family for nonpayment of Premiums
- The specific date and time when the memberships of everyone in your Family ended
- The amount of Premiums that are due
- Information explaining whether or not you can reinstate your memberships
- Your appeal rights

If we terminate your membership, you are still responsible for paying all amounts due.

### *Reinstatement of your membership after termination for nonpayment of Cal-COBRA Premiums*

If we terminate your membership for nonpayment of Premiums, we will permit reinstatement of your membership three times during any 12-month period if we receive the amounts owed within 15 days of the date of the Termination Notice. We will not reinstate your membership if you do not obtain reinstatement of your terminated membership within the required 15 days, or if we terminate your membership for nonpayment of Premiums more than three times in a 12-month period.

### *Termination of Cal-COBRA coverage*

Cal-COBRA coverage continues only upon payment of applicable monthly Premiums to us at the time we specify, and terminates on the earliest of:

- The date your Group's *Agreement* with us terminates (you may still be eligible for Cal-COBRA through another Group health plan)
- The date you get Medicare
- The date your coverage begins under any other group health plan that does not contain any exclusion or limitation with respect to any pre-existing condition you may have (or that does contain such an exclusion or limitation, but it has been satisfied)

- The date you become covered, or could have become covered, under COBRA
- Either the date that is 36 months after the date of your original Cal-COBRA qualifying event or the date that is 36 months after the date of your original COBRA effective date (under this or any other plan) if you were enrolled in COBRA before Cal-COBRA
- The date your membership is terminated for nonpayment of Premiums as described under "Termination for nonpayment of Cal-COBRA Premiums" in this "Continuation of Membership" section

Note: If the Social Security Administration determined that you were disabled at any time during the first 60 days of COBRA coverage, you must notify your Group within 60 days of receiving the determination from Social Security. Also, if Social Security issues a final determination that you are no longer disabled in the 35th or 36th month of Group continuation coverage, your Cal-COBRA coverage will end the later of: (1) expiration of 36 months after your original COBRA effective date, or (2) the first day of the first month following 31 days after Social Security issued its final determination. You must notify us within 30 days after you receive Social Security's final determination that you are no longer disabled.

### *Group responsibilities*

Your Group is required to give Health Plan written notice within 30 days after a Subscriber is no longer eligible for coverage due to termination of employment or reduction of hours. If your Group prefers that we not offer Cal-COBRA coverage because your Group terminated a Subscriber's employment for gross misconduct, your Group must send written notice within five days after the Subscriber's employment terminates to:

Kaiser Foundation Health Plan
California Service Center
P.O. Box 23059
San Diego, CA 92193-3059

Your Group is required to notify us in writing within 30 days if your Group becomes subject to COBRA under federal law.

If your Group's agreement with a health plan is terminated, your Group is required to provide written notice at least 30 days before the termination date to the persons whose Cal-COBRA coverage is terminating. This notice must inform Cal-COBRA beneficiaries that they can continue Cal-COBRA coverage by enrolling in any health benefit plan offered by your Group. It must

also include information about benefits, premiums, payment instructions, and enrollment forms (including instructions on how to continue Cal-COBRA coverage under the new health plan). Your Group is required to send this information to the person's last known address, as provided by the prior health plan. Health Plan is not obligated to provide this information to qualified beneficiaries if your Group fails to provide the notice. These persons will be entitled to Cal-COBRA coverage only for the remainder, if any, of the coverage period prescribed by Cal-COBRA.

## USERRA

If you are called to active duty in the uniformed services, you may be able to continue your coverage under this *EOC* for a limited time after you would otherwise lose eligibility, if required by the federal Uniformed Services Employment and Reemployment Rights Act ("USERRA"). You must submit a USERRA election form to your Group within 60 days after your call to active duty. Please contact your Group to find out how to elect USERRA coverage and how much you must pay your Group.

### Coverage for a Disabling Condition

If you became Totally Disabled while you were a Member under your Group's *Agreement* with us and while the Subscriber was employed by your Group, and your Group's *Agreement* with us terminates and is not renewed, we will cover Services for your totally disabling condition until the earliest of the following events occurs:

- 12 months have elapsed since your Group's *Agreement* with us terminated

- You are no longer Totally Disabled

- Your Group's *Agreement* with us is replaced by another group health plan without limitation as to the disabling condition

Your coverage will be subject to the terms of this *EOC,* including Cost Share, but we will not cover Services for any condition other than your totally disabling condition.

For Subscribers and adult Dependents, "Totally Disabled" means that, in the judgment of a Medical Group physician, an illness or injury is expected to result in death or has lasted or is expected to last for a continuous period of at least 12 months, and makes the person unable to engage in any employment or occupation, even with training, education, and experience.

For Dependent children, "Totally Disabled" means that, in the judgment of a Medical Group physician, an illness or injury is expected to result in death or has lasted or is expected to last for a continuous period of at least 12 months and the illness or injury makes the child unable to substantially engage in any of the normal activities of children in good health of like age.

To request continuation of coverage for your disabling condition, you must call our Member Service Contact Center within 30 days after your Group's *Agreement* with us terminates.

## Continuation of Coverage under an Individual Plan

If you want to remain a Health Plan member when your Group coverage ends, you might be able to enroll in one of our Kaiser Permanente for Individuals and Families plans. The premiums and coverage under our individual plan coverage are different from those under this *EOC*.

If you want your individual plan coverage to be effective when your Group coverage ends, you must submit your application within the special enrollment period for enrolling in an individual plan due to loss of other coverage. Otherwise, you will have to wait until the next annual open enrollment period.

To request an application to enroll directly with us, please go to **kp.org** or call our Member Service Contact Center. For information about plans that are available through Covered California, see "Covered California" below.

### Covered California

U.S. citizens or legal residents of the U.S. can buy health care coverage from Covered California. This is California's health insurance marketplace ("the Exchange"). You may apply for help to pay for premiums and copayments but only if you buy coverage through Covered California. This financial assistance may be available if you meet certain income guidelines. To learn more about coverage that is available through Covered California, visit **CoveredCA.com** or call Covered California at **1-800-300-1506** (TTY users call **711**).

## Miscellaneous Provisions

## Administration of *Agreement*

We may adopt reasonable policies, procedures, and interpretations to promote orderly and efficient

administration of your Group's *Agreement,* including this *EOC.*

## Advance Directives

The California Health Care Decision Law offers several ways for you to control the kind of health care you will receive if you become very ill or unconscious, including the following:

- A *Power of Attorney for Health Care* lets you name someone to make health care decisions for you when you cannot speak for yourself. It also lets you write down your own views on life support and other treatments

- *Individual health care instructions* let you express your wishes about receiving life support and other treatment. You can express these wishes to your doctor and have them documented in your medical chart, or you can put them in writing and have that included in your medical chart

To learn more about advance directives, including how to obtain forms and instructions, contact the Member Services Department at a Plan Facility. For more information about advance directives, refer to our website at **kp.org** or call our Member Service Contact Center.

## Amendment of *Agreement*

Your Group's *Agreement* with us will change periodically. If these changes affect this *EOC,* your Group is required to inform you in accord with applicable law and your Group's *Agreement.*

## Applications and Statements

You must complete any applications, forms, or statements that we request in our normal course of business or as specified in this *EOC.*

## Assignment

You may not assign this *EOC* or any of the rights, interests, claims for money due, benefits, or obligations hereunder without our prior written consent.

## Attorney and Advocate Fees and Expenses

In any dispute between a Member and Health Plan, the Medical Group, or Kaiser Foundation Hospitals, each party will bear its own fees and expenses, including attorneys' fees, advocates' fees, and other expenses.

## Claims Review Authority

We are responsible for determining whether you are entitled to benefits under this *EOC* and we have the discretionary authority to review and evaluate claims that arise under this *EOC.* We conduct this evaluation independently by interpreting the provisions of this *EOC.* We may use medical experts to help us review claims. If coverage under this *EOC* is subject to the Employee Retirement Income Security Act ("ERISA") claims procedure regulation (29 CFR 2560.503-1), then we are a "named claims fiduciary" to review claims under this *EOC.*

## *EOC* Binding on Members

By electing coverage or accepting benefits under this *EOC,* all Members legally capable of contracting, and the legal representatives of all Members incapable of contracting, agree to all provisions of this *EOC.*

## ERISA Notices

This "ERISA Notices" section applies only if your Group's health benefit plan is subject to the Employee Retirement Income Security Act ("ERISA"). We provide these notices to assist ERISA-covered groups in complying with ERISA. Coverage for Services described in these notices is subject to all provisions of this *EOC.*

**Newborns' and Mother's Health Protection Act**
Group health plans and health insurance issuers generally may not, under Federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case, plans and issuers may not, under Federal law, require that a provider obtain authorization from the plan or the insurance issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours).

**Women's Health and Cancer Rights Act**
If you have had or are going to have a mastectomy, you may be entitled to certain benefits under the Women's Health and Cancer Rights Act. For individuals receiving mastectomy-related benefits, coverage will be provided

in a manner determined in consultation with the attending physician and the patient, for all stages of reconstruction of the breast on which the mastectomy was performed, surgery and reconstruction of the other breast to produce a symmetrical appearance, prostheses, and treatment of physical complications of the mastectomy, including lymphedemas. These benefits will be provided subject to the same Cost Share applicable to other medical and surgical benefits provided under this plan.

## Governing Law

Except as preempted by federal law, this *EOC* will be governed in accord with California law and any provision that is required to be in this *EOC* by state or federal law shall bind Members and Health Plan whether or not set forth in this *EOC*.

## Group and Members Not Our Agents

Neither your Group nor any Member is the agent or representative of Health Plan.

## No Waiver

Our failure to enforce any provision of this *EOC* will not constitute a waiver of that or any other provision, or impair our right thereafter to require your strict performance of any provision.

## Notices Regarding Your Coverage

Our notices to you will be sent to the most recent address we have for the Subscriber. The Subscriber is responsible for notifying us of any change in address. Subscribers who move should call our Member Service Contact Center as soon as possible to give us their new address. If a Member does not reside with the Subscriber, or needs to have confidential information sent to an address other than the Subscriber's address, they should contact our Member Service Contact Center to discuss alternate delivery options.

Note: When we tell your Group about changes to this *EOC* or provide your Group other information that affects you, your Group is required to notify the Subscriber within 30 days (or five days if we terminate your Group's *Agreement*) after receiving the information from us.

## Overpayment Recovery

We may recover any overpayment we make for Services from anyone who receives such an overpayment or from any person or organization obligated to pay for the Services.

## Privacy Practices

Kaiser Permanente will protect the privacy of your protected health information. We also require contracting providers to protect your protected health information. Your protected health information is individually-identifiable information (oral, written, or electronic) about your health, health care services you receive, or payment for your health care. You may generally see and receive copies of your protected health information, correct or update your protected health information, and ask us for an accounting of certain disclosures of your protected health information. You can request delivery of confidential communication to a location other than your usual address or by a means of delivery other than the usual means.

We may use or disclose your protected health information for treatment, health research, payment, and health care operations purposes, such as measuring the quality of Services. We are sometimes required by law to give protected health information to others, such as government agencies or in judicial actions. In addition, protected health information is shared with your Group only with your authorization or as otherwise permitted by law.

We will not use or disclose your protected health information for any other purpose without your (or your representative's) written authorization, except as described in our *Notice of Privacy Practices* (see below). Giving us authorization is at your discretion.

This is only a brief summary of some of our key privacy practices. OUR *NOTICE OF PRIVACY PRACTICES*, WHICH PROVIDES ADDITIONAL INFORMATION ABOUT

OUR PRIVACY PRACTICES AND YOUR RIGHTS REGARDING YOUR PROTECTED HEALTH INFORMATION, IS AVAILABLE AND WILL BE FURNISHED TO YOU UPON REQUEST. To request a copy, please call our Member Service Contact Center. You can also find the notice at a Plan Facility or on our website at **kp.org**.

## Public Policy Participation

The Kaiser Foundation Health Plan, Inc., Board of Directors establishes public policy for Health Plan. A list of the Board of Directors is available on our website at **kp.org** or from our Member Service Contact Center. If you would like to provide input about Health Plan public policy for consideration by the Board, please send written comments to:

Kaiser Foundation Health Plan, Inc.
Office of Board and Corporate Governance Services
One Kaiser Plaza, 19th Floor
Oakland, CA 94612

## Helpful Information

## How to Obtain this *EOC* in Other Formats

You can request a copy of this *EOC* in an alternate format (Braille, audio, electronic text file, or large print) by calling our Member Service Contact Center.

## Provider Directory

Please refer to the Provider Directory for your Home Region for the following information:

- A list of Plan Physicians
- The location of Plan Facilities and the types of covered Services that are available from each facility
- Hours of operation
- Appointments and advice phone numbers

This directory is available on our website at **kp.org**. To obtain a printed copy, call our Member Service Contact Center. The directory is updated periodically. The availability of Plan Physicians and Plan Facilities may change. If you have questions, please call our Member Service Contact Center.

## Online Tools and Resources

Here are some tools and resources available on our website at **kp.org**:

- How to use our Services and make appointments
- Tools you can use to email your doctor's office, view test results, refill prescriptions, and schedule routine appointments
- Health education resources
- Preventive care guidelines
- Member rights and responsibilities

You can also access tools and resources using the KP app on your smartphone or other mobile device.

## How to Reach Us

### Appointments

If you need to make an appointment, please call us or visit our website:

| | |
|---|---|
| **Call** | The appointment phone number at a Plan Facility (for phone numbers, refer to our Provider Directory or call our Member Service Contact Center) |
| **Website** | **kp.org** for routine (non-urgent) appointments with your personal Plan Physician or another Primary Care Physician |

### Not sure what kind of care you need?

If you need advice on whether to get medical care, or how and when to get care, we have licensed health care professionals available to assist you by phone 24 hours a day, 7 days a week:

| | |
|---|---|
| **Call** | The appointment or advice phone number at a Plan Facility (for phone numbers, refer to our Provider Directory or call our Member Service Contact Center) |

### Member Services

If you have questions or concerns about your coverage, how to obtain Services, or the facilities where you can receive care, you can reach us in the following ways:

| | |
|---|---|
| **Call** | **1-800-464-4000** (English and more than 150 languages using interpreter services) **1-800-788-0616** (Spanish) **1-800-757-7585** (Chinese dialects) TTY users call **711** |
| | 24 hours a day, seven days a week (except closed holidays) |

| **Visit** | Member Services Department at a Plan Facility (for addresses, refer to our Provider Directory or call our Member Service Contact Center) |
|---|---|
| **Write** | Member Services Department at a Plan Facility for addresses, refer to our Provider Directory or call our Member Service Contact Center) |

**Website**   **kp.org**

### Estimates, bills, and statements

For the following concerns, please call us at the number below:

- If you have questions about a bill
- To find out how much you have paid toward your Plan Deductible (if applicable) or Plan Out-of-Pocket Maximum
- To get an estimate of Charges for Services that are subject to the Plan Deductible (if applicable)

| **Call** | **1-800-464-4000** (TTY users call **711**) |
|---|---|
| | 24 hours a day, seven days a week (except closed holidays) |

**Website**   **kp.org/memberestimates**

### Away from home travel line

If you have questions about your coverage when you are away from home:

| **Call** | **1-951-268-3900** |
|---|---|
| | 24 hours a day, seven days a week (except closed holidays) |

**Website**   **kp.org/travel**

### Authorization for Post-Stabilization Care

To request prior authorization for Post-Stabilization Care as described under "Emergency Services" in the "Emergency Services and Urgent Care" section:

| **Call** | **1-800-225-8883** or the notification phone number on your Kaiser Permanente ID card (TTY users call **711**) |
|---|---|
| | 24 hours a day, seven days a week |

### Help with claim forms for Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, and emergency ambulance Services

If you need a claim form to request payment or reimbursement for Services described in the "Emergency Services and Urgent Care" section or under "Ambulance Services" in the "Benefits" section, or if you need help

completing the form, you can reach us by calling or by visiting our website.

| **Call** | **1-800-464-4000** (TTY users call **711**) |
|---|---|
| | 24 hours a day, seven days a week (except closed holidays) |

**Website**   **kp.org**

### Submitting claims for Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, and emergency ambulance Services

If you need to submit a completed claim form for Services described in the "Emergency Services and Urgent Care" section or under "Ambulance Services" in the "Benefits" section, or if you need to submit other information that we request about your claim, send it to our Claims Department:

| **Write** | *For Northern California Home Region Members:* |
|---|---|
| | Kaiser Permanente Claims Administration - NCAL P.O. Box 12923 Oakland, CA 94604-2923 |
| | *For Southern California Home Region Members:* |
| | Kaiser Permanente Claims Administration - SCAL P.O. Box 7004 Downey, CA 90242-7004 |

### Text telephone access ("TTY")

If you use a text telephone device ("TTY," also known as "TDD") to communicate by phone, you can use the California Relay Service by calling **711**.

### Interpreter services

If you need interpreter services when you call us or when you get covered Services, please let us know. Interpreter services, including sign language, are available during all business hours at no cost to you. For more information on the interpreter services we offer, please call our Member Service Contact Center.

## Payment Responsibility

This "Payment Responsibility" section briefly explains who is responsible for payments related to the health care coverage described in this *EOC*. Payment responsibility is more fully described in other sections of the *EOC* as described below:

- Your Group is responsible for paying Premiums, except that you are responsible for paying Premiums

if you have COBRA or Cal-COBRA (refer to "Premiums" in the "Premiums, Eligibility, and Enrollment" section and "COBRA" and "Cal-COBRA" under "Continuation of Group Coverage" in the "Continuation of Membership" section)

- Your Group may require you to contribute to Premiums (your Group will tell you the amount and how to pay)

- You are responsible for paying your Cost Share for covered Services (refer to the "Cost Share Summary" section)

- If you receive Emergency Services, Post-Stabilization Care, or Out-of-Area Urgent Care from a Non–Plan Provider, or if you receive emergency ambulance Services, you must pay the provider and file a claim for reimbursement unless the provider agrees to bill us (refer to "Payment and Reimbursement" in the "Emergency Services and Urgent Care" section)

- If you receive Services from Non–Plan Providers that we did not authorize (other than Emergency Services, Post-Stabilization Care, Out-of-Area Urgent Care, or emergency ambulance Services) and you want us to pay for the care, you must submit a grievance (refer to "Grievances" in the "Dispute Resolution" section)

- If you have coverage with another plan or with Medicare, we will coordinate benefits with the other coverage (refer to "Coordination of Benefits" in the "Exclusions, Limitations, Coordination of Benefits, and Reductions" section)

- In some situations, you or a third party may be responsible for reimbursing us for covered Services (refer to "Reductions" in the "Exclusions, Limitations, Coordination of Benefits, and Reductions" section)

- You must pay the full price for noncovered Services



**KAISER PERMANENTE**®

**Kaiser Foundation Health Plan, Inc.**
**Northern and Southern California Regions**

## Combined Chiropractic and Acupuncture Services Amendment of the Kaiser Foundation Health Plan, Inc. Evidence of Coverage for CaliforniaChoice

Chiropractic/Acupuncture Plan-$15 Copay/20 Visits
*EOC* Number: 265

*Contract Year 2021*

ASH Plans Customer Service Department
Monday through Friday, 5 a.m. to 6 p.m.
**1-800-678-9133** (TTY users call **711**) toll free
**ashlink.com/ash/kp**

# TABLE OF CONTENTS

Health Plan Benefits and Coverage Matrix ........................................................................... 95
Introduction ........................................................................................................................... 96
Definitions ............................................................................................................................. 96
ASH Participating Providers ................................................................................................. 97
　How to Obtain Services ..................................................................................................... 97
Covered Services ................................................................................................................... 98
　Office Visits ....................................................................................................................... 98
　Laboratory Tests and X-rays ............................................................................................. 99
　Chiropractic Supports and Appliances .............................................................................. 99
　Second Opinions ................................................................................................................ 99
　Emergency and Urgent Services Covered Under this Amendment ................................... 99
Exclusions ........................................................................................................................... 100
Customer Service ................................................................................................................ 100
Grievances ........................................................................................................................... 100

## Health Plan Benefits and Coverage Matrix

**THIS MATRIX IS INTENDED TO BE USED TO HELP YOU COMPARE COVERAGE BENEFITS AND IS A SUMMARY ONLY. THE EVIDENCE OF COVERAGE AND PLAN CONTRACT SHOULD BE CONSULTED FOR A DETAILED DESCRIPTION OF COVERAGE BENEFITS AND LIMITATIONS.**

We cover the Services described below, subject to exclusions described in the "Exclusions" section, only if all of the following conditions are satisfied:

- You are a Member on the date that you receive the Services

- ASH Plans has determined that the Services are Medically Necessary, except as described in this Amendment

- You receive the Services from ASH Participating Providers or other licensed providers that ASH contracts to provide covered care, except as described in this Amendment

| Professional Services (Plan Provider office visits) | You Pay |
|---|---|
| Chiropractic and acupuncture office visits (up to a combined total of 20 visits per 12-month period) ................................................................................................ | $15 per visit |

| Other | You Pay |
|---|---|
| X-rays and laboratory tests that are covered Chiropractic Services ................................................................................................ | No charge |
| Chiropractic supports and appliances ................................................................................................ | Amounts in excess of the $50 Allowance |

This is a summary of the most frequently asked-about benefits. This chart does not explain benefits, Cost Share, out-of-pocket maximums, exclusions, or limitations, nor does it list all benefits and Cost Share amounts. For a complete explanation, please refer to the "Covered Services" and "Exclusions" sections.

## Introduction

**This document amends your Kaiser Foundation Health Plan, Inc. (Health Plan) *EOC* to add coverage for Chiropractic Services and Acupuncture Services as described in this Combined Chiropractic and Acupuncture Services Amendment ("Amendment").** All provisions of the *EOC* apply to coverage described in this document except for the following sections:

- "How to Obtain Services" (except that the "Completion of Services from Non–Plan Providers" section, or for Kaiser Permanente Senior Advantage Members, the "Termination of a Plan Provider's contract and completion of Services" section, does apply to coverage described in this document)
- "Plan Facilities"
- "Emergency Services and Urgent Care"
- "Benefits"

Kaiser Foundation Health Plan, Inc. contracts with American Specialty Health Plans of California, Inc. (ASH Plans) to make the network of ASH Participating Providers available to you.

When you need chiropractic care or acupuncture, you have direct access to more than 3,400 licensed chiropractors and more than 2,000 licensed acupuncturists in California. You can obtain covered Services from any ASH Participating Provider without a referral from a Plan Physician. Your Cost Share is due when you receive covered Services.

## Definitions

In addition to the terms defined in the "Definitions" section of your Health Plan *EOC*, the following terms, when capitalized and used in any part of this Amendment, have the following meanings:

**Acupuncture Services:** The stimulation of certain points on or near the surface of the body by the insertion of needles to prevent or modify the perception of pain or to normalize physiological functions (including adjunctive therapies, such as hot/cold packs, infrared heat, or acupressure, when provided during the same course of treatment and in conjunction with acupuncture) when provided by an acupuncturist for the treatment of your Musculoskeletal and Related Disorder, nausea (such as nausea related to chemotherapy, postsurgery pain, or pregnancy), or pain (such as lower back pain, shoulder pain, joint pain, or headaches).

**ASH Participating Provider:** One of the following types of providers:

- An acupuncturist who is licensed to provide acupuncture services in California and who has a contract with ASH Plans to provide Medically Necessary Acupuncture Services to you
- A chiropractor who is licensed to provide chiropractic services in California and who has a contract with ASH Plans to provide Medically Necessary Chiropractic Services to you

A list of ASH Participating Providers is available on the ASH Plans website at **ashlink.com/ash/kaisercamedicare** for Kaiser Permanente Senior Advantage Members, or **ashlink.com/ash/kp** for all other Members, or from the ASH Plans Customer Service Department toll free at **1-800-678-9133** (TTY users call **711**). The list of ASH Participating Providers is subject to change at any time, without notice. If you have questions, please call the ASH Plans Customer Service Department.

**ASH Plans:** American Specialty Health Plans of California, Inc., a California corporation.

**Chiropractic Services:** Chiropractic manipulative services (including adjunctive therapies such as ultrasound, therapeutic exercise, or electrical muscle stimulation, when provided during the same course of treatment and in conjunction with chiropractic manipulative services), and other services provided or prescribed by a chiropractor (including laboratory tests, X-rays, and chiropractic supports and appliances) for the treatment of your Musculoskeletal and Related Disorder.

**Emergency Acupuncture Services:** Covered Acupuncture Services provided for the treatment of a Musculoskeletal and Related Disorder, nausea, or pain, which manifests itself by acute symptoms of sufficient severity (including severe pain) such that a reasonable person could expect the absence of immediate Acupuncture Services to result in serious jeopardy to your health or body functions or organs.

**Emergency Chiropractic Services:** Covered Chiropractic Services provided for the treatment of a Musculoskeletal and Related Disorder which manifests itself by acute symptoms of sufficient severity (including severe pain) such that a reasonable person could expect the absence of immediate Chiropractic Services to result in serious jeopardy to your health or body functions or organs.

**Musculoskeletal and Related Disorders:** Conditions with signs and symptoms related to the nervous,

muscular, and/or skeletal systems. Musculoskeletal and Related Disorders are conditions typically categorized as structural, degenerative, or inflammatory disorders; or biomechanical dysfunction of the joints of the body and/or related components of the muscle or skeletal systems (muscles, tendons, fascia, nerves, ligaments/capsules, discs and synovial structures) and related manifestations or conditions.

**Non–Participating Provider:** A provider other than an ASH Participating Provider.

**Treatment Plan:** One of the following, depending on whether the Treatment Plan is for Chiropractic Services or Acupuncture Services:

- A proposed course of treatment for your Musculoskeletal and Related Disorder, which may include laboratory tests, X-rays, chiropractic supports and appliances, and a specific number of visits for chiropractic manipulations (adjustments) and adjunctive therapies that are Medically Necessary Chiropractic Services for you

- A proposed course of treatment for your Musculoskeletal and Related Disorder, nausea, or pain, which will include a specific number of visits for acupuncture (including adjunctive therapies) that are Medically Necessary Acupuncture Services for you

**Urgent Acupuncture Services:** Acupuncture Services that meet all of the following requirements:

- They are necessary to prevent serious deterioration of your health resulting from an unforeseen illness, injury, or complication of an existing condition, including pregnancy

- They cannot be delayed until you return to the Service Area

**Urgent Chiropractic Services:** Chiropractic Services that meet all of the following requirements:

- They are necessary to prevent serious deterioration of your health resulting from an unforeseen illness, injury, or complication of an existing condition, including pregnancy

- They cannot be delayed until you return to the Service Area

## ASH Participating Providers

**Please read the following information so you will know from whom or what group of providers you may receive Services covered under this Amendment.**

ASH Plans contracts with ASH Participating Providers and other licensed providers to provide the Services covered under this Amendment (including laboratory tests, X-rays, and chiropractic supports and appliances). You must receive Services covered under this Amendment from an ASH Participating Provider or another licensed provider with which ASH contracts to provide covered care, except for Services covered under "Emergency and Urgent Services Covered Under this Amendment" in the "Covered Services" section and Services that are not available from contracted providers and that are authorized in advance by ASH Plans.

## How to Obtain Services

To obtain Services covered under this Amendment call an ASH Participating Provider to schedule an initial examination. If additional Services are required after the initial examination, verification that the Services are Medically Necessary may be required, as described under "Decision time frames" below. Your ASH Participating Provider will request any required medical necessity determinations. An ASH Plans clinician in the same or similar specialty as the provider of Services under review will determine whether the Services are or were Medically Necessary Services.

**Decision time frames**

The ASH Plans' clinician will make the authorization decision within the time frame appropriate for your condition, but no later than five business days after receiving all of the information (including additional examination and test results) reasonably necessary to make the decision, except that decisions about urgent Services will be made no later than 72 hours after receipt of the information reasonably necessary to make the decision. If ASH Plans needs more time to make the decision because it doesn't have information reasonably necessary to make the decision, or because it has requested consultation by a particular specialist, you and your ASH Participating Provider will be informed in writing about the additional information, testing, or specialist that is needed, and the date that ASH Plans expects to make a decision.

Your ASH Participating Provider will be informed of the decision within 24 hours after the decision is made. If the Services are authorized, your ASH Participating Provider will be informed of the scope of the authorized Services. If ASH Plans does not authorize all of the Services, ASH Plans will send you a written decision and explanation, including the rationale for the decision and the criteria used to make the decision, within two business days after the decision is made. The letter will also include information about your appeal rights, which are

described in the "Coverage Decisions, Appeals, and Complaints" section of your Health Plan *EOC* for Kaiser Permanente Senior Advantage Members, and "Dispute Resolution" section of your Health Plan *EOC* for all other Members. Any written criteria that ASH Plans uses to make the decision to authorize, modify, delay, or deny the request for authorization will be made available to you upon request. If you have questions or concerns, please contact ASH Plans or Kaiser Permanente as described under "Customer Service" in this Amendment.

## Covered Services

We cover the Services listed in this "Covered Services" section, subject to exclusions described in the "Exclusions" section, only if all of the following conditions are satisfied:

- You are a Member on the date that you receive the Services

- ASH Plans has determined that the Services are Medically Necessary, except for:
  - ♦ the initial examination described under "Office Visits" in this "Covered Services" section
  - ♦ Services covered under "Emergency and Urgent Services Covered Under this Amendment" in this "Covered Services" section

- You receive the Services from ASH Participating Providers or other licensed providers with which ASH contracts to provide covered care, except for:
  - ♦ Services covered under "Emergency and Urgent Services Covered Under this Amendment" in this "Covered Services" section
  - ♦ Services that are not available from ASH Participating Providers or other licensed providers with which ASH contracts to provide covered care and that are authorized in advance by ASH Plans

When you receive covered Services, you must pay the Cost Share listed in this "Covered Services" section. If you receive Services that are not covered under this Amendment, you may be liable for the full price of those Services.

Note: If Charges for Services are less than the Copayment described in this "Covered Services" section, you will pay the lesser amount.

The Cost Share you pay for Services covered under this Amendment does not apply toward any Plan Deductible or Plan Out-of-Pocket Maximum described in your Health Plan *EOC*.

If you have questions about your Cost Share for specific Services that you are scheduled to receive or that your provider orders during a visit or procedure, please call the ASH Plans Customer Service Department toll free at **1-800-678-9133** (TTY users call **711**) weekdays from 5 a.m. to 6 p.m.

Coverage of Acupuncture Services under this Amendment is different from the coverage of acupuncture Services under your Health Plan *EOC*. You do not need a referral to get covered Services under this Amendment, but covered Services and your Cost Share may differ from those under your Health Plan *EOC*. If you receive acupuncture Services for which you have a referral (as described under "Getting a Referral" in the "How to Obtain Services" section of the *EOC*), then unless you tell us otherwise, we will assume that you are using your coverage under your Health Plan *EOC*.

If you are a Kaiser Permanente Senior Advantage Member, please refer to your Health Plan *EOC* for information about the chiropractic Services that we cover in accord with Medicare guidelines, which are separate from the Services covered under this Amendment.

## Office Visits

We cover up to a combined total of 20 of the following types of office visits per 12-month period at **a $15 Copayment per visit:**

- **Initial chiropractic examination:** An examination performed by an ASH Participating Provider to determine the nature of your problem (and, if appropriate, to prepare a Treatment Plan), and to provide Medically Necessary Chiropractic Services, which may include an adjustment and adjunctive therapy. We cover an initial examination only if you have not already received covered Chiropractic Services from an ASH Participating Provider in the same 12-month period for your Musculoskeletal and Related Disorder

- **Subsequent chiropractic office visits:** Subsequent ASH Participating Provider office visits for Chiropractic Services that are determined to be Medically Necessary by an ASH Plans clinician. These subsequent office visits may include an adjustment, adjunctive therapy, and a re-examination to assess the need to continue, extend, or change a Treatment Plan

- **Initial acupuncture examination:** An examination performed by an ASH Participating Provider to determine the nature of your problem (and, if appropriate, to prepare a Treatment Plan), and to provide Medically Necessary Acupuncture Services.

We cover an initial examination only if you have not already received covered Acupuncture Services from an ASH Participating Provider in the same 12-month period for your Musculoskeletal and Related Disorder, nausea, or pain

- **Subsequent acupuncture office visits:** Subsequent ASH Participating Provider office visits for Acupuncture Services that are determined to be Medically Necessary by an ASH Plans clinician, which may include a re-examination to assess the need to continue, extend, or change a Treatment Plan

Each office visit counts toward any visit limit, if applicable.

## Laboratory Tests and X-rays

We cover Medically Necessary laboratory tests and X-rays when prescribed as part of covered chiropractic care described under "Office Visits" in this "Covered Services" section at **no charge** when an ASH Participating Provider provides the Services or refers you to another licensed provider with which ASH contracts to provide covered Services.

## Chiropractic Supports and Appliances

We provide a **$50 Allowance per 12-month period** toward the ASH Plans fee schedule price for chiropractic appliances listed in this paragraph when the item is prescribed and provided to you by an ASH Participating Provider as part of covered chiropractic care described under "Office Visits" in this "Covered Services" section. If the price of the item(s) in the ASH Plans fee schedule exceeds $50 (the Allowance), you will pay the amount in excess of $50 (and that payment does not apply toward the Plan Out-of-Pocket Maximum described in your Health Plan *EOC*). Covered chiropractic appliances are limited to: elbow supports, back supports (thoracic), cervical collars, cervical pillows, heel lifts, hot or cold packs, lumbar braces and supports, lumbar cushions, orthotics, wrist supports, rib belts, home traction units (cervical or lumbar), ankle braces, knee braces, rib supports, and wrist braces.

## Second Opinions

You may request a second opinion in regard to covered Services by contacting another ASH Participating Provider. Your visit to another ASH Participating Provider for a second opinion generally will count toward any visit limit, if applicable. An ASH Participating Provider may also request a second opinion in regard to covered Services by referring you to another

ASH Participating Provider in the same or similar specialty. When you are referred by an ASH Participating Provider to another ASH Participating Provider for a second opinion, your visit to the other ASH Participating Provider will not count toward any visit limit, if applicable. An authorization or denial of your request for a second opinion will be provided in an expeditious manner, as appropriate for your condition. If your request for a second opinion is denied, you will be notified in writing of the reasons for the denial, and of your right to file a grievance as described under "Grievances" in this Amendment.

## Emergency and Urgent Services Covered Under this Amendment

### Emergency and urgent chiropractic Services
We cover Emergency Chiropractic Services and Urgent Chiropractic Services provided by an ASH Participating Provider or a Non–Participating Provider at **a $15 Copayment per visit**. We do not cover follow-up or continuing care from a Non-Participating Provider unless ASH Plans has authorized the Services in advance. Also, we do not cover Services from a Non-Participating Provider that ASH Plans determines are not Emergency Chiropractic Services or Urgent Chiropractic Services.

### Emergency and urgent acupuncture Services
We cover Emergency Acupuncture Services and Urgent Acupuncture Services provided by an ASH Participating Provider or a Non–Participating Provider at **a $15 Copayment per visit**. We do not cover follow-up or continuing care from a Non–Participating Provider unless ASH Plans has authorized the Services in advance. Also, we do not cover Services from a Non-Participating Provider that ASH Plans determines are not Emergency Acupuncture Services or Urgent Acupuncture Services.

### How to file a claim
As soon as possible after receiving Emergency Chiropractic Services or Urgent Chiropractic Services or Emergency Acupuncture Services or Urgent Acupuncture Services, you must file an ASH Plans claim form. To request a claim form or for more information, please call ASH Plans toll free at **1-800-678-9133** (TTY users call **711**) or visit the ASH Plans website at **ashlink.com**. You must send the completed claim form to:

ASH Plans
P.O. Box 509002
San Diego, CA 92150-9002

## Exclusions

The items and services listed in this "Exclusions" section are excluded from coverage. These exclusions apply to all Services that would otherwise be covered under this Amendment regardless of whether the services are within the scope of a provider's license or certificate:

- Acupuncture services for conditions other than Musculoskeletal and Related Disorders, nausea, and pain

- Acupuncture performed with reusable needles

- Services provided by an acupuncturist that are not within the scope of licensure for an acupuncturist licensed in California

- For Acupuncture Services, adjunctive therapies unless provided during the same course of treatment and in conjunction with acupuncture

- Services provided by a chiropractor that are not within the scope of licensure for a chiropractor licensed in California

- For Chiropractic Services, adjunctive therapy not associated with spinal, muscle, or joint manipulations

- Air conditioners, air purifiers, therapeutic mattresses, chiropractic appliances, durable medical equipment, supplies, devices, appliances, and any other item except those listed as covered under "Chiropractic Supports and Appliances" in the "Covered Services" section of this Amendment

- Services for asthma or addiction, such as nicotine addiction

- Hypnotherapy, behavior training, sleep therapy, and weight programs

- Thermography

- Experimental or investigational Services. If coverage for a Service is denied because it is experimental or investigational and you want to appeal the denial, refer to your Health Plan *EOC* for information about the appeal process

- CT scans, MRIs, PET scans, bone scans, nuclear medicine, and any other type of diagnostic imaging or radiology other than X-rays covered under the "Covered Services" section of this Amendment

- Ambulance and other transportation

- Education programs, non-medical self-care or self-help, any self-help physical exercise training, and any related diagnostic testing

- Services for pre-employment physicals or vocational rehabilitation

- Drugs and medicines, including non-legend or proprietary drugs and medicines

- Services you receive outside the state of California, except for Services covered under "Emergency and Urgent Services Covered Under this Amendment" in the "Covered Services" section

- Hospital services, anesthesia, manipulation under anesthesia, and related services

- Dietary and nutritional supplements, such as vitamins, minerals, herbs, herbal products, injectable supplements, and similar products

- Massage therapy

- Maintenance care (services provided to Members whose treatment records indicate that they have reached maximum therapeutic benefit)

## Customer Service

If you have a question or concern regarding the Services you received from an ASH Participating Provider or any other licensed provider with which ASH contracts to provide covered Services, you may call the ASH Plans Customer Service Department toll free at **1-800-678-9133** (TTY users call **711**) weekdays from 5 a.m. to 6 p.m., or write ASH Plans at:

ASH Plans
Customer Service Department
P.O. Box 509002
San Diego, CA 92150-9002

## Grievances

You can file a grievance with Kaiser Permanente regarding any issue. Your grievance must explain your issue, such as the reasons why you believe a decision was in error or why you are dissatisfied about Services you received. If you are a Kaiser Permanente Senior Advantage Member, you may submit your grievance orally or in writing to Kaiser Permanente as described in the "Coverage Decisions, Appeals, and Complaints" section of your Health Plan *EOC*. Otherwise, you may submit your grievance orally or in writing to Kaiser Permanente as described in the "Dispute Resolution" section of your Health Plan *EOC*.

## CALIFORNIACHOICE SUPPLEMENT TO EVIDENCE OF COVERAGE

### WELCOME TO CALIFORNIACHOICE

Your Employer has chosen to offer your health coverage to you and your fellow Employees through the CaliforniaChoice Program.  This Supplement is to Kaiser Foundation Health Plan, Inc.'s ("PLAN") Evidence of Coverage, into which this CaliforniaChoice Supplement is inserted.  All of the provisions of that Evidence of Coverage are applicable to your health coverage.  This Supplement explains certain details specific to the CaliforniaChoice Program and may duplicate what is already stated in that document.  In the case of inconsistencies between the attached Evidence of Coverage and this document, the provisions of this document will control.

### WHAT IS THE CALIFORNIACHOICE PROGRAM?

The CaliforniaChoice Program is a program through which a number of California health care service plans and insurance carriers together offer various health benefits plans to employers for their employees' coverage.  You as an Employee have the opportunity to select to receive your health benefits from one of these health plans or, in some circumstances, an insurance carrier.  This gives you the sort of choice of health plans that typically has been enjoyed by only a few.

You have selected PLAN as the health care service plan from which you wish to receive your employer-sponsored medical benefits and you and your eligible Dependents have become members of PLAN.

### IMPORTANT FEATURES OF THE CALIFORNIACHOICE PROGRAM

Some of the important features of the CaliforniaChoice Program which impact you as an Enrollee in PLAN are listed below.

1.  Participation Requirements
    At least seventy percent (70%) of your fellow Employees will receive their medical coverage from one of the health plans or the insurance carrier participating in the CaliforniaChoice Program.

2.  Eligibility Requirements
    a.  Employee Eligibility
        An Eligible Employee is one who lives or works in PLAN's Service Area, who is permanently and actively employed for compensation an average of 30 hours per week over the course of a month, at the small employer's regular place of business, and who has met any applicable waiting period requirements.

    - Provided that GROUP has been determined to be a "small employer" without counting them for purposes of making such determination, the term includes sole proprietors or partners of a partnership and their respective spouses, if they are actively engaged on a full-time basis in the small employer's business and included as employees under a health care service plan contract of a small employer, but does not include employees who work on a part-time, temporary or substitute basis.

    - Permanent employees who work at least 20 hours but not more than 29 hours are eligible if all four of the following conditions apply:
        • They otherwise meet the definition of an Eligible Employee except for the number of hours worked
        • The employer offers the employees health coverage under a health benefit plan
        • All similarly situated employees are offered coverage under the health benefit plan
        • The employee must have worked at least 20 hours per normal work week for at least 50% of the weeks in the previous calendar quarter (documentation required upon request).  Individuals who work on a part-time, temporary or substitute basis are not eligible.  If you are accepted for enrollment in PLAN, your coverage will become effective on the first day of the month following your Employer's designated waiting period of 30 days.

b.   Dependent Eligibility

A Dependent claiming eligibility hereunder as a spouse must be legally married to an Eligible Employee.  A spouse may be added to coverage at the time of initial enrollment of the Employee, at each open enrollment period of the Employer or following a proven triggering event as described in Paragraph (3.a) below.

A Dependent claiming eligibility hereunder as a domestic partner must be personally related to an Eligible Employee by a domestic partnership as defined below.  A domestic partner may be added to coverage at the time of initial enrollment of the Employee, at each open enrollment period of the Employer or following a proven triggering event as described in Paragraph (3.a) below.

Eligible Employee agrees to notify CaliforniaChoice Benefit Administrators immediately upon termination of the marriage or domestic partnership.

A Dependent child claiming eligibility hereunder must be born to, a step-child of, a legal ward of, or adopted by the Eligible Employee or the Eligible Employee's spouse or domestic partner or is a child for whom the Eligible Employee has assumed a parent-child relationship, as indicated by intentional assumption of parental status or assumption of parental duties by the Eligible Employee, as certified by the Eligible Employee at the time of enrollment of the child and annually thereafter (but not to include foster children), subject to the following condition:

- Under age 26 (unless disabled, disability diagnosed prior to age 26)

- This "child" profile describes herein an "eligible dependent child."

A Dependent child who exceeds the age limit for Dependent children and is disabled, that is, who is incapable of self-sustaining employment by reason of a physically or mentally disabling injury, illness, or condition diagnosed as such by competent health care professionals prior to such Dependent's 26th birthday, and has remained continuously dependent on the Employee for at least 50% of his/her economic support since he/she became disabled, shall be eligible for coverage hereunder until such disability ceases.  Proof of Dependent's disability must be received within 60 days after CaliforniaChoice Benefit Administrators requests it.

CaliforniaChoice Benefit Administrators will provide subscriber a 90-day notice that a dependent is about to reach the age limit for dependent children and will lose coverage unless subscriber provides written certification from a competent health care professional, within 60 days of receiving this 90-day warning notice, that the dependent meets the above conditions of being disabled.

CaliforniaChoice Benefit Administrators or PLAN will determine if the child meets the conditions above prior to the child reaching the age limit.  After two years following the child's reaching the limiting age, CaliforniaChoice Benefit Administrators or PLAN may request proof of continuing incapacity and dependency, but not more often than yearly.  If the Employee is enrolling a disabled child for new coverage, CaliforniaChoice Benefit Administrators or PLAN may request initial proof of incapacity/dependency and then yearly, and the Employee must provide the requested information within 60 days of receipt of request.

If you are enrolling Dependents, they must also enroll in the same plan you have selected.  Enrollees and their Dependents are, however, able to select different primary care physicians.

Formal proof of the required eligibility and existence of the relationship of any Dependent to the Employee may be requested at the time of enrollment, time of service authorization request or claim

submission, but not more frequently than annually after the two-year period following a child's attainment of the limiting age.

**New Dependents**

(i)     New Dependent - Spouse

An individual who becomes a new Dependent by virtue of marriage is eligible for coverage at other than the Employer's annual open enrollment, provided the appropriate request form is submitted to the Employer within 45 days after such marriage, allowing the Employer sufficient time to submit the request to the CaliforniaChoice Program within 60 days after such marriage.  If CaliforniaChoice Benefit Administrators receives all required documentation before the 16th day of the month of marriage, Premium is charged for the full month and coverage is effective as of the date of marriage.  If CaliforniaChoice Benefit Administrators receives all required documentation on or after the16th day of the month of marriage, the new spouse will be enrolled as of the 1st of the month following the date of receipt.  The Employee enrollee requesting coverage for such new Dependent must provide a stamped copy of the marriage certificate.  The Employee must agree to notify CaliforniaChoice Benefit Administrators immediately upon termination of marriage.

(ii)     New Dependent - Birth/Adoption/Legal Guardian

An individual who becomes a new Dependent by virtue of birth, adoption or placement for adoption or legal guardianship or is a child for whom the Eligible Employee has assumed a parent-child relationship is eligible for coverage at other than the Employer's annual open enrollment, provided the appropriate request is submitted to the Employer within 45 days after such birth, adoption or placement for adoption or effective date of a guardianship order, or arrival at status of eligible dependent child, for coverage effective as of effective date of such event, allowing the Employer sufficient time to submit the request to the CaliforniaChoice Program within 60 days after such birth, adoption or placement for adoption or legal guardianship or arrival at status of eligible dependent child, with coverage to be effective upon the date of the event.  The first 30 days of coverage for such new or adopted child is automatic, regardless of whether the child is enrolled or not after this 30-day period.  If the birth, adoption or placement for adoption or legal guardianship effective date occurs between the 1st and the 15th day of the month, Premiums are charged for the full month.  If the birth, adoption or placement for adoption or legal guardianship effective date occurs between the 16th day and the end of the month, no Premiums are charged (copy of legal documentation may be required).

(iii)     New Dependent - Stepchild

A child who comes to be the stepchild of an Enrollee is eligible for coverage at other than the Employer's annual open enrollment, provided the appropriate request is submitted to the Employer within 45 days following marriage or establishment of a registered domestic partnership to the parent or legal guardian of the stepchild, allowing the Employer sufficient time to submit the request to the CaliforniaChoice Program within 60 days following the date of the Enrollee's marriage to, or establishment of a registered domestic partnership with, the parent or legal guardian of the stepchild (actual adoption by the stepparent Enrollee is not required, although a copy of the marriage certificate to, or a State-stamped copy of the Declaration of Domestic Partnership with, the parent of the new stepchild may be required).  If the marriage or establishment of the domestic partnership occurs before the 16th day of the month, Premium is charged for the full month and coverage is effective as of the date of marriage or establishment of the domestic partnership.  If the marriage or establishment of the domestic partnership occurs on or after the 16th day of the month, the stepchild will be enrolled effective as of the 1st of the month following the date of receipt.

(iv)     New Dependent - Domestic Partner

In order for an Employee's domestic partner to be eligible for coverage, at the time of Employee eligibility for enrollment, the Employee and domestic partner must:

- Have filed a Declaration of Domestic Partnership with the Secretary of State

- Agree to notify CaliforniaChoice Benefit Administrators immediately upon termination of the domestic partnership.

The domestic partnership is established when both partners file the properly executed Declaration of Domestic Partnership with the California Secretary of State.

An individual who becomes a new Dependent by virtue of becoming a registered domestic partner of the Employee is eligible for coverage at other than the Employer's annual open enrollment, provided the appropriate request form is submitted to the Employer within 45 days after such domestic partnership is established, allowing the Employer sufficient time to submit the request to the CaliforniaChoice Benefit Administrators within 60 days after such event. If CaliforniaChoice Benefit Administrators receives all required documentation before the 16th day of the month in which the domestic partnership was established, Premium is charged for the full month and coverage is effective as of the date of the event. If CaliforniaChoice Benefit Administrators receives all required documentation on or after the 16th day of the month in which the domestic partnership was established, the new domestic partner will be enrolled as of the 1st of the month following the date of receipt. The Employee Enrollee requesting coverage for such new Dependent must provide a State-stamped copy of the Declaration of Domestic Partnership within 45 days after such domestic partnership is established, allowing the Employer sufficient time to submit the request and Declaration to CaliforniaChoice Benefit Administrators within 60 days of its issuance. For purposes of this provision only, the domestic partnership is deemed established when both partners file the properly executed Declaration of Domestic Partnership with the California Secretary of State. The Employee must agree to notify CaliforniaChoice Benefit Administrators immediately upon termination of the domestic partnership.

3.　　　Special and Late Enrollment

　　　a.　　Special Enrollment

Employees who did not enroll during the initial enrollment period or at the Employer's annual open enrollment may add newly acquired Dependents and themselves to the contract by submitting an application within 60 days from the date of acquisition of the Dependent:

- to add Employee and spouse or domestic partner following the birth of a newborn, adoption or placement for adoption of a child or arrival at status of eligible dependent child, coverage effective on the date of such event;

- to add Employee and spouse or domestic partner after marriage or establishment of a domestic partnership.  If all required documentation is received before the 16th day of the month of marriage/establishment of domestic partnership, coverage for Employee and spouse or domestic partner is effective on the date of marriage or establishment of domestic partnership; If all required documentation is received on or after the 16th day of the month of marriage/establishment of domestic partnership, coverage is effective on the 1st of the month following the date of receipt.

- to add Employee and Employee's newborn, eligible dependent child, or child placed for adoption, following birth, adoption or placement for adoption or arrival at status of eligible dependent child, coverage effective on effective date of such event;

- to add Employee and Employee's stepchild, if marriage or establishment of domestic partnership occurs before the 16th day of the month, coverage effective as of the date of marriage or establishment of domestic partnership; if marriage or establishment of domestic partnership occurs on or after the 16th day of the month, stepchild will be enrolled effective as of the 1st of the month following date of receipt.

If an Employee did not enroll himself or herself or a Dependent at initial enrollment or at the Employer's annual open enrollment because the Employee or Dependent had coverage under another employer health plan, please see the "Late Enrollment" section below and the "Eligibility" section above for further information regarding rights to request enrollment at a later time.

b.  **Late Enrollment**

Late enrollees (as defined in California Health & Safety Code section 1357.500(f) must wait until open enrollment to be enrolled unless covered above under the "Special Enrollment" provisions.  However, pursuant to H&S section 1357.500(f) and as further articulated in PLAN's Evidence of Coverage, if an Employee did not enroll, or enroll a Dependent, at initial enrollment or at annual open enrollment because Employee:

- or dependent loses minimum essential coverage, as described in California H&S Section 1399.849(d)(1)(A);

- gains a dependent or becomes a dependent through marriage, birth, adoption or placement for adoption or arrival at status of eligible dependent child;

- is mandated to be covered as a dependent pursuant to a valid state or federal court order;

- has been released from incarceration;

- health coverage issuer substantially violated a material provision of the health coverage contract;

- gains access to new health benefit plans as a result of a permanent move;

- was receiving services from a contracting provider under another health benefit plan, for one of the conditions described in subdivision (c) of H&S Section 1373.96 and that provider is no longer participating in the health benefit plan;

- is a member of the reserve forces of the United States military returning from active duty or a member of the California National Guard returning from active duty service; and

- demonstrates that he or she did not enroll in a health benefit plan during the immediately preceding enrollment period because he or she was misinformed that he or she was covered under minimum essential coverage.

then if such a triggering event occurs, the Employee may enroll in PLAN by submitting an enrollment application to CaliforniaChoice Benefit Administrators within 60 days of loss of other coverage or within 60 days of another triggering event listed immediately above, pursuant to H&S section 1357.500(f) and as articulated further in PLAN's EOC.  Coverage with PLAN through CaliforniaChoice Benefit Administrators to become effective 1st day of month following receipt of completed enrollment application.

4.  **Waiting Period**

The waiting period for coverage, which shall be applicable for all Employees, is 0, 30 or 60 days plus the days until the first of the following month, not to exceed 90 days.

5.  **Benefits**

Under the federal "Patient Protection and Affordable Care Act," your Employer is required to select one of four (4) "metal tier" options of benefits offered by PLAN, keyed to their "actuarial value" ("Bronze," "Silver," "Gold," "Platinum").  However, by participating in the CaliforniaChoice Program, your Employer is able and may decide to offer to you two (2) neighboring metal tiers of benefits (Bronze/Silver, Silver/Gold, or Gold/Platinum) for you to choose from or even to offer three (3) neighboring metal tiers of benefits (Silver/Gold/Platinum) from which you could choose.  Employees will then have the option to choose from the health plans and benefit plans offered within such metal tier options.  The benefits you will have chosen to receive from PLAN are described in the Evidence of Coverage to which this Supplement is attached.  You may not change your benefit plan within PLAN other than during its open enrollment period unless you experience a "triggering event" (see Paragraph 3 above).  PLAN will make all benefit and coverage dispute determinations, although these determinations are subject to PLAN's grievance procedures.

a.  **Cal-COBRA and COBRA**

PLAN has agreed to provide coverage for you if you are Cal-COBRA-eligible or COBRA-eligible, at rates which you can receive by requesting them from your employer.  Please examine your options carefully before declining this coverage.

b.    Co-payments
As noted in the attached <u>Evidence of Coverage</u>, certain covered services and benefits are subject to co-payments which you will be required to make.

c.    Plan Materials
PLAN will provide you with an <u>identification card</u> and <u>its</u> Evidence of Coverage ("EOC") and <u>this</u> Supplement, and will distribute its federally-required "Summary of Benefits and Coverage" ("SBC"). CaliforniaChoice Benefit Administrators will post on its website a copy of PLAN's current SBC.  (In lieu of hard copies, PLAN may notify Enrollee of where to obtain electronic copies of the EOC and CaliforniaChoice EOC Supplement.)

6.    <u>Termination for Nonpayment of Premiums</u>

On the first day of the month prior to the coverage month, the Premium Notice that is sent to your Employer by CaliforniaChoice Benefit Administrators will include the mandated regulatory statement contained in Rule 1300.65(a)(2), which states: "Your Health Plan is billing you for the cost of your health coverage.  You must pay all amounts listed in this bill by the due date.  If you do not pay this amount by the due date, your health coverage can be cancelled. You will receive a grace period before your Plan can cancel your coverage for not paying the amount due.  You can file a complaint with your PLAN and with the California Department of Managed Health Care if you think there is a mistake.  Learn more about your health care rights and responsibilities in your Plan Evidence of Coverage." Premium payments are due on or before the 20th day of the month prior to the month of coverage.  If your Employer fails to pay the required Premiums when due, PLAN (or CaliforniaChoice Benefit Administrators on behalf of PLAN) will mail your Employer a "Notice of Start of Grace Period" stating that the Employer has until the end of the Grace Period, which lasts at least 30 consecutive days, in which to pay the Premiums due before any cancellation of unpaid coverage contracts will take effect.  This Notice will provide information to your Employer regarding the reason for cancellation(s), the effective date of cancellation(s), the dollar amount(s) due to PLAN, the date of the last day of paid coverage, the date the grace period begins and expires, any obligations of your Employer during the grace period, including your Employer's responsibility to promptly send you a copy of the Notice of Start of Grace Period, consequences for nonpayment of Premiums due within that timeframe, as well as the right of your Employer to submit a grievance to the PLAN and/or the California Department of Managed Health Care if your Employer believes coverage has been or will be improperly cancelled.

The Notice shall also inform your Employer that coverage will continue during a 30-day grace period that begins on the day the Notice of Start of Grace period is dated and lasts at least 30 consecutive days.  For CaliforniaChoice Program Plans, the Notice of Start of Grace Period will be dated and sent the first calendar day after the last day of paid coverage.  If the Premium remains unpaid by the 14th day of the coverage month, CaliforniaChoice Benefit Administrators on behalf of PLAN will send your Employer a "Second Notice of Grace Period" repeating the need to pay the Premium(s) and the consequences for not doing so.  If Premium payment(s) is/are not received by the effective date of cancellation*, PLAN (or CaliforniaChoice Benefit Administrators on behalf of PLAN) will cancel the membership agreement and coverage for you and all your Dependents will end on such date as is contained in the "Notice of End of Coverage" sent to your Employer . It is your Employer's responsibility to promptly send you a copy of the Notice of End of Coverage. (*The 30-day grace period begins the day the Notice of Start of Grace period is dated and lasts at least 30 consecutive days.  If the affected premium(s) is(are) not paid by the last day of the Grace Period, coverage under the Agreement will be terminated prospectively, which in most cases occurs on the last day of the coverage period.  Since the month of February consists of only 28/29 days, Employers who do not pay February's premium(s) by the end of the 30-day grace period will have their coverage contacts(s) terminated on the last day of March).

PLAN (or CaliforniaChoice Benefit Administrators on behalf of PLAN) will mail a separate Notice of End of Coverage to its affected individual Members that includes similar information provided in the Notice of End of Coverage that is sent to your employer.  The Notice that is sent to your Employer would provide your Employer with the following information: (1) that the agreement for coverage has been cancelled for non-payment of premiums; (2) the specific date and time when the coverage ended; (3) how and when coverage may be reinstated; (4) the responsibility of the Employer to pay all Premiums due, including for coverage during the 30-day grace period provided; (5) the right of your Employer to submit a grievance to the PLAN and /or the California Department of Managed Health Care if your Employer believes coverage has been improperly cancelled and the

right to reinstatement of the membership agreement if the Department rules in favor of the Employer in any such review; (6) the CaliforniaChoice telephone number Members can call to obtain additional information, including whether your Employer obtained reinstatement of the Agreement; and (7) GROUP is responsible for notifying each affected individual Member of his or her right to purchase continuation coverage and that you would be sent a similar Notice of End of Coverage, which would include a State-approved notice regarding the possibility that you could secure coverage either through the "Covered California" State Exchange or in the State's Medi-Cal Program and also providing you toll-free contact telephone numbers and an Internet website where you could obtain additional information about these opportunities.

## 7.    Partial Payment Protocol

If your Employer has subscribed to more than one health Plan or Carrier for your healthcare coverage through the CaliforniaChoice Program and fails to make premium payments for every one of its coverage contracts, the application of such Partial Premium Payment as is submitted will be made to specific coverage contracts according to a priority articulated in the Group Service Agreement Supplement that is part of your Employer's contract with each Plan.   If the Partial Payment is adequate to cover all the Medical coverage contracts the Employer has, then they will be maintained in place and the remainder of the Partial Payment will be applied to any Specialty coverage contracts your Employer may have through the Program, in a priority that goes dental-vision-chiropractic/acupuncture-life until the Partial Payment funds run out.  If your Employer's Partial Payment is insufficient to cover certain of the Specialty contract premiums then those contracts will terminate at the end of the grace period.  If there is not sufficient Partial Payment to cover the Medical premiums due, then that coverage will terminate at the end of the grace period and the Partial Payment will be applied to any Specialty coverage contracts the Employer has through the Program, in the above priority until the Partial Payment funds run out. In either scenario, the premium-paid Specialty coverage contracts will terminate at the end of the contract period.

By way of illustration only, if a Group has two separate dental coverage options, Partial Payment shall be applied to the dental contract with the highest membership count first, unless the Partial Payment amount is insufficient to cover that dental contract's due premium.  Whether it is sufficient to cover the first dental contract premium or not, Choice Administrators shall then apply the Partial Payment amount or the remainder of the Partial Payment amount to the dental contract premium with the next highest membership count.   If at this point of application there remains a Partial Payment amount then that amount shall be applied to any remaining dental coverage contract premiums due, ranked by membership count.  If after application to dental premiums due there remains a Partial Payment amount, then it shall be applied to the vision contract with the highest membership count, and any remaining Partial Payment amount shall then be applied to the premium due for the vision contract with the next highest membership.  This progression of Partial Payment amount application shall continue down through the premiums due for additional vision coverage contracts, and then in similar fashion to premiums due for chiropractic/acupuncture coverage and then for life insurance coverage.  If two contracts within the same line of coverage (*e.g.*, dental) have the same membership count, Choice Administrators shall first apply available Partial Payment amounts to the coverage contract with the highest premium due.

| Partial Payment Hierarchy: |
| --- |
| 1)  All Medical contract(s) (all must be paid in full or all terminate) |
| 2)  Dental contract with highest membership count |
| 3)  Dental contract with next highest membership count (repeated through all dental contracts) |
| 4)  Vision contract with highest membership count |
| 5)  Vision contract with next highest membership count (repeated through all vision contracts) |

| | |
|---|---|
| 6) | Chiropractic/acupuncture contract with highest membership count |
| 7) | Chiropractic/acupuncture contract with next highest membership count  (repeated through all chiropractic contracts) |
| 8) | Life contract with the highest membership count |
| 9) | Life contract with the next highest membership count (repeated through all life contracts) |

Your Employer is required to inform you in the event it becomes involved in such a Partial Premium Payment situation so that you may plan for desired alternate coverage.  If you have questions regarding this Partial Payment Protocol, you may contact your employer or the CaliforniaChoice Program at 800-558-8003.

<u>RENEWAL</u>

If your Employer wishes to renew in PLAN through the CaliforniaChoice Program upon the anniversary date of its contract with PLAN, your Employer must have a minimum of at least two (2) Eligible Employees (or such number as may come to be used in the Small Group Act to define a Small Group Employer) and seventy percent (70%) of those not covered elsewhere by a plan sponsored by your Employer must be enrolled in a health care service plan or insurance program participating in the CaliforniaChoice Program.  If your Employer does not meet such renewal requirements, it may renew at such later date as it meets such renewal qualification requirements.

THE REST IS THE SAME!

This Supplement merely describes the particular features of your coverage from PLAN because of PLAN's participation in the CaliforniaChoice Program.  You should refer to the Evidence of Coverage to which this is merely a Supplement for all other details regarding your membership in and receipt of health care services from PLAN.

## Delta Dental EOC/DF

For information about pediatric dental coverage, please refer to the Delta Dental EOC/DF attached to this *EOC*.

# DeltaCare® USA

# DeltaCare USA
# Children's Dental HMO

## This is a pediatric-only dental benefit

*Combined Evidence of Coverage and Disclosure Form* ("EOC")

*Provided by:*

Delta Dental of California
560 Mission Street, Suite 1300
San Francisco, CA 94105

*Administered by:*

Delta Dental Insurance Company
P. O. Box 1803
Alpharetta, GA 30023
800-589-4618
deltadentalins.com

**NOTICE:** THIS EOC CONSTITUTES ONLY A SUMMARY OF YOUR GROUP DENTAL PROGRAM. AS REQUIRED BY THE CALIFORNIA HEALTH AND SAFETY CODE, THIS IS TO ADVISE YOU THAT THE CONTRACT MUST BE CONSULTED TO DETERMINE THE EXACT TERMS AND CONDITIONS OF COVERAGE. THIS INFORMATION IS NOT A GUARANTEE OF COVERED BENEFITS, SERVICES OR PAYMENTS.

A STATEMENT DESCRIBING DELTA DENTAL'S POLICIES AND PROCEDURES FOR PRESERVING THE CONFIDENTIALITY OF MEDICAL RECORDS IS AVAILABLE AND WILL BE FURNISHED TO YOU  UPON REQUEST.

## TABLE OF CONTENTS

INTRODUCTION............................................................................................................................1

DEFINITIONS..............................................................................................................................2

ELIGIBILITY AND ENROLLMENT................................................................................................4

OVERVIEW OF DENTAL BENEFITS...........................................................................................5

HOW TO USE THE DELTACARE USA PLAN/CHOICE OF CONTRACT DENTIST............................7

ENROLLEE COMPLAINT PROCEDURE......................................................................................10

GENERAL PROVISIONS............................................................................................................ 12

ATTACHMENTS:

SCHEDULE A – DESCRIPTION OF BENEFITS AND COPAYMENTS FOR PEDIATRIC ENROLLEES

SCHEDULE B – LIMITATIONS AND EXCLUSIONS OF BENEFITS FOR PEDIATRIC ENROLLEES

SCHEDULE C – INFORMATION CONCERNING BENEFITS UNDER THE DELTACARE USA PLAN

# INTRODUCTION

We are pleased to welcome you to the DeltaCare USA Plan ("Plan"). The Contractholder (see "Definitions" section) has selected Delta Dental of California ("Delta Dental") to meet your dental insurance needs. This Plan is underwritten by Delta Dental and administered by Delta Dental Insurance Company.

**IMPORTANT NOTE:** This Plan is being offered in conjunction with a medical plan underwritten by Kaiser Foundation Health Plan, Inc. ("Kaiser" or "MPI"). A description of your medical plan benefits is attached to this EOC. If you have questions regarding your medical plan coverage, please contact Kaiser at **800-464-4000** (TTY users call **711**).

Our goal is to provide you with the highest quality dental care and to help you maintain good dental health. We encourage you not to wait until you have a problem to see the Dentist but to see one on a regular basis.

Eligibility for coverage under this Plan is determined by Kaiser. Delta Dental provides dental Benefits as defined in the following section of this EOC:

- *Eligibility Requirements for Pediatric Benefits* **("Essential Health Benefits")**

## Using This EOC

This EOC, including Attachments, discloses the terms and conditions of your coverage and is designed to help you make the most of your dental plan. It will help you understand how this Plan works and how to obtain dental care.

Please read this EOC completely and carefully. Keep in mind that "you" and "your" mean the individuals who are covered. "We," "us" and "our" always refer to Delta Dental or the Administrator. In addition, please read the *"Definitions"* section as it will explain any words with special or technical meanings. Persons with Special Health Care Needs should read the section entitled "Special Health Care Needs."

This EOC is *not* a Summary Plan Description that meets the requirements of the Employee Retirement Income Security Act of 1974 ("ERISA").

## Identification Number

The Enrollee should provide their identification ("ID") number to their assigned Contract Dentist whenever dental services are received. ID cards are not required but may be obtained by visiting Delta Dental's website at deltadentalins.com.

**Contract -** The Benefit explanations contained in this EOC are subject to all provisions of the Contract on file with the Contractholder and do not modify the terms and conditions of the Contract in any way. A copy of the Contract will be furnished to you upon request. Any direct conflict between the Contract and this EOC will be resolved according to the terms which are most favorable to you.

**Contact Us -** For more information, please visit Delta Dental's website at deltadentalins.com or call Delta Dental's Customer Care at **800-589-4618**. If you prefer to write with your question(s), please mail your inquiry to the following address:

DeltaCare USA Customer Care
P.O. Box 1803
Alpharetta, GA 30023

Michael G. Hankinson, Esq.
Executive Vice President, Chief Legal Officer

## DEFINITIONS

The following are definitions of words that have special or technical meanings under this EOC.

**Accumulation Period:** a period of time of at least 12 consecutive months for purposes of accumulating amounts toward your Out-of-Pocket Maximum. Your Accumulation Period may be a calendar year, a contract year or some other period determined by the Contractholder. Your Accumulation Period is specified in your MPI *Evidence of Coverage*.

**Administrator:** Delta Dental Insurance Company or other entity designated by Delta Dental, operating as an Administrator in the state of California. Certain functions described throughout this EOC may be performed by the Administrator as designated by Delta Dental. The mailing address for the Administrator is: P.O. Box 1803, Alpharetta, GA 30023. The Administrator will answer calls directed to **800-589-4618**.

**Authorization:** the process by which Delta Dental determines if a procedure or treatment is a referable Benefit under this Plan.

**Benefits:** covered pediatric dental services provided under the terms of the Contract and as described in this EOC.

**Contract:** the agreement between Delta Dental and the Contractholder, including any Attachments, pursuant to which Delta Dental has issued this EOC.

**Contract Dentist:** a DeltaCare USA Dentist who provides services in general dentistry and who has agreed to provide Benefits to Enrollees under this Plan.

**Contract Orthodontist:** a DeltaCare USA Dentist who specializes in orthodontics and who has agreed to provide Benefits to Enrollees under this Plan which covers medically necessary orthodontics.

**Contract Specialist:** a DeltaCare USA Dentist who provides Specialist Services and who has agreed to provide Benefits to Enrollees under this Plan.

**Contract Term:** the period during which the Contract is in effect.

**Contractholder:** an employer that has contracted for Benefits to Enrollees under this Plan.

**Copayment:** the amount listed in the Schedules attached to this EOC charged to an Enrollee by a Contract Dentist, Contract Orthodontist or Contract Specialist for Benefits provided to Enrollees under this Plan. Copayments must be paid at the time treatment is received.

**Delta Dental Service Area:** all geographic areas in the state of California in which Delta Dental is licensed as a specialized health care service plan.

**Dentist:** a duly licensed Dentist legally entitled to practice dentistry at the time and in the state or jurisdiction in which services are performed.

**Department of Managed Health Care:** a department of the California Health and Human Services Agency which has charge of regulating specialized health care service plans. Also referred to as the "Department" or "DMHC."

**Effective Date:** the original date the Packaged Offering starts. This date is given in the MPI *Evidence of Coverage*.

**Eligible Pediatric Individual:** a person who is eligible to enroll for pediatric dental Benefits as described in this EOC and the MPI *Evidence of Coverage*. Eligible Pediatric Individuals are children from birth through the end of the contract year in which the child turns 19 who meet the eligibility requirements in the MPI *Evidence of Coverage*.

**Emergency Dental Condition:** dental symptoms and/or pain that are so severe that a reasonable person would believe that, without immediate attention by a Dentist, it could reasonably be expected to result in any of the following:

- placing the patient's health in serious jeopardy,
- serious impairment to bodily functions,

- serious dysfunction of any bodily organ or part, or
- death

**Emergency Dental Service:** a dental screening, examination and evaluation by a Dentist or, to the extent permitted by applicable law, by other appropriate licensed persons under the supervision of a Dentist, to determine if an Emergency Dental Condition exists and, if it does, the care, treatment and surgery, if within the scope of that person's license, necessary to relieve or eliminate the Emergency Dental Condition, within the capability of the facility.

**Employee:** an individual employed by the Contractholder who has opted to enroll Eligible Pediatric Individuals as described in this EOC and the MPI *Evidence of Coverage*.

**Enrollee:** an Eligible Pediatric Individual ("Pediatric Enrollee") enrolled to receive Benefits under this Plan.

**Enrollee Effective Date:** the date the MPI reports coverage will begin for each Enrollee under this Plan.

**Essential Health Benefits ("Pediatric Benefits"):** for the purposes of this EOC, Essential Health Benefits are certain pediatric oral services that are required to be included under the Affordable Care Act. The services considered to be Essential Health Benefits are determined by state and federal agencies and are available for Eligible Pediatric Individuals.

**Medical Plan Issuer ("MPI"):** entity providing the medical plan that is issued and delivered to the Contractholder with this Plan as a Packaged Offering. For purposes of this EOC, the MPI is Kaiser Foundation Health Plan, Inc.

**Open Enrollment Period:** the period of the year that the MPI has established when Employees may change coverage selections for the next Contract Term.

**Optional:** any alternative procedure presented by the Contract Dentist that satisfies the same dental need as a covered procedure but is chosen by the Enrollee and is subject to the limitations and exclusions described in the Schedules attached to this EOC.

**Out-of-Network:** treatment by a Dentist who has not signed an agreement with Delta Dental to provide Benefits to Enrollees under the terms of the Contract.

**Out-of-Pocket Maximum:** the maximum amount that a Pediatric Enrollee must satisfy for Benefits during the Accumulation Period. Refer to *Schedule A* attached to this EOC for details.

**Packaged Offering:** the combination of a separate medical plan provided by the MPI and this Plan provided by Delta Dental.

**Pediatric Benefits:** See definition of **Essential Health Benefits** above.

**Procedure Code:** the Current Dental Terminology® ("CDT") number assigned to a Single Procedure by the American Dental Association.

**Single Procedure:** a dental procedure that is assigned a separate Procedure Code.

**Special Health Care Need:** a physical or mental impairment, limitation or condition that substantially interferes with an Enrollee's ability to obtain Benefits. Examples of such a Special Health Care Need are: 1) the Enrollee's inability to obtain access to their Contract Dentist facility because of a physical disability, and 2) the Enrollee's inability to comply with their Contract Dentist's instructions during examination or treatment because of physical disability or mental incapacity.

**Specialist Services:** services performed by a Contract Dentist who specializes in the practice of oral surgery, endodontics, periodontics, orthodontics (if medically necessary) or pediatric dentistry. Specialist Services must be authorized by Delta Dental.

**Spouse:** a person related to or a domestic partner of the Employee:

- as defined and as may be required to be treated as a Spouse by the laws of the state where the Contract is issued and delivered; or

- as defined and as may be required to be treated as a Spouse by the laws of the state where the Employee resides; or

- as may be recognized by the Contractholder.

**Treatment in Progress:** any Single Procedure as defined by the CDT Code that has been started while the Enrollee was eligible to receive Benefits and for which multiple appointments are necessary to complete the Single Procedure(s), whether or not the Enrollee continues to be eligible for Benefits under this Plan. Examples include: 1) teeth that have been prepared for crowns, 2) root canals where a working length has been established, 3) full or partial dentures for which an impression has been taken and 4) orthodontics when bands have been placed and tooth movement has begun.

**Urgent Dental Services:** medically necessary services for a condition that requires prompt dental attention but is not an Emergency Dental Condition.

**We, Us and Our:** Delta Dental or the Administrator, as appropriate.

## ELIGIBILITY AND ENROLLMENT

The MPI is responsible for establishing eligibility and reporting enrollment to us. The MPI is also responsible for administering any required continuation under the Uniformed Services Employment and Reemployment Rights Act of 1994 ("USERRA"), the Family & Medical Leave Act of 1993, the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA") and continuation of coverage under the California Continuation Benefits Replacement Act of 1997 ("Cal-COBRA"). We process enrollment as reported by the MPI.

This EOC includes Pediatric Benefits.

### Eligibility Requirement for Pediatric Benefits

Enrollees eligible for Pediatric Benefits are:

- an Employee; and/or

- an Employee's Spouse and dependent children who meet the eligibility requirements as described in the MPI *Evidence of Coverage*.

### Enrollment

You may be required to contribute towards the cost of coverage for Pediatric Enrollees. The MPI is responsible for establishing an Enrollee's Effective Date for enrollment.

Enrollees in the medical plan provided by the MPI are required to enroll under this Plan. Enrollment under this Plan for coverage begins on the date enrollment under the medical plan begins and terminates on the date that enrollment under the medical plan terminates.

### Termination of Coverage

An Enrollee's coverage will be terminated by Delta Dental:

- on the date reported by the MPI;

- if MPI terminates this Packaged Offering; or

- if the Enrollee is no longer eligible through the MPI.

Please refer to your MPI *Evidence of Coverage* for further information regarding renewal and termination of this Plan.

We will not pay for services received after the Enrollee's coverage ends. However, for Treatment in Progress, we will continue to provide Benefits, less any applicable Copayment(s).

An Enrollee and/or Contractholder who believes that coverage has been, or will be, improperly cancelled, rescinded or not renewed may request a review by the Director of the DMHC in accordance with Section 1365(b) of the California Health and Safety Code.

## OVERVIEW OF DENTAL BENEFITS

This section provides information that will give you a better understanding of how this Plan works and how to make it work best for you.

### What is the DeltaCare USA Plan?

The DeltaCare USA Plan provides Pediatric Benefits through a convenient network of Contract Dentists in the state of California. These Contract Dentists are screened to ensure that our standards of quality, access and safety are maintained. The DeltaCare USA Network is comprised of established dental professionals. When you visit your assigned Contract Dentist, you pay only the applicable Copayment(s) for Benefits. There are no deductibles, lifetime maximums or claim forms.

### Benefits, Limitations and Exclusions

This Plan provides the Benefits described in the Schedules that are a part of this EOC. Except for Emergency Dental Services, Urgent Dental Services, and authorized Specialist Services, Benefits are only available in the state of California. Covered dental services are performed as deemed appropriate by your assigned Contract Dentist.

### Copayments and Other Charges

You are required to pay any Copayments listed in the Schedules attached to this EOC. Copayments are paid directly to the Dentist who provides treatment. Charges for broken appointments (unless notice is received by the Contract Dentist at least 24 hours in advance or an Emergency Dental Condition prevented such notice) and charges for visits after normal visiting hours are listed in the Schedules attached to this EOC.

In the event that we fail to pay a Contract Dentist, you will not be liable to that Dentist for any sums owed by us. By statute, the DeltaCare USA dentist contract contains a provision prohibiting a Contract Dentist from charging an Enrollee for any sums owed by Delta Dental. Except for the provisions in the "Emergency Dental Services" section, if you have not obtained prior Authorization for treatment from an Out-of-Network Dentist and we fail to pay that Out-of-Network Dentist, you may be liable to that Dentist for the cost of services. For further clarification, see the "Emergency Dental Services," "Urgent Dental Services" and "Specialist Services" provisions in this EOC.

### Non-Covered Services

**IMPORTANT:** If you opt to receive dental services that are not covered services under this Plan, a Contract Dentist may charge you their usual and customary rate for those services. Prior to providing a patient with dental services that are not a covered Benefit, the Dentist should provide to the patient a treatment plan that includes each anticipated service to be provided and the estimated cost of each service. If you would like more information about your dental coverage options, you may call Delta Dental's Customer Care at **800-589-4618**. To fully understand your coverage, you may wish to carefully review this EOC.

### Coordination of Benefits

We coordinate the Benefits under this EOC with your benefits under any other group or pre-paid plan or insurance policy designed to fully integrate with other plans. If this plan is the "primary" plan, we will not reduce Benefits, but if this plan is the "secondary" plan, we determine Benefits after those of the primary plan and will pay the lesser of the amount that we would pay in the absence of any other dental benefit coverage or the Enrollee's total out-of-pocket cost under the primary plan for Benefits covered under this EOC.

### How do we determine which Plan is the "primary" plan?

(1) The plan covering the Enrollee as an employee is primary over a plan covering the Enrollee as a dependent.

(2) The plan covering the Enrollee as an employee is primary over a plan covering the insured person as a dependent. However, if the insured person is also a Medicare beneficiary, and

as a result of the rule established by Title XVIII of the Social Security Act and implementing regulations, Medicare is secondary to the plan covering the insured person as a dependent; and primary to the plan covering the insured person as other than a dependent (e.g. a retired employee), then the benefits of the plan covering the insured person as a dependent are determined before those of the plan covering that insured person as other than a dependent.

(3) Except as stated in paragraph (4), when this plan and another plan cover the same child as a dependent of different persons, called parents:

   a) the benefits of the plan of the parent whose birthday falls earlier in a year are determined before those of the plan of the parent whose birthday falls later in that year; but

   b) if both parents have the same birthday, the benefits of the plan covering one parent longer are determined before those of the plan covering the other parent for a shorter period of time.

   c) However, if the other plan does not have the birthday rule described above, but instead has a rule based on the gender of the parent, and if, as a result, the plans do not agree on the order of benefits, the rule in the other plan determines the order of benefits.

(4) In the case of a dependent child of legally separated or divorced parents, the plan covering the Enrollee as a dependent of the parent with legal custody or as a dependent of the custodial parent's Spouse (i.e. step- parent) will be primary over the plan covering the Enrollee as a dependent of the parent without legal custody. If there is a court decree establishing financial responsibility for the health care expenses with respect to the child, the benefits of a plan covering the child as a dependent of the parent with such financial responsibility will be determined before the benefits of any other policy covering the child as a dependent child.

(5) If the specific terms of a court decree state that the parents will share joint custody without stating that one of the parents is responsible for the health care expenses of the child, the plans covering the child will follow the order of benefit determination rules outlined in paragraph (3).

(6) The benefits of a plan covering an insured person as an employee who is neither laid-off nor retired are determined before those of a plan covering that insured person as a laid-off or retired employee. The same would hold true if an insured person is a dependent of a person covered as a retiree or an employee. If the other plan does not have this rule, and if, as a result, the plans do not agree on the order of benefits, this rule (6) is ignored.

(7) If an insured person whose coverage is provided under a right of continuation pursuant to federal or state law also is covered under another plan, the following will be the order of benefit determination.

   a) First, the benefits of a plan covering the insured person as an employee (or as that insured person's dependent).

   b) Second, the benefits under the continuation coverage.

   c) If the other plan does not have the rule described above, and if, as a result, the plans do not agree on the order of benefits, this rule (7) is ignored.

(8) If none of the above rules determines the order of benefits, the benefits of the plan covering an employee longer are determined before those of the plan covering that insured person for the shorter term.

(9) When determination cannot be made in accordance with the above for Pediatric Benefits, the benefits of a plan that is a medical plan covering dental as a benefit shall be primary to a dental only plan.

## HOW TO USE THE DELTACARE USA PLAN/CHOICE OF CONTRACT DENTIST

**PLEASE READ THE FOLLOWING INFORMATION SO THAT YOU WILL KNOW HOW TO OBTAIN DENTAL SERVICES. YOU MUST OBTAIN DENTAL BENEFITS FROM (OR BE REFERRED FOR SPECIALIST SERVICES BY) YOUR ASSIGNED CONTRACT DENTIST.**

Delta Dental will provide Enrollees with Contract Dentists at convenient locations during the term of the Contract. Upon enrollment, Delta Dental will assign the Enrollee to a Contract Dentist facility. The Employee may request changes to their assigned Contract Dentist facility by contacting our Customer Care at **800-589-4618**. A list of Contract Dentists is available to all Enrollees at deltadentalins.com. When searching online for a Contract Dentist, select the DeltaCare USA Network to ensure you have the list of Contract Dentists applicable to your plan. The change must be requested prior to the 15th of the month to become effective on the first day of the following month.

We will provide you written notice of assignment to another Contract Dentist facility near the Enrollee's home if: 1) a requested facility is closed to further enrollment; 2) a chosen Contract Dentist facility withdraws from this Plan or 3) an assigned facility requests, for good cause, that the Enrollee be re-assigned to another Contract Dentist facility.

All Treatment in Progress must be completed before you change to another Contract Dentist facility.

Examples include: 1) teeth that have been prepared for crowns, 2) root canals where a working length has been established, 3) full or partial dentures for which an impression has been taken and 4) orthodontics when bands have been placed and tooth movement has begun.

All covered services must be performed at the Enrollee's assigned Contract Dentist facility. With the exception of Emergency Dental Services, Urgent Dental Services, and authorized Specialist Services, this Plan does not pay for services performed or directed by Out-of-Network Dentists. All authorized Specialist Services claims will be paid by Delta Dental, less any applicable Copayment(s). A Contract Dentist may provide services either personally, or through associated Dentists, or the other technicians or hygienists who may lawfully perform the services. If an Enrollee is assigned to a dental school clinic for Specialist Services, those services may be provided by a Dentist, a dental student, a clinician or a dental instructor.

If your assigned Contract Dentist facility terminates participation in this Plan, that Contract Dentist facility will complete all Treatment in Progress, as described above. If, for any reason, your Contract Dentist is unable to complete treatment, Delta Dental will make reasonable and appropriate provisions for the completion of such treatment by another Contract Dentist.

Delta Dental will give you reasonable advance written notice if you will be materially or adversely affected by the termination, breach of contract, or inability of a Contract Dentist to perform services.

### Continuity of Care

If you are a current Enrollee, you may have the right to obtain completion of care under the Contract with your terminated Contract Dentist for certain specified dental conditions. If you are a new Enrollee, you may have the right to completion of care under the Contract with your Out-of-Network Dentist for certain specified dental conditions. You must make a specific request for this completion of care Benefit. To make a request, contact Delta Dental's Customer Care at **800-589-4618**. You may also contact us to request a copy of Delta Dental's *Continuity of Care Policy*. Delta Dental is not required to continue care with the Dentist if you are not eligible under the Contract or if Delta Dental cannot reach agreement with the Out-of-Network Dentist or the terminated Contract Dentist on the terms regarding Enrollee care in accordance with California law.

### Emergency Dental Services

Emergency Dental Services are used for palliative relief, controlling of dental pain, and/or stabilizing the Enrollee's condition. The Enrollee's assigned Contract Dentist's facility maintains

a 24 hour emergency dental services system, 7 days a week. If an Enrollee is experiencing an Emergency Dental Condition, the Enrollee can call 911 (where available) or obtain Emergency Dental Services from any Dentist without a referral.

After Emergency Dental Services are provided, further non-emergency treatment is usually needed. Non-emergency treatment must be obtained at the Enrollee's assigned Contract Dentist facility.

The Enrollee is responsible for any Copayment(s) for Emergency Dental Services received. Non-covered procedures will be the Enrollee's financial responsibility and will not be paid by this Plan.

## Urgent Dental Services

<u>Inside the Delta Dental Service Area</u>

An Urgent Dental Service requires prompt dental attention but is not an Emergency Dental Condition. If an Enrollee thinks that they may need Urgent Dental Services, the Enrollee can call their assigned Contract Dentist.

<u>Outside the Delta Dental Service Area</u>

If an Enrollee needs Urgent Dental Services due to an unforeseen dental condition or injury, this Plan covers medically necessary dental services when prompt attention is required from an Out-of-Network Dentist, if all of the following are true:

- ▪ The Enrollee receives Urgent Dental Services from an Out-of-Network Dentist while temporarily outside the Delta Dental Service Area.

- ▪ A reasonable person would have believed that the Enrollee's health would seriously deteriorate if they delayed treatment until they returned to the Delta Dental Service Area.

Enrollees do not need prior Authorization from Delta Dental to receive Urgent Dental Services outside the Delta Dental Service Area. Any Urgent Dental Services an Enrollee receives from Out-of-Network Dentists outside the Delta Dental Service Area are covered by this Plan if the Benefits would have been covered if the Enrollee had received them from Contract Dentists.

Delta Dental does not cover follow-up care from Out-of-Network Dentists after the Enrollee no longer needs Urgent Dental Services. To obtain follow-up care from a Dentist, the Enrollee can call their assigned Contract Dentist. The Enrollee is responsible for any Copayment(s) for Urgent Dental Services received.

## Timely Access to Care

Contract Dentists, Contract Orthodontists and Contract Specialists have agreed waiting times to Enrollees for appointments for care which will never be greater than the following timeframes:

- ▪ for emergency care, 24 hours a day, 7 day days a week;

- ▪ for any urgent care, 72 hours for appointments consistent with the Enrollee's individual needs;

- ▪ for any non-urgent care, 36 business days; and

- ▪ for any preventive services, 40 business days.

During non-business hours, the Enrollee will have access to their Contract Dentist's answering machine, answering service, cell phone or pager for guidance on what to do and whom to contact if the Enrollee is calling due to an Emergency Dental Condition.

If the Enrollee calls Delta Dental's Customer Care, a representative will answer their call within 10 minutes during normal business hours.

Should the Enrollee need interpretation services when scheduling an appointment with any of our Contract Dentists, Contract Orthodontists or Contract Specialists' facilities, the Enrollee may call Delta Dental's Customer Care at **800-589-4618** for assistance.

## Language Interpretation

Delta Dental provides interpretive services in any modern language, free of charge, and at all points of contact for limited English proficient Enrollees on request or when needed. Should an Enrollee need language interpretation services with a DeltaCare USA Dentist, they may call Delta Dental's Customer Care at **800-589-4618** for assistance.

## Specialist Services

Specialist Services for oral surgery, endodontics, periodontics, or pediatric dentistry must be: 1) referred by your assigned Contract Dentist, and 2) authorized by Delta Dental. You pay the specified Copayment(s). (Refer to the Schedules attached to this EOC.)

If the services of a Contract Orthodontist are needed, please refer to the Schedules attached to this EOC to determine Benefits available to you under this Plan.

If you require Specialist Services and a Contract Specialist or Contract Orthodontist is not within 35 miles of your home address to provide these services, your assigned Contract Dentist must receive Authorization from Delta Dental to refer you to an Out-of-Network specialist to provide these Specialist Services. Specialist Services performed by an Out-of-Network specialist that are not authorized by Delta Dental will not be covered.

## Claims for Reimbursement

Claims for covered Emergency Dental Services or Specialist Services authorized by Delta Dental should be sent to Delta Dental within 90 days of the end of treatment. Valid claims received after the 90-day period will be reviewed if you can show that it was not reasonably possible to submit the claim within that time. All claims must be received within one (1) year of the treatment date. The address for claims submission is: Delta Dental Claims Department, P.O. Box 1810, Alpharetta, GA 30023.

## Dentist Compensation

A Contract Dentist is compensated by Delta Dental through monthly capitation (an amount based on the number of Enrollees assigned to the Contract Dentist) and by Enrollees through required Copayments for treatment received. A Contract Specialist is compensated by Delta Dental through an agreed-upon amount for each covered procedure, less the applicable Copayment(s) paid by the Enrollee. In no event does Delta Dental pay a Contract Dentist or a Contract Specialist any incentive as an inducement to deny, reduce, limit or delay any appropriate treatment.

You may obtain further information concerning Dentist compensation by calling Delta Dental at the toll-free telephone number shown in this EOC.

## Processing Policies

The dental care guidelines for this Plan explain to Contract Dentists what services are covered under the dental Contract. Contract Dentists will use their professional judgment to determine which services are appropriate for the Enrollee. Services performed by the Contract Dentist that fall under the scope of Benefits of this Plan are provided subject to any Copayment(s). If a Contract Dentist believes that an Enrollee should seek treatment from a specialist, the Contract Dentist will contact Delta Dental to determine if the proposed treatment is a covered service and if it requires treatment by a Contract Specialist. An Enrollee may contact Delta Dental's Customer Care at **800-589-4618** for information about this Plan's dental care guidelines.

A Benefit appropriately provided through teledentistry is covered on the same basis and to the same extent that the Benefit is covered through in-person diagnosis, consultation, or treatment.

## Renewal and Termination of Coverage

Please refer to your MPI *Evidence of Coverage* for further information regarding the renewal and termination of this Plan.

## Second Opinion

You may request a second opinion if you disagree with or question the diagnosis and/or treatment plan determination made by your Contract Dentist. Delta Dental may also request that you obtain a second opinion to verify the necessity and appropriateness of dental treatment or the application of Benefits.

Second opinions will be rendered by a licensed Dentist in a timely manner, appropriate to the nature of your condition. Requests involving an Emergency Dental Condition will be expedited (Authorization approved or denied within 72 hours of receipt of the request, whenever possible). For assistance or additional information regarding the procedures and timeframes for second opinion Authorizations, contact Delta Dental's Customer Care at **800-589-4618** or write to Delta Dental.

Second opinions will be provided at another Contract Dentist facility, unless otherwise authorized by Delta Dental. Delta Dental will authorize a second opinion by an Out-of-Network Dentist if an appropriately qualified Contract Dentist is not available. Delta Dental will only pay for a second opinion which Delta Dental has approved or authorized. You will be sent written notification should Delta Dental decide not to authorize a second opinion.  If you disagree with this determination, you may file a grievance with Delta Dental or with the Department. Refer to the "Enrollee Complaint Procedure" section in this EOC for more information.

## Special Health Care Needs

If you believe you have a Special Health Care Need, you should contact Delta Dental's Customer Care at **800-589-4618**. We will confirm whether such a Special Health Care Need exists and what arrangements can be made to assist you in obtaining such Benefits.

Delta Dental will not be responsible for the failure of any Contract Dentist to comply with any law or regulation concerning structural office requirements that apply to a Dentist treating persons with Special Health Care Needs.

## Facility Accessibility

Many facilities provide Delta Dental with information about special features of their offices, including accessibility information for patients with mobility impairments. To obtain information regarding facility accessibility, contact Delta Dental's Customer Care at **800-589-4618**.

## ENROLLEE COMPLAINT PROCEDURE

## Complaints regarding dental services:

Delta Dental, or the Administrator, will notify the Enrollee if any dental services or claims are denied, in whole or in part, stating the specific reason(s) for the denial. If you have a complaint regarding the denial of dental services or claims, the policies, procedures or operations of Delta Dental or the Administrator or the quality of dental services performed by your Contract Dentist, you may call Delta Dental's Customer Care at **800-589-4618** or the complaint may be addressed in writing to:

Delta Dental of California
Quality Management Department
P.O. Box 6050
Artesia, CA 90702

Written communication must include: 1) the patient's name, 2) the Pediatric Enrollee's address, telephone number and ID number 3) the Contractholder's name and 4) the Contract Dentist's name and facility location.

"Grievance" means a written or oral expression of dissatisfaction regarding the plan and/or provider, including quality of care concerns, and shall include a complaint, dispute, request for reconsideration or appeal made by Enrollee or the Enrollee's representative. Where this Plan is unable to distinguish between a grievance and an inquiry, it will be considered a grievance.

"Complaint" is the same as "grievance."

"Complainant" is the same as "grievant" and means the person who filed the grievance including the Enrollee, a representative designated by the Enrollee or other individual with authority to act on behalf of the Enrollee.

Within five (5) calendar days of the receipt of any complaint, a quality management coordinator will forward to you a written acknowledgment of the complaint, which will include the date of receipt and contact information. Certain complaints may require that you be referred to a Dentist for clinical evaluation of the dental services provided. We will forward to you a determination, in writing, within 30 calendar days of receipt of a complaint. If the complaint involves an Emergency Dental Condition, Delta Dental will provide the Enrollee written notification regarding the disposition or pending status of the grievance within three (3) days.

Delta Dental's grievance system ensures all plan enrollees have access to and can fully participate in its grievance process by providing assistance for those with limited English proficiency or with visual or other communicative impairments. Such assistance includes, but is not limited to, translations of grievance procedures, forms and plan responses to grievances as well as access to interpreters, telephone relay systems and other devices that aid disabled individuals to communicate. If you are in need of these services and/or have questions about Delta Dental's grievance process, please contact our Customer Care at **800-589-4618** and/or visit our website at **deltadentalins.com** to obtain a grievance form.

Delta Dental's grievance system allows enrollees to file grievances for at least 180 calendar days following any incident or action that is the subject of the enrollee's dissatisfaction.

Enrollees may file a complaint with the DMHC after completing Delta Dental's grievance process or if they have been involved in Delta Dental's grievance process for more than 30 days. Enrollees may seek assistance or file a grievance immediately with the DMHC in cases involving an imminent and serious threat to their health including, but not limited to, severe pain, potential loss of life, limb or major bodily function. In such case, Delta Dental will provide the Enrollee with written statement on the disposition or pending status of the grievance no later than three (3) calendar days from the date of receipt of the grievance.

## Complaints Involving an Adverse Benefit Determination

If the review of a denial is based in whole or in part on a lack of medical necessity, experimental treatment, or a clinical judgment in applying the terms of this Policy, Delta Dental shall consult with a Dentist who has appropriate training and experience. If any consulting Dentist is involved in the review, the identity of such consulting Dentist will be available upon request. If an Enrollee believes that the decision was denied on the grounds that it was not medically necessary, the Enrollee may contact the DMHC to determine if the decision is eligible for an independent medical review. Enrollees will not be discriminated against in any way by Delta Dental for filing a grievance.

## *California law requires that Delta Dental provide you with the following information:*

The CA Department of Managed Health Care is responsible for regulating health care service plans. If you have a grievance against your health plan, you should first telephone your health plan at **800-589-4618** and use your health plan's grievance process before contacting the department. Utilizing this grievance procedure does not prohibit any potential legal rights or remedies that may be available to you. If you need help with a grievance involving an emergency, a grievance that has not been satisfactorily resolved by your health plan, or a grievance that has remained unresolved for more than 30 days, you may call the department for assistance. You may also be eligible for an Independent Medical Review (IMR). If you are eligible for IMR, the IMR process will provide an impartial review of medical decisions made by a health plan related to the medical necessity of a proposed service or treatment, coverage decisions for treatments that are experimental or investigational in nature and payment disputes for emergency or urgent medical services. The department also has a toll-free telephone number **(1-888-466-2219)** and a TDD line **(1-877-688-9891)** for the hearing

and speech impaired. The department's internet website **www.dmhc.ca.gov** has complaint forms, IMR application forms and instructions online.

As the MPI of this Plan, Kaiser is responsible for administering and resolving any Enrollee complaints, grievances and appeals that concern enrollment, premium collection and/or termination relating to this Plan. Please see the MPI *Evidence of Coverage* for details.

If the Contractholder is subject to ERISA, you may contact the U.S. Department of Labor, Employee Benefits Security Administration ("EBSA") for further review of the claim or if you have questions about the rights under ERISA. You may also bring a civil action under section 502(a) of ERISA. The address of the U.S. Department of Labor is:

U.S. Department of Labor
Employee Benefits Security Administration
200 Constitution Avenue, N.W.
Washington, D.C. 20210

## GENERAL PROVISIONS

### Public Policy Participation by Enrollees

Delta Dental's Board of Directors includes Enrollees who participate in establishing Delta Dental's public policy regarding Enrollees through periodic review of Delta Dental's Quality Assessment Program reports and communications from Enrollees. Enrollees may submit any suggestions regarding Delta Dental's public policy in writing to:

Delta Dental of California
Customer Care
P.O. Box 997330
Sacramento, CA 95899-7330

### Severability

If any part of the Contract, this EOC, Attachments or an amendment to any of these documents is found by a court or other authority to be illegal, void or not enforceable, all other portions of these documents will remain in full force and effect.

### Misstatements on Application; Effect

In the absence of fraud or intentional misrepresentation of material fact in applying for or procuring coverage under the Contract and/or this EOC, all statements made by you will be deemed representations and not warranties. No such statement will be used in defense to a claim, unless it is contained in a written application.

### Legal Actions

No action, at law or in equity, will be brought to recover on the Contract prior to expiration of 60 days after proof of loss has been filed in accordance with requirements of the Contract and/or this EOC, nor will an action be brought at all unless brought within three (3) years from expiration of the time within which proof of loss is required.

### Conformity with Applicable Laws

All legal questions about the Contract and/or this EOC will be governed by the state of California where the Contract was entered into and is to be performed. Any part of the Contract and/or this EOC that conflicts with the laws of California, specifically Chapter 2.2 of Division 2 of the California Health & Safety Code and Chapter 1 of Division 1, of Title 28 of the California Code of Regulations, or federal law is hereby amended to conform to the minimum requirements of such laws. Any provision required to be in the Contract by either of the above shall bind Delta Dental whether or not provided in the Contract.

### Third Party Administrator ("TPA")

Delta Dental may use the services of a TPA, duly registered under applicable state law, to

provide services under the Contract. Any TPA providing such services or receiving such information shall enter into a separate Business Associate Agreement with Delta Dental providing that the TPA shall meet HIPAA and HITECH requirements for the preservation of protected health information of Enrollees.

## Organ and Tissue Donation

Donating organ and tissue provides many societal benefits. Organ and tissue donation allows recipients of transplants to go on to lead fuller and more meaningful lives. Currently, the need for organ transplants far exceeds availability. If you are interested in organ donation, please speak to your physician. Organ donation begins at the hospital when a person is pronounced brain dead and identified as a potential organ donor. An organ procurement organization will become involved to coordinate the activities.

## Non-Discrimination

Delta Dental complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability or sex. Delta Dental does not exclude people or treat them differently because of race, color, national origin, age, disability or sex.

Delta Dental:

▪ Provides free aids and services to people with disabilities to communicate effectively with us, such as:
  - Qualified sign language interpreters
  - Written information in other formats (large print, audio, accessible electronic formats, other formats)

▪ Provides free language services to people whose primary language is not English, such as:
  - Qualified interpreters
  - Information written in other languages

▪ If you need these services, contact Delta Dental's Customer Care at **800-589-4618**.

If you believe that Delta Dental has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability or sex, you can file a grievance electronically online, over the phone with a Delta Dental Customer Care representative or by mail.

Delta Dental
P.O. Box 997330
Sacramento, CA 95899-7330
Telephone: **1-800-589-4618**
Website: <u>deltadentalins.com</u>

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at <u>https://ocrportal.hhs.gov/ocr/portal/lobby.jsf</u> or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, DC 20201
**1-800-368-1019**
**1-800-537-7697** (TDD)

Complaint forms are available at <u>http://www.hhs.gov/ocr/office/file/index.html</u>.

**2021 Dental Standard Benefit Plan Design**

| Summary of Benefits and Coverage | Children's Dental Plan |
|---|---|
| | Copay Plan |
| Member Cost Share amounts describe the Enrollee's out of pocket costs. Children's Dental Plan and Family Dental Plan designs can be offered in both the Individual Marketplace and Covered California for Small Business. | Pediatric Dental EHB |
| | Up to Age 19 |
| **Actuarial Value** | 85.0% |
| | **In-Network** |
| **Individual Deductible** | None |
| **Family Deductible (Two or more children)** | Not Applicable |
| **Individual Out of Pocket Maximum** | $350 |
| **Family Out of Pocket Maximum (Two or More Children)** | $700 |
| **Office Copay** | $0 |
| **Waiting Period** (Waivered Condition provision, as defined in Health & Safety Code 1357.50 (a)(3)(J)(4) and Insurance Code 10198.6(d)) | None |
| **Annual Benefit Limit** (the maximum amount the dental plan will pay in the benefit year) | None |

| Procedure Category | Service Type | Member Cost Share |
|---|---|---|
| **Diagnostic & Preventive** | Oral Exam | No charge |
| | Preventive - Cleaning | No charge |
| | Preventive - X-ray | No charge |
| | Sealants per Tooth | No charge |
| | Topical Fluoride Application | No charge |
| | Space Maintainers - Fixed | No charge |
| **Basic Services** | Restorative Procedures | See 2021 Dental Copay Schedule |
| | Periodontal Maintenance Services | |
| **Major Services** | Periodontics (other than maintenance) | See 2021 Dental Copay Schedule |
| | Endodontics | |
| | Crowns and Casts | |
| | Prosthodontics | |
| | Oral Surgery | |
| **Orthodontia** | Medically Necessary Orthodontia | $350 |

OPGScAhi-CA-dc-21

**SCHEDULE A**

**Description of Benefits and Copayments for Pediatric Enrollees (Under Age 19)**

**DeltaCare® USA**

**Children's Dental HMO**

**For Small Businesses**

The Benefits shown below are performed as needed and deemed appropriate by the attending Contract Dentist subject to the limitations and exclusions of the DeltaCare USA Plan. **Please refer to Schedule B for further clarification of Benefits. Enrollees should discuss all treatment options with their Contract Dentist prior to services being rendered.**

**Text that appears in italics below is specifically intended to clarify the delivery of Benefits under this Plan and is not to be interpreted as Current Dental Terminology ("CDT"), CDT-2020 Procedure Codes, descriptors or nomenclature which is under copyright by the American Dental Association® ("ADA"). The ADA may periodically change CDT codes or definitions. Such updated codes, descriptors and nomenclature may be used to describe these covered procedures in compliance with federal legislation.**
**Out-of-Pocket Maximum ("OOPM") for Pediatric Enrollees (Under Age 19):**

Pediatric Enrollee............ **$350.00** each Contract Year

Multiple Pediatric Enrollees............ **$700.00** each Contract Year

**OOPM applies only to Essential Health Benefits ("EHB") for Pediatric Enrollee(s).** OOPM means the maximum amount of money that a Pediatric Enrollee must pay for Pediatric Benefits under this Plan during a Contract Year. Payment for Premiums and payment for services that are Optional, that are upgraded treatments, or that are not covered under the Contract will not count toward the OOPM, and payment for such services will continue to apply even after the OOPM is met.

If more than one Pediatric Enrollee is covered on the Contract, the financial obligation for Pediatric Benefits is not more than the OOPM for multiple Pediatric Enrollees. After a Pediatric Enrollee meets their OOPM, they will have no further payment for the remainder of the Contract Year for Pediatric Benefits. Once the amount paid by all Pediatric Enrollee(s) equals the OOPM for multiple Pediatric Enrollees, no further payment will be required by any of the Pediatric Enrollee(s) for the remainder of the Contract Year for Pediatric Benefits.

Delta Dental recommends that the Pediatric Enrollee or other party responsible keep a record of payment for Pediatric Benefits. If you have any questions regarding your OOPM, please contact Delta Dental's Customer Care at **800-589-4618**.

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| **D0100–D0999  I. DIAGNOSTIC** | | | |
| D0999 | Unspecified diagnostic procedure, by report | No charge | *Includes office visit, per visit (in addition to other services); In addition, shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the patient has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment.* |
| D0120 | Periodic oral evaluation - established patient | No charge | *1 per 6 months per Contract Dentist* |
| D0140 | Limited oral evaluation - problem focused | No charge | *1 per Enrollee per Contract Dentist* |

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|------------------------|--------------------------------------------------|
| D0145 | Oral evaluation for a patient under three years of age and counseling with primary caregiver | No charge | *1 per 6 months per Contract Dentist, included with D0120, D0150* |
| D0150 | Comprehensive oral evaluation - new or established patient | No charge | *Initial evaluation, 1 per Contract Dentist* |
| D0160 | Detailed and extensive oral evaluation - problem focused, by report | No charge | *1 per Enrollee per Contract Dentist* |
| D0170 | Re-evaluation - limited, problem focused (established patient; not post-operative visit) | No charge | *6 per 3 months, not to exceed 12 per 12 month period* |
| D0171 | Re-evaluation - post-operative office visit | No charge | |
| D0180 | Comprehensive periodontal evaluation - new or established patient | No charge | *Included with D0150* |
| D0190 | Screening of a patient | Not Covered | |
| D0191 | Assessment of a patient | Not Covered | |
| D0210 | Intraoral - complete series of radiographic images | No charge | *1 series per 36 months per Contract Dentist* |
| D0220 | Intraoral - periapical first radiographic image | No charge | *20 images (D0220, D0230) per 12 months per Contract Dentist* |
| D0230 | Intraoral - periapical each additional radiographic image | No charge | *20 images (D0220, D0230) per 12 months per Contract Dentist* |
| D0240 | Intraoral - occlusal radiographic image | No charge | *2 per 6 months per Contract Dentist* |
| D0250 | Extra-oral - 2D projection radiographic image created using a stationary radiation source, and detector | No charge | *1 per date of service* |
| D0251 | Extra-oral posterior dental radiographic image | No charge | *4 per date of service* |
| D0270 | Bitewing - single radiographic image | No charge | *1 of (D0270, D0273) per date of service* |
| D0272 | Bitewings - two radiographic images | No charge | *1 of (D0272, D0273) per 6 months per Contract Dentist* |
| D0273 | Bitewings - three radiographic images | No charge | *1 of (D0270, D0273) per date of service; 1 of (D0272, D0273) per 6 months per Contract Dentist* |
| D0274 | Bitewings - four radiographic images | No charge | *1 of (D0274, D0277) per 6 months per Contract Dentist* |
| D0277 | Vertical bitewings - 7 to 8 radiographic images | No charge | *1 of (D0274, D0277) per 6 months per Contract Dentist* |
| D0310 | Sialography | No charge | |
| D0320 | Temporomandibular joint arthrogram, including injection | No charge | *Limited to trauma or pathology; 3 per date of service* |
| D0322 | Tomographic survey | No charge | *2 per 12 months per Contract Dentist* |
| D0330 | Panoramic radiographic image | No charge | *1 per 36 months per Contract Dentist* |
| D0340 | 2D cephalometric radiographic image - acquisition, measurement and analysis | No charge | *2 per 12 months per Contract Dentist* |
| D0350 | 2D oral/facial photographic image obtained intra-orally or extra-orally | No charge | *For the diagnosis and treatment of the specific clinical condition not apparent on radiographs; 4 per date of service* |
| D0351 | 3D photographic image | No charge | *1 per date of service* |
| D0419 | Assessment of salivary flow by measurement | Not Covered | |
| D0431 | Adjunctive pre-diagnostic test that aids in detection of mucosal abnormalities including premalignant and malignant lesions, not to include cytology or biopsy procedures | Not Covered | |

OPGScAhi-CA-dc-21

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| D0460 | Pulp vitality tests | No charge | |
| D0470 | Diagnostic casts | No charge | *For the evaluation of orthodontic Benefits only; 1 per Contract Dentist unless special circumstances are documented (such as trauma or pathology which has affected the course of orthodontic treatment)* |
| D0502 | Other oral pathology procedures, by report | No charge | *Performed by an oral pathologist* |
| D0601 | Caries risk assessment and documentation, with a finding of low risk | No charge | *1 of (D0601, D0602, D0603) per 36 months per Contract Dentist or dental office* |
| D0602 | Caries risk assessment and documentation, with a finding of moderate risk | No charge | *1 of (D0601, D0602, D0603) per 36 months per Contract Dentist or dental office* |
| D0603 | Caries risk assessment and documentation, with a finding of high risk | No charge | *1 of (D0601, D0602, D0603) per 36 months per Contract Dentist or dental office* |
| **D1000-D1999 II. PREVENTIVE** | | | |
| D1110 | Prophylaxis - adult | No charge | *Cleaning; 1 of (D1110, D1120, D4346) per 6 months* |
| D1120 | Prophylaxis - child | No charge | *Cleaning; 1 of (D1110, D1120, D4346) per 6 months* |
| D1206 | Topical application of fluoride varnish | No charge | *1 of (D1206, D1208) per 6 months* |
| D1208 | Topical application of fluoride - excluding varnish | No charge | *1 of (D1206, D1208) per 6 months* |
| D1310 | Nutritional counseling for control of dental disease | No charge | |
| D1320 | Tobacco counseling for the control and prevention of oral disease | No charge | |
| D1330 | Oral hygiene instructions | No charge | |
| D1351 | Sealant - per tooth | No charge | *1 per tooth per 36 months per Contract Dentist; limited to permanent first and second molars without restorations or decay and third permanent molars that occupy the second molar position* |
| D1352 | Preventive resin restoration in a moderate to high caries risk patient - permanent tooth | No charge | *1 per tooth per 36 months per Contract Dentist; limited to permanent first and second molars without restorations or decay and third permanent molars that occupy the second molar position* |
| D1353 | Sealant repair - per tooth | No charge | *The original Contract Dentist or dental office is responsible for any repair or replacement during the 36-month period* |
| D1354 | Interim caries arresting medicament application - per tooth | No charge | *1 per tooth per 6 months when Enrollee has a caries risk assessment and documentation, with a finding of "high risk"* |
| D1510 | Space maintainer - fixed, unilateral - per quadrant | No charge | *1 per quadrant; posterior teeth* |
| D1516 | Space maintainer - fixed - bilateral, maxillary | No charge | *1 per arch; posterior teeth* |
| D1517 | Space maintainer - fixed - bilateral, mandibular | No charge | *1 per arch; posterior teeth* |
| D1520 | Space maintainer - removable, unilateral - per quadrant | No charge | *1 per quadrant; posterior teeth* |

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| D1526 | Space maintainer - removable - bilateral, maxillary | No charge | *1 per arch, through age 17; posterior teeth* |
| D1527 | Space maintainer - removable - bilateral, mandibular | No charge | *1 per arch, through age 17; posterior teeth* |
| D1551 | Re-cement or re-bond bilateral space maintainer - maxillary | No charge | *1 per Contract Dentist, per quadrant or arch, through age 17* |
| D1552 | Re-cement or re-bond bilateral space maintainer - mandibular | No charge | *1 per Contract Dentist, per quadrant or arch, through age 17* |
| D1553 | Re-cement or re-bond unilateral space maintainer - per quadrant | No charge | *1 per Contract Dentist, per quadrant or arch, through age 17* |
| D1556 | Removal of fixed unilateral space maintainer - per quadrant | No charge | *Included in case by Contract Dentist or dental office who placed appliance* |
| D1557 | Removal of fixed bilateral space maintainer - maxillary | No charge | *Included in case by Contract Dentist or dental office who placed appliance* |
| D1558 | Removal of fixed bilateral space maintainer - mandibular | No charge | *Included in case by Contract Dentist or dental office who placed appliance* |
| D1575 | Distal shoe space maintainer - fixed, unilateral - per quadrant | No charge | *1 per quadrant, age 8 and under; posterior teeth* |
| **D2000-D2999 III. RESTORATIVE** | | | |
| *- Includes polishing, all adhesives and bonding agents, indirect pulp capping, bases, liners and acid etch procedures.* | | | |
| *- Replacement of crowns, inlays and onlays requires the existing restoration to be 5+ years (60+ months) old.* | | | |
| D2140 | Amalgam - one surface, primary or permanent | $25 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2150 | Amalgam - two surfaces, primary or permanent | $30 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2160 | Amalgam - three surfaces, primary or permanent | $40 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2161 | Amalgam - four or more surfaces, primary or permanent | $45 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2330 | Resin-based composite - one surface, anterior | $30 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2331 | Resin-based composite - two surfaces, anterior | $45 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2332 | Resin-based composite - three surfaces, anterior | $55 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2335 | Resin-based composite - four or more surfaces or involving incisal angle (anterior) | $60 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2390 | Resin-based composite crown, anterior | $50 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2391 | Resin-based composite - one surface, posterior | $30 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2392 | Resin-based composite - two surfaces, posterior | $40 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|------------------------|---------------------------------------------------|
| D2393 | Resin-based composite - three surfaces, posterior | $50 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2394 | Resin-based composite - four or more surfaces, posterior | $70 | *1 per 12 months per Contract Dentist for primary teeth; 1 per 36 months per Contract Dentist for permanent teeth* |
| D2542 | Onlay - metallic - two surfaces | Not Covered | |
| D2543 | Onlay - metallic - three surfaces | Not Covered | |
| D2544 | Onlay - metallic - four or more surfaces | Not Covered | |
| D2642 | Onlay - porcelain/ceramic - two surfaces | Not Covered | |
| D2643 | Onlay - porcelain/ceramic - three surfaces | Not Covered | |
| D2644 | Onlay - porcelain/ceramic - four or more surfaces | Not Covered | |
| D2662 | Onlay - resin-based composite - two surfaces | Not Covered | |
| D2663 | Onlay - resin-based composite - three surfaces | Not Covered | |
| D2664 | Onlay - resin-based composite - four or more surfaces | Not Covered | |
| D2710 | Crown - resin-based composite (indirect) | $140 | *1 per 60 months, permanent teeth; age 13 through 18* |
| D2712 | Crown - 3/4 resin-based composite (indirect) | $190 | *1 per 60 months, permanent teeth; age 13 through 18* |
| D2720 | Crown - resin with high noble metal | Not Covered | |
| D2721 | Crown - resin with predominantly base metal | $300 | *1 per 60 months, permanent teeth; age 13 through 18* |
| D2722 | Crown - resin with noble metal | Not Covered | |
| D2740 | Crown - porcelain/ceramic | $300 | *1 per 60 months, permanent teeth; age 13 through 18* |
| D2750 | Crown - porcelain fused to high noble metal | Not Covered | |
| D2751 | Crown - porcelain fused to predominantly base metal | $300 | *1 per 60 months, permanent teeth; age 13 through 18* |
| D2752 | Crown - porcelain fused to noble metal | Not Covered | |
| D2753 | Crown - porcelain fused to titanium and titanium alloys | Not Covered | |
| D2780 | Crown - 3/4 cast high noble metal | Not Covered | |
| D2781 | Crown - 3/4 cast predominantly base metal | $300 | *1 per 60 months, permanent teeth; age 13 through 18* |
| D2782 | Crown - 3/4 cast noble metal | Not Covered | |
| D2783 | Crown - 3/4 porcelain/ceramic | $310 | *1 per 60 months, permanent teeth; age 13 through 18* |
| D2790 | Crown - full cast high noble metal | Not Covered | |
| D2791 | Crown - full cast predominantly base metal | $300 | *1 per 60 months, permanent teeth; age 13 through 18* |
| D2792 | Crown - full cast noble metal | Not Covered | |
| D2794 | Crown - titanium and titanium alloys | Not Covered | |
| D2910 | Re-cement or re-bond inlay, onlay, veneer or partial coverage restoration | $25 | *1 per 12 months per Contract Dentist* |
| D2915 | Re-cement or re-bond indirectly fabricated or prefabricated post and core | $25 | |

OPGScAhi-CA-dc-21

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|---|---|---|---|
| D2920 | Re-cement or re-bond crown | $25 | *Recementation during the 12 months after initial placement is included; no additional charge to the Enrollee or plan is permitted. The listed fee applies for service provided by a Contract Dentist other than the original treating Contract Dentist/dental office.* |
| D2921 | Reattachment of tooth fragment, incisal edge or cusp | $45 | *1 per 12 months* |
| D2929 | Prefabricated porcelain/ceramic crown - primary tooth | $95 | *1 per 12 months* |
| D2930 | Prefabricated stainless steel crown - primary tooth | $65 | *1 per 12 months* |
| D2931 | Prefabricated stainless steel crown - permanent tooth | $75 | *1 per 36 months* |
| D2932 | Prefabricated resin crown | $75 | *1 per 12 months for primary teeth; 1 per 36 months for permanent teeth* |
| D2933 | Prefabricated stainless steel crown with resin window | $80 | *1 per 12 months for primary teeth; 1 per 36 months for permanent teeth* |
| D2940 | Protective restoration | $25 | *1 per 6 months per Contract Dentist* |
| D2941 | Interim therapeutic restoration - primary dentition | $30 | *1 per tooth per 6 months per Contract Dentist* |
| D2949 | Restorative foundation for an indirect restoration | $45 | |
| D2950 | Core buildup, including any pins when required | $20 | |
| D2951 | Pin retention - per tooth, in addition to restoration | $25 | *1 per tooth regardless of the number of pins placed; permanent teeth* |
| D2952 | Post and core in addition to crown, indirectly fabricated | $100 | *Base metal post; 1 per tooth; a Benefit only in conjunction with covered crowns on root canal treated permanent teeth* |
| D2953 | Each additional indirectly fabricated post - same tooth | $30 | *Performed in conjunction with D2952* |
| D2954 | Prefabricated post and core in addition to crown | $90 | *1 per tooth; a Benefit only in conjunction with covered crowns on root canal treated permanent teeth* |
| D2955 | Post removal | $60 | *Included in case fee by Contract Dentist or dental office who performed endodontic and restorative procedures. The listed fee applies for service provided by a Contract Dentist other than the original treating Contract Dentist/dental office.* |
| D2957 | Each additional prefabricated post - same tooth | $35 | *Performed in conjunction with D2954* |
| D2971 | Additional procedures to construct new crown under existing partial denture framework | $35 | *Included in the fee for laboratory processed crowns. The listed fee applies for service provided by a Contract Dentist other than the original treating Dentist/dental office.* |
| D2980 | Crown repair necessitated by restorative material failure | $50 | *Repair during the 12 months following initial placement or previous repair is included, no additional charge to the Enrollee or plan is permitted by the original treating Contract Dentist/dental office.* |

OPGScAhi-CA-dc-21

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| D2999 | Unspecified restorative procedure, by report | $40 | *Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the patient has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment.* |
| **D3000-D3999 IV. ENDODONTICS** | | | |
| D3110 | Pulp cap - direct (excluding final restoration) | $20 | |
| D3120 | Pulp cap - indirect (excluding final restoration) | $25 | |
| D3220 | Therapeutic pulpotomy (excluding final restoration) - removal of pulp coronal to the dentinocemental junction and application of medicament | $40 | *1 per primary tooth* |
| D3221 | Pulpal debridement, primary and permanent teeth | $40 | *1 per tooth* |
| D3222 | Partial pulpotomy for apexogenesis - permanent tooth with incomplete root development | $60 | *1 per permanent tooth* |
| D3230 | Pulpal therapy (resorbable filling) - anterior, primary tooth (excluding final restoration) | $55 | *1 per tooth* |
| D3240 | Pulpal therapy (resorbable filling) - posterior, primary tooth (excluding final restoration) | $55 | *1 per tooth* |
| D3310 | Endodontic therapy, anterior tooth (excluding final restoration) | $195 | *Root canal* |
| D3320 | Endodontic therapy, premolar tooth (excluding final restoration) | $235 | *Root canal* |
| D3330 | Endodontic therapy, molar tooth (excluding final restoration) | $300 | *Root canal* |
| D3331 | Treatment of root canal obstruction; non-surgical access | $50 | |
| D3332 | Incomplete endodontic therapy; inoperable, unrestorable or fractured tooth | Not Covered | |
| D3333 | Internal root repair of perforation defects | $80 | |
| D3346 | Retreatment of previous root canal therapy - anterior | $240 | *Retreatment during the 12 months following initial treatment is included at no charge to the Enrollee or plan. The listed fee applies for service provided by a Contract Dentist other than the original treating Contract Dentist/dental office.* |
| D3347 | Retreatment of previous root canal therapy - premolar | $295 | *Retreatment during the 12 months following initial treatment is included at no charge to the Enrollee or plan. The listed fee applies for service provided by a Contract Dentist other than the original treating Contract Dentist/dental office.* |

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| D3348 | Retreatment of previous root canal therapy - molar | $365 | *Retreatment during the 12 months following initial treatment is included at no charge to the Enrollee or plan. The listed fee applies for service provided by a Contract Dentist other than the original treating Contract Dentist/dental office.* |
| D3351 | Apexification/recalcification - initial visit (apical closure / calcific repair of perforations, root resorption, etc.) | $85 | *1 per permanent tooth* |
| D3352 | Apexification/recalcification - interim medication replacement | $45 | *1 per permanent tooth* |
| D3353 | Apexification/recalcification - final visit (includes completed root canal therapy - apical closure/calcific repair of perforations, root resorption, etc.) | Not Covered | |
| D3410 | Apicoectomy - anterior | $240 | *1 per 24 months by the same Contract Dentist or dental office; permanent teeth only* |
| D3421 | Apicoectomy - premolar (first root) | $250 | *1 per 24 months by the same Contract Dentist or dental office; permanent teeth only* |
| D3425 | Apicoectomy - molar (first root) | $275 | *1 per 24 months by the same Contract Dentist or dental office; permanent teeth only* |
| D3426 | Apicoectomy (each additional root) | $110 | *1 per 24 months by the same Contract Dentist or dental office; permanent teeth only; a benefit for 3rd molar if it occupies the 1st or 2nd molar position or is an abutment for an existing fixed partial denture or removable partial denture with cast clasps or rests.* |
| D3427 | Periradicular surgery without apicoectomy | $160 | *1 per 24 months by the same Contract Dentist or dental office* |
| D3430 | Retrograde filling - per root | $90 | |
| D3450 | Root amputation - per root | Not Covered | |
| D3910 | Surgical procedure for isolation of tooth with rubber dam | $30 | |
| D3920 | Hemisection (including any root removal), not including root canal therapy | Not Covered | |
| D3950 | Canal preparation and fitting of preformed dowel or post | Not Covered | |
| D3999 | Unspecified endodontic procedure, by report | $100 | *Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the patient has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment.* |

OPGScAhi-CA-dc-21

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|---|---|---|---|
| **D4000-D4999 V.  PERIODONTICS** | | | |
| *- Includes pre-operative and post-operative evaluations and treatment under a local anesthetic.* | | | |
| D4210 | Gingivectomy or gingivoplasty - four or more contiguous teeth or tooth bounded spaces per quadrant | $150 | *1 per quadrant per 36 months, age 13+* |
| D4211 | Gingivectomy or gingivoplasty - one to three contiguous teeth or tooth bounded spaces per quadrant | $50 | *1 per quadrant per 36 months, age 13+* |
| D4240 | Gingival flap procedure, including root planing - four or more contiguous teeth or tooth bounded spaces per quadrant | Not Covered | |
| D4241 | Gingival flap procedure, including root planing - one to three contiguous teeth or tooth bounded spaces per quadrant | Not Covered | |
| D4249 | Clinical crown lengthening - hard tissue | $165 | |
| D4260 | Osseous surgery (including elevation of a full thickness flap and closure) - four or more contiguous teeth or tooth bounded spaces per quadrant | $265 | *1 per quadrant per 36 months, age 13+* |
| D4261 | Osseous surgery (including elevation of a full thickness flap and closure) - one to three contiguous teeth or tooth bounded spaces per quadrant | $140 | *1 per quadrant per 36 months, age 13+* |
| D4263 | Bone replacement graft – retained natural tooth – first site in quadrant | Not Covered | |
| D4264 | Bone replacement graft – retained natural tooth – each additional site in quadrant | Not Covered | |
| D4265 | Biologic materials to aid in soft and osseous tissue regeneration | $80 | |
| D4266 | Guided tissue regeneration - resorbable barrier, per site | Not Covered | |
| D4267 | Guided tissue regeneration - nonresorbable barrier, per site (includes membrane removal) | Not Covered | |
| D4270 | Pedicle soft tissue graft procedure | Not Covered | |
| D4273 | Autogenous connective tissue graft procedure (including donor and recipient surgical sites) first tooth, implant, or edentulous tooth position in graft | Not Covered | |
| D4275 | Non-autogenous connective tissue graft procedure (including recipient site and donor material) – first tooth, implant or edentulous tooth position in same graft site | Not Covered | |
| D4283 | Autogenous connective tissue graft procedure (including donor and recipient surgical sites) – each additional contiguous tooth, implant or edentulous tooth position in same graft site | Not Covered | |

OPGScAhi-CA-dc-21

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| D4285 | Non-autogenous connective tissue graft procedure (including recipient surgical site and donor material) – each additional contiguous tooth, implant or edentulous tooth position in same graft site | Not Covered | |
| D4341 | Periodontal scaling and root planing - four or more teeth per quadrant | $55 | *1 per quadrant per 24 months; age 13+* |
| D4342 | Periodontal scaling and root planing - one to three teeth per quadrant | $30 | *1 per quadrant per 24 months; age 13+* |
| D4346 | Scaling in presence of generalized moderate or severe gingival inflammation - full mouth, after oral evaluation | $40 | *Cleaning; 1 of (D1110, D1120, D4346) per 6 months* |
| D4355 | Full mouth debridement to enable a comprehensive oral evaluation and diagnosis on a subsequent visit | $40 | *1 treatment per 12 consecutive months* |
| D4381 | Localized delivery of antimicrobial agents via a controlled release vehicle into diseased crevicular tissue, per tooth | $10 | |
| D4910 | Periodontal maintenance | $30 | *1 per 3 months; service must be within the 24 months following the last scaling and root planing* |
| D4920 | Unscheduled dressing change (by someone other than treating dentist or their staff) | $15 | *1 per Contract Dentist; age 13+* |
| D4999 | Unspecified periodontal procedure, by report | $350 | *Enrollees age 13+. Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the patient has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment.* |

**D5000-D5899 VI. PROSTHODONTICS (removable)**

*- For all listed dentures and partial dentures, Copayment includes after delivery adjustments and tissue conditioning, if needed, for the first six months after placement. The Enrollee must continue to be eligible, and the service must be provided at the Contract Dentist's facility where the denture was originally delivered.*

*- Rebases, relines and tissue conditioning are limited to 1 per denture during any 12 consecutive months.*

*- Replacement of a denture or a partial denture requires the existing denture to be 5+ years (60+ months) old.*

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| D5110 | Complete denture - maxillary | $300 | *1 per 60 months* |
| D5120 | Complete denture - mandibular | $300 | *1 per 60 months* |
| D5130 | Immediate denture - maxillary | $300 | *1 per lifetime; subsequent complete dentures (D5110, D5120) are not a Benefit within 60 months.* |
| D5140 | Immediate denture - mandibular | $300 | *1 per lifetime; subsequent complete dentures (D5110, D5120) are not a Benefit within 60 months.* |

OPGScAhi-CA-dc-21

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|---|---|---|---|
| D5211 | Maxillary partial denture - resin base (including, retentive/clasping materials, rests, and teeth) | $300 | *1 per 60 months* |
| D5212 | Mandibular partial denture - resin base (including, retentive/clasping materials, rests, and teeth) | $300 | *1 per 60 months* |
| D5213 | Maxillary partial denture - cast metal framework with resin denture bases (including retentive/clasping materials, rests and teeth) | $335 | *1 per 60 months* |
| D5214 | Mandibular partial denture - cast metal framework with resin denture bases (including retentive/clasping materials, rests and teeth) | $335 | *1 per 60 months* |
| D5221 | Immediate maxillary partial denture - resin base (including retentive/clasping materials, rests and teeth) | $275 | *1 per 60 months* |
| D5222 | Immediate mandibular partial denture - resin base (including retentive/clasping materials, rests and teeth) | $275 | *1 per 60 months* |
| D5223 | immediate maxillary partial denture - cast metal framework with resin denture bases (including retentive/clasping materials, rests and teeth) | $330 | *1 per 60 months* |
| D5224 | Immediate mandibular partial denture - cast metal framework with resin denture bases (including retentive/clasping materials, rests and teeth) | $330 | *1 per 60 months* |
| D5225 | Maxillary partial denture - flexible base (including any clasps, rests and teeth) | Not Covered | |
| D5226 | Mandibular partial denture - flexible base (including any clasps, rests and teeth) | Not Covered | |
| D5282 | Removable unilateral partial denture – one piece cast metal (including clasps and teeth), maxillary | Not Covered | |
| D5283 | Removable unilateral partial denture – one piece cast metal (including clasps and teeth), mandibular | Not Covered | |
| D5284 | Removable unilateral partial denture – one piece flexible base (including clasps and teeth), per quadrant | Not Covered | |
| D5286 | Removable unilateral partial denture – one piece resin (including clasps and teeth), per quadrant | Not Covered | |
| D5410 | Adjust complete denture - maxillary | $20 | *1 per day of service per Contract Dentist; up to 2 per 12 months per Contract Dentist after the initial 6 months* |
| D5411 | Adjust complete denture - mandibular | $20 | *1 per day of service per Contract Dentist; up to 2 per 12 months per Contract Dentist after the initial 6 months* |

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|------------------------|--------------------------------------------------|
| D5421 | Adjust partial denture - maxillary | $20 | *1 per day of service per Contract Dentist; up to 2 per 12 months per Contract Dentist after the initial 6 months* |
| D5422 | Adjust partial denture - mandibular | $20 | *1 per day of service per Contract Dentist; up to 2 per 12 months per Contract Dentist after the initial 6 months* |
| D5511 | Repair broken complete denture base, mandibular | $40 | *1 per day of service per Contract Dentist; up to 2 per arch per 12 months per Contract Dentist after the initial 6 months* |
| D5512 | Repair broken complete denture base, maxillary | $40 | *1 per day of service per Contract Dentist; up to 2 per arch per 12 months per Contract Dentist after the initial 6 months* |
| D5520 | Replace missing or broken teeth - complete denture (each tooth) | $40 | *Up to 4 per arch per date of service after the initial 6 months; up to 2 per arch per 12 months per Contract Dentist* |
| D5611 | Repair resin partial denture base, mandibular | $40 | *1 per arch, per day of service per Contract Dentist; up to 2 per arch per 12 months per Contract Dentist after the initial 6 months* |
| D5612 | Repair resin partial denture base, maxillary | $40 | *1 per arch, per day of service per Contract Dentist; up to 2 per arch per 12 months per Contract Dentist after the initial 6 months* |
| D5621 | Repair cast partial framework, mandibular | $40 | *1 per arch, per day of service per Contract Dentist; up to 2 per arch per 12 months per Contract Dentist after the initial 6 months* |
| D5622 | Repair cast partial framework, maxillary | $40 | *1 per arch, per day of service per Contract Dentist; up to 2 per arch per 12 months per Contract Dentist after the initial 6 months* |
| D5630 | Repair or replace broken retentive clasping materials - per tooth | $50 | *3 per date of service after the initial 6 months; 2 per arch per 12 months per Contract Dentist* |
| D5640 | Replace broken teeth - per tooth | $35 | *4 per arch per date of service after the initial 6 months; 2 per arch per 12 months per Contract Dentist* |
| D5650 | Add tooth to existing partial denture | $35 | *Up to 3 per date of service per Contract Dentist; 1 per tooth after the initial 6 months* |
| D5660 | Add clasp to existing partial denture - per tooth | $60 | *3 per date of service after the initial 6 months; 2 per arch per 12 months per Contract Dentist* |
| D5670 | Replace all teeth and acrylic on cast metal framework (maxillary) | Not Covered | |
| D5671 | Replace all teeth and acrylic on cast metal framework (mandibular) | Not Covered | |
| D5710 | Rebase complete maxillary denture | Not Covered | |
| D5711 | Rebase complete mandibular denture | Not Covered | |
| D5720 | Rebase maxillary partial denture | Not Covered | |
| D5721 | Rebase mandibular partial denture | Not Covered | |
| D5730 | Reline complete maxillary denture (chairside) | $60 | *Included for the first 6 months after placement by the Contract Dentist or dental office where the appliance was originally delivered; 1 per 12 month period after the initial 6 months* |

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|------------------------|---------------------------------------------------|
| D5731 | Reline complete mandibular denture (chairside) | $60 | *1 per 12 month period after the initial 6 months* |
| D5740 | Reline maxillary partial denture (chairside) | $60 | *1 per 12 month period after the initial 6 months* |
| D5741 | Reline mandibular partial denture (chairside) | $60 | *1 per 12 month period after the initial 6 months* |
| D5750 | Reline complete maxillary denture (laboratory) | $90 | *1 per 12 month period after the initial 6 months* |
| D5751 | Reline complete mandibular denture (laboratory) | $90 | *1 per 12 month period after the initial 6 months* |
| D5760 | Reline maxillary partial denture (laboratory) | $80 | *1 per 12 month period after the initial 6 months* |
| D5761 | Reline mandibular partial denture (laboratory) | $80 | *1 per 12 month period after the initial 6 months* |
| D5850 | Tissue conditioning, maxillary | $30 | *2 per prosthesis per 36 months after the initial 6 months* |
| D5851 | Tissue conditioning, mandibular | $30 | *2 per prosthesis per 36 months after the initial 6 months* |
| D5862 | Precision attachment, by report | $90 | *Included in the fee for prosthetic and restorative procedures by the Contract Dentist or dental office where the service was originally delivered. The listed fee applies for service provided by a dentist other than the original treating Contract Dentist or dental office.* |
| D5863 | Overdenture - complete maxillary | $300 | *1 per 60 months* |
| D5864 | Overdenture - partial maxillary | $300 | *1 per 60 months* |
| D5865 | Overdenture - complete mandibular | $300 | *1 per 60 months* |
| D5866 | Overdenture - partial mandibular | $300 | *1 per 60 months* |
| D5876 | Add metal substructure to acrylic full denture (per arch) | Not Covered | |
| D5899 | Unspecified removable prosthodontic procedure, by report | $350 | *Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the Enrollee has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment.* |
| **D5900-D5999 VII. MAXILLOFACIAL PROSTHETICS** | | | |
| *- All maxillofacial prosthetic procedures require prior Authorization.* | | | |
| D5911 | Facial moulage (sectional) | $285 | |
| D5912 | Facial moulage (complete) | $350 | |
| D5913 | Nasal prosthesis | $350 | |
| D5914 | Auricular prosthesis | $350 | |
| D5915 | Orbital prosthesis | $350 | |
| D5916 | Ocular prosthesis | $350 | |
| D5919 | Facial prosthesis | $350 | |
| D5922 | Nasal septal prosthesis | $350 | |
| D5923 | Ocular prosthesis, interim | $350 | |
| D5924 | Cranial prosthesis | $350 | |
| D5925 | Facial augmentation implant prosthesis | $200 | |

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| D5926 | Nasal prosthesis, replacement | $200 | |
| D5927 | Auricular prosthesis, replacement | $200 | |
| D5928 | Orbital prosthesis, replacement | $200 | |
| D5929 | Facial prosthesis, replacement | $200 | |
| D5931 | Obturator prosthesis, surgical | $350 | |
| D5932 | Obturator prosthesis, definitive | $350 | |
| D5933 | Obturator prosthesis, modification | $150 | *2 per 12 months* |
| D5934 | Mandibular resection prosthesis with guide flange | $350 | |
| D5935 | Mandibular resection prosthesis without guide flange | $350 | |
| D5936 | Obturator prosthesis, interim | $350 | |
| D5937 | Trismus appliance (not for TMD treatment) | $85 | |
| D5951 | Feeding aid | $135 | |
| D5952 | Speech aid prosthesis, pediatric | $350 | |
| D5953 | Speech aid prosthesis, adult | $350 | |
| D5954 | Palatal augmentation prosthesis | $135 | |
| D5955 | Palatal lift prosthesis, definitive | $350 | |
| D5958 | Palatal lift prosthesis, interim | $350 | |
| D5959 | Palatal lift prosthesis, modification | $145 | *2 per 12 months* |
| D5960 | Speech aid prosthesis, modification | $145 | *2 per 12 months* |
| D5982 | Surgical stent | $70 | |
| D5983 | Radiation carrier | $55 | |
| D5984 | Radiation shield | $85 | |
| D5985 | Radiation cone locator | $135 | |
| D5986 | Fluoride gel carrier | $35 | |
| D5987 | Commissure splint | $85 | |
| D5988 | Surgical splint | $95 | |
| D5991 | Vesiculobullous disease medicament carrier | $70 | |
| D5999 | Unspecified maxillofacial prosthesis, by report | $350 | *Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the Enrollee has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment.* |
| **D6000-D6199 VIII. IMPLANT SERVICES** | | | |
| *- A Benefit only under exceptional medical conditions. Prior Authorization is required. Refer also to Schedule B.* | | | |
| D6010 | Surgical placement of implant body: endosteal implant | $350 | *A Benefit only under exceptional medical conditions* |
| D6011 | Second stage implant surgery | $350 | *A Benefit only under exceptional medical conditions* |
| D6013 | Surgical placement of mini implant | $350 | *A Benefit only under exceptional medical conditions* |
| D6040 | Surgical placement: eposteal implant | $350 | *A Benefit only under exceptional medical conditions* |
| D6050 | Surgical placement: transosteal implant | $350 | *A Benefit only under exceptional medical conditions* |

OPGScAhi-CA-dc-21

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| D6052 | Semi-precision attachment abutment | $350 | *A Benefit only under exceptional medical conditions* |
| D6055 | Connecting bar - implant supported or abutment supported | $350 | *A Benefit only under exceptional medical conditions* |
| D6056 | Prefabricated abutment - includes modification and placement | $135 | *A Benefit only under exceptional medical conditions* |
| D6057 | Custom fabricated abutment - includes placement | $180 | *A Benefit only under exceptional medical conditions* |
| D6058 | Abutment supported porcelain/ceramic crown | $320 | *A Benefit only under exceptional medical conditions* |
| D6059 | Abutment supported porcelain fused to metal crown (high noble metal) | $315 | *A Benefit only under exceptional medical conditions* |
| D6060 | Abutment supported porcelain fused to metal crown (predominantly base metal) | $295 | *A Benefit only under exceptional medical conditions* |
| D6061 | Abutment supported porcelain fused to metal crown (noble metal) | $300 | *A Benefit only under exceptional medical conditions* |
| D6062 | Abutment supported cast metal crown (high noble metal) | $315 | *A Benefit only under exceptional medical conditions* |
| D6063 | Abutment supported cast metal crown (predominantly base metal) | $300 | *A Benefit only under exceptional medical conditions* |
| D6064 | Abutment supported cast metal crown (noble metal) | $315 | *A Benefit only under exceptional medical conditions* |
| D6065 | Implant supported porcelain/ceramic crown | $340 | *A Benefit only under exceptional medical conditions* |
| D6066 | Implant supported crown - porcelain fused to high noble alloys | $335 | *A Benefit only under exceptional medical conditions* |
| D6067 | Implant supported crown - high noble alloys | $340 | *A Benefit only under exceptional medical conditions* |
| D6068 | Abutment supported retainer for porcelain/ceramic FPD | $320 | *A Benefit only under exceptional medical conditions* |
| D6069 | Abutment supported retainer for porcelain fused to metal FPD (high noble metal) | $315 | *A Benefit only under exceptional medical conditions* |
| D6070 | Abutment supported retainer for porcelain fused to metal FPD (predominantly base metal) | $290 | *A Benefit only under exceptional medical conditions* |
| D6071 | Abutment supported retainer for porcelain fused to metal FPD (noble metal) | $300 | *A Benefit only under exceptional medical conditions* |
| D6072 | Abutment supported retainer for cast metal FPD (high noble metal) | $315 | *A Benefit only under exceptional medical conditions* |
| D6073 | Abutment supported retainer for cast metal FPD (predominantly base metal) | $290 | *A Benefit only under exceptional medical conditions* |
| D6074 | Abutment supported retainer for cast metal FPD (noble metal) | $320 | *A Benefit only under exceptional medical conditions* |
| D6075 | Implant supported retainer for ceramic FPD | $335 | *A Benefit only under exceptional medical conditions* |
| D6076 | Implant supported retainer for FPD - porcelain fused to high noble alloys | $330 | *A Benefit only under exceptional medical conditions* |
| D6077 | Implant supported retainer for metal FPD - high noble alloys | $350 | *A Benefit only under exceptional medical conditions* |
| D6080 | Implant maintenance procedures when prostheses are removed and reinserted, including cleansing of prostheses and abutments | $30 | *A Benefit only under exceptional medical conditions* |

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| D6081 | Scaling and debridement in the presence of inflammation or mucositis of a single implant, including cleaning of the implant surfaces, without flap entry and closure | $30 | *A Benefit only under exceptional medical conditions* |
| D6082 | Implant supported crown - porcelain fused to predominantly base alloys | $335 | *A Benefit only under exceptional medical conditions.* |
| D6083 | Implant supported crown - porcelain fused to noble alloys | $335 | *A Benefit only under exceptional medical conditions* |
| D6084 | Implant supported crown - porcelain fused to titanium and titanium alloys | $335 | *A Benefit only under exceptional medical conditions* |
| D6085 | Provisional implant crown | $300 | *A Benefit only under exceptional medical conditions* |
| D6086 | Implant supported crown - predominantly base alloys | $340 | *A Benefit only under exceptional medical conditions* |
| D6087 | Implant supported crown - noble alloys | $340 | *A Benefit only under exceptional medical conditions* |
| D6088 | Implant supported crown - titanium and titanium alloys | $340 | *A Benefit only under exceptional medical conditions* |
| D6090 | Repair implant supported prosthesis, by report | $65 | *A Benefit only under exceptional medical conditions* |
| D6091 | Replacement of semi-precision or precision attachment (male or female component) of implant/abutment supported prosthesis, per attachment | $40 | *A Benefit only under exceptional medical conditions* |
| D6092 | Re-cement or re-bond implant/abutment supported crown | $25 | *A Benefit only under exceptional medical conditions* |
| D6093 | Re-cement or re-bond implant/abutment supported fixed partial denture | $35 | *A Benefit only under exceptional medical conditions* |
| D6094 | Abutment supported crown - titanium and titanium alloys | $295 | *A Benefit only under exceptional medical conditions* |
| D6095 | Repair implant abutment, by report | $65 | *A Benefit only under exceptional medical conditions* |
| D6096 | Remove broken implant retaining screw | $60 | *A Benefit only under exceptional medical conditions* |
| D6097 | Abutment supported crown - porcelain fused to titanium and titanium alloys | $315 | *A Benefit only under exceptional medical conditions* |
| D6098 | Implant supported retainer - porcelain fused to predominantly base alloys | $330 | *A Benefit only under exceptional medical conditions* |
| D6099 | Implant supported retainer for FPD - porcelain fused to noble alloys | $330 | *A Benefit only under exceptional medical conditions* |
| D6100 | Implant removal, by report | $110 | *A Benefit only under exceptional medical conditions* |
| D6110 | Implant /abutment supported removable denture for edentulous arch - maxillary | $350 | *A Benefit only under exceptional medical conditions* |
| D6111 | Implant /abutment supported removable denture for edentulous arch - mandibular | $350 | *A Benefit only under exceptional medical conditions* |
| D6112 | Implant /abutment supported removable denture for partially edentulous arch - maxillary | $350 | *A Benefit only under exceptional medical conditions* |
| D6113 | Implant /abutment supported removable denture for partially edentulous arch - mandibular | $350 | *A Benefit only under exceptional medical conditions* |

OPGScAhi-CA-dc-21

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|----------------------------------------------------|
| D6114 | Implant /abutment supported fixed denture for edentulous arch - maxillary | $350 | *A Benefit only under exceptional medical conditions* |
| D6115 | Implant /abutment supported fixed denture for edentulous arch - mandibular | $350 | *A Benefit only under exceptional medical conditions* |
| D6116 | Implant /abutment supported fixed denture for partially edentulous arch - maxillary | $350 | *A Benefit only under exceptional medical conditions* |
| D6117 | Implant /abutment supported fixed denture for partially edentulous arch - mandibular | $350 | *A Benefit only under exceptional medical conditions* |
| D6120 | Implant supported retainer - porcelain fused to titanium and titanium alloys | $330 | *A Benefit only under exceptional medical conditions* |
| D6121 | Implant supported retainer for metal FPD - predominantly base alloys | $350 | *A Benefit only under exceptional medical conditions* |
| D6122 | Implant supported retainer for metal FPD - noble alloys | $350 | *A Benefit only under exceptional medical conditions* |
| D6123 | Implant supported retainer for metal FPD - titanium and titanium alloys | $350 | *A Benefit only under exceptional medical conditions* |
| D6190 | Radiographic/surgical implant index, by report | $75 | *A Benefit only under exceptional medical conditions* |
| D6194 | Abutment supported retainer crown for FPD - titanium and titanium alloys | $265 | *A Benefit only under exceptional medical conditions* |
| D6195 | Abutment supported retainer - porcelain fused to titanium and titanium alloys | $315 | *A Benefit only under exceptional medical conditions* |
| D6199 | Unspecified implant procedure, by report | $350 | *Implant services are a Benefit only when exceptional medical conditions are documented and shall be reviewed for medical necessity. Written documentation shall describe the specific conditions addressed by the procedure, the rationale demonstrating the medical necessity, any pertinent history and the proposed treatment.* |
| **D6200-D6999 IX. PROSTHODONTICS, fixed** | | | |
| *- Each retainer and each pontic constitutes a unit in a fixed partial denture (bridge).* | | | |
| *- Replacement of a crown, pontic, inlay, onlay or stress breaker requires the existing bridge to be 5+ years (60+ months) old.* | | | |
| D6205 | Pontic - indirect resin based composite | Not Covered | |
| D6210 | Pontic - cast high noble metal | Not Covered | |
| D6211 | Pontic - cast predominantly base metal | $300 | *1 per 60 months; age 13+* |
| D6212 | Pontic - cast noble metal | Not Covered | |
| D6214 | Pontic - titanium and titanium alloys | Not Covered | |
| D6240 | Pontic - porcelain fused to high noble metal | Not Covered | |
| D6241 | Pontic - porcelain fused to predominantly base metal | $300 | *1 per 60 months; age 13+* |
| D6242 | Pontic - porcelain fused to noble metal | Not Covered | |
| D6243 | Pontic - porcelain fused to titanium and titanium alloys | Not Covered | |
| D6245 | Pontic - porcelain/ceramic | $300 | *1 per 60 months; age 13+* |
| D6250 | Pontic - resin with high noble metal | Not Covered | |

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|------------------------|---------------------------------------------------|
| D6251 | Pontic - resin with predominantly base metal | $300 | *1 per 60 months; age 13+* |
| D6252 | Pontic - resin with noble metal | Not Covered | |
| D6545 | Retainer - cast metal for resin bonded fixed prosthesis | Not Covered | |
| D6548 | Retainer - porcelain/ceramic for resin bonded fixed prosthesis | Not Covered | |
| D6549 | Retainer – for resin bonded fixed prosthesis | Not Covered | |
| D6608 | Retainer onlay - porcelain/ceramic, two surfaces | Not Covered | |
| D6609 | Retainer onlay - porcelain/ceramic, three or more surfaces | Not Covered | |
| D6610 | Retainer onlay - cast high noble metal, two surfaces | Not Covered | |
| D6611 | Retainer onlay - cast high noble metal, three or more surfaces | Not Covered | |
| D6612 | Retainer onlay - cast predominantly base metal, two surfaces | Not Covered | |
| D6613 | Retainer onlay - cast predominantly base metal, three or more surfaces | Not Covered | |
| D6614 | Retainer onlay - cast noble metal, two surfaces | Not Covered | |
| D6615 | Retainer onlay - cast noble metal, three or more surfaces | Not Covered | |
| D6634 | Retainer onlay - titanium | Not Covered | |
| D6710 | Retainer crown - indirect resin based composite | Not Covered | |
| D6720 | Retainer crown - resin with high noble metal | Not Covered | |
| D6721 | Retainer crown - resin with predominantly base metal | $300 | *1 per 60 months; age 13+* |
| D6722 | Retainer crown - resin with noble metal | Not Covered | |
| D6740 | Retainer crown - porcelain/ceramic | $300 | *1 per 60 months; age 13+* |
| D6750 | Retainer crown - porcelain fused to high noble metal | Not Covered | |
| D6751 | Retainer crown - porcelain fused to predominantly base metal | $300 | *1 per 60 months; age 13+* |
| D6752 | Retainer crown - porcelain fused to noble metal | Not Covered | |
| D6753 | Retainer crown - porcelain fused to titanium and titanium alloys | Not Covered | |
| D6781 | Retainer crown - 3/4 cast predominantly base metal | $300 | *1 per 60 months; age 13+* |
| D6782 | Retainer crown - 3/4 cast noble metal | Not Covered | |
| D6783 | Retainer crown - 3/4 porcelain/ceramic | $300 | *1 per 60 months; age 13+* |
| D6784 | Retainer crown - 3/4 titanium and titanium alloys | $300 | *1 per 60 months; age 13+* |
| D6791 | Retainer crown - full cast predominantly base metal | $300 | *1 per 60 months; age 13+* |
| D6794 | Retainer crown - titanium and titanium alloys | Not Covered | |

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| D6930 | Re-cement or re-bond fixed partial denture | $40 | *Recementation during the 12 months after initial placement is included; no additional charge to the Enrollee or plan is permitted. The listed fee applies for service provided by a Contract Dentist other than the original treating Contract Dentist/dental office.* |
| D6980 | Fixed partial denture repair necessitated by restorative material failure | $95 | |
| D6999 | Unspecified fixed prosthodontic procedure, by report | $350 | *Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the patient has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment. Not a Benefit within 12 months of initial placement of a fixed partial denture by the same Contract Dentist/office.* |
| **D7000-D7999 X. ORAL AND MAXILLOFACIAL SURGERY** | | | |
| *- Prior Authorization required for procedures performed by a Contract Specialist. Medical necessity must be demonstrated for procedures D7340 - D7997. Refer also to Schedule B.* | | | |
| *- Includes pre-operative and post-operative evaluations and treatment under a local anesthetic.  Post-operative services include exams, suture removal and treatment of complications.* | | | |
| D7111 | Extraction, coronal remnants - primary tooth | $40 | |
| D7140 | Extraction, erupted tooth or exposed root (elevation and/or forceps removal) | $65 | |
| D7210 | Extraction, erupted tooth requiring removal of bone and/or sectioning of tooth, and including elevation of mucoperiosteal flap if indicated | $120 | |
| D7220 | Removal of impacted tooth - soft tissue | $95 | |
| D7230 | Removal of impacted tooth - partially bony | $145 | |
| D7240 | Removal of impacted tooth - completely bony | $160 | |
| D7241 | Removal of impacted tooth - completely bony, with unusual surgical complications | $175 | |
| D7250 | Removal of residual tooth roots (cutting procedure) | $80 | |
| D7260 | Oroantral fistula closure | $280 | |
| D7261 | Primary closure of a sinus perforation | $285 | |
| D7270 | Tooth reimplantation and/or stabilization of accidentally evulsed or displaced tooth | $185 | *1 per arch regardless of number of teeth involved; permanent anterior teeth* |
| D7280 | Exposure of an unerupted tooth | $220 | |
| D7283 | Placement of device to facilitate eruption of impacted tooth | $85 | *For active orthodontic treatment only* |

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| D7285 | Incisional biopsy of oral tissue-hard (bone, tooth) | $180 | *1 per arch per date of service; regardless of number of areas involved* |
| D7286 | Incisional biopsy of oral tissue-soft | $110 | *3 per date of service* |
| D7287 | Exfoliative cytological sample collection | Not Covered | |
| D7288 | Brush biopsy - transepithelial sample collection | Not Covered | |
| D7290 | Surgical repositioning of teeth | $185 | *1 per arch, for permanent teeth only; applies to active orthodontic treatment* |
| D7291 | Transseptal fiberotomy/supra crestal fiberotomy, by report | $80 | *1 per arch; applies to active orthodontic treatment* |
| D7310 | Alveoloplasty in conjunction with extractions - four or more teeth or tooth spaces, per quadrant | $85 | |
| D7311 | Alveoloplasty in conjunction with extractions - one to three teeth or tooth spaces, per quadrant | $50 | |
| D7320 | Alveoloplasty not in conjunction with extractions - four or more teeth or tooth spaces, per quadrant | $120 | |
| D7321 | Alveoloplasty not in conjunction with extractions - one to three teeth or tooth spaces, per quadrant | $65 | |
| D7340 | Vestibuloplasty - ridge extension (secondary epithelialization) | $350 | *1 per arch per 60 months* |
| D7350 | Vestibuloplasty - ridge extension (including soft tissue grafts, muscle reattachment, revision of soft tissue attachment and management of hypertrophied and hyperplastic tissue) | $350 | *1 per arch* |
| D7410 | Excision of benign lesion up to 1.25 cm | $75 | |
| D7411 | Excision of benign lesion greater than 1.25 cm | $115 | |
| D7412 | Excision of benign lesion, complicated | $175 | |
| D7413 | Excision of malignant lesion up to 1.25 cm | $95 | |
| D7414 | Excision of malignant lesion greater than 1.25 cm | $120 | |
| D7415 | Excision of malignant lesion, complicated | $255 | |
| D7440 | Excision of malignant tumor - lesion diameter up to 1.25 cm | $105 | |
| D7441 | Excision of malignant tumor - lesion diameter greater than 1.25 cm | $185 | |
| D7450 | Removal of benign odontogenic cyst or tumor - lesion diameter up to 1.25 cm | $180 | |
| D7451 | Removal of benign odontogenic cyst or tumor - lesion diameter greater than 1.25 cm | $330 | |
| D7460 | Removal of benign nonodontogenic cyst or tumor - lesion diameter up to 1.25 cm | $155 | |
| D7461 | Removal of benign nonodontogenic cyst or tumor - lesion diameter greater than 1.25 cm | $250 | |

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| D7465 | Destruction of lesion(s) by physical or chemical method, by report | $40 | |
| D7471 | Removal of lateral exostosis (maxilla or mandible) | $140 | *1 per quadrant* |
| D7472 | Removal of torus palatinus | $145 | *1 per lifetime* |
| D7473 | Removal of torus mandibularis | $140 | *1 per quadrant* |
| D7485 | Reduction of osseous tuberosity | $105 | *1 per quadrant* |
| D7490 | Radical resection of maxilla or mandible | $350 | |
| D7510 | Incision and drainage of abscess - intraoral soft tissue | $70 | *1 per quadrant per date of service* |
| D7511 | Incision and drainage of abscess - intraoral soft tissue - complicated (includes drainage of multiple fascial spaces) | $70 | *1 per quadrant per date of service* |
| D7520 | Incision and drainage of abscess - extraoral soft tissue | $70 | |
| D7521 | Incision and drainage of abscess - extraoral soft tissue - complicated (includes drainage of multiple fascial spaces) | $80 | |
| D7530 | Removal of foreign body from mucosa, skin, or subcutaneous alveolar tissue | $45 | *1 per date of service* |
| D7540 | Removal of reaction producing foreign bodies, musculoskeletal system | $75 | *1 per date of service* |
| D7550 | Partial ostectomy/sequestrectomy for removal of non-vital bone | $125 | *1 per quadrant per date of service* |
| D7560 | Maxillary sinusotomy for removal of tooth fragment or foreign body | $235 | |
| D7610 | Maxilla - open reduction (teeth immobilized, if present) | $140 | |
| D7620 | Maxilla - closed reduction (teeth immobilized, if present) | $250 | |
| D7630 | Mandible - open reduction (teeth immobilized, if present) | $350 | |
| D7640 | Mandible - closed reduction (teeth immobilized, if present) | $350 | |
| D7650 | Malar and/or zygomatic arch - open reduction | $350 | |
| D7660 | Malar and/or zygomatic arch - closed reduction | $350 | |
| D7670 | Alveolus - closed reduction, may include stabilization of teeth | $170 | |
| D7671 | Alveolus - open reduction, may include stabilization of teeth | $230 | |
| D7680 | Facial bones - complicated reduction with fixation and multiple surgical approaches | $350 | |
| D7710 | Maxilla - open reduction | $110 | |
| D7720 | Maxilla - closed reduction | $180 | |
| D7730 | Mandible - open reduction | $350 | |
| D7740 | Mandible - closed reduction | $290 | |
| D7750 | Malar and/or zygomatic arch - open reduction | $220 | |
| D7760 | Malar and/or zygomatic arch - closed reduction | $350 | |

OPGScAhi-CA-dc-21

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| D7770 | Alveolus - open reduction stabilization of teeth | $135 | |
| D7771 | Alveolus, closed reduction stabilization of teeth | $160 | |
| D7780 | Facial bones - complicated reduction with fixation and multiple approaches | $350 | |
| D7810 | Open reduction of dislocation | $350 | |
| D7820 | Closed reduction of dislocation | $80 | |
| D7830 | Manipulation under anesthesia | $85 | |
| D7840 | Condylectomy | $350 | |
| D7850 | Surgical discectomy, with/without implant | $350 | |
| D7852 | Disc repair | $350 | |
| D7854 | Synovectomy | $350 | |
| D7856 | Myotomy | $350 | |
| D7858 | Joint reconstruction | $350 | |
| D7860 | Arthrotomy | $350 | |
| D7865 | Arthroplasty | $350 | |
| D7870 | Arthrocentesis | $90 | |
| D7871 | Non-arthroscopic lysis and lavage | $150 | |
| D7872 | Arthroscopy - diagnosis, with or without biopsy | $350 | |
| D7873 | Arthroscopy: lavage and lysis of adhesions | $350 | |
| D7874 | Arthroscopy: disc repositioning and stabilization | $350 | |
| D7875 | Arthroscopy: synovectomy | $350 | |
| D7876 | Arthroscopy: discectomy | $350 | |
| D7877 | Arthroscopy: debridement | $350 | |
| D7880 | Occlusal orthotic device, by report | $120 | |
| D7881 | Occlusal orthotic device adjustment | $30 | *1 per date of service per Contract Dentist; 2 per 12 months per Contract Dentist* |
| D7899 | Unspecified TMD therapy, by report | $350 | |
| D7910 | Suture of recent small wounds up to 5 cm | $35 | |
| D7911 | Complicated suture - up to 5 cm | $55 | |
| D7912 | Complicated suture - greater than 5 cm | $130 | |
| D7920 | Skin graft (identify defect covered, location and type of graft) | $120 | |
| D7922 | Placement of intra-socket biological dressing to aid in hemostasis or clot stabilization, per site | $80 | |
| D7940 | Osteoplasty - for orthognathic deformities | $160 | |
| D7941 | Osteotomy - mandibular rami | $350 | |
| D7943 | Osteotomy - mandibular rami with bone graft; includes obtaining the graft | $350 | |
| D7944 | Osteotomy - segmented or subapical | $275 | |
| D7945 | Osteotomy - body of mandible | $350 | |
| D7946 | LeFort I (maxilla - total) | $350 | |
| D7947 | LeFort I (maxilla - segmented) | $350 | |

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| D7948 | LeFort II or LeFort III (osteoplasty of facial bones for midface hypoplasia or retrusion) - without bone graft | $350 | |
| D7949 | LeFort II or LeFort III - with bone graft | $350 | |
| D7950 | Osseous, osteoperiosteal, or cartilage graft of the mandible or maxilla - autogenous or nonautogenous, by report | $190 | |
| D7951 | Sinus augmentation with bone or bone substitutes via a lateral open approach | $290 | |
| D7952 | Sinus augmentation via a vertical approach | $175 | |
| D7955 | Repair of maxillofacial soft and/or hard tissue defect | $200 | |
| D7960 | Frenulectomy - also known as frenectomy or frenotomy - separate procedure not incidental to another procedure | $120 | *1 per arch per date of service; a Benefit only when the permanent incisors and cuspids have erupted* |
| D7963 | Frenuloplasty | $120 | *1 per arch per date of service; a Benefit only when the permanent incisors and cuspids have erupted* |
| D7970 | Excision of hyperplastic tissue - per arch | $175 | *1 per arch per date of service* |
| D7971 | Excision of pericoronal gingiva | $80 | |
| D7972 | Surgical reduction of fibrous tuberosity | $100 | *1 per quadrant per date of service* |
| D7979 | Non-surgical sialolithotomy | $155 | |
| D7980 | Surgical sialolithotomy | $155 | |
| D7981 | Excision of salivary gland, by report | $120 | |
| D7982 | Sialodochoplasty | $215 | |
| D7983 | Closure of salivary fistula | $140 | |
| D7990 | Emergency tracheotomy | $350 | |
| D7991 | Coronoidectomy | $345 | |
| D7995 | Synthetic graft - mandible or facial bones, by report | $150 | |
| D7997 | Appliance removal (not by dentist who placed appliance), includes removal of archbar | $60 | *Removal of appliances related to surgical procedures only; 1 per arch per date of service; the listed fee applies for service provided by a Contract Dentist other than the original treating Contract Dentist/dental office.* |
| D7999 | Unspecified oral surgery procedure, by report | $350 | *Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the patient has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment.* |

OPGScAhi-CA-dc-21

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|-------------------------|---------------------------------------------------|
| **D8000-D8999 XI. ORTHODONTICS - Medically Necessary for Pediatric Enrollees ONLY** | | | |
| *- Orthodontic Services must meet medical necessity as determined by a Contract Dentist. Orthodontic treatment is a Benefit only when medically necessary as evidenced by a severe handicapping malocclusion and when a prior Authorization is obtained. Severe handicapping malocclusion is not a cosmetic condition. Teeth must be severely misaligned causing functional problems that compromise oral and/or general health.* | | | |
| *- Pediatric Enrollee must continue to be eligible, Benefits for medically necessary orthodontics will be provided in periodic payments to the Contract Dentist.* | | | |
| *- Comprehensive orthodontic treatment procedure (D8080) includes all appliances, adjustments, insertion, removal and post treatment stabilization (retention). The Enrollee must continue to be eligible during active treatment. No additional charge to the Enrollee is permitted from the original treating Contract Orthodontist or dental office who received the comprehensive case fee. A separate fee applies for services provided by a Contract Orthodontist other than the original treating Contract Orthodontist or dental office.* | | | |
| *- Copayment for medically necessary orthodontics applies to course of treatment, not individual benefit years within a multi-year course of treatment. This Copayment applies to the course of treatment as long as the Pediatric Enrollee remains enrolled in this Plan.* | | | |
| *- Refer to Schedule B for additional information on medically necessary orthodontics.* | | | |
| D8080 | Comprehensive orthodontic treatment of the adolescent dentition | | *1 per Enrollee per phase of treatment* |
| D8210 | Removable appliance therapy | | *1 per lifetime; age 6 through 12* |
| D8220 | Fixed appliance therapy | | *1 per lifetime; age 6 through 12* |
| D8660 | Pre-orthodontic treatment examination to monitor growth and development | | *1 per 3 months when performed by the same Contract Dentist or dental office; up to 6 visits per lifetime* |
| D8670 | Periodic orthodontic treatment visit | | *Included in comprehensive case fee* |
| D8680 | Orthodontic retention (removal of appliances, construction and placement of retainer(s)) | | *1 per arch for each authorized phase of orthodontic treatment; included in comprehensive case fee* |
| D8681 | Removable orthodontic retainer adjustment | | |
| D8696 | Repair of orthodontic appliance - maxillary | | *1 per appliance; included in comprehensive case fee* |
| D8697 | Repair of orthodontic appliance - mandibular | | *1 per appliance; included in comprehensive case fee* |
| D8698 | Re-cement or re-bond fixed retainer - maxillary | $350 | *1 per Contract Dentist; included in comprehensive case fee* |
| D8699 | Re-cement or re-bond fixed retainer - mandibular | | *1 per Contract Dentist; included in comprehensive case fee* |
| D8701 | Repair of fixed retainer, includes reattachment - maxillary | | *1 per Contract Dentist; included in comprehensive case fee. The listed fee applies for services provided by an orthodontist other than the original treating orthodontist or dental office.* |
| D8702 | Repair of fixed retainer, includes reattachment - mandibular | | *1 per Contract Dentist; included in comprehensive case fee. The listed fee applies for services provided by an orthodontist other than the original treating orthodontist or dental office.* |
| D8703 | Replacement of lost or broken retainer - maxillary | | *1 per arch; within 24 months following the date of service for orthodontic retention (D8680)* |
| D8704 | Replacement of lost or broken retainer - mandibular | | *1 per arch; within 24 months following the date of service for orthodontic retention (D8680)* |

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|---|---|---|---|
| D8999 | Unspecified orthodontic procedure, by report | | *Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the patient has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment.* |
| **D9000-D9999 XII. ADJUNCTIVE GENERAL SERVICES** | | | |
| D9110 | Palliative (emergency) treatment of dental pain - minor procedure | $30 | *1 per date of service per Contract Dentist; regardless of the number of teeth and/or areas treated* |
| D9120 | Fixed partial denture sectioning | $95 | |
| D9210 | Local anesthesia not in conjunction with operative or surgical procedures | $10 | *1 per date of service per Contract Dentist; for use to perform a differential diagnosis or as a therapeutic injection to eliminate or control a disease or abnormal state* |
| D9211 | Regional block anesthesia | $20 | |
| D9212 | Trigeminal division block anesthesia | $60 | |
| D9215 | Local anesthesia in conjunction with operative or surgical procedures | $15 | |
| D9222 | Deep sedation/general anesthesia - first 15 minutes | $45 | *Covered only when given by a Contract Dentist for covered oral surgery; 4 of (D9222, D9223) per date of service* |
| D9223 | Deep sedation/general anesthesia - each subsequent 15 minute increment | $45 | *Covered only when given by a Contract Dentist for covered oral surgery; 4 of (D9222, D9223) per date of service* |
| D9230 | Inhalation of nitrous oxide/analgesia, anxiolysis | $15 | *(Where available)* |
| D9239 | Intravenous moderate (conscious) sedation/analgesia - first 15 minutes | $60 | *Covered only when given by a Contract Dentist for covered oral surgery; 4 of (D9239, D9243) per date of service* |
| D9243 | Intravenous moderate (conscious) sedation/analgesia - each subsequent 15 minute increment | $60 | *Covered only when given by a Contract Dentist for covered oral surgery; 4 of (D9239, D9243) per date of service* |
| D9248 | Non-intravenous conscious sedation | $65 | *Where available; 1 per date of service per Contract Dentist* |
| D9310 | Consultation - diagnostic service provided by dentist or physician other than requesting dentist or physician | $50 | |
| D9311 | Consultation with a medical health care professional | No charge | |
| D9410 | House/extended care facility call | $50 | *1 per Enrollee per date of service* |
| D9420 | Hospital or ambulatory surgical center call | $135 | |
| D9430 | Office visit for observation (during regularly scheduled hours) - no other services performed | $20 | *1 per date of service per Contract Dentist* |
| D9440 | Office visit - after regularly scheduled hours | $45 | *1 per date of service per Contract Dentist* |
| D9450 | Case presentation, detailed and extensive treatment planning | Not Covered | |
| D9610 | Therapeutic parenteral drug, single administration | $30 | *4 of (D9610, D9612) injections per date of service* |

OPGScAhi-CA-dc-21

| Code | Description | Pediatric Enrollee Pays | Clarification/Limitations for Pediatric Enrollees |
|------|-------------|------------------------|---------------------------------------------------|
| D9612 | Therapeutic parenteral drugs, two or more administrations, different medications | $40 | *4 of (D9610, D9612) injections per date of service* |
| D9910 | Application of desensitizing medicament | $20 | *1 per 12 months per Contract Dentist; permanent teeth* |
| D9930 | Treatment of complications (post-surgical) - unusual circumstances, by report | $35 | *1 per date of service per Contract Dentist within 30 days of an extraction* |
| D9942 | Repair and/or reline of occlusal guard | Not Covered | |
| D9943 | Occlusal guard adjustment | Not Covered | |
| D9944 | Occlusal guard – hard appliance, full arch | Not Covered | |
| D9945 | Occlusal guard – soft appliance, full arch | Not Covered | |
| D9946 | Occlusal guard – hard appliance, partial arch | Not Covered | |
| D9950 | Occlusion analysis - mounted case | $120 | *Prior Authorization is required; 1 per 12 months for diagnosed TMJ dysfunction; permanent teeth; age 13+* |
| D9951 | Occlusal adjustment - limited | $45 | *1 per 12 months for quadrant per Contract Dentist; age 13+* |
| D9952 | Occlusal adjustment - complete | $210 | *1 per 12 months following occlusion analysis - mounted case (D9950) for diagnosed TMJ dysfunction; permanent teeth; age 13+* |
| D9995 | Teledentistry - synchronous; real-time encounter | Not Covered | |
| D9996 | Teledentistry - asynchronous; information stored and forwarded to dentist for subsequent review | Not Covered | |
| D9997 | Dental case management - patients with special health care needs | No charge | |
| D9999 | Unspecified adjunctive procedure, by report | No charge | *Shall be used: for a procedure which is not adequately described by a CDT code; or for a procedure that has a CDT code that is not a Benefit but the patient has an exceptional medical condition to justify the medical necessity. Documentation shall include the specific conditions addressed by the procedure, the rationale demonstrating medical necessity, any pertinent history and the actual treatment.* |

**Endnotes:**

Unless clarified elsewhere in the Schedule A, base metal is the Benefit. If noble or high noble metal (precious) is used for an implant/abutment supported crown or fixed bridge retainer, the Enrollee will be charged the additional laboratory cost of the noble or high noble metal. If covered, an additional laboratory charge also applies to a titanium crown.

If services for a listed procedure are performed by the assigned Contract Dentist, the Enrollee pays the specified Copayment(s).  Listed procedures which require a Dentist to provide Specialist Services, and are referred by the assigned Contract Dentist, must be authorized by Delta Dental. The Enrollee pays the Copayment(s) specified for such services.

Optional or upgraded procedure(s) are defined as any alternative procedure(s) presented by the Contract Dentist and formally agreed upon by financial consent that satisfies the same dental need as a covered procedure. Enrollee may elect an Optional or upgraded procedure, subject to the limitations and exclusions of this Plan. The applicable charge to the Enrollee is the difference between the Contract Dentist's regularly charged fee (or contracted fee, when applicable) for the Optional or upgraded procedure and the covered procedure, plus any applicable Copayment(s) for the covered procedure.

**Additional Endnotes to Covered California's 2021 Dental Standard Benefit Plan Designs**

**Pediatric Dental EHB Notes (only applicable to the pediatric portion of the Children's Dental Plan or Family Dental Plan)**

1. In a plan with two or more children, cost sharing payments made by each individual child for in-network services contribute to the family in-network deductible, if applicable, as well as the family out-of-pocket maximum.

2. In a plan with two or more children, cost sharing payments made by each individual child for out-of-network covered services contribute to the family out-of-network deductible, if applicable, and do not accumulate to the family out-of-pocket maximum.

3. Administration of these plan designs must comply with requirements of the pediatric dental EHB benchmark plan, including coverage of services in circumstances of medical necessity as defined in the Early Periodic Screening, Diagnosis and Treatment ("EPSDT") benefit.

**SCHEDULE B**
**Limitations and Exclusions of Benefits for Pediatric Enrollees** (Under age 19)
**DeltaCare® USA**
**Children's Dental HMO**
**For Small Businesses**

**Limitations of Benefits for Pediatric Enrollees**

1. The frequency of certain Benefits is limited. All frequency limitations are listed in *Schedule A, Description of Benefits and Copayments.* Additional requests, beyond the stated frequency limitations, for prophylaxis, fluoride and scaling procedures (D1110, D1120, D1206, D1208 and D4346) shall be considered for prior Authorization when documented medical necessity is justified due to a physical limitation and/or an oral condition that prevents daily oral hygiene.

2. A filling [D2140-D2161, D2330-D2335, D2391-D2394] is a Benefit for the removal of decay, for minor repairs of tooth structure or to replace a lost filling.

3. A crown [D2390 and covered codes only between D2710-D2791] is a Benefit when there is insufficient tooth structure to support a filling or to replace an existing crown that is non-functional or non-restorable and meets the five+ year (60+ months) limitation.

4. The replacement of an existing crown [D2390 and covered codes only between D2710-D2791], fixed partial denture (bridge) [covered codes only between D6211-D6245, D6251, D6721-D6791], or a removable full [D5110, D5120] or partial denture [covered codes only between D5211-D5214, D5221-D5224] is covered when:

   a. The existing restoration/bridge/denture is no longer functional and cannot be made functional by repair or adjustment, **and**

   b. Either of the following:
      - The existing non-functional restoration/bridge/denture was placed five or more years (60+ months) prior to its replacement, **or**
      - If an existing partial denture is less than five years old (60 months), but must be replaced by a new partial denture due to the loss of a natural tooth, which cannot be replaced by adding another tooth to the existing partial denture.

5. Coverage for the placement of a fixed partial denture (bridge) [covered codes only between D6211-D6245, D6251, D6721-D6791] or removable partial denture [covered codes only between D5211-D5214, D5221-D5224]:

   a. Fixed partial denture (bridge):
      - A fixed partial denture is a Benefit only when medical conditions or employment preclude the use of a removable partial denture.
      - The sole tooth to be replaced in the arch is an anterior tooth, and the abutment teeth are not periodontally involved, **or**
      - The new bridge would replace an existing, non-functional bridge utilizing identical abutments and pontics, **or**
      - Each abutment tooth to be crowned meets Limitation #3.

   b. Removable partial denture:
      - Cast metal (D5213, D5214, D5223, D5224), one or more teeth are missing in an arch.
      - Resin based (D5211, D5212, D5221, D5222), one or more teeth are missing in an arch and abutment teeth have extensive periodontal disease.

6. Excision of the frenum [D7960] is a Benefit only when it results in limited mobility of the tongue, it causes a large diastema between teeth or it interferes with a prosthetic appliance.

7.   A new removable partial [covered codes only between D5211-D5214, D5221-D5224] or complete [D5110-D5140] or covered immediate denture [D5130, D5140] includes after delivery adjustments and tissue conditioning at no additional cost for the first six months after placement if the Enrollee continues to be eligible and the service is provided at the Contract Dentist's facility where the denture was originally delivered.

8.   Immediate dentures [D5130, D5140, D5221–D5224] are covered when one or more of the following conditions are present:

   a.   Extensive or rampant caries are exhibited in the radiographs, **or**

   b.   Severe periodontal involvement indicated, **or**

   c.   Numerous teeth are missing resulting in diminished chewing ability adversely affecting the Enrollee's health.

9.   Maxillofacial prosthetic services [covered codes only between D5911-D5999] for the anatomic and functional reconstruction of those regions of the maxilla and mandible and associated structures that are missing or defective because of surgical intervention, trauma (other than simple or compound fractures), pathology, developmental or congenital malformations.

10.   All maxillofacial prosthetic procedures [covered codes only between D5911-D5999] require prior authorization for medically necessary procedures.

11.   Implant services [covered codes only between D6010-D6199] are a Benefit only under exceptional medical conditions. Exceptional medical conditions include, but are not limited to:

   a.   Cancer of the oral cavity requiring ablative surgery and/or radiation leading to destruction of alveolar bone, where the remaining osseous structures are unable to support conventional dental prosthesis.

   b.   Severe atrophy of the mandible and/or maxilla that cannot be corrected with vestibular extension procedures [D7340, D7350] or osseous augmentation procedures [D7950], and the Enrollee is unable to function with conventional prosthesis.

   c.   Skeletal deformities that preclude the use of conventional prosthesis (such as arthrogryposis, ectodermal dysplasia, partial anaodontia and cleidocranial dysplasia).

12.   Temporomandibular joint dysfunction ("TMJ") procedure codes [covered codes only between D7810-D7880] are limited to differential diagnosis and symptomatic care and require prior Authorization.

13.   Certain listed procedures performed by a Contract Specialist may be considered to be primary under the Enrollee's medical coverage. Dental Benefits will be coordinated accordingly.

14.   Deep sedation/general anesthesia [D9222, D9223] or intravenous conscious sedation/analgesia [D9239, D9243] for covered procedures requires documentation to justify the medical necessity based on a mental or physical limitation or contraindication to a local anesthesia agent.

## **Exclusions of Benefits for Pediatric Enrollees**

1.   Any procedure that is not specifically listed under *Schedule A, Description of Benefits and Copayments*, except as required by state or federal law.

2.   All related fees for admission, use, or stays in a hospital, out-patient surgery center, extended care facility, or other similar care facility.

3.  Lost or theft of full or partial dentures [covered codes only between D5110-D5140, D5211-D5214, D5221-D5224], space maintainers [D1510–D1575], crowns [D2390 and covered codes only between D2710–D2791], fixed partial dentures (bridges) [covered codes only between D6211-D6245, D6251, D6721-D6791] or other appliances.

4.  Dental expenses incurred in connection with any dental procedures started after termination of eligibility for coverage.

5.  Dental expenses incurred in connection with any dental procedure before the Enrollee's eligibility in this Plan. Examples include: teeth prepared for crowns, partials and dentures, root canals in progress.

6.  Congenital malformations (e.g. congenitally missing teeth, supernumerary teeth, enamel and dentinal dysplasias, etc.) unless included in *Schedule A*.

7.  Dispensing of drugs not normally supplied in a dental facility unless included in *Schedule A*.

8.  Any procedure that in the professional opinion of the Contract Dentist, Contract Specialist, or dental plan consultant:

    a.  has poor prognosis for a successful result and reasonable longevity based on the condition of the tooth or teeth and/or surrounding structures, **or**

    b.  is inconsistent with generally accepted standards for dentistry.

9.  Dental services received from any dental facility other than the assigned Contract  Dentist including the services of a dental specialist, unless expressly authorized or as cited under the "Emergency Dental Services" and "Urgent Dental Services" sections of the EOC. To obtain written Authorization, the Enrollee should call Delta Dental's Customer Care at 800-589-4618.

10.  Consultations [D9310, D9311] or other diagnostic services [covered codes only between D0120–D0999], for non-covered Benefits.

11.  Single tooth implants [covered codes only between D6000–D6199].

12.  Restorations [covered codes only between D2330-D2335, D2391-D2394, D2710-D2791, D6211-D6245, D6251, D6721-D6791] placed solely due to cosmetics, abrasions, attrition, erosion, restoring or altering vertical dimension, congenital or developmental malformation of teeth.

13.  Preventive [covered codes only between D1110-D1575], endodontic [covered codes only between D3110-D3999] or restorative [covered codes only between D2140-D2999] procedures are not a Benefit for teeth to be retained for overdentures.

14.  Partial dentures [covered codes only between D5211-5214, D5221-D5224] are not a Benefit to replace missing 3rd molars, unless the 3rd molar occupies the 1st or 2nd molar position or is an abutment for a partial denture with cast clasps or rests.

15.  Appliances or restorations necessary to increase vertical dimension, replace or stabilize tooth structure loss by attrition, realignment of teeth [covered codes only between D8000-D8999], periodontal splinting [D4320-D4321], gnathologic recordings, equilibration [D9952] or treatment of disturbances of the TMJ [covered codes only between D0310-D0322, D7810-D7899], unless included in *Schedule A*.

16.  An initial treatment plan which involves the removal and reestablishment of the occlusal contacts of 10 or more teeth with crowns, onlays, fixed partial dentures (bridges), or any combination of these, [covered codes only between D2710-D2791, D6211-D6245, D6721-D6791] is considered to be full mouth reconstruction under this Plan. Crowns, onlays and fixed partial dentures associated with such a treatment plan are not covered Benefits. This exclusion does not eliminate the Benefit for other covered services.

17. Porcelain denture teeth, or fixed partial dentures (overlays, implants, and appliances associated therewith) [D6940, D6950] and personalization and characterization of complete and partial dentures.

18. Extraction of teeth [D7111, D7140, D7210, D7220-D7240, D7241, D7250], when teeth are asymptomatic/ non-pathologic (no signs or symptoms of pathology or infection), including but not limited to the removal of third molars.

19. TMJ dysfunction treatment modalities that involve prosthodontia [D5110-D5224, D6211-D6245, D6251, D6721-D6791], orthodontia [covered codes only between D8000–D8999], and full or partial occlusal rehabilitation or TMJ dysfunction procedures [covered codes only between D0310-D0322, D7810-D7899] solely for the treatment of bruxism.

20. Vestibuloplasty/ridge extension procedures [D7340, D7350] performed on the same date of service as extractions [D7111-D7250] on the same arch.

21. Deep sedation/general anesthesia [D9222, D9223] for covered procedures on the same date of service as analgesia, anxiolysis, inhalation of nitrous oxide or for intravenous conscious sedation/analgesia [D9239, D9243].

22. Intravenous conscious sedation/analgesia [D9239, D9243] for covered procedures on the same date of service as analgesia, anxiolysis, inhalation of nitrous oxide or for deep sedation/general anesthesia [D9222, D9223].

23. Inhalation of nitrous oxide [D9230] when administered with other covered sedation procedures.

24. Cosmetic dental care [exclude covered codes in this list if done for purely cosmetic reasons: D2330-D2394, D2710–D2751, D2940, D6211-D6245, D6251, D6721-D6791, D8000-D8999].

25. Orthodontic treatment [covered codes only between D8000–D8999] must be provided by a licensed dentist. Self-administered orthodontics are not covered.

26. The removal of fixed orthodontic appliances [D8680] for reasons other than completion of treatment is not a covered benefit.

**Medically Necessary Orthodontics for Pediatric Enrollees**

1. Coverage for comprehensive orthodontic treatment [D8080] requires acceptable documentation of a handicapping malocclusion as evidence by a minimum score of 26 points on the Handicapping Labio-Lingual Deviation ("HLD") Index California Modification Score Sheet Form and pre-treatment diagnostic casts [D0470]. Comprehensive orthodontic treatment [D8080]:

   a. is limited to Enrollees who are between 13 through 18 years of age with a permanent dentition without a cleft palate or craniofacial anomaly; but

   b. may start at birth for patients with a cleft palate or craniofacial anomaly.

2. Removable appliance therapy [D8210] or fixed appliance therapy [D8220] is limited to Enrollee between 6 to 12 years of age, once in a lifetime, to treat thumb sucking and/or tongue thrust.

3. The Benefit for a pre-orthodontic treatment examination [D8660] includes needed oral/facial photographic images [D0350, D0351]. Neither the Enrollee nor the plan may be charged for D0350 or D0351 in conjunction with a pre-orthodontic treatment examination.

4. The number of covered periodic orthodontic treatment [D8670] visits and length of covered active orthodontics is limited to a maximum of up to:

a.  Handicapping malocclusion - Eight (8) quarterly visits;

b.  Cleft palate or craniofacial anomaly - Six (6) quarterly visits for treatment of primary dentition;

c.  Cleft palate or craniofacial anomaly - Eight (8) quarterly visits for treatment of mixed dentition; or

d.  Cleft palate or craniofacial anomaly - Ten (10) quarterly visits for treatment of permanent dentition.

e.  Facial growth management – Four (4) quarterly visits for treatment of primary dentition;

f.  Facial growth management – Five (5) quarterly visits for treatment of mixed dentition;

g.  Facial growth management - Eight (8) quarterly visits for treatment permanent dentition.

5.  Orthodontic retention [D8680] is a separate Benefit after the completion of covered comprehensive orthodontic treatment [D8080] which:

a.  Includes removal of appliances and the construction and place of retainer(s) [D8680]; and

b.  Is limited to Enrollees under age 19 and to one per arch after the completion of each phase of active treatment for retention of permanent dentition unless treatment was for a cleft palate or a craniofacial anomaly.

An adjustment of an orthodontic retainer is included in the fee for the retainer for the first six months after delivery.

6.  Copayment is payable to the Contract Orthodontist who initiates banding in a course of prior authorized orthodontic treatment [covered codes only between D8000–D8999]. If, after banding has been initiated, the Enrollee changes to another Contract Orthodontist to continue orthodontic treatment, the Enrollee:

a.  will not be entitled to a refund of any amounts previously paid, and

b.  will be responsible for all payments, up to and including the full Copayment, that are required by the new Contract Orthodontist for completion of the orthodontic treatment.

7.  Should an Enrollee's coverage be canceled or terminated for any reason, and at the time of cancellation or termination be receiving any orthodontic treatment [covered codes only between D8000–D8999], the Enrollee will be solely responsible for payment for treatment provided after cancellation or termination, except:

If an Enrollee is receiving ongoing orthodontic treatment at the time of termination, Delta Dental will continue to provide orthodontic Benefits for:

a.  For 60 days if the Enrollee is making monthly payments to the Contract Orthodontist; or

b.  Until the later of 60 days after the date coverage terminates or the end of the quarter in progress, if the Enrollee is making quarterly payments to the Contract Orthodontist.

At the end of 60 days (or at the end of the Quarter), the Enrollee's obligation shall be based on the Contract Orthodontist's submitted fee at the beginning of treatment.  The Contract Orthodontist will prorate the amount over the number of months to completion of the treatment. The Enrollee will make payments based on an arrangement with the Contract Orthodontist.

**SCHEDULE C**

**Information Concerning Benefits Under The DeltaCare USA Plan**

**THIS MATRIX IS INTENDED TO BE USED TO COMPARE COVERAGE BENEFITS AND IS A SUMMARY ONLY. THE EOC SHOULD BE CONSULTED FOR A DETAILED DESCRIPTION OF PLAN BENEFITS AND LIMITATIONS.**

| SUMMARY CHART | |
|---|---|
| (A) Deductibles | None |
| (B) Lifetime Maximums | None |
| (C) Out-of-Pocket Maximum | Individual $350.00<br>Multiple Child $700.00 |
| (D) Professional Services | An Enrollee may be required to pay a Copayment amount for each procedure as shown in *Schedule A, Description of Benefits and Copayments for Pediatric Enrollees*, subject to the limitations and exclusions of this plan.<br><br>Copayments range by category of service.<br>Examples are as follows:<br>   Diagnostic Services         No Charge<br>   Preventive Services         No Charge<br>   Restorative Services        $ 20.00  -  $ 310.00<br>   Endodontic Services        $ 20.00  -  $ 365.00<br>   Periodontic Services        $ 10.00  -  $ 350.00<br>   Prosthodontic Services,<br>     Removable            $ 20.00  -  $ 350.00<br>   Maxillofacial Prosthetics  $ 35.00  -  $ 350.00<br>   Implant Services<br>     (medically necessary only) $ 25.00  -  $ 350.00<br>   Prosthodontic Services, Fixed $ 40.00  -  $ 300.00<br>   Oral and Maxillofacial Surgery $ 30.00  -  $ 350.00<br>   Orthodontic Services<br>     (medically necessary only) $ 350.00  -  $ 350.00<br>    Adjunctive General Services No Charge  -  $ 210.00<br><br>**NOTE:** Limitations apply to the frequency with which some services may be obtained. For example: cleanings are limited to one in a 6-month period. |
| (E) Outpatient Services | Not Covered |
| (F) Hospitalization Services | Not Covered |
| (G) Emergency Dental Coverage | Benefits for Emergency Dental Services by an Out-of-Network Dentist are limited to necessary care to stabilize the Enrollee's condition and/or provide palliative relief. |
| (H) Ambulance Services | Not Covered |
| (I) Prescription Drug Services | Not Covered |
| (J) Durable Medical Equipment | Not Covered |
| (K) Mental Health Services | Not Covered |
| (L) Chemical Dependency Services | Not Covered |
| (M) Home Health Services | Not Covered |
| (N) Other | Not Covered |

Each individual procedure within each category listed above, and that is covered under the plan, has a specific Copayment that is shown in Schedule A, Description of Benefits and Copayments for Pediatric Enrollees in the EOC.

DeltaCare® USA

deltadentalins.com

# HIPAA Notice of Privacy Practices

**CONFIDENTIALITY OF YOUR HEALTH INFORMATION**

THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.Our privacy practices reflect applicable federal law as well as state law. The privacy laws of a particular state or other federal laws might impose a stricter privacy standard. If these stricter laws apply and are not superseded by federal preemption rules under the Employee Retirement Income Security Act of 1974, the Plans will comply with the stricter law.

We are required by law to maintain the privacy and security of your Protected Health Information (PHI). Protected Health Information (PHI) is information that is maintained or transmitted by Delta Dental, which may identify you and that relates to your past, present, or future physical or mental health condition and related health care services.

Some examples of PHI include your name, address, telephone and/or fax number, electronic mail address, social security number or other identification number, date of birth, date of treatment, treatment records, x-rays, enrollment and claims records. We receive, use and disclose your PHI to administer your benefit plan as permitted or required by law.

We must follow the federal and state privacy requirements described that apply to our administration of your benefits and provide you with a copy of this notice. We reserve the right to change our privacy practices when needed and we promptly post the updated notice within 60 days on our website.

**PERMITTED USES AND DISCLOSURES OF YOUR PHI**

**Uses and disclosures of your PHI for treatment, payment or health care operations**
Your explicit authorization is not required to disclose information for purposes of health care treatment, payment of claims, billing of premiums, and other health care operations. Examples of this include processing your claims, collecting enrollment information and premiums, reviewing the quality of health care you receive, providing customer service, resolving your grievances, and sharing payment information with other insurers, determine your eligibility for services, billing you or your plan sponsor.

If your benefit plan is sponsored by your employer or another party, we may provide PHI to your employer or plan sponsor to administer your benefits. As permitted by law, we may disclose PHI to third-party affiliates that perform services on our behalf to administer your benefits. Any third-

party affiliates performing services on our behalf has signed a contract agreeing to protect the confidentiality of your PHI and has implemented privacy policies and procedures that comply with applicable federal and state law.

**Permitted uses and disclosures without an authorization**

We are permitted to disclose your PHI upon your request, or to your authorized personal representative (with certain exceptions), when required by the U. S. Secretary of Health and Human Services to investigate or determine our compliance with the law, and when otherwise required by law. We may disclose your PHI without your prior authorization in response to the following:

- Court order;
- Order of a board, commission, or administrative agency for purposes of adjudication pursuant to its lawful authority;
- Subpoena in a civil action;
- Investigative subpoena of a government board, commission, or agency;
- Subpoena in an arbitration;
- Law enforcement search warrant; or
- Coroner's request during investigations.

Some other examples include: to notify or assist in notifying a family member, another person, or a personal representative of your condition; to assist in disaster relief efforts; to report victims of abuse, neglect or domestic violence to appropriate authorities; for organ donation purposes; to avert a serious threat to health or safety; for specialized government functions such as military and veterans activities; for workers' compensation purposes; and, with certain restrictions, we are permitted to use and/or disclose your PHI for underwriting, provided it does not contain genetic information. Information can also be de-identified or summarized so it cannot be traced to you and, in selected instances, for research purposes with the proper oversight.

**Disclosures made with your authorization**

We will not use or disclose your PHI without your prior written authorization unless permitted by law. If you grant an authorization, you can later revoke that authorization, in writing, to stop the future use and disclosure.

**YOUR RIGHTS REGARDING PHI**

**You have the right to request an inspection of and obtain a copy of your PHI.**

You may access your PHI by providing a written request. Your request must include (1) your name, address, telephone number and identification number, and (2) the PHI you are requesting. We will provide a copy or a summary of your health and claims records, usually within 30 days of your request. We may charge a fee for the costs of copying, mailing, or other supplies associated with your request. We will only maintain PHI that we obtain or utilize in providing your health care benefits. We may not maintain some PHI, such as treatment records or x-rays after we have

completed our review of that information. You may need to contact your health care provider to obtain PHI that we do not possess.

You may not inspect or copy PHI compiled in reasonable anticipation of, or use in, a civil, criminal, or administrative action or proceeding, or PHI that is otherwise not subject to disclosure under federal or state law. In some circumstances, you may have a right to have this decision reviewed.

**You have the right to request a restriction of your PHI.**
You have the right to ask that we limit how we use and disclose your PHI; however, you may not restrict our legal or permitted uses and disclosures of PHI. While we will consider your request, we are not legally required to accept those requests that we cannot reasonably implement or comply with during an emergency.

**You have the right to correct or update your PHI.**
You may request to make an amendment of PHI we maintain about you. In certain cases, we may deny your request for an amendment. If we deny your request for amendment, you have the right to file a statement of disagreement with us and we may prepare a rebuttal to your statement and will provide you with a copy of any such rebuttal within 60 days. If your PHI was sent to us by another, we may refer you to that person to amend your PHI. For example, we may refer you to your provider to amend your treatment chart or to your employer, if applicable, to amend your enrollment information.

**You have rights related to the use and disclosure of your PHI for marketing.**
We will obtain your authorization for the use or disclosure of PHI for marketing when required by law. You have the right to withdraw your authorization at any time. We do not use your PHI for fundraising purposes.

**You have the right to request or receive confidential communications from us by alternative means or at a different address.**
You have the right to request that we communicate with you in a certain way or at a certain location. For example, you can ask that we only contact you at work or by mail. We will not ask you the reason for your request. We will accommodate all reasonable requests. Your request must specify how or where you wish to be contacted.

**You have the right to receive an accounting of certain disclosures we have made, if any, of your PHI.**
You have a right to an accounting of disclosures with some restrictions. This right does not apply to disclosures for purposes of treatment, payment, or health care operations or for information we disclosed after we received a valid authorization from you. Additionally, we do not need to account for disclosures made to you, to family members or friends involved in your care, or for notification purposes. We do not need to account for disclosures made for national security reasons, certain law enforcement purposes or disclosures made as part of a limited data set. We'll provide one accounting a year for free but will charge a reasonable, cost-based fee if you ask for another accounting within 12 months.

**You have the right to a paper copy of this notice.**

A copy of this notice is posted on our website. You may also request that a copy be sent to you.

**You have the right to be notified following a breach of unsecured protected health information.**

We will notify you in writing, at the address on file, if we discover we compromised the privacy of your PHI.

**You have the right to choose someone to act for you.**

If you have given someone medical power of attorney or if someone is your legal guardian, that person can exercise your rights and make choices about your health information. We will make sure the person has this authority and can act for you before we take any action.

**COMPLAINTS**

You may file a complaint with us and/or with the U. S. Secretary of Health and Human Services if you believe we have violated your privacy rights. We will not retaliate against you for filing a complaint.

**CONTACTS**

You may contact us by calling 800-589-4618, or you may write to the address listed below for further information about the complaint process or any of the information contained in this notice.

DeltaCare USA
PO Box 1870
Alpharetta, GA 30023

This notice is effective on and after March 1, 2019.

DeltaCare USA is underwritten in these states by these entities: AL — Alpha Dental of Alabama, Inc.; AZ — Alpha Dental of Arizona, Inc.; CA — Delta Dental of California; AR, CO, IA, MA, ME, MI, MN, NC, ND, NE, NH, OK, OR, RI, SC, SD, VA, VT, WA, WI, WY — Dentegra Insurance Company; AK, CT, DC, DE, FL, GA, KS, LA, MS, MT, TN, WV — Delta Dental Insurance Company; HI, ID, IL, IN, KY, MD, MO, NJ, OH, TX — Alpha Dental Programs, Inc.; NV — Alpha Dental of Nevada, Inc.; UT — Alpha Dental of Utah, Inc.; NM — Alpha Dental of New Mexico, Inc.; NY — Delta Dental of New York, Inc.; PA — Delta Dental of Pennsylvania. Delta Dental Insurance Company acts as the DeltaCare USA administrator in all these states. These companies are financially responsible for their own products.

Can you read this document? If not, we can have somebody help you read it. You may also be able to get this document written in your language. For free help, please call 1-XXX-XXX-XXXX (TTY: 711).

¿Puede leer este documento? Si no, podemos hacer que alguien lo lea por usted. También puede obtener este documento escrito en su idioma. Para obtener ayuda gratuita, llame al 1-XXX-XXX-XXXX (TTY: 711). (Spanish)

您能自行閱讀本文件嗎？如果不能，我們可請人幫助您閱讀。您還可以請人以您的語言撰寫本文件。如需免費幫助，請致電 1-XXX-XXX-XXXX (TTY: 711)。(Chinese)

Bạn có đọc được tài liệu này không? Nếu không, chúng tôi sẽ cử một ai đó giúp bạn đọc. Bạn cũng có thể nhận được tài liệu này viết bằng ngôn ngữ của bạn. Để nhận được trợ giúp miễn phí, vui lòng gọi 1-XXX-XXX-XXXX (TTY: 711). (Vietnamese)

이 문서를 읽으실 수 있습니까? 그렇지 않다면, 다른 사람이 대신 읽어드리도록 도와드릴 수 있습니다. 또한 이 문서를 귀하의 모국어로 번역해드릴 수 있습니다. 무료 지원을 요청하시려면, 1-XXX-XXX-XXXX (TTY: 711)번으로 연락하십시오. (Korean)

Mababasa mo ba ang dokumentong ito? Kung hindi, mayroong makatutulong sa iyo na basahin ito. Maaaring makuha mo rin ang dokumentong ito nang nakasulat sa iyong wika. Para sa libreng tulong, pakitawagan ang 1-XXX-XXX-XXXX (TTY: 711). (Tagalog)

Вы можете прочитать этот документ? Если нет, то вы можете попросить кого-нибудь в нашей компании помочь вам прочитать этот документ. Вы также можете получить этот документ на своем языке. Для получения бесплатной помощи, просьба звонить по номеру 1-XXX-XXX-XXXX (TTY: 711). (Russian)

هل تستطيع قراءة هذا المستند؟ إذا كنت لا تستطيع, يمكننا أن نوفّر لك من يساعدك في قراءتها. ربما يمكنك أيضًا الحصول على هذا المستند مكتوبًا بلغتك. للمساعدة المجانية اتصلي بـ 1-XXX-XXX-XXXX (TTY: 711). (Arabic)

Èske w ka li dokiman sa a? Si w pa kapab, nou ka fè yon moun ede w li l. Ou ka gen posiblite pou jwenn dokiman sa a tou ki ekri nan lang ou. Pou jwenn èd gratis, tanpri rele 1-XXX-XXX-XXXX (TTY: 711). (Haitian Creole)

Pouvez-vous lire ce document ? Si ce n'est pas le cas, nous pouvons faire en sorte que quelqu'un vous aide à le lire. Vous pouvez également obtenir ce document écrit dans votre langue. Pour obtenir de l'assistance gratuitement, veuillez appeler le 1-XXX-XXX-XXXX (TTY : 711). (French)

Możesz przeczytać ten dokument? Jeśli nie, możemy Ci w tym pomóc. Możesz także otrzymać ten dokument w swoim języku ojczystym. Po bezpłatną pomoc zadzwoń pod numer 1-XXX-XXX-XXXX (TTY: 711). (Polish)

Você consegue ler este documento? Se não, podemos pedir para alguém ajudá-lo a ler. Você também pode receber este documento escrito em seu idioma. Para obter ajuda gratuita, ligue 1-XXX-XXX-XXXX (TTS: 711). (Portuguese)

Non riesci a leggere questo documento? In tal caso, possiamo chiedere a qualcuno di aiutarti a farlo. Potresti anche essere in grado di ricevere questo documento scritto nella tua lingua. Per assistenza gratuita, chiama il numero 1-XXX-XXX-XXXX (TTY: 711). (Italian)

この文書をお読みになれますか？お読みになれない場合には、読むためのお手伝いをさせていただけます。この文書をご希望の言語に訳したものをお送りできる場合もあります。無料のサポートについては、1-XXX-XXX-XXXX（TTY: 711）までご連絡ください。(Japanese)

Können Sie dieses Dokument lesen? Falls nicht, können wir Ihnen einen Mitarbeiter zur Verfügung stellen, der Sie dabei unterstützen wird. Möglicherweise können Sie dieses Dokument auch in Ihrer Sprache erhalten. Rufen Sie für kostenlose Hilfe bitte folgende Nummer an: 1-XXX-XXX-XXXX (TTY: 711). (German)

آیا می توانید این متن را بخوانید؟ در صورتی که نمی توانید، ما قادریم از شخصی بخواهیا تا در خواندن این متن به شما کمک کند. همچنین ممکن است بتوانید این متن را به زبان خود دریافت کنید. برای کمک رایگان با این شماره تماس بگیرید: XXX-XXX-XXX-1 (TTY: 711). (Persian Farsi)

קענט איר לייענען דעם דאָזיקן דאָקומענט? אויב ניט, עמעצער זאַ קען אייך העלפן לייענען. איר קענט מעגליך אויך באקומען דעם דאָזיקן דאָקומענט אין אייער שפראך. פאר אומזיסטע הילף, ביטע קלינגט: XXXX-XXX-XXX-1 (TTY: 711). (Yiddish)

D77sh y7n7[ta'go b77n7ghah? Doo b77n7ghahg00 47 nich'8' y7d0o[tah7g77 nihee h0l=. D77 naaltsoos t'11 Din4 bizaad k'ehj7 1lyaago a[d0' nich'8' 1dooln99[go b7ighah. T'11 j77k'e sh7k1 i'doolwo[ n7n7zingo koj8' b44sh hold77lnih 1-XXX-XXX-XXXX (TTY: 711). (Navajo)

# DeltaCare® USA

deltadentalins.com

## Non-Discrimination Disclosure

**Discrimination is Against the Law**

We comply with applicable federal civil rights laws and do not discriminate on the basis of race, color, national origin, age, disability, or sex, including sex stereotypes and gender identity. We do not exclude people or treat them differently because of their race, color, national origin, age, disability, or sex.

Coverage for medically necessary health services are available on the same terms for all individuals, regardless of sex assigned at birth, gender identity, or recorded gender. We will not deny or limit coverage to any health service based on the fact that an individual's sex assigned at birth, gender identity, or recorded gender is different from the one to which such health service is ordinarily available. We will not deny or limit coverage for a specific health service related to gender transition if such denial or limitation results in discriminating against a transgender individual.

If you believe that we have failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance electronically online, over the phone with a customer service representative, or by mail.

DeltaCare USA
PO Box 1870
Alpharetta, GA 30023
800-589-4618
deltadentalins.com

You can also file a civil rights complaint with the U.S. Department of Health and Human Services Office for Civil Rights electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at: U.S. Department of Health and Human Services, 200 Independence Avenue SW, Room 509F, HHH Building, Washington DC 20201, 1-800-368-1019, 800-537-7697 (TDD). Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.

We provide free aids and services to people with disabilities to communicate effectively with us, such as:
- qualified sign language interpreters
- written information in other formats (large print, audio, accessible electronic formats, other formats)

We also provide free language services to people whose primary language is not English, such as:

- qualified interpreters
- information written in other languages

If you need these services, contact our Customer Service department.

DeltaCare USA is underwritten in these states by these entities: AL — Alpha Dental of Alabama, Inc.; AZ — Alpha Dental of Arizona, Inc.; CA — Delta Dental of California; AR, CO, IA, MA, ME, MI, MN, NC, ND, NE, NH, OK, OR, RI, SC, SD, VA, VT, WA, WI, WY — Dentegra Insurance Company; AK, CT, DC, DE, FL, GA, KS, LA, MS, MT, TN, WV — Delta Dental Insurance Company; HI, ID, IL, IN, KY, MD, MO, NJ, OH, TX — Alpha Dental Programs, Inc.; NV — Alpha Dental of Nevada, Inc.; UT — Alpha Dental of Utah, Inc.; NM — Alpha Dental of New Mexico, Inc.; NY — Delta Dental of New York, Inc.; PA — Delta Dental of Pennsylvania. Delta Dental Insurance Company acts as the DeltaCare USA administrator in all these states. These companies are financially responsible for their own products.

# DeltaCare® USA

deltadentalins.com

## ENROLLEE NOTICES

Federal and state laws require enrollees to be notified on a periodic basis about enrollee rights and privacy practices.  Below is a summary of the notices that are available under the legal or privacy section of our webpage. To access the most current version and the full text of each notice, please visit our website at deltadentalins.com.

**Federal Notices:**

- **HIPAA Notice of Privacy Practices (NPP):** Federal regulations require insurance plans to share information about the company's privacy practices. This is called a "Notice of Privacy Practices (NPP)" and should be read when an individual first becomes an enrollee and reviewed at least every three years thereafter.

- **Gramm-Leach-Bliley (GLB):** Financial institutions and insurance companies must describe how demographic and financial information is collected and shared. California requires a state specific notice called the California Financial Privacy Notice, which is described below under the State Notices section.

- **Notice of Non-Discrimination:** We comply with applicable federal civil rights laws and do not discriminate on the basis of race, color, national origin, age, disability, or sex, including sex stereotypes and gender identity.  If you believe we have failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance electronically online, over the phone with a customer service representative, or by mail.

- **Language Assistance Notice and Survey:** Delta Dental provides phone interpretation to callers who do not speak English. In California, Delta Dental will also provide, on request, a translated copy of certain vital documents in either Spanish or Chinese. In Maryland and Washington DC, enrollees may receive grievance materials in Spanish or Chinese.

**State Notices:**

- **CA Financial Privacy Notice:** This notice to Californians describes our demographic and financial information collection and sharing practices. It is similar to the Gramm-Leach-Bliley (GLB) notice described above.

- **CA Grievance Process:** This notice describes our procedure for processing and resolving enrollee grievances and gives the address and phone number to make a complaint. Californians are encouraged to read this notice when they first enroll and annually thereafter.
- **CA Timely Access to Care:** California law requires heath plans to provide timely access to care. This law sets limits on how long enrollees have to wait to get appointments and telephone assistance.

- **CA Tissue and Organ Donations:** This notice informs subscribers of the societal benefits of organ donation and the methods they can use to become organ and/or tissue donors. California regulations require every health plan to provide this information upon enrollment and annually thereafter.

For questions concerning the notices, please contact us at 800-589-4618**.** You may also write to us at:

DeltaCare USA
PO Box 1870
Alpharetta, GA 30023

DeltaCare USA is underwritten in these states by these entities: AL — Alpha Dental of Alabama, Inc.; AZ — Alpha Dental of Arizona, Inc.; CA — Delta Dental of California; AR, CO, IA, MA, ME, MI, MN, NC, ND, NE, NH, OK, OR, RI, SC, SD, VA, VT, WA, WI, WY — Dentegra Insurance Company; AK, CT, DC, DE, FL, GA, KS, LA, MS, MT, TN, WV — Delta Dental Insurance Company; HI, ID, IL, IN, KY, MD, MO, NJ, OH, TX — Alpha Dental Programs, Inc.; NV — Alpha Dental of Nevada, Inc.; UT — Alpha Dental of Utah, Inc.; NM — Alpha Dental of New Mexico, Inc.; NY — Delta Dental of New York, Inc.; PA — Delta Dental of Pennsylvania. Delta Dental Insurance Company acts as the DeltaCare USA administrator in all these states. These companies are financially responsible for their own products.