1  ROB BONTA
   Attorney General of California
2  JENNIFER G. PERKELL
   Supervising Deputy Attorney General
3  JOSHUA N. SONDHEIMER
   Deputy Attorney General
4  State Bar No. 152000
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-4420
6   Fax:  (415) 703-5480
    E-mail:  Joshua.Sondheimer@doj.ca.gov
7  *Attorneys for Defendants Mary Watanabe, in her
   official capacity as Director of the California
8  Department of Managed Health Care and the
   California Department of Managed Health Care*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **GRACE SMITH and RUSSELL RAWLINGS, on behalf of themselves and all others similarly situated, and CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS, a California nonprofit corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARY WATANABE, in her capacity as Director of the California Department of Managed Health Care; CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE; and KAISER FOUNDATION HEALTH PLAN, INC.,**<br><br>Defendants. | 4:21-cv-07872-HSG<br><br>**DECLARATION OF SARAH REAM IN SUPPORT OF DEFENDANTS DMHC AND DIRECTOR WATANABE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:   April 28, 2022<br>Time:   2:00 pm<br>Dept:   Courtroom 2, 4th Floor<br>Judge: The Honorable Haywood S. Gilliam, Jr. |

I, SARAH REAM, declare as follows:

1. I am Chief Counsel of the California Department of Managed Health Care (DMHC). My responsibilities include advising the DMHC's executives regarding the law applicable to the DMHC and its operations, as well as the law applicable to the health plans the DMHC regulates. I also oversee the work of the DMHC's Office of Legal Services, which serves as in-house counsel to the DMHC. I have held my current position since December 2019. Through my responsibilities, I have become familiar with the financing of the DMHC's operations. I provide this declaration in support of defendants DMHC and DMHC Director Watanabe's Motion to Dismiss Plaintiffs' First Amended Complaint.

2. I have personal knowledge of the matters stated herein, and could, if called upon, testify competently as to these matters.

3. DMHC does not receive any federal financial assistance, including any credits, subsidies, or contracts of insurance.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of February, 2022, in Sacramento, California.

*Sarah Ream*
SARAH REAM

SF2021402009
43070651.docx