1  ROB BONTA
   Attorney General of California
2  JENNIFER G. PERKELL
   Supervising Deputy Attorney General
3  JOSHUA N. SONDHEIMER (SBN 152000)
   HADARA R. STANTON (SBN 227040)
4  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-4420
6    Fax:  (415) 703-5480
     E-mail:  Joshua.Sondheimer@doj.ca.gov
7  *Attorneys for Defendants Mary Watanabe, in her
   official capacity as Director of the California
8  Department of Managed Health Care and the
   California Department of Managed Health Care*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **GRACE SMITH and RUSSELL RAWLINGS, on behalf of themselves and all others similarly situated, and CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS, a California nonprofit corporation,**<br><br>                                   Plaintiffs,<br><br>    **v.**<br><br>**MARY WATANABE, in her capacity as Director of the California Department of Managed Health Care; CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE; and KAISER FOUNDATION HEALTH PLAN, INC.,**<br><br>                                   Defendants. | Case No. 4:21-cv-07872-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DMHC AND DIRECTOR WATANABE'S MOTION TO DISMISS**<br><br>Date:  April 28, 2022<br>Time:  2:00 pm<br>Dept:  Courtroom 2, 4th Floor<br>Judge: The Honorable Haywood S. Gilliam, Jr. |

The motion of defendants California Department of Managed Health Care and its Director, Mary Watanabe to dismiss plaintiffs' complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted came on for hearing before this Court on April 28, 2022. After consideration of the papers filed in support of and against the motion, the argument of counsel, and all other matters presented to the Court, the motion is GRANTED WITHOUT LEAVE TO AMEND.

IT IS SO ORDERED.

Dated: _____          _____
                                        The Honorable Haywood S. Gilliam, Jr.