CLAUDIA CENTER – 158255
SILVIA YEE – 222737
CARLY A. MYERS – 317833
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND
3075 Adeline Street, Suite 210
Berkeley, California  94703
Telephone:      (510) 644-2555
Email:      ccenter@dredf.org
            syee@dredf.org
            cmyers@dredf.org

ERNEST GALVAN – 196065
MICHAEL S. NUNEZ – 280535
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:      (415) 433-6830
Facsimile:      (415) 433-7104
Email:      egalvan@rbgg.com
            mnunez@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GRACE ELIZABETH SMITH and RUSSELL RAWLINGS, on behalf of themselves and all others similarly situated, and CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS, a California nonprofit corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MARY WATANABE, in her capacity as Director of the California Department of Managed Health Care; CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE; and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>　　　　Defendants. | Case No. 4:21-cv-07872-HSG<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLIES**<br><br>Local Rule 7-11 |

1  Plaintiffs' administrative motion for leave to file surreplies regarding the motion to dismiss
2  of Defendants Watanabe and California Department of Managed Health Care and the motion of
3  Kaiser Foundation Health Plan, Inc.'s Motion to Compel Individual Arbitration and Stay
4  Proceedings was presented to the Court. Upon consideration of the motion, the Court DENIES the
5  administrative motion to permit the filings.

Dated: 4/15/2022

The Honorable Haywood S. Gilliam, Jr.
United States District Court

*DENIED*
*Haywood S. Gilliam Jr.*
*Judge Haywood S. Gilliam Jr.*

Case No. 4:21-cv-07872-HSG
ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE
TO FILE SURREPLIES
Page 1