1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2       Including Professional Corporations
    MOE KESHAVARZI, Cal. Bar No. 223759
3   A. ALEXANDER KULJIS Cal. Bar No. 299951
    333 South Hope Street, 43rd Floor
4   Los Angeles, California 90071-1422
    Telephone:   213.620.1780
5   Facsimile:    213.620.1398
    E mail         mkeshavarzi@sheppardmullin.com
6                  akuljis@sheppardmullin.com

7   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
8       Including Professional Corporations
    JOHN T BROOKS, Cal. Bar No. 167793
9   501 West Broadway, 19th Floor
    San Diego, California 92101-3598
10  Telephone:   619.338.6500
    Facsimile:    619.234.3815
11  Email:         jbrooks@sheppardmullin.com

12  Attorneys for Defendant
    KAISER FOUNDATION HEALTH PLAN, INC.
13

14                    UNITED STATES DISTRICT COURT

15       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

16

17  GRACE SMITH and RUSSELL                Case No. 4:21-cv-07872-HSG
    RAWLINGS, on behalf of themselves and
18  all others similarly situated, and     **ORDER RE JOINT STIPULATION TO
    CALIFORNIA FOUNDATION FOR              RESCHEDULE CASE
19  INDEPENDENT LIVING CENTERS, a          MANAGEMENT CONFERENCE AND
    California nonprofit corporation,      ORAL ARGUMENT ON MOTIONS
20                                         TO DISMISS AND MOTION TO
                Plaintiffs,                COMPEL ARBITRATION**
21

22        v.                               Judge:       Hon. Haywood S. Gilliam, Jr.

23  MARY WATANABE, in her capacity as      Action Filed: October 7, 2021
    Director of the California Department of
24  Managed Health Care; CALIFORNIA
    DEPARTMENT OF MANAGED
25  HEALTH CARE; and KAISER
    FOUNDATION HEALTH PLAN, INC.,
26
                Defendants.
27

28

ORDER RE JOINT STIPULATION TO RESCHEDULE CASE
MANAGEMENT CONFERENCE AND ORAL ARGUMENT

**ORDER**

Upon stipulation of the Parties, and good cause appearing, the Court hereby ORDERS that:

1.      The oral argument on the pending motions to dismiss and motion to compel arbitration shall be rescheduled from May 12, 2022 to May 19, 2022 at 2pm;

2.      The case management conference shall be rescheduled from May 12, 2022 to May 19, 2022 at 2pm.


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  4/22/2022


_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge