CLAUDIA CENTER – 158255
SILVIA YEE – 222737
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND
3075 Adeline Street, Suite 210
Berkeley, California  94703
Telephone:   (510) 644-2555
Email:        ccenter@dredf.org
              syee@dredf.org

ERNEST GALVAN – 196065
MICHAEL S. NUNEZ – 280535
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:       egalvan@rbgg.com
             mnunez@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GRACE SMITH and RUSSELL RAWLINGS, on behalf of themselves and all others similarly situated, and CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS, a California nonprofit corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY; and CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE, KAISER FOUNDATION HEALTH PLAN, INC.<br><br>            Defendants. | Case No. 4:21-cv-07872-HSG<br><br>**JOINT STATUS REPORT RE: KAISER ARBITRATION**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed:   October 7, 2021<br>Trial Date:     None Set |

[4221756.1]

The parties to the above-entitled action jointly submit this JOINT STATUS REPORT RE: KAISER ARBITRATION pursuant to this Court's Order Granting Motion to Compel Arbitration, ECF No. 66, dated September 27, 2022.

The Court granted Kaiser's motion to compel arbitration of Plaintiffs' claims and stayed the claims against Kaiser pending resolution of the arbitration. The Court also directed the parties "to file a joint status report regarding the status of the arbitration with Kaiser beginning 120 days from the date of this order and continuing every 120 days thereafter unless otherwise ordered." *Id.* at 10.

Plaintiffs have not yet commenced the Kaiser arbitrations, but are preparing to do so with their Counsel.

DATED: January 25, 2023         ROSEN BIEN GALVAN & GRUNFELD LLP

                                By: */s/ Ernest Galvan*
                                    Ernest Galvan

                                Attorneys for Plaintiffs


DATED: January 25, 2023         SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                By: */s/ A. Alexander Kuljis*
                                    A. Alexander Kuljis

                                Attorneys for Defendant Kaiser Foundation Health Plan, Inc.

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i), I, Ernest Galvan, attest that concurrence in the filing of this document has been obtained.

DATED: January 25, 2023         */s/ Ernest Galvan*
                                Ernest Galvan

[4221756.1]