CLAUDIA CENTER – 158255
SILVIA YEE – 222737
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND
3075 Adeline Street, Suite 210
Berkeley, California  94703
Telephone:   (510) 644-2555
Email:       ccenter@dredf.org
             syee@dredf.org

ERNEST GALVAN – 196065
MICHAEL S. NUNEZ – 280535
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:       egalvan@rbgg.com
             mnunez@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GRACE SMITH and RUSSELL RAWLINGS, on behalf of themselves and all others similarly situated, and CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS, a California nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY; and CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE, KAISER FOUNDATION HEALTH PLAN. INC. | Case No. 4:21-cv-07872-HSG<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:   March 30, 2023<br>Time:   2:00 pm<br>Crtrm.:  2, 4th Floor<br><br>Judge:   Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed:   October 7, 2021<br>Trial Date:     None Set |

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiffs respectfully request that the Court take judicial notice of the following documents:

### DOCUMENT LIST

**Exhibit 1** is a true and correct copy of a document downloaded from the website of the California Department of Finance titled "Health and Human Services," https://www.ebudget.ca.gov/2021-22/pdf/Enacted/GovernorsBudget/4000.pdf.  It contains the 2021-22 state budget for the agency.

**Exhibit 2** is a true and correct copy of the California Department of Finance, Manual of State Funds, Federal Trust Fund, https://www.dof.ca.gov/budget/Manual_State_Funds/find_a_fund/documents/0890.pdf.

**Exhibit 3** is a true and correct copy of the CalHHS web page titled "Departments & Offices," https://www.chhs.ca.gov/about/departments-and-offices/.

**Exhibit 4** is a true and correct copy of a document downloaded from the CalHHS website, titled "Guiding Principles and Strategic Priorities," https://www.chhs.ca.gov/wp-content/uploads/2022/03/CalHHS-Guiding-Principles_full-ada.pdf.

**Exhibit 5** is a true and correct copy of the CalHHS web page titled "About CalHHS," https://www.chhs.ca.gov/about/departments-and-offices/.

**Exhibit 6** is a true and correct copy of a document downloaded from the CalHHS website, titled "Secretary Dr. Mark Ghaly California Health and Human Services Agency," https://www.chhs.ca.gov/wp-content/uploads/2019/04/Dr.-Ghaly-Bio.pdf.

**Exhibit 7** is a true and correct copy of a document downloaded from the web site of the executive branch of the government of the State of California, titled, "California State Government – The Executive Branch," https://www.gov.ca.gov/wp-content/uploads/2021/12/Exec-Branch-Org-Chart-1.14.22_fully-remediated.pdf.

**Exhibit 8** is a true and correct copy a document downloaded from the 2021-2022 Budget Summary web page of California Department of Finance, titled "Health and Human Services," https://ebudget.ca.gov/2021-22/pdf/Enacted/BudgetSummary/HealthandHumanServices.pdf.

## BASES FOR JUDICIAL NOTICE

Judicial notice is proper for relevant facts "not subject to reasonable dispute" either because they are "generally known," or "can be accurately determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid., Rule 201(b)(1), (2). Judicial notice is mandatory "if a party requests it and the court is supplied with the necessary information." Fed. R. Evid., Rule 201(c)(2).

I. **Exhibits 1, 2, and 8 Are California State Budget Documents that Contain Indisputable Facts Regarding the Sources of Funding for Defendants Department of Managed Health Care and the California Health and Human Services Agency (HHSA).**

Exhibit 1 is a copy of the HHSA's Fiscal Year 2021-2022 budget, downloaded from the California Department of Finance state budget webpage. Plaintiffs seek judicial notice of the fact that several health programs and activities operated by HHSA and DHCS are funded from the state's Federal Trust Fund. These facts are readily ascertainable on the following pages of Exhibit 1: pages 25-27 (functions of Defendant agency DMHC); page 57 (showing funding of $84,094,146,000 from Federal Trust Fund for DHCS); page 62 (showing funding of $83,525,481,000 from Federal Trust Fund for program "Medical Care Services (Medi-Cal)").

Exhibit 2 is an excerpt of the California Department of Finance's Manual of State Funds titled "Federal Trust Fund." Plaintiffs seek judicial notice of the fact that the designation "0890 Federal Trust Fund" refers to the state account "for the deposit of all moneys received by the state from the federal government where the expenditure is administered through or under the direction of any state agency." Exhibit 2 at 1.

Exhibit 8 is the California Department of Finance Budget Summary for CalHSSA for 2021-2022.

1    The state budget publications of the California Department of Finance have been
2 accepted as judicially noticeable sources of information regarding the California state
3 budget.  *See St. John's Well Child & Fam. Ctr. v. Schwarzenegger*, 50 Cal. 4th 960, 967
4 (2010); *Prof. Engineers in California Govt. v. Brown*, 229 Cal. App. 4th 861, 868 (Cal.
5 App. 1st Dist. 2014).
6    These facts are relevant to show that HHSA and DMHC regulate and participate in
7 a health program or activity that receives federal financial assistance.

**II.   Exhibits 3, 4, 5, 6, and 7 Contain Facts Regarding Activities and Organizations of State Agencies Which Are Judicially Noticeable in State Agency Reports.**

10    Defendant HHSA publishes a description of its departments and offices (Exhibit 3),
11 a set of "Guiding Principles & Strategic Priorities" (Exhibit 4), an "About CalHHS" page
12 (Exhibit 5), and a biography of the Cal HHS Secretary (Exhibit 6).  In addition the state
13 government publishes an overall organizational chart (Exhibit 7).  All of these are offered
14 for judicial notice to show that Defendant DMHC is a component of Defendant HHSA,
15 and is under the HHSA's authority, jurisdiction and supervision.  Courts regularly take
16 judicial notice of similar facts from official agency publications.  *See Disabled Rights*
17 *Action Comm. v. Las Vegas Events, Inc.*, 375 F.3d 861, 866 (9th Cir. 2004) (taking judicial
18 notice of "records of state agencies and other undisputed matters of public record");
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  *California Assn. for Health Services at Home v. State Dept. of Health Services*, 148 Cal.
2  App. 4th 696, 702 (Cal. App. 3d Dist. 2007) (taking judicial notice of official acts of State
3  of California in administering publicly funded health plans).

5  DATED:  February 7, 2023            Respectfully submitted,

                                       ROSEN BIEN GALVAN & GRUNFELD LLP

                                       By: */s/ Ernest Galvan*
                                            Ernest Galvan

                                       Attorneys for Plaintiffs