CLAUDIA CENTER – 158255
SILVIA YEE – 222737
ERIN NEFF – 326579
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND
3075 Adeline Street, Suite 210
Berkeley, California  94703
Telephone:  (510) 644-2555
Email:  ccenter@dredf.org
        syee@dredf.org
        eneff@dredf.org

ERNEST GALVAN – 196065
MICHAEL S. NUNEZ – 280535
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:  egalvan@rbgg.com
        mnunez@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GRACE SMITH and RUSSELL RAWLINGS, on behalf of themselves and all others similarly situated, and CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS, a California nonprofit corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY; and CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE,<br><br>    Defendants. | Case No. 4:21-cv-07872-HSG<br><br>**ORDER AS AMENDED GRANTING JOINT ADMINISTRATIVE MOTION TO FILE JOINT STATEMENT REGARDING APPROACH TO SETTLEMENT UNDER SEAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: October 7, 2021<br>Trial Date: None Set |

The Court having considered the Joint Administrative Motion to File Joint Statement Regarding Approach to Settlement Under Seal, and good cause appearing, the Court GRANTS the Motion, Dkt. No. 90:

| Docket No. Public/(Sealed) | Document | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 91/(90-3) | JOINT STATEMENT REGARDING APPROACH TO SETTLEMENT | entire document | Minute Entry (Dec. 21, 2023), ECF No. 89 | Grant |
| 91/(90-4) | DECLARATION OF MICHAEL NUNEZ IN SUPPORT OF JOINT STATEMENT REGARDING APPROACH TO SETTLEMENT | entire document | Minute Entry (Dec. 21, 2023), ECF No. 89 | Grant |

IT IS SO ORDERED.

DATED: January 24, 2024

_____
Hon. Haywood S. Gilliam, Jr.

[4418272.1]

1

Case No. 4:21-cv-07872-HSG

ORDER AS AMEMDED GRANTING JOINT ADMINISTRATIVE MOTION TO FILE JOINT STATEMENT REGARDING APPROACH TO SETTLEMENT UNDER SEAL