1  ROB BONTA
   Attorney General of California
2  JENNIFER G. PERKELL
   Supervising Deputy Attorney General
3  DANE C. BARCA
   Deputy Attorney General
4  State Bar No. 294278
    455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
    Telephone:  (415) 510-3371
6    Fax:  (415) 703-5480
    E-mail:  Dane.Barca@doj.ca.gov
7  *Attorneys for Defendants*

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11

12

13  **GRACE SMITH and RUSSELL**          4:21-cv-07872-HSG
    **RAWLINGS, on behalf of themselves and**
14  **all others similarly situated, and**
    **CALIFORNIA FOUNDATION FOR**
15  **INDEPENDENT LIVING CENTERS, a**
    **California nonprofit corporation,**
16                                       **STIPULATION AND ORDER**
                                Plaintiffs,
17
        v.
18

19  **CALIFORNIA HEALTH AND HUMAN**
    **SERVICES AGENCY, and CALIFORNIA**
20  **DEPARTMENT OF MANAGED HEALTH**     Judge:       The Honorable Haywood S.
    **CARE,**                                         Gilliam, Jr.
21
                                Defendants.   Action Filed:  October 7, 2021
22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

IT IS SO STIPULATED that the parties agree to stay this matter five months to seek federal input on the dispute at hand.

.

Dated: March 27, 2024                    _/s/ Dane C. Barca_____

DANE C. BARCA
Deputy Attorney General
Attorneys for Defendants

Dated: March 27, 2024                    _/s/ Claudia Center_____

Attorneys for Plaintiffs

**ORDER**

Pursuant to the parties' stipulation, this matter is stayed five months until August 27, 2024. IT IS SO ORDERED.

Dated: _____3/28/2024_____        *Haywood S. Gill Jr.*

The Honorable Haywood S. Gilliam, Jr.

SF2021402009

---

STIPULATION FOR STAY & ORDER (4:21-cv-07872-HSG)