CLAUDIA CENTER – 158255
SILVIA YEE – 222737
ERIN NEFF – 326579
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND
3075 Adeline Street, Suite 210
Berkeley, California  94703
Telephone:     (510) 644-2555
Email:         ccenter@dredf.org
               syee@dredf.org
               cmyers@dredf.org

ERNEST GALVAN – 196065
MICHAEL S. NUNEZ – 280535
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:     (415) 433-6830
Facsimile:     (415) 433-7104
Email:         egalvan@rbgg.com
               mnunez@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GRACE SMITH, et al., | Case No. 4:21-cv-07872-HSG |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | Judge:  Hon. Haywood S. Gilliam, Jr. |
| CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY and CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE, | Action Filed:  October 7, 2021
Trial Date:  None Set |
| Defendants. | |

Pursuant to this Court's order, ECF 108, the parties submit this joint status report. The parties worked diligently during the continued stay to seek federal input on the insurance coverage at issue in this matter. Counsel for the parties had various communications with staff members of the federal Center for Consumer Information and Insurance Oversight (CCIIO) and the Office of Civil Rights of the U.S. Department of Health and Human Services between September 2024 and

November 2024.

Also during the stay, Plaintiff Smith completed her arbitration against Kaiser, in which she prevailed. Upon the lifting of the stay, Plaintiffs plan to file an amended complaint, via stipulation or motion, to remove Ms. Smith as a plaintiff and to add one or more additional individual plaintiffs.

The parties do not seek to extend the stay.

Respectfully submitted,

DATED: January 14, 2025     DISABILITY RIGHTS EDUCATION AND DEFENSE FUND

/s/ Claudia Center
CLAUDIA CENTER

DATED: January 14, 2025     CALIFORNIA DEPARTMENT OF JUSTICE

/s/ Dane C. Barca
DANE C. BARCA
Deputy Attorney General