1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2      Including Professional Corporations
   MOE KESHAVARZI, Cal. Bar No. 223759
3  333 South Hope Street, 43rd Floor
   Los Angeles, California 90071-1422
4  Telephone:    213.620.1780
   Facsimile:    213.620.1398
5  E mail        mkeshavarzi@sheppardmullin.com

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
7      Including Professional Corporations
   JOHN T. BROOKS, Cal. Bar No. 167793
8  ANDREW C. DANE Cal. Bar No. 319601
   501 West Broadway, 18th Floor
9  San Diego, California 92101-3598
   Telephone:    619.338.6500
10 Facsimile:    619.234.3815
   Email:        jbrooks@sheppardmullin.com
11                adane@sheppardmullin.com

12 Attorneys for Defendant
   KAISER FOUNDATION HEALTH PLAN,
13 INC.

14
                    UNITED STATES DISTRICT COURT
15
        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
16

17
   GRACE SMITH and RUSSELL                | Case No. 4:21-cv-07872-HSG
18 RAWLINGS, on behalf of themselves and  |
   all others similarly situated, and     | **JOINT NOTICE RE: CONCLUSION**
19 CALIFORNIA FOUNDATION FOR              | **OF ARBITRATION**
   INDEPENDENT LIVING CENTERS, a          |
20 California nonprofit corporation,       | Judge:   Hon. Haywood S. Gilliam, Jr.
                                           |
21          Plaintiffs,                     | Action Filed:    October 7, 2021
                                           | Trial Date:      None Set
22          v.                              |
                                           |
23 CALIFORNIA HEALTH AND HUMAN            |
   SERVICES AGENCY; and CALIFORNIA        |
24 DEPARTMENT OF MANAGED                  |
   HEALTH CARE, KAISER                     |
25 FOUNDATION HEALTH PLAN, INC.           |
                                           |
26          Defendants.                     |

27

28
                                -1-

SMRH:4935-5658-5230                          JOINT NOTICE RE: CONCLUSION OF ARBITRATION

1  The parties to the above-entitled action jointly submit this JOINT NOTICE RE:

2  CONCLUSION OF ARBITRATION pursuant to this Court's Order Granting the Motion

3  to Compel Arbitration, ECF No. 66, dated September 27, 2022.

4  The Court granted Kaiser Foundation Health Plan Inc.'s ("Kaiser's") motion to

5  compel arbitration of individual Plaintiffs Rawlings and Smith's claims and stayed the

6  claims against Kaiser pending resolution of arbitration.  ECF No. 66 at 10; ECF No. 32 at

7  2.  The Court also directed the parties "to jointly notify the Court within 48 hours of the

8  conclusion of the arbitration proceeding."  *Id.*

9  Following this order, on March 27, 2023, Plaintiff Grace Smith filed a Demand for

10  Arbitration against Kaiser with the Office of the Independent Administrator per the terms

11  of her arbitration agreement.  Ms. Smith's claims at issue in the *Smith v. Kaiser* arbitration

12  were resolved through the arbitration process which included a joint stipulation of the

13  parties.  The arbitrator issued a Final Award on October 22, 2024.

14

15

16  DATED:  January 16, 2025          SHEPPARD MULLIN RICHTER & HAMPTON
                                                        LLP

17

18  By:  */s/John T. Brooks*
                                                               John T. Brooks

19

20  Attorneys for Defendant Kaiser Foundation
                                                        Health Plan, Inc.

21

22  DATED:  January 16, 2025          ROSEN BIEN GALVAN & GRUNFELD LLP

23  By:  */s/Ernest Galvan*
                                                               Ernest Galvan

24

25  Attorneys for Plaintiffs

26

27

28

-1-

SMRH:4935-5658-5230                                        JOINT NOTICE RE: CONCLUSION OF ARBITRATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i), I, John T. Brooks, attest that concurrence in the filing of this document has been obtained.

DATED:  January 16, 2025                    */s/John T. Brooks*
                                                              John T. Brooks

-2-