UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE SMITH, et al., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE, et al., <br><br>　　　　Defendants. | Case No. 21-cv-07872-HSG <br><br>**SCHEDULING ORDER** |

A case management conference was held on January 28, 2025. Having considered the parties' proposal, *see* Dkt. No. 114, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings / Joinder | March 29, 2025 |
| Close of Fact Discovery | June 27, 2025 |
| Exchange of Opening Expert Reports | July 12, 2025 |
| Exchange of Rebuttal Expert Reports | July 27, 2025 |
| Close of Expert Discovery | August 11, 2025 |
| Dispositive Motion Hearing Deadline | September 25, 2025, at 2:00 p.m. |
| Pretrial Conference | January 13, 2026, at 3:00 p.m. |
| Bench Trial (5 days) | February 2, 2026, at 8:30 a.m. |

//
//
//
//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 1/29/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge