# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE SMITH, et al., | Case No. 21-cv-07872-HSG |
| Plaintiffs, | **AMENDED SCHEDULING ORDER** |
| v. | |
| CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE, et al., | |
| Defendants. | |

A case management conference was held on January 28, 2025. Having considered the parties' proposal, *see* Dkt. No. 114, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/Joinder | March 29, 2025 |
| Close of Fact Discovery | August 2, 2025 |
| Exchange of Opening Expert Reports | August 2, 2025 |
| Exchange of Rebuttal Expert Reports | August 17, 2025 |
| Close of Expert Discovery | September 1, 2025 |
| Dispositive Motion Hearing Deadline | October 16, 2025, at 2:00 p.m. |
| Pretrial Conference | January 13, 2026, at 3:00 p.m. |
| Bench Trial (5 days) | February 2, 2026, at 8:30 a.m. |

//

//

//

//

1    These dates may only be altered by order of the Court and only upon a showing of good

2 cause.  The parties are directed to review and comply with this Court's standing orders.

3    **IT IS SO ORDERED.**

4 Dated:   6/26/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge