1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   GRACE SMITH, et al.,                    Case No.  21-cv-07872-HSG
8              Plaintiffs,                   **AMENDED SCHEDULING ORDER**
9         v.
10  CALIFORNIA DEPARTMENT OF
    MANAGED HEALTH CARE, et al.,
11            Defendants.
12
13          A case management conference was held on January 28, 2025.  Having considered the
14  parties' proposal, *see* Dkt. No. 123, the Court **RESETS** the following deadlines pursuant to
15  Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:
16
17
| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | March 29, 2025 |
| Close of Fact Discovery | September 5, 2025 |
| Exchange of Opening Expert Reports | September 5, 2025 |
| Exchange of Rebuttal Expert Reports | September 19, 2025 |
| Close of Expert Discovery | October 1, 2025 |
| Dispositive Motion Hearing Deadline | October 23, 2025 at 2:00 p.m. |
| Pretrial Conference | January 13, 2026, at 3:00 p.m. |
| Bench Trial (5 days) | February 2, 2026 at 8:30 a.m. |

24
25  //
26  //
27  //
28  //

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.  This Order **TERMINATES** Dkt. No. 123.

**IT IS SO ORDERED.**

Dated:     8/5/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge